**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-80181-CR-Ruiz/Reinhart

**UNITED STATES OF AMERICA,**

vs.

**MINAL PATEL,**

        **Defendant.**

**CONSENT MOTION TO MODIFY DEFENDANT'S BOND**
**(SPECIAL CONDITIONS OF BOND AND ADDITIONAL**
**CONDITIONS OF RELEASE)**

Defendant Minal Patel, with the government's consent, hereby moves the Court to modify his pretrial bond (special conditions of bond and additional conditions of release) as follows:

1. The defendant's current bond (special conditions of bond and additional conditions of release) [Doc. 14] is attached hereto as Exhibit A. The defendant is in full compliance with his bond conditions.

2. The special conditions of bond on page 2, paragraphs l and p, restrict travel to the Northern District of Georgia and Southern District of Florida for "court purposes or with prior court authorization." The defendant requests that those paragraphs be modified to allow the defendant to engage in domestic travel with prior authorization from Pretrial Services.

3. The additional conditions of release on page 3 require stand alone GPS monitoring. The defendant requests that this additional condition be removed.

Respectfully submitted,

s/ Steven Sadow
Steven H. Sadow
Georgia Bar No.: 622075
*Lead Counsel For Minal Patel*
260 PEACHTREE STREET, N.W.
SUITE 2502
ATLANTA, GA 30303
Tel.: 404-577-1400
Email: stevesadow@gmail.com

/s/ Robyn Lynn Sztyndor
Robyn Lynn Sztyndor
Florida Bar No.: 89253
*Local Co-Counsel For Minal Patel*
RLW LAW, P.A.
401 E. Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301
Tel.: 786-395-1824
Email: rls409@nyu.edu

Consented to:
/s/ Timothy P. Loper
Timothy P. Loper
Trial Attorney
Florida Special Bar No. A5502016
United States Department of Justice
Criminal Division, Fraud Section
12020 Miramar Parkway
Miramar, FL 33025
Tel.: 202-774-4276
Timothy.Loper@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2020, I filed the foregoing document with the Clerk of Court using CM/ECF.

> */s/ Robyn Lynn Sztyndor*
> Robyn Lynn Sztyndor
> Florida Bar No.: 89253
> *Local Co-Counsel For Minal Patel*
> RLW LAW, P.A.
> 401 E. Las Olas Blvd.
> Suite 1400
> Fort Lauderdale, FL 33301
> Tel.: 786-395-1824
> Email: rls409@nyu.edu