UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80181-Cr-Ruiz/Reinhart

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MINAL PATEL,

        Defendant.

_____/

**CASE MANAGEMENT ORDER**

This matter is scheduled for an evidentiary hearing on November 9-10, 2020. This Order explains the scope of that hearing and establishes pre-hearing procedures.

1. The hearing will be conducted by video teleconference using the Zoom platform. A court reporter will be present to transcribe the proceedings.

2. The Court will conduct a final pre-hearing conference on Monday, November 2, 2020, at 2:00 p.m. by video teleconference.

3. The hearing will address the following legal questions:

    a. Whether consensual telephone conversations and text messages between Christopher Miano and John "Bucky" Houser and Lance Tinsley ("the Tinsley/Houser Materials") are protected by an attorney-client privilege arising from a common legal interest agreement.

    b. Whether a June 11, 2019, legal memorandum drafted by Ms. Sztyndor is protected by the attorney-client privilege.

4. The hearing will not address the Government's argument that the crime-fraud exception applies to any otherwise-privileged communications. That issue will be addressed, if necessary, at a separate proceeding.

5. The Federal Rules of Evidence do not apply because the hearing presents a "preliminary question about whether . . . a privilege exists." Fed. R. Evid, 104(a).

6. The proponents of the privilege bear the burden of persuasion by a preponderance of the evidence. *MapleWood Partners, L.P. v. Indian Harbor Ins. Co.*, 295 F.R.D. 550, 583 (S.D. Fla. 2013). To meet or rebut this burden, the parties may present live witness testimony, documents, or affidavits.

**DONE and ORDERED** at West Palm Beach, Florida, this _22nd_ day of October, 2020.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE