UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80181-Cr- Ruiz/Reinhart

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MINAL PATEL,

    Defendant.

_____/

## ORDER

Pursuant to the evidentiary hearing scheduled to take place on Monday, November 9, 2020 at 10:00AM, it is hereby **ORDERED AND ADJUDGED** that:

1. Any affidavits, declarations, or physical exhibits that the parties intend to use in their case in chief shall be submitted to opposing counsel, and to the Court in pdf format, by 5:00PM on Thursday, November 5, 2020.

2. Any affidavits, declarations or physical exhibits that the parties intend to use for impeachment, or for rebuttal shall be submitted to the Court in pdf format, but not served on opposing counsel, by 5:00PM on Thursday, November 5, 2020.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 3rd day of November, 2020.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE