UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80181-CR-RAR

UNITED STATES OF AMERICA,

Plaintiff,

v.

MINAL PATEL,

Defendant.
_____/

**THIRD PARTY CLAIMANT RIC SPEIGHTS NOTICE OF JOINDER OF
DR. JOHN BERBERIAN'S MEMORANDUM OF LAW REGARDING
ANONYMITY OF AFFIANTS**

Ric Speights ("Third Party Claimant Speights"), by and through undersigned counsel, hereby files this Notice of Joinder to Third Party Claimant Dr. John Berberian's Memorandum of Law Regarding Anonymity of Affiants ("Legal Memorandum"). In support of this Notice, Third Party Claimant Speights states the following:

1. On November 10, 2020, the Court held a hearing to assess the potential application of the common interest privilege as it pertains to certain attorney-client privileged and joint defense privileged materials. During this hearing, the government referenced several affidavits but chose not to identify the affiants, maintaining it was not required to make such a disclosure.

2. At the same hearing, counsel for Dr. Berberian sought to submit a memorandum of law on the anonymity issue. The Court instructed that such submissions should be made by November 18, 2020. In accordance with this, Dr. Berberian's counsel submitted a Legal Memorandum on November 18, 2020.

1

3.  Third Party Claimant Speights believes the case law assessment and arguments contained in the Legal Memorandum would be substantially similar or identical to ones that he would assert, and that to repeat the arguments in an additional motion would be unnecessarily inefficient for the Court and parties.

WHEREFORE, for the foregoing reasons, Third Party Claimant Speights joins in Third Party Claimant Dr. John Berberian's Memorandum of Law Regarding Anonymity of Affiants.

Dated:  November 19, 2020            Respectfully submitted,

/s/ Lauren G. Raines
Lauren G. Raines
Florida Bar No. 11896
**BRADLEY ARANT BOULT CUMMINGS LLP**
100 N. Tampa Street, Suite 2200
Tampa, FL 33602
T: (813) 559-5500 | F: (813) 229-5946
Primary E-Mail: lraines@bradley.com
Secondary E-Mail: eajohnson@bradley.com

Gene R. Besen (*pro hac vice*)
Texas Bar No. 24045491
**BRADLEY ARANT BOULT CUMMINGS LLP**
4400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
T: (214) 939-8700 | F: (214) 939-8787
Primary E-Mail: gbesen@bradley.com
Secondary E-Mail: tnoullet@bradley.com

ATTORNEYS FOR RIC SPEIGHTS

## CERTIFICATE OF SERVICE

      I certify that all counsel of record who have consented to electronic service were served with a true and correct copy of the foregoing document via the Court's CM/ECF system on this 19th day of November 2020.

                                        */s/ Lauren G. Raines*
                                        Lauren G. Raines