UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80181-RUIZ

**UNITED STATES OF AMERICA**

**v.**

**MINAL PATEL,**

        **Defendant.**
_____/

## JOINT MOTION FOR CONTINUANCE AND TRIAL SETTING

The parties respectfully file this Joint Motion for a Continuance, and to set trial for March 7, 2022, and state in support as follows:

1. Under this Court's Scheduling Order of July 10, 2020 [D.E. 63], the trial in this matter was scheduled to begin on April 26, 2021, with a Status Conference set for March 23, 2021, a Motions Deadline of March 30, 2021, and a Calendar Call on April 20, 2021. Speedy Trial Time is excluded until April 26, 2021.

2. A Status Conference was held in this case on January 21, 2021. [D.E. 192]. The Court informed the parties that the trial date of April 26, 2021, was not feasible given the state of the ongoing COVID-19 pandemic in South Florida. The Court requested that the parties confer and propose an acceptable trial date that takes these and other factors into account.[1]

3. The parties have discussed the current situation, and given all of the varied concerns described above, believe that a trial beginning on Monday, March 7, 2022, would provide certainty

---

[1] The Government notes that an additional case before this Court scheduled for trial: United States v. Bailynson, Case No. 18-CR-80124-RUIZ, also had a Status Conference on January 21, 2021. Just as in this case, the Court requested that the parties meet and confer, and propose a trial date; the parties in Bailynson will file a motion requesting a trial date of January 18, 2022.

since the pandemic situation should improve by this time, and that setting a date so far in advance would allow the Court and the parties to manage their docket and schedules.

4.     Additionally, the parties request that Speedy Trial Time, which has been tolled until April 26, 2021, per this Court's Order [D.E. 63], as mentioned above, be further tolled until the date trial commences in the interests of justice.

Accordingly, the parties have conferred and agreed, and now hereby submit this Joint Request for a Continuance and to set the trial to begin on March 7, 2022.

Dated: January 26, 2021                                    Respectfully submitted,

                                        ARIANA FAJARDO ORSHAN
                                      UNITED STATES ATTORNEY
                                      SOUTHERN DISTRICT OF FLORIDA

                                      DANIEL KAHN, ACTING CHIEF
                                      CRIMINAL DIVISION, FRAUD SECTION
                                      U.S. DEPARTMENT OF JUSTICE

By:     */s/ James V. Hayes*
        JAMES V. HAYES (FL Bar # A5501717)
        James.Hayes@usdoj.gov
        Senior Litigation Counsel
        TIMOTHY LOPER (FL Bar # A5501717)
        Assistant Chief
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Avenue, N.W.
        Washington, D.C. 20005
        Telephone: (202) 774-4276

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                                     /s   *James V. Hayes*