UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80181-CR-Ruiz

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MINAL PATEL, Defendant. /

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of DONALD F. SAMUEL of the law firm of GARLAND, SAMUEL & LOEB, P.C.; 3151 MAPLE DRIVE, N.E., ATLANTA, GEORGIA 30305; 404-262-2225, for purposes of appearance as lead counsel on behalf of MINAL PATEL in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit DONALD F. SAMUEL to receive electronic filings in this case, and in support thereof states as follows:

1. Donald F. Samuel is not admitted to practice in the Southern District of Florida and is a member in good standing of the Georgia Bar and Northern District of Georgia.

2. Movant, Robyn Lynn Sztyndor, Esquire, of the law firm of RLS Law, P.A., 401 E. Las Olas Blvd., Suite 1400, Ft. Lauderdale, FL 33301, 786-395-1824, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, DONALD F. SAMUEL has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Donald F. Samuel, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Donald F. Samuel at email address: dfs@gsllaw.com.

WHEREFORE, Robyn Lynn Sztyndor, moves this Court to enter an Order for Donald F. Samuel to appear before this Court on behalf of Minal Patel for all

purposes relating to the proceedings in the above-styled matter and directing the

Clerk to provide notice of electronic filings to Donald F. Samuel.

Date: August 18, 2021

Respectfully submitted,

/s/ *Robyn Lynn Sztyndor*
ROBYN LYNN SZTYNDOR
RLS Law, P.A.
Florida Bar No. 89253
401 E. Las Olas Blvd., Suite 1400
Ft. Lauderdale, FL 33301
786-395-1824
rls409@nyu.edu
*Local Attorney for Minal Patel*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80181-CR-Ruiz

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MINAL PATEL, Defendant. /

## CERTIFICATION OF DONALD F. SAMUEL

    DONALD F. SAMUEL, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State Bar of Georgia and the United States District Court for the Northern District of Georgia.

                        /s/ *Donald F. Samuel*
                        DONALD F. SAMUEL
                        Georgia State Bar No.: 624475

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by email and electronic filing on August 18, 2021, on counsel for respondent, DOJ Attorney Timothy Loper, Esquire, at timothy.loper@usdoj.gov.

/s/ *Robyn Lynn Sztyndor*
ROBYN LYNN SZTYNDOR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80181-CR-Ruiz

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MINAL PATEL, Defendant. /

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for DONALD F. SAMUEL, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the Motion), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. DONALD F. SAMUEL may appear and participate in this action on behalf of MINAL PATEL. The Clerk shall provide electronic notification of all electronic filings to DOANLD F. SAMUEL, at dfs@gsllaw.com.

DONE AND ORDERED in Chambers at _____ , Florida, this

_____ day of August, 2021.

_____
United States District Judge

Copies furnished to: All Counsel of Record