## IN IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80181-CR-Ruiz/Reinhart

**UNITED STATES OF AMERICA,**

vs.

**MINAL PATEL,**

        **Defendant.**

### DEFENDANT'S UNOPPOSED MOTION TO TRAVEL

The defendant moves the Court for permission to travel to Hawaii December 31, 2021 and returning on January 8, 2022. The defendant will provide his exact itinerary to his Pretrial Services Officer Leslie Hopkins prior to departure.

Undersigned counsel's assistant has communicated with Pretrial Services Officer Hopkins, and counsel is authorized to state that she has no objection to the requested travel.

Undersigned counsel has communicated with government counsel Patrick Queenan, and counsel is authorized to state that he has no objection to this motion to travel.

WHEREFORE, the defendant prays that the Court permit him to travel to Hawaii from December 31, 2021-January 8, 2022.

Respectfully submitted,

*/s/ Steven H. Sadow*
STEVEN H. SADOW
Georgia Bar No. 622075
Lead Counsel for Defendant

260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
404-577-1400
stevesadow@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system that will automatically send e-mail notification of such filing to all parties of record.

*/s/ Steven H. Sadow*
STEVEN H. SADOW