UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80181-RUIZ/REINHART

UNITED STATES OF AMERICA

v.

MINAL PATEL, a/k/a "Minalkumar Patel,"

Defendant.

_____/

## PROPOSED ORDER

**THIS CAUSE** came before the Court on the United States' Motion to Compel Reciprocal Discovery, including Discovery Regarding Defendant's Advice-of-Counsel Defense [D.E. 280], filed October 3, 2022 ("Motion"). Being fully advised of the premises, the Court hereby **GRANTS** the Motion.

The Court further **ORDERS** that:

1) If Defendant intends to rely on an advice-of-counsel defense at trial, Defendant shall immediately identify *all* attorneys who purportedly provided any advice to Defendant pertaining to any anti-kickback statute, the Eliminating Kickbacks in Recovery Act, billing Medicare for genetic testing, and money laundering, even if such attorneys were not formally retained by Defendant; and

2) If Defendant intends to rely on an advice-of-counsel defense at trial, Defendant shall waive privilege over and produce to the United States *all* communications between Defendant, any representative of Defendant or LabSolutions, LLC, and those attorneys (or their representatives, such as associates, paralegals, or assistants), including all memorialization of such conversations.

If Defendant does not complete the production of materials currently in his custody, possession, or control by October 21, 2022, any evidence pertaining to an advice-of-counsel defense will be excluded at trial.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this ____ day of _____, 2022.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**

cc:  counsel of record