**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED BY ABM D.C.
Nov 17, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

UNITED STATES OF AMERICA

v.

MINAL PATEL,

    Defendant.

CASE NO. 19-CR-80181

# EMERGENCY *EX PARTE* MOTION FOR *EX PARTE* HEARING WITH THE COURT REGARDING RECIPROCAL RULE 16 DISCOVERY

Defendant Patel files this *ex parte* emergency motion for an *ex parte* hearing regarding a potential defense witness and reciprocal Rule 16 discovery. The government does not possess the material but has filed a motion demanding the discovery. The attorney for the potential defense witness and Mr. Patel's defense attorneys have conferred and are requesting the Court conduct a Zoom or telephonic hearing outside the presence of the government to inquire into this matter.

Defendant Patel, with the consent of counsel for the potential defense witness, requests that the Court permit this emergency motion to be filed under seal without notice to the Government. This is a critical issue that bears on the Defendant's trial strategy and Defendant's trial exhibits. Because this issue has

arisen on the eve of trial, this is a non-routine issue that demands relief within seven days (preferably sooner).

## **Certification Pursuant to Local Rule 7.1(d)**

After reviewing the facts and researching applicable legal principles, I certify that this motion in fact presents a true emergency (as opposed to a mater that may need only expedited treatment) and requires an immediate ruling because the Court would not be able to provide meaningful relief to a critical, non-routine issue after the expiration of seven days. I understand that an unwarranted certification may lead to sanctions.

Respectfully submitted this 16th day of November, 2022.

/s/ Brian Rafferty
BRIAN RAFFERTY
BAKER & HOSTETLER LLP
1170 Peachtree Street
Suite 2400 Atlanta, GA 30309
Telephone: (404) 256-8233
Facsimile: (404) 459-5734
Email: bmcevoy@bakerlaw.com
Email: brafferty@bakerlaw.com
Email: gzoller@bakerlaw.com

*Admitted Pro Hac Vice*

/s/ Lindy K. Keown
LINDY K. KEOWN
Florida State Bar No. 117888
BAKER & HOSTETLER LLP

SunTrust Center
200 S Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone: (407) 649-4087
Facsimile: (407) 841-0168
Email: lkeown@bakerlaw.com

*Counsel for MINAL PATEL*