UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80181-RAR(s)

UNITED STATES OF AMERICA,

vs.

MINAL PATEL,

  Defendant.
_____/

## JURY NOTES

Dec. 13 - 22

Dear Judge,
   We have a question regarding counts 2-4:
Is the allegation on counts 2-4 (Health Care Fraud) for general health care fraud or only for each of the people represented in each count (HK, VH, E6). For example, if the verdict is guilty for counts 2,3,4 will we be giving a guilty verdict for healthcare fraud in general, or for healthcare fraud in relation to only these 3 people (HK, VH & E6) ?

Thank you,
The Jury

Dec. 13-22

DEAR MEMBERS OF THE JURY:

THE ALLEGATIONS IN COUNTS 2, 3, AND 4 ARE RELATED TO THE SPECIFIC INDIVIDUALS STATED IN EACH OF THOSE COUNTS (HK, VH, EG). YOU ARE DIRECTED TO FOLLOW THE HEALTH CARE FRAUD INSTRUCTIONS FOUND ON PAGE 20 OF YOUR JURY INSTRUCTIONS AS TO COUNTS 2, 3, AND 4.

PLEASE BE ADVISED THAT YOU WILL BE PERMITTED TO DELIBERATE UNTIL 5:30 THIS EVENING.

THANK YOU,
JUDGE RUIZ

Dec. 14-22

Dear Judge,

We are looking for guidance or a definition of "intent to cause loss or injury" which is part of an element of "intent to defraud" as presented on page 21 of the jury instructions. Is the intent to cause loss or injury tied to the intent to defraud or does the prosecution have to prove both the intent to cause loss or injury separate from the intention to defraud? For example, if we find proof of the intention to defraud that ultimately causes loss or injury but not proof of the intention to cause loss or injury, how should we interpret that? Is there any case law or a legal definition that can help? Thank you,

the Jury.

Dec. 14-22

DEAR MEMBERS OF THE JURY:

PROVING "INTENT TO DEFRAUD" REQUIRES PROOF BEYOND A REASONABLE DOUBT OF THE INTENT TO CAUSE LOSS OR INJURY. HOWEVER, THE GOVERNMENT DOESN'T HAVE TO PROVE THAT THE ALLEGED SCHEME ACTUALLY SUCCEEDED IN DEFRAUDING ANYONE.

— JUDGE RUIZ