AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   FLORIDA

Case Number: 9:19-CR-80181-RAR(s)

UNITED STATES OF AMERICA

v.

MINAL PATEL

**WITNESS LIST**

| PRESIDING JUDGE RODOLFO A. RUIZ II | PLAINTIFF'S ATTORNEY Jamie de Boer, Emily Gurskis, Reginald Cuyler, Jr., Katherine Rookard | DEFENDANT'S ATTORNEY Steven H. Sadow, Brian T. Rafferty, Donald F. Samuel |
|---|---|---|
| TRIAL DATE 11/29/2022 – 12/12/2022 | COURT REPORTER ILONA LUPOWITZ | COURTROOM DEPUTY Graciela Gomez |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 11/29/2022 | | | Laurie McMillan |
| ✓ | | 11/30/2022 | | | C. N. |
| ✓ | | 11/30/2022 | | | P. W. |
| ✓ | | 11/30/2022 | | | Senthil Ramamurthy |
| ✓ | | 12/1/2022 | | | Dr. Brian Slomovitz |
| ✓ | | 12/1/2022 | | | W. H. |
| ✓ | | 12/1/2022 | | | Stacey Adair |
| ✓ | | 12/2/2022 | | | Dr. Anthony Magliocco |
| ✓ | | 12/2/2022 | | | Kimberly Foss |
| ✓ | | 12/2/2022 | | | Amy Roebuck |
| ✓ | | 12/2/2022 | | | Marc Sporn |
| ✓ | | 12/6/2022 | | | W. I. |
| ✓ | | 12/6/2022 | | | Shawn Griner |
| ✓ | | 12/7/2022 | | | Brett Hirsch |
| ✓ | | 12/8/2022 | | | H. K. |
| ✓ | | 12/8/2022 | | | Michael Petron |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages