IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MINAL PATEL,

    Defendant.

CASE NO. 19-CR-80181

### DEFENDANT MINAL PATEL'S EXHIBIT LIST

| Exhibit Letter / Number | Description and date of exhibit | Date Identified | Date Admitted |
|---|---|---|---|
| 200 | 2014 OIG Report, admitted 11/30/2022 | | 11/30/2022 |
| A-1 | Ramamurthy cross-examination document 1 | | 11/30/2022 |
| A-2 | Ramamurthy cross-examination document 2 | | 11/30/2022 |
| A-3 | Ramamurthy cross-examination document 3 | | 11/30/2022 |
| A-4 | Ramamurthy cross-examination document 4 | | 11/30/2022 |
| A-5 | Ramamurthy cross-examination document 5 | | 11/30/2022 |

| Exhibit Letter / Number | Description and date of exhibit | Date Identified | Date Admitted |
|---|---|---|---|
| B-1 | Email re: Introduction of Stacey Adair | | 12/1/2022 |
| B-2 | Email re: Supplies for Clinics vs. Collectors | | 12/1/2022 |
| B-3 | Email re: Medicare rules re Cancer Genetic Tests | | 12/1/2022 |
| B-4 | Email forward of meeting invite | | 12/1/2022 |
| B-5 | Email re: Upcoming Trainings | | 12/1/2022 |
| B-6 | Email re: Next Week Training Seminars | | 12/1/2022 |
| B-7 | Email fwd re: Compliance Agreements | | 12/1/2022 |
| B-8 | Email re: Compliance Training | | 12/1/2022 |
| B-9 | Email re: Compliance Training | | 12/1/2022 |
| B-10 | Email re: resignation letter | | 12/1/2022 |
| D | Original Molecular Diagnostics Requisition form for W.H. | | 12/1/2022 |

| Exhibit Letter / Number | Description and date of exhibit | Date Identified | Date Admitted |
|---|---|---|---|
| E-1 | Email re: New Rep Info and Processes | | 12/2/2022 |
| E-2 | Email re: Distributors Background Check | | 12/2/2022 |
| E-3 | Email re: From Tobin Watt re: Draft Letter on Impact of HR6 | | 12/2/2022 |
| E-4 | Email re: Contracts | | 12/2/2022 |
| E-5 | Email re: conversation with TV producer | | 12/2/2022 |
| E-6 | Email re: DocuSign Trial | | 12/2/2022 |
| E-7 | Email re: Docusign Trial 2 | | 12/2/2022 |
| E-8 | Email re: Roebuck follow up on Email re: From Tobin Watt | | 12/2/2022 |
| E-9 | Email re: New Rep Info and Processes 2 | | 12/2/2022 |
| E-10 | Email from J. Berarducci re: New Rep Info and Processes | | 12/2/2022 |
| E-11 | Email re: Spirit Contract | | 12/2/2022 |
| E-12 | Email re: Docusign Trial 3 | | 12/2/2022 |

| Exhibit Letter / Number | Description and date of exhibit | Date Identified | Date Admitted |
|---|---|---|---|
| E-13 | Email re: DocuSign Kick Off Call Scheduling | | 12/2/2022 |
| E-14 | Email re: DocuSign Kick Off Call Scheduling 2 | | 12/2/2022 |
| G-1 | September 28 email to Christian McKeon | | 12/6/22 |
| G-2 | April 12 email re: Commissions | | 12/6/22 |
| G-4 | March 13 email with Mike Moranz | | 12/6/22 |
| G-5 | September 13 email with Mike Moranz | | 12/6/22 |
| G-6 | March 6 email from Ziros to Eisner | | 12/6/22 |
| BH-1 | List of Brett Hirsch recordings while cooperating with government | | 12/8/22 |
| BH-2 | Text messages between Brett Hirsch and Jon Berarducci | | 12/8/22 |
| BH-6 | April 29 text from Michael Lohan | | 12/7/22 |

Respectfully submitted this 12th day of December, 2022.

/s/ *Brian Rafferty*
Brian T. Rafferty
Brian Fenton McEvoy
BAKERHOSTETLER
1170 Peachtree Street, Suite 2400
Atlanta, GA 30309
Tel: (404) 256-8233
Email: bmcevoy@bakerlaw.com
Email: brafferty@bakerlaw.com

/s/ *Donald Samuel*
Donald F. Samuel
GARLAND SAMUEL & LOEB, PC
3151 Maple Drive NE
Atlanta, GA 30305
Tel: (404) 262-2225
Email: dfs@gsllaw.com

*/s/ Steven Sadow*
Steven H. Sadow
Georgia Bar No.: 622075
260 Peachtree St., N.W., Ste. 2502
Atlanta, GA 30303
Tel.: 404-577-1400
Email: stevesadow@gmail.com

*Lead Counsel for Minal Patel*

*/s/ Lindy K. Keown*
Lindy Keown, Esq.
Florida Bar No. 117888
Primary: lkeown@bakerlaw.com
Secondary: smmcoy@bakerlaw.com
BAKERHOSTETLER
200 S. Orange Avenue
SunTrust Center, Suite 2300
Orlando, Florida 32801
Telephone (407) 649-4000
Facsimile (407) 841-0168