UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cr-80181-RAR-1(s)

UNITED STATES OF AMERICA

Plaintiff(s),

vs.
MINAL PATEL

Defendant(s).
_____/

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives

Item Nos. _____

☐ Oversize records (larger than 10" x 12" x 15")

Item Nos. _____

☐ Stored by Records Section in: ☐ Miami ☐ FTL ☐ WPB

☑ Other (Explain): All Government Trial Exhibits

☑ Attachments
(Exhibit list, Order of Court)

Signature: Ava Puntillo
Print Name: Ava Puntillo
Agency or Firm: US DOJ
Address: 12020 Miramar Parkway
Miramar FL 33025
Telephone: (202) 256-7143
Date: 12/15/2022

Exhibits Released by:
_____
(Deputy Clerk)

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record