UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80181-RUIZ/REINHART

UNITED STATES OF AMERICA,

v.

MINAL PATEL, a/k/a "Minalkumar Patel,"

        Defendant.
_____/

**GOVERNMENT'S ADMITTED EXHIBITS**

| PRESIDING JUDGE | GOVERNMENT ATTORNEYS | DEFENSE ATTORNEYS |
|---|---|---|
| Honorable Rodolfo A. Ruiz II | Jamie de Boer<br>Emily Gurskis<br>Reginald Cuyler Jr.<br>Katherine Rookard | Steven Sadow<br>Brian Rafferty<br>Donald Samuel |
| **TRIAL PERIOD** | **COURT REPORTERS** | **COURTROOM DEPUTY** |
| November 28, 2022 – December 14, 2022 | Ilona Lupowitz | Graciela Gomez |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT |
|---|---|
| 101 | Medicare Contractor Regions: 2016 to 2019 |
| 103 | Referring Provider Distribution by State |
| 106 | CGx Billed & Paid (Part B) by Practice Location |
| 107 | Top Procedure Codes Part B (Billed > $1M) |
| 108 | Top 10 CGX Procedure Codes Part B |
| 109 | CGx Criteria |
| 110 | Tier 2 CGx Criteria |
| 111 | PGx Criteria |

| | |
|---|---|
| 112 | Total Billed (Part B & C) by Test |
| 113 | CGx Tests Billed (Part B) |
| 114 | Tests Billed For Beneficiaries with at Least One CGX Test (Part B) |
| 115 | Diagnosis Codes for CGx Tests – Part B |
| 116 | Summary of CGx Procedure Codes |