UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80181-RUIZ/REINHART

UNITED STATES OF AMERICA,

v.

MINAL PATEL, a/k/a "Minalkumar Patel,"

       Defendant.

_____/

**GOVERNMENT'S ADMITTED EXHIBITS**

| PRESIDING JUDGE<br><br>Honorable Rodolfo A. Ruiz II | GOVERNMENT ATTORNEYS<br><br>Jamie De Boer<br>Emily Gurskis<br>Reginald Cuyler Jr.<br>Katherine Rookard | DEFENSE ATTORNEYS<br><br>Steven Sadow<br>Brian Rafferty<br>Donald Samuel |
|---|---|---|
| TRIAL PERIOD<br><br>November 28, 2022 – December 14, 2022 | COURT REPORTERS<br><br>Ilona Lupowitz | COURTROOM DEPUTY<br><br>Graciela Gomez |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT |
|---|---|
| 122A | LabSolutions Inc – Sources of Funds January 2017 to August 2019 |
| 123 | Flow of Funds through Minal Patel Entities |
| 124 | Payments to Select Marketers January 2017 to August 2019 |
| 125 | Summary of Payments through XGEN and BBAR |
| 126 | Payments to Minal Patel |

| | |
|---|---|
| 127 | Flow of Medicare Funds from Lab Solutions to Minal Patel January 2017 to April 2019 |
| 128 | Ferrari Payment January 2018 to August 2018 |
| 129 | Hennessy Jaguar Land Rover Payment March 2019 to May 2019 |
| 137 | LabSolutions American Express Transactions |
| 138 | Summary of Patel Movement of Funds |
| 140 | LabSolutions Payments to Select Individuals |
| 165 | Q Health Services Summary |
| 202B | Aetna Medicare Part C Billing Data Certificate of Authenticity (HLX_03-00000116) |
| 203B | Humana Medicare Part C Billing Data Certificate of Authenticity (HLX_03_00000117) |
| 204B | Optum Certificate of Authenticity (HLX_41_0000005511 - 512) |
| 205B | WellCare Medicare Part C Billing Data Certificate of Authenticity (HLX_03-00000119) |
| 206B | Letter Certifying Claims Data for Count Beneficiaries (Partial Letter.pdf) |
| 209B | 2014-01-09, Letter from CMS to LabSolutions re Receipt of Medicare Enrollment Form 855B (Cahaba) (HLX_04-00000271) (1275971707 - 85B - INITIAL ENROLLMENT 1.1.pdf) |
| 209C | 2014-02-19, Email from Cahaba to LabSolutions re Missing Application Fee Payment - LabSolutions CMS-855B (Cahaba) (HLX_04-00000284) (1275971707 - 85B - INITIAL ENROLLMENT 1.7.pdf) |

| | |
|---|---|
| 209D | 2014-03-19, Letter from CMS to LabSolutions Rejecting Initial Medicare Enrollment for Failure to Submit Application Fee (Cahaba) (HLX-04-00000285 - 286) (1275971707 - 85B - INITIAL ENROLLMENT 1.8.pdf) |
| 209E | 2014-03-20, Email from LabSolutions to Cahaba re Proof of Payment for Medicare Enrollment Application + Attached Proof of Payment (HLX_04-00000276-278) (1275971707 - 85B - INITIAL ENROLLMENT 1.4.pdf; 1275971707 - 85B - INITIAL ENROLLMENT 1.5.pdf) |