# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, **Sandra P Miller**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **Aetna**, and my title is **Sr. Investigator**. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **Aetna**. The attached records consist of **a 25 MB CD containing a detailed list of Medicare Part C Claims**. I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **Aetna**, and they were made by **Aetna** as a regular practice; and

b. such records were generated by **Aetna's** electronic process or system that produces an accurate result, to wit:

   1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **Aetna** in a manner to ensure that they are true duplicates of the original records; and

   2. the process or system is regularly verified by **Aetna**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

October 2, 2019                                   *Sandra P. Miller*

_____                          _____
Date                                                        Signature

Proprietary

GOVERNMENT EXHIBIT
**202B**
19-CR-80181-RUIZ

HLX_03-00000116