

SafeGuard
Services
LLC

CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain SGS Internal or SGS Confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender, and destroy all copies of the original message.

Ashley Biamby
Special Agent
DHHS.OIG.OI
7900 Oak Lane
Suite 200
Miami Lakes, FL 33016


Sender Name: Jay Leiva
Sender Phone Number: 954-988-2718


*The remainder of this page is intentionally blank.*

**GOVERNMENT EXHIBIT**

**206B**

19-CR-80181-RUIZ

October 14, 2022                           **DELIVERED VIA KITEWORKS**

Ashley Biamby
Special Agent
DHHS.OIG.OI
7900 Oak Lane
Suite 200
Miami Lakes, FL 33016

Ref:    Request for Information
         Veronica W. Hood et al
         SGS WMM #: 3310062022016 / UCM #: RFI-221006-00016

Dear SA Biamby:

Reference is made to your Request for Information for data and documents on Veronica W. Hood et al received by SafeGuard Services, LLC on October 6th, 2022.

Enclosed is the requested data on Veronica W. Hood et al. Outstanding are the requested documents from the designated MACs.

Thank you for allowing us to assist you in fulfilling our mutual mission of protecting the Medicare and Medicaid Trust Fund.

Respectfully,

Laurie Tepperberg
Lead Investigator, RFI Team
SafeGuard Services, LLC
A CMS Southeast Unified Program Integrity Contract

Enclosure

www.safeguard-servicesllc.com      SGS Confidential      Page 2 of 2
T-UPIC-0003 Letterhead V5      Release Date: 10/26/2021
Address: SafeGuard Services, LLC • 3450 Lakeside Drive, Suite 201 • Miramar, Florida 33027
WMM #: 3310062022016 / UCM #: RFI-221006-00016