UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80181-RUIZ/REINHART

UNITED STATES OF AMERICA,

v.

MINAL PATEL, a/k/a "Minalkumar Patel,"

    Defendant.
_____/

**GOVERNMENT'S ADMITTED EXHIBITS**

| PRESIDING JUDGE | GOVERNMENT ATTORNEYS | DEFENSE ATTORNEYS |
|---|---|---|
| Honorable Rodolfo A. Ruiz II | Jamie de Boer<br>Emily Gurskis<br>Reginald Cuyler Jr.<br>Katherine Rookard | Steven Sadow<br>Brian Rafferty<br>Donald Samuel |
| **TRIAL PERIOD**<br><br>November 28, 2022 – December 14, 2022 | **COURT REPORTERS**<br><br>Ilona Lupowitz | **COURTROOM DEPUTY**<br><br>Graciela Gomez |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT |
|---|---|
| 209F | 2014-03-25, Site Visit Report for LabSolutions (Cahaba) (HLX_04-00000279-283) (1275971707 INITIAL ENROLLMENT 1.6.pdf) |

| | |
|---|---|
| 209G | 2014-04-08, Letter from CMS to LabSolutions Approving Medicare Enrollment Form 855B  - LabSolutions CMS-855B (Cahaba) (HLX_04-00000272-274) (1275971707 - 85B - INITIAL ENROLLMENT 1.2.pdf) |
| 209H | 2014-04-08, Letter from CMS to LabSolutions re Medicare Payment Cycles (Cahaba) (HLX_04-00000275) (12575971707 - 85B - INITIAL ENROLLMENT 1.3.pdf) |
| 210B | 2014-07-17, Letter from CMS to LabSolutions Approving Amended Medicare Enrollment Form 855B (Cahaba) (HLX_04-00000347) (1275971707 - 85C 1.1.pdf) |
| 212B | 2014-10-22, Letter from CMS to LabSolutions re Second Amended LabSolutions CMS-855B (Cahaba) (HLX_04-00000348-349) (1275971707 - 85C 1.2.pdf) |
| 214B | 2016-02-24, Letter from CMS to LabSolutions Confirming Receipt of Fourth Amended LabSolutions Medicare Application Form 855B (Cahaba) (HLX_04-00000429) (1275971707 - 85C 3.1.pdf) |
| 214C | 2016-02-26, Letter from CMS to LabSolutions Requesting Additional Information on Fourth Amended LabSolutions Medicare Application (Cahaba) (HLX_04-00000430-431) (1275971707 - 85C 3.2.pdf) |

| | |
|---|---|
| 214D | 2016-03-30, Letter from CMS to LabSolutions Rejecting Fourth Amended Medicare Enrollment Application (Cahaba) (HLX_04-00000432) (12575971707 - 85C 3.3.pdf) |
| 222A | 42 U.S.C. § 1395y (effective 04.16.2015 to 12.12.2016) (HLX_34-0000000073-100) |
| 222B | 42 U.S.C. § 1395y (effective 12.13.2016 to 10.23.2018) (HLX_34-0000000101-128) |
| 222C | 42 U.S.C. § 1395y (effective 10.24.2018 to 12.10.2020) (HLX_34-0000000129-156) |