

February 24, 2016

LabSolutions, LLC
Attn: Kelly Minish
2440 West Broad St, Suite 10
Athens, GA  30606

**RE:**
**National Provider Identifier (NPI)**: 1275971707

Dear Kelly Minish:

Your CMS-855B Medicare enrollment application was received on February 22, 2016 and is currently being reviewed. You will receive a letter within 30 calendar days if we need any additional information.

Additional provider/supplier identification information: NPI, DBA Name, etc.

If you would like to check the status of your application, please go to our website
https://apps.cahabagba.com/ProviderApplicationStatus/providerApplicationInquiry.jsp

Please retain this letter in the event that you must submit additional information in support of your application. If you have any questions, please contact our office at 877-567-7271 for the states of AL, GA and TN between the hours of 9:00 a.m. - 5:00 p.m. EST.

Sincerely,

Cahaba Government Benefit Administrators, LLC

Reference # PE-576184

Cahaba Medicare Part B
Part B Provider Enrollment
P. O. Box 6169
Indianapolis, IN 46206-6169

**GOVERNMENT EXHIBIT**
**214B**
19-CR-80181-RUIZ

HLX_04-00000429