UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CR-80196-AHS

UNITED STATES OF AMERICA

vs.

RICHARD GARIPOLI,

       **Defendant.**
_____/

### JOINT MOTION FOR A BRIEF CONTINUANCE OF THE PARTIES' DEADLINE TO FILE MOTIONS *IN LIMINE*

    The United States of America, by and through its undersigned attorney, and the Defendant, by and through his undersigned attorneys, hereby file this joint motion requesting a brief, seven-day continuance of the Court's deadline to file their motions *in limine* and state the following in support of this request:

    1.    On September 26, 2019, Richard Garipoli (the "Defendant") was indicted on health care fraud and kickback charges stemming from his ownership and operation of a telemedicine company. Specifically, the Defendant was indicted on one count of conspiracy to commit health care fraud and wire fraud, in violation of 18 U.S.C. § 1349 (Count One); five counts of health care fraud, in violation of 18 U.S.C. § 1347 (Counts Two – Six); conspiracy to defraud the United States and to receive health care kickbacks, in violation of 18 U.S.C. § 371 (Count Seven); and receipt of kickbacks in connection with a federal health care program, in violation 42 U.S.C. § 1320a-7b(b)(1)(B) (Counts Eight – Thirteen). Dkt. No. 3.

    2.    On June 23, 2022, the Defendant's prior counsel, Simon Steckel, Esq., officially withdrew from this case, nearly three years after the Defendant was indicted. That same day, the Defendant's new counsel, Leonard Feuer, Esq. and Todd Weicholz, Esq., entered their appearances

in this case. Since that time, the government has re-produced all of the previously produced discovery to the Defendant's new counsel, produced additional discovery, and the parties have been diligently preparing for trial.

3. Trial is currently scheduled for February 13, 2023. Dkt. No. 139.

4. In light of developments that were only recently uncovered in a related case and concern one of the government's anticipated co-conspirator witnesses,[1] as well as the Defendant's intention to assert an advice-of-counsel defense, the parties restarted plea negotiations on January 3, 2023.

5. At present, the parties' deadline to file their respective omnibus motions *in limine* is Friday, January 6, 2023.

6. In order to allow the parties to continue focusing on pursuing a potential resolution and avoid a lengthy and complex trial, the government and the Defendant respectfully request that this Court continue the deadline for filing their motions *in limine* by seven (7) days, which would result in a new motions' *in limine* deadline of Friday, January 13, 2023.

7. This request is based on the government and the Defendant's good faith belief that they are making progress on resolving this case and is not meant to unnecessarily delay the trial. Furthermore, should the parties' nevertheless fail to reach a resolution, the requested extension would allow both the government and the Defendant additional time to address the recent developments that could potentially impact what motions *in limine* may be filed.

Dated: January 5, 2023               Respectfully submitted,

                                     GLENN S. LEON, CHIEF
                                     CRIMINAL DIVISION, FRAUD SECTION
                                     U.S. DEPARTMENT OF JUSTICE

---

[1] The issue arose with the same witness who was also a potential government witness in the trial of *United States v. Patel*, Case No. 19-cr-80181-RARA.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:    */s/ Alexander Thor Pogozelski*
Alexander Thor Pogozelski
Florida Special Bar No. A5502549
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 510-2208
Email: alexander.pogozelski@usdoj.gov
Counsel for the United States

*/s/ Leonard Feuer*
Leonard Feuer, P.A.
500 S. Australian Avenue
Suite 500
West Palm Beach, FL 33401
Main: (561) 659-1360
Fax:  (561) 249-4100
Email: lfeuer@feuerlawfirm.com

Todd Weicholz,
Laing Weicholz Schley, PLLC
6111 Broken Sound Pkwy NW Ste 330
Boca Raton, FL 33487
Tel: 561-416-1818 x109
Fax: 561-892-2602
Email: todd@lwslegal.com

## **CERTIFICATE OF SERVICE**

I, Alexander Thor Pogozelski, hereby certify that on January 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: */s/ Alexander Thor Pogozelski*
Alexander Thor Pogozelski
Trial Attorney
Florida Special Bar No. A5502549
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 510-2208
Email: alexander.pogozelski@usdoj.gov