UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80181-RUIZ/REINHART

UNITED STATES OF AMERICA,

v.

MINAL PATEL, a/k/a "Minalkumar Patel,"

        Defendant.
_____/

**GOVERNMENT'S ADMITTED EXHIBITS**

| PRESIDING JUDGE | GOVERNMENT ATTORNEYS | DEFENSE ATTORNEYS |
|---|---|---|
| Honorable Rodolfo A. Ruiz II | Jamie de Boer<br>Emily Gurskis<br>Reginald Cuyler Jr.<br>Katherine Rookard | Steven Sadow<br>Brian Rafferty<br>Donald Samuel |
| **TRIAL PERIOD**<br><br>November 28, 2022 – December 14, 2022 | **COURT REPORTERS**<br><br>Ilona Lupowitz | **COURTROOM DEPUTY**<br><br>Graciela Gomez |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT |
|---|---|
| 223A | 42 U.S.C. § 1395x (effective 12.13.2016 to 02.08.2018) (HLX_35_0000000071-139) |
| 223B | 42 U.S.C. § 1395x (effective 02.09.2018 to 10.23.2018) (HLX_35_0000000140-208) |
| 223C | 42 U.S.C. § 1395x (effective 10.24.2018 to 03.26.2020) (HLX_35_0000000001-070) |

| | |
|---|---|
| 224A | 42 C.F.R. § 410.32 (effective 01.01.2013 to 12.31.2018) (HLX_34-0000000001-006) |
| 224B | 42 C.F.R. § 410.32 (effective 01.01.2019 to 03.302020) (HLX_34-0000000007-012) |
| 225A | 42 C.F.R. § 411.15 (effective 01.01.2015 to 09.30.2017) (HLX_34-0000000023-031) |
| 225B | 42 C.F.R. § 411.15 (effective 10.01.2017 to 09.30.2018) (HLX_34-0000000032-040) |
| 225C | 42 C.F.R. § 411.15 (effective 10.01.2018 to 11.01.2020) (HLX_34-0000000041-049) |
| 226A | 42 C.F.R. § 410.78 (effective 01.01.2016 to 12.31.2018) (HLX_34-0000000013-017) |
| 226B | 42 C.F.R. § 410.78 (effective 01.01.2019 to 03.30.2020) (HLX_34-0000000018-022) |
| 228A | 2016-01-01, Local Coverage Determination (LCD): Biomarkers Overview (L35062) |
| 228B | 2016-10-01, Local Coverage Determination (LCD): Biomarkers Overview (L35062) |
| 228C | 2016-12-01, Local Coverage Determination (LCD): Biomarkers Overview (L35062) |
| 228D | 2017-01-01, Local Coverage Determination (LCD): Biomarkers Overview (L35062) |
| 228E | 2017-02-01, Local Coverage Determination (LCD): Biomarkers Overview (L35062) |

| | |
|---|---|
| 228F | 2017-10-01, Local Coverage Determination (LCD): Biomarkers Overview (L35062) |
| 228G | 2017-12-14, Local Coverage Determination (LCD): Biomarkers Overview (L35062) |
| 228H | 2018-01-01, Local Coverage Determination (LCD): Biomarkers Overview (L35062) |
| 228I | 2018-03-08, Local Coverage Determination (LCD): Biomarkers Overview (L35062) |
| 228J | 2018-10-01, Local Coverage Determination (LCD): Biomarkers Overview (L35062) |
| 228K | 2019-01-01, Local Coverage Determination (LCD): Biomarkers Overview (L35062) |
| 228L | 2019-05-30, Local Coverage Determination (LCD): Biomarkers Overview (L35062) |