UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80181-RUIZ/REINHART

UNITED STATES OF AMERICA,

v.

MINAL PATEL, a/k/a "Minalkumar Patel,"

        Defendant.
_____/

**GOVERNMENT'S ADMITTED EXHIBITS**

| PRESIDING JUDGE | GOVERNMENT ATTORNEYS | DEFENSE ATTORNEYS |
|---|---|---|
| Honorable Rodolfo A. Ruiz II | Jamie de Boer<br>Emily Gurskis<br>Reginald Cuyler Jr.<br>Katherine Rookard | Steven Sadow<br>Brian Rafferty<br>Donald Samuel |
| **TRIAL PERIOD** | **COURT REPORTERS** | **COURTROOM DEPUTY** |
| November 28, 2022 – December 14, 2022 | Ilona Lupowitz | Graciela Gomez |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT |
|---|---|
| 230A | 2016-02-15, Local Coverage Determination (LCD): BRCA1 and BRCA2 Genetic Testing (L36082) |
| 230B | 2017-08-31, Local Coverage Determination (LCD): BRCA1 and BRCA2 Genetic Testing (L36082) |

| | |
|---|---|
| 230C | 2017-10-26, Local Coverage Determination (LCD): BRCA1 and BRCA2 Genetic Testing (L36082) |
| 230D | 2017-11-02, Local Coverage Determination (LCD): BRCA1 and BRCA2 Genetic Testing (L36082) |
| 230E | 2017-11-30, Local Coverage Determination (LCD): BRCA1 and BRCA2 Genetic Testing (L36082) |
| 230F | 2018-01-01, Local Coverage Determination (LCD): BRCA1 and BRCA2 Genetic Testing (L36082) |
| 230G | 2018-01-29, Local Coverage Determination (LCD): BRCA1 and BRCA2 Genetic Testing (L36082) |
| 230H | 2018-02-26, Local Coverage Determination (LCD): BRCA1 and BRCA2 Genetic Testing (L36082) |
| 230I | 2018-07-12, Local Coverage Determination (LCD): BRCA1 and BRCA2 Genetic Testing (L36082) |
| 230J | 2018-08-09, Local Coverage Determination (LCD): BRCA1 and BRCA2 Genetic Testing (L36082) |
| 230K | 2018-08-23, Local Coverage Determination (LCD): BRCA1 and BRCA2 Genetic Testing (L36082) |
| 230L | 2018-11-22, Local Coverage Determination (LCD): BRCA1 and BRCA2 Genetic Testing (L36082) |

| | |
|---|---|
| 230M | 2019-01-01, Local Coverage Determination (LCD): BRCA1 and BRCA2 Genetic Testing (L36082) |
| 231A | 2016-12-01, Local Coverage Determination (LCD): BRCA1 and BRCA2 Genetic Testing (L36715) |
| 231B | 2018-01-01, Local Coverage Determination (LCD): BRCA1 and BRCA2 Genetic Testing (L36715) |
| 231C | 2018-05-18, Local Coverage Determination (LCD): BRCA1 and BRCA2 Genetic Testing (L36715) |
| 231D | 2019-01-01, Local Coverage Determination (LCD): BRCA1 and BRCA2 Genetic Testing (L36715) |
| 231E | 2019-05-30, Local Coverage Determination (LCD): BRCA1 and BRCA2 Genetic Testing (L36715) |
| 232D | 2018-02-26, Local Coverage Determination (LCD): Genetic Testing for Lynch Syndrome (L35024) |
| 232E | 2018-09-03, Local Coverage Determination (LCD): Genetic Testing for Lynch Syndrome (L35024) |
| 232F | 2018-09-03, Local Coverage Determination (LCD): Genetic Testing for Lynch Syndrome (L35024) |
| 232G | 2018-09-03, Local Coverage Determination (LCD): Genetic Testing for Lynch Syndrome (L35024) |
| 232H | 2018-09-03, Local Coverage Determination (LCD): Genetic Testing for Lynch Syndrome (L35024) |