UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80181-RUIZ/REINHART

UNITED STATES OF AMERICA,

v.

MINAL PATEL, a/k/a "Minalkumar Patel,"

       Defendant.
_____/

## GOVERNMENT'S ADMITTED EXHIBITS

| PRESIDING JUDGE<br><br>Honorable Rodolfo A. Ruiz II | GOVERNMENT ATTORNEYS<br><br>Jamie de Boer<br>Emily Gurskis<br>Reginald Cuyler Jr.<br>Katherine Rookard | DEFENSE ATTORNEYS<br><br>Steven Sadow<br>Brian Rafferty<br>Donald Samuel |
|---|---|---|
| TRIAL PERIOD<br><br>November 28, 2022 – December 14, 2022 | COURT REPORTERS<br><br>Ilona Lupowitz | COURTROOM DEPUTY<br><br>Graciela Gomez |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT |
|---|---|
| 233A | 2015-10-01, Local Coverage Determination (LCD): Genetic Testing for Lynch Syndrome (L35553) |
| 233B | 2018-01-29, Local Coverage Determination (LCD): Genetic Testing for Lynch Syndrome (L35553) |
| 235G | 2018-01-29, Local Coverage Determination (LCD): CYPC19, CYP2D6, CYP2C9, and VKORC1 Genetic Testing (L35072) |

| | |
|---|---|
| 235H | 2018-02-26, Local Coverage Determination (LCD): CYPC19, CYP2D6, CYP2C9, and VKORC1 Genetic Testing (L35072) |
| 235I | 2018-10-01, Local Coverage Determination (LCD): CYPC19, CYP2D6, CYP2C9, and VKORC1 Genetic Testing (L35072) |
| 235J | 2018-10-01, Local Coverage Determination (LCD): CYPC19, CYP2D6, CYP2C9, and VKORC1 Genetic Testing (L35072) |
| 236A | 2016-01-01, Local Coverage Determination (LCD) : CYP2C19, CYP2D6, CYP2C9, and VKORC1 Genetic Testing (L35660) |
| 236B | 2018-01-29, Local Coverage Determination (LCD) : CYP2C19, CYP2D6, CYP2C9, and VKORC1 Genetic Testing (L35660) |
| 236C | 2018-01-29, Local Coverage Determination (LCD) : CYP2C19, CYP2D6, CYP2C9, and VKORC1 Genetic Testing (L35660) |
| 237D | 2018-01-29, Local Coverage Determination (LCD): APC and MUTYH Gene Testing (L36827) |
| 243 | CMS Claim Form 1500 |
| 244 | UB-04 Claim Form |
| 245 | CPT Gene Table Exhibit_Patel.xlsx |
| 246 | Medicare Enrollment Application Form CMS-855B (effective 2008 - 2011) |
| 247 | Medicare Enrollment Application Form CMS-855B (effective 2011 - 2019) |
| 504 | 2016-01-18, Lab Solutions LLC Annual Registration (HLX_09-00000135) |
| 505 | 2016-03-04, Lab Solutions LLC Annual Registration (HLX_09-00000136) |
| 506 | 2017, Lab Solutions LLC Annual Registration (HLX_09-00000143) |

| 507 | 2018, Lab Solutions LLC Annual Registration (HLX_09-00000144) |
|---|---|
| 508 | 2019, Lab Solutions LLC Annual Registration (HLX_09-00000145) |