# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-CR-80181-RUIZ/REINHART

UNITED STATES OF AMERICA,

v.

MINAL PATEL, a/k/a "Minalkumar Patel,"

        Defendant.

_____/

### GOVERNMENT'S ADMITTED EXHIBITS

| PRESIDING JUDGE | GOVERNMENT ATTORNEYS | DEFENSE ATTORNEYS |
|---|---|---|
| Honorable Rodolfo A. Ruiz II | Jamie de Boer<br>Emily Gurskis<br>Reginald Cuyler Jr.<br>Katherine Rookard | Steven Sadow<br>Brian Rafferty<br>Donald Samuel |
| **TRIAL PERIOD**<br>November 28, 2022 – December 14, 2022 | **COURT REPORTERS**<br>Ilona Lupowitz | **COURTROOM DEPUTY**<br>Graciela Gomez |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT |
|---|---|
| 601 | 2016-05-01, Fully Executed Laboratory Test Distribution Agreement between LabSolutions LLC and Alite Medical Solutions, LLC (doj_patel_3_0000904550-561) |
| 602 | 2017-05-23, Email from Jon Berarducci (LabSolutions) to Brett Hirsch re: Labsolutions Agreement (doj_patel_3_0001127056) |

| | |
|---|---|
| 602A | Attachment - Draft Laboratroy Test Distribution Agreement between LabSolutions LLC and Alite Medical Solutions, LLC (doj_patel_3_0001127057-068) |
| 603 | 2017-08-16, Email from Brett Hirsch to Minal Patel re:  Fwd: SKM_C554e17081618570.pdf (doj_patel_3_0000965151) |
| 603A | Attachment - Partially Executed Laboratory Test Distribution Agreement between LabSolutions LLC and Alite Medical Solutions, LLC (doj_patel_3_0000965152-163) |
| 604 | 2017-08-16, Email from Minal Patel to Jon Berarducci (LabSolutions) re:  Fwd: SKM_C444e17081618570.pdf (doj_patel_3_0000965190) |
| 604A | Attachment - Partially Executed Laboratory Test Distribution Agreement between LabSolutions LLC and Alite Medical Solutions, LLC (doj_patel_3_0000965191-202) |
| 607A | 2017-11-11, Email from Jon Berarducci to Brett Hirsch, Minal Patel, Nick Saliba (LabSolutions), Tushar Narottam (LabSolutions) re:  Please review and sign the October LabSolutions Commissions Attestation (doj_patel_3_0000974695 - 697) |
| 607D | 2018-08-06, Email from Jon Berarducci (LabSolutions) to Brett Hirsch re: Completed:  July Commissions Attestation (doj_patel_3_0002030318 - 319) + Attachment - Executed Compliance Agreement (doj_patel_3_0002030320 - 322) |
| 610 | 2017-01-06, Email from Christian McKeon to Minal Patel, Shawn Griner (IDGAF) re:  Fw:  Both Agreements (doj_patel_3_0000915420) |

| | |
|---|---|
| 610A | Attachment - 2016-09-30, Draft Laboratory Sales Representative Distribution Agreement between XGEN Marketing and LabSolutions (doj_patel_3_0000915421-434) |
| 611 | 2017-01-31, Email from Jon Berarducci (LabSolutions) to Christian McKeon, Minal Patel re:  Contracts (doj_patel_3_0000924280) |
| 611A | Attachment - 2016-09-30, Draft Laboratory Test Distribution Agreement between Christian McKeon and LabSolutions LLC (doj_patel_3_0000924281-292) |
| 611B | Attachment - 2016-09-30, Draft Laboratory Test Distribution Agreement between XGEN Marketing LLC and LabSolutions LLC (doj_patel_3_0000924293-305) |
| 613 | 2018-07-05, Email from Jon Berarducci (LabSolutions) to Christian McKeon re:  Completed: Contract per our conversation (doj_patel_3_0001280101) |
| 613A | Attachment - 2017-01-01, Fully Executed Laboratory Test Distribution Agreement between XGEN Marketing LLC and LabSolutions LLC (doj_patel_3_0001280102-113) |
| 614 | 2019-02-14, Email from Jon Berarducci (LabSolutions) to Christian McKeon re:  Completed: 2019 Agreement (doj_patel_3_0001291496) |
| 614A | Attachment - 2019-01-01, Fully Executed Laboratory Test Distribution Agreement between XGEN Marketing LLC and LabSolutions LLC (doj_patel_3_0001291497-506) |
| 615 | 2019-04-29, Email from Docusign to Christian McKeon re: Completed: Labsolutions Agreement (doj_patel_3_0001295345) |

| | |
|---|---|
| 615A | Attachment - 2019-04-29, Letter from LabSolutions to XGEN re Termination of January 2019 Contract (doj_patel_3_0001295346) |
| 615B | Attachment - 2019-05-01, Fully Executed Laboratory Distribution Agreement between XGEN Marketing LLC and LabSolutions LLC (doj_patel_3_0001295347-357) |