# Labsolutions Agreement

| | |
|---|---|
| **From:** | Jon Berarducci <jon@labsolutions.com> |
| **To:** | Brett Hirsch <bhirsch.metro@hotmail.com> |
| **Date:** | Tue, 23 May 2017 20:41:05 +0000 |
| **Attachments:** | Alite Medical Solutions (Brett Hirsch) Agreement.pdf (284 kB) |

Brett,
Please review.  If all looks good, initial every page, sign, and email back to me.
Thanks,
Jon

Jon Berarducci | Vice President of Sales



1451 NORTHSIDE DRIVE
ATLANTA, GA 30318
CEL: (615)426.6576 | FAX: (404)343.0087 | LABSOLUTIONS

**GOVERNMENT EXHIBIT**
**602**
19-CR-80181-RUIZ

doj_patel_3_0001127056