# Re: Please review and sign the October Labsolutions Commissions Attestation

| | |
|---|---|
| From: | Jon Berarducci <jon@labsolutions.com> |
| To: | Brett Hirsch <bhirsch.metro@hotmail.com> |
| Cc: | Nick Saliba <nick@labsolutions.com>; Minal Patel <minal@labsolutions.com> |
| Date: | Sat, 11 Nov 2017 19:02:41 +0000 |

You signed it the last time we sent it out.

Jon Berarducci
Vice President of Sales
Labsolutions, LLC.
Cell:  615-426-6576
jon@labsolutions.com
www.labsolutions.com

> On Nov 11, 2017, at 8:28 AM, Brett Hirsch <bhirsch.metro@hotmail.com> wrote:
>
> Ok
>
> Brett Hirsch
> Direct (646) 300-2854
>
> On Nov 11, 2017, at 11:26 AM, Jon Berarducci <jon@labsolutions.com> wrote:
>
>> Please read it carefully. In order for us to pay you commissions, you have to attest that all of your business that came in is compliant. We will ask you to do this every month before commissions are paid. All reps are being asked to sign before payment.
>>
>> Jon Berarducci
>> Vice President of Sales
>> Labsolutions, LLC.
>> Cell: 615-426-6576
>> jon@labsolutions.com
>> www.labsolutions.com
>>
>> On Nov 10, 2017, at 6:18 PM, Brett Hirsch <bhirsch.metro@hotmail.com> wrote:
>>
>>> Whst is this I asked minal he says he don't know
>>>
>>> Brett Hirsch
>>> Direct (646) 300-2854
>>>
>>> On Nov 10, 2017, at 8:02 PM, Jon Berarducci via DocuSign <dse_na3@docusign.net> wrote:

GOVERNMENT EXHIBIT
**607A**
19-CR-80181-RUIZ

doj_patel_3_0000974695



**Jon Berarducci**
jon@labsolutions.com

Please review and sign the October Labsolutions Commissions Attestation in order to receive October commissions by the 15th of November.  If the agreement is not signed, we will not be able to pay commissions until it is completed.

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit **DocuSign.com**, click 'Access Documents', and enter the security code:
F8E950D364D0478EBC78A60500B8393F3

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional

trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Jon Berarducci who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.