UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80181-RUIZ/REINHART

UNITED STATES OF AMERICA,

v.

MINAL PATEL, a/k/a "Minalkumar Patel,"

    Defendant.
_____/

**GOVERNMENT'S ADMITTED EXHIBITS**

| PRESIDING JUDGE | GOVERNMENT ATTORNEYS | DEFENSE ATTORNEYS |
|---|---|---|
| Honorable Rodolfo A. Ruiz II | Jamie de Boer<br>Emily Gurskis<br>Reginald Cuyler Jr.<br>Katherine Rookard | Steven Sadow<br>Brian Rafferty<br>Donald Samuel |
| **TRIAL PERIOD**<br><br>November 28, 2022 – December 14, 2022 | **COURT REPORTERS**<br><br>Ilona Lupowitz | **COURTROOM DEPUTY**<br><br>Graciela Gomez |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT |
|---|---|
| 620 | 2016-09-23, Email from Shawn Griner to Rachel Eisner (MyOnCallDoc) re: completed paperwork for IDGAF (HLX_38_0000000108) |
| 621 | 2017-01-02, Email from Rachel Eisner (MyOnCallDoc) to Shawn Griner, Craig Long (MyOnCallDoc) re: IDGAF Agreement (HLX_38_0000000127 ) |

| | |
|---|---|
| 621A | Attachment - Marketing ENGAGEMENT SERVICE AGREEMENT - idgaf.pdf (HLX_38_0000000128-135) |
| 622 | 2017-01-18, Email from Shawn Griner to Christian McKeon re: Fw: Revised Agreement (HLX_38_0000000118) |
| 622A | Attachment - Marketing ENGAGEMENT SERVICE AGREEMENT - idgaf revised (HLX_38_0000000119 - 126) |
| 623 | 2017-01-18, Email from Shawn Griner to Minal Patel re: Fw: Revised Agreement (doj_patel_3_0000919878) |
| 623A | Attachment - Marketing ENGAGEMENT SERVICE AGREEMENT - idgaf revised.pdf (doj_patel_3_0000919883 - 890) |
| 650 | 2018-02-08, Email from Marc Sporn (CPL/MediPak) to Jon Berarducci (LabSolutions) and Will Slagle re: Signed Agreement (doj_patel_3_0001113410) |
| 650A | Attachment - 2017-12-01 Partially Executed Laboratory Test Distribution Agreement between CPL Medial Group and LabSolutions (doj_patel_3_0001113411 - 423) |
| 651 | 2017-12-01, Laboratory Distribution Agreement - CPL Media Group Inc. d-b-a Medipak and Lab Services (doj_patel_3_0000904537-549) |
| 652 | 2019-01-01, Laboratory Distribution Agreement - CPL Media Group Inc. (doj_patel_3_0000869705-714) |

| | |
|---|---|
| 654A | 2018-02-12, Email from Sonal Jariwala (LabSolutions) to Jonathan Berarducci (LabSolutions) re:  Welcome! Please review and Sign the LabSolutions Compliance Agreement and BAA (doj_patel_3_0001113656 - 657) + Attachment - Executed Compliance Agreement (doj_patel_3_0001113658 - 660) |
| 665 | 2016-11-01, Email from Meena Rama to Omar Aleem (LabSolutions) re:  Completed:  Please DocuSign (HLX_GOV09_0000029095 - 096) |
| 665A | Attachment - 2016-09-22, Fully Executed Laboratory Sales Representative Distribution Agreement between Q Health Services and LabSolutions (HLX_GOV09_0000029097 - 109) |
| 667A | 2017-03-13, Email from Ramamurthy to Jon Berarducci (LabSolutions), Stacey Adair (LabSolutions), Nick Saliba (LabSolutions), others re:  We have not reeived your signed Compliance Agreement (doj_patel_3_0001118339) |
| 667B | 2017-11-11, Email from DocuSign to Jon Berarducci (LabSolutions) re: Completed:  Please review and sign the October Labsolutions Commissions Attestation (doj_patel_3_0001106242 - 243) + Attachment - Executed Compliance Agreement (doj_patel_3_0001106244 - 246) |
| 675 | 2018-02-15, Email from Mark Vollaro (LifeMD) to Shawn Griner (IDGAF) and Christian McKeon (XGEN) re:  Campaign Information (doj_patel_3_0001271084) |

| | |
|---|---|
| 675A | Attachment - Draft Telemedicine Program Agreement between LifeMD and BBAR Marketing (doj_patel_3_0001271085 - 103) |
| 676 | 2018-02-21, Email form Mark Vollaro (LifeMD) to Thanasi Ziros (BBAR), Shawn Griner (IDGAF) re: Agreement (doj_patel_3_0002116439) |
| 676A | Attachment - 2018-02-15, Fully Executed Telemedicine Program Agreement between LifeMD and BBAR Marketing (doj_patel_3_0002116440 - 458) |