| | |
|---|---|
| Message | |
| **From**: | Meena Rama via DocuSign [dse_na2@docusign.net] |
| **Sent**: | 11/1/2016 9:46:35 PM |
| **To**: | omar aleem [omar@labsolutions.com] |
| **Subject**: | Completed: Please DocuSign. |
| **Attachments**: | Dr. Rama Agreement - 45 percent (corrected 10416) (1).docx.pdf |





**Meena Rama**
meena@roseshore.com

All parties have completed Please DocuSign..

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
DD22AFC593C041149492F16225B95CE72

About DocuSign

**GOVERNMENT EXHIBIT**

**665**

19-CR-80181-RUIZ

CONFIDENTIAL

LabSolutions-023334
HLX_GOV09_0000029095

trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly or replying to this email.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

Download the DocuSign App

This message was sent to you by Meena Rama who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

CONFIDENTIAL

LabSolutions-023335
HLX_GOV09_0000029096