# Re: We have not received your signed Compliance Agreement

| | |
|---|---|
| **From:** | R Kumar <rama1.vim@gmail.com> |
| **To:** | John Scholtes <jscholtes@emetadvisors.com>; Meena Rama <meena@roseshore.com>; Stacey Adair <stacey@labsolutions.com> |
| **Cc:** | Jon Berarducci <jon@labsolutions.com>; Jonathan Hayes <jonathan@labsolutions.com>; Nick Saliba <nick@labsolutions.com> |
| **Date:** | Mon, 13 Mar 2017 03:21:08 +0000 |

Document Signed

Thanks
Rama

On Sun, Mar 12, 2017 at 8:35 PM Stacey Adair <stacey@labsolutions.com> wrote:

> Hi,
>
> If you are receiving this message, we have not yet received your signed Compliance Agreement. The March 15th deadline is quickly approaching, so please make sure you sign this agreement right away. The Compliance Agreement was sent to your email via DocuSign. If you need the document resent, please let me know as soon as possible. We will not be able to process paperwork or commissions for anyone who has not yet signed this agreement.
>
> Thank You,
> Stacey
>
> --
>
> 
>
> **Stacey Adair**
> National Sales Trainer
> Mobile: 832-725-4252
> Fax: 866-755-5731
> Email: stacey@labsolutions.com
> Website: LabSolutions.com

**GOVERNMENT EXHIBIT**

**667A**

19-CR-80181-RUIZ

doj_patel_3_0001118339