## RE: Campaign information

| | |
|---|---|
| From: | Mark Vollaro <mark@lifemd.com> |
| To: | Shawn G <thereallead@yahoo.com>; Christian Mckeon <christianmckeon@ymail.com> |
| Date: | Thu, 15 Feb 2018 21:15:06 +0000 |
| Attachments: | BBAR Telemed Program Agmt LifeMD 2.15.18 1.pdf (643.92 kB); BBAR Marketing Invoice 2.15.18.pdf (115.37 kB); LifeMD Wiring Instructions.docx (11.97 kB) |

Shawn,

Please see attached and contact me if you have any questions.

Best,

**LifeMD**

**Mark Vollaro** / President & CEO
mark@lifemd.com

LifeMD
Office: 866-954-8281 / Fax: 561-270-6940 / Direct: 561-270-6940
1901 S Congress Ave, Suite 150, Boynton Beach, FL 33426
http://www.lifemd.com

In compliance with "HIPAA" (rule 104-91), this message is intended only for use of the individual or entity to which it is addressed & may contain information that is privileged, confidential & exempt from disclosure under applicable law. If the reader of this electronic message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or it was forwarded to you without permission from LifeMD, please forward this email back to sender at the email address above, DELETE this email from all mailboxes & any other electronic storage medium & DESTROY all copies.



**From:** Shawn G [mailto:thereallead@yahoo.com]
**Sent:** Thursday, February 15, 2018 11:22 AM
**To:** mark@lifemd.com; Christian Mckeon <christianmckeon@ymail.com>
**Subject:** Fw: Campaign information

Mark good morning.  I attached the requisition form and PPF form, that needs to be filled out for each doctor.  We will start in these 6 states - IN, CT, PA, FL, TX and MD.

Company info for the campaign is -
BBAR MARKETING LLC
31 SE 24TH AVE
STE 1
POMPANO BEACH, FL 33062

Please let me know anything else you need.  Can you provide the list of all states that you have coverage in?  We want to start asap.

Thanks,
Shawn

GOVERNMENT
EXHIBIT

675

19-CR-80181-RUIZ

doj_patel_3_0001271084