# RE: Agreement

| | |
|---|---|
| From: | Mark Vollaro <mark@lifemd.com> |
| To: | Thanasi Ziros <tziros@bbarm.us> |
| Cc: | therealllead@yahoo.com |
| Date: | Wed, 21 Feb 2018 19:55:34 +0000 |
| Attachments: | BBAR Executed Telemed Program Agmt LifeMD 2.15.18 1.pdf (5.07 MB) |

Thanasi,

Please see attached countersigned agreement. Are you able to get on a call tomorrow to discuss workflow and system implementation in detail with my team and I? Also, please provide wire confirmation once the wire is completed for the first invoice.

Best,

**LifeMD**

**Mark Vollaro** / President & CEO
mark@lifemd.com

**LifeMD**
Office: 866-954-8281 / Fax: 561-270-6940 / Direct: 561-270-6940
1901 S Congress Ave, Suite 150, Boynton Beach, FL 33426
http://www.lifemd.com

In compliance with "HIPAA" (rule 104-91), this message is intended only for use of the individual or entity to which it is addressed & may contain information that is privileged, confidential & exempt from disclosure under applicable law. If the reader of this electronic message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or it was forwarded to you without permission from LifeMD, please forward this email back to sender at the email address above, DELETE this email from all mailboxes & any other electronic storage medium & DESTROY all copies.



**From:** Thanasi Ziros [mailto:tziros@bbarm.us]
**Sent:** Wednesday, February 21, 2018 12:06 PM
**To:** mark@lifemd.com
**Cc:** therealllead@yahoo.com
**Subject:** Agreement

Hi Mike,

I have attached the agreement. Please send back a countersigned one.

Thank You,

**Thanasi Ziros**
BBAR Marketing
Mobile: (561) 573-5343
E-Mail: tziros@bbarm.us

**GOVERNMENT EXHIBIT**
**676**
19-CR-80181-RUIZ

doj_patel_3_0002116439