UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80181-RUIZ/REINHART

UNITED STATES OF AMERICA,

v.

MINAL PATEL, a/k/a "Minalkumar Patel,"

Defendant.
_____/

**GOVERNMENT'S ADMITTED EXHIBITS**

| PRESIDING JUDGE | GOVERNMENT ATTORNEYS | DEFENSE ATTORNEYS |
|---|---|---|
| Honorable Rodolfo A. Ruiz II | Jamie de Boer<br>Emily Gurskis<br>Reginald Cuyler Jr.<br>Katherine Rookard | Steven Sadow<br>Brian Rafferty<br>Donald Samuel |
| **TRIAL PERIOD** | **COURT REPORTERS** | **COURTROOM DEPUTY** |
| November 28, 2022 – December 14, 2022 | Ilona Lupowitz | Graciela Gomez |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT |
|---|---|
| 710 | 2017-08-01, Email from MyOnCallDoc to Shawn Griner (IDGAF) and Thanasi Ziros (BBAR) re: 2nd Updated Invoice 1762 from MyOnCallDoc (PRTWPP-2934RL-0000000046) |
| 717 | 2017-11-17, Email from MyOnCallDoc to Shawn Griner, Thanasi Ziros re: Invoice 1814 from MyOnCallDoc (doj_patel_3_0002086675) |

| | |
|---|---|
| 717A | Attachment - Invoice_1814_from_MyOnCallDoc.pdf (doj_patel_3_0002086676 - 677) |
| 1115F | 2017-06-15, Deposition Transcript of Minal Patel 185:12-186:11 (doj_patel_3_0000862835) |
| 1115K | 2017-06-15, Deposition Transcript of Minal Patel 259:17-22 (doj_patel_3_0000862909) |
| 1115P | 2017-06-15, Deposition Transcript of Minal Patel 355:2-7 (doj_patel_3_0000863005) |
| 1122 | Photos of Witnesses |
| 1123 | Photos of LabSolutions |
| 1124 | Photos of Boca Beach Resort |
| 1247A | Attachment - Link to Screenshot of Youtube, Wu-Tang Clan - C.R.E.A.M. |
| 1318 | 2016-10-05, Email from Nicholas Vartanian to Senthil Ramamurthy re: PGX Codes (HLX_GOV09_0000028737) |
| 1318A | Attachment - Best Codes for Payment of PGx.docx (HLX_GOV09_0000028738 - 740) |
| 1319 | 2016-10-06, Email from Nicholas Vartanian to Senthil Ramamurthy re: Re: PGX Codes (HLX_GOV09_0000028840 - 841) |
| 1324 | 2016-11-10, Email from Nicholas Vartanian (LabSolutions) to Senthil Ramamurthy re: RE: CGX Codes (HLX_GOV09_0000028790) |
| 1324A | Attachment - CGX CPT.xlsx (HLX_GOV09_0000028791) |
| 1325 | 2016-11-11, Email from Nicholas Vartanian (LabSolutions) re: Fwd: CPT Cancer w charge amount (HLX_GOV09_0000028709 - 710) |
| 1325A | Attachment - cpt cancer w charge amount.xlsx (HLX_GOV09_0000028711) |

| | |
|---|---|
| 1326 | 2016-11-11, Email from Nicholas Vartanian (LabSolutions) to Senthil Ramamurthy re: Pgx sample report (HLX_GOV09_0000028741) |
| 1327 | 2016-11-11, Email from Nicholas Vartanian (LabSolutions) to Senthil Ramamurthy re: RE: CPT Cancer w charge amount (HLX_GOV09_0000028797) |
| 1327A | Attachment - cpt cancer w charge amount.xlsx (HLX_GOV09_0000028798) |