**GOVERNMENT EXHIBIT 1115F** 19-CR-80181-RUIZ

```
12      Q.    Are you familiar with Nick Vartanian?
13      A.    Yes.
14      Q.    Okay.  And isn't it true that Nick
15   Vartanian resigned because of regulatory compliance
16   issues?
17      A.    No.  Nick Vartanian resigned because he's
18   taken -- and we have emails.  He was recruited by
19   Omar to go join another company, which we also have
20   emails about and text messages, so . . .
21      Q.    Did Nick Vartanian ever write a letter to
22   Labsolutions outlining the reasons for his
23   resignation?
24      A.    Yeah, he did, of things that he was in
25   charge of, he and Omar were in charge of.  So if he
```

| | |
|---|---|
| 1 | committed anything, it was done out of -- when Omar |
| 2 | was the CEO, out of his instructions, and Nick |
| 3 | was a -- it was telemedicine.  We have all the |
| 4 | emails outline and the workflow, everything from |
| 5 | Omar and Nick Vartanian.  I would love to go into |
| 6 | that, please. |
| 7 |     Q.   Okay.  Okay.  So Labsolutions -- |
| 8 |     A.   I mean, you guys are crazy. |
| 9 |     Q.   Okay. |
| 10 |     A.   You guys are insane if you're going to go |
| 11 | down there.  But that was all them. |