~Abdel-Aleem v Patel, et al.~                    Minalkumar Patel                              6/15/2017

GOVERNMENT
EXHIBIT

1115K

19-CR-80181-RUIZ

17        Q.   Are you the manager of Labsolutions, LLC?

18        **A.   Yes; the founder.**

19        Q.   Do you have the final say on any decision

20    that Labsolutions, LLC, makes if you --

21        **A.   If I will -- chose to exercise it, yeah, I**

22    **would think so.**