GOVERNMENT EXHIBIT
1115P
19-CR-80181-RUIZ

```
2        A.   I mean, you don't get the point is that I

3   work -- when I -- I have a virtual office.  So even

4   if I'm in Timbuktu, I'm still working.  So I didn't

5   leave Labsolutions.  So you got to get out of your

6   head that I have to be sitting at a desk to be

7   working.
```