Message

| | |
|---|---|
| **From**: | Nicholas Vartanian [nicholas@labsolutions.com] |
| **Sent**: | 10/5/2016 7:07:04 PM |
| **To**: | R Kumar [rama1.vim@gmail.com] |
| **Subject**: | PGX Codes |
| **Attachments**: | Best Codes for Payment of PGx.docx |

Please see attached PDF, there are also these additional codes that are not on the list:

Can you add the following codes to cardiac:
Z79.01 - long term use of anticoagulants
Z79.02 - long term use of anthithrombotics / antiplatelets
z79.82 - long term use of aspirin


--

NICHOLAS VARTANIAN | VICE PRESIDENT, SALES & MARKETING



1451 NORTHSIDE DRIVE
ATLANTA, GA 30318
TEL:(404)228-5027 | FAX:(404) 343-0087 |LABSOLUTIONS|

***CONFIDENTIALITY NOTICE***
This e-mail is property of lab Solutions, and intended for the sole use of the individual(s) to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, duplication, or distribution of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If you receive this e-mail in error, please notify me immediately by replying to this e-mail.

GOVERNMENT
EXHIBIT
**1318**
19-CR-80181-RUIZ

LabSolutions-022976
HLX_GOV09_0000028737