## Best Codes for Payment of PGx

The use of the following codes provides a very high likelihood that a specimen will be paid for PGx. Educate all of your collectors that if one of the following codes is used for a PGx specimen, it gives the specimen has the best chance to be paid. Familiarize yourself with these codes and the nature of their use, then educate your providers of the importance of these types of diagnoses for patients in order to be confident their PGx test will be paid for.

### Cardiac-based Codes

| ICD-10 | Description |
|---|---|
| I20.0 | Unstable angina |
| I20.1 | Angina pectoris with documented spasm |
| I20.8 | Other forms of angina pectoris |
| I20.9 | Angina pectoris, unspecified |
| I21.09 | ST elevation (STEMI) myocardial infarction involving other coronary artery of anterior wall |
| I21.11 | ST elevation (STEMI) myocardial infarction involving right coronary artery |
| I21.19 | ST elevation (STEMI) myocardial infarction involving other coronary artery of inferior wall |
| I21.29 | ST elevation (STEMI) myocardial infarction involving other sites |
| I21.3 | ST elevation (STEMI) myocardial infarction of unspecified site |
| I21.4 | Non-ST elevation (NSTEMI) myocardial infarction |
| I24.0 | Acute coronary thrombosis not resulting in myocardial infarction |
| I24.1 | Dressler's syndrome |
| I24.8 | Other forms of acute ischemic heart disease |
| I25.110 | Atherosclerotic heart disease of native coronary artery with unstable angina pectoris |
| I25.111 | Atherosclerotic heart disease of native coronary artery with angina pectoris with documented spasm |
| I25.118 | Atherosclerotic heart disease of native coronary artery with other forms of angina pectoris |
| I25.119 | Atherosclerotic heart disease of native coronary artery with unspecified angina pectoris |
| I25.700 | Atherosclerosis of coronary artery bypass graft(s), unspecified, with unstable angina pectoris |
| I25.701 | Atherosclerosis of coronary artery bypass graft(s), unspecified, with angina pectoris with documented spasm |
| I25.708 | Atherosclerosis of coronary artery bypass graft(s), unspecified, with other forms of angina pectoris |
| I25.709 | Atherosclerosis of coronary artery bypass graft(s), unspecified, with unspecified angina pectoris |
| I25.710 | Atherosclerosis of autologous vein coronary artery bypass graft(s) with unstable angina pectoris |
| I25.711 | Atherosclerosis of autologous vein coronary artery bypass graft(s) with angina pectoris with documented spasm |
| I25.718 | Atherosclerosis of autologous vein coronary artery bypass graft(s) with other forms of angina pectoris |
| 25.719 - I25.721 | Atherosclerosis of autologous vein coronary artery bypass graft(s) with unspecified angina pectoris - Atherosclerosis of autologous artery coronary artery bypass graft(s) with angina pectoris with documented spasm |
| I25.728 - I25.731 | Atherosclerosis of autologous artery coronary artery bypass graft(s) with other forms of angina pectoris - Atherosclerosis of non-autologous biological coronary artery bypass graft(s) with angina pectoris with documented spasm |
| I25.738 | Atherosclerosis of non-autologous biological coronary artery bypass graft(s) with other forms of angina pectoris |
| I25.739 | Atherosclerosis of non-autologous biological coronary artery bypass graft(s) with unspecified angina pectoris |
| I25.750 | Atherosclerosis of native coronary artery of transplanted heart with unstable angina |
| I25.751 | Atherosclerosis of native coronary artery of transplanted heart with angina pectoris with documented spasm |
| I25.758 - I25.761 | Atherosclerosis of native coronary artery of transplanted heart with other forms of angina pectoris - Atherosclerosis of bypass graft of coronary artery of transplanted heart with angina pectoris with documented spasm |
| I25.768 | Atherosclerosis of bypass graft of coronary artery of transplanted heart with other forms of angina pectoris |
| I25.769 | Atherosclerosis of bypass graft of coronary artery of transplanted heart with unspecified angina pectoris |
| I25.790 | Atherosclerosis of other coronary artery bypass graft(s) with unstable angina pectoris |
| I25.791 | Atherosclerosis of other coronary artery bypass graft(s) with angina pectoris with documented spasm |
| I25.799 | Atherosclerosis of other coronary artery bypass graft(s) with unspecified angina pectoris |
| L24.9 | Irritant contact dermatitis, unspecified cause |



