Message

**From**: Nicholas Vartanian [nicholas@labsolutions.com]
**Sent**: 11/10/2016 10:23:12 PM
**To**: R Kumar [rama1.vim@gmail.com]
**Subject**: RE: CGX Codes
**Attachments**: CGX CPT.xlsx

Hello,

please see attached excel file for cgx cpt codes.

Nicholas


--

NICHOLAS VARTANIAN | VICE PRESIDENT, BUSINESS DEVELOPMENT



1451 NORTHSIDE DRIVE
ATLANTA, GA 30318
TEL:(404)228-5027 | FAX:(404) 343-0087 |LABSOLUTIONS|


***CONFIDENTIALITY NOTICE***
This e-mail is property of lab Solutions, and intended for the sole use of the individual(s) to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, duplication, or distribution of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited. If you receive this e-mail in error, please notify me immediately by replying to this e-mail.

GOVERNMENT EXHIBIT
1324
19-CR-80181-RUIZ

LabSolutions-023029
HLX_GOV09_0000028790