Predict A

| | | |
|---|---|---|
| 81203 (59) | APCD | APC DUPLICATION/ DELETION |
| 81406 | MPP7 | MOLECULAR LEVEL 7 |
| 81403 | MPP4 | MOLECULAR LEVEL 4 |
| 81292 | MLH1 | MLH1 |
| 81295 | MSHF | MSHS FULL |
| 81297 (59) | MSHD | MSHS DUPLICATION/ DELETION |
| 81298 | MH6F | MSH6 FULL |
| 81300(59) | MH6D | MSH6 DUPLICATION/ DELETION |
| 81321 | PTEF | PTEN FULL |
| 81323 (59) | PTED | PTEN DUPLICATION/ DELETION |
| 81404 | MPP5 | MOLECULAR LEVE 5 |
| 81405 | MPP6 | MOLECULAR LEVEL 6 |

Predict B     w breast

| | | |
|---|---|---|
| 81211 | BRAC | BRAC1 /BRAC2 |
| 81201 | APCF | APC FULL SEQUENCE |
| 81203 (59) | APCD | APC DUPLICATION/ DELETION |
| 81406 | MPP7 | MOLECULAR LEVEL 7 |
| 81403 | MPP4 | MOLECULAR LEVEL 4 |
| 81292 | MLH1 | MLH1 |
| 81295 | MSHF | MSHS FULL |
| 81297 (59) | MSHD | MSHS DUPLICATION/ DELETION |
| 81298 | MH6F | MSH6 FULL |
| 81300(59) | MH6D | MSH6 DUPLICATION/ DELETION |
| 81321 | PTEF | PTEN FULL |
| 81323 (59) | PTED | PTEN DUPLICATION/ DELETION |
| 81404 | MPP5 | MOLECULAR LEVE 5 |
| 81405 | MPP6 | MOLECULAR LEVEL 6 |

GOVERNMENT EXHIBIT

**1324A**

19-CR-80181-RUIZ

LabSolutions-023030
HLX_GOV09_0000028791