IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MINAL PATEL,

    Defendant.

CASE NO. 19-CR-80181

**DEFENDANT MINAL PATEL'S NOTICE OF FILING EXHIBITS**

| Exhibit Letter / Number | Description and date of exhibit | Date Identified | Date Admitted |
|---|---|---|---|
| **200** | **2014 OIG Report, admitted 11/30/2022** | | **11/30/2022** |
| **A-1** | **Ramamurthy cross-examination document 1** | | **11/30/2022** |
| **A-2** | **Ramamurthy cross-examination document 2** | | **11/30/2022** |
| **A-3** | **Ramamurthy cross-examination document 3** | | **11/30/2022** |
| **A-4** | **Ramamurthy cross-examination document 4** | | **11/30/2022** |
| **A-5** | **Ramamurthy cross-examination document 5** | | **11/30/2022** |

| Exhibit Letter / Number | Description and date of exhibit | Date Identified | Date Admitted |
|---|---|---|---|
| B-1 | Email re: Introduction of Stacey Adair | | 12/1/2022 |
| B-2 | Email re: Supplies for Clinics vs. Collectors | | 12/1/2022 |
| B-3 | Email re: Medicare rules re Cancer Genetic Tests | | 12/1/2022 |
| B-4 | Email forward of meeting invite | | 12/1/2022 |
| B-5 | Email re: Upcoming Trainings | | 12/1/2022 |
| B-6 | Email re: Next Week Training Seminars | | 12/1/2022 |
| B-7 | Email fwd re: Compliance Agreements | | 12/1/2022 |
| B-8 | Email re: Compliance Training | | 12/1/2022 |
| B-9 | Email re: Compliance Training | | 12/1/2022 |
| B-10 | Email re: resignation letter | | 12/1/2022 |
| D | Original Molecular Diagnostics Requisition form for W.H. | | 12/1/2022 |

| Exhibit Letter / Number | Description and date of exhibit | Date Identified | Date Admitted |
|---|---|---|---|
| E-1 | Email re: New Rep Info and Processes | | 12/2/2022 |
| E-2 | Email re: Distributors Background Check | | 12/2/2022 |
| E-3 | Email re: From Tobin Watt re: Draft Letter on Impact of HR6 | | 12/2/2022 |
| E-4 | Email re: Contracts | | 12/2/2022 |
| E-5 | Email re: conversation with TV producer | | 12/2/2022 |
| E-6 | Email re: DocuSign Trial | | 12/2/2022 |
| E-7 | Email re: Docusign Trial 2 | | 12/2/2022 |
| E-8 | Email re: Roebuck follow up on Email re: From Tobin Watt | | 12/2/2022 |
| E-9 | Email re: New Rep Info and Processes 2 | | 12/2/2022 |
| E-10 | Email from J. Berarducci re: New Rep Info and Processes | | 12/2/2022 |
| E-11 | Email re: Spirit Contract | | 12/2/2022 |
| E-12 | Email re: Docusign Trial 3 | | 12/2/2022 |

| Exhibit Letter / Number | Description and date of exhibit | Date Identified | Date Admitted |
|---|---|---|---|
| E-13 | Email re: DocuSign Kick Off Call Scheduling | | 12/2/2022 |
| E-14 | Email re: DocuSign Kick Off Call Scheduling 2 | | 12/2/2022 |
| G-1 | September 28 email to Christian McKeon | | 12/6/22 |
| G-2 | April 12 email re: Commissions | | 12/6/22 |
| G-4 | March 13 email with Mike Moranz | | 12/6/22 |
| G-5 | September 13 email with Mike Moranz | | 12/6/22 |
| G-6 | March 6 email from Ziros to Eisner | | 12/6/22 |
| BH-1 | List of Brett Hirsch recordings while cooperating with government | | 12/8/22 |
| BH-2 | Text messages between Brett Hirsch and Jon Berarducci | | 12/8/22 |
| BH-6 | April 29 text from Michael Lohan | | 12/7/22 |

Respectfully submitted this 23rd day of December, 2022.

| | |
|---|---|
| /s/ Brian Rafferty<br>Brian T. Rafferty<br>Brian Fenton McEvoy<br>BAKERHOSTETLER<br>1170 Peachtree Street, Suite 2400<br>Atlanta, GA 30309<br>Tel: (404) 256-8233<br>Email: bmcevoy@bakerlaw.com<br>Email: brafferty@bakerlaw.com | /s/ Steven Sadow<br>Steven H. Sadow<br>Georgia Bar No.: 622075<br>260 Peachtree St., N.W., Ste. 2502<br>Atlanta, GA 30303<br>Tel.: 404-577-1400<br>Email: stevesadow@gmail.com<br><br>*Lead Counsel for Minal Patel* |
| /s/ Donald Samuel<br>Donald F. Samuel<br>GARLAND SAMUEL & LOEB, PC<br>3151 Maple Drive NE<br>Atlanta, GA 30305<br>Tel: (404) 262-2225<br>Email: dfs@gsllaw.com | /s/ Lindy K. Keown<br>Lindy Keown, Esq.<br>Florida Bar No. 117888<br>Primary: lkeown@bakerlaw.com<br>Secondary: smmcoy@bakerlaw.com<br>BAKERHOSTETLER<br>200 S. Orange Avenue<br>SunTrust Center, Suite 2300<br>Orlando, Florida 32801<br>Telephone (407) 649-4000<br>Facsimile (407) 841-0168 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Lindy K. Keown*
Lindy K. Keown