GOVERNMENT
EXHIBIT

**1318A**

19-CR-80181-RUIZ

LabSolutions-022977
HLX_GOV09_0000028738

**Psych-based Codes**

| ICD-10 | Description |
|---|---|
| F31.30 - F31.32 | Bipolar disorder, current episode depressed, mild or moderate severity, unspecified - Bipolar disorder, current episode depressed, moderate |
| F31.4 | Bipolar disorder, current episode depressed, severe, without psychotic features |
| F31.5 | Bipolar disorder, current episode depressed, severe, with psychotic features |
| F31.60 - F31.64 | Bipolar disorder, current episode mixed, unspecified - Bipolar disorder, current episode mixed, severe, with psychotic features |
| F31.75 | Bipolar disorder, in partial remission, most recent episode depressed |
| F31.76 | Bipolar disorder, in full remission, most recent episode depressed |
| F31.76 | Bipolar disorder, in full remission, most recent episode depressed |
| F31.77 | Bipolar disorder, in partial remission, most recent episode mixed |
| F31.78 | Bipolar disorder, in full remission, most recent episode mixed |
| F33.0 - F33.3 | Major depressive disorder, recurrent, mild - Major depressive disorder, recurrent, severe with psychotic symptoms |
| F33.40 - F33.42 | Major depressive disorder, recurrent, in remission, unspecified - Major depressive disorder, recurrent, in full remission |
| F33.9 | Major depressive disorder, recurrent, unspecified |

# Other Successfully Used ICD-10 codes for PGx

The following is a list of payers from whom we have been seeing good reimbursement for PGx and the commonly used codes for each payer for the successfully reimbursed specimens.

| Payer | ICD-10 Codes | Description |
|---|---|---|
| BCBS of Florida | Z79.891 | Long term (current) use of opiate analgesics |
|  | Z79.899 | Other long term (current) drug therapy |
| Humana POS | M54.2 | Cervicalgia |
|  | M54.5 | Low back pain |
|  | G89.4 | Chronic pain syndrome |
|  | Z51.81 | Encounter for therapeutic drug level monitoring |
| UHC (commercial) | M51.26 | Other intervertebral disc displacement, lumbar region |
|  | M54.2 | Cervicalgia |
|  | G63 | Polyneuropathy in diseases classified elsewhere |
|  | G43.709 | Chronic migraine without aura, not intractable, without status migrainosus |
|  | Z79.899 | Other long term (current) drug therapy |
|  | F31.9 | Bipolar disorder, unspecified |
|  | F41.9 | Anxiety disorder, unspecified |
|  | F90.9 | ADHD disorder, unspecified |
|  | F32.9 | Major depressive disorder, single episode, unspecified |
|  | I10 | Essential (primary) hypertension |
|  | Z51.81 | Encounter for therapeutic drug level monitoring |
| UHC (Medicare) | G89.4 | Chronic pain syndrome |
| (Care Improvement Plus) | M54.5 | Low back pain |
|  | Z51.81 | Encounter for therapeutic drug level monitoring |
|  | Z79.89 | Long term (current) use of opiate analgesic |
| Humana Medicare POS | K92.2 | Gastrointestinal hemorrhage, unspecified |
|  | Z79.899 | Other long term (current) drug therapy |
|  | Z79.891 | Long term (current) use of opiate analgesics |
| Coventry Medicare PPO | L24.9 | Irritant contact dermatitis, unspecified cause |

|                     |         |                                                                      |
|---------------------|---------|----------------------------------------------------------------------|
|                     | F31.31  | Bipolar disorder, current episode depressed, mild                    |
|                     | Z79.891 | Encounter for therapeutic drug level monitoring                      |
| Wellcare Medicare   | G89.11  | Accute pain due to trauma                                            |
|                     | G89.4   | Chronic pain syndrome                                                |
|                     | Z51.81  | Encounter for therapeutic drug level monitoring                      |
|                     | M47.12  | Other spondylosis with myelopathy, cervical region                   |
|                     | M51.34  | Other intervertebral disc degeneration, thoracic region              |
|                     | M51.35  | Other intervertebral disc degeneration, thoracolumbar region         |
|                     | M54.5   | Low back pain                                                        |
| Wellcare Medicare LA| Z79.899 | Other long term (current) drug therapy                               |
|                     | M54.5   | Low back pain                                                        |
| Georgia Medicaid    | F11.20  | Opioid dependence, uncomplicated                                     |
|                     | G89.4   | Chronic pain syndrome                                                |
|                     | M51.36  | Other intervertebral disc degeneration, lumbar region                |
|                     | Z79.891 | Long term (current) use of opiate analgesics                         |
|                     | Z13.79  | Encounter for other screening for genetic and chromosomal anomalies  |

# Codes to be used with INSIGHT

Here is a list of non-primary ICD-10 codes that we believe will help justify reimbursement for INSIGHT claims. These codes should not be used as stand-alone justification on claims.

Primary diagnoses codes that describe the patients specific medical conditions (like diabetes or hypertension or high cholesterol or arrhythmia, etc.) must always be referenced. It is also important that the supplied codes be organized/ordered appropriately-- primary codes always before "Z" or secondary codes.

Z91.12 Patient's intentional underdosing of medication regimen
Z91.13 Patient's unintentional underdosing of medication regimen
Z91.14 Patient's noncompliance with medication regimen
Z91.19 Patient's noncompliance with other medical treatment and regimen
Z51.81 Encounter for therapeutic drug level monitoring
Z79.891 Long term (current) use of opiate analgesic
Z79.899 Other long-term (current) drug therapy

LabSolutions-022979
HLX_GOV09_0000028740