```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                    WEST PALM BEACH DIVISION
                     CASE NO. 19-CR-80181-RAR-1
 3
      UNITED STATES OF AMERICA,           Miami, Florida
 4
                                          November 28, 2022
 5           vs.
                                          10:12 a.m. - 5:34 p.m.
 6
      MINAL PATEL,                        Volume 1
 7
                   Defendant.             Pages 1 to 270
 8      _____

 9
                      TRANSCRIPT OF JURY TRIAL
10          BEFORE THE HONORABLE RODOLFO A. RUIZ, II
                   UNITED STATES DISTRICT JUDGE
11
      APPEARANCES:
12

13    FOR THE GOVERNMENT:        JAMIE DE BOER
                                 EMILY GURSKIS
14                               REGINALD CUYLER
                                 KATHERINE ROOKARD
15                               UNITED STATES DEPARTMENT OF JUSTICE
                                 CRIMINAL DIVISION, FRAUD SECTION
16                               1400 New York Avenue, 8th Floor
                                 Washington, D.C. 20005
17
      FOR THE DEFENDANT:         STEVEN H. SADOW
18                               LAW OFFICE OF STEVEN H. SADOW, PC
                                 260 Peachtree Street NW
19                               Suite 2052
                                 Atlanta, Georgia 30303
20
      STENOGRAPHICALLY REPORTED BY:
21
                                 ILONA LUPOWITZ, CRR, RPR, RMR
22                               Official Court Reporter to:
                                 The Honorable Rodolfo A. Ruiz, II
23                               United States District Court
                                 299 East Broward Boulevard
24                               Fort Lauderdale, Florida 3301
                                 (954) 769-5568
25
```

```
 1   (Appearances continued)

 2
     FOR THE DEFENDANT:            DONALD F. SAMUEL
 3                                 GARLAND, SAMUEL & LOEB, PC
                                   3131 Maple Drive NE
 4                                 Atlanta Georgia 30305

 5                                 BRIAN T. RAFFERTY
                                   BAKER & HOSTETLER, LLP
 6                                 1170 Peactree Street, Suite
                                   2400
 7                                 Atlanta, Georgia 30309

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

 1              (Call to the Order of the Court.)

 2          THE COURT:  All right.  Let's go ahead and get started.

 3   We're here this morning in case number 19-80181.  This is the

 4   matter of the United States of America versus Minal Patel.

 5          Let's get appearances, please, on behalf of the

 6   government.

 7          MS. DE BOER:  Good morning, Your Honor.  Jamie de Boer,

 8   Emily Gurskis, Reginald Cuyler, Jr., Katie Rookard, for the

 9   United States, and also at counsel table is Special Agent

10   Victoria Buono.

11          THE COURT:  Good morning to you all.

12          And on behalf of Mr. Patel.

13          MR. SADOW:  Good morning, Your Honor.  Steve Sadow for

14   Mr. Patel, along with a whole group of others that will

15   introduce themselves.

16          MR. RAFFERTY:  Good morning, Your Honor.  Brian

17   Rafferty.  For the record, Mr. Patel was in the restroom.  He's

18   here, right outside.

19          THE COURT:  Sure.  Good morning, Mr. Patel.  Don't

20   worry, we're just getting appearances for the record.  Go ahead

21   and make your way to counsels' table.

22          MR. RAFFERTY:  To my left is William Ezzell.  He's my

23   colleague at my firm.  He's not an attorney of record on the

24   docket, but he will be assisting throughout the trial.  Behind

25   me is another investigator, Don O'Neil, and Mr. Patel is back

1    in the courtroom.

2          MR. SAMUEL:  Don Samuel.

3          THE COURT:  Good morning to you all.

4          So I believe that everyone at this point should have a

5    chart or set of charts that we have prepared for you all.  We

6    went ahead and procured 64, so -- jury section had a couple of

7    extra bodies, and I'm not one to say no to a couple of extra

8    potential jurors.  So we added a little bit to the chart.

9          So the way it's going to work is our primary group of

10   16 will be in the box, and then we're going to basically have

11   the majority of the folks on the left side facing the bench,

12   and the rest of them are going to be on the right.  I do know I

13   have some folks in the back row that are watching.  I don't

14   know if I'm going to be able to keep you guys there, depending

15   on how deep my jury goes.  And it may take some of that up.

16         So you're free, if there's a possibility to find chairs

17   elsewhere, to use them, but I may, unfortunately, require you

18   guys to step out if I don't have the capacity for the 64

19   jurors.  So we're giving them badges right now so that they can

20   be identified by number.

21         And let me just give you another review of what we're

22   going to be doing this morning.  Given the high volume of

23   jurors, I suspect that the morning will primarily consist of my

24   questioning, and my goal is to complete my questioning of the

25   jurors, and then let them go and take their lunch break.

1            When they return, then I'll turn it over to each side

2     to ask approximately 15 minutes of follow-up.  After that, we

3     will excuse the jurors and begin our selection process.  I do

4     not intend on taking too long, but clearly want to make sure

5     that we get through all of the principal concepts of criminal

6     law through some of the modified questions that you all have

7     submitted to me, and hopefully get our folks warmed up so that

8     we can get some good interaction when I turn them over to you

9     all for follow-up questioning.

10            For scheduling purposes, today we are only seeking to

11     impanel a jury, and then do openings.  The only other thing

12     that I'm seeking to accomplish as well is to measure

13     expectations for the amount of time the case will take to try.

14            So as we discussed, after I heard from the forfeiture

15     folks, I expect that we'll finish this, at the latest,

16     certainly before the holiday, but I'm thinking of giving them

17     an outer boundary of December 21.  That is over three weeks.  I

18     cannot imagine we will not be able to complete the trial before

19     then, including the forfeiture portion of it.  Especially with

20     our schedule.  But I think that's a good way of setting the bar

21     and making sure that we don't have jurors that, as we enter

22     Hanukkah and the Christmas holiday, they are not already

23     departing because of travel plans.

24            So I need to make sure that folks are here with us

25     through at least the 21st, and that's what I'm going to let

 1    them know.  So just keep an eye out for that.

 2         So while we're getting them badged up, if you will, do

 3    I have any housekeeping issues that I need to address from

 4    either side before we get started?  I'll start with the

 5    government.

 6         Anything I need to address from you all at this time?

 7         MS. DE BOER:  I don't believe so, Your Honor.  We've

 8    informed the defense of two demonstratives that we intend to

 9    use in opening, and I haven't heard anything one way or the

10    other.  So I suppose if there's an issue on that we can take it

11    up.  But in terms of anything else for today, no, Your Honor.

12    Thank you.

13         THE COURT:  Okay, great.  And we'll try to make sure --

14    I think we have our setup ready to go with the screen, but

15    certainly we'll take a little break at some point so you can

16    test run that for your demonstratives just to make sure

17    everything is working, because my tech folks are really putting

18    in a lot of work to get the courtroom ready to go for that.

19         So we'll dry run it with the mobile evidence unit in

20    the middle.

21         On the defense team, anything, guys, I need to be aware

22    of before we go ahead and bring our jurors in?

23         MR. SADOW:  No.  Just a couple of housekeeping matters

24    we can take up whenever the Court is ready.

25         THE COURT:  Sure.  Why don't we go ahead and do that

1    now, Mr. Sadow, because I have a couple of minutes while we're

2    wrangling up with these jurors.  Go ahead.

3         MR. SADOW:  Okay.  First, the conference room that we

4    can use, can we get it open as early as 8:30 so we can get over

5    here and be ready?

6         THE COURT:  Not a problem.  I'll let both my CRD and

7    the CSOs know, see if we can get that open at 8:30.

8         MR. SADOW:  And is there any chance that we can have

9    the courtroom open by 9:30?

10        THE COURT:  I don't see a problem with that at all.

11   We'll go ahead, and I'll make sure that I let my CRD know as

12   well.  So 8:30 conference room open, 9:30 courtroom open, not a

13   problem.

14        MR. SADOW:  And the last one, which will sound

15   ridiculous, do we have extra trash cans?

16        THE COURT:  That's a great question.  We definitely do.

17   I can go get some from my chambers.  I have one here I can lend

18   you for now.

19        MR. SADOW:  I'm one of those people that likes to throw

20   things away when I'm done with them.

21        THE COURT:  I appreciate that.  Let me make sure that

22   we get you guys some.  We should have them here, but, I think

23   now that you say it, I think we're in a bit of a shortage.  So

24   we'll go wrangle some up as well.

25        MR. SADOW:  Thank you, Your Honor.

```
 1              THE COURT:  You got it.  Thanks, guys.

 2              THE COURT SECURITY OFFICER:  We have one here.

 3              THE COURT:  Yeah, go ahead and lend him that one.

 4     Thanks.

 5         (Court recessed at 10:20 a.m.)

 6         (Back on the record at 10:43 a.m.)

 7              THE COURTROOM DEPUTY:  All rise for the jury.

 8         (Prospective jurors enter at 10:43 a.m.)

 9              THE COURT:  Good morning, ladies and gentlemen.  Good

10     to see you all.  If you would please do me a favor and rise,

11     I'm going to swear you all in at this time through my courtroom

12     deputy.  Please stand up all the way in the back.

13         Go ahead, Gracie.

14              THE COURTROOM DEPUTY:  Please raise your right hand.

15         (Prospective jurors, duly sworn.)

16              THE COURT:  Go ahead and grab a seat.  Good morning,

17     everyone.  The first thing I thought of when I set this case

18     for trial was -- I said, you know, this is going to land right

19     after the Thanksgiving holiday.  I'm going to get a lot of

20     jurors here with a little Thanksgiving hangover.  So I have to

21     make sure you guys stay awake.  I hope everyone had a wonderful

22     holiday, ate plenty of turkey, got time to spend with their

23     family, with their friends.

24         And now of course we're back to work, and I'm sure many

25     of you thought, because I think you've already been on standby
```

1    for a week, that perhaps you were not going to be summoned for

2    jury duty over this two-week period.  But that did not come to

3    pass.  At least we didn't bring you in on the eve of

4    Thanksgiving.  I would not want to do that to anyone.

5         Let me begin by introducing myself.  My name is Judge

6    Rudy Ruiz, and I'm one of the judges here in the Southern

7    District of Florida that has the privilege of trying this case,

8    and what we're going to be doing here this morning is going

9    through a process of jury selection.  It has a fancy French way

10   of calling it, it's voir dire.  Essentially, it just means to

11   see and to speak.  And the purpose of the process today is to

12   figure out who can serve on the jury in this trial.

13        So as we begin this morning, we're going to be getting

14   into a conversation.  You all are going to be answering some

15   questions that I'm going to pose to you.  I'm going to want you

16   guys to give me your honest opinion and your thoughts about

17   certain issues that we're going to cover.

18        And then later on this afternoon, the lawyers, who

19   you're going to meet in a little bit, are going to get an

20   opportunity to ask you some follow-up questions.  And then I'm

21   going to huddle up with the lawyers, and we're going to decide

22   who can stay with us and try this case.

23        Does that sound like an orderly process to you all?

24   Yeah?  All right.

25        So we're gonna go through some ground rules.  Before we

1   get into those ground rules and meet the players, you know, I

2   make a joke of it when I start, and I know that everyone

3   doesn't jump up and down, excited, when they get a summons and

4   know they have to come to court.  But I want all of you,

5   whether you're selected or not today, to embrace this

6   opportunity.

7          You know, one of the things that we are learning more

8   and more is that in this country, civics education is really

9   heading in the wrong direction.  We spend a lot of time with

10  math and science.  I know my little ones are getting better and

11  better at adding and subtracting, but they're not as good as

12  they probably should be when it comes to understanding how

13  government works, how the three branches of government work,

14  certainly how the criminal or civil justice systems work, how a

15  court proceeding works.

16         Many of you may be here for the first time.  Some of

17  you may be old hands at this; maybe you've already been

18  selected before.  Regardless of your experience, every time you

19  come to jury service, it's not only you fulfilling your duty as

20  citizens, and truthfully, short of military service, we ask

21  very little if nothing at all nowadays from everyone in this

22  country, but it's an opportunity.  It's an opportunity to

23  better understand some of the constitutional principals that

24  protect all of us that would apply in these proceedings.

25         And so I want you guys to embrace this opportunity to

1    learn something.  Whether you're picked or not picked, I

2    guarantee you will come out of this process better

3    understanding some of the rights that protect all of you in

4    your daily lives.  So I want you guys to really try to get

5    something out of this opportunity, and I want to thank you, and

6    on behalf of the lawyers I want to thank you, because we do

7    know and we do recognize that this is an imposition.

8          We know that you've upended your daily lives.  We know

9    that you all have your routines, you were trying to get back

10   into the swing of things, we're heading into the holiday

11   period.  We're all very much aware that this is a busy time of

12   year for everyone.  But we do appreciate you all answering the

13   call, coming here today to do your duty as citizens and being a

14   part of this process.

15         We are guaranteeing people in this country a right to a

16   fair trial.  If you guys, as the community that we draw our

17   jurors from, do not respond to that call, we cannot protect and

18   defend one of our key constitutional rights.  So again, on

19   behalf of the lawyers and myself, I want you all to know how

20   much we do appreciate this, and I want you all to take this as

21   an opportunity to be more informed citizens when you are done

22   with this process.

23         Now, I want you all to meet everybody before I get

24   started.  You've already met my courtroom deputy, Gracie, and

25   she was the one that had the unenviable task of wrangling 64

1   jurors and getting them into this courtroom this morning.  I

2   also want you guys to meet my court reporter, Ilona, who is

3   sitting right in front of me to my left.  Now, it is very

4   important that you all understand what her job is.  She writes

5   down everything that happens during these proceedings.

6           Now, she's been with me for a bit of time, and she

7   likes to remind me that I speak way too fast.  So I'm doing

8   everything I can, down to cutting my Cuban coffee intake, to

9   not speak too fast for her sake, because I don't want to burn

10  out her hands.

11          I want you guys to take a cue from that, and that is

12  that you all have to make sure that you speak, when you answer

13  my questions, clearly and slowly, so that we can take down a

14  clear record of everything that is happening in this case.

15  That also means, especially for my folks in the back, that I

16  need you to project.

17          Now, I have an incredible army, really, of four

18  courtroom security officers here today that are going to be

19  helping me by walking microphones around to you guys so you can

20  be heard.  So please wait for the microphone to reach you.

21  Make sure that you speak into it, and make sure you speak in

22  audible words.

23          And what I mean by that is, uh-huh or mmm-hmm don't

24  really work on a transcript.  Neither does nodding your head up

25  and down or left to right.  We can't get that down.  We need to

1    make sure that you guys answer yes, no, maybe so, but I need an

2    answer.  Okay?  So can you all promise me that when the mic

3    comes to you and you chime in that you're going to project so

4    that Ilona can have a clean transcript?

5              THE PROSPECTIVE JURORS:  Yes.

6              THE COURT:  All right.  You guys are the best.  I

7    appreciate that.

8              Now, I mentioned my court security officers.  They're

9    here to make sure you guys are taken care of.  Okay?

10             If anyone bothers you during your jury service, if you

11   have any questions about where there's a place to take a break,

12   restroom, anything regarding your personal welfare, they're

13   here to take care of you and watch over you.

14             Of course, they cannot answer, just like my courtroom

15   deputy Gracie, or Ilona, my court reporter, any questions about

16   this case.  So please do not ask them anything about the case

17   or what you're going to be hearing today.  They're really here

18   to make sure that you all stay comfortable.  Okay?

19             Now, at this time, I want you to meet the lawyers.  So

20   I'm going to ask each team of lawyers -- and you guys have

21   noticed, there's quite a few on both sides of the aisle here --

22   to go ahead and introduce themselves to you.

23             So if I could start with the United States attorneys

24   that are here.

25             Go ahead, folks.

1          MS. DE BOER:  Good morning, everyone.  My name is

2   Jamie de Boer, and I'm one of the attorneys for the

3   United States.

4          I'll allow my colleagues to introduce themselves.

5          MS. GURSKIS:  Hi.  Good morning, everyone.  My name is

6   Emily Gurskis, and I also represent the United States.

7          MR. CUYLER:  Good morning, everyone.  I'm

8   Reginald Cuyler, Jr., and I'm also here on behalf of the

9   United States.

10          MS. ROOKARD:  Hi, everyone.  My name is

11   Katherine Rookard.  I am also here on behalf of the

12   United States.

13          MS. BUONO:  Good morning, everyone.  My name is

14   Victoria Buono, and I'm a special agent with the Department of

15   Health and Human Services.

16          THE COURT:  Thank you, folks.

17          And on behalf of my defense team, go ahead, guys.

18          MR. SADOW:  Good morning, everyone.  My name is

19   Steve Sadow, and I represent Mr. Minal Patel.

20          Mr. Patel is right here.  I'll let my colleagues also

21   introduce themselves.

22          MR. SAMUEL:  Good morning.  My name is Don Samuel.  I'm

23   also an attorney representing Minal Patel.

24          MR. RAFFERTY:  Good morning.  My name is

25   Brian Rafferty, and I also represent Minal Patel.

1          THE COURT:  Thank you.

2          So the first question I want to ask all of you, if

3    you've lived in South Florida, and particularly in Miami for

4    any amount of time, you will know that although we are a big

5    city, it really is one of seven degrees or less of

6    separation -- so I would ask, does anyone recognize or know

7    either me, my team, any of the lawyers, Mr. Patel, anybody here

8    playing a role in the courtroom by show of hands?

9          Okay.  I don't see any hands.  Wonderful.  We are all

10   meeting for the first time.  That is a good thing.

11         Now, I want you guys to understand what the purpose of

12   my questions are and what I'm trying to get to today.  Okay?

13         We're looking for a group of folks who can be fair and

14   impartial.  You're going to hear me say that phrase throughout

15   today, "fair and impartial."  When you guys came in through the

16   door this morning, all of us understand that you come with your

17   experiences, the lives you've led, the things you've seen, and

18   we are not naive.  We know that you carry that with you.  It's

19   who you are.  It forms your view of the world.

20         What's important in jury selection is to confirm that

21   none of your prior experiences or the way in which you view the

22   world will make it difficult for you to set aside perhaps what

23   you've seen and heard in the past and look at the evidence and

24   listen to the testimony in this case with fresh eyes -- to look

25   at it with fresh eyes and with an open mind.

```
 1          Sometimes jurors come in, and the trial and its subject
 2   matter is too close to home.  What do I mean by that?  Well,
 3   let's say you were in a terrible car accident and you come in
 4   and the trial is about a really bad car accident.  You know,
 5   you may feel a certain kind of way.  You may feel like it's
 6   bringing back memories of your experience, and you may end up
 7   holding that against somebody in the trial, unfairly to that
 8   person, because you can't set aside what you've been through
 9   when you're serving on that jury.
10          The purpose of today is to try to get that out of you,
11   to figure out if indeed you have something in your past, or
12   maybe your general views on the justice system that make it
13   difficult for you to be fair and impartial.
14          Now, how do we figure out if you are fair and
15   impartial?  You all took an oath when you came in to tell the
16   truth.  There is no such thing as "TMI" in jury service, too
17   much information.  The more, the better.  The lawyers and I
18   have to figure out who can serve.  If you hold back an answer
19   that you think will give us guidance on that, or your feelings
20   about something are not shared, then I can't figure out if
21   you're the right juror for this trial.  And that's not fair for
22   the system.  It's not fair for the lawyers and their clients.
23          So it's very important that you guys adhere to the oath
24   and share with me your thoughts on the questions I'm going to
25   ask and then on the questions the government and the defense is
```

1   going to ask later today.

2          Now, the purpose of the questioning is not to embarrass

3   anybody.  Okay?  I apologize in advance on behalf of the

4   lawyers and myself if anything we ask hits close to home.

5   Sometimes we're asking questions about your experience in the

6   court system.  It may require you to share with me some

7   thoughts.

8          All of you have already answered questionnaires.  We've

9   already had to pry a little bit into your own lives.  And I

10  apologize if that was a little uncomfortable.  But you can

11  understand the need for that, because I've got to get as much

12  information to ensure a fair trial.  That's my job.

13         And if one of you were to sit here and midway through

14  the trial, you realize I don't know that I could do this

15  anymore, it's obviously a drain on the system and jeopardizes

16  the integrity of the proceedings.  So again, I ask you all to

17  please share your thoughts with me.  More, not less, is good.

18         All we want to do is figure out if you can be fair and

19  impartial.  There are no wrong answers to any of these

20  questions.  The only thing is if you hold something back, that

21  would be a violation of your oath.  So giving me more, not

22  less, and not worrying if you disagree with your fellow jurors.

23  Okay?

24         Each of you is entitled to your own opinion.  We all

25  want to know what that opinion is, so share it with us.

1      Can everybody follow those guidelines in answering my

2  questions?

3      THE PROSPECTIVE JURORS:  Yes.

4      THE COURT:  All right.  And I really appreciate that.

5  Remember, you guys, as jurors, are in a way judges, but you're

6  judges of the facts.  I'm the judge of the law.  I'm going to

7  tell you, if you're selected, what law applies to the case.

8  But you guys are the ones that are going to have to figure out

9  what happened here.  That is what you are.  You're judges of

10  the facts.  And impartiality -- your ability to be impartial

11  and listen to the evidence, your lack of bias or prejudice for

12  or against any party and your ability to follow the law, those

13  are the kinds of things that I'm looking for when I'm trying to

14  figure out who can serve.

15      Now, if at any point I ask you a question and it is

16  something too private -- too private to share next to the 63

17  other people in the jury pool, simply raise your hand and I

18  will prompt you if you need a private conference.

19      Now, when I say "private," you will be here with the

20  lawyers and their clients and my team, but not in front of your

21  fellow jurors.  And I'll motion you guys for that later, to see

22  if anyone has something that they need to tell me, that they'd

23  rather not share.

24      Could be, for example, a medical condition or something

25  to that effect, and you want to let me know about it, we'll

1    have moment to talk about that.  But if at any point I'm

2    getting into sensitive territory, just let me know, and we'll

3    set up that private conference without your fellow jurors.

4         Now, I want you guys to first and foremost understand

5    what kind of case we're here on today.  Now, some of you, I am

6    certain, are very astute, and already heard the word

7    "government" thrown out a couple of times, so you may have

8    divined that this is not a civil case.  This is a criminal

9    case.  Okay?

10        Now, we're here today because of this piece of paper

11   that I'm waving in front of you, and this is called an

12   indictment.  Now, an indictment was filed in this case

13   informing Mr. Patel that he's accused of crimes, and he was

14   called upon to respond to this indictment.

15        And how did he respond to this indictment?  With four

16   very critical words in our constitutional and criminal justice

17   system.  He responded with, I am not guilty.  This indictment,

18   which we're going to go over this morning, is not evidence.

19   Quite frankly, it's not worth the paper it's printed on.  This

20   is simply a set of accusations that have been leveled against

21   Mr. Patel.  And when he said, I am not guilty, those words

22   carry a great deal of weight because we're going to be

23   beginning a jury trial later today where the government is

24   going to be required to prove beyond a reasonable doubt that

25   Mr. Patel is guilty before he may be found guilty.

1          The fact that this indictment exists does not mean that

2     what is alleged here actually happened, and that is what you

3     are all here to determine.  That's why I called you all judges

4     of the facts a moment ago.  And that is what the government has

5     to prove to you beyond a reasonable doubt.

6          Now, there are several concepts that I'm going to

7     discuss with you that go to the heart of the criminal justice

8     system.  They are the presumption of innocence; the

9     government's burden of proof, which I stated a moment ago; and

10     the defendant's right to remain silent.

11          So the first thing that I'm going to go ahead and

12     review with you is the presumption of innocence.

13          By show of hands, how many folks here have heard of

14     that phrase, "presumption of innocence"?

15          Okay.  So we've got a fair amount of our potential

16     jurors here who have heard that phrase.  That's great.

17          So the concept of the presumption of innocence really

18     is part and parcel of what I just mentioned, that the

19     indictment in this case, and in every criminal case, is merely

20     an accusatory paper which states the charges to be determined

21     at the trial, but it's not against the defendant, any form of

22     evidence; in fact, it's no evidence at all.  Indeed, the fact

23     that Mr. Patel has entered a plea of not guilty in this case

24     means that he is presumed, by the law, to be innocent.

25          In fact, all of you, all of us, every person in this

 1    country who is charged with a crime is presumed to be innocent.

 2    It is a right guaranteed by our Constitution.

 3           So I have a little quiz to see how alert you all are.

 4    Okay?  If I sent all 60 of you back into my jury room right

 5    now, can anyone tell me what the verdict would be in this case

 6    against Mr. Patel?  Anybody?

 7           THE PROSPECTIVE JURORS:  Not guilty.

 8           THE COURT:  Say it like you mean it.  I heard a couple

 9    of --

10           THE PROSPECTIVE JURORS:  Not guilty.

11           THE COURT:  Correct.  Very good.  Not guilty.

12           Why is it not guilty?  Has the government shown you any

13    evidence?

14           THE PROSPECTIVE JURORS:  No.

15           THE COURT:  Oh, let me hear that a little louder.

16           Has the government shown you any evidence?

17           THE PROSPECTIVE JURORS:  No.

18           THE COURT:  Does the indictment count as evidence?

19           THE PROSPECTIVE JURORS:  No.

20           THE COURT:  So the only verdict -- the only verdict

21    that would not be a miscarriage of justice, at this stage of

22    the game, would be not guilty.  And that is something that you

23    all need to keep in mind, because the burden is on the

24    government.  It never shifts to the defense.  You never look to

25    the defense team or Mr. Patel to prove his innocence.  That's

1   not what he is here to do.  That's not what the law or the

2   Constitution requires him to do.

3         Think of it in a way as a suit of armor.  He is

4   protected.  The minute he says, I am not guilty, you have to

5   all look to the government to chip away at that suit of armor,

6   to overcome that presumption.  And it is very important that

7   you guys always remember that it is a foundational block of our

8   system of justice.

9         Do any of you have a problem with this concept?  There

10  may be some of you out there who are saying something like this

11  in your minds:  You may be saying, Judge, that's really nice.

12  I understand the presumption of innocence, but there's

13  literally, like, half the United States government sitting over

14  here.  Okay?  The guy's got five defense lawyers.  You know, I

15  understand what you're saying, but, you know, where there's

16  smoke, there's fire.  If the guy's come this far, and the

17  government's all here, he must have done something wrong.

18  There's no way.  He must have done something wrong.

19        And that's okay if you feel that way, but you got to

20  tell me.  Because that means you're starting at the beginning

21  of this case with a little bias, a little bias where you may be

22  believing to yourself that, you know what?  Something here

23  doesn't smell right.  Something's a little off.  The fact that

24  we're in court at all means something happened, and it's not

25  good.  And if you feel that way, I need to know because that

1    would mean that you may not be able to give Mr. Patel the

2    presumption of innocence that he is constitutionally entitled

3    to.

4         So by show of hands, does anybody have a problem with

5    this first concept of the presumption of innocence?

6         Okay.  I don't see anyone raising their hands.

7         Well, I'm very happy to see that.  I'm very happy that

8    you can all accept this as the law, that you can all realize

9    that the fact the government has levied allegations against

10   someone in this country doesn't mean that they're true.  I

11   mean, I would say this:  Can everyone agree with me that the

12   government doesn't always get it right?

13        THE PROSPECTIVE JURORS:  Yes.

14        THE COURT:  I think so.  I think we can all agree on

15   that.  So let's see if they can prove their case.  Let's see

16   what they got.  But at the end of the day, we don't look to

17   Mr. Patel and demand anything from him.  And I will urge you,

18   throughout today's proceedings, throughout your service, if

19   you're selected, that you never forget that, that you continue

20   to look at one table and not the other.

21        Now, hand in hand with that is the burden of proof, and

22   you've heard me say it a couple of times, you know, that the

23   burden of proof and who it rests with is the government.

24        Now, one thing I will ask:  I cannot imagine nowadays,

25   given that we have so many shows on TV that deal with law and

1    order -- there's like five Law and Orders, I think, now -- but

2    then you have CSI and everything else, that perhaps everyone in

3    here has heard of the term, "beyond a reasonable doubt."

4         But by a show of hands, is there anybody in here

5    that -- let's start on this end.  Anyone that doesn't know that

6    term?  Okay.  So I think I'm batting a perfect thousand that 64

7    folks here and everyone here has heard of the term "reasonable

8    doubt."  That's good.  We're going to talk about what that

9    really means.  You have to remember that the burden, again, is

10   on the government to prove these allegations beyond a

11   reasonable doubt.

12        I'm going to read you what that means because I think

13   we all hear it on TV, but not many of us know exactly how you

14   define reasonable doubt.  And I think it's good to understand

15   it because in my view, the definition really helps crystallize

16   it by bringing it home to your own lives.  So I want you all to

17   listen.  If you're picked in this case, you'll hear this

18   instruction again at the end.

19        Definition of reasonable doubt:  The government's

20   burden of proof is heavy, but it doesn't have to prove a

21   defendant's guilt beyond all possible doubt.  The government's

22   proof only has to exclude any reasonable doubt concerning the

23   defendant's guilt.  A reasonable doubt is a real doubt based on

24   your reason and common sense after you've carefully and

25   impartially considered all the evidence in the case.

1          Proof beyond a reasonable doubt is proof so convincing

2  that you would be willing -- you would be willing to rely and

3  act on it without hesitation in the most important of your own

4  affairs.

5          So let's read that one more time.  Proof beyond a

6  reasonable doubt is proof so convincing, you all would be

7  willing to rely and act on it, without hesitation, in the most

8  important of your own affairs.  And I think what that does is,

9  it lets you know the level of certainty that you need and what

10  the government has to show you in terms of their burden of

11  proof.

12          Now, does anybody here have a problem with that burden?

13  There may be some that believe the burden is too low.  Maybe

14  they want to make sure that, as the instruction says, the

15  government proves guilt beyond all possible doubt.  And there

16  may be some that believe it's too high, that we should be

17  lowering that burden, that it's too difficult to establish

18  guilt.

19          Anybody in here feel like the burden is either too high

20  or too low, by show of hands?  So this is kind of like

21  Goldilocks, right?  The porridge isn't too hot, the porridge

22  isn't too cold, it's just right.

23          Can all of you hold the government to their burden of

24  proof beyond a reasonable doubt?  Can I get a little bit of a

25  confirmation --

1          THE PROSPECTIVE JURORS:  Yes.

2          THE COURT:  -- that you can hold them to that burden?

3    Okay.  All right.

4          It's important, because we've taken two key concepts

5    now, the presumption of innocence, and we've connected it to

6    the burden of proof beyond a reasonable doubt.  Just keep those

7    two things in mind because they're very, very important.

8          Now, you may have heard of this third concept as well.

9    By show of hands, who's heard of a defendant's right to remain

10   silent?  Okay, almost everyone has heard of that right.  So

11   let's talk about that.

12         As I've said before, the law doesn't require Mr. Patel

13   and his team to prove his innocence or produce any evidence at

14   all.  Look, the reality is, the defense team would never dream

15   of it, but if Mr. Sadow and his team wanted to put their feet

16   up and take out the newspaper while the government tries to

17   prove their case, they could flat out do it, okay?  Because

18   you're not to look to them for anything.  You're to look to the

19   government to meet the burden of proof.

20         Now, what's important when it comes to the right to

21   remain silent is if a defendant elects not to testify, you

22   can't consider that in any way during your deliberations.  The

23   government has the burden of proof of finding a defendant

24   guilty beyond a reasonable doubt, and if it fails to do so, you

25   must find the defendant not guilty.

1          So if a defendant does not testify, you cannot hold it

2    against him.

3          Now, I know a lot of you may be thinking something to

4    the effect of, well, Judge, that's very nice.  I understand the

5    right to remain silent.  But let me tell you something, if I

6    was sitting where Mr. Patel is sitting, you better believe I'm

7    taking that witness stand.  Because if I didn't do it, I'm

8    telling them I didn't do it.  I'm getting up there, I'm going

9    to explain everything, absolutely no way that I'm going to sit

10   here and not testify.  That may be you.

11         And my response to you, if that mind is acting that way

12   and leading you to that conclusion or that belief, is a

13   question.  And that question is, does anybody know what one of

14   the biggest fears is in the United States?  Second to spiders,

15   last time I checked.  I got somebody there in the back.

16         THE PROSPECTIVE JUROR:  Public speaking.

17         THE COURT:  Public speaking.  Correct, public speaking.

18   Why do I bring that up?  Well, let me tell you.  Most people

19   are not fans of public speaking, let alone when the stakes are

20   as high as they are in a criminal trial.

21         And I think you can all agree with me that if you don't

22   feel certain about your public speaking skills, and you get on

23   this witness stand and you start sweating and hemming and

24   hawing your way through the version of events, true or not

25   true, but you're incapable of expressing yourself due to

 1    legitimate concerns or fears, jurors sitting in this box may

 2    get the wrong impression.

 3            And in fact, the jury instructions at the end tell us

 4    that jurors can look at the demeanor of a witness in

 5    determining their credibility.  So unless you can get up there

 6    and be ice-cold confident in the way in which you want to

 7    testify and explain your version of events, many folks will not

 8    elect to testify, and it has nothing to do with their guilt or

 9    their innocence.

10            So again, I ask all of you, does anyone feel that if

11    Mr. Patel were to elect not to testify, that that's going to be

12    held against him or that you're going to judge him or that

13    you're going to lean to one side or the other because he has

14    not taken the stand?

15            Anyone feel that way?  By a show of hands.  I don't see

16    anyone.  I see everyone shaking their heads no.  Very good.

17    That means all of you can follow the three key parts of

18    criminal justice, especially when it comes to serving on a

19    jury:  The presumption of innocence, number one; the burden of

20    proof of the government being beyond a reasonable doubt; and

21    the right to remain silent.

22            Well, at this time, you're probably wondering, well,

23    you're starting to bury the lead, Judge, what's the case about?

24    We know it's criminal, but let's get into it.  What is it

25    about?  Well, remember what I told you, that the indictment is

1    not evidence.  What I'm going to do now, though, is I'm going

2    to read these accusations to all of you.  It's a little

3    lengthy.  I ask that you all stick with me and listen

4    carefully.

5         It's important you all understand the context.  Think

6    back to my earlier statement, when I said to all of you that

7    not every juror is made for every case.  I use the example of a

8    car accident.  You're going to hear a little bit about what the

9    allegations are, and perhaps you, yourself, have familiarity

10   with some of these concepts in your own backgrounds and careers

11   or in your own experience.  Okay?  So I want you all to follow

12   along as I read it to you at this time.

13        And there's some background information you're going to

14   need because this case deals with healthcare issues.  So bear

15   with me here as I go through some of the background that gives

16   you the context.

17        At all times material to this indictment, these are the

18   following allegations:  The Medicare program.  The Medicare

19   program, or Medicare, was a federally funded program that

20   provided free or below-cost healthcare benefits to certain

21   individuals, primarily the elderly, blind, and disabled.

22        The benefits available under Medicare were governed by

23   federal statutes and regulations.  The United States Department

24   of Health and Human Services, through its agency, the Centers

25   for Medicare & Medicaid Services, and that is HHS for the

1    Health and Human Services and CMS for the Centers for Medicare

2    & Medicaid Services, oversaw and administered Medicare.

3    Individuals who received benefits under Medicare were commonly

4    referred to as Medicare beneficiaries.

5         Medicare was a healthcare benefit program as defined by

6    Title 18, United States Code, Section 24(b), and a federal

7    healthcare program as defined by Title 42, United States Code,

8    Section 1320a-7b(F).

9         Medicare covered different types of benefits and was

10   separated into different program parts.  Medicare Part A

11   covered health services provided by hospitals, skilled nursing

12   facilities, hospices, and home health agencies.

13        Medicare Part B was a medical insurance program that

14   covered, among other things, medical services provided by

15   physicians, medical clinics, laboratories, and other qualified

16   healthcare providers such as office visits, minor surgical

17   procedures, and laboratory testing that were medically

18   necessary and ordered by licensed medical doctors or other

19   qualified healthcare providers.

20        Medicare Advantage, formerly known as Part C, is

21   described in further detail below.  Physicians, clinics,

22   laboratories, and other healthcare providers, collectively,

23   providers, that provided services to Medicare beneficiaries,

24   were able to apply for and obtain a provider number.  A

25   provider that received a Medicare provider number was able to

1  file claims with Medicare to obtain reimbursement for services

2  provided to beneficiaries.

3       A Medicare claim was required to contain certain

4  important information, including the Medicare beneficiary's

5  name and health insurance claim number, or HICN, a description

6  of the healthcare benefit, item, or service that was provided

7  or supplied to the beneficiary.  The billing codes for the

8  benefit, item, or service.  The date upon which the benefit,

9  item, or service was provided or supplied to the beneficiary.

10  And the name of the referring physician or other provider, as

11  well as a unique identifying number known either as the Unique

12  Position Identification Number, or UPIN, or National Provider

13  Identifier, NPI.  The claim form could be submitted in hard

14  copy or electronically via interstate wire.

15       When submitting claims to Medicare for reimbursement,

16  providers are required to certify that the contents of the

17  forms were true, correct, and complete, the forms were prepared

18  in compliance with the laws and regulations governing Medicare,

19  and the items and services that were purportedly provided as

20  set forth in the claims were medically necessary.

21       Medicare claims were required to be properly documented

22  in accordance with Medicare rules and regulations.  Medicare

23  would not reimburse providers for claims that were procured

24  through the payment of kickbacks and bribes.

25       CMS acted through fiscal agents called Medicare

1    Administrative Contractors, or MACs, which were statutory

2    agents for CMS for Medicare Part B.  The MACs were private

3    entities that reviewed claims and made payments to providers

4    for services rendered to Medicare beneficiaries.  The MACs were

5    responsible for processing medical claims arising within their

6    assigned geographical area, including determining whether the

7    claim was for a covered service.  Novitas Solutions, Inc., or

8    Novitas, was the MAC for the consolidated Medicare

9    jurisdictions that covered Louisiana, Mississippi, Oklahoma,

10   Texas, and Pennsylvania.

11         Palmetto GBA, or Palmetto, was the MAC for the

12   consolidated Medicare jurisdictions that included Georgia,

13   Alabama, Tennessee, South Carolina, North Carolina, Virginia,

14   and West Virginia.

15         To receive Medicare reimbursement, providers had to

16   make appropriate application to the MAC and execute a written

17   provider agreement.  The Medicare provider enrollment

18   application, CMS Form 855B, was required to be signed by an

19   authorized representative of the provider.

20         CMS Form 855B contained a certification that stated:  I

21   agree to abide by the Medicare laws, regulations, and program

22   instructions that apply to this provider.  The Medicare laws,

23   regulations, and program instructions are available through the

24   Medicare contractor.  I understand that payment of a claim by

25   Medicare is conditioned upon the claim and the underlying

1    transaction complying with such laws, regulations, and program

2    instructions, including but not limited to the Federal

3    Anti-Kickback Statute and the Stark Law, and on the provider's

4    compliance with all applicable conditions of participation in

5    Medicare.

6          CMS Form 855B contained additional certifications that

7    the provider, quote, will not knowingly present or cause to be

8    presented a false or fraudulent claim for payment by Medicare

9    and will not submit claims with deliberate ignorance or

10   reckless disregard of their truth or falsity.

11         Payments under Medicare Part B were often made directly

12   to the provider rather than to the beneficiary.  For this to

13   occur, the beneficiary would have signed the right of payment

14   to the provider.  Once such an assignment took place, the

15   provider would assume the responsibility for submitting claims

16   to and receiving payments from Medicare.

17         Now, the Medicare Advantage provided Medicare

18   beneficiaries with the option to receive their Medicare

19   benefits through a wide variety of private-managed care plans,

20   including health maintenance organizations, or HMOs; provider

21   sponsored organizations, or PSOs; preferred provider

22   organizations, PPOs; and private fee-for-service plans, PFFS,

23   rather than through original Medicare Parts A and B.

24         Private health insurance companies offering Medicare

25   Advantage plans were required to provide Medicare beneficiaries

1    with the same services and supplies offered under Medicare

2    Parts A and B.  To be eligible to enroll in a Medicare

3    Advantage plan, a person had to have been entitled to benefits

4    under Medicare Parts A and B.

5         A number of companies, including UnitedHealth Group,

6    Inc.; Humana, Inc.; WellCare Health Plans, Inc.; and CVS Health

7    Corporation, along with the related subsidiaries and

8    affiliates, contracted with CMS to provide managed care to

9    Medicare beneficiaries through various plans.

10        United Health, Humana, WellCare, and CVS Health were

11   healthcare benefit programs as defined by Title 18,

12   United States Code, Section 24(b).  These companies, through

13   their respective Medicare Advantage plans, often made payments

14   directly to providers rather than to the Medicare beneficiary

15   that received the healthcare benefits, items, and services.

16        This occurred when the provider accepted assignment of

17   the right to payment from the beneficiary.  To obtain payment

18   for services or treatment provided to a beneficiary enrolled in

19   a Medicare Advantage plan, providers had to submit itemized

20   claim forms to the beneficiary's Medicare Advantage plan.  The

21   claim forms were typically submitted electronically via

22   interstate wire.  The claim form required certain important

23   information, including the information described above earlier

24   in this indictment.

25        When a provider submitted a claim form to a Medicare

1    Advantage plan, the provider, again, certified the contents of

2    the form were true, correct, and complete, that the form was

3    prepared in compliance with the laws and regulations governing

4    Medicare.  The provider also certified that the services being

5    billed were medically necessary and were, in fact, provided as

6    billed.

7         The private health insurance companies offering

8    Medicare Advantage plans were paid a fixed rate per

9    beneficiary, per month, by CMS, regardless of the actual number

10   or type of services the beneficiary received.  These payments

11   by Medicare to the insurance companies were known as capitation

12   payments.  Thus, every month, CMS paid the health insurance

13   companies a predetermined amount for each beneficiary who was

14   enrolled in a Medicare Advantage plan regardless of whether the

15   beneficiary utilized the plan services that month.

16        CMS determined the per patient capitation amount using

17   actuarial tables based on a variety of factors, including the

18   beneficiary's age, sex, severity of illness, and county of

19   residence.  CMS adjusted the capitation rates annually, taking

20   into account each beneficiary's previous diagnoses and

21   treatments.  Beneficiaries with more illnesses or more serious

22   conditions would rate a higher capitation payment than

23   healthier beneficiaries.

24        That's the first part of what we've just gone through.

25   Okay?  I know, it's a lot.  It's a lot.

1           Now we're going to pivot to a separate section of these

2    allegations.  But what we just read is context.  A little of it

3    might sound like alphabet soup.  There's a lot of letters in

4    there, PPO, CMS, you know, et cetera.  Many of you probably

5    recognize some of those terms in your own lives because either

6    you are Medicare participants yourself, or you've had claims

7    with United or CVS, or one of the other companies.  Keep those

8    things in mind, because at the end, I'm going to ask if anyone

9    in the jury has any intimate familiarity with these

10   allegations, or you know of certain things.  And certainly, I'm

11   going to want to know if you have any personal experience with

12   some of these issues.

13          Now we're going to move to a separate section regarding

14   genetic tests.  And I want you all to listen carefully,

15   especially if perhaps some of you have gone through any form of

16   genetic testing.  Because if you have, the lawyers and I are

17   going to want to know about it.

18          Various forms of genetic testing existed using DNA

19   sequencing to detect mutations in genes that can indicate a

20   higher risk of developing certain diseases or health conditions

21   in the future.  For example, cancer genomic testing, CGx

22   testing, used DNA sequencing to detect mutations in genes that

23   could indicate a higher risk of developing certain types of

24   cancers in the future.

25          CGx testing was not a method of diagnosing whether an

1    individual presently had cancer.  Pharmacogenic testing, or PGx

2    testing, used DNA sequencing to assess how the body's genetic

3    makeup would affect the response to certain medications.

4          Medicare did not cover laboratory testing that was not

5    reasonable and necessary for the diagnosis or treatment of

6    illness or injury or to improve the functioning of a malformed

7    body member.  Except for certain statutory exceptions, Medicare

8    did not cover examinations performed for a purpose other than

9    treatment or diagnosis of a specific illness, symptoms,

10   complaint, or injury.

11         Among the statutory exceptions Medicare covered were

12   cancer screening tests such as screening mammography,

13   colorectal cancer screening tests, screening pelvic exams, and

14   prostate cancer screening tests.

15         If laboratory testing was necessary for the diagnosis

16   or treatment of illness or injury or to improve the functioning

17   of a malformed body member, Medicare imposed additional

18   requirements before covering the testing.

19         Title 42 of the Code of Federal Regulations,

20   Section 410.32(a) provided, quote, All diagnostic X-ray tests,

21   diagnostic laboratory tests, and other diagnostic tests, must

22   be ordered by the physician who is treating the beneficiary;

23   that is, the physician who furnishes a consultation or treats a

24   beneficiary for a specific medical problem and who uses the

25   results in the management of the beneficiary's specific medical

1    problem.  Tests not ordered by the physician who is treating

2    the beneficiary are not reasonable and necessary.

3            Now we're going to move to telemedicine.  That's our

4    next concept.  So we've done Medicare.  We've done genetic

5    testing.  Now we're going to talk about telemedicine.

6            Telemedicine provided a means of connecting patients to

7    doctors by using telecommunications technology, such as the

8    internet or telephone, to interact with a patient.  And some of

9    you perhaps even during the COVID pandemic made use of

10   telemedicine.

11           Telemedicine companies provided telemedicine services

12   to individuals by hiring doctors and other healthcare

13   providers.  Telemedicine companies typically paid doctors a fee

14   to conduct consultations with patients.  In order to generate

15   revenue, telemedicine companies typically either billed

16   insurance or received payment from patients who utilized the

17   services of the telemedicine company.

18           Medicare Part B and Medicare Advantage covered expenses

19   for specified telehealth services if certain requirements were

20   met.  These requirements included that the beneficiary was

21   located in a rural or health professional shortage area,

22   services were delivered via an interactive audio and video

23   telecommunications system, and the beneficiary was at a

24   practitioner's office or at a specified medical facility, not

25   at a beneficiary's home during the telehealth consultation with

1    a remote practitioner.

2         Now we're going to move into the actual allegations in

3    this case.  We've got all the background.  Okay?  Now we're

4    going to pivot, using that background into what the government

5    is alleging here.

6         LabSolutions, LLC, which we'll just call

7    "LabSolutions," a company formed under the laws of Georgia, was

8    a laboratory that purportedly provided CGx, PGx, and other

9    forms of laboratory testing to Medicare and Medicare Advantage

10   beneficiaries.

11        Defendant, who you've met, Mr. Minal Patel, a resident

12   of Georgia, was the owner of LabSolutions and a signatory on

13   LabSolutions' bank account ending in 25953 at Bank 1, which we

14   will call the LabSolutions account.

15        XGEN Marketing LLC, which we'll call "XGEN," was a

16   company formed under the laws of Florida with its listed place

17   of business in Palm Beach County, Florida.  Christian McKeon, a

18   resident of Palm Beach County, was a manager and member of XGEN

19   and signatory on XGEN's bank account ending in 3990 at Bank 2,

20   which we'll call the XGEN account.

21        Alite Medical Solutions, LLC, Alite Medical, was a

22   company formed under the laws of Florida with its listed place

23   of business in Nassau County, New York.  Brett Hirsch, a

24   resident of Palm Beach County, Florida, was one of two managers

25   and members of Alite Medical and a signatory on bank accounts

1    ending in 7575 and 6891 at Bank Two.  Hirsch Account 1 and

2    Hirsch Account 2 is what we're call those.

3         Count 1:  Count 1 charges conspiracy to commit

4    healthcare fraud and wire fraud under 18 U.S.C. 1349.  And the

5    general allegations are realleged and incorporated as more

6    fully set forth herein.

7         From in or around July 2016, and continuing through

8    around August of 2019, in Palm Beach County, in the Southern

9    District of Florida and elsewhere, the defendant, Mr. Patel,

10   did willfully, that is, with the intent to further the objects

11   of the conspiracy, and knowingly combine, conspire,

12   confederate, and agree with Christian McKeon, Brett Hirsch, and

13   others, known and unknown, to commit offenses against the

14   United States; that is, to knowingly and willfully execute a

15   scheme and artifice to defraud a healthcare benefit program

16   affecting commerce as defined in Title 18, United States Code,

17   Section 24(b); that is, Medicare and Medicare Advantage plans,

18   and to obtain by means of materially false fraudulent pretenses

19   representations, and promises, money and property owned by and

20   under the custody and control of said healthcare benefit

21   programs in connection with the delivery of and payment for

22   healthcare benefits, items, and services, in violation of Title

23   18, United States Code, Section 1347, and to knowingly, and

24   with the intent to defraud, devise, and intend to devise a

25   scheme and artifice to defraud and for obtaining money and

 1   property by means of materially false and fraudulent pretenses,

 2   representations, and promises, knowing the pretenses,

 3   representations, and promises were false and fraudulent when

 4   made.

 5        And for the purpose of executing the scheme and

 6   artifice did knowingly transmit and cause to be transmitted by

 7   means of wire communication in interstate and foreign commerce

 8   certain writings, science, signals, pictures, and sounds, in

 9   violation of Title 18, United States Code, Section 1343.

10        I want to talk about what the purpose of the conspiracy

11   was.  Allegedly, it was a purpose of the conspiracy for the

12   defendant and his co-conspirators to unlawfully enrich

13   themselves by, among other things, paying and receiving

14   kickbacks in exchange for the referral of Medicare

15   beneficiaries so that LabSolutions could bill Medicare for

16   genetic tests without regard to whether the beneficiaries

17   needed the test, paying kickbacks to telemedicine companies in

18   exchange for ordering and arranging for the ordering of genetic

19   tests for Medicare beneficiaries without regard for the medical

20   necessity of the prescribed genetic tests, submitting and

21   causing the submission, the interstate wire communication of

22   false and fraudulent claims to Medicare and Medicare Advantage

23   plans through LabSolutions for genetic tests that were not

24   medically necessary and not eligible for reimbursement,

25   concealing the submission of false and fraudulent claims to

1    Medicare and Medicare Advantage plans, and diverting fraud

2    proceeds for their personal use and benefit, the use and

3    benefit of others, and to further the fraud.

4         Now, the manner and means by which the defendant and

5    his co-conspirators sought to accomplish the objects and

6    purpose of the conspiracy included, among other things, that

7    Mr. Patel falsely certified to Medicare that he, as well as

8    LabSolutions, would comply with all Medicare rules and

9    regulations and federal laws, including that they would not

10   knowingly present or cause to be presented a false and

11   fraudulent claim for payment by Medicare and that they would

12   comply with the Federal Anti-Kickback Statute.

13        Now, Mr. Patel and his co-conspirators, through

14   LabSolutions, paid kickbacks and bribes to co-conspirators,

15   including Christian McKeon, Brett Hirsch, and others, in

16   exchange for genetic test samples from Medicare beneficiaries

17   and Medicare required documents, collectively referred to as

18   doctors' orders, that were used to submit claims via an

19   interstate wire communication to Medicare and Medicare

20   Advantage plans for those tests from LabSolutions, that

21   Mr. Patel, Christian McKeon, Brett Hirsch, and other

22   co-conspirators created sham contracts and documentation that

23   disguised the kickbacks and bribes as payments from

24   LabSolutions for marketing services.

25        In the contracts, Mr. Patel, through LabSolutions,

1     agreed to pay co-conspirators, including McKeon, Hirsch, and

2     others, a percentage.  As much as 50 percent of the gross

3     revenues paid by Medicare in exchange for their recruitment and

4     referral of Medicare beneficiaries, genetic tests, and doctors'

5     orders to LabSolutions regardless of whether the genetic tests

6     were medically necessary.

7          Mr. Patel, Christian McKeon, Brett Hirsch, and other

8     co-conspirators obtained access to thousands of Medicare

9     beneficiaries by targeting them with telemarketing campaigns

10    and health fairs and inducing them to accept genetic tests

11    regardless of medical necessity.

12         Patel, Christian McKeon, Brett Hirsch, and other

13    co-conspirators, obtained doctors' orders for the genetic tests

14    by paying telemedicine companies for doctors' orders, written

15    by doctors, contracted with the telemedicine companies, even

16    though those doctors were not treating the beneficiaries for

17    cancer or symptoms of cancer or other diseases, did not use the

18    test results in the treatment of the beneficiaries and did not

19    conduct a proper telemedicine visit.

20         Mr. Patel, Christian McKeon, and Brett Hirsch and other

21    co-conspirators caused LabSolutions to submit false and

22    fraudulent claims to Medicare and Medicare Advantage plans in

23    at least the approximate amount of $463,889,078 via interstate

24    wire communication, including approximately $269,480,736 for

25    CGx testing.

1          As a result of these false and fraudulent claims,
2     Medicare and Medicare Advantage plans made payments to
3     LabSolutions in at least the approximate amount of
4     $187,369,693, including approximately $128,163,945 for CGx
5     testing.  Now, Mr. Patel, Christian McKeon, Brett Hirsch, and
6     other co-conspirators used the fraud proceeds to benefit
7     themselves and others and to further the fraud, all of this in
8     violation of Title 18, United States Code, Section 1349.  That
9     was Count 1, the conspiracy count.
10          Counts 2 through 4 against Mr. Patel are individualized
11     accounts for healthcare fraud, in violation of 18 U.S.C. 1347.
12     Some of this is a bit repetitive, but bear with me, it is
13     important that we read it all in context.
14          And once again, all prior allegations are realleged and
15     incorporated by reference as I read the following paragraphs:
16     From in or around July 2016 and continuing through in and
17     around August 2019, in Palm Beach County, in the Southern
18     District of Florida and elsewhere, the defendant, Mr. Patel, in
19     connection with the delivery of and payment for healthcare
20     benefits, items, and services, did knowingly and willfully
21     execute and attempt to execute a scheme and artifice to defraud
22     a healthcare benefit program affecting commerce as defined in
23     Title 18, United States Code, Section 24(b).  That is Medicare.
24     And to obtain by means of materially false and fraudulent
25     pretenses, representations, and promises, money and property

1   owned by and under the custody and control of said healthcare

2   benefit programs.

3        It was the purpose of the scheme and artifice for the

4   defendant and his accomplices to unlawfully enrich themselves

5   by, among other things, paying and receiving kickbacks in

6   exchange for the referral of Medicare beneficiaries so that

7   LabSolutions could bill Medicare for genetic tests without

8   regard to whether the beneficiaries needed the test, paying

9   kickbacks to telemedicine companies in exchange for ordering

10  and arranging for the ordering of genetic tests for Medicare

11  beneficiaries without regard for medical necessity for the

12  prescribed genetic test, submitting and causing the submission

13  of false and fraudulent claims to Medicare through LabSolutions

14  for genetic tests that were not medically necessary and not

15  eligible for reimbursement, concealing the submission of false

16  and fraudulent claims to Medicare, and diverting fraud proceeds

17  for their personal use and benefit, the use and benefit of

18  others, and to further the fraud.

19       The manner and means section of Count 1 that I've read

20  to you is realleged herein.

21       On or about the date specified below, as to each count,

22  in Palm Beach County, in the Southern District of Florida and

23  elsewhere, the defendant, Mr. Patel, in connection with the

24  delivery of and payment for healthcare benefits, items, and

25  services, did knowingly and willfully execute and attempt to

1   execute the above-described scheme and artifice to defraud a

2   healthcare benefit program affecting commerce as defined by

3   Title 18, United States Code, Section 24(b), that is, Medicare,

4   and to obtain by means of materially false and fraudulent

5   pretenses, representations, and promises, money and property

6   owned by and under the custody and control of said healthcare

7   benefit program, and in that the defendant submitted and caused

8   the submission of false and fraudulent claims which sought the

9   identified dollar amounts representing that such services were

10  medically necessary, eligible for Medicare reimbursement, and

11  provided to Medicare beneficiaries as claimed.

12          In Count 2, beneficiary V.H., approximate date of the

13  submission was 9/24/2018.  And the most expensive genetic test

14  claimed and the total approximate amount billed was a gene

15  analysis for breast cancer 1 in the amount of $6,470.

16          In Count 3, beneficiary E.G., date of submission of

17  claim, 9/24/2018, most expensive genetic test claimed and the

18  total approximate amount billed was gene analysis, again for

19  breast cancer 1 in the amount of $5,820.

20          And in Count 4, beneficiary H.K., with an approximate

21  date of submission claim of 9/24/2018.  And again, the most

22  expensive genetic test claimed and total approximate amount

23  billed was the gene analysis for breast cancer in the amount of

24  $5,820.  All in violation of Title 18, United States Code,

25  Section 1347 and 2.

1          So where are we thus far?  We have four counts.

2     Count 1 is the conspiracy count.  Count 2, 3, and 4 are

3     individualized healthcare fraud counts for those specific tests

4     that I just read to you.  Everybody with me?

5          THE PROSPECTIVE JURORS:  Yes.

6          THE COURT:  All right.  Moving along, we now go to

7     Count 5.  Count 5 is conspiracy to defraud the United States

8     and to pay and receive healthcare kickbacks under 18, U.S.C.,

9     Section 371.  Once again, all prior allegations are realleged.

10          From in or around July of 2016 and continuing through

11     in or around August of 2019 in Palm Beach County, in the

12     Southern District of Florida and elsewhere, the defendant,

13     Mr. Patel, did willfully, that is, with the intent to further

14     the objects of the conspiracy and knowingly combine, conspire,

15     confederate and agree with Christian McKeon, Brett Hirsch, and

16     others, known and unknown, to defraud the United States by

17     impairing, impeding, obstructing, and defeating through

18     deceitful and dishonest means the lawful government functions

19     of the HHS in its administration and oversight of Medicare and

20     Medicare Advantage.

21          And to commit an offense against the United States,

22     that is, to violate Title 42, United States Code,

23     Section 1320a-7b(b)(2)(A), by knowingly and willfully offering

24     and paying any remuneration, including kickbacks and bribes,

25     directly and indirectly, overtly and covertly, in cash and in

1  kind, including by wire transfer, to a person to induce such

2  person to refer an individual to a person for the furnishing

3  and arranging for the furnishing of any item and service for

4  which payment may be made in whole and in part by a federal

5  healthcare program, that is, Medicare and Medicare Advantage

6  plans.

7      It was the purpose of the conspiracy for the defendant

8  and his co-conspirators to unlawfully enrich themselves by

9  soliciting, receiving, offering, and paying kickbacks and

10  bribes in return for recruiting and referring Medicare and

11  Medicare Advantage beneficiaries to LabSolutions, submitting

12  and causing the submission of claims to Medicare and Medicare

13  Advantage plans for genetic tests that LabSolutions purported

14  to provide to those beneficiaries, concealing the kickback and

15  bribes, among other things, and diverting fraud proceeds for

16  their personal use and benefit, the use and benefit of others,

17  and to further the fraud.

18      The manner and means by which the defendant and his

19  co-conspirators sought to accomplish the objects and purpose of

20  the conspiracy, included, among other things, the following:

21  Co-conspirators, including Christian McKeon, Brett Hirsch, and

22  others, recruited and referred Medicare and Medicare Advantage

23  beneficiaries to LabSolutions, knowing that LabSolutions would

24  bill Medicare and Medicare Advantage for genetic tests

25  purportedly provided to the recruited beneficiaries.

1          Mr. Patel, through LabSolutions, offered and paid

2     kickbacks to co-conspirators, including Christian McKeon, Brett

3     Hirsch, and others, in exchange for the recruitment and

4     referral of Medicare and Medicare Advantage beneficiaries to

5     LabSolutions.

6          Mr. Patel, Christian McKeon, Brett Hirsch, and other

7     co-conspirators created sham contracts and documentation that

8     disguised the kickbacks and bribes as payments from

9     LabSolutions for marketing services.  In the contracts,

10    Mr. Patel, through LabSolutions, agreed to pay co-conspirators,

11    including McKeon, Hirsch, and others a percentage, as much as

12    50 percent of the gross revenues paid by Medicare and Medicare

13    Advantage in exchange for the recruitment and referral of

14    Medicare and Medicare Advantage beneficiaries, genetic tests,

15    and doctors' orders to LabSolutions, regardless of whether the

16    genetic tests were medically necessary.

17         Co-conspirators, including McKeon, Hirsch, and others,

18    offered and paid kickbacks to telemedicine companies and others

19    in the exchange for the ordering and arranging for ordering

20    genetic tests for Medicare and Medicare Advantage beneficiaries

21    who were paid, at least in part, to authorize the genetic

22    tests.

23         Mr. Patel, Mr. McKeon, and Mr. Hirsch and other

24    co-conspirators, caused LabSolutions to submit claims,

25    including claims for CGx testing, to Medicare and Medicare

1    Advantage plans in at least the approximate amount of

2    $463,889,078.  As a result of these claims, Medicare and

3    Medicare Advantage plans made payments to LabSolutions in at

4    least the approximate amount of $187,369,693.  Mr. Patel paid

5    his co-conspirators, including Mr. McKeon and Mr. Hirsch and

6    others, at least approximately $14,200,685, and used the fraud

7    proceeds received from LabSolutions to benefit himself and

8    others and to further the fraud.

9         Now, in furtherance of the conspiracy and to accomplish

10   its object and purpose, at least one co-conspirator committed

11   and caused to be committed in the Southern District of Florida

12   at least one of the following overt acts, among others:  On or

13   about July 5, 2016, Mr. Patel, through LabSolutions, entered

14   into a contract with Brett Hirsch through Alite Medical,

15   providing that LabSolutions would pay Alite Medical 50 percent

16   of the monthly revenue LabSolutions received from Medicare and

17   Medicare Advantage for genetic tests referred by Hirsch or

18   Alite Medical, minus certain costs, and that Hirsch would

19   receive a 5 percent override commission of any reimbursements

20   LabSolutions received from Medicare and Medicare Advantage for

21   genetic tests referred by other marketers Hirsch recruited to

22   LabSolutions, also known as downlines of Hirsch.

23        On or about January 1, 2017, Mr. Patel calls an

24   employee of LabSolutions to execute a contract with XGEN,

25   pursuant to which LabSolutions agreed to pay XGEN 45 percent of

1    the monthly revenue LabSolutions received from Medicare and

2    Medicare Advantage for genetic tests referred by XGEN, minus

3    certain costs.  On or about February 14, 2017, Mr. Patel

4    transferred approximately $35,738 from the LabSolutions account

5    to the Hirsch Account 2 in exchange for Hirsch's referral of

6    Medicare and Medicare Advantage beneficiaries to LabSolutions.

7         On or about January 14, 2019, Mr. Patel transferred

8    approximately $365,043 from the LabSolutions account to

9    the XGEN account in exchange for XGEN's referral of Medicare

10   and Medicare Advantage beneficiaries to LabSolutions.

11        Mr. Patel transferred approximately $800,000 from the

12   LabSolutions account to the XGEN account in exchange for XGEN's

13   referral of Medicare and Medicare Advantage beneficiaries to

14   LabSolutions.

15        On or about February 14, 2019, Mr. Patel transferred

16   approximately $150,000 from the LabSolutions account to the

17   Hirsch Account 1 in exchange for Hirsch's referral of Medicare

18   and Medicare Advantage beneficiaries to LabSolutions.

19        On or about April 30th of 2019, Mr. Patel transferred

20   approximately $600,000 from the LabSolutions account to the

21   XGEN account in exchange for XGEN's referral of Medicare and

22   Medicare Advantage beneficiaries to LabSolutions, all in

23   violation of Title 18, United States Code, Section 371.

24        Now, that was Count 5.  Okay?  So let's recap so we

25   don't get confused where we're at.  We have gone through five

1    counts.  The first count was conspiracy to commit healthcare

2    fraud and wire fraud.  It was followed by Counts 2, 3 and 4,

3    which were substantive healthcare fraud counts, specifically

4    different billings that were done.

5         Then we just went through Count 5.  Count 5 was also a

6    conspiracy count, but a different conspiracy.  Count 5 was a

7    conspiracy to defraud the United States and pay and receive

8    healthcare kickbacks.

9         Now Counts 6 through 9, similar to what you saw in 2

10   through 4, are substantive counts, specifically payment of

11   kickbacks in connection with a federal healthcare program in

12   violation of 42 U.S.C. 1320a-7b(b)(2)(A).

13        Is everybody following me so far?

14        THE PROSPECTIVE JURORS:  Yes, yes.

15        THE COURT:  All right.  Okay.  So Counts 6 through 9

16   are as follows, once again, realleging everything I've reviewed

17   with you already:  On or about the dates that I will set forth

18   below, in Palm Beach County, in the Southern District of

19   Florida, Mr. Patel did knowingly and willfully offer and pay

20   remuneration, that is, kickbacks and bribes, directly and

21   indirectly, overtly and covertly, in cash and in kind,

22   including by wire transfer, as set forth below, to a person to

23   induce such person, to refer an individual to a person for the

24   furnishing and arranging for the furnishing of any item

25   and service for which payment may be made in whole and in part

1    under a federal healthcare program.  That is Medicare and

2    Medicare Advantage plans.  And we have Counts 6 through 9 as

3    follows:

4         Count 6:  The approximate date of the alleged kickback,

5    2/14/2017.  The amount:  $35,738.  The description:  A wire

6    transfer from LabSolutions account to Hirsch Account 2.

7         Count 7:  Approximate date of alleged kickback:

8    11/14/2018.  The amount of the alleged kickback:  $150,251.

9    The description of the payment:  A wire transfer from the

10   LabSolutions account to the Hirsch Account 1.

11        Count 8:  Approximate date of the purported kickback:

12   12/13/2018.  The approximate amount:  $728,972.  The

13   description:  A wire transfer from the LabSolutions account to

14   the XGEN account.

15        And Count 9:  Approximate date of the alleged kickback:

16   4/30/2019.  The approximate amount of the purported kickback:

17   $600,000.  The description:  Wire transfer from LabSolutions

18   account to the XGEN account in violation of Title 42,

19   United States Code, Section 1320a-7b(b)(2)(A) and Title 18,

20   United States Code, Section 2.

21        That brings you to the final count, Count 10.  Count 10

22   is conspiracy to commit money laundering in violation of 18,

23   U.S.C., Section 1956(h).  From in or around January 2017 and

24   continuing through in or around August 2019, in Palm Beach

25   County, in the Southern District of Florida and elsewhere, the

1   defendant, Mr. Patel, did knowingly and voluntarily combine,

2   conspire, and agree with others, known and unknown, to commit

3   offenses under Title 18, United States Code, Sections 1956 and

4   1957.  And that is, to knowingly conduct a financial

5   transaction affecting interstate or foreign commerce, which

6   transaction involved the proceeds of unspecified unlawful

7   activity, knowing that the property involved in the financial

8   transaction represented the proceeds of some form of unlawful

9   activity.  And knowing that the transaction was designed in

10  whole and in part to conceal and disguise the nature, the

11  location, source, ownership, and control of the proceeds of

12  specified unlawful activity in violation of Title 18, United

13  States Code, Section 1956(a)(1)(B)(i).  And to knowingly engage

14  in a monetary transaction by, through, and to a financial

15  institution affecting interstate and foreign commerce, in

16  criminally derived property of a value greater than $10,000,

17  such property having been derived from specified unlawful

18  activity in violation of Title 18, United States Code,

19  Section 1957.

20          It is further alleged that the specified unlawful

21  activity is conspiracy to commit healthcare fraud in violation

22  of Title 18, United States Code, Section 13349, healthcare

23  fraud, in violation of Title 18, United States Code,

24  Section 1347, and wire fraud, in violation of Title 18,

25  United States Code, Section 1343.  All in violation of

1    Title 18, United States Code, Section 1956(h).

2            That concludes the allegations in the indictment.

3            Now, you remember about an hour ago when I talked to

4    you guys about the presumption of innocence?  And I told you

5    all that this indictment doesn't mean anything.  Well, now you

6    heard about 20 pages' worth of allegations, and I watched as

7    some of your faces and the eyeballs on your faces opened wide

8    when I read the amount of alleged money that has purportedly

9    been milked by Medicare, 463 -- attempted funds, because that

10   wasn't all that was taken -- allegedly $463,889,078, and at

11   least $1,087,369,693 was paid to LabSolutions.

12           So my first question, given that everybody in here

13   promised to adhere to the presumption of innocence, does

14   anybody want to revisit that answer?  Because it is natural,

15   before you heard the allegations, that you looked at me and

16   under oath told me I'm going to make them prove it.  But now

17   you know more than you did a little while ago.  And I have to

18   make sure, because these are allegations that have to be

19   proven, that this doesn't tilt the scales.

20           It is very easy to say I'm going to give the

21   presumption of innocence, and then when you hear all of this --

22   go back to my hypothetical earlier -- where some of you may

23   have said, well, the government's not going to roll in here,

24   six deep, unless they got allegations that are legit.

25           Now you heard a very convoluted, purportedly detailed,

1    white-collar Medicare fraud scheme involving genetic testing.

2    That's what this case is about.  Now, they haven't proven a

3    shred of this.  This can just as easily be legitimate conduct,

4    business activity.  They're going to have to show you.  But I

5    have to make sure that every juror who sits in this box is

6    going to sit there and adhere to my admonition that what I just

7    read doesn't mean anything unless the government can prove it

8    beyond a reasonable doubt.

9         Do I have anybody, by a show of hands, that is already

10   thinking, you know what, Judge, I respect it, but Mr. Patel is

11   starting a little bit behind the government?  They're not at

12   the same place in the starting block anymore.

13        Anyone have any feelings like that?  I got a couple of

14   hands.  I'm going to have some mics come to you.  One rule:  As

15   I have the mic brought to you, please just state your badge

16   number.  I don't need your name, but take a look at your badge

17   so that Ilona and I have a good record.

18        Let me start with anybody in my first pew right here,

19   guys.  Anybody in there?  Just let me know what's on your mind.

20        Anybody in my first pew?  No. 2 is there.  I've got

21   No.  2 and a couple of other ones.  Okay.

22        So let's start on this first one.  Anybody in my first

23   row here that has anything?  I'll have you guys go first.  Make

24   sure we give you a guys a mic that's working.

25        All right.  Go ahead, Juror No. 2, I believe it is.

```
 1            THE PROSPECTIVE JUROR:  Yes.

 2            THE COURT:  Go ahead.  What's on your mind, sir?

 3            THE PROSPECTIVE JUROR:  Yes.  I think to your last

 4    comment, I think the starting point for me, Mr. Patel is a

 5    little bit behind.  You know, in my mind, you can usually

 6    follow the money.  So it's pretty black and white, to be

 7    honest, at least in my mind, not knowing all the information.

 8    But I am a little biased as a starting point.

 9            THE COURT:  That's fine.  And that's totally

10    understandable.  Thank you.  Thank you, Juror No. 2.  And

11    that's what I mean, that I just want honesty.  No one is going

12    to fault you.  Some of you may be able to say that's real nice,

13    Judge, you read a lot.  Doesn't mean a thing to me until the

14    government shows me something.  And that's what I need.

15            But if you feel like Juror No. 2, it's completely

16    normal to have that bias come out.  That's what we need to

17    know.

18            Yes.  Who else in that first row?

19            Juror No. 4.  Sir, what's on your mind?

20            THE PROSPECTIVE JUROR:  It's basically the same thing

21    he just mentioned.  It's too many allegations.  I'm sure if

22    they're sitting there, it's because they have the proof for it.

23    That made me change my mind a little bit, so that's what's

24    basically making me rethink this.

25            THE COURT:  Okay.  That's fair.  That's fair.
```

1    Juror No. 7.  I think you want to pass it down.

2          Are you sharing in that thought too, Juror 7?

3          THE PROSPECTIVE JUROR:  Yeah, I agree.  And the

4    money -- the exact money, so there has to be some truth in

5    there.

6          THE COURT:  All right.  Thank you for that.

7          Behind, I think I have Juror 8.  Let me get the mic

8    working over there.  Tell me, ma'am, are you sharing in the

9    same reaction as 2, 4, and 7 in your fellow jury pool?

10          THE PROSPECTIVE JUROR:  Yeah, very similar reaction,

11    and I have been involved for years in the healthcare industry.

12    I have -- my son has a genetic condition, so I am very

13    sensitive towards any kind of abuse in this regard.  And I tend

14    to believe they have a case.

15          THE COURT:  Thank you for that.  And that is something

16    that I am going to ask you guys in a little bit, because

17    there's a couple of things you heard in the indictment.  You

18    heard about genetic testing generally.  You heard about cancer.

19          Think about my example, what I said about the car

20    accident.  Perhaps I have some valiant cancer survivors in this

21    pool who feel strongly about anything touching on the subject,

22    right?  If that happens, we want to know that.  But for now,

23    I'm focused on the presumption.

24          So moving along in that back row here in my box, anyone

25    else sharing the presumption concerns and starting to tilt the

1    scales against one side or the other?

2              THE PROSPECTIVE JUROR:  Yeah, Juror No. 9.  I agree.

3    In my line of work as a pastor, I've seen too many congregants

4    defrauded by -- in the medical insurance.  So it hits home.

5    And I think he has all those lawyers because he has a lot of

6    money, so -- in his defense.  But I definitely have been swayed

7    because of what you read.

8              THE COURT:  Thank you for that, Juror No. 9.  Okay.

9              And moving on down, just that row.  Did the mic blank

10   out?  We'll get him a fresh one here.  The smaller ones

11   sometimes do a little better.  I think it's back up now.  Yes,

12   go ahead.

13             THE PROSPECTIVE JUROR:  Number one, I pretty much agree

14   with the other jurors that had something to say, especially

15   since my girlfriend works with an insurance company and deals

16   with these types of situations.  And I'm pretty sure the

17   government's here for a good reason.  Like the gentleman over

18   there said, he's got a lot of backup, and I just kind of feel a

19   little --

20             THE COURT:  Okay.  That's fair.  I understand what

21   you're saying.  I understand completely.  You start to feel a

22   little bit like you're not going to be evenhanded to both

23   sides.  That's important for me to know.  Thank you.

24             Anyone else at the end?

25             Yes, Juror 15.  Go ahead.

```
 1              THE PROSPECTIVE JUROR:  Yes, sir.  So I have two

 2    concerns.

 3              THE COURT:  Tell me.

 4              THE PROSPECTIVE JUROR:  One is I know these are

 5    allegations that are presented against him.

 6              THE COURT:  Right.

 7              THE PROSPECTIVE JUROR:  But I also know that -- or I

 8    have previous experience where the government just doesn't make

 9    an allegation.  They probably talked to him and asked him to

10    prove -- give me some records that show -- prove your

11    innocence, prove that this is legit.  And so maybe that didn't

12    transpire.  I don't know.  And that's why now he is here.

13              And secondly, in the medical field, my father had a

14    heart condition that he passed away from, that my sister had at

15    the same age, and they -- the doctors have told me it's

16    genetic.  And I've been trying to get genetic testing

17    legitimately, and I haven't been able to do so.  So this is a

18    little tough.

19              THE COURT:  Sure.  It's giving you a certain kind of

20    reaction because you're living some of the genetic testing

21    issues, right?

22              THE PROSPECTIVE JUROR:  Yes.

23              THE COURT:  Thank you for that.  Thank you for sharing

24    that.  I know that's not easy to talk about with a bunch of

25    strangers.  But thank you, Juror No. 15.  I appreciate it.
```

 1          Anyone else in my box on this presumption issue?  And I
 2    know some of these other issues are coming up.  And I will ask
 3    some follow-up because that's now Juror 8 and Juror 15 that
 4    have some prior experience in the world of genetic testing, and
 5    good or bad, I'm going to want to hear that.
 6          I'm going to start to my left, so we're going to go
 7    down that way.  We're still on the presumption of innocence.
 8    Again, let me know your juror number.  The focus here is
 9    knowing what it meant but then -- and it's done by me exactly
10    for this reason, because it's very easy to come in and hear
11    that everyone wants to live with the presumption until they see
12    what the allegations are, and they have to make sure that they
13    stay focused on that constitutional right and that presumption.
14          So anyone in that first row going to have a problem?
15    Yes, ma'am.  Just state your name -- excuse me, your juror
16    number.  Pardon me.
17          THE PROSPECTIVE JUROR:  19.
18          THE COURT:  What's on your mind, Juror 19?
19          THE PROSPECTIVE JUROR:  I have two concerns actually.
20    I work many years in cancer research.  I'm very familiar with
21    genetic testing that physician send their patients for.  I
22    mean, it's necessary in today's world with personalized
23    medicine to do genetic testing.
24          And also from my own experience, I had a lab done and a
25    genetic testing done, and I don't think it was necessary.  I

1    was not called by the physician to tell me, and then I got the

2    bill of more than $3,000.  So I'm very familiar.  So I don't

3    know if I can be impartial.  So that's it.

4            THE COURT:  Thank you, Juror 19, for your experience in

5    that.

6            And right next to you.  Number, ma'am?

7            THE PROSPECTIVE JUROR:  18.

8            THE COURT:  Thank you.

9            THE PROSPECTIVE JUROR:  It would not be easy because I

10   work for about ten years in this industry, my husband and I,

11   for medical provider.  So I know how they work, how they have

12   to do every order for the client.  We had to -- I know the

13   process.

14           THE COURT:  So you understand coding and billing.  Is

15   that fair?

16           THE PROSPECTIVE JUROR:  I was a customer service -- I

17   did -- I did reorders.

18           THE COURT:  Okay.  And your experience in customer

19   service is --

20           THE PROSPECTIVE JUROR:  Contact the patient to do the

21   reorders, different kinds of supplies, diabetes supplies,

22   needs, and everything.

23           THE COURT:  Okay.  And you believe that that may be

24   influencing you a little bit, because you know all that?

25           THE PROSPECTIVE JUROR:  Yes.

```
 1              THE COURT:  All right.  Thank you for that, ma'am.
 2              Anyone else in my -- I think I have a second row now.
 3    Let me go to that second row.  And again, just let me know your
 4    number as you answer.  Go ahead, whoever's first in that row.
 5              THE PROSPECTIVE JUROR:  26.
 6              THE COURT:  Yes, tell me, Juror 26.
 7              THE PROSPECTIVE JUROR:  I think I could still be
 8    impartial, but having heard them over the time period that it
 9    took place and the volumes, having worked and currently working
10    with people from the U.S. Attorney's Office, I'd be really
11    surprised if they brought this case without being able to prove
12    it.
13              THE COURT:  Okay.  And that's fair.  I appreciate that.
14    And we may have some follow-up on that later.  But I do
15    appreciate your honesty and your view of where the government
16    stands right now.
17              Next to Juror 26, who do I have?
18              THE PROSPECTIVE JUROR:  24.
19              THE COURT:  Yes, ma'am.  Go ahead.
20              THE PROSPECTIVE JUROR:  I think it's easier to agree to
21    follow presumption of innocence until you start hearing a list
22    of allegations and the heavier that it gets.  So I think I'm
23    already starting to feel bias or impartial, so that's -- I
24    think -- I wanted to be honest about that.
25              THE COURT:  No, that's exactly what I want.  Your
```

1    number, ma'am, is 24?

2            THE PROSPECTIVE JUROR:  24.

3            THE COURT:  24.  Thank you.

4            That's exactly what I want, and look, what I want is

5    honesty.  Nobody is going to get mad at anybody.  There are

6    people that are going be able to say, okay, I listened, but I

7    have to wait and see if they can prove it, and other people

8    that are going to say to me, it's gonna be really tough for me,

9    Judge, I feel like I'm being pulled one way or the other, like

10   you and Juror 26 just stated.

11           So honesty here is all I need.  So I appreciate that.

12   The last row behind, let me start that last row in the box.

13           Who do I have back there?

14           THE PROSPECTIVE JUROR:  No. 30.

15           THE COURT:  Yes, ma'am.  Go ahead.

16           THE PROSPECTIVE JUROR:  Well, years ago I went to the

17   genetic test and I think when you say that word, it brings me

18   back to an emotional situation.  So I don't think I can be bias

19   [sic] on this.

20           THE COURT:  Okay.  I don't need to hear more.  For the

21   record, your change in tone and emotion is clear to the Court.

22   Thank you, ma'am.  If I need to hear anything else on that, I

23   will do a private conference.  So don't worry.  We don't have

24   to get into it in front of everybody else.

25           Okay.  Going down that line, who else do I have here?

```
 1                THE PROSPECTIVE JUROR:  Me, No. 36.

 2                THE COURT:  Yes, ma'am, go ahead.  What's on your mind?

 3                THE PROSPECTIVE JUROR:  Yes, two things.  First of all,

 4      I do have a son that has a chronic condition, so I'm also a

 5      little bit sensitive about genetic testing and everything to do

 6      with that.

 7                Second of all, I work for a doctor's office for six

 8      years, and I kind of -- I don't think I can be impartial for

 9      everything that I saw and how everything works with the

10      insurance, and with the amount of money that they're talking

11      about, seems to me a little bit tempting.  So I don't think I

12      can be impartial.

13                THE COURT:  Okay.  Thank you, ma'am.  That's exactly

14      what I need to figure out.  So I do appreciate that.  Okay.

15                Anyone else in that back row?  I think I'm now on to

16      the first row on my right side.  So let me see who I've got

17      there.  Go ahead and --

18                THE PROSPECTIVE JUROR:  Hi.  I'm No. 41.

19                THE COURT:  41.  Go ahead.

20                THE PROSPECTIVE JUROR:  And after hearing everything, I

21      felt like there were just too many allegations.  So I'm --

22                THE COURT:  Speak up a little bit.  You're saying too

23      many allegations?

24                THE PROSPECTIVE JUROR:  Yeah.  So now I'm starting to

25      become biased, and I don't know if I can be impartial.
```

```
 1              THE COURT:  Okay.  Thank you for that.  I want to make
 2    sure that we all remember, and that's the kind of answer that
 3    I'm looking for, but we definitely want to make sure that the
 4    government doesn't think that the more they bring, the better
 5    it looks, right?  You know?  We talk about that later on today.
 6    We're going to talk about, it's all about the quality of the
 7    evidence, not the quantity.
 8              And I would say the same.  It looks real dramatic when
 9    you make the Court read 20 pages, but if they don't have the
10    goods and they can't move it beyond a reasonable doubt, again
11    it's not worth the paper it's printed on.  But it makes sense
12    and I appreciate your answer, ma'am, that you would feel a
13    certain kind of way just because there's a lot of information.
14              And as the last juror just stated, with the dollar
15    amounts, sometimes it can be hard to stay at the level that you
16    need to be, to be in the middle and fair and impartial.  So I
17    do appreciate you being honest with me, Juror 41.
18              Continuing on in that section of the courtroom, who
19    else do I have?
20              THE PROSPECTIVE JUROR:  No. 43.
21              THE COURT:  Yeah, what do we got?
22              THE PROSPECTIVE JUROR:  So I'm all -- I was all about
23    your warmup and how you got us all going --
24              THE COURT:  It's a good warmup.  I had you relaxed, I
25    had you going.
```

 1            THE PROSPECTIVE JUROR:  Absolutely.  But I have to be

 2    honest and say that I feel like I'm not able to be totally

 3    unbiased here, given what I've heard so far.  And the context

 4    behind that is a long time that I spent in marketing and

 5    advertising, working specifically for insurance company, doing

 6    marketing for them in a Medicare context.

 7            So I have a great deal of experience in that area, and

 8    I can't -- I can't tell you the number of off-the-record

 9    conversations about how this is the Wild West, and there's so

10    much shady stuff going on, and how much greasing of palms is

11    happening and all this stuff.

12            So I'm totally game to try to be, you know, unbiased,

13    but I have this in the back of my head, and it's making me a

14    little uncomfortable.

15            THE COURT:  Listen, I couldn't ask for more.  We talked

16    a little bit about that, right?  And I haven't even touched on

17    that, the marketing side, which you heard.  There's a

18    telemedicine marketing component to the allegations.

19            THE PROSPECTIVE JUROR:  Yeah.

20            THE COURT:  This is one of those things where a couple

21    of jurors have said it, right?  There is almost knowing too

22    much.  If your own personal experience has led you to see

23    things, which may have no bearing on the case, but it's natural

24    for you to come in and say, look, Judge, I'm a little bit aware

25    of this so I'm coming into it already a little bit on one side

1    over the other, and all I can ask is that you be honest with

2    me, so I appreciate that and I know where you're coming from.

3            Moving on, anyone else in that row?

4            THE PROSPECTIVE JUROR:  I'm 50.

5            THE COURT:  Sure.

6            THE PROSPECTIVE JUROR:  I think prior to hearing the

7    dollar amounts and all that, I was game to be impartial, but

8    hearing the dollar amounts and just how it's easy to track

9    money, it's a little bit hard to be impartial.

10           THE COURT:  Okay.  And that's fair, ma'am.  Thank you

11   for that.  Okay.  Anyone else in that row?

12           THE PROSPECTIVE JUROR:  Yes.  Judge, a number of --

13   Juror No. 52.

14           THE COURT:  52, yes.

15           THE PROSPECTIVE JUROR:  For me, I think my ability to

16   remain impartial has been compromised for three reasons.  One,

17   the first one is -- and this is me, coming from me -- the

18   United States government for me is rarely wrong.  So that's

19   number one.

20           Number two is, I have a family member, and he owns a --

21   he owned and sold a transparent insurance business and he tells

22   me, whenever there's rumors of insurance fraud, they're usually

23   true.  So that's another bias that I have.

24           And the third one is that I grew up with a bunch of

25   people that do money laundering, and whenever that happened it

```
 1    was true.  So there's three things that I'm having a lot of
 2    trouble keeping in check which might not make me the best juror
 3    for this case.
 4           THE COURT:  Understood.  Like we said in the beginning,
 5    and I appreciate your honesty on that, it's all about your
 6    living experience.  And sometimes if you have been exposed to
 7    certain allegations here and feel like they're more likely than
 8    not established simply by hearing about them, because you have
 9    seen things that would lean or indicate that that's what's
10    going to happen, it will be difficult for you to be impartial,
11    and I understand that.
12           As we stated in the beginning, fair and impartial means
13    to put the burden on the government and keep an open mind.  So
14    having that background, to me, it's very understandable that
15    you would react in the way you've just stated.  So thank you
16    for that.
17           Moving on from Juror 52, anyone else I have in that
18    group?
19           THE PROSPECTIVE JUROR:  I am Juror 54.
20           THE COURT:  Okay.
21           THE PROSPECTIVE JUROR:  Besides the fact of the amount
22    of money that we're talking here, I went through genetic
23    testing for breast cancer.  My mother is a breast cancer
24    survivor.  My grandma had it as well.  So I don't think that I
25    can be as impartial as is needed in this case.
```

1            THE COURT:  Thank you for that, ma'am.  And I'm sorry

2    to hear that.  Like I said earlier, one of the sensitive issues

3    that I was prepared for going in was that we, sadly, do have a

4    lot of folks who are cancer survivors, have battled through

5    cancer.  In some cases have had genetic testing in their

6    ability or their fight for cancer or against cancer to try to

7    figure out what treatment is necessary.

8            So I do appreciate you sharing something so sensitive

9    with us.  So thank you for that.

10           Yes, ma'am.  I'll get the microphone to you.  Go ahead.

11   Your number?

12           THE PROSPECTIVE JUROR:  46.

13           THE COURT:  Yes.

14           THE PROSPECTIVE JUROR:  I actually feel very much

15   impartial, but I -- to be honest, respecting your explanations

16   of everything, I have had genetic testing for leukemia, but I

17   seriously feel very impartial.

18           THE COURT:  That's perfect.  And you know what, I'm

19   glad, Juror 46, you shared that.  Because remember, there's two

20   sides to all of these experiences, right?  Some folks may have

21   had it and it doesn't mean anything about influencing your

22   ability to hear evidence.

23           If you had not necessarily a positive medical

24   experience that would align itself with some of what we're

25   talking about, but just generally your ability to set aside

1    concerns that you may have about what you've heard, and so I do

2    very much appreciate that because certainly there may be folks

3    here who have had family members who have been cancer survivors

4    or family members who have worked in the medical field, or who

5    have done marketing or other experiences, and hopefully you

6    have not had some of the experiences your fellow jurors have

7    had which may leave you in a position to be more open-minded.

8         And that is why we do this process.  I think you

9    couldn't ask for a better example than what I just got.  In a

10   small sample size, I have everything from folks who have worked

11   in the medical field, who have fought cancer, who have dealt

12   with genetic testing, who have dealt with insurance, who have

13   dealt with billing and coding, and that's why we go through

14   this, so we can get a sense of your background.

15        So I appreciate that very much.  Going back to my

16   initial concerns, is there anyone else in this section of the

17   courtroom that I haven't heard from that has an issue with

18   presumption of innocence now that they've heard the allegations

19   in the case?  Anyone else I haven't heard from yet?  Okay, I

20   don't see any other hands.

21        Oh, I'm sorry.  We have one more there in the back

22   corner?  I'm sorry.  Yes, ma'am, your number.

23        THE PROSPECTIVE JUROR:  Yes, I also have had genetic

24   testing.  My issue is not the presumption of innocence.  I've

25   had genetic testing because I'm high risk for breast cancer as

1    well.  My mother has had it, although she did not pass away

2    from that.  And my brother also has had it.  So I think I can

3    be impartial, but I just wanted to let you know that.

4         THE COURT:  And ma'am, I'm sorry.  I didn't get your

5    number.

6         THE PROSPECTIVE JUROR:  60.

7         THE COURT:  60.  Thank you, ma'am.  So look, that's

8    exactly the kind of thing that we need to talk about next.

9         I don't know -- I think I had one hand in the back.  I

10   want to pivot to the discussion about those that have,

11   hopefully, had a successful battle with cancer, or if,

12   tragically, any of you have lost family to cancer.  I do want

13   to make sure that it's not something that will make it very

14   difficult for you to serve, and I appreciate that, Juror 60,

15   that you would share that with me.

16        Because again, similar to what we just heard from Juror

17   No. 46, who had the genetic testing, there are many of you that

18   may feel like, Judge, my experience has no bearing on what did

19   or did not happen here, and so I'm going to wait and listen and

20   let's see if the government can prove it.

21        Yes, I had another gentleman there?  Or ma'am, yes.

22   Sorry.  Go ahead.  Your number.

23        THE PROSPECTIVE JUROR:  Hi.  Juror No. 55.

24        THE COURT:  Okay.

25        THE PROSPECTIVE JUROR:  I do believe I can remain

1   impartial, but the resounding amount of money sticks out in my

2   mind as well as the marketing aspect of it.  I am in that

3   industry.

4        I also have had genetic testing, but the

5   pharmacological.

6        THE COURT:  Okay.  So let me ask you this.  It is a

7   good time for me to say -- because I know that you're battling

8   with it.  I can tell.  You want to try to stay in the game and

9   be fair and impartial.  It reminds me a little bit of the

10  comments made earlier with Juror 26, who also said, look, I'm

11  going to try.  You know, it's not the most artful of

12  hypotheticals, but I want you to imagine that you are on an

13  airplane with me right now, and I am your pilot.  And we're

14  coming in to land the plane.  And I get on the intercom -- you

15  know how pilots get on the intercom, and half the time you

16  can't really understand what they're saying.  And I come in and

17  I say something to the effect of:  Ladies and gentlemen, we are

18  now at 100,000 feet.  I believe I can land this plane, but I

19  have not landed this plane before, so let's see how it goes.

20       So I want to ask you, Juror 46 -- excuse me.  That

21  wasn't Juror 46.  It was Juror 55.  I want to ask you, how do

22  you feel about your odds of landing this plane with me as your

23  pilot?  Not great, right?

24       THE PROSPECTIVE JUROR:  Right.

25       THE COURT:  Okay.  That's how a defendant feels when

1    you got a juror that says, I think I can be impartial.  They

2    feel about as good as Judge Ruiz piloting the plane.  And the

3    reason why I say that is, you may not need to have a definitive

4    answer now, which is okay, but certainly expect the lawyers to

5    come back and ask you.  Because what happens in these cases is,

6    we don't want to have someone, when they're serving, realize

7    it's too late, I can't be impartial five days into the trial,

8    and now there's no going back.

9           So it's okay.  I think what you're trying to tell me is

10    you want to set aside your biases, most of which were drummed

11    up by the talk of marketing and money, and I think you had also

12    had some experience with genetic testing as well.  So with that

13    example -- I know I tease, but it's true.  That's really the

14    feeling we would get.

15           What's your sense right now?  You're right there?

16    You're tilting in the defense camp?  Where are you right now?

17           THE PROSPECTIVE JUROR:  I'd like to know more facts.

18           THE COURT:  Okay.  And that's fair.  I think that's

19    very fair.  And one thing that you're probably going to find

20    out later on today is that you won't necessarily get more

21    details than what I've given you now in the indictment, but

22    certainly what I hear when you say "more facts" is you can keep

23    an open mind to see if indeed any of this can be established by

24    the government.  Is that fair?

25           THE PROSPECTIVE JUROR:  Correct.

1          THE COURT:  All right.  Thank you for that.

2          All right.  Anyone else in the back there that wanted

3    to touch on some of the issues post-listening to the

4    indictment?

5          Yes, in the back corner.  What number?

6          THE PROSPECTIVE JUROR:  61.

7          THE COURT:  Tell me what's going on, 61.

8          THE PROSPECTIVE JUROR:  Well, I agree with the

9    presumption.  What throws me off is the dollar amount, like,

10   the money.  Because I work with attorneys, their assistants in

11   our financial department, so there's a paper trail.  I've seen

12   some documents, their billings and such, so that just doesn't

13   sit well with me.

14         THE COURT:  So your view is, it is a little difficult

15   right now to stay impartial because of the financials that

16   you're hearing about?

17         THE PROSPECTIVE JUROR:  Yeah.

18         THE COURT:  Okay.  All right.  And that's fair.  I

19   understand.  And that's specifically why I read it twice,

20   because I want to make sure that anyone that has concerns can

21   air them out in this space with us, so we can figure things

22   out.  So I appreciate that.

23         Anyone else next to Juror 61 that needs to be heard on

24   this point?

25         THE PROSPECTIVE JUROR:  Yes, Your Honor, good morning.

1    Juror 63.

2         THE COURT:  Yes.

3         THE PROSPECTIVE JUROR:  To be transparent, I've worked

4    in healthcare for the last 30-plus years.  In the last 16, in

5    telehealth as a tele-ICU nurse.  I work strictly as a nurse

6    providing care via a camera and microphone with patients.  I

7    don't have anything to do with billing and coding and all of

8    that.  I'm separated from that but just to be honest with where

9    I work for quite some time.

10        I think I can remain impartial.  Mr. Patel, in my eyes,

11   is innocent until proven guilty.  And these allegations are

12   allegations.  So just to be honest of where I work and...

13        THE COURT:  I couldn't ask for more, Juror 63.  Your

14   experience and being able to explain to us that you have some

15   familiarity with the telehealth component of this case is good

16   for the lawyers to know.  And I couldn't ask for more when you

17   unequivocally say to me that's my background, but he's innocent

18   until proven guilty, which is certainly what I want to hear

19   from any potential juror and what I want to preach to all of

20   you through this process.  So thank you for that.

21        Anyone else that I didn't catch here in the back?  I

22   think I got everyone.

23        So let me pivot to the two issues we talked about.  We

24   may have covered it in your answers already, but the genetic --

25   there's really three, right?  There's telemedicine.  We've

1    heard a little bit about jurors who have experience in that.

2    There's genetic testing.  Numerous jurors have either undergone

3    genetic testing or know someone who has or are trying to get

4    genetic testing covered.  And then we have, obviously, Medicare

5    more generally.

6            I'm certain that some of you or your family members may

7    have had some experience with Medicare.  And if I could find a

8    fourth bucket or silo of concern, it's just generally, I guess,

9    the cancer part of the case.  Generally, that's -- because I

10   understand, just hearing that, especially if you've lost a

11   loved one, can make it very difficult.

12           So these are kind of the -- what I'm going to do is the

13   following:  I'm going to go through and see if -- not from

14   those who I've heard from already.  Some of you have already

15   shared with me genetic testing concerns, telemedicine

16   experience, experience with cancer, or Medicare generally.  But

17   some of you, I haven't heard from.

18           Now, this doesn't mean that you are having any sort of

19   bias.  In fact, it's just so that we know.  But we have those

20   allegations.  You know about them now.  So I want to know,

21   aside from those who have already shared some of their

22   experience, anyone have anything that they believe I should

23   know or that they believe may impact their ability to serve in

24   any one of these fields, whether it's genetic testing,

25   cancer-related concerns, Medicare, or telemedicine?

1          So I'll start on the left by show of hands.  Anybody

2     that wants to be heard on any of these topics that wants to

3     share something with the Court that I haven't heard from

4     already?

5          Okay.  I don't see anyone in this box.

6          How about on my left side?  Anyone with any of these

7     areas of inquiry?

8          Sure.  Let me get a microphone back there.  I don't

9     think I've heard from that juror yet.

10          Again, I have heard from a number of you:  Juror 18,

11     Juror 19, Juror 24.  So I don't want to belabor it because you

12     guys have already been very forthright.  A number of people in

13     this box, Juror 8, had genetic concerns, and we saw a little

14     bit of that as well with Juror 15.

15          Sir, your number?

16          THE PROSPECTIVE JUROR:  My number is 31.

17          THE COURT:  31.  So tell me which one of those areas

18     has jumped in your mind?

19          THE PROSPECTIVE JUROR:  Mostly medical.

20          THE COURT:  Tell me a little bit about your background

21     there.

22          THE PROSPECTIVE JUROR:  My grandmother is 93, and she's

23     currently with one of those companies, you know, providing

24     healthcare, and I constantly hear the amounts of testing they

25     go through for basically no particular reason, just follow-ups

1    and things that I feel are unnecessary.  So that can, I guess,

2    throw me off a little bit.

3           THE COURT:  So you've seen some testing with your

4    grandmother, and you sometimes are there understandably

5    wondering, does she need to go through all this, right?

6           THE PROSPECTIVE JUROR:  Right.  She constantly has to

7    go to the office.  She doesn't have anything.  They just follow

8    up.

9           THE COURT:  Lots of follow-ups?

10          THE PROSPECTIVE JUROR:  Exactly.

11          THE COURT:  So the important thing you heard -- one of

12   the major keys to the government's case is they go through a

13   reasonable doubt, burden of proof, is showing that these are

14   medically unnecessary, right?  That these genetic tests did not

15   further anything.  They weren't actually used.

16          Is there anything about that allegation that troubles

17   you, makes it difficult to listen to the evidence, or can you

18   say, look, I've seen this with my grandmother?  Let me see if

19   it's true here that these weren't used; what's your take on

20   that?

21          THE PROSPECTIVE JUROR:  I'm a little thrown off about

22   it.

23          THE COURT:  Little thrown off?

24          THE PROSPECTIVE JUROR:  Yes.

25          THE COURT:  Give me a little more.  Is it an issue

1    where you feel like you're going to hold your grandmother's

2    experience of what you have seen against one of the sides, or

3    where are you there?

4            THE PROSPECTIVE JUROR:  I was sitting here, and I was

5    thinking about that.  That came to my mind as I was hearing

6    everybody's experience.

7            THE COURT:  Do you feel like it's putting you in a

8    place now where maybe you're going to hold your experience

9    against Mr. Patel, or are you able to listen to what supposedly

10   happened here?

11           THE PROSPECTIVE JUROR:  Hard to say.

12           THE COURT:  Okay.  All right.  And I appreciate that.

13   We may have some follow-up for you later.  But thank you,

14   Juror 31, because that's important.

15           Anyone else with this line of questioning, whether it

16   be reactions, sometimes visceral, to the mention of cancer,

17   genetic testing, perhaps experiences with Medicare generally,

18   or telemedicine?

19           Anyone else in that side of the courtroom?  Yes, ma'am.

20   Your number?

21           THE PROSPECTIVE JUROR:  I am Juror No. 21.

22           THE COURT:  Tell me, Juror 21.

23           THE PROSPECTIVE JUROR:  My concern is very similar to

24   the juror who just spoke.  I care for my elderly parents, and

25   both of them have very complex health issues that have required

1    genetic testing.  Some of what I navigate is dealing with the

2    insurance companies, the claims, and, of course, the part that

3    we're not discussing here, which is the emotional impact that

4    unnecessary testing has on those patients as well.

5         So I guess, for that reason and having experienced it

6    with my parents, going through testing that may not be

7    necessary and just the emotions that it puts on them, I don't

8    believe I can hold my -- be impartial.

9         THE COURT:  Okay.  And that's fair.  That's another way

10   to put it, and I appreciate that, Juror 21, that someone who

11   has lived the impact of what you believe to be unnecessary

12   testing, similar to Juror 31, may make it difficult for you to

13   listen and not have some of that, in your words, really creep

14   in, I guess, to your examination of the evidence here.  Is that

15   fair?

16        THE PROSPECTIVE JUROR:  Yes.

17        THE COURT:  That's your concern?  Okay.  All right.  I

18   had someone --

19        THE PROSPECTIVE JUROR:  Again, it's me, 19.  I want to

20   clarify something.  This is genetic testing for cancer, right?

21   It's not any other diseases; is that correct?

22        THE COURT:  Well, the thrust of it -- the main

23   allegations, deal with -- I mean, again, there are some

24   specific incidents of healthcare fraud allegedly done for

25   genetic cancer tests, but the bulk and thrust of the case is

1    cancer-related genetic testing.

2         THE PROSPECTIVE JUROR:  Okay.  So my question -- I

3    don't know if you have -- is someone that the oncologist -- the

4    patients went to a specialty oncology and -- you don't know?

5         THE COURT:  We don't know.  And I don't know.  I'm with

6    you.  We're going to find out.  The government's going to have

7    to show, right, that the proper protocols weren't done to

8    confirm this was medically necessary.

9         You saw the allegations --

10        THE PROSPECTIVE JUROR:  Right.

11        THE COURT:  -- of what's required for doctors to

12   prescribe these tests, and they're going to have to show us if

13   that was or was not done.

14        THE PROSPECTIVE JUROR:  So the reason I took the

15   microphone again is because I want to clarify, for cancer,

16   because I work in cancer research for many years, it's required

17   if you want to have -- the treatments are different treatments.

18   Nowadays a tumor is not the same as the other tumor.  Because

19   for a physician to know exactly what kind of treatment, like

20   chemo or immunotherapy or whatever you have to receive, you

21   have to do genetic testing.

22        Without that, the physician don't know what treatment

23   to give you.  So if you had genetic testing for -- I don't know

24   what disease -- versus cancer, that's different.  Patients need

25   to go through genetic testing.  And again, I had the test that

1   was not necessary in my case, but I think for many of the

2   patients who are high risk or they have something, they have to

3   go through this.

4          And again, another question I have, why the Department

5   of Health or whatever waited until there are 460 million to

6   figure out this case?  I don't know.

7          THE COURT:  These are all -- these are all very good

8   questions to have.

9          THE PROSPECTIVE JUROR:  Right.  I have so many

10  questions, but, you know --

11         THE COURT:  And it's natural for you -- I'm sure you're

12  not the only one.  One of those points was very well-taken,

13  which is, you've indicated, that there are circumstances where

14  genetic testing is going to be necessary.  Right?  So that's

15  why I bring it up.  Because remember, this is an allegation

16  that it wasn't medically necessary.

17         So the government has to show that it wasn't medically

18  necessary.  Remember, Mr. Patel doesn't have to show that it

19  was.  That's not how the burden works.  So the government's

20  going to have to come in and show that these tests that he was

21  billing for, that LabSolutions was billing for, were not

22  medically necessary, and that's what we expect to hear during

23  the course of this trial.

24         So what Juror 19 is pointing out is certainly what we

25  all would expect to get more information on throughout the

 1   pendency of this trial.  So those are all good questions.  We

 2   get a snapshot at this stage of the game, right, because it's

 3   the government's job to bring forward what they believe they've

 4   got.

 5        But right now everything she's asking are certainly

 6   going to be issues in the case.  So I appreciate that.  If I

 7   could give you more, I would.  But at this point, what we have

 8   are just the allegations, and we're going to have to see if the

 9   government can establish their arguments and their allegations

10   regarding that lack of medical necessity.

11        Now, anyone else with issues regarding genetic testing,

12   cancer, Medicare, or telemedicine, that I haven't touched on?

13        I got one back there.  Yes, ma'am.  Your number?

14        THE PROSPECTIVE JUROR:  62.

15        THE COURT:  62.  Yes, what's on your mind?

16        THE PROSPECTIVE JUROR:  So I believe I can be impartial

17   but I do, in full disclosure, want to say that I do live with

18   an aunt who is a breast cancer survivor and has gone through

19   all that testing and all of that.  So just for disclosure.

20        THE COURT:  Thank you for that.  That's what I want.  I

21   mean, the important thing is, just so that we know.  And so

22   everyone understands, that's exactly the kind of information

23   that allows us to confirm, too, that someone can set aside a

24   past experience like that and not let them look at the evidence

25   through a certain lens simply because they've lived through

1    something.  What I'm hearing, ma'am, is again, you're able to

2    look at this independently of that lived experience with your

3    aunt, right?

4         THE PROSPECTIVE JUROR:  Yes.

5         THE COURT:  Thank you.  Ma'am, your number?

6         THE PROSPECTIVE JUROR:  32.

7         THE COURT:  Tell me what's on your mind.

8         THE PROSPECTIVE JUROR:  Yes.  Same as Juror 31.  I have

9    a grandmother who has gone through multiple genetic testing for

10   different cancers, and I don't believe that I could be

11   impartial to the situation at hand.

12        THE COURT:  Did you have a bad experience with your

13   grandmother going through it?  Because, I mean, I don't know.

14   Did you find them to be necessary to what her treatment was?

15        THE PROSPECTIVE JUROR:  They -- no, no.

16        THE COURT:  Okay.  So it's hard for you to listen and

17   find out if indeed if it was used here for the right reasons?

18        THE PROSPECTIVE JUROR:  Yes.

19        THE COURT:  All right.  Thank you.

20        Anyone else with a similar experience, good or bad,

21   regarding issues with genetic testing, cancer, et cetera, as

22   I've discussed?  Anyone else?  Yes.

23        THE PROSPECTIVE JUROR:  I am Juror No. 33.

24        THE COURT:  Okay.

25        THE PROSPECTIVE JUROR:  My experience was with my

1    mother-in-law.  I took care of her for like ten years.  She had

2    dementia.

3              THE COURT:  Okay.

4              THE PROSPECTIVE JUROR:  And we finally had to put her

5    in a home.  And I remember, after two months I came to see her

6    and -- I mean, I saw her before that.  But at the point of two

7    months I saw her with an oxygen tank.  And I asked to see why

8    this was done, and -- because I never saw a problem with her

9    having, you know, not being able to breathe right or anything.

10   And they told me that it was prescribed by the doctor and that

11   she needed it, right?

12             So later on, we received a -- you know, the bill,

13   Explanation of Benefits from Medicare saying that we had to pay

14   a certain amount of money for this oxygen.  And you know, I

15   really always had the doubt that she really needed it.

16             So I asked for proof, and I was never really given a

17   doctor's prescription to say, yes, she does need it.  So I -- I

18   went to a doctor and I said, look, I think that you're just

19   trying to make money out of this, and I really do not feel

20   that, you know, that she needs it.  So I went, you know, after

21   a couple of days, you know, I checked back and they had taken

22   the oxygen out.

23             So I'm thinking, if it was really needed, they would

24   have left it there.  They would have given it to her.  But

25   because I kind of fought it, they took it out.  And you know, I

1    always hear, like, a lot of nursing homes or maybe certain

2    clinics, they take advantage of, you know, of these maybe older

3    people or patients that, you know, can't really describe what

4    they feel, and they just take advantage of them.

5           THE COURT:  Now, in your experience -- and I'm sorry to

6    hear that with your mother-in-law -- does it leave you feeling

7    any certain way about the allegations here, or is it something

8    that you can set aside and see if the treatment here that was

9    purportedly ordered, the genetic testing, was medically

10   necessary?

11          THE PROSPECTIVE JUROR:  I mean, I want to say I want to

12   be partial [sic], but my mind always goes to the money and

13   where, you know, I think that it's very tempting.  And I always

14   hear, like, be careful with certain places because, you know,

15   they are going to do things like this.  You know?  And if you

16   don't know or, you know, sometimes there's no way to find out

17   if it's a true thing or not.

18          So I'm kind of, like, back and forth.

19          THE COURT:  Okay.  And that's all right.  Just make --

20   we might ask you some follow-up on that.  And maybe we can

21   reflect on it.  We're going to take a little break in a bit

22   here, so you guys can have lunch.  But I do appreciate your

23   honesty on that.  Thank you, ma'am.

24          THE PROSPECTIVE JUROR:  I have a question.

25          THE COURT:  Sure.

1           THE PROSPECTIVE JUROR:  When you said before Medicare

2    does not pay for genetic testing, is that what you said?

3           THE COURT:  Well, as the allegations are and they're

4    explained, there are certain exceptions to it.

5           THE PROSPECTIVE JUROR:  Okay.

6           THE COURT:  And at the end of the case, I will read you

7    all the applicable law as to when they will pay for certain

8    testing and when they won't.  For purposes of our questioning,

9    the important thing to recognize is that Medicare will not pay

10   for things that are not reasonable and necessary, essentially

11   things that are furthering the treatment.  That's really the

12   concern here.

13          THE PROSPECTIVE JUROR:  Okay.  That's the answer to my

14   question.

15          THE COURT:  Okay.  Good.  Thank you, ma'am.

16          Anyone else with questions about these specific issues?

17   We're touching on things like healthcare, genetic testing

18   experience, cancer, telemedicine, and medicine perhaps even

19   more generally.

20          Yes, I think we had another comment there?

21          THE PROSPECTIVE JUROR:  No. 13.

22          THE COURT:  Yes.

23          THE PROSPECTIVE JUROR:  So I just wanted to -- I know I

24   spoke already, but I just wanted to touch the fact that also I

25   dealt with a lot of cancer in my family.  My grandmother passed

1   away from lung cancer, and I also have a cousin right now also

2   going through that.  And it wasn't easy.  It was very tough for

3   me, myself, and my family, especially seeing everything they

4   went through, dealing with all the medical issues and insurance

5   and bills.  And I can also agree with -- I don't know --

6   another juror over there said it.  But so many bills that

7   seemed unnecessary.  I can be definitely biased in that type of

8   situation.

9           THE COURT:  Okay.  Thank you for that, Juror 13.

10          Anyone else with this issue of medical?  Yes, ma'am.

11   Your number.

12          THE PROSPECTIVE JUROR:  Yes, No. 50.  I'm sorry you're

13   hearing from me again.

14          THE COURT:  That's okay.  What do you got?

15          THE PROSPECTIVE JUROR:  In full disclosure, I had my

16   father pass away in 2019 from renal cell carcinoma.  So I do

17   want to believe that there are some doctors and some labs that

18   will run the tests or do the procedures that are necessary, but

19   obviously you can't help but to feel like, you know, seeing

20   your father go through cancer, all the pain and struggle

21   that he went through and the medications that were prescribed

22   to help another medication that caused this, you know, just

23   like all the things that get added on.

24          You can't help but to feel just a little bit like how

25   some of the other jurors have stated, that is it all necessary.

1  But like I said, I want to believe that there's still doctors

2  out there, still labs that do the things they're supposed to

3  do, not extra.

4       THE COURT:  So given that -- and I'm sorry to hear that

5  your father passed under those circumstances.  Given that, and

6  as you mentioned earlier the dollar amounts, as your words

7  were, I think, track the money, how do you feel in terms of

8  your ability to serve on this jury?  Because I understand

9  you've been through some things in your family.  I want to make

10  sure you don't find yourself, despite your best efforts to

11  remain impartial, find yourself in a position where it's too

12  difficult to remain that way.  Where are you at right now?

13       THE PROSPECTIVE JUROR:  Yeah, I think the harder part

14  for me is the money.

15       THE COURT:  Okay.

16       THE PROSPECTIVE JUROR:  Just because, like I said,

17  there's a paper trail.  But I'm still willing to hear whether

18  those genetic tests were necessary or not, and obviously I

19  would hope that they would be necessary.

20       THE COURT:  Okay.  Very good.  Thank you for that,

21  ma'am.

22       Anyone else on this issue of the testing and the

23  medical issues that we've been discussing?  Okay.

24       So what I want to do here in just a moment is I'm going

25  to ask a few more follow-ups, and then we're going to break so

1   you guys can have lunch.  When you come back, I'm going to

2   finish up with a couple of important final points before I let

3   the lawyers come in and ask some follow-up.

4       When we get back from lunch we're going to talk a

5   little bit about scheduling, the schedule of this trial, its

6   length, things of that nature, and I'm going to go through each

7   one of your schedules and availability.  So just be aware

8   that I'll be asking that when we return.

9       So if you want to think about that during lunch just to

10  make sure -- for example, I want you all during the break, to

11  the extent that you have -- if you're leaving town in the near

12  future, or maybe you have surgery or something serious

13  scheduled, just be prepared because I am going to ask some of

14  that when we return after lunch before the lawyers get into

15  their questioning.

16      Now I want to just go over some final concepts before

17  we come back, and then I'll touch on a few more things.  But I

18  want to make sure you all understand that as jurors you're

19  going to be required to judge the testimony of witnesses, and

20  you're going to get a chance to do so using essentially common

21  sense guidelines.

22      All of you communicate with people every day, and each

23  time each of you communicates with someone, you have to make a

24  determination whether that person is telling the truth or not.

25  And whether that person is really being sincere and accurate

 1    about what they're telling you.

 2          And those same common sense guidelines will be the ones

 3    you use, if you're selected in this case, to evaluate the

 4    credibility of witnesses and evidence.  You're going to be

 5    asked to use your common sense to judge sincerity and accuracy

 6    and credibility of those witnesses regardless of their

 7    profession.

 8          What are some of the things you're going to get a

 9    chance to use?  Well, you're going to ask yourself, when it

10    comes to credibility, did the witness have a particular reason

11    not to tell the truth, so an interest in the outcome of the

12    case?  Did the witness seem to have a good memory?  Did the

13    witness have the opportunity and ability to observe accurately

14    the things he or she testified about?  Did the witness appear

15    to understand the questions clearly and answer them directly?

16    Did the witness's testimony differ from other testimony in the

17    case?  And if so, why?  Did the witness's in-court testimony

18    differ from statements he or she gave out of court, and why did

19    that happen?

20          These are the kinds of things I want you all to

21    understand that you're going to be allowed to think about.

22          Now, you are going to, in all likelihood, hear from

23    numerous government agents in this case.  It might be law

24    enforcement.  May just be personnel from Health and Human

25    Services, Medicare, et cetera.  The same common sense

1    guidelines that I just reviewed with all of you about how to

2    judge the credibility of a witness apply to all witnesses

3    regardless of profession.

4          Now, why do I say that?  Because nowadays, there may be

5    a situation where you have someone on the witness stand who is

6    a member of a government agency or law enforcement.  I need to

7    make sure that anyone who sits as a juror treats that witness

8    the same as any other witness.  The simple fact that a witness

9    is employed by a government agency or is a government agent

10   does not give them any more or less credibility than that of

11   any other witness.

12         There may be some of you who have family in law

13   enforcement.  There may be some of you yourselves who have a

14   background in law enforcement.  What I want to make sure is

15   that all of you will promise me that regardless of your ties to

16   law enforcement, or your bad experiences with law enforcement

17   in that you may be less likely to believe an agent, okay, that

18   that doesn't infiltrate or affect your ability to judge

19   credibility.  Because we've got to treat every witness the

20   same.

21         I think you can all agree with me that in everything in

22   life, there's good and bad in everything.  There's good and bad

23   cops, teachers, doctors, right, judges, lawyers, everything.

24   Okay?

25         We have to sit there and look at the credibility of the

1    witness, and we can't give them any benefit based on their

2    background or career, their experience, or hold that against

3    them.

4         Anyone by a show of hands going to tilt the scales in

5    favor of a witness based on their background or experience,

6    especially if they're with the government, by a show of hands?

7         Yes, I have one juror there.  And I take it that it

8    would be an attitude in favor of -- potentially of the

9    government?  Is that your take, sir?

10        And your number again?

11        THE PROSPECTIVE JUROR:  Yes, sir, No. 52.  One of the

12   reasons I gave for being compromised is I believe that the U.S.

13   government is rarely wrong especially when you're bringing a

14   small soccer team to prove your case.

15        THE COURT:  Understood.  Understood.

16        THE PROSPECTIVE JUROR:  I'm going to have trouble doing

17   this.

18        THE COURT:  Understood.  And that's fair.  I mean, I

19   think it's important, again, that everyone feel comfortable,

20   that if you are of the belief that the government is -- does

21   that well in terms of their percentage of bringing cases, and

22   you may feel your background has given you that impression,

23   certainly I understand.  So I appreciate that, Juror 52.

24        Anyone else feel that way or feel like they're going to

25   give a little bit more of a bump in credibility to someone

1    based on their background, whatever it may be?

2        Okay.  Yes, Juror No. 9.

3        THE PROSPECTIVE JUROR:  Yeah, I'm going to agree with

4    52 as well.  If the government brings this group of lawyers, I

5    believe it's for a reason.  I think, in that sense, they're a

6    little ahead.  So I kind of agree with that.

7        THE COURT:  Okay.  Let me ask that question because

8    it's coming up a little bit.  You know, I think we need to

9    recognize -- it kind of is the same idea, volume of evidence

10   and the quality of evidence.  Certainly, we do have a number of

11   prosecutors here.  We also have a number of defense lawyers

12   here.

13       So to the extent -- I mean, we don't have it exactly

14   lined up for pickup basketball, but the numbers are pretty

15   close.  I don't want anyone to take anything from that.  I

16   heard one of the jurors say, well, he's got all these lawyers.

17   He's got a lot of money.

18       There should be no bias for defense or government by

19   the number of lawyers are here.  Whether it's one, five, six,

20   whatever it might be, no one should think that that gives any

21   more credibility to the allegations simply because the

22   government trotted out a larger group of lawyers here.  You

23   know, lawyers come to court for all sorts of reasons, including

24   to get experience.

25       No one here should believe that because there's a lot

1    of them here, it necessarily means that the allegations are any

2    stronger than they would be in any other case.  So anybody else

3    with that kind of overarching concern just based on sheer

4    numbers for either side?  Because I've heard that a couple of

5    times.

6          Okay.  I don't see anyone else raising their hands.

7    Very good.

8          Now, I want you all to understand that there's

9    different kinds of evidence introduced at trial.  You know,

10   many of you have talked a lot about follow the money, or I've

11   heard lines like there's a paper trail.  You know, we obviously

12   expect to have a lot of documents in this case.  It's a

13   document-intensive case.  We expect to see that kind of

14   evidence.

15         We're going to have testimony, of course, from

16   witnesses.  But some jurors will sometimes tell me, well,

17   Judge, I need more.  You know, I want DNA.  I want video.  You

18   know, in every perfect world, we would have every kind of

19   evidence under the sun.  But I need everyone to understand that

20   the government doesn't have to prove their case with any

21   specific kind of evidence.

22         They're going to have an opportunity to put forth their

23   case with what they believe is the best evidence.  And no one

24   should demand or expect that they have every form of possible

25   evidence.

1          So can all of you look at the evidence and weigh the

2    evidence and not demand a specific kind of evidence to reach a

3    verdict?

4          THE PROSPECTIVE JURORS:  Yes.

5          THE COURT:  Yes?  Okay.  I appreciate that.

6          Folks, I think over time -- it's a lot on TV, and we

7    just assume that we have everything we need in every case, and

8    it's just not what happens in real life.  I want you guys to

9    understand that.

10         So remember that testimonial evidence is the words of

11   witnesses in this witness stand under oath, and if you believe

12   what they have to say, using your common sense guidelines, as

13   we've discussed, then their words are evidence.  Of course,

14   physical evidence, the documents we just mentioned, are things

15   you can see and things you can touch.

16         Just remember that the type of evidence is not as

17   important as the quality of the evidence.  The law will not

18   favor one kind of evidence over the other, whether it be

19   physical over testimonial.  In fact, physical evidence can't be

20   introduced without a witness first to explain what it is.  So

21   you shouldn't elevate one kind of testimony or one kind of

22   evidence, rather, over the other.

23         Now, remember that the quality of the evidence has to

24   be that it convinces you beyond a reasonable doubt of the

25   defendant's guilt.  So if you have 20 witnesses who you think

1    are lying to you in one case, you would be better off in a case

2    where there's only two witnesses and they're credible.

3         Do you all understand what I mean by that?  It's not

4    about the volume.  It's about the quality of the witnesses.  So

5    simply because they march in 15 people, if they are all over

6    the place, there's no credibility there.  You're better off

7    with one solid witness than all of those others.  It's the

8    quality, not the quantity that you need to be concerned with.

9         Last few things I'll touch on before we break, and when

10   we get back, I have a few more items to cover.  But we're

11   starting to get to the finish line in my section of

12   questioning.  I want to make sure you guys understand the

13   concepts of sympathy and prejudice.

14        Look, we all feel sorry for people who are in difficult

15   situations.  And sometimes we can also feel prejudice.  In

16   fact, some of the answers of some of our jurors, because of

17   your strong feelings regarding fighting cancer and dealing with

18   genetic testing frustration, maybe some of that prejudice is

19   manifesting itself unfairly, but to your credit, you've

20   disclosed that.

21        Neither sympathy nor prejudice can factor into your

22   deliberations.  You guys are triers of the facts.  If you guys

23   allow emotions to cloud your decision-making, then you're not

24   going to be fulfilling your responsibilities as jurors.

25        So is there anyone in here who cannot set aside their

1    feelings, either because of what you've already discussed with

2    me -- in which case we don't have to go back, and I don't want

3    you to have to relive anything painful.  But anyone who hasn't

4    shared a specific feeling, perhaps a general feeling of the

5    criminal justice system that has wronged a member of their

6    family or perhaps some anger or sympathy that you think is

7    going to unfairly prejudice your ability to listen to the

8    evidence?  Anyone by a show of hands?

9         Okay.  So I think everyone who has had those feelings

10   has shared them.  And I appreciate that.

11        I also want to remind you that you're going to be asked

12   and instructed to disregard any consequences of any verdict

13   that is rendered.  Okay?

14        We each have our own lane.  You guys are judges of the

15   facts.  I am the judge of the law.  And the imposition of any

16   sentence, regardless of what is ultimately found, is my call.

17   So I don't want any jurors to be worried about that.  That is

18   the sole province of the judge, me, and not the jury.

19        So with that being said, we're going to go ahead and

20   take a break for lunch.  Here's what's going to happen:

21   Obviously, there's a lot of you.  I don't want to lose any

22   people between now and when you return from lunch.  So I want

23   you all to meet as you were.

24        Before you leave here, Gracie will be there to check

25   bags and check badges and go through things with you on when to

1    report back.  But I want to give you guys -- it's just about

2    1:00 o'clock.  I want you guys to be back in an hour.  Why am I

3    making it a little tighter?  Because if you're not selected to

4    serve -- which you'll know by this afternoon -- I can let you

5    go home.  And the majority of you will not be picked.  So I

6    don't want to drag this out longer than I have to.

7          So I'd ask that everybody be reporting back to the

8    courtroom in just about an hour.  I can't start until I've got

9    you all here.  So think of your fellow jurors.  Please don't

10   run late.

11         When you come back, what are we going to do?  I'm going

12   to finish with a few final questions.  I'm going to talk about

13   scheduling, if you're selected.  I'm going to turn it over to

14   the lawyers.  And then after that, you all are going to break.

15   I'm going to circle up with them, and I'm going to let you know

16   who's been picked.

17         If you are selected, you're not going to stay super

18   late.  I'm only going to have opening statements done.  No

19   witnesses called today.  And you will go home.  And I will talk

20   to you a little more about what the schedule will look like if

21   you're serving.

22         Remember again, if you need a private conference, I

23   will prompt you again when we come back.  So over the lunch

24   break -- a lot of you have never thought about this stuff.

25   You've never had to think about reasonable doubt or presumption

1   of innocence or genetic testing in your lives.

2        When we come back, if anybody has thought about it and

3   needs to add or supplement anything they needed to cover or

4   something else that some of you said you wanted me to know,

5   I'll prompt you to do that.

6        Remember one final thing:  Do not discuss what you've

7   heard with each other, with family, or with friends.

8        By a show of hands, does anybody recognize or know any

9   of the players in that indictment, Hirsch, or any of the other

10  names I mentioned, or LabSolutions, or any of the players?  By

11  a show of hands, does anyone recognize any entities or names?

12        Yes, ma'am.

13        THE PROSPECTIVE JUROR:  Possibly, because I work in the

14  industry, in banking.

15        THE COURT:  So you work in banking.  Which name jumped

16  out at you, ma'am?

17        THE PROSPECTIVE JUROR:  Elite.

18        THE COURT:  So it's spelled A-l-i-t-e.  So I don't know

19  if that helps.

20        THE PROSPECTIVE JUROR:  No.  The one I am thinking is

21  E-l.

22        THE COURT:  Thank you for letting us know.

23        THE PROSPECTIVE JUROR:  And the last name is a common

24  name, I know.  Patel is a common name.

25        THE COURT:  Yeah.  Patel, Christian McKeon,

1    Brett Hirsch, LabSolutions.  You mentioned Alite.  There have

2    been a couple of other entities that we have mentioned.  I just

3    want to make sure, if anyone recognizes or knows those

4    entities, that they would let me know.

5         Anyone else have any concern that any of those entities

6    jumps out at you or that you recognize any of those names?

7         Okay.  I don't see anyone else raising their hands.

8    The reason why I do that before you leave is please, no

9    research.

10        I'm sorry, ma'am.  You're Juror No. 8.

11        THE PROSPECTIVE JUROR:  I work for years in diagnostic,

12   so I recognize the LabSolutions name, but I didn't relate

13   directly.

14        THE COURT:  So it just sounds familiar?

15        THE PROSPECTIVE JUROR:  Yes.

16        THE COURT:  Got it.  Thank you for that.

17        So the reason why -- I want to make sure -- please make

18   sure -- ma'am, you have something you recognize?

19        What's your number?

20        THE PROSPECTIVE JUROR:  34.

21        THE COURT:  34?

22        THE PROSPECTIVE JUROR:  Yes.

23        THE COURT:  Okay.  What do you recognize there?

24        THE PROSPECTIVE JUROR:  The last name Patel sounds

25   familiar.  I work in -- I do HR for a group.  And I believe

 1    I've heard that last name before.  I don't know if it's the

 2    same person, but --

 3           THE COURT:  It's somewhat common, though.  Any

 4    connection seeing Mr. Patel here today that you make on that?

 5           THE PROSPECTIVE JUROR:  No.

 6           THE COURT:  All right.  Thank you for that.  But it's

 7    important that you let me know.

 8           So I want to make sure that not only do you guys not

 9    talk to each other -- you don't know anything about the case

10    other than allegations.  But I want to make sure no one starts

11    chatting about the case, your mental impressions about what

12    you've heard, and certainly no research.  You cannot go on

13    lunch now and Google things.  Do not start Googling people,

14    places, or things.  Do not start looking up genetic tests.  Do

15    not go on Wikipedia.  Do not go on WebMD.  I don't want anyone

16    looking up anything about this case.

17           It is the human condition now to start looking on the

18    phone and checking things out.  Please resist it at all costs.

19    Similarly, social media.  Please, no posting on Instagram.  No

20    posting on Facebook about your jury service.  Nobody wants to

21    see your TikTok outside the courthouse.  None of that stuff.

22           Okay.  Please do not get on any of those social media

23    outlets.  It is radio silence while you are here in this

24    courtroom until I discharge you if you're not selected.  And if

25    you are, the rules will continue during your service.

1          I'll give you guys another extra few minutes.  So how

2     about we'll get everyone back here at 1:10, give you ten

3     past -- excuse me, 2:10.  Sorry.  That would be a very fast

4     lunch.

5          So let's go ahead and get everybody -- at 2:10 everyone

6     report back.  You're all excused.

7          THE COURT SECURITY OFFICER:  All rise.

8          (Prospective jurors exit at 1:04 p.m.)

9          THE COURT:  All right, everyone.  Please be seated.  I

10    think that takes care of everything.  I want you guys also to

11    have a lunch break.  Any issues before I let everybody go for

12    lunch?  I do plan on asking a few follow-ups briefly, but most

13    of my questioning, which has been more open-ended than what was

14    suggested by both sides, especially the government, I think

15    I've covered quite a bit and you have enough to talk about

16    experiences with cancer, genetic testing and the like.

17         So I don't know that I have much more other than I

18    would like to ask about their view regarding cooperating

19    witnesses.  And then I may just touch generally on some of the

20    business concerns raised in the defense's questioning.  But

21    aside from that and scheduling, I don't have much more before I

22    turn it over to you all for your limited follow-up.

23         Anything on the government's end before we go ahead and

24    break?

25         MS. DE BOER:  Just briefly, Your Honor.  Based on

1    reading some of the questionnaires, there were a few comments

2    about ability to pass judgment.  So if Your Honor would just

3    briefly inquire into that topic.

4            THE COURT:  Yeah.

5            MS. DE BOER:  And ability to follow the law, it kind of

6    goes hand in hand with that.

7            THE COURT:  Yeah, ability to follow the law is still on

8    my to-do list, so I was going to cover that.  But I'll go back

9    and make it a little bit more broad and do the ability to pass

10   judgement.  Because I'm going to go over their requirements and

11   what happens if they disagree with the law.  Thank you.  I'll

12   flag that, though, when they come back.

13           MS. DE BOER:  Thank you.

14           THE COURT:  You got it.

15           Anything on the defense team, guys, before I let you

16   go?

17           MR. SADOW:  Yes, Your Honor.  How -- if you intend to,

18   how do you intend to clarify, if it needs to be clarified, as

19   to bias, which has been obviously stated by several jurors?

20           THE COURT:  Well, I'll tell you what.  We have a

21   handful of jurors who I think are fairly solid cause

22   challenges, based on presumption of innocence problems that

23   there's no rehabilitation for.  Now, there are some that are a

24   little bit more on the fence.

25           Certainly on those, if you want to press them a little

1   bit in your questioning, you're free to do so.  If we still

2   can't get something definitive, then I'll bring them in to just

3   speak with us.  You know, I'll give you an example.  I mean, I

4   think Juror 26, who I think he suggested he worked with the

5   U.S. Attorney's Office at one point, he thinks he can be

6   impartial.  I didn't press him too much.

7          I imagine that either side may do some follow-up, as

8   opposed to certain jurors, like Juror No. 13, who -- and Juror

9   No. 8, and really Juror No. 9, those just jump out as a few

10  that have clear inability to be jurors in this case and to

11  serve because they heard the superseding indictment and pretty

12  much checked out on presumption of innocence.  So I don't plan

13  on belaboring those folks.

14         One thing I don't have a problem doing -- and I

15  suggested this in the beginning -- is when we go into

16  selection, I plan on at least flagging those that I think are,

17  for lack of a better term, no-brainers, that we don't need to

18  waste time on.  I could do that with you all, if you want, when

19  we come back out, before we bring them in.  But there are a few

20  here that I don't think we need to waste a lot of time with.

21         Is that your concern, Mr. Sadow?

22         MR. SADOW:  It is.  And I think the government and the

23  defense can agree that the more that we can know about being

24  struck for cause or where the Court's mind is on that prior to

25  going back into more jury selection, the better off we are.

1          The question I have, though, is, we can do it

2     individually.  Sometimes -- again, I'm posing a question that

3     I've used in the past based on some of the things we've heard.

4     It goes along the lines of what you want to have yourself as a

5     juror based on the allegations that you've heard in your life

6     experiences.  Sometimes that gets -- it clarifies it somewhat.

7     I can do that as a general question if the Court allows, or one

8     of us will do, or the Court obviously can do, if it deems that

9     to be appropriate.

10          THE COURT:  Yeah, I don't have a problem asking it.  I

11    could ask that, and if you have some follow-up on that, feel

12    free.  I don't have a problem with that, sure.

13          MR. SADOW:  And then the other thing, with the amount

14    of money and the -- some of the jurors -- potential jurors

15    talking about tracing, and it concerns them, I think the Court

16    needs to know that the amount of money is not really an issue

17    in this case.

18          There's not going to be a question about whether

19    LabSolutions received the money that the government has

20    alleged.

21          So the question that I have is, that being understood,

22    would a question along the lines of, assuming that the money is

23    not in dispute between the government and the defense, does the

24    amount of the money alone cause you a bias, which goes more to

25    the issue of wealth than it does the allegations being true or

1    not true.

2         THE COURT:  And I can ask a follow-up on that a bit.  I

3    think that I tried to tease out concerns that I could sense

4    from the money amount, but I think if we just ask that as a one

5    follow-up to the extent we -- I think we have a few folks that

6    I suspect are the same ones that are already having presumption

7    of innocence problems will raise their hands.  But I think I

8    can get a sense of that.  And if someone jumps out there that I

9    haven't necessarily heard from, I may target them.  But I don't

10   have a problem with that either.  Yeah.  You can ask --

11        MR. SADOW:  Thank you.

12        THE COURT:  No problem.  I'll ask all those follow-ups.

13   I think they're well-taken, and we'll go from there.

14        So with that being said, let me go ahead and give

15   everyone their breaks so they can go eat something.  We've got

16   about an hour.  And when we get back, we'll pick up where we

17   left off.

18        MS. DE BOER:  One other thing, Your Honor.  Mr. Cuyler

19   reminded me that he thinks he knows Juror No. 26 from Hogan

20   Lovells.  I don't think the juror necessarily made the

21   connection, and it may be one that sort of comes up in some of

22   the potential cause issues anyways.  But we just wanted to flag

23   that.

24        THE COURT:  Okay.  Thank you for that.  I may follow up

25   with him.  Quite frankly, we probably need to know a little bit

1    about his relationship anyway with the government on that.

2         MR. RAFFERTY:  What was the -- I'm sorry...

3         MS. DE BOER:  26 from Hogan Lovells, the law firm.

4         MR. RAFFERTY:  Hogan Lovells.  Oh, I see.

5         THE COURT:  26 from Hogan Lovells.  Yeah, he did

6    suggest or he did say, I believe, that he had worked with the

7    U.S. Attorney's Office.  That was his line.  And he also went

8    ahead and said, you know, he thought he could be impartial, but

9    he wanted to disclose that relationship.  So I can ask him a

10   little more about that.  That's fine.

11        All right.  I think that's about it.  We'll see each

12   other then in just about an hour, folks.  We are in recess.

13        THE COURT SECURITY OFFICER:  All rise.

14        (Court recessed at 1:13 p.m.)

15        (Back on the record at 2:28 p.m.)

16        THE COURTROOM DEPUTY:  All rise.

17        THE COURT:  Please be seated, everyone.  I'm told all

18   our jurors are here, so we'll go ahead and usher them all in.

19        THE COURT SECURITY OFFICER:  All rise for the jury.

20        (Prospective jurors enter at 2:29 p.m.)

21        MR. SADOW:  Your Honor, when we have a moment, can we

22   approach just on a reminder on something we discussed?

23        THE COURT:  Sure.

24        (The following proceedings were held sidebar:)

25        MS. DE BOER:  In looking at the questionnaires again

1   over lunch, there were a couple that seemed like maybe English

2   is an issue.

3            THE COURT:  Okay.

4            MS. DE BOER:  So if you could ask.

5            THE COURT:  Let me ask a language question because I

6   think we had a couple.

7            MS. DE BOER:  Yes.  Thank you.

8        (Back on the record at 2:31 p.m.)

9            THE COURT:  All right.  Please be seated, everyone.

10  Welcome back.  Ladies and gentlemen of the jury, thank you all

11  for coming back on time.  I hope everyone had a nice lunch

12  break.

13           So we're going to pick up where we left off with a few

14  more follow-up questions that I have.  And over the recess, I

15  was going back over my notes and got a little more information

16  looking at the questionnaires as well.  So I may ask some

17  follow-up.

18           I do want to note -- I believe Jurors No. 17 and Juror

19  No. 56 had requested from my courtroom deputy to have a private

20  conference.  So I will absolutely do that with you both when we

21  take our next break, and I will prompt and see if anyone else

22  has a need to touch base with me in the presence of both the

23  clients and their counsel.  But I'll do that with you all at

24  the end.

25           So one thing I wanted to make clear.  When we last

1    spoke, we discussed how I am going to be the judge of the law,

2    and you guys are the judges of the facts.  One thing about

3    following the law needs to be mentioned so I can guarantee that

4    everybody will be able to follow my instructions.

5         There is a possibility, as all of you heard, that

6    there's a lot of regulatory information in this case, a lot of

7    standards of law that will apply to the Medicare process.  And

8    there may be a situation where if you're picked as a juror,

9    when you're deliberating and you're going over the law that you

10   must follow, you may find yourself disagreeing with it.  You

11   know?  It doesn't mean it's perfect.  You're going to have to

12   follow the law even if you disagree with it.

13        So I want to make sure that I don't have a situation

14   where I have a juror going rogue, for lack of a better word, in

15   the jury room, and making up the law as they go along.  Even if

16   you don't like the law, even if you disagree or it seems

17   cumbersome, or doesn't make sense when you get into the weeds

18   of some of the Medicare regulations or the anti-kickback

19   statute, or conspiracy, you have to follow the laws that we

20   have on our books.

21        If you don't like them, the place to take issue with

22   that is to write to your Senator or your Congressperson.  It is

23   not to fix it on the fly in the jury room of a criminal trial.

24   So I would ask all of you, can you all promise me that if you

25   are selected to serve, that you will all follow the law that I

1   give you, even if you disagree with it?

2          THE JURORS:  Yes.

3          THE COURT:  I appreciate that.  It's important, again,

4   for the sanctity of the trial procedure that we're all guided

5   by the same law.

6          Now, one thing I want to also inquire -- and I don't do

7   it because I want to embarrass anybody.  But when I was hearing

8   from you all earlier this morning, certainly there are folks

9   who do not have English as their first language.  That is

10  obviously very common.  We have a wonderful melting pot of a

11  community, myself included, and this is -- sometimes can be a

12  dense case.

13         So I don't want anyone to get intimidated by legalese

14  or legal terms.  When I give you the instructions on the law,

15  they are written in a way to help you all understand what is

16  expected of you.  Our forefathers did not require a jury to be

17  populated by lawyers.  The whole purpose was to have the law

18  enforced and looked at by people in the community.

19         But having said that, there may be some of you where

20  it's just a bit too much to understand or express yourself in

21  English, especially given the subject matter.  Now, I will tell

22  you, I've understood all of you that have answered today,

23  perfectly.  But I want to make sure that -- maybe I've missed

24  someone that has a concern about being able to express

25  themselves or understand, given that the trial will be

1   conducted in English.

2           Do I have anyone in here that has a language barrier

3   that I need to be aware of by a show of hands?

4           Okay.  I have one juror there.  Can I get a microphone,

5   guys?  Thank you.  Just to make sure I have that for the

6   record.

7           Ma'am, your juror number.?

8           THE PROSPECTIVE JUROR:  I'm 27.

9           THE COURT:  27.  So tell me what's your concern in

10  terms of language?

11          THE PROSPECTIVE JUROR:  That I'm not fluent in English.

12          THE COURT:  Okay.

13          THE PROSPECTIVE JUROR:  I can understand, and I can

14  talk and I can speak, but I'm not 100 percent secure of the

15  language.

16          THE COURT:  Okay.  I'm understanding you great, so I --

17  I certainly will say this:  No one would expect you to be

18  secure in some of these terms, right?  Some of these words,

19  they're new to me too.  They're not words that we use

20  regularly.  But certainly do you feel, even if you may not know

21  every word, that you could let someone know what's on your mind

22  if you're talking to other jurors?

23          THE PROSPECTIVE JUROR:  I'm sure that I can.  It's just

24  the terminology and some words that I have a problem with.

25          THE COURT:  Understood.

1          THE PROSPECTIVE JUROR:  Otherwise, I can express

2    myself.

3          THE COURT:  Very good.  I understand that.

4          I will say, again, it's hard because I don't have it

5    all in front of me yet, but I will be giving you instructions

6    at the end that have a lot of definitions.  They have to so

7    that you guys could follow.  So I want you to feel better that

8    you will have enough guidance at the end so that if there's

9    something that's totally new to you, you can follow it.  Okay?

10         THE PROSPECTIVE JUROR:  Thank you.

11         THE COURT:  Thank you.

12         Anyone else with a concern similar to Juror 27?

13         Yes, ma'am.  And I heard from you earlier, I believe.

14   Your number again?

15         THE PROSPECTIVE JUROR:  18.

16         THE COURT:  Is it also -- I'll get a microphone to you,

17   Juror 18.

18         Is it also a bit of a lack of comfort with the

19   language?

20         THE PROSPECTIVE JUROR:  Yes.  I understand --

21         THE COURT:  Is that mic on?  Because I can't hear

22   anything.  Let's make sure it's on.  You might have to hold it.

23   I'm going to send Juror No. 13 over there to help you out.

24         THE PROSPECTIVE JUROR:  Okay.

25         THE COURT:  There we are.  So tell me, ma'am.  I know

1    earlier we were talking about you working in customer service

2    at -- with a medical provider.  This is more about the

3    language.  Tell me your concern.

4            THE PROSPECTIVE JUROR:  Yes.  I can understand or read,

5    but sometimes with some terms, I have the idea what is the

6    meaning, but sometimes no.  So that is my concern.

7            THE COURT:  Will it help -- certainly if I give you the

8    definitions in the instructions, that will help, right?

9            THE PROSPECTIVE JUROR:  Yes.  I can read it.  But when

10   you speak, for example, sometimes I don't have exactly meaning

11   what you say.

12           THE COURT:  Okay.

13           THE PROSPECTIVE JUROR:  I have the idea of the terms.

14           THE COURT:  Okay.  Now I wanted to ask you, while I

15   have you with the microphone, we talked a little bit with you

16   and your experience in customer service with a medical

17   provider.  Am I right, you had said that you may have some

18   issue serving when we talked about the presumption of

19   innocence?  Did I have that right?

20           THE PROSPECTIVE JUROR:  We were with Medicaid --

21           THE COURT:  Okay.

22           THE PROSPECTIVE JUROR:  -- supplies, Medicaid.  So we

23   heard about any issue about company or the companies in this

24   industry that have problem with fraud, you know.

25           THE COURT:  How do you feel about your ability to be

1    fair and impartial if you're asked to serve in this case?

2         THE PROSPECTIVE JUROR:  That is a problem, that I have

3    that idea that this kind of company always are involved in

4    fraud.  They want to sell more supplies to the customer.  Maybe

5    they don't need it, but they offer them because they send a

6    bill to Medicaid.

7         THE COURT:  Okay.  Thank you for that.  I wanted to get

8    that clarity.

9         Anyone else with a language concern that I haven't been

10   able to address?

11        Okay.  I don't see anyone else raising their hand.

12        The next thing I wanted to ask you all deals with a

13   very important topic.  And I want you all to listen carefully.

14   And this is the issue of cooperating witnesses.  Okay?

15        If you were listening to the indictment when I read it

16   carefully, you heard multiple mention of other co-conspirators,

17   right?  I mean, you probably heard their names repeated over

18   and over again.

19        In particular, you heard the name of Christian McKeon.

20   You heard the name of Brett Hirsch.  You heard -- and other

21   co-conspirators.

22        The government in this case may be presenting testimony

23   of cooperating witnesses who are knowledgeable of the alleged

24   crimes at trial and may have pled guilty to some of the same

25   charges that the defendant is charged with.  It is open and

1    obvious that those witnesses may hope to gain more favorable

2    treatment in their cases as a result of the their cooperation

3    with the government.

4         So if you remember, we talked about witnesses

5    testifying and how we want to use our tools of credibility with

6    each witness.  And you remember some of those tools were, does

7    the witness tend to gain something by testifying a certain way?

8    What do they have in the game?

9         So those are things that you're allowed to consider in

10   determining credibility.  But the important thing is whether or

11   not it's going to make it unable for you to sit and look at the

12   evidence fairly and impartially.  I need to make sure that

13   jurors can keep an open mind and consider the testimony of

14   witnesses along with all the other evidence.

15        So put another way, I cannot have a juror say to me

16   automatically, it doesn't matter what that witness says.  They

17   cooperated.  They're a snitch.  I'm not going to listen to a

18   word they say.  That would mean that you're ignoring evidence

19   in the case.

20        I am not saying you shouldn't look at that evidence, as

21   the jury instructions will tell you, with a very close eye

22   because some of those witnesses have a lot to gain by favorable

23   testimony for the government.  But you can't ignore them, and

24   you simply can't disregard.  You have to give the weight to

25   their testimony, as you would to any other witness, once you

1    consider all the facts that bear upon their credibility.

2            Do you all understand what I mean by that?

3            THE PROSPECTIVE JURORS:  Yes.

4            THE COURT:  All right.  So what I want to check with

5    you now, anyone here think that they can't do that, that the

6    distaste that comes with that type of witness makes it

7    impossible to listen, or that they're going to ignore portions

8    of the government's case that may rely on that kind of

9    testimony?

10           Okay.  And like I said, treat them like you would any

11   other witness.  You have to know what their angle is.  Like

12   every witness, you have to go into it with an open mind and

13   say, do I think this person is credible?  Why are they saying

14   what they're saying?  Did they have an opportunity to see what

15   they're talking about, et cetera?

16           But I'm glad to see that no one has an issue with the

17   government presenting witnesses that way.

18           We're also going to probably hear testimony that may

19   deal with business relationships.  You've heard a lot about

20   contracts, right?  You heard a lot about a 50 percent here, a

21   30 percent here, whatever it may be.  But there's a lot of

22   back-and-forth business relationships between Mr. Patel and his

23   partners.  It's mentioned throughout the indictment.

24           So I want to get a sense if anyone in here has had

25   perhaps a bad business relationship, a business relationship

 1    where perhaps you had partners or fellow associates who either

 2    lied to you, or perhaps you felt someone betrayed, or maybe you

 3    just misplaced your trust in a business partner, and it may be

 4    something that has impacted you.  Perhaps it impacted your

 5    livelihood, your finances, whatever it may be.  But that is

 6    something that you may hear about in the case, so we are

 7    curious.

 8            As with genetic testing, as with incidents of cancer,

 9    as with telemedicine, business relationships will be part of

10    the story in this case.

11            Any jurors that have any particular business

12    relationship where they feel they have had that breakdown, if

13    you will, in communication in an important personal or business

14    matter?

15            I have one here.  Let me get a microphone over there to

16    our juror.  And if you could share a little bit of that with

17    me, sir.  Just let me know your juror number.

18            THE PROSPECTIVE JUROR:  Hi, I am Juror No. 14.

19            THE COURT:  Okay.  Go ahead, sir.

20            THE PROSPECTIVE JUROR:  So I'd just like to go ahead

21    and start off, I am not one to particularly think that it's

22    right for me to judge anyone else, just like I wouldn't want

23    them to judge me.  So that's my personal opinion on that.

24            And going off of that, I am a business banker in Bank

25    of America, so I deal with a lot of business clients on the

1    daily, and I have had conflicts not directly with me, but with

2    those business clients, especially with their partners.

3    Sometimes they'll come into the bank, and they'll have, like,

4    you know, some problems with the partners, you know, the

5    corporation, everything, like, fell down.  Then the partner

6    was, like, you know what?  I'm out of here.  They kind of left

7    them hanging.

8        So, you know, I dealt with this kind of, like,

9    clientele, especially high-portfolio clients as well.  So I

10    feel like I may be a little bit biased in that sense.

11        THE COURT:  Okay.  So I guess a couple of things I want

12    to unpack there.  First, let's talk about the business issue.

13    Certainly you've seen it.  You've been at the front end at the

14    bank and seen some of these breakdowns.

15        Are the breakdowns going to make it difficult to listen

16    to one side or the other, or are you able to take a look and

17    see what are the allegations here about what, if anything, was

18    a misunderstanding between business partners?

19        THE PROSPECTIVE JUROR:  Can you kind of rephrase that a

20    little bit better?

21        THE COURT:  Sure.

22        I guess what I want to make sure is, has your

23    experience made it so you're going to favor one side or the

24    other when you hear about a business dispute?

25        THE PROSPECTIVE JUROR:  I mean, it could affect a

1    little bit.

2          THE COURT:  How so?  Because you don't know anything

3    about the dispute.  You have to listen to figure out who you

4    believe may be telling the truth or who's in the wrong, right?

5          THE PROSPECTIVE JUROR:  Are both business partners

6    going to be here, or is it just the one owner?

7          THE COURT:  We would hope we will have the full story.

8    But I guess my question is, I don't want to find out you have a

9    bias where you're not going to wait for the full story.  You

10   sound to me like you've seen both sides in your work, so it

11   seems to me you're going to wait and see what is presented in

12   terms of a dispute, right?

13         THE PROSPECTIVE JUROR:  Oh, definitely.  I would want

14   to hear both sides.

15         THE COURT:  Okay.  And that's what I care about.  What

16   I don't want you to come in and say is, one person says he

17   breached the contract, and you shut down.  That's good enough.

18   I would imagine you want to hear what the other side says.

19         THE PROSPECTIVE JUROR:  Yes, definitely.

20         THE COURT:  Now, the other point you made earlier,

21   which I haven't touched on but I am glad you mentioned it, was

22   your concern about judging someone else.

23         I mentioned earlier about everyone's ability to listen

24   to the evidence and reach a verdict.  Whether the government

25   has met their burden of proof or not will be up to you all as

1    jurors.

2           I want to make it abundantly clear, are you stating to

3    me that if the government proves their case, that you're unable

4    to render a verdict under the law?

5           THE PROSPECTIVE JUROR:  I mean, if I'm forced to, I

6    would have to.  But preferably I don't really prefer judging

7    someone --

8           THE COURT:  Well, listen, none of us prefer to be here.

9    I mean, none of us prefer having to find somebody guilty.  I'm

10   not doubting you there.  I know this is an imposition on

11   everybody.  But the important thing is what you said -- I hate

12   to say that I'm forcing you, but certainly, as part of your

13   service, you're going to look at the law and the facts, and if

14   the government, based upon the law I gave you, has proven their

15   case beyond a reasonable doubt, then as a matter of law, okay,

16   you may find yourself in a situation where you have to reach a

17   verdict, and it could be a verdict of guilty.

18          And so I just want to make sure that there will be

19   essentially no nullification, meaning that you as a juror will

20   decide it doesn't matter what I see.  I will render no verdict

21   because I cannot sit in judgement of another.  That's what I'm

22   trying to understand.

23          THE PROSPECTIVE JUROR:  I mean, I don't think it'll get

24   to that point, yeah.

25          THE COURT:  You don't think it'll get to that point.

1    Okay.  That's important though.  I haven't been that clear on

2    that.  And it doesn't necessarily have to be a religious

3    objection.  Sometimes you do have folks that feel from a

4    religious perspective that they cannot sit in judgment of

5    others.  And I understand that and we respect that.  Sometimes

6    it could be just philosophical.

7         Does anybody have a concern that if indeed the

8    government proves their case, that it doesn't matter because

9    you simply will refuse or be unable to sit in judgment of

10   someone else?  Anyone have that feeling?  Okay.  I don't see

11   any other hands.

12        And I think Juror 14 -- I thank you for that.  Like I

13   said, it's not to make light.  What I'm hearing is actually

14   what I want to hear, which is you take this seriously.  So you

15   want to make sure that if there's evidence there, you are going

16   to scrutinize it, and certainly you're not going to reach a

17   verdict unless it follows the law.  I mean, that's what I'm

18   hearing; is that right?

19        THE PROSPECTIVE JUROR:  Yes.

20        THE COURT:  Okay.  And that's what I care about, that

21   you can reach a verdict, but only if the government has done

22   their job, and if they haven't, then it will be not guilty

23   because that is the only verdict that is appropriate under the

24   law.

25        So we've gone through a couple of my final points.  One

1    thing I wanted to raise to you all because I think it's

2    important.  We talked a lot and a couple of jurors talked about

3    concerns when they heard about the money and they heard

4    about -- they asked for a money trail or a paper trail.  We

5    don't necessarily expect that in this case there's any

6    disagreement about the money, meaning, this is not a case about

7    the money.  It's not a case about the amount of money.

8         It's a case about whether these genetic tests were

9    medically necessary.  If they were, then that is money that

10   needed to be paid.  If it was necessary, arguably there's

11   entitlement to some of these funds.  That is the issue in the

12   case.  I think a lot of us were worried or a lot of the jurors

13   were worried because they assumed that the money signified

14   perhaps a certain level of proof the government had.

15        What I want everyone to understand is you should not be

16   so alarmed as to the amount of money because it's really not

17   the key part of the case.  What the case really cares about is

18   the genetic testing, the Medicare reimbursements, all of that

19   stuff.  So the money and the sum -- remember, it was a lengthy

20   amount of time that we're talking about here as well, that

21   this -- that LabSolutions was doing its business.

22        So I want to make sure everyone understands that

23   because some of you, I think -- and understandably because it

24   is an eye-popping figure.  Some of you were a little worried

25   about that.  I want you to understand no one is making light of

1    that number, but it's not the core of the case.

2          What jurors will have to do is to determine that

3    medical necessity of this genetic testing.  Does that make

4    sense to everybody?

5          THE PROSPECTIVE JURORS:  Yes.

6          THE COURT:  Okay.  I just want you guys to get that.

7          Now, one of the final things that I want to talk about

8    before we get into scheduling -- and I'm sorry I have skipped

9    over it.  Did I have any other jurors besides Juror No. 14 that

10   wanted to share with me any breakdown in a business

11   relationship?  I didn't want to jump over that, but I don't

12   know if anyone else had a strong reaction to that question or

13   felt like they have also been a part of that mistrust and

14   wanted to share it with me.

15         Anybody else on the business issue?  Okay.  I don't see

16   anybody else raising their hands.

17         So before I get into scheduling, as I was saying, one

18   way to think about this, and a lot of you I think that were

19   maybe a little on the fence or you've been thinking about it,

20   is to think about whether or not you'd want yourself on this

21   jury.

22         One way to think about it is, when we talk about

23   whether you're being fair or impartial, one concern is you know

24   yourselves, you know where your mind is at.  You've heard a

25   little bit about the case.  I want to make sure that you have

1    enough confidence in your ability to listen to the evidence and

2    be fair, that you, yourself, if you were selected, would be

3    able to feel comfortable with that because you know that you're

4    in a position that, if it was you that was in trial and

5    yourself in the jury box, you'd get a fair shake, someone would

6    be listening carefully, someone wouldn't jump to conclusions,

7    someone would hold the government to their burden of proof.

8         Now, I know a number of jurors have already shared that

9    they have some concerns about the presumption of innocence and

10   that's totally understandable.  But I want to make sure anybody

11   else that may not have been heard and that wants to share any

12   concerns they may have about serving on this jury, when they

13   look inward and see whether or not you would be a good juror if

14   it was a case where you were the one fighting in the case.

15        Anybody want to opine or anybody else that hasn't been

16   heard on that feeling or feel strongly about that want to share

17   anything?  Okay.  I don't see anyone raising hands.  Counsels

18   may follow up a little bit on that.

19        So one thing I did want to just touch on, I have a

20   couple of notes and I wanted to follow-up.  Aside from Jurors

21   No. 17 and 56, do I have any other jurors that require a

22   private conference?  Okay.  Your number?

23        THE PROSPECTIVE JUROR:  10.

24        THE COURT:  Ten.  Okay.  I'll add you to the list as

25   well.  Anyone else?  I have someone in the back.  If I can just

1   get that juror number.

2          THE PROSPECTIVE JUROR:  63.

3          THE COURT:  63.  All right.  Thank you all.  We're

4   going to take a little break in a minute and I'm going to go

5   ahead and bring you guys in one at a time to touch base with

6   you.

7          And I wanted to ask also, Juror No. 31, who I know is

8   in the back there -- yes.  We've talked about it a little bit

9   but I wanted to follow up on your feelings about the

10  unnecessary testing.  Now that we've talked a little more,

11  anything else you want to add about your feelings or your

12  ability to serve?  Do you have any concerns or can you set

13  aside what you had with your grandmother, who I know is 93?  I

14  wanted to get a follow-up again with you because we touched

15  base on this but didn't kind of finish it.

16         Where are you sitting at right now, mentally?

17         THE PROSPECTIVE JUROR:  I'm a little bias due to the

18  reason that I live -- how these companies, they produce tests

19  and lab work which are not necessary, which I don't -- it might

20  be the case in this case.

21         THE COURT:  Okay.  So it's hard for you to set that

22  aside if you're in this case?  Because we don't know if they're

23  necessary or not.  We haven't heard any evidence.

24         THE PROSPECTIVE JUROR:  Right, right.  I believe that's

25  in the back of my mind.  So I might have a bias conclusion.

1          THE COURT:  Okay, that's fair.  I just wanted to make

2     sure I got a better understanding of where you were on that.

3          And I believe right next to you I also had some notes I

4     wanted to clarify, Juror No. 32, who also had a grandmother who

5     I believe had gone through some genetic testing.

6          If you could also give me a finer point or sense of

7     where you are in terms of your ability to listen to the

8     evidence.

9          THE PROSPECTIVE JUROR:  Yeah.  I mean, there's --

10    there's not really reasoning for my predicament of what

11    happened, that I had foreseen for that testing to be done.  So

12    I do feel that that would lead me in a bias standpoint.

13         THE COURT:  So you believe that although clearly we

14    have a different set of facts here, you're going to carryover

15    your grandmother's experience with genetic testing and hold it

16    against the defendant here?

17         THE PROSPECTIVE JUROR:  Yes, sir.

18         THE COURT:  Okay.  The only other thing I wanted to

19    follow up a little bit was with one additional juror, Juror

20    No. 26.  Speaking to the lawyers, I believe someone on the

21    government's team had indicated maybe they recognized you.  You

22    had mentioned you worked with -- I think you said the U.S.

23    Attorney's Office.  Can you tell me a little more about that

24    relationship?

25         THE PROSPECTIVE JUROR:  No.  I work with several people

1    who were U.S. attorneys.

2            THE COURT:  Ah, thank you.  Can you give me a little

3    more information about what work that was?

4            THE PROSPECTIVE JUROR:  Well, I work at a 2800-person

5    law firm that does -- we have a former U.S. Attorney from

6    California, former U.S. Attorney from New York, and I deal with

7    them all the time, so...

8            THE COURT:  Okay.  And you had indicated to me that

9    despite that involvement -- your practice, I presume, is civil

10   in nature?

11           THE PROSPECTIVE JUROR:  It is civil in nature.

12           THE COURT:  Okay.  Any concerns about impartiality?

13   You suggested you thought you could be, but I wanted to touch

14   base with you again on that.

15           THE PROSPECTIVE JUROR:  Yeah, I think I can be

16   impartial.

17           THE COURT:  Thank you for that, sir.  I appreciate

18   that.

19           So let's talk about the million-dollar question.  And I

20   may bring some folks in in a little bit, if I need to get more

21   clarity.  And that's, you know, if I'm picked, how long am I

22   gonna be here?  That's every juror's biggest concern, right?

23   So let me tell you what the expectation is in this case.

24           And I want to start by saying, obviously, that I

25   recognize this is an imposition, and I know that everyone here

1     is taking time out of their day.  And I know what I'm asking is

2     difficult for some, and there may be issues with scheduling and

3     you're gonna have to make accommodations to be here.

4          But I go back to what I said when I started, we ask

5     very little of our citizens.  This case has been ready for

6     trial.  The lawyers, this is their day.  It's the day for

7     Mr. Patel he's been waiting for and the government's been

8     waiting for.  And out of respect for them, we need jurors that

9     are locked in and can do their job as citizens and listen to

10    the evidence.

11         So the goal is to pick our jury today, and we are going

12    to get started tomorrow with testimony.  I will finish this

13    trial, no matter what, before the holidays.  It's going to

14    finish.  The outer limit of when I think this case will take is

15    December 21st.  That is approximately three weeks, give or take

16    a day or two here or there.  That is what I think it's going to

17    take to try the case.

18         In an abundance of caution, I'm setting an outer range

19    of the 21st.  I am not having anyone here on Christmas Eve or

20    close to Christmas Eve.  I recognize that those last few days

21    is the beginning of Hanukkah.  I don't want to make an

22    imposition where I don't need to.  I'm going to keep this case

23    moving.  But that is the anticipated time that I've set aside

24    for trial.

25         Now, what does the schedule look like?  Every day will

1   start at 10:00.  I will not start earlier than 10:00.  That

2   means if you have kids to drop off at school, elderly relatives

3   to check up on, maybe check in with work for an hour in the

4   morning, you're going to have that time.

5       So I need everyone here by 10:00 o'clock each day.  How

6   late am I going to go?  I will never go past 5:30.  Sometimes I

7   will end at 5:00.  It just depends on where we are on a

8   witness.  How long do I take for lunch?  Between an hour to an

9   hour and a half.  That's the schedule each day.

10      So we're not break-necking the speed, we're keeping

11  things moving with a 10:00 to 5:30 outer limit, December 21st

12  target date.  That's what I'm trying to do here.  I can assure

13  you that I'd like to, I guess, under-promise and over-deliver

14  as a judge.

15      So I sincerely believe I can meet these targets.  And I

16  think by letting you guys out before it gets very dark and by

17  giving you guys some comfort in the morning with Miami traffic

18  and family, that I can accommodate you all.  Okay?

19      Now, what we're going to do is we're going to talk

20  about concerns you may have with the schedule.  What do

21  concerns with your schedule mean to Judge Ruiz?  "My boss is

22  gonna be mad at me" is not a concern with your schedule.  If

23  you have an employer that's going to give you grief or is

24  telling you that you can't serve, give me their phone number

25  and let me call them, and I guarantee you that after ten

 1   minutes of me, you will not hear from that employer throughout

 2   your service.  I guarantee you.  Your employers cannot stop you

 3   from doing your duty as citizens.

 4        I will take care of anything you need.  Phone calls,

 5   e-mails, letters to employers, I can happily do that.  If

 6   you're a student and need more time to study for a test, I've

 7   gotten extensions for students to take tests as well so they

 8   can come and do their jury service.  So let me help you so that

 9   you can serve and be focused here and not have your mind

10   stressed about work.

11        Having said that, I do understand there are certain

12   things we cannot fix or change.  As I stated before the break,

13   you may have a wedding.  You may be flying out of town for some

14   preplanned engagement or work function.  You may have a

15   surgery.  There may be a situation of sole caregiver, where

16   there is simply no one else to assist you.  Maybe you have very

17   young children.  You don't have any family or friends to help.

18        I understand those predicaments.  I cannot promise

19   anything other than I will do everything in my power to speak

20   to the lawyers about whether or not we need you to serve.  So

21   what I'm going to do is, I'm going to go down the line, and I

22   want you to tell me if you have what you believe to be a

23   genuine conflict with your ability to serve.

24        Remember, the majority of you will leave court today

25   and will not be serving on this trial.  There is about four

1    more days in the week.  I don't know if anybody else is trying

2    any other cases.  Be careful what you wish for.  Maybe one of

3    my colleagues has a three-month trial, and you get picked for

4    that tomorrow.  So you never know.  Be careful what you wish

5    for.

6            But I can tell you we'll get this done before the

7    holidays.  The lawyers will work very hard.  I'll work very

8    hard.  We'll get it done.  So that is the qualifier.  That is

9    the schedule.  So we'll start in the box, in my first row.

10            Any scheduling concerns I need to be aware of with my

11   folks in the front row?  Any show of hands?  Anybody?

12            Okay.  Three and four, we have some schedules.  Okay.

13   What do we got on three?  Let me do my first row, if I could,

14   please.  I'm just going to go row by row, guys.  In row 1, 3

15   and 4, I had some issues.

16            So Juror No. 3, what do you have on calendar?

17            THE PROSPECTIVE JUROR:  Hello.

18            THE COURT:  Hello.

19            THE PROSPECTIVE JUROR:  So I teach at the university,

20   so I am missing class today.

21            THE COURT:  Which university?

22            THE PROSPECTIVE JUROR:  University of Miami.

23            THE COURT:  Okay.

24            THE PROSPECTIVE JUROR:  So I am just concerned about

25   reviewing students' final projects, which happen in class, for

1    the last couple of classes.

2          THE COURT:  Okay.  And when does that typically happen?

3    Can you give me a sense of what time you teach and --

4          THE PROSPECTIVE JUROR:  Mondays.  I teach Mondays,

5    between 1:30 and 2:30.

6          THE COURT:  Okay.

7          THE PROSPECTIVE JUROR:  Wrapping up the semester now

8    with final projects and final exams.

9          THE COURT:  Thank you for letting me know, ma'am.  We

10   will talk about it with the lawyers.

11         THE PROSPECTIVE JUROR:  Thank you.

12         THE COURT:  Juror No. 4.

13         THE PROSPECTIVE JUROR:  It's not the 21st, but I fly

14   out the 22nd, me and my family.

15         THE COURT:  Thank you for that.  And, again, I will do

16   everything I can to meet that target date, but thank you for

17   letting me know.

18         All right.  Anyone else in my front row?

19         Yes, Juror No. 5.

20         THE PROSPECTIVE JUROR:  My concern is I'm an

21   independent contractor, so by being here I don't generate

22   income.

23         THE COURT:  And I do know that that is -- I know that

24   we compensate but not as much, obviously, if you were working.

25   But thank you.  I will definitely talk about it with the

1    lawyers.

2          Yes, Juror No. 6.

3          THE PROSPECTIVE JUROR:  I know my boss is not going to

4    give me a hard time about being here; however, I know we are

5    insanely short-staffed and not a lot of people can replace what

6    I do.

7          THE COURT:  Thank you for that.  I will discuss it with

8    the lawyers.

9          THE PROSPECTIVE JUROR:  For me I work at a school too.

10   But I'm a teacher assistant.  I don't think for school it would

11   be a problem.  But I do have kids that I need to find --

12         THE COURT:  Some coverage, right?

13         THE PROSPECTIVE JUROR:  Yeah, for the afternoon, for

14   pickup.

15         THE COURT:  And I recognize that.  My hope is that --

16   like I said, I really don't want to go anywhere close to 5:30,

17   so I know their needs to be pickup, so that may be an issue.

18   But be aware if you're ultimately selected that might be

19   something to talk about.  But thank you.

20         Second row?  Yeah.  We can go from -- let me know the

21   numbers so I know who we're talking about.

22         THE PROSPECTIVE JUROR:  No. 16.

23         THE COURT:  Yes.

24         THE PROSPECTIVE JUROR:  I'm okay, but I have a flight

25   from the 9th to the 13th.

```
 1              THE COURT:  When is your flight?

 2              THE PROSPECTIVE JUROR:  9th.

 3              THE COURT:  Oh, 9th.  So you're out of town from the

 4    9th to the 13th?

 5              THE PROSPECTIVE JUROR:  Yes.

 6              THE COURT:  Thank you for letting me know.  I'll make a

 7    note.

 8              Yes, sir.

 9              THE PROSPECTIVE JUROR:  Hi.  I'm Juror 15.  I don't

10    directly care for, but I am in charge of the caregivers for my

11    mother in-law who is 93 years old, and health is failing very

12    quickly.  And we were trying to get away the week of

13    December 12th when my brother-in-law from Kentucky comes down

14    to Miami, and then he could care for her while we're off for a

15    little bit.

16              THE COURT:  Okay.  Thank you for letting me know,

17    ma'am.

18              THE PROSPECTIVE JUROR:  Juror 13.

19              THE COURT:  Mmm-hmm.

20              THE PROSPECTIVE JUROR:  The only issue I would have is

21    my mother.  She's ill.  She's not doing well.  She hasn't for a

22    while.  She suffers from mental illness, and it's my brother

23    and I that are taking care of her, so I think that would be my

24    only issue.

25              THE COURT:  Okay.  Thank you for that.
```

1          We'll move on.  Anyone else at the end here?  I know we

2    have a private conference with Juror 10, but anything else

3    regarding scheduling?

4          THE PROSPECTIVE JUROR:  I will speak with you privately

5    on that.

6          THE COURT:  Yeah.  I'll bring you in a little bit.

7    Thank you, sir.

8          THE PROSPECTIVE JUROR:  Just a trip to Virginia, the

9    5th to the 12.

10         THE COURT:  Thank you.

11         THE PROSPECTIVE JUROR:  A trip out of the country, the

12   second, this Friday through the next Friday.

13         THE COURT:  Okay.  You got it.  Thank you.  Okay.

14         All right.  Going to my section over there, my left --

15   oh, I'm sorry.  Juror No. 1.  Yes.

16         THE PROSPECTIVE JUROR:  Sorry.  I'm also a music

17   teacher, and my students will be preparing a few very big

18   concerts in December.  And without me there, they wouldn't be

19   able to put the music together in order to perform for their

20   families for the holiday concert and Pearl Harbor Day concert.

21   So that is my big concern, not being able to guide them through

22   rehearsals and such.

23         THE COURT:  All right.  Thank you for that, sir.

24         All right.  I think we can move to the first row that I

25   have in the back there, on the left.

```
 1              THE PROSPECTIVE JUROR:  Yes.  I'm making plans on
 2    selling my home.
 3              THE COURT:  What number?  I'm sorry, ma'am.  That
 4    microphone I don't think is on.
 5              THE PROSPECTIVE JUROR:  17.
 6              THE COURT:  Let's see if the microphone is on.
 7              Juror No. 17, sure.  You were saying you were making
 8    plans to sell your home.
 9              THE PROSPECTIVE JUROR:  Yes.  I think I'll be signing a
10    contract on Monday, and then I'll be moving out of state.
11              THE COURT:  When is --
12              THE PROSPECTIVE JUROR:  I don't have the exact dates
13    set, but that's my plans for the very, very near future.
14              THE COURT:  Okay.  Thank you for that.  All right.
15              Moving down that line.  Juror 19, yes?
16              THE PROSPECTIVE JUROR:  So I'm flying -- I'm flying to
17    Europe next Thursday.
18              THE COURT:  Flying to Europe next Thursday.  Okay.
19    Thank you.
20              All right.  Moving down that row.  Anybody else?
21              We can move to the next row.
22              THE COURT SECURITY OFFICER:  We're out of battery.
23              THE COURT:  Let's get another one there.
24              Yes, your number, ma'am?
25              THE PROSPECTIVE JUROR:  Juror No. 21.
```

1           As mentioned earlier, I am the primary caregiver for my

2   elderly parents.  My mom had a stroke in June, and we have

3   several follow-up appointments starting on December 5th with

4   her vascular doctor and her neurologist that are very important

5   to attend and very difficult to reschedule as well.

6           THE COURT:  Thank you for that.

7           Moving on.

8           THE PROSPECTIVE JUROR:  Juror No. 22.

9           I purposely work opposite my husband due to childcare,

10  so when he's on shift -- he's a firefighter.  He's gone

11  24 hours.  It would be hard finding coverage for my kids.

12          THE COURT:  Gotcha.  Thank you, ma'am.  We'll talk

13  about it with the lawyers.

14          Second row?

15          THE PROSPECTIVE JUROR:  Yes.  I'll do what I need to

16  do, but our firm is based in Washington.  I'm the chief legal

17  officer.  I was committed to be there from now until Christmas.

18  I would have gone last night but for that I had jury duty this

19  week.

20          THE COURT:  Thank you.  I appreciate that.

21          Anyone else in that second row?

22          THE PROSPECTIVE JUROR:  Hi.  I'm Juror No. 28.  I have

23  a medical procedure December 6th.

24          THE COURT:  December 6th.  What time is that at, ma'am?

25          THE PROSPECTIVE JUROR:  9:30.

```
 1              THE COURT:  9:30.  I don't want to -- if you want to do
 2      it in private conference, we can talk about it.  Is it
 3      something that is time-sensitive, longstanding?
 4              THE PROSPECTIVE JUROR:  Yes.
 5              THE COURT:  Yes?
 6              Okay.  All right.
 7              Third row, I believe, at this point?  Yes, ma'am.
 8              THE PROSPECTIVE JUROR:  Juror No. 33.
 9              THE COURT:  Sure.
10              THE PROSPECTIVE JUROR:  I think you said before you
11      would start tomorrow.
12              THE COURT:  Yes, tomorrow at 10:00.
13              THE PROSPECTIVE JUROR:  I've had a really bad toothache
14      for three days.  I have an appointment tomorrow, so --
15              THE COURT:  What kind of appointment do you have
16      tomorrow?  I'm sorry.  I didn't hear you.
17              THE PROSPECTIVE JUROR:  For my teeth.  I have a
18      toothache.
19              THE COURT:  Toothache.  Okay.
20              THE PROSPECTIVE JUROR:  So I would like to go.
21              THE COURT:  Sure.  Thank you, ma'am.
22              Anybody else in that row?
23              THE PROSPECTIVE JUROR:  Juror No. 34.
24              I'll be out of town this weekend.  I get back on Monday
25      at 9:00 o'clock in the morning, but --
```

```
 1              THE COURT:  When do you fly out?

 2              THE PROSPECTIVE JUROR:  Friday night.

 3              THE COURT:  Okay.

 4              THE PROSPECTIVE JUROR:  And then I get back Monday

 5    morning.

 6              THE COURT:  Got it.  Thank you.

 7              Other side now, I believe.

 8              Oh, Juror No. 36; is that right?

 9              THE PROSPECTIVE JUROR:  It's No. 36.

10              THE COURT:  Yes.

11              THE PROSPECTIVE JUROR:  I'm traveling to Europe on the

12    20th.

13              THE COURT:  Okay.

14              THE PROSPECTIVE JUROR:  December 20th.  I'm also an

15    independent contractor too.

16              THE COURT:  Okay.  Thank you for that.  All right.

17              And I wanted to ask you, ma'am, while I have you here,

18    you had mentioned, ma'am, you have a son with a chronic

19    condition and you work with a doctor's office.  I didn't get a

20    chance to get a final sense of your ability to come into this

21    case with an open mind.

22              You've heard a little bit more now.  Can you maybe

23    explain more given your experience with the genetic testing and

24    its sensitivity and as to where you think you are right now?

25              THE PROSPECTIVE JUROR:  Yes.  For what I think of --
```

1    what I've been thinking about since the beginning is that it's

2    been so hard for me to get genetic testing for my son, that I

3    just find unbelievable that he was able to get so many cases,

4    or maybe I should have changed doctors and go to the doctors

5    that work with this lab.

6           So it's a little bit difficult for me to be impartial

7    because of this situation.  And then I also mentioned to you

8    that I work for a doctor's office.  You know, I -- even though

9    I was in marketing, I see how things are a little bit -- I just

10   don't want to get into specifics, but I know how people can go

11   in front of others and things like that.

12          THE COURT:  Okay.  Thank you, ma'am.  I just wanted to

13   get that clarification.

14          All right.  On my right -- sorry.  Do I have someone

15   else?

16          Scheduling, ma'am.  Your Juror No.?

17          THE PROSPECTIVE JUROR:  24.

18          THE COURT:  Sure.

19          THE PROSPECTIVE JUROR:  I am a preschool teacher, the

20   primary teacher, and I am their third teacher.  So this is

21   their third transition.  Hopefully, I'm their last teacher for

22   the rest of the year.

23          I am absent today, and it really affects them everyday

24   that I am not with them.  And I also don't have a car, so it's

25   really hard for me to get here.

1            THE COURT:  Thank you, ma'am.

2            Ma'am, we had talked about this a little bit after

3    reading the indictment, but I think you had also been one of

4    the jurors who was concerned a little bit about the money, and

5    I tried to explain that's less of an issue as we sit here now.

6            Anything you wanted to add on the presumption of

7    innocence, about your sense of the need to keep an open mind in

8    this case?  Where are you at on this subject?

9            THE PROSPECTIVE JUROR:  I think more -- for me, it's

10   more of a mental health thing.  Like sometimes logic and stuff

11   like that it's hard for me to process, and sometimes I can let

12   the emotion -- I think we had also spoken about that -- like,

13   get in the way of things, so I don't feel like I'll be able to

14   be impartial.

15           THE COURT:  So your concern is more sympathy and/or

16   prejudice or more --

17           THE PROSPECTIVE JUROR:  Yes.

18           THE COURT:  All right.  We'll discuss that with the

19   lawyers.

20           THE PROSPECTIVE JUROR:  All right.

21           THE COURT:  I think that takes care of that side of the

22   courtroom.  So I think -- do we have someone else?

23           I'm sorry, sir.  Juror No. 32, I believe.

24           THE PROSPECTIVE JUROR:  31.

25           THE COURT:  31.  Sorry.

1           THE PROSPECTIVE JUROR:  I have family vacation of

2    the -- the week of the 12th.

3           THE COURT:  Are you going to be out of town that week?

4           THE PROSPECTIVE JUROR:  Yes.

5           THE COURT:  Where are you headed?

6           THE PROSPECTIVE JUROR:  We're headed to Ocala.

7           THE COURT:  Okay.  Thank you.

8           Anyone else on that section?  No.  On my right?

9    Scheduling issues?  Anything on scheduling?

10          THE PROSPECTIVE JUROR:  Hi.  Juror No. 37.

11          THE COURT:  Yes.

12          THE PROSPECTIVE JUROR:  I work for a judge.  I'm his

13   J.A.

14          THE COURT:  Which judge do you work for?

15          THE PROSPECTIVE JUROR:  Judge Jorge Cueto.

16          THE COURT:  Yes, I know Jorge Cueto quite well.  He's

17   in probate now?

18          THE PROSPECTIVE JUROR:  Yes, probate.

19          THE COURT:  It's a little slower over there.  I think

20   you'll be okay over here.

21          THE PROSPECTIVE JUROR:  Well, we're a little slow, but

22   as you know, Judge, in our office, it's just the bailiff and

23   the J.A.  I'm the one who runs his calendar.  Thankfully we

24   don't have calendar today, but tomorrow we have a full

25   calendar, including every other day after that.

1         The attorneys are not going in the courtroom over

2    there, so we have to do it remotely.

3         THE COURT:  On Zoom, right?

4         THE PROSPECTIVE JUROR:  I have to place all these calls

5    and connect them to the judge.  So it'll be very stressful for

6    me to be here because I am concerned about all my work that's

7    not being done or covered over there.

8         THE COURT:  Understood.  I spent seven years as a

9    colleague of your judge.  I will call him if ultimately we need

10   you here, and I'll take care of it for you.

11        All right.  Anybody else in the second row?

12        THE PROSPECTIVE JUROR:  Yes.  No. 47.

13        THE COURT:  Yes.

14        THE PROSPECTIVE JUROR:  I have a final.  I'm a college

15   student, and I have finals --

16        THE COURT:  Are you ready for the final?

17        THE PROSPECTIVE JUROR:  I hope so.

18        THE COURT:  Do you need a little more time to study?

19   I'm your guy if you need a little more time.

20        What's the subject?  What subject do you have?

21        THE PROSPECTIVE JUROR:  I have a final for my senior

22   seminar Tuesday.

23        THE COURT:  What's it about?

24        THE PROSPECTIVE JUROR:  It basically covers everything

25   I've learned under my biology degree.

1          THE COURT:  So it's biology?

2          THE PROSPECTIVE JUROR:  Yeah, everything bioscience.

3    And Wednesday, another final for ecology.  Thursday, biotech

4    presentation, this week, and next week, Thursday is the final.

5          THE COURT:  Well, like I said, I don't mean to make

6    light of it.  I know as a student how hard you're probably

7    studying for these exams.  I will talk about it with the

8    lawyers.  But certainly, if you need accommodation, I will

9    assist you, if ultimately it comes to that.

10         But thank you for letting me know.

11         THE PROSPECTIVE JUROR:  I'm also out of town the 16th

12   through 18th of December.

13         THE COURT:  Where do you go on the 16th?

14         THE PROSPECTIVE JUROR:  To Orlando.

15         THE COURT:  Okay.  Thank you, ma'am.

16         Anyone else in that row?

17         All right.  Row after that?  Let's see what we've got.

18         THE PROSPECTIVE JUROR:  Hi, I'm Juror 54.

19         THE COURT:  Sure.

20         THE PROSPECTIVE JUROR:  I am a middle school teacher.

21         THE COURT:  Okay.

22         THE PROSPECTIVE JUROR:  So every day that I am here, my

23   kids are not getting what they need.  It's easy to find a sub

24   for a couple of days, but three weeks is -- it will take a toll

25   on what they need to do.

1          THE COURT:  Understood.  Thank you, ma'am.

2          Anyone else in that row?

3          THE PROSPECTIVE JUROR:  Yes.  My number is 51.

4          THE COURT:  51.  Go ahead, ma'am.

5          THE PROSPECTIVE JUROR:  On December 3rd, Friday, I go

6    on the cruise, this Saturday to next Saturday.

7          THE COURT:  So you're out from December 3rd through the

8    following week?

9          THE PROSPECTIVE JUROR:  December 17th.

10         THE COURT:  Saturday through the 10th, I guess, you are

11   off through the 10th?

12         THE PROSPECTIVE JUROR:  The 10th, yes.

13         THE COURT:  So you're out the week of December 5th

14   then; is that right?

15         THE PROSPECTIVE JUROR:  On December 17th, I go to my

16   country.

17         THE COURT:  And where is that?

18         THE PROSPECTIVE JUROR:  I coming back January 8th.

19         THE COURT:  Which country are you headed to?

20         THE PROSPECTIVE JUROR:  Venezuela.

21         THE COURT:  Thank you, ma'am.  We'll talk about it with

22   the lawyers.

23         All right.

24         THE PROSPECTIVE JUROR:  Juror No. 50.  I just have one

25   date, December 9th, my best friend's wedding.

```
 1              THE COURT:  That's on Friday?

 2              THE PROSPECTIVE JUROR:  Yeah.

 3              THE COURT:  You're going to be leaving in the morning?

 4              THE PROSPECTIVE JUROR:  I'm walking in the wedding, so

 5    it's kind of a whole day affair, one of those.

 6              THE COURT:  Understood.

 7         Let me also follow up.  We've talked a little bit with

 8    you about your father sadly passing, and then I know also some

 9    of the concerns with the money.

10         I just want to get a sense again about your ability to

11    set that aside.  Where are we with that ability or inability,

12    if you were to serve?

13              THE PROSPECTIVE JUROR:  Yes.  Thank you actually for

14    that explanation about not denying the paper trail, but -- the

15    subject matter is not that.  It's the validity of these genetic

16    testing or not, so that definitely did help me.

17              THE COURT:  Good.

18              THE PROSPECTIVE JUROR:  I think I could be impartial.

19    Is that the right way to say it?

20              THE COURT:  Yeah, could be impartial, right.  That

21    would be the way to do it.  Thank you.  I just wanted to get

22    that clarity because I knew the money wasn't one of your

23    concerns.

24              THE PROSPECTIVE JUROR:  Thank you.

25              THE COURT:  Thank you.  All right.
```

1          Anyone else in that row?  If not, the next row after

2     that will work.

3          THE PROSPECTIVE JUROR:  No. 59.

4          THE COURT:  Yes.

5          THE PROSPECTIVE JUROR:  I live in two countries now

6     because I retired last year.

7          THE COURT:  Okay.

8          THE PROSPECTIVE JUROR:  Some part of the months I live

9     in Costa Rica, and now I'm here.  I'm leaving next Friday, and

10    I will come back in February, but I don't mind if I have to

11    stay.  The only thing is, I have my husband over there.

12         THE COURT:  Right.  That's okay.  I mean, he can

13    understand.  Tell him that the judge made you stay.  I don't

14    think he's going to take it personally.

15         But do you have a travel plan that if you are selected,

16    that you can adjust?  Did I understand that right?

17         THE PROSPECTIVE JUROR:  I beg your pardon?

18         THE COURT:  That if you need to stay, you can stay?

19         THE PROSPECTIVE JUROR:  Yeah, I can stay.  The only

20    thing is, I need to talk to the airlines.

21         THE COURT:  Sure.  Hopefully they won't give you any

22    problems changing any flights.  Thank you, ma'am.  I do

23    appreciate your willingness to accommodate me.  That was,

24    again, Juror No. 59, I believe.

25         Okay.  So I believe I'm in that last row.

1          Yes, sir.  Go ahead.

2          THE PROSPECTIVE JUROR:  No. 61.

3          THE COURT:  Yes.

4          THE PROSPECTIVE JUROR:  So the 15th and 16th of

5    December I'd be out of town.

6          THE COURT:  And where are you going to be?

7          THE PROSPECTIVE JUROR:  Orlando.

8          THE COURT:  All right.  And what are you doing there?

9    Is that for work?

10         THE PROSPECTIVE JUROR:  It's a little embarrassing, but

11   Disney, so nonrefundable hotel and park tickets.

12         THE COURT:  They're expensive nowadays, so I

13   understand.  All right.  So that's the 15th and 16th.

14         Anything else on your calendar, or that's the primary

15   conflict?

16         THE PROSPECTIVE JUROR:  Just those two.

17         THE COURT:  All right.  Anything else in that back

18   row --

19         THE PROSPECTIVE JUROR:  Yes.

20         THE COURT:  -- that I haven't spoken to yet?

21         THE PROSPECTIVE JUROR:  No. 62.

22         THE COURT:  Yes.

23         THE PROSPECTIVE JUROR:  So I'm a regional HR director,

24   and I actually have midyear calibration meetings starting

25   December the 5th through the 9th, and I'll be traveling through

1    the various offices, Orlando, Tampa, and Jacksonville.

2            THE COURT:  Thanks for letting me know.  We will talk

3    about it with the lawyers.

4            Anyone else in that row that I haven't talked to?  That

5    is it?

6            I meant to ask you, sir, on Juror No. 61, you were

7    talking about your trip on the 15th and 16th.  You also had

8    raised, very similar to one of the prior jurors, a particular

9    concern about the money and the finances.  I wanted to see if I

10   had helped you with that, where you're at in terms of your

11   ability going into this case to being fair and impartial.

12           Has that changed or somehow altered anything you

13   planned on doing?

14           THE PROSPECTIVE JUROR:  I probably communicated it

15   poorly because it wasn't that I needed to see the proof of

16   that.  It's more that because I feel there is a paper trail --

17   or there are records and audits and such -- because there were

18   so many allegations -- just the volume of allegations, reading

19   and hearing all of that is what swayed my opinion.

20           THE COURT:  So you're not right now feeling like you're

21   centered between the two sides; is that right?

22           THE PROSPECTIVE JUROR:  Yes.

23           THE COURT:  All right.  I think I've heard from

24   everyone on any sort of scheduling.

25           Let me, once again, remind you all that there are

1    accommodations I can make.  I'll do what I can.  But I don't

2    want to have a situation where you're shocked or surprised if

3    unfortunately you're going to be asked as part of your service

4    as citizens of this great country to make accommodations to

5    ensure the sanctity of a criminal jury trial proceeding.

6           I will do everything I can for those folks certainly

7    that are facing scheduling issues that do not appear to be open

8    to rescheduling or modification.  But I do recognize that there

9    may be folks selected in this process who will have to make

10   accommodations.  It will not be easy.

11          And I ask you, again, to do your best to work with us.

12   I will keep the schedule as tight as I can, but we will talk

13   about it, between the lawyers and myself, and see if we can

14   make accommodations here and there when we're selecting the

15   folks to serve.

16          So what I'd like to do now is take a brief break so

17   everyone can use the restroom, and I can have my few private

18   conferences.  It's going to be Jurors 10, 17, 56, and 63.

19          I would ask that those jurors whose numbers I've

20   called, do not stray too far from the courtroom because we will

21   have someone come and get you to bring you in so you can touch

22   base with me.

23          And then once we do that, I will bring you all back in,

24   and that'll be the last time that we engage because the lawyers

25   will have some brief questioning.  And after that, we will go

1    ahead and figure out who will stick behind and who's going to

2    be going.  All right?

3            So with that being said, everyone is excused at this

4    time.  Those few jurors, please make sure you stay outside.

5    I'll be calling you in numerical order.

6            You are excused.

7            THE COURT SECURITY OFFICER:  All rise.

8        (Prospective jurors exit at 3:22 p.m.)

9            THE COURT:  All right.  Please be seated, everyone.  If

10   I could -- guys, if you could help me bring in Juror No. 10

11   first.

12       (Prospective juror enters at 3:24 p.m.)

13           THE COURT:  Hi, sir.  You can sit anywhere there in the

14   box.  Let's get you a microphone.  Just grab the first seat

15   there, and go ahead and share with me your concerns.

16           Go ahead.

17           THE PROSPECTIVE JUROR:  Sir, first of all, tomorrow I

18   have a doctor's appointment.

19           THE COURT:  Okay.

20           THE PROSPECTIVE JUROR:  I have to go to my primary

21   because they have to refill -- I am a diabetic.  I have

22   hypertension.  So I have to get medicine for those refilled.

23           THE COURT:  What time is that about?

24           THE PROSPECTIVE JUROR:  That's about 8:30,

25   9:00 o'clock.  So I don't think I'm gonna make it by 10:00.

 1          THE COURT:  All right.  Is that your only main concern?

 2          THE PROSPECTIVE JUROR:  Well, that's the primary

 3   because every two weeks I go and take shots.

 4          THE COURT:  Okay.

 5          THE PROSPECTIVE JUROR:  So that might be a schedule --

 6   plus I work the overnight shift.  So if that wasn't the issue,

 7   I could make it here.  Because I would still need to work

 8   because I have two child supports, and they deduct it off my

 9   paycheck.  So I can't miss work for three weeks.

10          THE COURT:  Okay.  And when you say you're overnight

11   shift, would you be working then at night after being in court?

12          THE PROSPECTIVE JUROR:  11:00 p.m. to 7:00 a.m.

13          THE COURT:  All right.  Thank you.  I'll talk about it

14   with the lawyers.  Thank you for letting me know.

15          (Prospective juror exits at 3:26 p.m.)

16          THE COURT:  The next juror, if we could bring him in,

17   is No. 17, please.

18          (Prospective juror enters at 3:26 p.m.)

19          THE COURT:  Hi, ma'am.  Let me just get you a

20   microphone.  You can come up here so I can hear you better, if

21   that's all right.

22          THE PROSPECTIVE JUROR:  Sure.

23          THE COURT:  Thanks so much.

24          So Juror No. 17, ma'am, you wanted a private

25   conference.  Tell me, what did you want to share with the

1    Court.

2          THE PROSPECTIVE JUROR:  I'm, like, full of anxiety over

3    this.  I've been widowed about a year and a couple of months,

4    so I'm going through a lot of like changes, and I mentioned

5    briefly that I'd like to sell my properties and move to be with

6    my family in Pennsylvania.

7          And I just found today -- this just went -- it was too

8    much for me.  I'm shaky.  I feel like I'm going to have -- I've

9    had one panic attack in my life, and that's how I feel today.

10   I just feel like I can't add anything more to myself.  I can't,

11   like, physically take it.

12         THE COURT:  All right.  Well, I can tell you that we've

13   done a lot today, probably moved at a pace that I will admit is

14   a little more fast than you would see during the trial, which

15   is a little more smooth in terms of the witness presentations

16   and the testimony.

17         So I'll talk about it with the lawyers, but certainly

18   we have moved at a clip and asked a lot more of you than we

19   would with you being able to just listen, because there will be

20   no give and take.  Once the jury is seated, it'll be just you

21   going ahead and listening.  And I will tell you that I do

22   intend on taking breaks.  I'm not going to have you push on

23   through long stretches of testimony where I can avoid it.

24         So I'll talk to the lawyers about it.  But I certainly

25   want you to feel comfortable that I can try to make

1    accommodations if you need them, if you're ultimately asked to

2    serve.

3          THE PROSPECTIVE JUROR:  Okay.  Yeah, because I need to

4    also make plans to move.

5          THE COURT:  Sure.

6          THE PROSPECTIVE JUROR:  For being here until Christmas

7    and then trying to move at the same time frame --

8          THE COURT:  Understood.  Yes.

9          THE PROSPECTIVE JUROR:  It's hard for me.  I'm by

10   myself down here.

11         THE COURT:  And the only thing I can say is my hope is

12   not to eat up a full day.  I know it's a little after hours

13   when you're done here, but starting later in the morning, my

14   hope is I can accommodate folks that need to check in with

15   home, check in with work, make calls, certainly also by giving

16   a good lunch break.  But I'll talk about it with the lawyers.

17   Thank you, ma'am.

18         THE PROSPECTIVE JUROR:  Thank you, sir.

19      (Prospective juror exits at 3:29 p.m.)

20         THE COURT:  Okay.  I need Juror No. 56, please.

21      (Prospective juror enters at 3:29 p.m.)

22         THE COURT:  Hi, ma'am.  Please have a seat.

23         THE PROSPECTIVE JUROR:  Thank you, Your Honor.

24         THE COURT:  So tell me, what did you want to share with

25   the Court?  Go ahead, ma'am.

1          THE PROSPECTIVE JUROR:  Basically, at the beginning,

2     when we started, I felt like I could have been impartial, but I

3     think after hearing everything that was presented, I find it

4     difficult to believe that this is something that, you know, is

5     not -- you know, if we're here, it's for a reason, basically.

6          I feel like there's more than someone who's got, you

7     know, the amount of money and power that could be persuasive to

8     have been able to get so many of the -- you know, the testing

9     out there.  And I just don't know that I can be impartial to

10    something like that.

11         THE COURT:  So let me unpack that a little bit.  So

12    obviously the important thing here is that everything we read

13    and everything we discussed, you know and you acknowledged, it

14    is not evidence.

15         You understand that, right?

16         THE PROSPECTIVE JUROR:  Correct, correct.

17         THE COURT:  I do know it's voluminous and it's long,

18    and that's why I asked about the presumption of innocence.  You

19    haven't heard any evidence yet.  The government is going to

20    carry that burden.  Certainly, I understand the concern that

21    you've heard about the money.  The money is really less of an

22    issue than I think a lot of the jurors realized until later

23    this afternoon.

24         Are you telling me that as we start, you're not going

25    to hold the government to their burden and assume, at some

1   point, that Mr. Patel did something wrong?

2           THE PROSPECTIVE JUROR:  That's what I feel.

3           THE COURT:  Okay.  And that's okay.  I want to make

4   sure that I understand exactly what your perspective is.

5           THE PROSPECTIVE JUROR:  Yes.

6           And I also wanted to mention, and I should have said it

7   before, but I share a car with my son.  Transportation is gonna

8   be somewhat of an issue for me.

9           THE COURT:  Okay.  Thank you, ma'am.  I'll discuss it

10  with the lawyers.

11          THE PROSPECTIVE JUROR:  Thank you, Your Honor.

12      (Prospective juror exits at 3:31 p.m.)

13          THE COURT:  And then I need Juror 63, if I could, guys,

14  please.

15      (Prospective juror enters at 3:32 p.m.)

16          THE COURT:  Thank you, sir.  I'm sorry to make you come

17  all the way back in.

18          So tell me -- you were very forthright -- and I want to

19  tell you how much I appreciate it -- earlier that you believed

20  strongly that even though you worked in the healthcare and

21  telehealth field as an ICU nurse, I believe, that you could

22  remain impartial.

23          What did you want to share with me beyond your

24  comments?

25          THE PROSPECTIVE JUROR:  Yes.  I want to say that I work

1    12-hour nightshifts.  I'm a vampire.  I'm on the opposite side

2    of the world with my circadian rhythm.  My days off, I usually

3    sleep.  This is torture to me, to be here awake at this hour.

4            So, you know, I don't know if I can have the state of

5    mind and the clarity of mind trying to flip my schedule to a

6    day -- you know, a dayshift person, a day person.  I don't

7    know.  Is that going to -- I think it'll interfere with my

8    ability to be really an active participant and do justice to

9    the United States and Mr. Patel, to give them my undivided

10   attention.

11           Beyond the physical limitations that I have, mobility

12   issues with my conditions, I do have scheduling difficulties.

13   I didn't bring my day planner with me, but from now until the

14   end of December, I have three major conflicts with scheduling,

15   with medical testing for chest pain, probably early congestive

16   heart failure, and medical procedures that I have a date at the

17   hospital.  So those I cannot reschedule.  I have them, like,

18   peppered over the next three to four weeks.  I have to make

19   sure I get those finished.

20           To get an appointment with a physician is, like --

21   everybody's booked up three or four months in advance, and the

22   testing that I have to have done and the procedures is

23   necessary.

24           THE COURT:  Okay.  Thank you for that.  I know it's a

25   lot on your plate.  I will definitely discuss that with the

1     lawyers, and we'll work on this.  Thank you so much.

2              THE PROSPECTIVE JUROR:  Thank you.

3              THE COURT:  You're welcome.

4         (Prospective juror exits at 3:35 p.m.)

5              THE COURT:  Okay.  Before we bring in our jurors, as I

6    discussed earlier, and I mentioned to you all at sidebar, in

7    order to facilitate expeditious questioning by both sides, I

8    will venture to guess that I have covered almost everything

9    that needs to be covered here.

10             So I expect that both of you will have no problem

11   staying inside my time limitations.  And if you do, I'll let

12   you know you've hit those limitations.  But we're going to go

13   ahead and have a discussion now about who is no longer in play.

14             The purpose of this is so you don't waste any of the

15   Court's time or the jurors' time asking questions to jurors

16   who, No. 1, are looking to get out of jury service and will

17   continue to volunteer information that is not beneficial for

18   other jurors to hear.  And No. 2, simply to not belabor the

19   point for folks who clearly cannot serve.

20             So we're going to go through it together, and my goal

21   is to leave a group of relatively available and uncompromised

22   jurors that you can then ask some follow-up to, especially if

23   you haven't heard much from them, or if there's questionnaire

24   items you want to explore.

25             So we have a number here.  These are the ones that, to

1   me, at least stand out.  If I am not calling these out, it's

2   because I'm probably not persuaded that it's a cause challenge,

3   and you're better left making that argument to me when we get

4   into selection.  But there are ones that I think are quite

5   obvious, but I will ask and make sure that both sides are in

6   agreement with my evaluations on these jurors.

7         So a number of these really jumped out after the

8   indictment was read, and they have issues with the presumption

9   of innocence.

10        The first one that I had that was pretty clear was

11   Juror No. 2.  I don't know if anyone had any disagreement with

12   me, presumption of innocence problem with 2.

13        Government saw that with me?

14        MS. DE BOER:  Agree.

15        THE COURT:  Defense?

16        MR. SADOW:  Yes, Your Honor.

17        THE COURT:  All right.  So 2 is going to be out for

18   cause.

19        The next one I had was presumption of innocence problem

20   for Juror No. 4.  That was also, again, to me pretty clear.

21        Any disagreement or different notes from the government

22   on that?

23        MS. DE BOER:  Agreed, Your Honor.

24        THE COURT:  How about on the defense side?

25        MR. SADOW:  Agreed.

1          THE COURT:  Okay.  Next one I had was Juror No. 7.

2   That juror also indicated some issues with the money, and that

3   there would be some truth, I believe, to the allegations.

4          Any objection from the government?

5          MS. DE BOER:  No objection.

6          THE COURT:  From the defense?

7          MR. SADOW:  Agreed.

8          THE COURT:  Okay.  Then I had Juror 8, who also has a

9   very clear concern with travel anyway, but went very clearly

10  into the genetic condition problem and expressed concerns about

11  presumption of innocence.

12         Any objection from the government on that?

13         MS. DE BOER:  No objection.

14         THE COURT:  Anything from the defense?

15         MR. SADOW:  No objection.

16         THE COURT:  Okay.  That's 8.

17         No. 9, I wouldn't want to appear before that pastor,

18  but he apparently does not believe in the presumption of

19  innocence and noted that all the lawyers here meant something

20  was going on, and then on top of that is out anyway on

21  December 5th through the 12th.

22         Any objection on the government's side?

23         MS. DE BOER:  No objection.

24         THE COURT:  Defense?

25         MR. SADOW:  No objection.

1        THE COURT:  Next one I have is Juror No. 13.  There is

2   a number of issues with this gentleman.  I think he is very

3   locked in on getting excused.  But besides family issues,

4   cancer concerns and a girlfriend in the insurance business, he

5   had a litany of concerns that make him inappropriate to serve.

6        Anything on the government's end, or do you agree with

7   me on that?

8        MS. DE BOER:  Agreed.

9        THE COURT:  Defense?

10       MR. SADOW:  Agreed.

11       THE COURT:  All right.  Again, you may have some

12  disagreements on other folks.  These are the ones that, to me,

13  were open and obvious, and we don't need to waste time.

14       The next one -- I had three in a row here.  I had --

15  actually, let me take that back.  Juror No. 18 is the next one

16  I have.  Juror No. 18 is dealing with some concerns about

17  presumption of innocence.  It was a little unclear, but then I

18  went ahead and followed up again.

19       I will confess.  There may also be a little bit of a

20  language issue, although I think I tried to cure that.  But her

21  concerns about fraudulent medical supply raised a red flag to

22  me.  That's, again, 18.

23       Any objection from the government?

24       MS. DE BOER:  No objection.

25       THE COURT:  How about on the defense side?

1          MR. SADOW:  No objection.

2          THE COURT:  19 is -- was dealing a little bit with --

3    besides a flight to Europe, she had all sorts of concerns

4    regarding cancer research.  Quite frankly, she knows quite a

5    bit in this space.  But she also seemed to suggest that there

6    was some concern about medical necessity.  I did not pin it

7    down exactly, but I was troubled by some of her reaction to the

8    presumption of innocence post-reading the indictment.

9          Any objection from the government?

10         MS. DE BOER:  This is 19, Your Honor?

11         THE COURT:  19, yeah.

12         MS. DE BOER:  Agreed.

13         THE COURT:  Defense?

14         MR. SADOW:  No objection.

15         THE COURT:  All right.  Thank you.

16         21 has some issue with elderly parents, health issues

17   about genetic testing, dealing with insurance companies.  She

18   also indicated some emotional concerns and then had a conflict

19   with being a primary caregiver.

20         Any objection on the government's end for 21?

21         MS. DE BOER:  No objection.

22         THE COURT:  Defense?

23         MR. SADOW:  No objection.

24         THE COURT:  All right.  24, the quote was, can't really

25   be fair.  Besides some other issues, she went into sympathy and

1   prejudice upon my reevaluation of my initial notes and made it

2   pretty clear that she is not going to be fair to the defense.

3            Any objection to the government on 24?

4            MS. DE BOER:  No objection.

5            THE COURT:  Defense?

6            MR. SADOW:  No objection.

7            THE COURT:  All right.  Next one I have is Juror

8   No. 30.  At the mere mention of a genetic test, she began to

9   cry.  I did not want to probe her.  I thought it would be

10  unwise.  She clearly is not able to serve.  She had a visceral

11  reaction to even the subject matter of the case.

12           Any objection from the government?

13           MS. DE BOER:  No objection.

14           THE COURT:  Defense?

15           MR. SADOW:  No objection.

16           THE COURT:  All right.  Now we're onto 31.  I probed 31

17  again because I wasn't clear.  Might have been a little bit of

18  a language barrier.  But he unequivocally said he was going to

19  have some bias, and he had the issue with the grandmother at

20  93 with unnecessary testing.

21           Any objection from the government?

22           MS. DE BOER:  No objection.

23           THE COURT:  Defense?

24           MR. SADOW:  No objection.

25           THE COURT:  All right.  32, also indicated some bias

1    issues with a grandmother that also was getting a lot of

2    genetic testing; did not believe that it was necessary, at

3    least those are what my notes indicate.

4           Any objection to 32 from the government?

5           MS. DE BOER:  No objection.

6           THE COURT:  Defense?

7           MR. SADOW:  No objection.

8           THE COURT:  All right.  33 had a number of problems.

9    Aside from her medical appointment tomorrow for her toothache,

10   she did talk about her mother-in-law having that breathing

11   issue, and government or -- actually, Medicare or doctors

12   taking advantage; had a number of red flags for me.

13          Any objection from the government on 33?

14          MS. DE BOER:  No objection.

15          THE COURT:  Defense?

16          MR. SADOW:  No objection.

17          THE COURT:  All right.  The next one I have wasn't

18   super clear, but now I have -- again, I want to make sure my

19   notes are right.

20          Juror 36 indicated that she had some concerns with

21   genetic testing.  She worked at a doctor's office.  I followed

22   up, and I believe the direct quote was, difficult to be

23   impartial.  She's the one that has the son with a chronic

24   condition.

25          Any objection from the government on 36?

1        MS. DE BOER:  No objection.

2        THE COURT:  Defense?

3        MR. SADOW:  No objection.

4        THE COURT:  All right.  Moving on.  The next one I have

5   on my list is 43.  43 said, tough to be unbiased, dealt with

6   concerns regarding marketing and advertising.  The quote, I

7   believe, was it's the Wild West.  I don't believe they're

8   appropriate to sit.

9        Any objection from the government?

10       MS. DE BOER:  No objection.

11       THE COURT:  Defense?

12       MR. SADOW:  No objection.

13       THE COURT:  All right.  41 -- and I'm sorry.  I think I

14   went a little bit out of sequence there with my chart.

15       41, I think that the line was, there's just too many

16   allegations; can't be unbiased.  That's the little notes I

17   have.  But it came out pretty clear on the presumption of

18   innocence.

19       Government have anything different on 41?

20       MS. DE BOER:  I agree, Your Honor.

21       THE COURT:  Defense, 41?

22       MR. SADOW:  No objection, Your Honor.

23       THE COURT:  All right.  Then I have 50.  50, father

24   passed away from cancer, talked about the paper trail.  Now,

25   she has said that she -- the validity of tests, could be

1    impartial.  I will be frank.  I mean, she also has this one

2    conflict on December 9th.  I don't know -- she said me clearing

3    up the money issue assisted somewhat.

4         So it's a little bit on the fence for me.  But the

5    validity of tests seemed to be a concern to me anyway.

6         What's the government's thoughts on 50?

7         MS. DE BOER:  I thought you rehabbed her.

8         THE COURT:  I thought too.  Why don't we do this:

9    Let's -- if anyone wants to ask for follow-up, I am not going

10   to get rid of her right now.  Let me just wait a minute.  I

11   thought I rehabbed her as well, but then we're going to lose

12   her for a full day.

13        Right now -- again, I don't think I need to completely

14   strike her, but I'm going to make a note here that there is a

15   possibility that we will -- maybe we want to ask a little more

16   follow-up on that.  It's not ideal, but I'm willing to hold off

17   a second.  I will tell you that I'm not a huge fan, but maybe

18   we can wait off, and I can ask a couple of follow-ups, or you

19   guys can ask a couple of follow-ups on that.

20        Defense, I'm sure you guys agree with me there that

21   if -- is she someone that has already compromised herself with

22   her answers?  What's your take on your notes?

23        MR. SADOW:  I would have agreed with the cause.

24        MS. DE BOER:  We don't object, Your Honor.

25        THE COURT:  You know what?  Let's let her go.  I know I

1    did a rehab on that, but she was pretty equivocal on the first

2    front, but I don't want to waste time.  So I'll excuse 50 for

3    cause.

4           The next one I have is 52.  52 said can't be -- there

5    were a couple of arguments from 52, frankly.  The government is

6    never wrong, family, then dealing with insurance fraud and

7    money laundering.

8           Any objection from the government on 52?

9           MS. DE BOER:  No objection.

10          THE COURT:  Defense?

11          MR. SADOW:  No objection.

12          THE COURT:  All right.  56 had just told us now -- I

13   did not have that on my bingo card, but when she came in now,

14   56 -- forget the transportation.  I was pretty direct.  She has

15   an issue with the presumption of innocence and is favoring or

16   holding it against Mr. Patel.

17          Any objection from the government on 56?

18          MS. DE BOER:  No objection.

19          THE COURT:  Defense?

20          MR. SADOW:  No objection.

21          THE COURT:  All right.  56 is out.

22          Then in my last run, I have -- let's see here.  56 --

23   so my next one is 61.  61, I did see rehabilitation or

24   qualification there.  Besides the trip on the 15th and 16th of

25   December, continue to say that I've been swayed, I think was

1    the word.  So I think it's pretty clear at this point that 61

2    needs to be let go.

3            Any objection from the government on 61?

4            MS. DE BOER:  No objection.

5            THE COURT:  Defense?

6            MR. SADOW:  No objection.

7            THE COURT:  All right.  And now, I think, 63 is

8    admirable, but 63 obviously is in no position to be with us, I

9    think.  And I probably skipped over No. 10.  We'll go back to

10   that in a minute, due to scheduling.

11           But 63 is working nights and has some very noticeable

12   health issues.  So I don't think we really are in a position --

13   he will not be able, I think, stamina-wise, to keep an eye on

14   the trial if he's working full nights.

15           Any objection to letting 63 out?

16           MS. DE BOER:  No objection.

17           THE COURT:  Anything on the defense?

18           MR. SADOW:  No objection.

19           THE COURT:  All right.  And I meant to -- I'm sorry.  I

20   have jumped over Juror No. 10.  Besides having some medical

21   issues, he is also working a full nightshift.  He came in in

22   private conference.  I'm worried about how alert he will be,

23   similar to 63.  I'm not exactly clear about those shots, but it

24   sounds like he takes shots for medical purposes several times a

25   week.  So getting here, if the shots are at 9:00 a.m., may

1    prove difficult.

2              Any objection from the government on 10?

3              MS. DE BOER:  No objection.

4              THE COURT:  Defense?

5              MR. SADOW:  No objection.

6              THE COURT:  So, look, I am certain that there may be

7    cause arguments to be made for other individuals.  Those are

8    the ones that jump out at me.  I know that we have a number of

9    individuals that have the occasional travel issue or they're

10   teachers.  There will be some hardships here.  We will have to

11   make due with what we have.

12             I welcome, and you're free to make arguments to the

13   Court when we go to selection that there is a cause I have

14   overlooked.  But in abundance of saving time, I want to throw

15   these folks back to you.  I do know that we have some other

16   folks, for example, I think -- let me deal with this now.

17             I think for scheduling, I want to make sure that I

18   don't miss another one that's totally out.

19             I think we lost 16, who was out December 9th through

20   the 13th.  Is that everybody's notes on that?

21             MS. DE BOER:  Yeah.

22             THE COURT:  Okay.  So obviously that's just too many

23   days.

24             Any objection on 16 being let go, from the government?

25             MS. DE BOER:  No objection.

1              THE COURT:  Defense?

2              MR. SADOW:  No objection.

3              THE COURT:  All right.  So 16 is out as well.

4         Let me just make sure that I didn't have anybody else

5    with a major travel that I'm missing here.

6         And again I do know that there are some people that

7    have medical procedures and other things.  At this point, given

8    the amount of jurors I have in play, I am more prepared to

9    slightly accommodate here and there than begin to throw you the

10   folks that may have to start a little later due to medical

11   issues or appointments.

12        So I want to game time it out and see what I'm left

13   with once we start getting into our peremptories.  We still

14   have a lot of people who are, in my view, about as

15   conflict-free as you can get on the eve of the holidays.

16        So let's go ahead.  If I don't have anything else

17   jumping off the page, I'll turn to the government.

18        Is there anything on the government's end that I'm just

19   full-blown missing?  You may have some argument, but something

20   where someone is flat out gone, and I'm missing it in my notes.

21             MS. DE BOER:  Well, Your Honor, I had a concern about

22   14, who I think had indicated he couldn't sit in judgment.  I

23   think you may have rehabilitated him.

24             THE COURT:  Yeah.  He was, I felt, sufficiently

25   rehabilitated.  If you're going to burn on that it's going to

1  be a peremptory unless you get something else out of him now

2  because he said -- he started with it's not okay to judge.

3  Then he went into if I'm forced to, then he said I can reach a

4  verdict, and he said he would listen to both sides when it came

5  to business disputes given his banking experience at Bank of

6  America, so that won't be a cause.

7        MS. DE BOER:  Okay.  And then on 51, I think this juror

8  is out the week of December 5th.

9        THE COURT:  That was -- oh, I'm sorry.  The cruise,

10  December 3rd through the 10th.  And then also going to

11  Venezuela, and had a bit of a language problem there.

12        Thank you.  That was one that I mentioned.

13        Any objection on 51 from the defense?

14        MR. SADOW:  No objection.

15        THE COURT:  And you're good with that, government?

16  She'll be out a whole week.

17        MS. DE BOER:  Yes.

18        THE COURT:  Is there anybody else from the government's

19  end that you wanted to raise?

20        MS. DE BOER:  One moment, Your Honor.

21        THE COURT:  Sure.

22       (Discussion was held off the record.)

23        MS. DE BOER:  Yes, Your Honor.  Juror 17, who just came

24  in privately about her --

25        THE COURT:  Listen, I -- no.  You guys can burn on her.

1    I'm not buying that.  She has no plan on selling any house, and

2    she looks just fine to me.  If she's that nervous, burn a

3    preemptory on her.  But I'm not wasting one on her.

4         I think she wants out of here.  I didn't note any sort

5    of anxiety that would allow her to be excused at this point,

6    and I think a lot of what she has explained to me has not even

7    been set on a calendar.

8         If she gives me a contract for closing, I'll give her

9    the morning off, but I'm not letting her out.  You can use a

10   peremptory on her.

11        Anyone else?

12        MS. DE BOER:  Just No. 1 hasn't said this, but his

13   questionnaire --

14        THE COURT:  What did he put in there?

15        MS. DE BOER:  I feel that the judicial system has

16   failed my cousin whose rights have been stripped over a mistake

17   made in his childhood.  Furthermore, no progress has been made

18   to bring the hacker that stole my money to justice.

19        THE COURT:  I'll bring him in now.  Let's talk to him

20   about that before I open that up in front of anybody else.  I

21   know he's laying it on with the music teacher thing.  So we'll

22   deal with that.  I don't want to blow up anybody's December 7th

23   Pearl Harbor recital.  The last time I checked, we don't

24   celebrate that with a music piece, but I'll talk to him.

25        If he's got that, that's legit.  The other stuff, I'm

1     not trying to say it's not going to be an inconvenience.

2     It's -- sadly, it's the end of the year, and we have a lot of

3     teachers.  It is what it is.  I'm just going to have to work

4     with that, but I'll bring him in.

5          Anything else, Ms. de Boer, that you saw that needed

6     something like that, a follow-up?

7          MS. DE BOER:  I don't think so, Your Honor.

8          THE COURT:  In terms of stuff -- I know we may

9     disagree, but there's some stuff that I think is beyond

10    disagreement, and we've knocked out a lot of those folks.

11         By my count, we're in the 30s still of viable jurors,

12    so I'm not too concerned.  I think we have enough good people

13    who are ready to serve here.  Some may have to make a couple of

14    sacrifices, but such is the exercise of jury service.

15         Let me turn to.  Mr. Sadow, anybody else?  Again, we

16    may disagree on a cause or peremptory, but I want to make sure

17    I didn't miss anything just flat out clear with someone not

18    able to be here.

19         As you can tell, I err on the side of caution.  You're

20    not going to find many judges in this district that go through

21    this cause or peremptory exercise before you guys do your

22    questioning because I'd rather you deal with conflict-free

23    folks, which is what we need here.

24         But is there anybody there that you saw that troubled

25    you beyond what I found already?

1          MR. SADOW:  Only one, Your Honor.

2          THE COURT:  Which one?  Tell me.

3          MR. SADOW:  15.  My notes indicated that No. 15

4    indicated a bias with presumption.

5          THE COURT:  You know what?  Let me see.  I do have a

6    little note there.  Thank you for flagging that.

7          Let me bring him in to make sure -- there is a couple

8    of notes here that I have.  You have to prove it's legit --

9    prove it's legit genetic testing, and there is some question

10   about you have records.  You may be right about that.  I'm

11   looking at some notes here about preliminary -- presumption of

12   innocence, rather.  I'm going to bring him in because I want to

13   see what he has to say.

14         So let's do this:  I'll bring in 1, and then I'll bring

15   in 15.  Then after that, I'll toss it back to you guys, and

16   hopefully we can streamline.  I don't think you might even need

17   the full time I'm giving you since we've pretty much narrowed

18   this down.

19         All right.  Can I get Juror No. 1, please?  Thank you.

20         (Prospective juror enters at 3:55 p.m.)

21         THE COURT:  Hi, sir.  Please have a seat.  So I wanted

22   to follow up, Juror 1, on one of the answers to your

23   questionnaires.

24         You had indicated that you had a prior experience -- or

25   a negative experience -- I believe it was with your cousin, if

 1    my memory serves me right, within the criminal justice system

 2    and his inability to get justice and have his rights restored.

 3    I wondered if you could explain to the lawyers and myself a

 4    little more about that and where it puts you as we head to jury

 5    service because that's something that is obviously a personal

 6    issue that you struggled with.

 7           Can you elaborate on that?

 8           THE PROSPECTIVE JUROR:  Yeah.  So I don't exactly

 9    remember what year this happened, but this was back in my early

10    childhood.  My older cousin, who is about ten years older than

11    I am in high school -- went to a party, as a high schooler

12    would, you know, partake in drugs and drinks at a high school

13    party and whatnot.  Things got out of hand.  The girl he was

14    with -- you know, one thing lead to another, and had accused

15    him of raping her.

16           And I trust my cousin, and I know that he's a good

17    person, and I know that he wouldn't have done something like

18    that.  But when he was convicted, I felt kind of betrayed,

19    that, you know, my cousin's a good person.  Why would he do

20    that?  I know that -- you know, whatever.

21           But, you know, later on, because -- at that time, I

22    didn't really know what the full consequences were.  But he

23    can't vote.  He can't -- he has kids now.  He can't go to their

24    school to watch their events and stuff like that.  And as a

25    teacher, I feel like that hurts not just him, but it hurts the

1    rest of the family as well.  And so I can't -- I can't be

2    unbiased, given that type of situation.  It could happen to

3    anyone.

4         If somebody makes a genuine mistake early in life, or

5    even later in life, that they didn't intend to, or they weren't

6    in the right mind to do that, that it would have an effect on

7    them throughout the rest of their life.  I find that unfair.

8         THE COURT:  Well, let me address a couple of things

9    there.  Before I was a member of this court on the federal

10   side, I presided over a number of sexual assault trials as a

11   state jurist.  So I'm familiar with what you've described and

12   your concerns.

13        All I can tell you, obviously, is this is very

14   different in terms of subject matter.  It will have nothing to

15   do with anything remotely close to what your cousin faced when

16   he went through the criminal justice system without commenting

17   on the right or wrong outcome of the jury that ultimately

18   convicted him.

19        My biggest question here is, are you going to hold that

20   experience of your cousin presumably against the government, I

21   would think, in this case, where you're going to either favor

22   the defense over the government or somehow be more skeptical of

23   the government, or are you able to set it aside, recognize it's

24   nothing that we're dealing with here, and see if the government

25   could prove their case here?

1           That's what I'm trying to get a sense of.

2           THE PROSPECTIVE JUROR:  I think that in this moment, I

3      could try to be unbiased, but in the moment of, like, being in

4      the deliberation room or being a listening juror, I might have

5      a different mindset because I -- I know that even if I say, oh,

6      no, this is how I see the facts, the other jurors -- they might

7      not see it my way.

8           THE COURT:  Well, listen, if you see the facts a

9      certain way because you believe the evidence has shown, in your

10     view, that that's the narrative, that that is what happened, I

11     don't want you to give up your firmly held beliefs, right?  And

12     we will tell you that at the end.

13          We will say we want jurors to stand their ground in

14     that view and defend their perspective and not just go on to

15     get along.  So I want jurors who are going to be

16     independent-minded and listen to the evidence.  What I don't

17     want you to do is shifting the burden or holding the experience

18     of your cousin, right or wrongly convicted, against anyone in

19     this case.  That's where I worry.

20          So do you believe that this is a situation where that

21     experience many years ago is going to somehow seep into how you

22     look at the evidence here given that they're totally different

23     allegations?  I mean, they could not be more different.

24          THE PROSPECTIVE JUROR:  Yeah.

25          THE COURT:  So you think it will seep in?

1           THE PROSPECTIVE JUROR:  Yeah.

2           THE COURT:  Okay.  All right.  So thank you for that

3      honesty.  I do appreciate that.  We're going to get back to you

4      guys in just a moment.  Okay?

5           You are excused.

6           (Prospective juror exits at 4:00 p.m.)

7           THE COURT:  Guys, if I could get Juror No. 15, please.

8      Thank you.

9           (Prospective juror enters at 4:01 p.m.)

10          THE COURT:  Hi, ma'am.  Come on in.  This will take a

11     moment, if you just want to have a quick seat there.  I just

12     want to ask you a few follow-up questions.

13          THE PROSPECTIVE JUROR:  Yes, Your Honor.

14          THE COURT:  Sure.  So one of the things that I want to

15     clarify, when we were talking about genetic testing, you had

16     shared some insight about what is or is not legitimate, and I

17     just wanted to confirm my notes regarding your views of what

18     you've heard thus far, and if you are in a position to listen

19     to the evidence and determine whether or not the government has

20     met their burden of proof.

21          What's your sense of that?

22          THE PROSPECTIVE JUROR:  Sir, I really couldn't tell

23     you, to be very honest with you.  I feel my experience with my

24     father having died -- he died from an ascending aneurysm of the

25     heart.  And he was age 50 when it happened.  We never

1    thought -- we thought it was a one-time thing.

2          My sister, when she turned 50, had the same thing.  But

3    because my mom realized and saw the symptoms, she had me go to

4    the ER and be there with her, and I was able to convince the

5    doctors, and they saved her life.  Because she had died on the

6    table.  They had to resuscitate her.  It was a very difficult

7    time for the family.  Because of that, every doctor that I have

8    gone to told me this is a genetic thing.  It looks genetic.

9          I've gone to cardiologists.  I've gone to internal

10   medicine doctors.  Everyone tells me the same thing.  They told

11   me try to get some genetic testing.  I've called to the

12   University of Miami.  Apparently, they do this type of genetic

13   testing, to no avail.  It's very difficult for me because this

14   is the type of thing that you can't just look at a blood test

15   and be able to determine, well, you're at risk.  This needs

16   genetic testing.  Unless it's actually happening.

17         And so it just disturbs me a lot to think that there

18   are people that are getting tested, whether they need to or

19   not, I don't know, but I feel like I have a need for it.  And I

20   can't.

21         THE COURT:  I get what you're saying.  I think the

22   important thing for me -- and I sympathize with you because

23   it's obviously something you wanted to have done.

24         So one of the things I want to try to get to the heart

25   of is, that frustration that is very palpable, your own

1    personal experience.  Certainly you have Mr. Patel, who has,

2    through his company, provided some of this testing and has

3    maintained that it was properly done.  And we're going to get

4    into that during this trial.

5         And then you have the government that is saying that it

6    wasn't medically necessary.  Regardless of where you come down

7    on if the government can meet its burden of proof and show

8    that, what I need to have is someone who can listen to that

9    evidence and determine whether or not this really meets the

10   regulations and the law for being prescribed as medically

11   necessary.

12        As long as I have you focusing on that, what I want to

13   make sure is that your frustration with wanting a test isn't

14   held against somebody; whether it be the government, or whether

15   it be Mr. Patel.  Because really, you do have some good

16   firsthand experience of knowing that genetic tests are

17   important.  Unlike other jurors who maybe never heard of them,

18   you actually know they're important and they are at the heart

19   of this case.  Their necessity is what is at issue.

20        So is there any way you think you can look at what

21   you've had to deal with and set it aside, or are you going to

22   hold your personal experience against these parties who, as far

23   as I know, have had no affiliation with any of the entities

24   that you're trying to get a test run because I wouldn't want

25   that to come out either?

1          What do you think?

2          THE PROSPECTIVE JUROR:  Well, with all due respect, I

3   do feel that some people were very lucky, whether they realized

4   it or not.  Okay, whether it was done illegally or not, they

5   got tested.  And maybe they were -- maybe they had no clue that

6   they were predisposed to something, and because of a stroke of

7   luck --

8          THE COURT:  They found out.

9          THE PROSPECTIVE JUROR:  -- they found out.

10         THE COURT:  Right.

11         THE PROSPECTIVE JUROR:  Okay?  But at the same time,

12  I've worked in finance all my life, I'm an administrator, or I

13  was an administrator until I retired shortly a couple -- a

14  month ago, actually.  And so I like to do things right.  And I

15  think that no matter what, you have to do things right.

16         And therefore, that's why I don't go any kind of shady

17  way to do what I need to do.  I try to do everything -- like at

18  work, everybody would say to me, you know -- I knew everybody

19  from the president of the university down to the custodials,

20  and everybody would say to me, you have such integrity.

21         And so, you know, it's disturbing that people would do

22  things for self benefit, right?  However, I don't have the

23  facts of the case, so I couldn't tell you.

24         THE COURT:  Right.  And that's the important thing.  No

25  one here disputes that we want you to look at this with a close

1   eye, the way you've always done things in your own life to make

2   sure things are done right.  There's a disagreement as to

3   whether things were done right here.  So again, I hate to harp

4   on the question, but you sound like you're going to look at it

5   and you're not prejudging it because you said you don't know

6   the facts.

7          So are you able to sit and listen to the facts and

8   render a verdict according to the law if the government has

9   proven their burden which you have recognized that they have to

10  carry?  So what do you think about that?

11         THE PROSPECTIVE JUROR:  I'm going to struggle with it,

12  to be honest with you.  I'm not going to say, yes, I could be

13  unbiased.  I think as I hear more, maybe that would influence

14  me or not.  So I can't really give you an answer.

15         THE COURT:  Okay.  That's all right.  That's fair.

16         Well, I don't want to take any more of your time,

17  ma'am, so we can go ahead and complete today's process.  But

18  thank you so much for your time.

19         THE PROSPECTIVE JUROR:  Thank you.

20         THE COURT:  You got it.

21  (Prospective juror exits at 4:08 p.m.)

22         THE COURT SECURITY OFFICER:  Judge, Juror No. 51 has a

23  conflict and wants to speak with you.

24         THE COURT:  Yeah.  Let Juror No. 51 know I'll talk to

25  her at the end.  I don't need to touch base with her right now.

1    Thank you.

2         So let's touch base.  I think Juror No. 1, at this

3    point, has made it pretty clear that -- again, I don't know the

4    sincerity of his position, but he has unequivocally stated that

5    he is going to hold this prior conviction against his cousin

6    against -- it seems, against the government.

7         Any objection from the government on excusing 1?

8         MS. DE BOER:  No objection.

9         THE COURT:  Anything from the defense?

10        MR. SADOW:  Some hesitation in saying no objection.

11        THE COURT:  I know.  But unfortunately, we have to let

12   him go.

13        Now, 15 to me -- look, I will touch base with you guys

14   on this.  She's struggling with it, but I also seem to hear

15   someone who's willing to listen.  So it's a little difficult.

16   She -- in many ways, for a minute it seemed like she wasn't

17   really necessarily concerned with whether the tests were

18   necessary or not because they may derive some inconsequential

19   or unknown benefit when they're administered.

20        But by the same token, she seems to also be a little

21   concerned about the allegations in the indictment.

22        What's the government's position on 15?  I'm assuming

23   you guys think it's good for cause?

24        MS. DE BOER:  Yes, Your Honor.

25        THE COURT:  How about on the defense side?

1           MR. SADOW:  It's good for cause as in strike for cause?

2           THE COURT:  Yeah, strike for cause.

3           MR. SADOW:  No objection.  We agree.

4           THE COURT:  All right.  Thanks.  Yeah, we'll let them

5     go as well.

6           Okay.  So I think that was the last two that we needed

7     to touch on.  So I do want to bring them in.  Again, I think

8     that at the pace we're going, let's just make every effort to

9     impanel a jury today.  I think it would be a folly to begin at

10    this late hour, closing statements -- excuse me.  It shows

11    where my mind is at that I want to close today.  You can tell

12    that I want to close today already, right?

13          MR. SADOW:  With the presumption of innocence and

14    burden of proof, I am ready for closing.

15          THE COURT:  I know you are.  So I think what we'll do

16    is let's just try to get them seated and then we'll bring them

17    back tomorrow and everyone can start fresh in the morning with

18    openings and calling the first witness.

19          But let's go ahead and bring them all in because we do

20    need to wrap up.  And again, it's 15 a side, guys, but you know

21    who's left in play.  Some brief follow up to those is all

22    that's necessary.  I will call it when we hit the time limit.

23          So with that, if I can get our team to bring everyone

24    back in, please.

25          MR. SADOW:  Can we hold on one second?

1          MS. DE BOER:  Your Honor, I think there were --

2          THE COURT:  Oh, I'm sorry.  Do we have another?

3          MS. DE BOER:  I'm sorry, Mr. Sadow.  We might have

4    overlooked number 62.  My notes say he's out December 5th

5    through 9th.

6          THE COURT:  Did I jump over one?  Let's see.  Is he the

7    one in Orlando, Tampa?  You know what?  Here's the issue with

8    62.  It seemed like she was doing business runs, checking

9    offices and like an audit.  So it didn't seem to me the same as

10   other people that were booked for travel.

11         So for now I'd like to leave her in.  You can ask her

12   if you want about that.  But I think that we can maybe

13   reorganize some of those travel plans.

14         MS. DE BOER:  That's fair, Your Honor.

15         And then on No. 26, I think the connection is that

16   Mr. Cuyler used to work at Hogan Lovells and he recognizes

17   Juror No. 26.  Juror No. 26 apparently hasn't made the

18   connection.  I'm just concerned that when Mr. Cuyler is

19   examining a witness, all of a sudden --

20         THE COURT:  I think we'll be okay with him.  We're

21   okay.  Let's leave him in.  We're fine.

22         MR. SADOW:  Okay.

23         THE COURT SECURITY OFFICER:  All rise.

24       (Prospective jurors enter at 4:12 p.m.)

25         THE COURT:  All right.  As we're making our way to our

1    seats, everyone please be seated.  Ladies and gentlemen of the

2    jury, at this time I'm going to turn it over to the lawyers.

3    Each side has been given a bit of time to ask some follow-up

4    based upon the answers you've given to me and the answers in

5    your questionnaires.  This is the homestretch, folks.

6         I would ask that you please give the lawyers the same

7    attention that you've been giving me all day.  Once we complete

8    their questions, then we will excuse you all, and the next time

9    we bring you in will be to let you know who's been selected,

10   and the rest of you will go home.  All right?

11        So let's just please continue to stay focused during

12   this last portion of the jury selection process.  With that

13   being said, I'll turn it over to the government.  The floor is

14   yours.

15        MS. DE BOER:  Thank you, Your Honor.

16        THE COURT:  Yes.  Go ahead and take the podium.  I know

17   it's gonna be a little weird because your back may be to some

18   folks, but if you can move it around, please feel free.  I

19   don't know how much it moves.

20        MS. DE BOER:  Yeah, we'll find out.

21        THE COURT:  We'll find out.

22        MS. DE BOER:  All right, folks.  Can everyone hear me

23   okay?

24        THE PROSPECTIVE JURORS:  Yes.

25        MS. DE BOER:  Good.  Thank you.  I know the judge has

1    told you a lot today.  You've heard a lot today.  I want to

2    reiterate on behalf of the government, and I'm sure the defense

3    shares in this sentiment, we thank you all for being here

4    today.  Just a couple of things and then I'm gonna have a few

5    questions for specific people and then some questions as well

6    for the group.

7            So the first thing is I think the judge has made this

8    clear to all of you, but to the extent it's not, there are no

9    wrong answers to any of the questions that are asked of you

10   today.  There are only honest answers and your honesty is what

11   helps everyone here do their jobs effectively.

12           The other thing I'm going to share with you -- we've

13   heard from a lot of you today, but there are some of you who we

14   haven't heard from today.  So a secret to the jury selection

15   process is the quickest way to find yourself on a jury is to

16   say nothing at all in response to these questions.  So keep

17   that in mind when I ask you a question.

18           And I may pick on a few of you who have remained silent

19   so that we can all get the information we need to make some

20   decisions here.

21           So with that said, let's see.  I'll pick on some people

22   who have been vocal just to warm you all up a little bit.

23           So Juror No. 14, I want to follow up on something that

24   the judge had asked you about.  You had expressed some

25   difficulty in rendering a judgment.  But let me ask you, if the

1    government is able to prove these charges beyond a reasonable

2    doubt, would you be able to render a guilty verdict in this

3    case?

4         THE PROSPECTIVE JUROR:  Here's the thing.  I don't want

5    my religion to be, you know, something that affects whatever

6    the trial comes out to at the end.  I'm a true believer of an

7    eye for an eye.  So whatever, you know, let's say the person is

8    guilty, you know, they were convicted of fraud for $300

9    million, I believe, you know, they would have to pay the same

10   amount.  So that's my beliefs.  I do believe an eye for an eye

11   for anything that happens.

12        MS. DE BOER:  Okay.  You may be talking a little bit

13   about punishment or sentencing, and that's the judge's job as

14   he explained to you.  So what I'm asking you about is just

15   making that initial decision.

16        Is that something that you would be able to do if the

17   evidence was brought to bear by the government?

18        THE PROSPECTIVE JUROR:  It would be a little bit -- it

19   would be difficult for me to go ahead and do that at the end,

20   yeah.

21        MS. DE BOER:  Okay.  Not to push you too hard and I'm

22   sorry to pick on you.  But the judge gave the analogy that I

23   thought was appropriate, of landing a plane.  So are you saying

24   that if this -- if you were the pilot of this plane, would you

25   be able to land it?

1          THE PROSPECTIVE JUROR:  I may disagree with the

2    decision made by the judge.  I may agree on it and I may

3    disagree, the decision made by the judge.  So I don't know if I

4    would be able to --

5          THE COURT:  Let me jump in real quick.  I'm not making

6    any decisions, okay, you're making the decisions.  I'm going to

7    tell you the law you have to follow so you do follow the right

8    law.  But trust me, there will be no moment where you'll see me

9    make a finding of fact in this case.

10         Now, we talked about this earlier, right?  You may

11   disagree on the law but you've all told me you can follow it

12   even if you don't like it.  And that's important because we

13   didn't draft it.  Those who we elected went to Washington and

14   drafted it.  But I can assure you that at no point will you

15   ever have to disagree with me on a finding of fact.  It will be

16   up to you and your fellow jurors to determine what the facts

17   are.

18         And what I think the government is just concerned about

19   is, if they've proven their case, can you render a verdict

20   following the instructions I give you.  Don't worry about

21   anything regarding punishment.  None of that is anybody's

22   concern.  Anything like that is sentencing, and I deal with

23   that later.

24         It's only in the beginning where I need you all to make

25   findings as the jury of what happened in the case.  So does

1    that help?  Because I don't want you to think you're

2    disagreeing with me on anything.

3         THE PROSPECTIVE JUROR:  Yeah, definitely.  Yeah.  That

4    helps out, yeah.

5         THE COURT:  Go ahead, Ms. de Boer, if you have some

6    follow up on that.  Go ahead.

7         MS. DE BOER:  Okay.  And if the government does bring

8    the evidence that is required under the law, would you be able

9    to return a guilty verdict in spite of -- you alluded to some

10   religious and philosophical views.

11        In spite of those views, would you be able to

12   deliberate and render a verdict?

13        THE PROSPECTIVE JUROR:  I would be able to if they

14   don't go against my religion, whatever happens at the end.

15        MS. DE BOER:  Can you say a little bit more about what

16   you mean?

17        THE PROSPECTIVE JUROR:  What I mean is -- you know,

18   like I said, going back to what the judge had said, if it's

19   something that I believe that is right, then I would be okay

20   with, you know, finding the verdict either guilty or not

21   guilty.  But if it's -- if it's not -- if it's something that I

22   don't believe it's right, then I won't be able to, you know,

23   find an ending verdict to the sentence.

24        MS. DE BOER:  Okay.  Thank you.  I appreciate your

25   honesty.

1          Let me move over to Juror No. 12, and I'm sorry, I know

2     you haven't spoken up yet today.  I saw you smile when I made

3     that comment earlier.  So let me just ask you, if the

4     government brings the proof required under the law to bear,

5     would you be able to deliberate and render an appropriate

6     verdict?

7          THE PROSPECTIVE JUROR:  Yes.

8          MS. DE BOER:  Okay.  Is there anything else that's been

9     discussed here today that you have a strong opinion on, one way

10    or the other, that you'd like to share?

11         THE PROSPECTIVE JUROR:  It was just mainly about

12    integrity of Mr. -- I don't know how to pronounce the last

13    name.  Patel?  That's just my main concern.  I don't condone --

14    I guess abusing the vulnerable, so that would be it, but my

15    opinion isn't biased, so I'm open to hearing what the other --

16    the defendant has to say.

17         MS. DE BOER:  Okay.  And despite your view that you

18    just shared, would you still be able to listen, to hear all the

19    evidence, hold the government to its burden, our burden, and

20    render a verdict at the end of the case following the law given

21    by the judge?

22         THE PROSPECTIVE JUROR:  Yes.

23         MS. DE BOER:  Okay.  I appreciate that.

24         I'm going to pick on Juror No. 6.

25         Don't think you guys are getting away.  We're coming to

1    you guys next.

2            Juror No. 6.  I understand that you work in the medical

3    field; is that correct?

4            THE PROSPECTIVE JUROR:  That's correct.

5            MS. DE BOER:  Could you share just a little bit briefly

6    about what it is you do?

7            THE PROSPECTIVE JUROR:  I'm a pediatric

8    anesthesiologist.

9            MS. DE BOER:  Where do you work?

10           THE PROSPECTIVE JUROR:  Joe DiMaggio Children's

11   Hospital.

12           MS. DE BOER:  Given your experience in the medical

13   field -- it's a little bit different than the particular

14   expertise we're dealing with here.  Is there anything about

15   your experience that would make it either more likely or less

16   likely for you to believe -- for example, there may be

17   testimony from expert witnesses, or people who are

18   knowledgeable about the medical issues in this case.

19           Is there anything about your own experience that would

20   influence you one way or the other in evaluating that

21   testimony?

22           THE PROSPECTIVE JUROR:  So I'm -- sorry.  I'm getting

23   over laryngitis.

24           So I'm very fortunate.  I don't have to do the billing

25   for my own practice.  But many of my colleagues -- many of my

1    colleagues who do deal with Medicare and Medicaid regularly

2    have issues with getting approval for tests that they feel to

3    be necessary.

4         And a lot of their denials come from people who sit in

5    chairs who don't actually deal with patients.  So I know that

6    there's a lot of Medicare and Medicaid denials that happen that

7    shouldn't happen from a medical standpoint.  And many of my

8    colleagues fight that on a regular basis.

9         Regarding the whole -- the allegations, part of the

10   concern I have is less about that per se because I know that

11   the government often denies treatments and tests that should be

12   necessary, I'm more concerned about the kickback issues because

13   we get regular training in the anti-stock laws and kickback

14   statutes.  And that is more of a concern for the whole process

15   for me than whether or not Medicare finds the claims to be

16   valid or not.

17        MS. DE BOER:  Okay.  So I hear you saying you've got

18   some personal experience either from hearing it through your

19   colleagues or from receiving training, education, yourself that

20   may influence that you may be bringing to the table in

21   analyzing evidence presented in this case.

22        Is there anything about that experience that you would

23   not be able to set aside and judge the case solely based on the

24   evidence that you are hearing presented?

25        In other words, you may be thinking about a

1    conversation you had with a colleague or a training that you

2    got in your own career.  Would you be able to set that aside

3    and judge the case solely on the evidence presented?

4         THE PROSPECTIVE JUROR:  I believe so; although I would

5    hold the government to a higher burden to prove that the tests

6    were unnecessary.

7         MS. DE BOER:  Can you repeat that?

8         THE PROSPECTIVE JUROR:  I would hold the government to

9    a higher burden to prove that the tests were unnecessary.

10         MS. DE BOER:  Okay.  A higher burden than the burden

11    that the judge explains to you?

12         THE PROSPECTIVE JUROR:  Just from prior experience with

13    colleagues who have a hard time convincing the government that

14    the tests that they are ordering -- because these are people

15    who are specialists in their field, and they are convincing the

16    government that they need to order tests, and the tests are

17    being denied.  So I'm going to be a little more critical of

18    that.

19         MS. DE BOER:  Understood.  And I appreciate your

20    honesty.

21         And you brought up a point -- this is a question I want

22    to open up to everybody.  So please raise your hand if you have

23    a strong response to this next question.

24         Sir, you brought up a point of having some disagreement

25    with what Medicare covers on occasion, and you will all hear

1   evidence in this case about what Medicare covers, what Medicare

2   doesn't cover.  And that is going to be something that you all

3   have to decide and apply if you are selected to serve on this

4   case.

5        So what I'm asking of all of you is, has anybody had an

6   experience in their own life or in helping a family member

7   through the medical system where they thought something should

8   be covered by insurance, but it wasn't?  Has anyone had that

9   kind of experience before?

10        Yes, ma'am.  What's your juror number?

11        THE PROSPECTIVE JUROR:  23.

12        MS. DE BOER:  Could you share a little bit about your

13   experience?

14        THE PROSPECTIVE JUROR:  I don't want to get emotional.

15   But my mother had cancer and for her job -- through her job

16   they couldn't cover, the United Healthcare, because she was not

17   working anymore.  So she had to apply for Medicare.  And I had

18   trouble getting them to cover her chemo medication.

19        MS. DE BOER:  Okay.  I'm sorry for your -- for the

20   trouble that you encountered there.

21        Let me ask you, in light of that experience, if you

22   found yourself disagreeing with Medicare's coverage for the

23   genetic testing in this case, would you still be able to be

24   fair in judging whether the tests were, in fact, medically

25   necessary?

1          THE PROSPECTIVE JUROR:  I don't know.

2          MS. DE BOER:  And what is causing your hesitation?

3          THE PROSPECTIVE JUROR:  I think more so of what I've

4    experienced, you know, dealing with them.  I know that

5    everything is [sic] medically necessary, but at this point, my

6    mother did need the chemo, and they weren't covering it, so I

7    don't know what to say at that point.

8          MS. DE BOER:  And thinking back to the judge's analogy

9    that you're the pilot of the plane.  What are you telling your

10   passengers, your fellow jurors, or the government and the

11   defendant in this case about whether you're going to be able to

12   land that plane?

13         THE PROSPECTIVE JUROR:  You need proof.

14         MS. DE BOER:  Yes.

15         And suppose the government does bring the proof that

16   these tests were not covered by Medicare, and suppose you find

17   yourself in a situation where you disagree and you think

18   Medicare should cover these tests, like you found in your own

19   personal experience, are you going to be able to set your own

20   personal experience aside and render a verdict in this case

21   under the law and facts that were given to you?

22         THE PROSPECTIVE JUROR:  I believe so.

23         MS. DE BOER:  Thank you.

24         I saw a couple of hands raised.  Anybody else here?

25         Yes, ma'am.  What's your juror number?

1              THE PROSPECTIVE JUROR:  40.

2              MS. DE BOER:  Let's get a mic for you.

3              THE PROSPECTIVE JUROR:  Hi.  I'm Juror 40.  My

4    experience is not with Medicare.  It's more with private

5    insurance.  My son has Type 1 diabetes, and he -- when he was

6    diagnosed, it was really hard to get, like, his insulin pump

7    and his CGM.  It took us like a year to get it.  We finally got

8    it.  We have a good doctor that helped us.  But it was really

9    hard.  So, yeah.

10             MS. DE BOER:  Okay.  I'm sorry that you've had to go

11   through that.

12             Is there anything about that experience that would make

13   it difficult for you to serve as a juror and be impartial in

14   light of the evidence presented in this case?

15             THE PROSPECTIVE JUROR:  No.  I mean, I think I can be

16   impartial.

17             MS. DE BOER:  We appreciate it.  All right.  I thought

18   there was maybe another hand.

19             No?  Okay.

20             Just one final question for everyone.  The judge had

21   asked about everyone's ability to understand the English

22   language.  One follow-up question I have on that.  And the

23   judge had mentioned there's going to be a lot of documents in

24   this case.  So I'm not trying to make anyone feel

25   uncomfortable, but is there anyone who feels that because of

1   their knowledge of the English language, they will have a hard

2   time reading and understanding any documents that are presented

3   to you in this case?  Anyone find that that is potentially

4   going to be an issue for them?

5          Number 57?

6          THE PROSPECTIVE JUROR:  Juror 57.  Yeah, sometimes I

7   have a problem when I read some words, I don't understand.  So

8   for me, it's complicated to translate it to my original

9   language.

10         MS. DE BOER:  Okay.  You were given a questionnaire

11  this morning.  Were you able to understand and read what was in

12  the questionnaire?

13         THE PROSPECTIVE JUROR:  Yeah, yeah.

14         MS. DE BOER:  Have you had any trouble so far today

15  following the judge or what any of the lawyers said?

16         THE PROSPECTIVE JUROR:  No, no.  Specific words that I

17  just use for -- I think for regulations and numbers and things

18  like that.  It gets me confused sometimes.

19         MS. DE BOER:  Me too.  So fair enough.

20         Well, I appreciate that.  Thank you, sir.

21         That's all, Your Honor.  Thank you.

22         THE COURT:  Thank you, Ms. de Boer.

23         Let me ask a follow-up on Juror No. 6, if I can get a

24  microphone there.  I want to make sure I understood one of your

25  answers correct.

1          And thank you for the follow-up.

2          We talked a little bit about the burden of proof.  So I

3    can dissipate a concern that perhaps you're going to raise the

4    burden a little bit, right?  I don't think that's what you

5    meant, but I want to make it clear because I think actually

6    what you meant is exactly what I want all of you to do, which

7    is scrutinize the government's case, make sure they meet their

8    burden, but I'll read it again.

9          Proof beyond a reasonable doubt is proof so convincing

10   you would be willing to rely and act on it without hesitation

11   in the most important of your own affairs.

12         I get the sense, given your experience, that's exactly

13   what you plan on doing, but I don't want to put words in your

14   mouth.  Are you able to keep the government to that burden?

15         THE PROSPECTIVE JUROR:  Yes, I am.

16         I wanted to clarify.  I understand what you said about

17   not changing the law.  I understand that's not the purpose of

18   this.

19         THE COURT:  Or elevating the burden or making it

20   higher.

21         Like, for instance, when they say it doesn't have to

22   prove guilt beyond all possible doubt, you're not going to

23   elevate it beyond reasonable doubt, are you?

24         THE PROSPECTIVE JUROR:  No, sir.

25         THE COURT:  That's what I thought.  I just wanted to

1    make sure.  Thank you.

2            Mr. Sadow, the floor is yours.

3            MR. SADOW:  Good afternoon, everyone.

4            THE PROSPECTIVE JURORS:  Good afternoon.

5            MR. SADOW:  The good news is, I'm going to be really

6    short, and it's going to be specific as to individuals.  I'm

7    not going to call on anyone that hasn't spoken.  If you had

8    something to say, I assume that we already heard it.

9            So I have questions for No. 54 and 55, to start with.

10   Essentially, it's the same question as to each, 54 and 55, has

11   to do with the money.  I want to make sure we understand what

12   you currently think based on the allegations you've heard and

13   the amounts of money that have been mentioned, whether that, in

14   and of itself, alone, might stop you from being impartial to

15   one side or the other.

16           So I'll ask 54.  We'll start with you.

17           THE PROSPECTIVE JUROR:  I don't know, in all honesty,

18   if I could be completely impartial.  I am hearing everything,

19   and I'm trying to listen to everything objectively, but at the

20   end of the day, I really don't know if I could.

21           MR. SADOW:  And if I have to put you on the spot,

22   unfortunately, which I'm about to do, which way are you

23   leaning?

24           THE PROSPECTIVE JUROR:  Not in your way.  I'm sorry.

25           MR. SADOW:  Do you think you have more partiality bias

1    against Mr. Patel?  That's obviously my concern.  I want to be

2    able to start with a clean slate as opposed to you going into

3    it thinking, boy, that's a whole lot of money, and I don't know

4    if I can be fair.

5         THE PROSPECTIVE JUROR:  Honestly, I really don't know

6    if I could.

7         MR. SADOW:  That's all I could ask, is for you to be

8    honest.

9         No. 55 back there smiling, it's your turn.  Same

10   questions.

11        THE PROSPECTIVE JUROR:  So in and of itself, the money

12   is not a concern to me to the point where I would be

13   impartial -- I would not be impartial.  I think I see other

14   components beyond that, that in addition to the money, which is

15   where my concern was, but I'd like to listen to the facts in

16   order to make my determination.

17        MR. SADOW:  Well, I appreciate your answer, but you

18   know you just opened my question, which would be, what are

19   those other concerns?

20        THE PROSPECTIVE JUROR:  The fact that there was a

21   telehealth company, laboratory company, and a marketing company

22   all involved.  That, for me, is a bit of a connect the dots.

23   And the timeframe, the three years, so the timeframe.

24        MR. SADOW:  Is it such that those concerns cause you to

25   have a bias against Mr. Patel as we sit here today?

 1          THE PROSPECTIVE JUROR:  Not against, but I would listen

 2    closely to the facts.

 3          MR. SADOW:  Okay.  That's all I can ask you to do.

 4    Thank you.

 5          No. 14, since you have spoken now in terms of

 6    integrity, could you explain -- not 14.  I'm sorry.  No. 12, my

 7    mistake.  If you can give me a little bit more information on

 8    what you meant by use of the word "integrity."

 9          THE PROSPECTIVE JUROR:  It's just basically knowing

10    what's right.  Like, if you're doing that and knowing the

11    outcome, that's what integrity is to me.  You should do what's

12    right and not basically settle it on like income or just doing

13    it for yourself in greed, I would say.

14          MR. SADOW:  Okay.  That's good.  Thank you.  I

15    appreciate that.

16          All right.  As to No. 27, on your questionnaire -- and

17    if you're uncomfortable about this, you know I'm going to ask

18    you about number --

19          THE PROSPECTIVE JUROR:  Yes.

20          MR. SADOW:  No. 14 on the questionnaire had to do with

21    a death.

22          THE PROSPECTIVE JUROR:  Yes.

23          MR. SADOW:  And the way I read this, that makes it more

24    difficult for you to sit in judgment, or do I misunderstand?

25          THE PROSPECTIVE JUROR:  No.  It's something that

1    happened, and I had to write it down.

2            MR. SADOW:  But you don't think it will affect you in

3    sitting as a juror in this case?

4            THE PROSPECTIVE JUROR:  No.

5            MR. SADOW:  Okay.  Thank you.

6            No. 40, good afternoon.

7            THE PROSPECTIVE JUROR:  Hi.  Good afternoon.

8            MR. SADOW:  I'm looking at your questionnaire, and it

9    appears that you attended law school in Colombia?

10           THE PROSPECTIVE JUROR:  Yes.

11           MR. SADOW:  Have you have attempted to become a lawyer

12   in the United States?

13           THE PROSPECTIVE JUROR:  No.  I did a paralegal

14   certificate, but I did not go to law school.

15           MR. SADOW:  So you have training in the law, but right

16   now it's been limited to, at least in the past, paralegal?

17           THE PROSPECTIVE JUROR:  Yes.

18           MR. SADOW:  Okay.  Do they have the same concepts in

19   Colombia when it comes to presumption of innocence and burden

20   of proof, or is that unique at least to the United States?

21           THE PROSPECTIVE JUROR:  They do in general, but in

22   practice, it's not -- it's not like that.  It's different.

23   It's -- the Colombian legal system is based on, like -- it's a

24   different legal system.  It's based on Roman law and not, like,

25   common law.

1         MR. SADOW:  And do you think that you'd have any

2    difficulty in applying the -- what I would call the U.S.,

3    United States system of justice?

4         THE PROSPECTIVE JUROR:  No.

5         MR. SADOW:  Thank you.  All right.

6         No. 42 --

7         THE PROSPECTIVE JUROR:  Yes.

8         MR. SADOW:  -- I gotta ask you.  You're a salesman,

9    right?

10        THE PROSPECTIVE JUROR:  Yes, sir.

11        MR. SADOW:  What do you sell or what have you sold?

12        THE PROSPECTIVE JUROR:  I've pretty much sold

13   everything except insurance.  I've been recruited several

14   times, though.  But never sold insurance.  I've sold

15   commercial, noncommercial, cruise line, travel industry.

16   Currently I'm in a food service provider.  So that's what I

17   sell now.

18        MR. SADOW:  And you're talking about being a salesman

19   for how long?

20        THE PROSPECTIVE JUROR:  Since I was 19.

21        MR. SADOW:  So only a few years, huh?

22        THE PROSPECTIVE JUROR:  Yeah, just a few years.

23        MR. SADOW:  Thank you.

24        THE PROSPECTIVE JUROR:  Thank you.

25        MR. SADOW:  And finally, as to No. 62, in the back.

1    I'm really asking you about your husband.  It appears that he

2    was a lawyer in Venezuela?

3              THE PROSPECTIVE JUROR:  Yes.

4              MR. SADOW:  And has he attempted to practice law or

5    become a lawyer in the United States?

6              THE PROSPECTIVE JUROR:  No.  He's only been in this

7    country for ten years.

8              MR. SADOW:  Is it his hope to some day practice?

9              THE PROSPECTIVE JUROR:  No.  He still needs to work on

10   his English first.

11             MR. SADOW:  On his English?

12             THE PROSPECTIVE JUROR:  Yes.

13             MR. SADOW:  Thank you very much.

14             Your Honor, that's all I have.  Thank you, Your Honor.

15             THE COURT:  So ladies and gentlemen of the jury, at

16   this time what we're going to do is the following, we're going

17   to excuse all of you.  Please don't stray too far, but feel

18   free to stretch out, use the restroom.  Because there could be

19   a situation where we need to bring one of you in for

20   clarification.

21             But I have -- I'm almost certain that we have all the

22   information we need thanks to your incredible participation all

23   day in answering our questions and in clarifying issues we've

24   had.

25             What we're going to do is we're going to meet up, the

1    lawyers and myself.  A brief word about how this works.  Okay?

2    Each side is given a number of strikes.  Essentially, they can

3    ask to eliminate certain jurors for essentially any reason.  I

4    don't want anyone to be offended if they're not selected, but

5    this is the way the process works.

6          We're going to get into this together and decide who's

7    picked and who's not picked.  And then, when you guys come

8    back, my only goal is to let those who have been picked be

9    sworn in and then I'm gonna let you go home.

10          There will be nothing else done today.  It's been a

11   long enough day.  We'll start the trial tomorrow with opening

12   statements.  So I don't want anybody to get worried that

13   there's more to come if you're picked.  I'll get you guys home

14   a little earlier than we planned.  Okay?

15          So everyone please go ahead and exit at this time.

16   We'll be with you momentarily.

17          THE COURT SECURITY OFFICER:  All rise.

18      (Prospective jurors exit at 4:39 p.m.)

19          THE COURT:  Okay, everyone.  Please be seated.  If you

20   want to just take a look over your notes before we go through

21   selection, I think it might be in our best interest to address

22   the follow up that Mr. Sadow asked as to, in particular I think

23   it was Juror 54, I believe is the one that affirmatively stated

24   she was not going to be impartial; am I correct in that,

25   Mr. Sadow?

 1          MR. SADOW:  Actually, I'd love to agree with you, but I

 2    think she was totally unwilling to say which way she was

 3    headed.

 4          THE COURT:  Yeah.  I guess she was very noncommittal.

 5    But certainly I think I thought she said she was leaning

 6    against you, is, I thought, the line that I heard.

 7          MR. SADOW:  I think she said that, but I just didn't

 8    want to overemphasize it as if it was crystal clear.

 9          THE COURT:  Sure.  I agree with you there.  I assume

10    you're all prepared to cause on 54?

11          MR. SADOW:  We are, Your Honor.

12          THE COURT:  All right.  Any objection from the

13    government?

14          MS. DE BOER:  No objection, Your Honor.

15          THE COURT:  All right.  We'll excuse 54.

16          I do feel that 55, contrary to 54, was able to say she

17    would listen closely.  And then 14, I think qualified her

18    answer a little bit better.

19          And I also, of course, I'm sure the government was not

20    surprised, that the Court went right after Juror No. 6 because

21    I think he immediately recognized that he had elevated the

22    burden of proof, which was alarming, to say the least, and then

23    corrected himself, I think, accordingly.

24          So I hope that you guys are ready.  Typically, I would

25    wait a few minutes to go over your notes, but I would hope that

1    you guys have enough notes over the full course of a day that

2    we can get any started there.

3            Do you need any more time to look at anything?

4            MR. SADOW:  Five minutes maybe?

5            THE COURT:  Yeah.  Let me give everybody about five

6    minutes.  Why don't I do this?  Before we go, let me read the

7    numbers of everybody that I excused so that we are all in

8    agreement and you don't start looking at the wrong people.

9            So here's who I have excused for cause per agreement of

10   all sides.  Juror No. 1, Pinon; Juror No. 2, Manosalva; Juror

11   No. 4, Rivero; Juror No. 7, Quezada; Juror No. 8, Tangarife;

12   Juror No. 9, Colloca; Juror No. 10, Valdes; Juror No. 13, Del

13   Pino; Juror No. 15, Gramling; Juror No. 16, Diaz; Juror No. 18,

14   Arangoitia; Juror No. 19, Shaw; Juror No. 21, Parmanand; Juror

15   No. 24, Areas; Juror No. 30, Greenberg; Juror No. 31, Galvez;

16   Juror No. 32, Grainger; Juror No. 33, Aedo; Juror No. 36,

17   Elorza; Juror No. 41, Fonaris; Juror No. 43, Lebess; Juror

18   No. 50, Goizueta; Juror No. 51, Carreno; Juror No. 52,

19   Mantilla; Juror No. 54, Prats; Juror No. 56, Allen; Juror

20   No. 61, Cruz; Juror No. 63, Hubbard.

21           Did I miss anybody?  On behalf of the government,

22   anybody that I missed?

23           MS. DE BOER:  No, Your Honor, but we have a couple of

24   additional cause motions.

25           THE COURT:  Raise them when we go down the line.  I'm

1   not going to take anybody out of turn anymore.  We'll deal with

2   it situationally.

3        Anyone on the list that I've taken care of on the

4   defense side that -- I've got everybody that we agreed to, I

5   think.

6        MR. SADOW:  Correct.

7        THE COURT:  Okay.  Let's go ahead and take a

8   five-minute recess.  When we come out, remember 6 for the

9   government, 10 for the defense.  We're targeting under Rule 24

10  trying to get 16, with 12 with the four alternates.

11       By my count, I believe we have something on or around

12  maybe 36 or thereabouts, so we should be fine on the numbers

13  for peremptories.  All right?

14       So I'll be back in five and we'll get started.

15       THE COURT SECURITY OFFICER:  All rise.

16       (Court recessed at 4:45 p.m.)

17       (Back on the record at 4:59 p.m.)

18       THE COURT:  Okay.  We'll begin with the government.  We

19  will alternate between government and defense.  And everyone's

20  got their charts, so we will proceed at this time.

21       First one I have is Alicia Rodriguez, Juror No. 3.

22  Government, how do we feel about Ms. Rodriguez?

23       MS. DE BOER:  We'll seat the juror, Your Honor.

24       THE COURT:  You'll seat them.  All right.

25       Defense, Ms. Rodriguez?

1          MR. SADOW:  We agree.  We seat the juror.

2          THE COURT:  Very good.

3          Turning to the defense now, I'm on to Juror No. 5,

4    Jenedith Coto.  How do we feel about Coto, defense?

5          MR. SADOW:  We seat Juror No. 5.

6          THE COURT:  All right.  Government, Coto, No. 5?

7          MS. DE BOER:  Move to strike for cause.  She's an

8    independent contractor who won't be making any money for three

9    straight weeks.

10          THE COURT:  Understood.  She's going to have a little

11    bit of a hardship, but that's going to be denied.  I think that

12    she will hopefully be able to use some of the downtime when

13    she's not with us to make some calls and do a little bit of

14    work.  But I did not find it to rise to the level of cause.  So

15    that's denied, but you're free to use a peremptory.

16          MS. DE BOER:  In that case, Your Honor, we'll seat the

17    juror.

18          THE COURT:  All right.  So Coto will be seated.

19          Staying with the government, I'm on No. 6, Richard Elf.

20          MS. DE BOER:  The government -- oh, I'm sorry.

21          THE COURT:  I'm sorry, no, go ahead.  Go ahead,

22    Ms. de Boer, No. 6.

23          MS. DE BOER:  We would move to strike for cause, Your

24    Honor.  I'm concerned that the juror's personal beliefs are

25    going to infiltrate this trial at virtually every turn, and we

1    struck a number for cause that were sort of equally on the

2    fence on the defense side.  So this is only fair.

3              THE COURT:  Juror No. 6, are we talking about the same

4    guy?  Because I don't have extensive personal belief notes for

5    Juror No. 6.  Did the defense see that?  The only thing he

6    mentioned, to my knowledge, is they were a little

7    short-staffed.  I had that.

8              But I didn't see anything about personal beliefs.  Did

9    I miss something?

10             MS. DE BOER:  Just to clarify, Your Honor, I'm talking

11   about his medical experience and his discussions --

12             THE COURT:  Oh, okay.  Yes.  No, I respectfully

13   disagree.  If anything, I think he's a juror who's coming in

14   with a very good understanding of the subject matter.  I

15   rehabilitated him and felt very good that he would hold the

16   government to its burden.

17             So I'll deny any cause on Mr. Elf.

18             How do you want to proceed, do you want to use a

19   peremptory on Mr. Elf?

20             MS. DE BOER:  Yes, Your Honor.

21             THE COURT:  So we'll go ahead and strike Mr. Elf.

22             And we are now back to the defense.  Down all the way

23   to 11 now, Cynthia Nunez.

24             How do we feel about Nunez on the defense side?

25             MR. SADOW:  We would seat No. 11.

 1          THE COURT:  Very good.  Nunez for the government?

 2          MS. DE BOER:  We'll seat the juror.

 3          THE COURT:  All right.  Staying with the government.  I

 4   am on No. 12, Zaria Barry.

 5          How do we feel about Ms. Barry?

 6          MS. DE BOER:  We'll seat the juror.

 7          THE COURT:  Defense on Barry?

 8          MR. SADOW:  We agree.

 9          THE COURT:  Staying with my defense team, I'm on 14.

10          How do we feel about Gonzalez?

11          MR. SADOW:  We seat 14.

12          Hold on a second.

13          THE COURT:  I'm sorry.  Go ahead.  Take a moment.

14          MR. SADOW:  Go back to 12.  I'm sorry.

15          THE COURT:  I know -- if my numbering was right, I

16   think the government was good with Barry.  So did you want to

17   agree with Barry or did not want to agree to Barry?

18          MR. SADOW:  On No. 12?

19          THE COURT:  Yes.

20          MR. SADOW:  No.  We'll strike 12.

21          THE COURT:  Okay.  So that's a strike for the defense

22   on Barry.  So now I'm still on the defense on Gonzalez, 14.

23          How do we feel about Gonzalez?

24          MR. SADOW:  We'll seat 14.

25          THE COURT:  Government on Gonzalez, how do we feel?

1        MS. DE BOER:  We would move to strike for cause in

2   light of the sort of lengthy back and forth that has gone on

3   throughout really the entire day with this juror.  This is a

4   personal belief issue.

5        I know the Court -- and we sort of rehabilitated him a

6   bit, but this went on all day and he was sort of going back and

7   forth on his own ability to be fair and to follow the law.

8        THE COURT:  Understood.  That cause will be denied for

9   Gonzalez.  To me, he's certainly not the most articulate of

10  jurors, but I think that I sufficiently made clear that

11  sentencing would not be a concern.  Although his vocabulary

12  choice can be somewhat confusing, he essentially, to me, meant

13  that if he didn't think it was proven, he would not go ahead

14  and find for the government, but that he could reach a verdict.

15       So I will deny the cause on Gonzalez, but you are free

16  to use a peremptory.

17       MS. DE BOER:  One moment, Your Honor.

18       THE COURT:  Sure.

19     (Discussion was held off the record.)

20       MS. DE BOER:  We'll strike the juror, Your Honor.

21       THE COURT:  Very good.

22       Now, turning back to my defense team.  We are on

23  Worden, No. 17, guys.  How do we feel about Worden?

24       MR. SADOW:  We would strike No. 17.

25       THE COURT:  All right.  Turning back to my government

1   team, 20, Cabrera.  How do we feel about Cabrera?

2          MS. DE BOER:  We'll seat Cabrera.

3          THE COURT:  All right.  How does the defense feel about

4   Cabrera?

5          MR. SADOW:  We will seat No. 20.

6          THE COURT:  All right.  Staying with my defense camp,

7   No. 22, Melissa Urgelles.

8          MR. SADOW:  We will seat No. 22.

9          THE COURT:  How do we feel about 22 with the

10  government?

11         MS. DE BOER:  We'll seat.

12         THE COURT:  All right.  Government, how do we feel

13  about 23, Jessica Castellano?

14         MS. DE BOER:  Again, move to strike for cause on that

15  one.  She's the one that was not able to get coverage for

16  chemotherapy of some sort for a family member, and you know had

17  personal issues that I think are going to affect her ability to

18  sit in this case.

19         THE COURT:  Understood.  That cause will be denied.

20  You're free to use a peremptory.  Unfortunately, she will have

21  to make some accommodations.  I do not believe they rise to the

22  level of causing her.  So feel free if you want to use another

23  one of your peremptories.

24         MS. DE BOER:  We will strike.

25         THE COURT:  All right.  And moving back to the defense,

1    we have No. 25, Stevie Jackson.

2              How do we feel about Jackson, guys?

3              MR. SADOW:  We will seat No. 25.

4              THE COURT:  Very good.

5              How do we feel about Jackson, government?

6              MS. DE BOER:  This is one, Your Honor -- I was trying

7    to get at this with the literacy question.  I don't know if

8    Your Honor read the questionnaire.

9              THE COURT:  Yes.  I was following it, and when you

10   asked him, have you understood everything I've said, he said

11   yes.  Then he did say some medical terms were a little over his

12   head, and I know that you commented to make him feel better,

13   that it's over all our heads.

14             I didn't look at the questionnaire in detail, but

15   certainly I'm not as troubled by the writing ability.  He said

16   he understood the questions, and he's been able to follow.  I

17   didn't note an inability to express himself in the jury room.

18   And certainly, I think, that when I read the jury instructions

19   to him, it will help him.

20             So I was watching to see if it crossed the line for me.

21   I don't think, for example, when you look at some of our other

22   jurors we let go, like Juror 51, who I found her to be somewhat

23   unintelligible, even though she got excused for travel, it

24   didn't rise to that level for 25.

25             So I'll deny the cause, but certainly you have another

 1   peremptory.  If you want, you can use it.

 2        MS. DE BOER:  Your Honor, I agree with you.  And I

 3   think you're talking about Juror 57.

 4        THE COURT:  Oh, I'm sorry.  Did I get the wrong number?

 5        MS. DE BOER:  Juror 25 did not speak up in response to

 6   the question, but if you have looked at Juror 25's

 7   questionnaire response, Your Honor --

 8        THE COURT:  Why don't we do this:  Does the defense

 9   share in their concern?  I really haven't heard anything from

10   him that --

11        MR. SADOW:  We do not.

12        THE COURT:  I'll take a look.  There were no other

13   questions -- let me take a look at his questionnaire, and I'll

14   see if I can -- you said -- what number was it again?

15        MS. DE BOER:  25.

16        MS. GURSKIS:  I have it right here, Your Honor.

17        THE COURT:  Sure.  Come on up.  I'll take a quick look

18   and see what you've got.

19        Yeah.  No.  I mean, I'm comfortable with this.  I mean,

20   some misspellings.  But I'm divorced.  I'm a musician.  I like

21   bowling, dining, walking, conversation, sports, news and

22   movies.  No and no.  I mean, other than some misspellings --

23   you know, I've seen questionnaires where I really think they

24   don't understand what's being asked.

25        But, I mean, for example, he can describe what his

1  children do for a living.  So I'm going to deny the cause.  I'm

2  comfortable with what I see here.  You guys, again, are free to

3  use a peremptory for 25, Stevie Jackson.

4        MS. DE BOER:  We'll seat, Your Honor.

5        THE COURT:  Okay.  I believe I'm still on the

6  government.

7        Now turning back to 26, Valdivia, how do we feel about

8  Valdivia?

9        MS. DE BOER:  We'll seat.

10        THE COURT:  All right.  Defense, Valdivia?

11        MR. SADOW:  We'll strike.

12        THE COURT:  Okay.  Defense, how do you feel about

13  Maritza Gonzalez, No. 27?

14        MR. SADOW:  We'll strike.

15        THE COURT:  Okay.  Government, how do you feel about

16  Milagros Benitez, 28?

17        MS. DE BOER:  We'll seat.

18        THE COURT:  Okay.  Defense, Benitez?

19        MR. SADOW:  We'll strike.

20        THE COURT:  Defense, how do you feel about

21  Geoffrey Pasia, 29?

22        MR. SADOW:  We'll seat.

23        THE COURT:  Okay.  Government, Pasia?

24        MS. DE BOER:  We'll strike.

25        THE COURT:  Okay.  Let me do a little rollcall here

1    about where we're at.

2            We currently have one, two, three, four, five -- I

3    count six.  Strike-wise:  We have the government having used

4    four; the defense having used five.

5            So I'm now on the defense at 34, Lilybett Martinez.

6    How do we feel about Martinez, guys?

7            MR. SADOW:  We will seat 34.

8            THE COURT:  34 seated by the defense.

9            Government, 34?

10           MS. DE BOER:  We will seat.

11           THE COURT:  Okay.  Government, 35, Diaz Hernandez,

12   we're going to seat her?

13           MS. DE BOER:  We will seat.

14           THE COURT:  All right.  Defense, Diaz Hernandez?

15           MR. SADOW:  We will seat.

16           THE COURT:  Okay.  Defense, Bermejo, 37?

17           MR. SADOW:  We will strike.

18           THE COURT:  Okay.  Government, 38, Maritza Fuertes?

19           MS. DE BOER:  We will seat.

20           THE COURT:  Defense, Fuertes?

21           MR. SADOW:  We will seat.

22           THE COURT:  Okay.  Defense, we have Cuglievan, 39?

23           MR. SADOW:  We will seat.

24           THE COURT:  All right.  Government, Cuglievan, 39?

25           MS. DE BOER:  We'll seat.

```
1              THE COURT:  Okay.  Government, 40, Moreno?

2              MS. DE BOER:  We will seat.

3              THE COURT:  All right.  Defense?

4              MR. SADOW:  We will seat.

5              That should be our jury.

6              THE COURT:  I believe it is.  Let me go through it all.

7              We have -- our 12 are:  Alicia Rodriguez, No. 3;

8      Jenedith Coto, 5; Cynthia Nunez, 11; Cabrera, No. 20 --

9              MR. SADOW:  Wait.  I have 11.

10             THE COURT:  I'm sorry.  Did I jump one?

11             MR. SADOW:  It's only 11.

12             THE COURT:  Let me just go through and get a head count

13     anyway.

14             Alicia Rodriguez, Juror No. 3; Coto, Juror No. 5;

15     Nunez, Juror No. 11; Cabrera, Juror No. 20; Urgelles, Juror

16     No. 22; Jackson, Juror No. 25; Martinez, Juror No. 34;

17     Diaz Hernandez, Juror No. 35; Fuertes, Juror No. 38; Cuglievan,

18     Juror No. 39; and Moreno, Juror No. 40.

19             You're correct.  We have 11.  Strike-wise, just to do a

20     recap, we have six strikes used by the defense.  On the

21     government side, we have four.  So I believe we are -- I'm

22     jumping back and forth here, but I believe I'm on the defense

23     right now for Daniel Rodriguez, 42.

24             MR. SADOW:  We'll seat 42.

25             THE COURT:  Very good.  42 for the government?
```

1        MS. DE BOER:  We'll strike.

2        THE COURT:  Okay.  Government, how do you feel about

3   Hector Jimenez, 44?

4        You have one more strike remaining.

5        MS. DE BOER:  Could we have one moment, Your Honor?

6        THE COURT:  You may.

7   (Discussion was held off the record.)

8        MS. DE BOER:  We will strike --

9        THE COURT:  Jimenez, I believe it was, right, 44?

10       MS. DE BOER:  Yes.

11       THE COURT:  All right.  Very good.

12       Defense, how do we feel about Latour, 45?

13       MR. SADOW:  We will strike 45.

14       THE COURT:  Okay.  Government, 46, Arza?

15       MS. DE BOER:  We're out of strikes.

16       THE COURT:  You are out of strikes.  That is correct.

17       Defense, Arza?

18       MR. SADOW:  It's 46, right?

19       THE COURT:  You got it.

20       MR. SADOW:  We will strike 46.

21       THE COURT:  Okay.  Defense, how do you feel about Pico,

22   47?

23       MR. SADOW:  Well, I believe we'll keep him.

24       THE COURT:  Okay.  And government, I believe -- Pico,

25   there should be no issue either.  You're out of strikes on

1   that.

2              MS. DE BOER:  Yeah, we will seat.

3              THE COURT:  We will seat Pico.

4         So let's do a little recap here of the 12, now that we

5   have our 12.

6              We have Juror No. 3, Rodriguez; 5, Coto; 11, Nunez;

7   20, Cabrera; 22, Urgelles; 25, Jackson; 34, Martinez; 35,

8   Diaz Hernandez; 38, Fuertes; 39, Cuglievan; 40, Moreno;

9   47, Pico.

10             The government is going to be afforded one additional

11  strike as we begin to the selection of alternates.

12             Let's see.  The defense --

13             MS. DE BOER:  How many alternates are we picking, Your

14  Honor?

15             THE COURT:  As many as we can get.  Ideally, 16 total.

16  If I can get four, that'd be great.  That would be ideal

17  because we have the 16 seats available, so I'd like to try to

18  get as close as we can get to that.

19             So the government's going to have one extra.  I think

20  the defense at this point --

21             MR. SADOW:  Three.

22             THE COURT:  You got it.  You're going to have three

23  more, correct, Mr. Sadow.  So let's pick up where we left off.

24  I believe I'm on to the government now for 48.

25             That's Alternate 1, Hague, how do we feel about Hague?

1          MS. DE BOER:  We will seat 48.

2          THE COURT:  Okay.  Defense, Hague?

3          MR. SADOW:  We will strike 48.

4          THE COURT:  Okay.  Defense, how about Ruiz, Maria Ruiz,

5    no relation?  Just making it clear.  I didn't bring it up

6    earlier.

7          MR. SADOW:  We will keep 49.

8          THE COURT:  Okay.  Government, you good with 49?

9          MS. DE BOER:  Your Honor, I just want to clarify.  I'm

10   looking at Rule 24 under the rules of criminal procedure --

11         THE COURT:  Yes.

12         MS. DE BOER:  -- (c)(4)(b), two additional peremptories

13   are permitted when three to four alternates are impaneled.

14         THE COURT:  Okay.  So we'll get -- that's right,

15   because we're going to get -- we're going to go above our first

16   cut, right?  Okay.  So you'll get two of them then.  We'll go

17   ahead and give you an extra.

18         Do you want to use one on this particular alternate?

19         MS. DE BOER:  Yes, Your Honor.

20         THE COURT:  All right.  So that was Ruiz.

21         Turning back to the defense, I will go -- I believe my

22   next name is Santana, 53, how do we feel about Santana?

23         MR. SADOW:  We will seat 53.

24         THE COURT:  Okay.  Thank you.  Santana, on the

25   government's side?

1          MS. DE BOER:  We will seat.

2          THE COURT:  Okay.  That's Alternate 1.

3          Government, how do we feel about Cabezas, 55?

4          MS. DE BOER:  We will seat.

5          THE COURT:  All right.  How do we feel about Cabezas as

6    Alternate 2 on the defense?

7          MR. SADOW:  That's 55?

8          THE COURT:  Yes, 55.

9          MR. SADOW:  We will strike 55.

10         THE COURT:  Okay.  Defense, staying with you guys, how

11   do we feel about Chavez, 57, as our second alternate?

12         MR. SADOW:  We will seat.

13         THE COURT:  Okay.  Government, Chavez, 57?

14         MS. DE BOER:  We'll seat.

15         THE COURT:  Okay.  Government, how do you feel about

16   Mesa, 58?

17         MS. DE BOER:  We will strike.

18         THE COURT:  Okay.  And I believe that would be your

19   last one on the alternates, right?

20         MS. DE BOER:  Correct, Your Honor.

21         THE COURT:  All right.  Very good.

22         Defense, how do you feel about Madriz, 59, as Alternate

23   No. 3?

24         MR. SADOW:  I show as --

25         THE COURT:  I think you guys are fine.  You still have

1  enough.

2          MR. SADOW:  We have two left, right?

3          THE COURT:  Yeah.  You actually are going to have

4  three, because as the government pointed out because we're

5  seeking more than two alternates, we're seeking three, you're

6  going to get two additional peremptories.  So you've still got

7  enough.

8          MR. SADOW:  We've used --

9          THE COURT:  Total would be 12.

10          MR. SADOW:  Right, we've used ten, so we have two left.

11          THE COURT:  Right.  You've got two left, yeah.

12          MR. SADOW:  And again, we are on which one?

13          THE COURT:  We're on 59, Madriz.  I think you guys are

14  leading off on that, so tell me how you feel about Madriz.  She

15  would be number 15, Alternate 3.

16          MR. SADOW:  We'll seat No. 59.

17          THE COURT:  Okay.  Government, how do you feel about

18  Madriz?  You've run your two, so unless you've got something

19  I'm missing.

20          MS. DE BOER:  No, we'll seat her.

21          THE COURT:  I'm staying on the government, how do you

22  feel about Karen Baron, No. 60?

23          MS. DE BOER:  We will seat 60.

24          THE COURT:  Defense, any feelings on Baron?

25          MR. SADOW:  We will not be seating No. 60.

1          THE COURT:  All right.  Very good.  And the last few I

2    have here, I have 62.  Defense, how do you feel about 62, Maray

3    Leal?

4          MR. SADOW:  I believe that we will strike 62.

5          THE COURT:  Okay.  Government, how do we feel about --

6    the last person we have is Moncher.  I don't think we have

7    anything that jumped out at me with 64.

8          MS. DE BOER:  We will seat.

9          THE COURT:  Yeah.  And Moncher for the defense?

10         MR. SADOW:  We're out of strikes.  We will seat as

11   well.

12         THE COURT:  All right.  Very good.  Okay.

13         So here are the 16, the 12 and the four alternates that

14   I have.  Juror No. 3, Rodriguez; Juror No. 5, Coto; Juror

15   No. 11, Nunez; Juror No. 20, Cabrera, Juror No. 22, Urgelles;

16   Juror No. 25, Jackson; Juror No. 34, Martinez; Juror No. 35,

17   Diaz Hernandez; Juror No. 38, Fuertes; Juror No. 39, Cuglievan;

18   Juror No. 40, Moreno; Juror No. 47, Pico; Juror No. 53,

19   Santana; Juror No. 57, Chavez; Juror No. 59, Madriz; and Juror

20   No. 64, Moncher.

21         That's a good group.  So what I'd like to do is get

22   these folks home.  It's already getting close to 5:30.  So

23   let's go ahead, if we could, we'll bring them all in.

24         Gracie, I'd like to have them impaneled, sworn in, and

25   then we'll let them go home.

1          Gentlemen, thank you, guys, if you could bring them all

2     in.

3          THE COURT SECURITY OFFICER:  All rise.

4     (Prospective jurors enter at 5:19 p.m.)

5          THE COURT:  All right.  Please be seated, everyone.

6          Ladies and gentlemen of the jury, on behalf of the

7     lawyers and their clients, I want to thank you and certainly on

8     behalf of the Southern District of Florida, for your exemplary

9     service today.  It has been a very long day.  We could not ask

10    more of potential jurors.

11         You guys were diligent, on time, focused, answered all

12    of the Court's questions, answered all of the questions of the

13    lawyers, and filled out all your questionnaires accurately and

14    truthfully.  So I do want to thank you all so much for your

15    service.

16         As I stated, I am going to be calling out the group of

17    folks who have been selected.  The rest of you will be

18    momentarily excused.  I would ask that those whose names are

19    called remain seated.  Once everyone else has exited the

20    courtroom, that group will then take their official seats in

21    the jury box, and I will then swear you guys in as the jurors

22    in this case, before giving you a few final instructions and

23    having you all go home.  We will begin fresh tomorrow.

24         So I'm going to call the names of those selected at

25    this time.  Please listen carefully.

1          The following jurors have been picked to stay with us

2     in this cause:  Juror No. 3, Rodriguez; Juror No. 5, Coto;

3     Juror No. 11, Nunez; Juror No. 20, Cabrera; Juror No. 22,

4     Urgelles; Juror No. 25, Jackson; Juror No. 34, Martinez; Juror

5     No. 35, Diaz Hernandez; Juror No. 38, Fuertes; Juror No. 39,

6     Cuglievan; Juror No. 40, Moreno; Juror No. 47, Pico; Juror

7     No. 53, Santana; Juror No. 57, Chavez; Juror No. 59, Madriz;

8     and Juror No. 64, Moncher.

9          If I did not call your name, that means that you're

10    going to be excused at this time.  My courtroom deputy, I am

11    certain, has given you some final instructions.  Make sure that

12    you leave badges with her.  It does not mean that you don't

13    have to continue to call in.  You're going to have to call in

14    and make sure you're not needed again.

15         But your service, as far as this trial is concerned,

16    has come to an end.  Have a wonderful evening.  Get home safe,

17    and happy holidays.  Those who are not called are excused at

18    this time.

19         (Prospective jurors exit at 5:24 p.m.)

20         THE COURT:  Those folks who were selected, you're free

21    to come to the jury box and find yourselves a seat.

22         Ladies and gentlemen, if you would all please rise to

23    be sworn as jurors in this cause.

24         THE COURTROOM DEPUTY:  Please raise your right hand.

25         (Twelve jurors and four alternates, having been

1    impaneled and sworn on November 28, 2022.)

2           THE COURT:  Please be seated.  I don't want to keep you

3    any later, it has been a very long day.  I know that all of you

4    are making a sacrifice.  I want to begin by thanking you for

5    your service right upfront.

6           The reality is we have spent a lot of time looking at

7    64 individuals that came in today.  Everyone here has agreed

8    that you 16 are the most fair and impartial group of people in

9    this group and the right people to sit in judgment in this

10   case.

11          It is no small responsibility, but it is quite frankly

12   a testament to all of you, that based upon your answers and the

13   way that you engaged me and the lawyers, that we'll have faith

14   and trust in you that you could handle this important task.

15          I know that all of you will do your duty and I know

16   that there are some sacrifices that will be made over the next

17   few weeks.  I can tell you right now I will do everything in my

18   power to keep this case running, keep the trains moving on

19   time, and hopefully even finish ahead of schedule.

20          I will also promise you not to start before 10:00 and

21   not go past 5:30, and I'm gonna keep that promise today because

22   I'm getting you out of here in the next five minutes.  Okay?

23          Now, what's going to happen tomorrow?  I want you guys

24   to report as you did today outside the courtroom.  My courtroom

25   deputy will be there, ready to go.  She will guide you.

1        Gracie, if you can give them some final instructions on

2    exactly where you want them tomorrow.  When you get in

3    tomorrow, I will bring you to the courtroom.  I will begin by

4    reading you some preliminary instructions on what to expect

5    over the next few weeks.  After that, I will make sure you have

6    notepads and give you instructions on that, so you can take

7    notes.

8        Then we will begin with opening statements.  Each

9    lawyer will get a certain amount of time to tell you what they

10   believe the evidence will show.  And then we're going to get

11   started with our first witness and we're going to keep that

12   clip going.

13       We'll give you guys a good lunch break.  And as I

14   stated, if at any point during your service there's any issues

15   with employment or any issues with anything else I can assist,

16   again, I know that I'm asking for sacrifices, but such is the

17   nature of jury service and why it's so important.

18       But I will do whatever I can to make this experience as

19   comfortable for all of you because we want to take care of you,

20   we want to enable you to do your job and be focused here.  This

21   is a very important trial for all of us.

22       So with that being said, just remember again, some of

23   the preliminary instructions I gave you when we took that lunch

24   break.  You are going to start hearing evidence tomorrow.

25   Okay?

1          I can't have you go home and talk about this to family

2     and friends.  The first thing that's gonna happen when you get

3     home is your spouse or significant other is going to go, what's

4     the trial about?  What's going on?  You can tell them that

5     you're gonna be here for a couple of weeks, that your judge is

6     going to push things, that you'll be home with plenty of time

7     for the holidays, that he's going to keep everything going

8     smooth and steady.

9          But you can't tell them what the case is about.  You

10    can't tell them about the witnesses.  You can't tell them it

11    deals with telemedicine and genetic testing.  You can't tell

12    them it's a healthcare fraud trial.  None of that discussion

13    should happen with family or friends at home.

14         With each other, the first time that you guys are

15    allowed to speak to each other about the evidence is when

16    you're deliberating at the end of the case.  That means that in

17    the middle of this trial, after a couple of days you're having

18    lunch together and one of you wants to start talking about what

19    you've seen, no, no, you cannot do that.  Why?  Because

20    preliminary discussions lead to premature results.  If you

21    start forming opinions before the whole trial goes, you may

22    make mistakes.  So we don't want you guys thinking and talking

23    to each other about the evidence until the end.  We want you to

24    keep an open mind until you've heard everything.  Okay?

25         Now, when you guys take breaks, if there's any

1    concerns, if anybody approaches you, if there's any issues, let

2    the courtroom security officer know, who will inform me.  Okay?

3    No one should be asking you any questions or bothering you

4    about your service.

5         When you come in and out of this courthouse, you may

6    see these lawyers.  They cannot make any contact with you.

7    They have to steer clear of you pursuant to ethics rules.  Do

8    not be offended if you see one of them and try to say good

9    morning and they run in the other direction.  Okay?  They have

10   to.  They have no choice.  Okay?  So take no offense from that.

11        My last comment will be about social media.  I said it

12   earlier, but I really mean it this time.  Do not go on Facebook

13   tonight and put up a post, I cannot believe that I just got

14   picked for a two-week jury trial, please.  You laugh, but

15   that's the kind of stuff that we find and we do monitor social

16   media channels and we do see that.

17        I mean, we've had people tweet from inside the jury

18   room while deliberating.  It is a serious concern nowadays.

19   People just don't know how to act anymore.  So please, no

20   social media presence.  I don't care what you post about.  Do

21   not post about your service during this trial.

22        And as I stated, again, if there's any issues that I

23   can help you with that arise during your service, please let

24   me, through my courtroom, either my security officer or my

25   courtroom deputy know.

1        I know we have one student.  Like I said, anything you
2   need from me on those tests, you let me know tomorrow and I'll
3   take care of it.  Okay?  And anything else that I can help
4   with, I'll do everything that I can.

5        I know I'm asking a lot, but I'll keep it moving and
6   the lawyers will too.  We can promise you that.  So with that
7   being said, I want to get you home before it's any later.  It's
8   5:30 on the dot.  You are my jury.

9        I'll see you all outside at 10:00 a.m.  Have a great
10  evening, folks.  We'll get started tomorrow.  You're excused.
11  You can follow Gracie that way, guys.

12       (Jury exits at 5:31 p.m.)

13       THE COURT:  Please be seated.  Briefly, because I want
14  everyone to get a chance also to get some rest.  So obviously
15  we took a little longer than expected.  We had a very engaged
16  jury.  But I think we have a good group of folks who are ready
17  to serve.

18       So tomorrow we will begin with preliminary instructions
19  to the jury that I will give and then we will go straight to
20  openings.  As I stated and as you requested, we're looking at
21  about 30, 35 minutes, give or take, a side, so that we can get
22  started with our first government witness.  I know that the
23  government had mentioned there was at least a demonstrative aid
24  or something.

25       Did we get a chance to confer and see if there's any

1   concerns with that?

2        MS. DE BOER:  We have given the demonstrative to the

3   defense.  I don't know if they have any objection at this

4   point.

5        MR. SADOW:  We would like a better picture, but

6   otherwise, no.

7        THE COURT:  Okay.  Very good.  We'll do a little better

8   here.  I know our tech is not ideal, but we'll get everything

9   running tomorrow.

10       As you requested, Mr. Sadow, I'm going to talk to my

11  courtroom deputy and make sure that this courtroom is open at

12  9:30 and that the conference room is open at 8:30.  So we'll

13  try to get that set up for you guys so you're ready to go.

14       Anything else before I let everyone go home this

15  evening and we get started tomorrow?

16       MS. DE BOER:  Just briefly, Your Honor.  Do you mind if

17  we rearrange some furniture and move the table over there?

18       THE COURT:  Not at all.  Now that we're done with

19  selection, everyone make themselves comfortable, back to your

20  regularly scheduled programming, figure out exactly where you

21  want to go.  Feel free to use this time here before we lock up

22  to put seats and everything back in order.  That's fine.

23       MS. DE BOER:  Thank you, Your Honor.

24       THE COURT:  You got it.  Anything from the defense

25  team, guys, before I let you guys go?

1            MR. SADOW:  No, nothing else.

2            THE COURT:  We're all set.  All right, everyone, we'll

3    see each other tomorrow morning at 10:00 a.m.  We are in

4    recess.

5            MS. DE BOER:  Thank you, Your Honor.

6            THE COURT:  You got it.

7        (Court recessed at 5:34 p.m.)

8                            C E R T I F I C A T E

9

10

11        I hereby certify that the foregoing is an

12   accurate transcription of the proceedings in the

13   above-entitled matter.

14

15
     DATE:  November 28, 2022  /s/Ilona Lupowitz
16                             ILONA LUPOWITZ, CRR, RPR, RMR
                               Official Court Reporter
17                             United States District Court
                               299 East Broward Boulevard
18                             Fort Lauderdale, Florida 33301
                               (954) 769-5568
19

20

21

22

23

24

25

## $

**$1,087,369,693** [1] - 55:11
**$10,000** [1] - 54:16
**$128,163,945** [1] - 44:4
**$14,200,685** [1] - 50:6
**$150,000** [1] - 51:16
**$150,251** [1] - 53:8
**$187,369,693** [2] - 44:4, 50:4
**$269,480,736** [1] - 43:24
**$3,000** [1] - 62:2
**$300** [1] - 190:8
**$35,738** [2] - 51:4, 53:5
**$365,043** [1] - 51:8
**$463,889,078** [3] - 43:23, 50:2, 55:10
**$5,820** [1] - 46:19, 46:24
**$6,470** [1] - 46:15
**$600,000** [2] - 51:20, 53:17
**$728,972** [1] - 53:12
**$800,000** [1] - 51:11

## /

**/s/Ilona** [1] - 236:15

## 1

**1** [27] - 1:6, 1:7, 39:13, 40:1, 40:3, 44:9, 45:19, 46:15, 46:19, 47:2, 50:23, 51:17, 53:10, 133:14, 137:15, 160:16, 174:12, 176:14, 176:19, 176:22, 185:2, 185:7, 199:5, 210:10, 223:25, 225:2
**10** [11] - 53:21, 126:23, 137:2, 152:18, 153:10, 170:9, 170:20, 171:2, 210:12, 211:9
**100** [1] - 113:14
**100,000** [1] - 73:18
**10:00** [9] - 131:1, 131:5, 131:11, 140:12, 153:25, 230:20, 234:9, 236:3
**10:12** [1] - 1:5
**10:20** [1] - 8:5
**10:43** [2] - 8:6, 8:8
**10th** [4] - 147:10, 147:11, 147:12, 173:10
**11** [10] - 213:23, 213:25, 221:8, 221:9, 221:11, 221:15, 221:19, 223:6, 227:15, 229:3
**11/14/2018** [1] - 53:8
**1170** [1] - 2:6
**11:00** [1] - 154:12
**12** [13] - 137:9, 193:1, 204:6, 211:10, 214:4,

214:14, 214:18, 214:20, 221:7, 223:4, 223:5, 226:9, 227:13
**12-hour** [1] - 159:1
**12/13/2018** [1] - 53:12
**12th** [3] - 136:13, 144:2, 162:21
**13** [7] - 88:21, 89:9, 106:8, 114:23, 136:18, 163:1, 210:12
**1320a-7b(b)(2)(A** [2] - 47:23, 53:19
**1320a-7b(b)(2)(A)** [1] - 52:12
**1320a-7b(F)** [1] - 30:8
**13349** [1] - 54:22
**1343** [2] - 41:9, 54:25
**1347** [4] - 40:23, 44:11, 46:25, 54:24
**1349** [2] - 40:4, 44:8
**13th** [3] - 135:25, 136:4, 171:20
**14** [16] - 51:3, 51:7, 51:15, 119:18, 123:12, 125:9, 172:22, 189:23, 204:5, 204:6, 204:20, 209:17, 214:9, 214:11, 214:22, 214:24
**1400** [1] - 1:16
**15** [16] - 5:2, 59:25, 60:25, 61:3, 78:14, 98:5, 136:9, 176:3, 176:15, 180:7, 185:13, 185:22, 186:20, 210:13, 226:15
**15th** [4] - 150:4, 150:13, 151:7, 169:24
**16** [12] - 4:10, 76:4, 135:22, 171:19, 171:24, 172:3, 210:13, 211:10, 223:15, 223:17, 227:13, 230:8
**16th** [6] - 146:11, 146:13, 150:4, 150:13, 151:7, 169:24
**17** [10] - 110:18, 126:21, 138:5, 138:7, 152:18, 154:17, 154:24, 173:23, 215:23, 215:24
**17th** [2] - 147:9, 147:15
**18** [30] - 30:6, 34:11, 40:4, 40:16, 40:23, 41:9, 44:8, 44:11, 44:23, 46:3, 46:24, 47:8, 51:23, 53:19, 53:22, 54:3, 54:12, 54:18, 54:22, 54:23, 54:24, 55:1, 62:7, 78:10, 114:15, 114:17, 163:15, 163:16, 163:22, 210:13
**18th** [1] - 146:12
**19** [12] - 61:17, 61:18, 62:4, 78:11, 81:19, 83:24, 138:15, 164:2, 164:10, 164:11,

206:20, 210:14
**19-80181** [1] - 3:3
**19-CR-80181-RAR-1** [1] - 1:2
**1956** [1] - 54:3
**1956(a)(1)(B)(i)** [1] - 54:13
**1956(h)** [2] - 53:23, 55:1
**1957** [2] - 54:4, 54:19
**1:00** [1] - 100:2
**1:04** [1] - 104:8
**1:10** [1] - 104:2
**1:13** [1] - 109:14
**1:30** [1] - 134:5

## 2

**2** [23] - 39:19, 40:2, 44:10, 46:12, 46:25, 47:2, 51:5, 52:2, 52:9, 53:6, 53:20, 56:20, 56:21, 56:25, 57:10, 57:15, 58:9, 160:18, 161:11, 161:12, 161:17, 210:10, 225:6
**2/14/2017** [1] - 53:5
**20** [10] - 55:6, 66:9, 97:25, 216:1, 216:5, 221:8, 221:15, 223:7, 227:15, 229:3
**20005** [1] - 1:16
**2016** [4] - 40:7, 44:16, 47:10, 50:13
**2017** [3] - 50:23, 51:3, 53:23
**2019** [8] - 40:8, 44:17, 47:11, 51:7, 51:15, 51:19, 53:24, 89:16
**2022** [3] - 1:4, 230:1, 236:15
**2052** [1] - 1:19
**20th** [2] - 141:12, 141:14
**21** [8] - 5:17, 80:21, 80:22, 81:10, 138:25, 164:16, 164:20, 210:14
**21st** [5] - 5:25, 130:15, 130:19, 131:11, 134:13
**22** [8] - 139:8, 216:7, 216:8, 216:9, 221:16, 223:7, 227:15, 229:3
**22nd** [1] - 134:14
**23** [2] - 197:11, 216:13
**24** [12] - 63:18, 64:1, 64:2, 64:3, 78:11, 114:12, 147:12, 164:24, 165:3, 210:15, 211:9, 224:10
**24(b** [3] - 30:6, 40:17, 46:3
**24(b)** [2] - 34:12, 44:23
**2400** [1] - 2:6
**25** [10] - 217:1, 217:3, 217:24, 218:5, 218:15, 219:3, 221:16, 223:7, 227:16, 229:4

**25's** [1] - 218:6
**25953** [1] - 39:13
**26** [14] - 63:5, 63:6, 63:17, 64:10, 73:10, 106:4, 108:19, 109:3, 109:5, 128:20, 187:15, 187:17, 219:7
**260** [1] - 1:18
**27** [5] - 113:8, 113:9, 114:12, 204:16, 219:13
**270** [1] - 1:7
**28** [5] - 1:4, 139:22, 219:16, 230:1, 236:15
**2800-person** [1] - 129:4
**29** [1] - 219:21
**299** [2] - 1:23, 236:17
**2:10** [2] - 104:3, 104:5
**2:28** [1] - 109:15
**2:29** [1] - 109:20
**2:30** [1] - 134:5
**2:31** [1] - 110:8

## 3

**3** [13] - 46:16, 47:2, 52:2, 133:14, 133:16, 211:21, 221:7, 221:14, 223:6, 225:23, 226:15, 227:14, 229:2
**30** [5] - 64:14, 118:21, 165:8, 210:15, 234:21
**30-plus** [1] - 76:4
**30303** [1] - 1:19
**30305** [1] - 2:4
**30309** [1] - 2:7
**30s** [1] - 175:11
**30th** [1] - 51:19
**31** [11] - 78:16, 78:17, 80:14, 81:12, 85:8, 127:7, 143:24, 143:25, 165:16, 210:15
**3131** [1] - 2:3
**32** [6] - 85:6, 128:4, 143:23, 165:25, 166:4, 210:16
**33** [5] - 85:23, 140:8, 166:8, 166:13, 210:16
**3301** [1] - 1:24
**33301** [1] - 236:18
**34** [11] - 102:20, 102:21, 140:23, 220:5, 220:7, 220:8, 220:9, 221:16, 223:7, 227:16, 229:4
**35** [6] - 220:11, 221:17, 223:7, 227:16, 229:5, 234:21
**36** [7] - 65:1, 141:8, 141:9, 166:20, 166:25, 210:16, 211:12
**37** [2] - 144:10, 220:16
**371** [2] - 47:9, 51:23
**38** [5] - 220:18, 221:17, 223:8, 227:17, 229:5

**39** [6] - 220:22, 220:24, 221:18, 223:8, 227:17, 229:5
**3990** [1] - 39:19
**3:22** [1] - 153:8
**3:24** [1] - 153:12
**3:26** [2] - 154:15, 154:18
**3:29** [2] - 156:19, 156:21
**3:31** [1] - 158:12
**3:32** [1] - 158:15
**3:35** [1] - 160:4
**3:55** [1] - 176:20
**3rd** [3] - 147:5, 147:7, 173:10

## 4

**4** [11] - 44:10, 46:20, 47:2, 52:2, 52:10, 57:19, 58:9, 133:15, 134:12, 161:20, 210:11
**4/30/2019** [1] - 53:16
**40** [8] - 199:1, 199:3, 205:6, 221:1, 221:18, 223:8, 227:18, 229:6
**41** [8] - 65:18, 65:19, 66:17, 167:13, 167:15, 167:19, 167:21, 210:17
**410.32(a** [1] - 37:20
**42** [9] - 30:7, 37:19, 47:22, 52:12, 53:18, 206:6, 221:23, 221:24, 221:25
**43** [4] - 66:20, 167:5, 210:17
**44** [2] - 222:3, 222:9
**45** [3] - 50:25, 222:12, 222:13
**46** [8] - 70:12, 70:19, 72:17, 73:20, 73:21, 222:14, 222:18, 222:20
**460** [1] - 83:5
**463** [1] - 55:9
**47** [5] - 145:12, 222:22, 223:9, 227:18, 229:6
**48** [3] - 223:24, 224:1, 224:3
**49** [2] - 224:7, 224:8
**4:00** [1] - 180:6
**4:01** [1] - 180:9
**4:08** [1] - 184:21
**4:12** [1] - 187:24
**4:39** [1] - 208:18
**4:45** [1] - 211:16
**4:59** [1] - 211:17

## 5

**5** [17] - 47:7, 50:13, 50:19, 51:24, 52:5, 52:6, 134:19, 212:3, 212:5, 212:6, 221:8, 221:14, 223:6, 227:14, 229:2

**50** [14] - 43:2, 49:12, 50:15, 68:4, 89:12, 118:20, 147:24, 167:23, 168:6, 169:2, 180:25, 181:2, 210:18
**51** [8] - 147:3, 147:4, 173:7, 173:13, 184:22, 184:24, 210:18, 217:22
**52** [11] - 68:13, 68:14, 69:17, 94:11, 94:23, 95:4, 169:4, 169:5, 169:8, 210:18
**53** [4] - 224:22, 224:23, 227:18, 229:7
**54** [10] - 69:19, 146:18, 202:9, 202:10, 202:16, 208:23, 209:10, 209:15, 209:16, 210:19
**55** [10] - 72:23, 73:21, 202:9, 202:10, 203:9, 209:16, 225:3, 225:7, 225:8, 225:9
**56** [10] - 110:19, 126:21, 152:18, 156:20, 169:12, 169:14, 169:17, 169:21, 169:22, 210:19
**57** [7] - 200:5, 200:6, 218:3, 225:11, 225:13, 227:19, 229:7
**58** [1] - 225:16
**59** [7] - 149:3, 149:24, 225:22, 226:13, 226:16, 226:22, 227:4
**5:00** [1] - 131:7
**5:19** [1] - 228:4
**5:24** [1] - 229:19
**5:30** [6] - 131:6, 131:11, 135:16, 227:22, 230:21, 234:8
**5:31** [1] - 234:12
**5:34** [2] - 1:5, 236:7
**5th** [7] - 137:9, 139:3, 147:13, 150:25, 162:21, 173:8, 187:4

## 6

**6** [14] - 52:9, 52:15, 53:2, 53:4, 135:2, 193:24, 194:2, 200:23, 209:20, 211:8, 212:19, 212:22, 213:3, 213:5
**60** [7] - 21:4, 72:6, 72:7, 72:14, 226:22, 226:23, 226:25
**61** [10] - 75:6, 75:7, 75:23, 150:2, 151:6, 169:23, 170:1, 170:3, 210:20
**62** [9] - 84:14, 84:15, 150:21, 187:4, 187:8, 206:25, 227:2, 227:4
**63** [13] - 18:16, 76:1, 76:13, 127:2, 127:3, 152:18,

158:13, 170:7, 170:8, 170:11, 170:15, 170:23, 210:20
**64** [8] - 4:6, 4:18, 11:25, 24:6, 227:7, 227:20, 229:8, 230:7
**6891** [1] - 40:1
**6th** [2] - 139:23, 139:24

## 7

**7** [6] - 53:7, 58:1, 58:2, 58:9, 162:1, 210:11
**7575** [1] - 40:1
**769-5568** [2] - 1:24, 236:18
**7:00** [1] - 154:12
**7th** [1] - 174:22

## 8

**8** [9] - 53:11, 58:7, 61:3, 78:13, 102:10, 106:9, 162:8, 162:16, 210:11
**855B** [3] - 32:18, 32:20, 33:6
**8:30** [5] - 7:4, 7:7, 7:12, 153:24, 235:12
**8th** [2] - 1:16, 147:18

## 9

**9** [10] - 52:9, 52:15, 53:2, 53:15, 59:2, 59:8, 95:2, 106:9, 162:17, 210:12
**9/24/2018** [3] - 46:13, 46:17, 46:21
**93** [4] - 78:22, 127:13, 136:11, 165:20
**954** [2] - 1:24, 236:18
**9:00** [3] - 140:25, 153:25, 170:25
**9:30** [5] - 7:9, 7:12, 139:25, 140:1, 235:12
**9th** [9] - 135:25, 136:2, 136:3, 136:4, 147:25, 150:25, 168:2, 171:19, 187:5

## A

**A-l-i-t-e** [1] - 101:18
**a.m** [8] - 1:5, 8:5, 8:6, 8:8, 154:12, 170:25, 234:9, 236:3
**abide** [1] - 32:21
**ability** [30] - 18:10, 18:12, 68:15, 70:6, 70:22, 70:25, 77:23, 90:8, 92:13, 93:18, 99:7, 105:2, 105:5, 105:7, 105:9, 115:25, 121:23, 126:1, 127:12, 128:7, 132:23, 141:20, 148:10,

148:11, 151:11, 159:8, 199:21, 215:7, 216:17, 217:15
**able** [55] - 4:14, 5:18, 23:1, 30:24, 30:25, 57:12, 60:17, 63:11, 64:6, 67:2, 76:14, 80:9, 85:1, 86:9, 111:4, 112:24, 116:10, 120:16, 126:3, 137:19, 137:21, 142:3, 143:13, 155:19, 157:8, 165:10, 170:13, 175:18, 178:23, 181:4, 181:15, 184:7, 190:1, 190:2, 190:16, 190:25, 191:4, 192:8, 192:11, 192:13, 192:22, 193:5, 193:18, 195:23, 196:2, 197:23, 198:11, 198:19, 200:11, 201:14, 203:2, 209:16, 212:12, 216:15, 217:16
**above-described** [1] - 46:1
**above-entitled** [1] - 236:13
**absent** [1] - 142:23
**absolutely** [3] - 27:9, 67:1, 110:20
**abundance** [2] - 130:18, 171:14
**abundantly** [1] - 122:2
**abuse** [1] - 58:13
**abusing** [1] - 193:14
**accept** [2] - 23:8, 43:10
**accepted** [1] - 34:16
**access** [1] - 43:8
**accident** [4] - 16:3, 16:4, 29:8, 58:20
**accommodate** [4] - 131:18, 149:23, 156:14, 172:9
**accommodation** [1] - 146:8
**accommodations** [7] - 130:3, 152:1, 152:4, 152:10, 152:14, 156:1, 216:21
**accomplices** [1] - 45:4
**accomplish** [4] - 5:12, 42:5, 48:19, 50:9
**accordance** [1] - 31:22
**according** [1] - 184:8
**accordingly** [1] - 209:23
**account** [19] - 35:20, 39:13, 39:14, 39:19, 39:20, 51:4, 51:8, 51:9, 51:12, 51:16, 51:20, 51:21, 53:6, 53:10, 53:13, 53:14, 53:18
**Account** [6] - 40:1, 40:2, 51:5, 51:17, 53:6, 53:10
**accounts** [2] - 39:25, 44:11
**accuracy** [1] - 92:5
**accurate** [2] - 91:25, 236:12
**accurately** [2] - 92:13, 228:13
**accusations** [2] - 19:20,

29:2

**accusatory** [1] - 20:20
**accused** [2] - 19:13, 177:14
**acknowledged** [1] - 157:13
**act** [4] - 25:3, 25:7, 201:10, 233:19
**acted** [1] - 31:25
**acting** [1] - 27:11
**active** [1] - 159:8
**activity** [6] - 54:7, 54:9, 54:12, 54:18, 54:21, 56:4
**acts** [1] - 50:12
**actual** [2] - 35:9, 39:2
**actuarial** [1] - 35:17
**add** [5] - 101:3, 126:24, 127:11, 143:6, 155:10
**added** [2] - 4:8, 89:23
**adding** [1] - 10:11
**addition** [1] - 203:14
**additional** [7] - 33:6, 37:17, 128:19, 210:24, 223:10, 224:12, 226:6
**address** [5] - 6:3, 6:6, 116:10, 178:8, 208:21
**adhere** [3] - 16:23, 55:13, 56:6
**adjust** [1] - 149:16
**adjusted** [1] - 35:19
**administered** [2] - 30:2, 185:19
**administration** [1] - 47:19
**Administrative** [1] - 32:1
**administrator** [2] - 183:12, 183:13
**admirable** [1] - 170:8
**admit** [1] - 155:13
**admonition** [1] - 56:6
**advance** [2] - 17:3, 159:21
**advantage** [3] - 87:2, 87:4, 166:12
**Advantage** [39] - 30:20, 33:17, 33:25, 34:3, 34:13, 34:19, 34:20, 35:1, 35:8, 35:14, 38:18, 39:9, 40:17, 41:22, 42:1, 42:20, 43:22, 44:2, 47:20, 48:5, 48:11, 48:13, 48:22, 48:24, 49:4, 49:13, 49:14, 49:20, 50:1, 50:3, 50:17, 50:20, 51:2, 51:6, 51:10, 51:13, 51:18, 51:22, 53:2
**advertising** [2] - 67:5, 167:6
**Aedo** [1] - 210:16
**affair** [1] - 148:5
**affairs** [3] - 25:4, 25:8, 201:11
**affect** [5] - 37:3, 93:18, 120:25, 205:2, 216:17
**affecting** [5] - 40:16, 44:22,

46:2, 54:5, 54:15
**affects** [2] - 142:23, 190:5
**affiliates** [1] - 34:8
**affiliation** [1] - 182:23
**affirmatively** [1] - 208:23
**afforded** [1] - 223:10
**afternoon** [8] - 9:18, 100:4, 135:13, 157:23, 202:3, 202:4, 205:6, 205:7
**age** [3] - 35:18, 60:15, 180:25
**agencies** [1] - 30:12
**agency** [3] - 29:24, 93:6, 93:9
**agent** [3] - 14:14, 93:9, 93:17
**Agent** [1] - 3:9
**agents** [3] - 31:25, 32:2, 92:23
**ago** [7] - 20:4, 20:9, 55:3, 55:17, 64:16, 179:21, 183:14
**agree** [30] - 23:11, 23:14, 27:21, 32:21, 40:12, 47:15, 54:2, 58:3, 59:2, 59:13, 63:20, 75:8, 89:5, 93:21, 95:3, 95:6, 106:23, 161:14, 163:6, 167:20, 168:20, 186:3, 191:2, 209:1, 209:9, 212:1, 214:8, 214:17, 218:2
**agreed** [12] - 43:1, 49:10, 50:25, 161:23, 161:25, 162:7, 163:8, 163:10, 164:12, 168:23, 211:4, 230:7
**agreement** [4] - 32:17, 161:6, 210:8, 210:9
**ahead** [62] - 3:2, 3:20, 4:6, 6:22, 6:25, 7:2, 7:11, 8:3, 8:13, 8:16, 13:22, 13:25, 14:17, 20:11, 56:25, 57:2, 59:12, 59:25, 63:4, 63:19, 64:15, 65:2, 65:17, 65:19, 70:10, 72:22, 95:6, 99:19, 104:5, 104:23, 108:14, 109:8, 109:18, 119:19, 119:20, 127:5, 147:4, 150:1, 153:1, 153:15, 153:16, 155:21, 156:25, 160:13, 163:18, 172:16, 184:17, 186:19, 188:16, 190:19, 192:5, 192:6, 208:15, 211:7, 212:21, 213:21, 214:13, 215:13, 224:17, 227:23, 230:19
**aid** [1] - 234:23
**air** [1] - 75:21
**airlines** [1] - 149:20
**airplane** [1] - 73:13
**aisle** [1] - 13:21
**Alabama** [1] - 32:13
**alarmed** [1] - 124:16

**alarming** [1] - 209:22
**alert** [2] - 21:3, 170:22
**Alicia** [3] - 211:21, 221:7, 221:14
**align** [1] - 70:24
**Alite** [7] - 39:21, 39:25, 50:14, 50:15, 50:18, 102:1
**allegation** [3] - 60:9, 79:16, 83:15
**allegations** [47] - 23:9, 24:10, 29:9, 29:18, 36:2, 36:10, 39:2, 40:5, 44:14, 47:9, 55:2, 55:6, 55:15, 55:18, 55:24, 57:21, 60:5, 61:12, 63:22, 65:21, 65:23, 67:18, 69:7, 71:18, 76:11, 76:12, 77:20, 81:23, 82:9, 84:8, 84:9, 87:7, 88:3, 95:21, 96:1, 103:10, 107:5, 107:25, 120:17, 151:18, 162:3, 167:16, 179:23, 185:21, 195:9, 202:12
**alleged** [9] - 20:2, 53:4, 53:7, 53:8, 53:15, 54:20, 55:8, 107:20, 116:23
**allegedly** [3] - 41:11, 55:10, 81:24
**alleging** [1] - 39:5
**Allen** [1] - 210:19
**allow** [3] - 14:4, 98:23, 174:5
**allowed** [3] - 92:21, 117:9, 232:15
**allows** [2] - 84:23, 107:7
**alluded** [1] - 192:9
**almost** [4] - 26:10, 67:21, 160:8, 207:21
**alone** [3] - 27:19, 107:24, 202:14
**alphabet** [1] - 36:3
**altered** [1] - 151:12
**alternate** [3] - 211:19, 224:18, 225:11
**Alternate** [5] - 223:25, 225:2, 225:6, 225:22, 226:15
**alternates** [8] - 211:10, 223:11, 223:13, 224:13, 225:19, 226:5, 227:13, 229:25
**AMERICA** [1] - 1:3
**America** [3] - 3:4, 119:25, 173:6
**amount** [16] - 5:13, 15:4, 20:15, 35:13, 35:16, 43:23, 44:3, 46:14, 46:15, 46:18, 46:19, 46:22, 46:23, 50:1, 50:4, 53:5, 53:8, 53:12, 53:16, 55:8, 65:10, 69:21, 73:1, 75:9, 86:14, 107:13, 107:16, 107:24, 108:4,

124:7, 124:16, 124:20, 157:7, 172:8, 190:10, 231:9
**amounts** [7] - 46:9, 66:15, 68:7, 68:8, 78:24, 90:6, 202:13
**analogy** [2] - 190:22, 198:8
**analysis** [3] - 46:15, 46:18, 46:23
**analyzing** [1] - 195:21
**and..** [1] - 76:12
**anesthesiologist** [1] - 194:8
**aneurysm** [1] - 180:24
**anger** [1] - 99:6
**angle** [1] - 118:11
**annually** [1] - 35:19
**answer** [15] - 12:12, 13:1, 13:2, 13:14, 16:18, 55:14, 63:4, 66:2, 66:12, 74:4, 88:13, 92:15, 184:14, 203:17, 209:18
**answered** [4] - 17:8, 112:22, 228:11, 228:12
**answering** [4] - 9:14, 11:12, 18:1, 207:23
**answers** [11] - 17:19, 76:24, 98:16, 168:22, 176:22, 188:4, 189:9, 189:10, 200:25, 230:12
**anti** [2] - 111:18, 195:13
**Anti** [2] - 33:3, 42:12
**anti-kickback** [1] - 111:18
**Anti-Kickback** [2] - 33:3, 42:12
**anti-stock** [1] - 195:13
**anticipated** [1] - 130:23
**anxiety** [2] - 155:2, 174:5
**anyway** [6] - 109:1, 162:9, 162:20, 168:5, 221:13
**anyways** [1] - 108:22
**apologize** [2] - 17:3, 17:10
**appear** [3] - 92:14, 152:7, 162:17
**appearances** [2] - 3:5, 3:20
**Appearances** [1] - 2:1
**APPEARANCES** [1] - 1:11
**applicable** [2] - 33:4, 88:7
**application** [2] - 32:16, 32:18
**applies** [1] - 18:7
**apply** [7] - 10:24, 30:24, 32:22, 93:2, 111:7, 197:3, 197:17
**applying** [1] - 206:2
**appointment** [5] - 140:14, 140:15, 153:18, 159:20, 166:9
**appointments** [2] - 139:3, 172:11
**appreciate** [39] - 7:21,

11:12, 11:20, 13:7, 18:4, 60:25, 63:13, 63:15, 64:11, 65:14, 66:12, 66:17, 68:2, 69:5, 70:8, 71:2, 71:15, 72:14, 75:22, 80:12, 81:10, 84:6, 87:22, 94:23, 97:5, 99:10, 112:3, 129:17, 139:20, 149:23, 158:19, 180:3, 192:24, 193:23, 196:19, 199:17, 200:20, 203:17, 204:15

**approach** [1] - 109:22

**approaches** [1] - 233:1

**appropriate** [6] - 32:16, 107:9, 123:23, 167:8, 190:23, 193:5

**approval** [1] - 195:2

**approximate** [15] - 43:23, 44:3, 46:12, 46:14, 46:18, 46:20, 46:22, 50:1, 50:4, 53:4, 53:7, 53:11, 53:12, 53:15, 53:16

**April** [1] - 51:19

**Arangoitia** [1] - 210:14

**area** [3] - 32:6, 38:21, 67:7

**areas** [2] - 78:7, 78:17

**Areas** [1] - 210:15

**arguably** [1] - 124:10

**argument** [2] - 161:3, 172:19

**arguments** [4] - 84:9, 169:5, 171:7, 171:12

**arise** [1] - 233:23

**arising** [1] - 32:5

**armor** [2] - 22:3, 22:5

**army** [1] - 12:17

**arranging** [5] - 41:18, 45:10, 48:3, 49:19, 52:24

**artful** [1] - 73:11

**articulate** [1] - 215:9

**artifice** [6] - 40:15, 40:25, 41:6, 44:21, 45:3, 46:1

**Arza** [2] - 222:14, 222:17

**ascending** [1] - 180:24

**aside** [20] - 15:22, 16:8, 70:25, 74:10, 77:21, 84:23, 87:8, 98:25, 104:21, 126:20, 127:13, 127:22, 130:23, 148:11, 166:9, 178:23, 182:21, 195:23, 196:2, 198:20

**aspect** [1] - 73:2

**assault** [1] - 178:10

**assess** [1] - 37:2

**assigned** [1] - 32:6

**assignment** [2] - 33:14, 34:16

**assist** [3] - 132:16, 146:9, 231:15

**assistant** [1] - 135:10

**assistants** [1] - 75:10

**assisted** [1] - 168:3

**assisting** [1] - 3:24

**associates** [1] - 119:1

**assume** [5] - 33:15, 97:7, 157:25, 202:8, 209:9

**assumed** [1] - 124:13

**assuming** [2] - 107:22, 185:22

**assure** [2] - 131:12, 191:14

**astute** [1] - 19:6

**ate** [1] - 8:22

**Atlanta** [3] - 1:19, 2:4, 2:7

**attack** [1] - 155:9

**attempt** [2] - 44:21, 45:25

**attempted** [2] - 55:9, 205:11, 207:4

**attend** [1] - 139:5

**attended** [1] - 205:9

**attention** [2] - 159:10, 188:7

**attitude** [1] - 94:8

**Attorney** [2] - 129:5, 129:6

**attorney** [2] - 3:23, 14:23

**Attorney's** [4] - 63:10, 106:5, 109:7, 128:23

**attorneys** [5] - 13:23, 14:2, 75:10, 129:1, 145:1

**audible** [1] - 12:22

**audio** [1] - 38:22

**audit** [1] - 187:9

**audits** [1] - 151:17

**August** [4] - 40:8, 44:17, 47:11, 53:24

**aunt** [2] - 84:18, 85:3

**authorize** [1] - 49:21

**authorized** [1] - 32:19

**automatically** [1] - 117:16

**avail** [1] - 181:13

**availability** [1] - 91:7

**available** [4] - 29:22, 32:23, 160:21, 223:17

**Avenue** [1] - 1:16

**avoid** [1] - 155:23

**awake** [2] - 8:21, 159:3

**aware** [7] - 6:21, 11:11, 67:24, 91:7, 113:3, 133:10, 135:18

# B

**back-and-forth** [1] - 118:22

**background** [13] - 29:13, 29:15, 39:3, 39:4, 69:14, 71:14, 76:17, 78:20, 93:14, 94:2, 94:5, 94:22, 95:1

**backgrounds** [1] - 29:10

**backup** [1] - 59:18

**bad** [9] - 16:4, 61:5, 85:12, 85:20, 93:16, 93:22, 118:25,

140:13

**badge** [2] - 56:15, 56:16

**badged** [1] - 6:2

**badges** [3] - 4:19, 99:25, 229:12

**bags** [1] - 99:25

**bailiff** [1] - 144:22

**BAKER** [1] - 2:5

**bank** [5] - 39:13, 39:19, 39:25, 120:3, 120:14

**Bank** [5] - 39:13, 39:19, 40:1, 119:24, 173:5

**banker** [1] - 119:24

**banking** [3] - 101:14, 101:15, 173:5

**bar** [1] - 5:20

**Baron** [2] - 226:22, 226:24

**barrier** [2] - 113:2, 165:18

**Barry** [7] - 214:4, 214:5, 214:7, 214:16, 214:17, 214:22

**base** [8] - 110:22, 127:5, 127:15, 129:14, 152:22, 184:25, 185:2, 185:13

**based** [18] - 24:23, 35:17, 94:1, 94:5, 95:1, 96:3, 104:25, 105:22, 107:3, 107:5, 122:14, 139:16, 188:4, 195:23, 202:12, 205:23, 205:24, 230:12

**basis** [1] - 195:8

**basketball** [1] - 95:14

**battery** [1] - 138:22

**batting** [1] - 24:6

**battle** [1] - 72:11

**battled** [1] - 70:4

**battling** [1] - 73:7

**Beach** [9] - 39:17, 39:18, 39:24, 40:8, 44:17, 45:22, 47:11, 52:18, 53:24

**BEACH** [1] - 1:2

**bear** [5] - 29:14, 44:12, 118:1, 190:17, 193:4

**bearing** [2] - 67:23, 72:18

**become** [3] - 65:25, 205:11, 207:5

**BEFORE** [1] - 1:10

**beg** [1] - 149:17

**began** [1] - 165:8

**begin** [12] - 5:3, 9:5, 9:13, 172:9, 186:9, 211:18, 223:11, 228:23, 230:4, 231:3, 231:8, 234:18

**beginning** [9] - 19:23, 22:20, 69:4, 69:12, 106:15, 130:21, 142:1, 157:1, 191:24

**behalf** [12] - 3:5, 3:12, 11:6, 11:19, 14:8, 14:11, 14:17, 17:3, 189:2, 210:21, 228:6, 228:8

**behind** [7] - 3:24, 56:11, 57:5, 58:7, 64:12, 67:4, 153:1

**belabor** [2] - 78:11, 160:18

**belaboring** [1] - 106:13

**belief** [4] - 27:12, 94:20, 213:4, 215:4

**beliefs** [4] - 179:11, 190:10, 212:24, 213:8

**believer** [1] - 190:6

**below** [5] - 29:20, 30:21, 45:21, 52:18, 52:22

**below-cost** [1] - 29:20

**bench** [1] - 4:11

**beneficial** [1] - 160:17

**beneficiaries** [34] - 30:4, 30:23, 31:2, 32:4, 33:18, 33:25, 34:9, 35:21, 35:23, 39:10, 41:15, 41:16, 41:19, 42:16, 43:4, 43:9, 43:16, 43:18, 45:6, 45:8, 45:11, 46:11, 48:11, 48:14, 48:23, 48:25, 49:4, 49:14, 49:20, 51:6, 51:10, 51:13, 51:18, 51:22

**beneficiary** [19] - 31:7, 31:9, 33:12, 33:13, 34:14, 34:17, 34:18, 35:9, 35:10, 35:13, 35:15, 37:22, 37:24, 38:2, 38:20, 38:23, 46:12, 46:16, 46:20

**beneficiary's** [6] - 31:4, 34:20, 35:18, 35:20, 37:25, 38:25

**benefit** [22] - 30:5, 31:6, 31:8, 34:11, 40:15, 40:20, 42:2, 42:3, 44:6, 44:22, 45:2, 45:17, 46:2, 46:7, 48:16, 50:7, 94:1, 183:22, 185:19

**Benefits** [1] - 86:13

**benefits** [10] - 29:20, 29:22, 30:3, 30:9, 33:19, 34:3, 34:15, 40:22, 44:20, 45:24

**Benitez** [2] - 219:16, 219:18

**Bermejo** [1] - 220:16

**best** [7] - 13:6, 69:2, 90:10, 96:23, 147:25, 152:11, 208:21

**betrayed** [2] - 119:2, 177:18

**better** [23] - 10:10, 10:11, 10:23, 11:2, 16:17, 27:6, 59:11, 66:4, 71:9, 98:1, 98:6, 106:17, 106:25, 111:14, 114:7, 120:20, 128:2, 154:20, 161:3, 209:18, 217:12, 235:5, 235:7

**between** [9] - 99:22, 107:23, 118:22, 120:18, 131:8, 134:5, 151:21, 152:13, 211:19

**beyond** [25] - 19:24, 20:5, 24:3, 24:10, 24:21, 25:1, 25:5, 25:15, 25:24, 26:6, 26:24, 28:20, 56:8, 66:10, 97:24, 122:15, 158:23, 159:11, 175:9, 175:25, 190:1, 201:9, 201:22, 201:23, 203:14

**bias** [20] - 18:11, 22:21, 57:16, 63:23, 64:18, 68:23, 77:19, 95:18, 105:19, 107:24, 121:9, 127:17, 127:25, 128:12, 165:19, 165:25, 176:4, 202:25, 203:25

**biased** [5] - 57:8, 65:25, 89:7, 120:10, 193:15

**biases** [1] - 74:10

**big** [3] - 15:4, 137:17, 137:21

**biggest** [3] - 27:14, 129:22, 178:19

**bill** [6] - 41:15, 45:7, 48:24, 62:2, 86:12, 116:6

**billed** [6] - 35:5, 35:6, 38:15, 46:14, 46:18, 46:23

**billing** [7] - 31:7, 62:14, 71:13, 76:7, 83:21, 194:24

**billings** [2] - 52:4, 75:12

**bills** [2] - 89:5, 89:6

**bingo** [1] - 169:13

**biology** [2] - 145:25, 146:1

**bioscience** [1] - 146:2

**biotech** [1] - 146:3

**bit** [81] - 4:8, 7:23, 9:19, 12:6, 17:9, 25:24, 29:8, 44:12, 56:11, 57:5, 57:23, 58:16, 59:22, 62:24, 65:5, 65:11, 65:22, 67:16, 67:24, 67:25, 68:9, 73:9, 77:1, 78:14, 78:20, 79:2, 87:21, 89:24, 91:5, 94:25, 95:8, 104:15, 105:9, 105:24, 106:1, 108:2, 108:25, 112:20, 114:18, 115:15, 119:16, 120:10, 120:20, 121:1, 125:25, 126:18, 127:8, 128:19, 129:20, 136:15, 137:6, 141:22, 142:6, 142:9, 143:2, 143:4, 148:7, 157:11, 163:19, 164:2, 164:5, 165:17, 167:14, 168:4, 173:11, 188:3, 189:22, 190:12, 190:18, 192:15, 194:5, 194:13, 197:12, 201:2, 201:4, 203:22, 204:7, 209:18, 212:11, 212:13, 215:6

**black** [1] - 57:6

**blank** [1] - 59:9

**blind** [1] - 29:21

**block** [2] - 22:7, 56:12

**blood** [1] - 181:14

**blow** [1] - 174:22

**blown** [1] - 172:19

**bodies** [1] - 4:7

**body** [2] - 37:7, 37:17

**body's** [1] - 37:2

**BOER** [137] - 1:13, 3:7, 6:7, 14:1, 104:25, 105:5, 105:13, 108:18, 109:3, 109:25, 110:4, 110:7, 161:14, 161:23, 162:5, 162:13, 162:23, 163:8, 163:24, 164:10, 164:12, 164:21, 165:4, 165:13, 165:22, 166:5, 166:14, 167:1, 167:10, 167:20, 168:7, 168:24, 169:9, 169:18, 170:4, 170:16, 171:3, 171:21, 171:25, 172:21, 173:7, 173:17, 173:20, 173:23, 174:12, 174:15, 175:7, 185:8, 185:24, 187:1, 187:3, 187:14, 188:15, 188:20, 188:22, 188:25, 190:12, 190:21, 192:7, 192:15, 192:24, 193:8, 193:17, 193:23, 194:5, 194:9, 194:12, 195:17, 196:7, 196:10, 196:19, 197:12, 197:19, 198:2, 198:8, 198:14, 198:23, 199:2, 199:10, 199:17, 200:10, 200:14, 200:19, 200:14, 200:19, 200:14, 210:23, 211:23, 212:7, 212:16, 212:20, 212:23, 213:10, 213:20, 214:2, 214:6, 215:1, 215:17, 215:20, 216:2, 216:11, 216:14, 216:24, 217:6, 218:2, 218:5, 218:15, 219:4, 219:9, 219:17, 219:24, 220:10, 220:13, 220:19, 220:25, 221:2, 222:1, 222:5, 222:8, 222:10, 222:15, 223:2, 223:13, 224:1, 224:9, 224:12, 224:19, 225:1, 225:4, 225:14, 225:17, 225:20, 226:20, 226:23, 227:8, 235:2, 235:16, 235:23, 236:5

**Boer** [6] - 3:7, 14:2, 175:5, 192:5, 200:22, 212:22

**booked** [2] - 159:21, 187:10

**books** [1] - 111:20

**boss** [2] - 131:21, 135:3

**bothering** [1] - 233:3

**bothers** [1] - 13:10

**Boulevard** [2] - 1:23, 236:17

**boundary** [1] - 5:17

**bowling** [1] - 218:21

**box** [13] - 4:10, 28:1, 56:5, 58:24, 61:1, 64:12, 78:5, 78:13, 126:5, 133:9, 153:14, 228:21, 229:21

**boy** [1] - 203:3

**brainers** [1] - 106:17

**branches** [1] - 10:13

**breached** [1] - 121:17

**break** [21] - 4:25, 6:15, 13:11, 87:21, 90:25, 91:10, 98:9, 99:20, 100:14, 100:24, 104:11, 104:24, 110:12, 110:21, 127:4, 131:10, 132:12, 152:16, 156:16, 231:13, 231:24

**break-necking** [1] - 131:10

**breakdown** [2] - 119:12, 125:10

**breakdowns** [2] - 120:14, 120:15

**breaks** [3] - 108:15, 155:22, 232:25

**breast** [7] - 46:15, 46:19, 46:23, 69:23, 71:25, 84:18

**breathe** [1] - 86:9

**breathing** [1] - 166:10

**Brett** [15] - 39:23, 40:12, 42:15, 42:21, 43:7, 43:12, 43:20, 44:5, 47:15, 48:21, 49:2, 49:6, 50:14, 102:1, 116:20

**BRIAN** [1] - 2:5

**Brian** [2] - 3:16, 14:25

**bribes** [8] - 31:24, 42:14, 42:23, 47:24, 48:10, 48:15, 49:8, 52:20

**brief** [4] - 152:16, 152:25, 186:21, 208:1

**briefly** [7] - 104:12, 104:25, 105:3, 155:5, 194:5, 234:13, 235:16

**bring** [36] - 6:22, 9:3, 27:18, 66:4, 83:15, 84:3, 106:2, 106:19, 127:5, 129:20, 137:6, 152:21, 152:23, 153:10, 154:16, 159:13, 160:5, 174:18, 174:19, 175:4, 176:7, 176:12, 176:14, 186:7, 186:16, 186:19, 186:23, 188:9, 192:7, 198:15, 207:19, 224:5, 227:23, 228:1, 231:3

**bringing** [5] - 16:6, 24:16, 94:13, 94:21, 195:20

**brings** [4] - 53:21, 64:17, 95:4, 193:4

**broad** [1] - 105:9

**brother** [3] - 72:2, 136:13, 136:22

**brother-in-law** [1] - 136:13

**brought** [5] - 56:15, 63:11, 190:17, 196:21, 196:24

**Broward** [1] - 1:23, 236:17

**bucket** [1] - 77:8

**bulk** [1] - 81:25

**bump** [1] - 94:25

**bunch** [2] - 60:24, 68:24

**bUONO** [1] - 14:13

**Buono** [2] - 3:10, 14:14

**burden** [43] - 20:9, 21:23, 23:21, 23:23, 24:9, 24:20, 25:10, 25:12, 25:13, 25:17, 25:19, 25:23, 26:2, 26:6, 26:19, 26:23, 28:19, 69:13, 79:13, 83:19, 121:25, 126:7, 157:20, 157:25, 179:17, 180:20, 182:7, 184:9, 186:14, 193:19, 196:5, 196:9, 196:10, 201:2, 201:4, 201:8, 201:14, 201:19, 205:19, 209:22, 213:16

**burn** [4] - 12:9, 172:25, 173:25, 174:2

**bury** [1] - 28:23

**business** [26] - 39:17, 39:23, 56:4, 68:21, 104:20, 118:19, 118:22, 118:25, 119:3, 119:9, 119:11, 119:13, 119:24, 119:25, 120:2, 120:12, 120:18, 120:24, 121:5, 124:21, 125:10, 125:15, 163:4, 173:5, 187:8

**busy** [1] - 11:11

**buying** [1] - 174:1

**BY** [1] - 1:20

**C**

**c)(4)(b** [1] - 224:12

**Cabezas** [2] - 225:3, 225:5

**Cabrera** [9] - 216:1, 216:2, 216:4, 221:8, 221:15, 223:7, 227:15, 229:3

**calendar** [6] - 133:16, 144:23, 144:24, 144:25, 150:14, 174:7

**calibration** [1] - 150:24

**California** [1] - 129:6

**camera** [1] - 76:6

**camp** [2] - 74:16, 216:6

**campaigns** [1] - 43:9

**cancer** [48] - 36:21, 37:1, 37:12, 37:13, 37:14, 43:17, 46:15, 46:19, 46:23, 58:18, 58:20, 61:20, 69:23, 70:4,

70:5, 70:6, 71:3, 71:11,
71:25, 72:11, 72:12, 77:9,
77:16, 77:25, 80:16, 81:20,
81:25, 82:1, 82:15, 82:16,
82:24, 84:12, 84:18, 85:21,
88:18, 88:25, 89:1, 89:20,
98:17, 104:16, 119:8, 163:4,
164:4, 167:24, 197:15
**cancer-related** [2] - 77:25,
82:1
**cancers** [2] - 36:24, 85:10
**cannot** [18] - 5:18, 11:17,
13:14, 23:24, 27:1, 98:25,
103:12, 117:15, 122:21,
123:4, 132:2, 132:12,
132:18, 159:17, 160:19,
232:19, 233:6, 233:13
**cans** [1] - 7:15
**capacity** [1] - 4:18
**capitation** [4] - 35:11,
35:16, 35:19, 35:22
**car** [6] - 16:3, 16:4, 29:8,
58:19, 142:24, 158:7
**carcinoma** [1] - 89:16
**card** [1] - 169:13
**cardiologists** [1] - 181:9
**care** [20] - 13:9, 13:13,
33:19, 34:8, 76:6, 80:24,
86:1, 104:10, 121:15,
123:20, 132:4, 136:10,
136:14, 136:23, 143:21,
145:10, 211:3, 231:19,
233:20, 234:3
**career** [2] - 94:2, 196:2
**careers** [1] - 29:10
**careful** [3] - 87:14, 133:2,
133:4
**carefully** [7] - 24:24, 29:4,
36:14, 116:13, 116:16,
126:6, 228:25
**caregiver** [3] - 132:15,
139:1, 164:19
**caregivers** [1] - 136:10
**cares** [1] - 124:17
**Carolina** [2] - 32:13
**Carreno** [2] - 210:18
**carry** [4] - 15:18, 19:22,
157:20, 184:10
**carryover** [1] - 128:14
**CASE** [1] - 1:2
**case** [126] - 3:3, 5:13, 8:17,
9:7, 9:22, 12:14, 13:16,
15:24, 18:7, 19:5, 19:8, 19:9,
19:12, 20:19, 20:23, 21:5,
22:21, 23:15, 24:17, 24:25,
26:17, 28:23, 29:7, 29:14,
39:3, 56:2, 58:14, 63:11,
67:23, 69:3, 69:25, 71:19,
76:15, 77:9, 79:12, 81:25,
83:1, 83:6, 84:6, 88:6, 92:3,

92:12, 92:17, 92:23, 94:14,
96:2, 96:12, 96:13, 96:20,
96:23, 97:7, 98:1, 99:2,
103:9, 103:11, 103:16,
106:10, 107:17, 111:6,
112:12, 116:1, 116:22,
117:19, 118:8, 119:6,
119:10, 122:3, 122:15,
123:8, 124:5, 124:6, 124:7,
124:8, 124:12, 124:17,
125:1, 125:25, 126:14,
127:20, 127:22, 129:23,
130:5, 130:14, 130:17,
130:22, 141:21, 143:8,
151:11, 165:11, 178:21,
178:25, 179:19, 182:19,
183:23, 190:3, 191:9,
191:19, 191:25, 193:20,
194:18, 195:21, 195:23,
196:3, 197:1, 197:4, 197:23,
198:11, 198:20, 199:14,
199:24, 200:3, 201:7, 205:3,
212:16, 216:18, 228:22,
230:10, 230:18, 232:9,
232:16
**cases** [6] - 70:5, 74:5,
94:21, 117:2, 133:2, 142:3
**cash** [2] - 47:25, 52:21
**Castellano** [1] - 216:13
**catch** [1] - 76:21
**caused** [5] - 43:21, 46:7,
49:24, 50:11, 89:22
**causing** [5] - 41:21, 45:12,
48:12, 198:2, 216:22
**caution** [2] - 130:18, 175:19
**celebrate** [1] - 174:24
**cell** [1] - 89:16
**centered** [1] - 151:21
**Centers** [2] - 29:24, 30:1
**certain** [37] - 9:17, 16:5,
19:6, 27:22, 29:20, 31:3,
34:22, 36:10, 36:20, 36:23,
37:3, 37:7, 38:19, 41:8,
50:18, 51:3, 60:19, 66:13,
69:7, 77:6, 84:25, 86:14,
87:1, 87:7, 87:14, 88:4, 88:7,
106:8, 117:7, 124:14,
132:11, 171:6, 179:9,
207:21, 208:3, 229:11, 231:9
**certainly** [34] - 5:16, 6:15,
10:14, 36:10, 71:2, 74:4,
74:22, 76:18, 83:24, 84:5,
94:23, 95:10, 103:12,
105:25, 112:8, 113:17,
113:20, 115:7, 120:13,
122:12, 123:16, 146:8,
152:6, 155:17, 155:24,
156:15, 157:20, 182:1,
209:5, 215:9, 217:15,
217:18, 217:25, 228:7

**certainty** [1] - 25:9
**certificate** [1] - 205:14
**certification** [1] - 32:20
**certifications** [1] - 33:6
**certified** [3] - 35:1, 35:4,
42:7
**certify** [2] - 31:16, 236:11
**cetera** [4] - 36:4, 85:21,
92:25, 118:15
**CGM** [1] - 199:7
**CGx** [6] - 36:21, 36:25,
39:8, 43:25, 44:4, 49:25
**chairs** [2] - 4:16, 195:5
**challenge** [1] - 161:2
**challenges** [1] - 105:22
**chambers** [1] - 7:17
**chance** [6] - 7:8, 91:20,
92:9, 141:20, 234:14, 234:25
**change** [3] - 57:23, 64:21,
132:12
**changed** [2] - 142:4, 151:12
**changes** [1] - 155:4
**changing** [2] - 149:22,
201:17
**channels** [1] - 233:16
**charge** [1] - 136:10
**charged** [2] - 21:1, 116:25
**charges** [4] - 20:20, 40:3,
116:25, 190:1
**chart** [3] - 4:5, 4:8, 167:14
**charts** [2] - 4:5, 211:20
**chatting** [1] - 103:11
**Chavez** [4] - 225:11,
225:13, 227:19, 229:7
**check** [8] - 69:2, 99:24,
99:25, 118:4, 131:3, 156:14,
156:15
**checked** [4] - 27:15, 86:21,
106:12, 174:23
**checking** [2] - 103:18,
187:8
**chemo** [3] - 82:20, 197:18,
198:6
**chemotherapy** [1] - 216:16
**chest** [1] - 159:15
**chief** [1] - 139:16
**child** [1] - 154:8
**childcare** [1] - 139:9
**childhood** [2] - 174:17,
177:10
**children** [2] - 132:17, 219:1
**Children's** [1] - 194:10
**chime** [1] - 13:3
**chip** [1] - 22:5
**choice** [2] - 215:12, 233:10
**Christian** [14] - 39:17,
40:12, 42:15, 42:21, 43:7,
43:12, 43:20, 44:5, 47:15,
48:21, 49:2, 49:6, 101:25,

116:19
**Christmas** [5] - 5:22,
130:19, 130:20, 139:17,
156:6
**chronic** [3] - 65:4, 141:18,
166:23
**circadian** [1] - 159:2
**circle** [1] - 100:15
**circumstances** [2] - 83:13,
90:5
**citizens** [7] - 10:20, 11:13,
11:21, 130:5, 130:9, 132:3,
152:4
**city** [1] - 15:5
**civics** [1] - 10:8
**civil** [4] - 10:14, 19:8,
129:9, 129:11
**claim** [14] - 31:3, 31:5,
31:13, 32:7, 32:24, 32:25,
33:8, 34:20, 34:21, 34:22,
34:25, 42:11, 46:17, 46:21
**claimed** [4] - 46:11, 46:14,
46:17, 46:22
**claims** [34] - 31:1, 31:15,
31:20, 31:21, 31:23, 32:3,
32:5, 33:9, 33:15, 36:6,
41:22, 41:25, 42:18, 43:22,
44:1, 45:13, 45:16, 46:8,
48:12, 49:24, 49:25, 50:2,
81:2, 195:15
**clarification** [2] - 142:13,
207:20
**clarified** [1] - 105:18
**clarifies** [1] - 107:6
**clarify** [8] - 81:20, 82:15,
105:18, 128:4, 180:15,
201:16, 213:10, 224:9
**clarifying** [1] - 207:23
**clarity** [4] - 116:8, 129:21,
148:22, 159:5
**class** [2] - 133:20, 133:25
**classes** [1] - 134:1
**clean** [2] - 13:4, 203:2
**clear** [23] - 12:14, 64:21,
106:10, 110:25, 122:2,
123:1, 161:10, 161:20,
162:9, 165:2, 165:17,
166:18, 167:17, 170:1,
170:23, 175:17, 185:3,
189:8, 201:5, 209:8, 215:10,
224:5, 233:7
**clearing** [1] - 168:2
**clearly** [7] - 5:4, 12:13,
92:15, 128:13, 160:19,
162:9, 165:10
**client** [1] - 62:12
**clientele** [1] - 120:9
**clients** [7] - 16:22, 18:20,
110:23, 119:25, 120:2,
120:9, 228:7

**clinics** [3] - 30:15, 30:21, 87:2

**clip** [2] - 155:18, 231:12

**close** [12] - 16:2, 17:4, 95:15, 117:21, 130:20, 135:16, 178:15, 183:25, 186:11, 186:12, 223:18, 227:22

**closely** [2] - 204:2, 209:17

**closing** [3] - 174:8, 186:10, 186:14

**cloud** [1] - 98:23

**clue** [1] - 183:5

**CMS** [12] - 30:1, 31:25, 32:2, 32:18, 32:20, 33:6, 34:8, 35:9, 35:12, 35:16, 35:19, 36:4

**co** [22] - 41:12, 42:5, 42:13, 42:14, 42:22, 43:1, 43:8, 43:13, 43:21, 44:6, 48:8, 48:19, 48:21, 49:2, 49:7, 49:10, 49:17, 49:24, 50:5, 50:10, 116:16, 116:21

**co-conspirator** [1] - 50:10

**co-conspirators** [21] - 41:12, 42:5, 42:13, 42:14, 42:22, 43:1, 43:8, 43:13, 43:21, 44:6, 48:8, 48:19, 48:21, 49:2, 49:7, 49:10, 49:17, 49:24, 50:5, 116:16, 116:21

**Code** [22] - 30:6, 30:7, 34:12, 37:19, 40:16, 40:23, 41:9, 44:8, 44:23, 46:3, 46:24, 47:22, 51:23, 53:19, 53:20, 54:3, 54:13, 54:18, 54:22, 54:23, 54:25, 55:1

**codes** [1] - 31:7

**coding** [3] - 62:14, 71:13, 76:7

**coffee** [1] - 12:8

**cold** [2] - 25:22, 28:6

**collar** [1] - 56:1

**colleague** [3] - 3:23, 145:9, 196:1

**colleagues** [8] - 14:4, 14:20, 133:3, 194:25, 195:1, 195:8, 195:19, 196:13

**collectively** [2] - 30:22, 42:17

**college** [1] - 145:14

**Colloca** [1] - 210:12

**Colombia** [2] - 205:9, 205:19

**Colombian** [1] - 205:23

**colorectal** [1] - 37:13

**combine** [3] - 40:11, 47:14, 54:1

**comfort** [2] - 114:18, 131:17

**comfortable** [8] - 13:18, 94:19, 126:3, 155:25, 218:19, 219:2, 231:19, 235:19

**coming** [11] - 11:13, 61:2, 67:25, 68:2, 68:17, 73:14, 95:8, 110:11, 147:18, 193:25, 213:13

**comment** [4] - 57:4, 88:20, 193:3, 233:11

**commented** [1] - 217:12

**commenting** [1] - 178:16

**comments** [3] - 73:10, 105:1, 158:24

**commerce** [6] - 40:16, 41:7, 44:22, 46:2, 54:5, 54:15

**commercial** [1] - 206:15

**commission** [1] - 50:19

**commit** [7] - 40:3, 40:13, 47:21, 52:1, 53:22, 54:2, 54:21

**committed** [3] - 50:10, 50:11, 139:17

**common** [11] - 24:24, 91:20, 92:2, 92:5, 92:25, 97:12, 101:23, 101:24, 103:3, 112:10, 205:25

**commonly** [1] - 30:3

**communicate** [1] - 91:22

**communicated** [1] - 151:14

**communicates** [1] - 91:23

**communication** [5] - 41:7, 41:21, 42:19, 43:24, 119:13

**community** [3] - 11:16, 112:11, 112:18

**companies** [20] - 33:24, 34:5, 34:12, 35:7, 35:11, 35:13, 36:7, 38:11, 38:13, 38:15, 41:17, 43:14, 43:15, 45:9, 49:18, 78:23, 81:2, 115:23, 127:18, 164:17

**company** [12] - 38:17, 39:7, 39:16, 39:22, 59:15, 67:5, 115:23, 116:3, 182:2, 203:21

**compensate** [1] - 134:24

**complaint** [1] - 37:10

**complete** [6] - 4:24, 5:18, 31:17, 35:2, 184:17, 188:7

**completely** [4] - 57:15, 59:21, 168:13, 202:18

**complex** [1] - 80:25

**compliance** [3] - 31:18, 33:4, 35:3

**complicated** [1] - 200:8

**comply** [2] - 42:8, 42:12

**complying** [1] - 33:1

**component** [2] - 67:18, 76:15

**components** [1] - 203:14

**compromised** [3] - 68:16, 94:12, 168:21

**conceal** [1] - 54:10

**concealing** [3] - 41:25, 45:15, 48:14

**concept** [5] - 20:17, 22:9, 23:5, 26:8, 38:4

**concepts** [7] - 5:5, 20:6, 26:4, 29:10, 91:16, 98:13, 205:18

**concern** [39] - 77:8, 80:23, 81:17, 88:12, 96:3, 102:5, 106:21, 112:24, 113:9, 114:12, 115:3, 115:6, 116:9, 121:22, 123:7, 125:23, 129:22, 131:22, 134:20, 137:21, 143:15, 151:9, 154:1, 157:20, 162:9, 164:6, 168:5, 172:21, 191:22, 193:13, 195:10, 195:14, 201:3, 203:1, 203:12, 203:15, 215:11, 218:9, 233:18

**concerned** [12] - 98:8, 133:24, 143:4, 145:6, 175:12, 185:17, 185:21, 187:18, 191:18, 195:12, 212:24, 229:15

**concerning** [1] - 24:22

**concerns** [38] - 28:1, 58:25, 60:2, 61:19, 71:1, 71:16, 75:20, 77:15, 77:25, 78:13, 104:20, 107:15, 108:3, 124:3, 126:9, 126:12, 127:12, 129:12, 131:20, 131:21, 133:10, 148:9, 148:23, 153:15, 162:10, 163:4, 163:5, 163:16, 163:21, 164:3, 164:18, 166:20, 167:6, 178:12, 203:19, 203:24, 233:1, 235:1

**concert** [2] - 137:20

**concerts** [1] - 137:18

**concludes** [1] - 55:2

**conclusion** [2] - 27:12, 127:25

**conclusions** [1] - 126:6

**condition** [8] - 18:24, 58:12, 60:14, 65:4, 103:17, 141:19, 162:10, 166:24

**conditioned** [1] - 32:25

**conditions** [4] - 33:4, 35:22, 36:20, 159:12

**condone** [1] - 193:13

**conduct** [4] - 38:14, 43:19, 54:4, 56:3

**conducted** [1] - 113:1

**confederate** [2] - 40:12, 47:15

**confer** [1] - 234:25

**conference** [13] - 7:3, 7:12, 18:18, 19:3, 64:23, 100:22, 110:20, 126:22, 137:2, 140:2, 154:25, 170:22, 235:12

**conferences** [1] - 152:18

**confess** [1] - 163:19

**confidence** [1] - 126:1

**confident** [1] - 28:6

**confirm** [4] - 15:20, 82:8, 84:23, 180:17

**confirmation** [1] - 25:25

**conflict** [7] - 132:23, 150:15, 164:18, 168:2, 172:15, 175:22, 184:23

**conflict-free** [1] - 172:15, 175:22

**conflicts** [2] - 120:1, 159:14

**confused** [1] - 51:25, 200:18

**confusing** [1] - 215:12

**congestive** [1] - 159:15

**congregants** [1] - 59:3

**Congressperson** [1] - 111:22

**connect** [2] - 145:5, 203:22

**connected** [1] - 26:5

**connecting** [1] - 38:6

**connection** [8] - 40:21, 44:19, 45:23, 52:11, 103:4, 108:21, 187:15, 187:18

**consequences** [2] - 99:12, 177:22

**consider** [4] - 26:22, 117:9, 117:13, 118:1

**considered** [1] - 24:25

**consist** [1] - 4:23

**consolidated** [2] - 32:8, 32:12

**conspiracy** [19] - 40:3, 40:11, 41:10, 41:11, 42:6, 44:9, 47:2, 47:7, 47:14, 48:7, 48:20, 50:9, 52:1, 52:6, 52:7, 53:22, 54:21, 111:19

**conspirator** [1] - 50:10

**conspirators** [21] - 41:12, 42:5, 42:13, 42:14, 42:22, 43:1, 43:8, 43:13, 43:21, 44:6, 48:8, 48:19, 48:21, 49:2, 49:7, 49:10, 49:17, 49:24, 50:5, 116:16, 116:21

**conspire** [3] - 40:11, 47:14, 54:2

**constantly** [2] - 78:24, 79:6

**Constitution** [2] - 21:2, 22:2

**constitutional** [4] - 10:23, 11:18, 19:16, 61:13

**constitutionally** [1] - 23:2

**consultation** [2] - 37:23,

38:25

**consultations** [1] - 38:14
**contact** [2] - 62:20, 233:6
**contain** [1] - 31:3
**contained** [2] - 32:20, 33:6
**contents** [2] - 31:16, 35:1
**context** [6] - 29:5, 29:16,
36:2, 44:13, 67:3, 67:6
**continue** [6] - 23:19,
103:25, 160:17, 169:25,
188:11, 229:13
**continued** [1] - 2:1
**continuing** [5] - 40:7,
44:16, 47:10, 53:24, 66:18
**contract** [5] - 50:14, 50:24,
121:17, 138:10, 174:8
**contracted** [2] - 34:8, 43:15
**contractor** [4] - 32:24,
134:21, 141:15, 212:8
**Contractors** [1] - 32:1
**contracts** [5] - 42:22,
42:25, 49:7, 49:9, 118:20
**contrary** [1] - 209:16
**control** [4] - 40:20, 45:1,
46:6, 54:11
**conversation** [3] - 9:14,
196:1, 218:21
**conversations** [1] - 67:9
**convicted** [4] - 177:18,
178:18, 179:18, 190:8
**conviction** [1] - 185:5
**convince** [1] - 181:4
**convinces** [1] - 97:24
**convincing** [5] - 25:1, 25:6,
196:13, 196:15, 201:9
**convoluted** [1] - 55:25
**cooperated** [1] - 117:17
**cooperating** [3] - 104:18,
116:14, 116:23
**cooperation** [1] - 117:2
**cops** [1] - 93:23
**copy** [1] - 31:14
**core** [1] - 125:1
**corner** [2] - 71:22, 75:5
**Corporation** [1] - 34:7
**corporation** [1] - 120:5
**correct** [17] - 21:11, 27:17,
31:17, 35:2, 74:25, 81:21,
157:16, 194:3, 194:4,
200:25, 208:24, 211:6,
221:19, 222:16, 223:23,
225:20
**corrected** [1] - 209:23
**cost** [1] - 29:20
**Costa** [1] - 149:9
**costs** [3] - 50:18, 51:3,
103:18
**Coto** [9] - 212:4, 212:6,
212:18, 221:8, 221:14,
223:6, 227:14, 229:2

**counsel** [2] - 3:9, 110:23
**counsels** [1] - 126:17
**counsels'** [1] - 3:21
**Count** [21] - 40:3, 44:9,
45:19, 46:12, 46:16, 46:20,
47:2, 47:7, 51:24, 52:5, 52:6,
53:4, 53:7, 53:11, 53:15,
53:21
**count** [11] - 21:18, 44:9,
45:21, 47:2, 52:1, 52:6,
53:21, 175:11, 211:11,
220:3, 221:12
**countries** [1] - 149:5
**country** [10] - 10:8, 10:22,
11:15, 21:1, 23:10, 137:11,
147:16, 147:19, 152:4, 207:7
**Counts** [5] - 44:10, 52:2,
52:9, 52:15, 53:2
**counts** [5] - 47:1, 47:3,
52:1, 52:3, 52:10
**county** [1] - 35:18
**County** [10] - 39:17, 39:18,
39:23, 39:24, 40:8, 44:17,
45:22, 47:11, 52:18, 53:25
**couple** [36] - 4:6, 4:7, 6:23,
7:1, 19:7, 21:8, 23:22, 56:13,
56:21, 58:17, 67:20, 86:21,
91:2, 96:4, 102:2, 110:1,
110:6, 120:11, 123:25,
124:2, 126:20, 134:1,
146:24, 155:3, 168:18,
168:19, 169:5, 175:13,
176:7, 178:8, 183:13, 189:4,
198:24, 210:23, 232:5,
232:17
**course** [8] - 8:24, 13:14,
81:2, 83:23, 96:15, 97:13,
209:19, 210:1
**court** [13] - 10:4, 10:15,
12:2, 13:8, 13:15, 17:6,
22:24, 92:17, 92:18, 95:23,
132:24, 154:11, 178:9
**Court** [21] - 1:22, 1:23, 3:1,
6:24, 8:5, 64:21, 66:9, 78:3,
107:7, 107:8, 107:15,
109:14, 155:1, 156:25,
171:13, 209:20, 211:16,
215:5, 236:7, 236:16, 236:17
**COURT** [534] - 1:1, 3:2,
3:11, 3:19, 4:3, 6:13, 6:25,
7:6, 7:10, 7:16, 7:21, 8:1,
8:2, 8:3, 8:9, 8:16, 13:6,
14:16, 15:1, 18:4, 21:8,
21:11, 21:15, 21:18, 21:20,
23:14, 26:2, 27:17, 47:6,
52:15, 57:2, 57:9, 57:25,
58:6, 58:15, 59:8, 59:20,
60:3, 60:6, 60:19, 60:23,
61:18, 62:4, 62:8, 62:14,
62:18, 62:23, 63:1, 63:6,

63:13, 63:19, 63:25, 64:3,
64:15, 64:20, 65:2, 65:13,
65:19, 65:22, 66:1, 66:21,
66:24, 67:15, 67:20, 68:5,
68:10, 68:14, 69:4, 69:20,
70:1, 70:13, 70:18, 72:4,
72:7, 72:24, 73:6, 73:25,
74:18, 75:1, 75:7, 75:14,
75:18, 76:2, 76:13, 78:17,
78:20, 79:3, 79:9, 79:11,
79:23, 79:25, 80:7, 80:12,
80:22, 81:9, 81:17, 81:22,
82:5, 82:11, 83:7, 83:11,
84:15, 84:20, 85:5, 85:7,
85:12, 85:16, 85:19, 85:24,
86:3, 87:5, 87:19, 87:25,
88:3, 88:6, 88:15, 88:22,
89:9, 89:14, 90:4, 90:15,
90:20, 94:15, 94:18, 95:7,
97:5, 101:15, 101:18,
101:22, 101:25, 102:14,
102:16, 102:21, 102:23,
103:3, 103:6, 104:7, 104:9,
105:4, 105:7, 105:14,
105:20, 107:10, 108:2,
108:12, 108:24, 109:5,
109:13, 109:17, 109:19,
109:23, 110:3, 110:5, 110:9,
112:3, 113:9, 113:12,
113:16, 113:25, 114:3,
114:11, 114:16, 114:21,
114:25, 115:7, 115:12,
115:14, 115:21, 115:25,
116:7, 118:4, 119:19,
120:11, 120:21, 121:2,
121:7, 121:15, 121:20,
122:8, 122:25, 123:20,
125:6, 126:24, 127:3,
127:21, 128:1, 128:13,
128:18, 129:2, 129:8,
129:12, 129:17, 133:18,
133:21, 133:23, 134:2,
134:6, 134:9, 134:12,
134:15, 134:23, 135:7,
135:12, 135:15, 135:23,
136:1, 136:3, 136:6, 136:16,
136:19, 136:25, 137:6,
137:10, 137:13, 137:23,
138:3, 138:6, 138:11,
138:14, 138:18, 138:22,
138:23, 139:6, 139:12,
139:20, 139:24, 140:1,
140:5, 140:9, 140:12,
140:15, 140:19, 140:21,
141:1, 141:3, 141:6, 141:10,
141:13, 141:16, 142:12,
142:18, 143:1, 143:15,
143:18, 143:21, 143:25,
144:3, 144:5, 144:7, 144:11,
144:14, 144:16, 144:19,
145:3, 145:8, 145:13,

145:16, 145:18, 145:23,
146:1, 146:5, 146:13,
146:15, 146:19, 146:21,
147:1, 147:4, 147:7, 147:10,
147:13, 147:17, 147:19,
147:21, 148:1, 148:3, 148:6,
148:17, 148:20, 148:25,
149:4, 149:7, 149:12,
149:18, 149:21, 150:3,
150:6, 150:8, 150:12,
150:17, 150:20, 150:22,
151:2, 151:20, 151:23,
153:7, 153:9, 153:13,
153:19, 153:23, 154:1,
154:4, 154:10, 154:13,
154:16, 154:19, 154:23,
155:12, 156:5, 156:8,
156:11, 156:20, 156:22,
156:24, 157:11, 157:17,
158:3, 158:9, 158:13,
158:16, 159:24, 160:3,
160:5, 161:15, 161:17,
161:24, 162:1, 162:6, 162:8,
162:14, 162:16, 162:24,
163:1, 163:9, 163:11,
163:25, 164:2, 164:11,
164:13, 164:15, 164:22,
164:24, 165:5, 165:7,
165:14, 165:16, 165:23,
165:25, 166:6, 166:8,
166:15, 166:17, 167:2,
167:4, 167:11, 167:13,
167:21, 167:23, 168:8,
168:25, 169:10, 169:12,
169:19, 169:21, 170:5,
170:7, 170:17, 170:19,
171:4, 171:6, 171:22, 172:1,
172:3, 172:24, 173:9,
173:15, 173:18, 173:21,
173:25, 174:14, 174:19,
175:8, 176:2, 176:5, 176:21,
178:8, 179:8, 179:25, 180:2,
180:7, 180:10, 180:14,
181:21, 183:8, 183:10,
183:24, 184:15, 184:20,
184:22, 184:24, 185:9,
185:11, 185:25, 186:2,
186:4, 186:15, 187:2, 187:6,
187:20, 187:23, 187:25,
188:16, 188:21, 191:5,
192:5, 200:22, 201:19,
201:25, 207:15, 208:17,
208:19, 209:4, 209:9,
209:12, 209:15, 210:5,
210:25, 211:7, 211:15,
211:18, 211:24, 212:2,
212:6, 212:10, 212:18,
212:21, 213:3, 213:12,
213:21, 214:1, 214:3, 214:7,
214:9, 214:13, 214:15,
214:19, 214:21, 214:25,

215:8, 215:18, 215:21, 215:25, 216:3, 216:6, 216:9, 216:12, 216:19, 216:25, 217:4, 217:9, 218:4, 218:8, 218:12, 218:17, 219:5, 219:10, 219:12, 219:15, 219:18, 219:20, 219:23, 219:25, 220:8, 220:11, 220:14, 220:16, 220:18, 220:20, 220:22, 220:24, 221:1, 221:3, 221:6, 221:10, 221:12, 221:25, 222:2, 222:6, 222:9, 222:11, 222:14, 222:16, 222:19, 222:21, 222:24, 223:3, 223:15, 223:22, 224:2, 224:4, 224:8, 224:11, 224:14, 224:20, 224:24, 225:2, 225:5, 225:8, 225:10, 225:13, 225:15, 225:18, 225:21, 225:25, 226:3, 226:9, 226:11, 226:13, 226:17, 226:21, 226:24, 227:1, 227:5, 227:9, 227:12, 228:3, 228:5, 229:20, 230:2, 234:13, 235:7, 235:18, 235:24, 236:2, 236:6

**Court's** [3] - 106:24, 160:15, 228:12

**courthouse** [2] - 103:21, 233:5

**COURTROOM** [4] - 8:7, 8:14, 109:16, 229:24

**courtroom** [29] - 4:1, 6:18, 7:9, 7:12, 8:11, 11:24, 12:1, 12:18, 13:14, 15:8, 66:18, 71:17, 80:19, 100:8, 103:24, 110:19, 143:22, 145:1, 152:20, 228:20, 229:10, 230:24, 231:3, 233:2, 233:24, 233:25, 235:11

**cousin** [9] - 89:1, 174:16, 176:25, 177:10, 177:16, 178:15, 178:20, 179:18, 185:5

**cousin's** [1] - 177:19

**cover** [10] - 9:17, 37:4, 37:8, 98:10, 101:3, 105:8, 197:2, 197:16, 197:18, 198:18

**coverage** [4] - 135:12, 139:11, 197:22, 216:15

**covered** [15] - 30:9, 30:11, 30:14, 32:7, 32:9, 37:11, 38:18, 76:24, 77:4, 104:15, 145:7, 160:8, 160:9, 197:8, 198:16

**covering** [2] - 37:18, 198:6

**covers** [3] - 145:24, 196:25, 197:1

**covertly** [2] - 47:25, 52:21
**COVID** [1] - 38:9
**CRD** [2] - 7:6, 7:11
**created** [2] - 42:22, 49:7
**credibility** [14] - 28:5, 92:4, 92:6, 92:10, 93:2, 93:10, 93:19, 93:25, 94:25, 95:21, 98:6, 117:5, 117:10, 118:1
**credible** [2] - 98:2, 118:13
**credit** [1] - 98:19
**creep** [1] - 81:13
**crime** [1] - 21:1
**crimes** [2] - 19:13, 116:24
**CRIMINAL** [1] - 1:15
**criminal** [15] - 5:5, 10:14, 19:8, 19:16, 20:7, 20:19, 27:20, 28:18, 28:24, 99:5, 111:23, 152:5, 177:1, 178:16, 224:10
**criminally** [1] - 54:16
**critical** [2] - 19:16, 196:17
**crossed** [1] - 217:20
**CRR** [2] - 1:21, 236:16
**cruise** [3] - 147:6, 173:9, 206:15

**Cruz** [1] - 210:20
**cry** [1] - 165:9
**crystal** [1] - 209:8
**crystallize** [1] - 24:15
**CSI** [1] - 24:2
**CSOs** [1] - 7:7
**Cuban** [1] - 12:8
**cue** [1] - 12:11
**Cueto** [2] - 144:15, 144:16
**Cuglievan** [6] - 220:22, 220:24, 221:17, 223:8, 227:17, 229:6
**cumbersome** [1] - 111:17
**cure** [1] - 163:20
**curious** [1] - 119:7
**custodials** [1] - 183:19
**custody** [3] - 40:20, 45:1, 46:6
**customer** [5] - 62:16, 62:18, 115:1, 115:16, 116:4
**cut** [1] - 224:16
**cutting** [1] - 12:8
**CUYLER** [2] - 1:14, 14:7
**Cuyler** [5] - 3:8, 14:8, 108:18, 187:16, 187:18
**CVS** [3] - 34:6, 34:10, 36:7
**Cynthia** [2] - 213:23, 221:8

---

## D

**D.C** [1] - 1:16
**daily** [3] - 11:4, 11:8, 120:1
**Daniel** [1] - 221:23
**dark** [1] - 131:16

**date** [13] - 31:8, 45:21, 46:12, 46:16, 46:21, 53:4, 53:7, 53:11, 53:15, 131:12, 134:16, 147:25, 159:16
**DATE** [1] - 236:15
**dates** [2] - 52:17, 138:12
**days** [9] - 74:7, 86:21, 130:20, 133:1, 140:14, 146:24, 159:2, 171:23, 232:17
**dayshift** [1] - 159:6
**DE** [137] - 1:13, 3:7, 6:7, 14:1, 104:25, 105:5, 105:13, 108:18, 109:3, 109:25, 110:4, 110:7, 161:14, 161:23, 162:5, 162:13, 162:23, 163:8, 163:24, 164:10, 164:12, 164:21, 165:4, 165:13, 165:22, 166:5, 166:14, 167:1, 167:10, 167:20, 168:7, 168:24, 169:9, 169:18, 170:4, 170:16, 171:3, 171:21, 171:25, 172:21, 173:7, 173:17, 173:20, 173:23, 174:12, 174:15, 175:7, 185:8, 185:24, 187:1, 187:3, 187:14, 188:15, 188:20, 188:22, 188:25, 190:12, 190:21, 192:7, 192:15, 192:24, 193:8, 193:17, 193:23, 194:5, 194:9, 194:12, 195:17, 196:7, 196:10, 196:19, 197:12, 197:19, 198:2, 198:8, 198:14, 198:23, 199:2, 199:10, 199:17, 200:10, 200:14, 200:19, 209:14, 210:23, 211:23, 212:7, 212:16, 212:20, 212:23, 213:10, 213:20, 214:2, 214:6, 215:1, 215:17, 215:20, 216:2, 216:11, 216:14, 216:24, 217:6, 218:2, 218:5, 218:15, 219:4, 219:9, 219:17, 219:24, 220:10, 220:13, 220:19, 220:25, 221:2, 222:1, 222:5, 222:8, 222:10, 222:15, 223:2, 223:13, 224:1, 224:9, 224:12, 224:19, 225:1, 225:4, 225:14, 225:17, 225:20, 226:20, 226:23, 227:8, 235:2, 235:16, 235:23, 236:5
**de** [6] - 3:7, 14:2, 175:5, 192:5, 200:22, 212:22
**deal** [15] - 19:22, 23:25, 67:7, 81:23, 118:19, 119:25, 129:6, 171:16, 174:22,

**dealing** [10] - 81:1, 89:4, 98:17, 163:16, 164:2, 164:17, 169:6, 178:24, 194:14, 198:4
**deals** [4] - 29:14, 59:15, 116:12, 232:11
**dealt** [6] - 71:11, 71:12, 71:13, 88:25, 120:8, 167:5
**death** [1] - 204:21
**deceitful** [1] - 47:18
**December** [27] - 5:17, 130:15, 131:11, 136:13, 137:18, 139:3, 139:23, 139:24, 141:14, 146:12, 147:5, 147:7, 147:9, 147:13, 147:15, 147:25, 150:5, 150:25, 159:14, 162:21, 168:2, 169:25, 171:19, 173:8, 173:10, 174:22, 187:4
**decide** [4] - 9:21, 122:20, 197:3, 208:6
**decision** [4] - 98:23, 190:15, 191:2, 191:3
**decision-making** [1] - 98:23
**decisions** [3] - 189:20, 191:6
**deduct** [1] - 154:8
**deems** [1] - 107:8
**deep** [2] - 4:15, 55:24
**defeating** [1] - 47:17
**defend** [2] - 11:18, 179:14
**Defendant** [1] - 1:7
**defendant** [22] - 20:21, 26:21, 26:23, 26:25, 27:1, 39:11, 40:9, 41:12, 42:4, 44:18, 45:4, 45:23, 46:7, 47:12, 48:7, 48:18, 54:1, 73:25, 116:25, 128:16, 193:16, 198:11
**DEFENDANT** [2] - 1:17, 2:2
**defendant's** [5] - 20:10, 24:21, 24:23, 26:9, 97:25
**defense** [94] - 6:8, 6:21, 14:17, 16:25, 21:24, 21:25, 22:14, 26:14, 59:6, 74:16, 95:11, 95:18, 105:15, 106:23, 107:23, 161:15, 161:24, 162:6, 162:14, 162:24, 163:9, 163:25, 164:13, 164:22, 165:2, 165:5, 165:14, 165:23, 166:6, 166:15, 167:2, 167:11, 167:21, 168:20, 169:10, 169:19, 170:5, 170:17, 171:4, 172:1, 173:13, 178:22, 185:9, 185:25, 189:2, 211:4, 211:9,

211:19, 211:25, 212:3, 212:4, 213:2, 213:5, 213:22, 213:24, 214:7, 214:9, 214:21, 214:22, 215:22, 216:3, 216:6, 216:25, 218:8, 219:10, 219:12, 219:18, 219:20, 220:4, 220:5, 220:8, 220:14, 220:16, 220:20, 220:22, 221:3, 221:20, 221:22, 222:12, 222:17, 222:21, 223:12, 223:20, 224:2, 224:4, 224:21, 225:6, 225:10, 225:22, 226:24, 227:2, 227:9, 235:3, 235:24

**defense's** [1] - 104:20
**define** [1] - 24:14
**defined** [6] - 30:5, 30:7, 34:11, 40:16, 44:22, 46:2
**definitely** [10] - 7:16, 59:6, 66:3, 89:7, 121:13, 121:19, 134:25, 148:16, 159:25, 192:3
**definition** [2] - 24:15, 24:19
**definitions** [2] - 114:6, 115:8
**definitive** [2] - 74:3, 106:2
**defraud** [8] - 40:15, 40:24, 40:25, 44:21, 46:1, 47:7, 47:16, 52:7
**defrauded** [1] - 59:4
**degree** [1] - 145:25
**degrees** [1] - 15:5
**Del** [1] - 210:12
**deliberate** [3] - 33:9, 192:12, 193:5
**deliberating** [3] - 111:9, 232:16, 233:18
**deliberation** [1] - 179:4
**deliberations** [2] - 26:22, 98:22
**deliver** [1] - 131:13
**delivered** [1] - 38:22
**delivery** [3] - 40:21, 44:19, 45:24
**demand** [3] - 23:17, 96:24, 97:2
**demeanor** [1] - 28:4
**dementia** [1] - 86:2
**demonstrative** [2] - 234:23, 235:2
**demonstratives** [2] - 6:8, 6:16
**denials** [2] - 195:4, 195:6
**denied** [5] - 196:17, 212:11, 212:15, 215:8, 216:19
**denies** [1] - 195:11
**dense** [1] - 112:12
**deny** [4] - 213:17, 215:15, 217:25, 219:1
**denying** [1] - 148:14

**departing** [1] - 5:23
**Department** [3] - 14:14, 29:23, 83:4
**department** [1] - 75:11
**DEPARTMENT** [1] - 1:15
**DEPUTY** [4] - 8:7, 8:14, 109:16, 229:24
**deputy** [8] - 8:12, 11:24, 13:15, 110:19, 229:10, 230:25, 233:25, 235:11
**derive** [1] - 185:18
**derived** [2] - 54:16, 54:17
**describe** [2] - 87:3, 218:25
**described** [4] - 30:21, 34:23, 46:1, 178:11
**description** [5] - 31:5, 53:5, 53:9, 53:13, 53:17
**designed** [1] - 54:9
**despite** [2] - 90:10, 129:9, 193:17
**detail** [2] - 30:21, 217:14
**detailed** [1] - 55:25
**details** [1] - 74:21
**detect** [2] - 36:19, 36:22
**determination** [2] - 91:24, 203:16
**determine** [6] - 20:3, 125:2, 180:19, 181:15, 182:9, 191:16
**determined** [2] - 20:20, 35:16
**determining** [3] - 28:5, 32:6, 117:10
**developing** [2] - 36:20, 36:23
**devise** [2] - 40:24
**diabetes** [2] - 62:21, 199:5
**diabetic** [1] - 153:21
**diagnosed** [1] - 199:6
**diagnoses** [1] - 35:20
**diagnosing** [1] - 36:25
**diagnosis** [3] - 37:5, 37:9, 37:15
**diagnostic** [4] - 37:20, 37:21, 102:11
**Diaz** [7] - 210:13, 220:11, 220:14, 221:17, 223:8, 227:17, 229:5
**died** [3] - 180:24, 181:5
**differ** [2] - 92:16, 92:18
**different** [19] - 30:9, 30:10, 52:4, 52:6, 62:21, 82:17, 82:24, 85:10, 96:9, 128:14, 161:21, 167:19, 178:14, 179:5, 179:22, 179:23, 194:13, 205:22, 205:24
**difficult** [24] - 15:22, 16:13, 25:17, 69:10, 72:14, 75:14, 77:11, 79:17, 81:12, 90:12, 98:14, 120:15, 130:2, 139:5,

142:6, 157:4, 166:22, 171:1, 181:6, 181:13, 185:15, 190:19, 199:13, 204:24
**difficulties** [1] - 159:12
**difficulty** [2] - 189:25, 206:2
**diligent** [1] - 228:11
**DiMaggio** [1] - 194:10
**dining** [1] - 218:21
**dire** [1] - 9:10
**direct** [2] - 166:22, 169:14
**direction** [2] - 10:9, 233:9
**directly** [3] - 33:11, 34:14, 47:25, 52:20, 92:15, 102:13, 120:1, 136:10
**director** [1] - 150:23
**disabled** [1] - 29:21
**disagree** [13] - 17:22, 105:11, 111:12, 111:16, 112:1, 175:9, 175:16, 191:1, 191:3, 191:11, 191:15, 198:17, 213:13
**disagreeing** [3] - 111:10, 192:2, 197:22
**disagreement** [6] - 124:6, 161:11, 161:21, 175:10, 184:2, 196:24
**disagreements** [1] - 163:12
**discharge** [1] - 103:24
**disclose** [1] - 109:9
**disclosed** [1] - 98:20
**disclosure** [3] - 84:17, 84:19, 89:15
**discuss** [6] - 20:7, 101:6, 135:7, 143:18, 158:9, 159:25
**discussed** [9] - 5:14, 85:22, 97:13, 99:1, 109:22, 111:1, 157:13, 160:6, 193:9
**discussing** [2] - 81:3, 90:23
**Discussion** [3] - 173:22, 215:19, 222:7
**discussion** [2] - 72:10, 160:13, 232:12
**discussions** [2] - 213:11, 232:20
**disease** [1] - 82:24
**diseases** [3] - 36:20, 43:17, 81:21
**disguise** [1] - 54:10
**disguised** [2] - 42:23, 49:8
**dishonest** [1] - 47:18
**Disney** [1] - 150:11
**dispute** [4] - 107:23, 120:24, 121:3, 121:12
**disputes** [2] - 173:5, 183:25
**disregard** [3] - 33:10, 99:12, 117:24
**dissipate** [1] - 201:3
**distaste** [1] - 118:6
**DISTRICT** [3] - 1:1, 1:1,

1:10
**District** [11] - 1:23, 9:7, 40:9, 44:18, 45:22, 47:12, 50:11, 52:18, 53:25, 228:8, 236:17
**district** [1] - 175:20
**disturbing** [1] - 183:21
**disturbs** [1] - 181:17
**diverting** [3] - 42:1, 45:16, 48:15
**divined** [1] - 19:8
**DIVISION** [2] - 1:2, 1:15
**divorced** [1] - 218:20
**DNA** [4] - 36:18, 36:22, 37:2, 96:17
**docket** [1] - 3:24
**doctor** [5] - 86:10, 86:18, 139:4, 181:7, 199:8
**doctor's** [6] - 65:7, 86:17, 141:19, 142:8, 153:18, 166:21
**doctors** [10] - 30:18, 38:7, 38:12, 38:13, 43:15, 43:16, 60:15, 82:11, 89:17, 90:1, 93:23, 142:4, 166:11, 181:5, 181:10
**doctors'** [5] - 42:18, 43:4, 43:13, 43:14, 49:15
**document** [1] - 96:13
**document-intensive** [1] - 96:13
**documentation** [2] - 42:22, 49:7
**documented** [1] - 31:21
**documents** [6] - 42:17, 75:12, 96:12, 97:14, 199:23, 200:2
**dollar** [7] - 46:9, 66:14, 68:7, 68:8, 75:9, 90:6, 129:19
**Don** [3] - 3:25, 4:2, 14:22
**DONALD** [1] - 2:2
**done** [33] - 7:20, 11:21, 22:17, 22:18, 38:4, 52:4, 61:9, 61:24, 61:25, 71:5, 81:24, 82:7, 82:13, 86:8, 100:18, 123:21, 128:11, 133:6, 133:8, 145:7, 155:13, 156:13, 159:22, 177:17, 181:23, 182:3, 183:4, 184:1, 184:2, 184:3, 208:10, 235:18
**door** [1] - 15:16
**dot** [1] - 234:8
**dots** [1] - 203:22
**doubt** [29] - 19:24, 20:5, 24:3, 24:8, 24:11, 24:14, 24:19, 24:21, 24:22, 24:23, 25:1, 25:6, 25:15, 25:24, 26:6, 26:24, 28:20, 56:8, 66:10, 79:13, 86:15, 97:24,

**100**:25, 122:15, 190:2, 201:9, 201:22, 201:23
**doubting** [1] - 122:10
**down** [24] - 10:3, 12:5, 12:8, 12:13, 12:25, 58:1, 59:9, 61:7, 64:25, 120:5, 121:17, 132:21, 136:13, 138:15, 138:20, 156:10, 164:7, 176:18, 182:6, 183:19, 205:1, 210:25, 213:22
**downlines** [1] - 50:22
**downtime** [1] - 212:12
**draft** [1] - 191:13
**drafted** [1] - 191:14
**drag** [1] - 100:6
**drain** [1] - 17:15
**dramatic** [1] - 66:8
**draw** [1] - 11:16
**dream** [1] - 26:14
**drinks** [1] - 177:12
**Drive** [1] - 2:3
**drop** [1] - 131:2
**drugs** [1] - 177:12
**drummed** [1] - 74:10
**dry** [1] - 6:19
**due** [7] - 27:25, 127:17, 139:9, 170:10, 171:11, 172:10, 183:2
**duly** [1] - 8:15
**during** [15] - 12:5, 13:10, 26:22, 38:9, 38:25, 83:22, 91:9, 91:10, 103:25, 155:14, 182:4, 188:11, 231:14, 233:21, 233:23
**duty** [6] - 9:2, 10:19, 11:13, 132:3, 139:18, 230:15

## E

**E-I** [1] - 101:21
**e-mails** [1] - 132:5
**E.G** [1] - 46:16
**early** [4] - 7:4, 159:15, 177:9, 178:4
**easier** [1] - 63:20
**easily** [1] - 56:3
**East** [2] - 1:23, 236:17
**easy** [8] - 55:20, 60:24, 61:10, 62:9, 68:8, 89:2, 146:23, 152:10
**eat** [2] - 108:15, 156:12
**ecology** [1] - 146:3
**education** [2] - 10:8, 195:19
**effect** [4] - 18:25, 27:4, 73:17, 178:6
**effectively** [1] - 189:11
**effort** [1] - 186:8
**efforts** [1] - 90:10

**either** [19] - 6:4, 15:7, 25:19, 31:11, 36:5, 38:15, 77:2, 96:4, 99:1, 106:7, 108:10, 119:1, 178:21, 182:25, 192:20, 194:15, 195:18, 222:25, 233:24
**elaborate** [1] - 177:7
**elderly** [5] - 29:21, 80:24, 131:2, 139:2, 164:16
**elect** [2] - 28:8, 28:11
**elected** [1] - 191:13
**electronically** [2] - 31:14, 34:21
**elects** [1] - 26:21
**elevate** [2] - 97:21, 201:23
**elevated** [1] - 209:21
**elevating** [1] - 201:19
**Elf** [4] - 212:19, 213:17, 213:19, 213:21
**eligible** [4] - 34:2, 41:24, 45:15, 46:10
**eliminate** [1] - 208:3
**elite** [1] - 101:17
**Elorza** [1] - 210:17
**elsewhere** [6] - 4:17, 40:9, 44:18, 45:23, 47:12, 53:25
**embarrass** [2] - 17:2, 112:7
**embarrassing** [1] - 150:10
**embrace** [2] - 10:5, 10:25
**EMILY** [1] - 1:13
**Emily** [2] - 3:8, 14:6
**emotion** [2] - 64:21, 143:12
**emotional** [4] - 64:18, 81:3, 164:18, 197:14
**emotions** [2] - 81:7, 98:23
**employed** [1] - 93:9
**employee** [1] - 50:24
**employer** [2] - 131:23, 132:1
**employers** [2] - 132:2, 132:5
**employment** [1] - 231:15
**enable** [1] - 231:20
**encountered** [1] - 197:20
**end** [31] - 16:6, 23:16, 24:5, 24:18, 28:3, 36:8, 59:24, 88:6, 104:23, 110:24, 114:6, 114:8, 120:13, 131:7, 137:1, 159:14, 163:6, 164:20, 172:18, 173:19, 175:2, 179:12, 184:25, 190:6, 190:19, 192:14, 193:20, 202:20, 229:16, 232:16, 232:23
**ended** [1] - 104:13
**ending** [4] - 39:13, 39:19, 40:1, 192:23
**enforced** [1] - 112:18
**enforcement** [6] - 92:24, 93:6, 93:13, 93:14, 93:16

**engage** [2] - 54:13, 152:24
**engaged** [2] - 230:13, 234:15
**engagement** [1] - 132:14
**English** [9] - 110:1, 112:9, 112:21, 113:1, 113:11, 199:21, 200:1, 207:10, 207:11
**enrich** [3] - 41:12, 45:4, 48:8
**enroll** [1] - 34:2
**enrolled** [2] - 34:18, 35:14
**enrollment** [1] - 32:17
**ensure** [2] - 17:12, 152:5
**enter** [5] - 5:21, 8:8, 109:20, 187:24, 228:4
**entered** [2] - 20:23, 50:13
**enters** [6] - 153:12, 154:18, 156:21, 158:15, 176:20, 180:9
**entire** [1] - 215:3
**entities** [6] - 32:3, 101:11, 102:2, 102:4, 102:5, 182:23
**entitled** [4] - 17:24, 23:2, 34:3, 236:13
**entitlement** [1] - 124:11
**equally** [1] - 213:1
**equivocal** [1] - 169:1
**ER** [1] - 181:4
**err** [1] - 175:19
**especially** [14] - 5:19, 12:15, 28:18, 36:15, 59:14, 77:10, 89:3, 94:6, 94:13, 104:14, 112:21, 120:2, 120:9, 160:22
**essentially** [8] - 9:10, 88:10, 91:20, 122:19, 202:10, 208:2, 208:3, 215:12
**establish** [2] - 25:17, 84:9
**established** [2] - 69:8, 74:23
**et** [4] - 36:4, 85:21, 92:25, 118:15
**ethics** [1] - 233:7
**Europe** [4] - 138:17, 138:18, 141:11, 164:3
**evaluate** [1] - 92:3
**evaluating** [1] - 194:20
**evaluations** [1] - 161:6
**Eve** [2] - 130:19, 130:20
**eve** [2] - 9:3, 172:15
**evenhanded** [1] - 59:22
**evening** [3] - 229:16, 234:10, 235:15
**events** [3] - 27:24, 28:7, 177:24
**everyday** [1] - 142:23
**evidence** [68] - 6:19, 15:23, 18:11, 19:18, 20:22, 21:13, 21:16, 21:18, 24:25, 26:13,

29:1, 66:7, 70:22, 79:17, 81:14, 84:24, 92:4, 95:9, 95:10, 96:9, 96:14, 96:19, 96:21, 96:23, 96:25, 97:1, 97:2, 97:10, 97:13, 97:14, 97:16, 97:17, 97:18, 97:19, 97:22, 97:23, 99:8, 117:12, 117:14, 117:18, 117:20, 121:24, 123:15, 126:1, 127:23, 128:8, 130:10, 157:14, 157:19, 179:9, 179:16, 179:22, 180:19, 182:9, 190:17, 192:8, 193:19, 195:21, 195:24, 196:3, 197:1, 199:14, 231:10, 231:24, 232:15, 232:23
**exact** [2] - 58:4, 138:12
**exactly** [19] - 24:13, 61:9, 63:25, 64:4, 65:13, 72:8, 79:10, 82:19, 84:22, 95:13, 115:10, 158:4, 164:7, 170:23, 177:8, 201:6, 201:12, 231:2, 235:20
**examination** [1] - 81:14
**examinations** [1] - 37:8
**examining** [1] - 187:19
**example** [13] - 18:24, 29:7, 36:21, 58:19, 71:9, 74:13, 91:10, 106:3, 115:10, 171:16, 194:16, 217:21, 218:25
**exams** [3] - 37:13, 134:8, 146:7
**except** [2] - 37:7, 206:13
**exceptions** [3] - 37:7, 37:11, 88:4
**exchange** [14] - 41:14, 41:18, 42:16, 43:3, 45:6, 45:9, 49:3, 49:13, 49:19, 51:5, 51:9, 51:12, 51:17, 51:21
**excited** [1] - 10:3
**exclude** [1] - 24:22
**excuse** [9] - 5:3, 61:15, 73:20, 104:3, 169:2, 186:10, 188:8, 207:17, 209:15
**excused** [13] - 104:6, 153:3, 153:6, 163:3, 174:5, 180:5, 210:7, 210:9, 217:23, 228:18, 229:10, 229:17, 234:10
**excusing** [1] - 185:7
**execute** [7] - 32:16, 40:14, 44:21, 45:25, 46:1, 50:24
**executing** [1] - 41:5
**exemplary** [1] - 228:8
**exercise** [2] - 175:14, 175:21
**existed** [1] - 36:18

**exists** [1] - 20:1
**exit** [5] - 104:8, 153:8, 208:15, 208:18, 229:19
**exited** [1] - 228:19
**exits** [7] - 154:15, 156:19, 158:12, 160:4, 180:6, 184:21, 234:12
**expect** [11] - 5:15, 74:4, 83:22, 83:25, 96:12, 96:13, 96:24, 113:17, 124:5, 160:10, 231:4
**expectation** [1] - 129:23
**expectations** [1] - 5:13
**expected** [2] - 112:16, 234:15
**expeditious** [1] - 160:7
**expenses** [1] - 38:18
**expensive** [4] - 46:13, 46:17, 46:22, 150:12
**experience** [66] - 10:18, 16:6, 17:5, 29:11, 36:11, 60:8, 61:4, 61:24, 62:4, 62:18, 67:7, 67:22, 69:6, 70:24, 72:18, 74:12, 76:14, 77:1, 77:7, 77:16, 77:22, 80:2, 80:6, 80:8, 84:24, 85:2, 85:12, 85:20, 85:25, 87:5, 88:18, 94:2, 94:5, 95:24, 115:16, 120:23, 128:15, 141:23, 173:5, 176:24, 176:25, 178:20, 179:17, 179:21, 180:23, 182:1, 182:16, 182:22, 194:12, 194:15, 194:19, 195:18, 195:22, 196:12, 197:6, 197:9, 197:13, 197:21, 198:19, 198:20, 199:4, 199:12, 201:12, 213:11, 231:18
**experienced** [2] - 81:5, 198:4
**experiences** [9] - 15:17, 15:21, 70:20, 71:5, 71:6, 80:17, 93:16, 104:16, 107:6
**expert** [1] - 194:17
**expertise** [1] - 194:14
**explain** [8] - 27:9, 28:7, 76:14, 97:20, 141:23, 143:5, 177:3, 204:6
**explained** [3] - 88:4, 174:6, 190:14
**explains** [1] - 196:11
**explanation** [1] - 148:14
**Explanation** [1] - 86:13
**explanations** [1] - 70:15
**explore** [1] - 160:24
**exposed** [1] - 69:6
**express** [4] - 112:20, 112:24, 114:1, 217:17
**expressed** [2] - 162:10,

189:24
**expressing** [1] - 27:25
**extensions** [1] - 132:7
**extensive** [1] - 213:4
**extent** [4] - 91:11, 95:13, 108:5, 189:8
**extra** [7] - 4:7, 7:15, 90:3, 104:1, 223:19, 224:17
**eye** [9] - 6:1, 117:21, 124:24, 170:13, 184:1, 190:7, 190:10
**eye-popping** [1] - 124:24
**eyeballs** [1] - 55:7
**eyes** [3] - 15:24, 15:25, 76:10
**Ezzell** [1] - 3:22

# F

**Facebook** [2] - 103:20, 233:12
**faced** [1] - 178:15
**faces** [2] - 55:7
**facilitate** [1] - 160:7
**facilities** [1] - 30:12
**facility** [1] - 38:24
**facing** [2] - 4:11, 152:7
**fact** [18] - 20:1, 20:22, 20:25, 22:23, 23:9, 28:3, 35:5, 69:21, 77:19, 88:24, 93:8, 97:19, 98:16, 191:9, 191:15, 197:24, 203:20
**factor** [1] - 98:21
**factors** [1] - 35:17
**facts** [20] - 18:6, 18:10, 20:4, 74:17, 74:22, 98:22, 99:15, 111:2, 118:1, 122:13, 128:14, 179:6, 179:8, 183:23, 184:6, 184:7, 191:16, 198:21, 203:15, 204:2
**failed** [1] - 174:16
**failing** [1] - 136:11
**fails** [1] - 26:24
**failure** [1] - 159:16
**fair** [42] - 11:16, 15:13, 15:15, 16:13, 16:14, 16:21, 16:22, 17:12, 17:18, 20:15, 57:25, 59:20, 62:15, 63:13, 66:16, 68:10, 69:12, 73:9, 74:18, 74:19, 74:24, 75:18, 81:9, 81:15, 94:18, 116:1, 125:23, 126:2, 126:5, 128:1, 151:11, 164:25, 165:2, 184:15, 187:14, 197:24, 200:19, 203:4, 213:2, 215:7, 230:8
**fairly** [2] - 105:21, 117:12
**fairs** [1] - 43:10
**faith** [1] - 230:13

**false** [14] - 33:8, 40:18, 41:1, 41:3, 41:22, 41:25, 42:10, 43:21, 44:1, 44:24, 45:13, 45:15, 46:4, 46:8
**falsely** [1] - 42:7
**falsity** [1] - 33:10
**familiar** [5] - 61:20, 62:2, 102:14, 102:25, 178:11
**familiarity** [3] - 29:9, 36:9, 76:15
**families** [1] - 137:20
**family** [25] - 8:23, 68:20, 71:3, 71:4, 72:12, 77:6, 88:25, 89:3, 90:9, 93:12, 99:6, 101:7, 131:18, 132:17, 134:14, 144:1, 155:6, 163:3, 169:6, 178:1, 181:7, 197:6, 216:16, 232:1, 232:13
**fan** [1] - 168:17
**fancy** [1] - 9:9
**fans** [1] - 27:19
**far** [10] - 22:16, 47:1, 52:13, 67:3, 152:20, 180:18, 182:22, 200:14, 207:17, 229:15
**fast** [4] - 12:7, 12:9, 104:3, 155:14
**father** [7] - 60:13, 89:16, 89:20, 90:5, 148:8, 167:23, 180:24
**fault** [1] - 57:12
**favor** [6] - 8:10, 94:5, 94:8, 97:18, 120:23, 178:21
**favorable** [2] - 117:1, 117:22
**favoring** [1] - 169:15
**fears** [2] - 27:14, 28:1
**February** [3] - 51:3, 51:15, 149:10
**Federal** [3] - 33:2, 37:19, 42:12
**federal** [7] - 29:23, 30:6, 42:9, 48:4, 52:11, 53:1, 178:9
**federally** [1] - 29:19
**fee** [2] - 33:22, 38:13
**fee-for-service** [1] - 33:22
**feelings** [8] - 16:19, 56:13, 98:17, 99:1, 99:9, 127:9, 127:11, 226:24
**feet** [2] - 26:15, 73:18
**fell** [1] - 120:5
**fellow** [9] - 17:22, 18:21, 19:3, 58:9, 71:6, 100:9, 119:1, 191:16, 198:10
**felt** [7] - 65:21, 119:2, 125:13, 157:2, 172:24, 177:18, 213:15
**fence** [4] - 105:24, 125:19, 168:4, 213:2

**few** [27] - 13:21, 90:25, 91:17, 98:9, 98:10, 100:12, 104:1, 104:12, 105:1, 106:9, 106:19, 108:5, 110:13, 130:20, 137:17, 152:17, 153:4, 180:12, 189:4, 189:18, 206:21, 206:22, 209:25, 227:1, 228:22, 230:17, 231:5
**field** [7] - 60:13, 71:4, 71:11, 158:21, 194:3, 194:13, 196:15
**fields** [1] - 77:24
**fight** [2] - 70:6, 195:8
**fighting** [2] - 98:17, 126:14
**figure** [16] - 9:12, 16:11, 16:14, 16:18, 16:20, 17:18, 18:8, 18:14, 65:14, 70:7, 75:21, 83:6, 121:3, 124:24, 153:1, 235:20
**file** [1] - 31:1
**filed** [1] - 19:12
**filled** [1] - 228:13
**final** [20] - 53:21, 91:2, 91:16, 100:12, 101:6, 123:25, 125:7, 133:25, 134:8, 141:20, 145:14, 145:16, 145:21, 146:3, 146:4, 199:20, 228:22, 229:11, 231:1
**finally** [3] - 86:4, 199:7, 206:25
**finals** [1] - 145:15
**finance** [1] - 183:12
**finances** [2] - 119:5, 151:9
**financial** [4] - 54:4, 54:7, 54:14, 75:11
**financials** [1] - 75:15
**findings** [1] - 191:25
**fine** [7] - 57:9, 109:10, 174:2, 187:21, 211:12, 225:25, 235:22
**finer** [1] - 128:6
**finish** [8] - 5:15, 91:2, 98:11, 100:12, 127:15, 130:12, 130:14, 230:19
**finished** [1] - 159:19
**fire** [1] - 22:16
**firefighter** [1] - 139:10
**firm** [4] - 3:23, 109:3, 129:5, 139:16
**firmly** [1] - 179:11
**first** [42] - 7:3, 8:17, 10:16, 15:2, 15:10, 19:4, 20:11, 23:5, 35:24, 52:1, 55:12, 56:18, 56:20, 56:22, 56:23, 57:18, 61:14, 63:4, 65:3, 65:16, 68:17, 97:20, 112:9, 120:12, 133:9, 133:13, 137:24, 153:11, 153:14,

249

153:17, 161:10, 169:1, 186:18, 189:7, 207:10, 211:21, 224:15, 231:11, 232:2, 232:14, 234:22
**firsthand** [1] - 182:16
**fiscal** [1] - 31:25
**five** [12] - 22:14, 24:1, 51:25, 74:7, 95:19, 210:4, 210:5, 211:8, 211:14, 220:2, 220:4, 230:22
**five-minute** [1] - 211:8
**fix** [2] - 111:23, 132:12
**fixed** [1] - 35:8
**flag** [3] - 105:12, 108:22, 163:21
**flagging** [2] - 106:16, 176:6
**flags** [1] - 166:12
**flat** [3] - 26:17, 172:20, 175:17
**flight** [3] - 135:24, 136:1, 164:3
**flights** [1] - 149:22
**flip** [1] - 159:5
**floor** [2] - 188:13, 202:2
**Floor** [1] - 1:16
**FLORIDA** [1] - 1:1
**Florida** [17] - 1:3, 1:24, 9:7, 15:3, 39:16, 39:17, 39:22, 39:24, 40:9, 44:18, 45:22, 47:12, 50:11, 52:19, 53:25, 228:8, 236:18
**fluent** [1] - 113:11
**fly** [3] - 111:23, 134:13, 141:1
**flying** [4] - 132:13, 138:16, 138:18
**focus** [1] - 61:8
**focused** [6] - 58:23, 61:13, 132:9, 188:11, 228:11, 231:20
**focusing** [1] - 182:12
**folks** [44] - 4:11, 4:13, 5:7, 5:15, 5:24, 6:17, 12:15, 13:25, 14:16, 15:13, 20:13, 24:7, 28:7, 70:4, 70:20, 71:2, 71:10, 97:6, 106:13, 108:5, 109:12, 112:8, 123:3, 129:20, 133:11, 152:6, 152:9, 152:15, 156:14, 160:19, 163:12, 171:15, 171:16, 172:10, 175:10, 175:23, 188:5, 188:18, 188:22, 227:22, 228:17, 229:20, 234:10, 234:16
**follow** [67] - 5:2, 5:9, 9:20, 18:1, 18:12, 28:17, 29:11, 57:6, 61:3, 63:14, 63:21, 78:25, 79:7, 79:9, 80:13, 87:20, 90:25, 91:3, 96:10, 104:12, 104:22, 105:5,

105:7, 106:7, 107:11, 108:2, 108:5, 108:12, 108:24, 110:14, 110:17, 111:4, 111:10, 111:12, 111:19, 111:25, 114:7, 114:9, 126:18, 126:20, 127:9, 127:14, 128:19, 139:3, 148:7, 160:22, 168:9, 168:16, 168:18, 168:19, 175:6, 176:22, 180:12, 186:21, 188:3, 189:23, 191:7, 191:11, 192:6, 199:22, 200:23, 201:1, 208:22, 215:7, 217:16, 234:11
**follow-up** [27] - 5:2, 5:9, 9:20, 61:3, 63:14, 80:13, 87:20, 91:3, 104:22, 106:7, 107:11, 108:2, 108:5, 110:14, 110:17, 126:20, 127:14, 139:3, 160:22, 168:9, 168:16, 175:6, 180:12, 188:3, 199:22, 200:23, 201:1
**follow-ups** [7] - 78:25, 79:9, 90:25, 104:12, 108:12, 168:18, 168:19
**followed** [3] - 52:2, 163:18, 166:21
**following** [15] - 29:18, 44:15, 48:20, 50:12, 52:13, 77:13, 109:24, 111:3, 147:8, 191:20, 193:20, 200:15, 207:16, 217:9, 229:1
**follows** [3] - 52:16, 53:3, 123:17
**folly** [1] - 186:9
**Fonaris** [1] - 210:17
**food** [1] - 206:16
**FOR** [3] - 1:13, 1:17, 2:2
**forced** [2] - 122:5, 173:3
**forcing** [1] - 122:12
**forefathers** [1] - 112:16
**foregoing** [1] - 236:11
**foreign** [3] - 41:7, 54:5, 54:15
**foremost** [1] - 19:4
**foreseen** [1] - 128:11
**forfeiture** [2] - 5:14, 5:19
**forget** [2] - 23:19, 169:14
**Form** [3] - 32:18, 32:20, 33:6
**form** [9] - 20:21, 31:13, 34:22, 34:25, 35:2, 36:15, 54:8, 96:24
**formed** [3] - 39:7, 39:16, 39:22
**former** [2] - 129:5, 129:6
**formerly** [1] - 30:20
**forming** [1] - 232:21

**forms** [7] - 15:19, 31:17, 34:20, 34:21, 36:18, 39:9
**Fort** [2] - 1:24, 236:18
**forth** [10] - 31:20, 40:6, 52:17, 52:22, 87:18, 96:22, 118:22, 215:2, 215:7, 221:22
**forthright** [2] - 78:12, 158:18
**fortunate** [1] - 194:24
**forward** [1] - 84:3
**fought** [2] - 71:11, 86:25
**foundational** [1] - 22:7
**four** [15] - 12:17, 19:15, 47:1, 132:25, 133:12, 159:18, 159:21, 211:10, 220:2, 220:4, 221:21, 223:16, 224:13, 227:13, 229:25
**fourth** [1] - 77:8
**frame** [1] - 156:7
**frank** [1] - 168:1
**frankly** [5] - 19:19, 108:25, 164:4, 169:5, 230:17
**FRAUD** [1] - 1:15
**fraud** [28] - 40:4, 42:1, 42:3, 44:6, 44:7, 44:11, 45:16, 45:18, 47:3, 48:15, 48:17, 50:6, 50:8, 52:2, 52:3, 54:21, 54:23, 54:24, 56:1, 68:22, 81:24, 115:24, 116:4, 169:6, 190:8, 232:12
**fraudulent** [15] - 33:8, 40:18, 41:1, 41:3, 41:22, 41:25, 42:11, 43:22, 44:1, 44:24, 45:13, 45:16, 46:4, 46:8, 163:21
**free** [16] - 4:16, 29:20, 106:1, 107:12, 171:12, 172:15, 175:22, 188:18, 207:18, 212:15, 215:15, 216:20, 216:22, 219:2, 229:20, 235:21
**French** [1] - 9:9
**fresh** [5] - 15:24, 15:25, 59:10, 186:17, 228:23
**Friday** [6] - 137:12, 141:2, 147:5, 148:1, 149:9
**friend's** [1] - 147:25
**friends** [5] - 8:23, 101:7, 132:17, 232:2, 232:13
**front** [12] - 12:3, 18:20, 19:11, 64:24, 114:5, 120:13, 133:11, 134:18, 142:11, 169:2, 174:20
**frustration** [2] - 98:18, 181:25, 182:13
**Fuertes** [6] - 220:18, 220:20, 221:17, 223:8, 227:17, 229:5
**fulfilling** [2] - 10:19, 98:24

**full** [14] - 84:17, 89:15, 121:7, 121:9, 144:24, 155:2, 156:12, 168:12, 170:14, 170:21, 172:19, 176:17, 177:22, 210:1
**full-blown** [1] - 172:19
**fully** [1] - 40:6
**function** [1] - 132:14
**functioning** [2] - 37:6, 37:16
**functions** [1] - 47:18
**funded** [1] - 29:19
**funds** [2] - 55:9, 124:11
**furnishes** [1] - 37:23
**furnishing** [4] - 48:2, 48:3, 52:24
**furniture** [1] - 235:17
**furtherance** [1] - 50:9
**furthering** [1] - 88:11
**furthermore** [1] - 174:17
**future** [4] - 36:21, 36:24, 91:12, 138:13

## G

**gain** [3] - 117:1, 117:7, 117:22
**Galvez** [1] - 210:15
**game** [7] - 21:22, 67:12, 68:7, 73:8, 84:2, 117:8, 172:12
**GARLAND** [1] - 2:3
**GBA** [1] - 32:11
**gene** [3] - 46:14, 46:18, 46:23
**general** [5] - 16:12, 40:5, 99:4, 107:7, 205:21
**generally** [9] - 58:18, 70:25, 77:5, 77:8, 77:9, 77:16, 80:17, 88:19, 104:19
**generate** [2] - 38:14, 134:21
**genes** [2] - 36:19, 36:22
**genetic** [103] - 36:14, 36:16, 36:18, 37:2, 38:4, 41:16, 41:18, 41:20, 41:23, 42:16, 43:4, 43:5, 43:10, 43:13, 45:7, 45:10, 45:12, 45:14, 46:13, 46:17, 46:22, 48:13, 48:24, 49:14, 49:16, 49:20, 49:21, 50:17, 50:21, 51:2, 56:1, 58:12, 58:18, 60:16, 60:20, 61:4, 61:21, 61:23, 61:25, 64:17, 65:5, 69:22, 70:5, 70:16, 71:12, 71:23, 71:25, 72:17, 73:4, 74:12, 76:24, 77:2, 77:3, 77:4, 77:15, 77:24, 78:13, 79:14, 80:17, 81:1, 81:20, 81:25, 82:1, 82:21, 82:23, 82:25,

83:14, 84:11, 85:9, 85:21, 87:9, 88:2, 88:17, 90:18, 98:18, 101:1, 103:14, 104:16, 119:8, 124:8, 124:18, 125:3, 128:5, 128:15, 141:23, 142:2, 148:15, 162:10, 164:17, 165:8, 166:2, 166:21, 176:9, 180:15, 181:8, 181:11, 181:12, 181:16, 182:16, 197:23, 232:11

**genomic** [1] - 36:21

**gentleman** [3] - 59:17, 72:21, 163:2

**gentlemen** [7] - 8:9, 73:17, 110:10, 188:1, 207:15, 228:6, 229:22

**Gentlemen** [1] - 228:1

**genuine** [2] - 132:23, 178:4

**Geoffrey** [1] - 219:21

**geographical** [1] - 32:6

**Georgia** [6] - 1:19, 2:4, 2:7, 32:12, 39:7, 39:12

**girl** [1] - 177:13

**girlfriend** [2] - 59:15, 163:4

**given** [27] - 4:22, 23:25, 55:12, 67:3, 74:21, 86:16, 86:24, 90:4, 90:5, 94:22, 112:21, 112:25, 141:23, 172:7, 173:5, 178:2, 179:22, 188:3, 188:4, 193:20, 194:12, 198:21, 200:10, 201:12, 208:2, 229:11, 235:2

**glad** [3] - 70:19, 118:16, 121:21

**goal** [4] - 4:24, 130:11, 160:20, 208:8

**Goizueta** [1] - 210:18

**Goldilocks** [1] - 25:21

**gonna** [13] - 9:25, 64:8, 129:22, 130:3, 131:22, 153:25, 158:7, 188:17, 189:4, 208:9, 230:21, 232:2, 232:5

**Gonzalez** [7] - 214:10, 214:22, 214:23, 214:25, 215:9, 215:15, 219:13

**goods** [1] - 66:10

**Google** [1] - 103:13

**Googling** [1] - 103:13

**gotcha** [1] - 139:12

**gotta** [1] - 206:8

**governed** [1] - 29:22

**governing** [2] - 31:18, 35:3

**government** [164] - 3:6, 6:5, 10:13, 16:25, 19:7, 19:23, 20:4, 21:12, 21:16, 21:24, 22:5, 22:13, 23:9, 23:12, 23:23, 24:10, 25:10, 25:15, 25:23, 26:16, 26:19, 26:23,

28:20, 39:4, 47:18, 56:7, 56:11, 57:14, 60:8, 63:15, 66:4, 68:18, 69:13, 72:20, 74:24, 83:17, 84:9, 92:23, 93:6, 93:9, 94:6, 94:9, 94:13, 94:20, 95:4, 95:18, 95:22, 96:20, 104:14, 106:22, 107:19, 107:23, 109:1, 116:22, 117:3, 117:23, 118:17, 121:24, 122:3, 122:14, 123:8, 123:21, 124:14, 126:7, 157:19, 157:25, 161:13, 161:21, 162:4, 162:12, 163:23, 164:9, 165:3, 165:12, 165:21, 166:4, 166:11, 166:13, 166:25, 167:9, 167:19, 169:5, 169:8, 169:17, 170:3, 171:2, 171:24, 172:17, 173:15, 178:20, 178:22, 178:23, 178:24, 180:19, 182:5, 182:7, 182:14, 184:8, 185:6, 185:7, 188:13, 189:2, 190:1, 190:17, 191:18, 192:7, 193:4, 193:19, 195:11, 196:5, 196:8, 196:13, 196:16, 198:10, 198:15, 201:14, 209:13, 209:19, 210:21, 211:9, 211:18, 211:19, 211:22, 212:6, 212:19, 212:20, 213:16, 214:1, 214:3, 214:16, 214:25, 215:14, 215:25, 216:10, 216:12, 217:5, 219:6, 219:15, 219:23, 220:3, 220:9, 220:11, 220:18, 220:24, 221:1, 221:21, 221:25, 222:2, 222:14, 222:24, 223:10, 223:24, 224:8, 225:3, 225:13, 225:15, 226:4, 226:17, 226:21, 227:5, 234:22, 234:23

**GOVERNMENT** [1] - 1:13

**government's** [24] - 20:9, 22:17, 24:19, 24:21, 55:23, 59:17, 79:12, 82:6, 83:19, 84:3, 104:23, 118:8, 128:21, 130:7, 162:22, 163:6, 164:20, 168:6, 172:18, 173:18, 185:22, 201:7, 223:19, 224:25

**grab** [2] - 8:16, 153:14

**Gracie** [7] - 8:13, 11:24, 13:15, 99:24, 227:24, 231:1, 234:11

**Grainger** [1] - 210:16

**Gramling** [1] - 210:13

**grandma** [1] - 69:24

**grandmother** [10] - 78:22, 79:4, 79:18, 85:9, 85:13, 88:25, 127:13, 128:4, 165:19, 166:1

**grandmother's** [2] - 80:1, 128:15

**greasing** [1] - 67:10

**great** [10] - 6:13, 7:16, 19:22, 20:16, 67:7, 73:23, 113:16, 152:4, 223:16, 234:9

**greater** [1] - 54:16

**greed** [1] - 204:13

**Greenberg** [1] - 210:15

**grew** [1] - 68:24

**grief** [1] - 131:23

**gross** [2] - 43:2, 49:12

**ground** [3] - 9:25, 10:1, 179:13

**Group** [1] - 34:5

**group** [15] - 3:14, 4:9, 15:13, 69:18, 95:4, 95:22, 102:25, 160:21, 189:6, 227:21, 228:16, 228:20, 230:8, 230:9, 234:16

**guarantee** [4] - 11:2, 111:3, 131:25, 132:2

**guaranteed** [1] - 21:2

**guaranteeing** [1] - 11:15

**guess** [12] - 77:8, 79:1, 81:5, 81:14, 120:11, 120:22, 121:8, 131:13, 147:10, 160:8, 193:14, 209:4

**guidance** [2] - 16:19, 114:8

**guide** [2] - 137:21, 230:25

**guided** [1] - 112:4

**guidelines** [5] - 18:1, 91:21, 92:2, 93:1, 97:12

**guilt** [7] - 24:21, 24:23, 25:15, 25:18, 28:8, 97:25, 201:22

**guilty** [24] - 19:17, 19:21, 19:25, 20:23, 21:7, 21:10, 21:11, 21:12, 21:22, 22:4, 26:24, 26:25, 76:11, 76:18, 116:24, 122:9, 122:17, 123:22, 190:2, 190:8, 192:9, 192:20, 192:21

**GURSKIS** [3] - 1:13, 14:5, 218:16

**Gurskis** [2] - 3:8, 14:6

**guy** [2] - 145:19, 213:4

**guys** [90] - 4:14, 4:18, 6:21, 7:22, 8:1, 8:21, 9:16, 10:25, 11:4, 11:16, 12:2, 12:11, 12:19, 13:1, 13:6, 13:9, 13:20, 14:17, 15:11, 15:15, 16:23, 18:5, 18:8, 18:21, 19:4, 22:7, 55:4, 56:19, 56:23, 56:24, 58:16, 78:12, 87:22, 91:1, 97:8, 98:12,

98:22, 99:14, 100:1, 100:2, 103:8, 104:1, 104:10, 105:15, 111:2, 113:5, 114:7, 125:6, 127:5, 131:16, 131:17, 133:14, 153:10, 158:13, 168:19, 168:20, 173:25, 175:21, 176:15, 180:4, 180:7, 185:13, 185:23, 186:20, 193:25, 194:1, 208:7, 208:13, 209:24, 210:1, 215:23, 217:2, 219:2, 220:6, 225:10, 225:25, 226:13, 228:1, 228:11, 228:21, 230:23, 231:13, 232:14, 232:22, 232:25, 234:11, 235:13, 235:25

## H

**H.K** [1] - 46:20

**hacker** [1] - 174:18

**Hague** [3] - 223:25, 224:2

**half** [3] - 22:13, 73:15, 131:9

**hand** [13] - 8:14, 18:17, 23:21, 72:9, 85:11, 105:6, 116:11, 177:13, 196:22, 199:18, 229:24

**handful** [1] - 105:21

**handle** [1] - 230:14

**hands** [29] - 10:17, 12:10, 15:8, 15:9, 20:13, 23:4, 23:6, 24:4, 25:20, 26:9, 28:15, 56:9, 56:14, 71:20, 78:1, 94:4, 94:6, 96:6, 99:8, 101:8, 101:11, 102:7, 108:7, 113:3, 123:11, 125:16, 126:17, 133:11, 198:24

**hanging** [1] - 120:7

**hangover** [1] - 8:20

**Hanukkah** [2] - 5:22, 130:21

**happily** [1] - 132:5

**happy** [3] - 23:7, 229:17

**Harbor** [2] - 137:20, 174:23

**hard** [21] - 31:13, 66:15, 68:9, 80:11, 85:16, 114:4, 127:21, 133:7, 133:8, 135:4, 139:11, 142:2, 142:25, 143:11, 146:6, 156:9, 190:21, 196:13, 199:6, 199:9, 200:1

**harder** [1] - 90:13

**hardship** [1] - 212:11

**hardships** [1] - 171:10

**harp** [1] - 184:3

**hate** [2] - 122:11, 184:3

**hawing** [1] - 27:24

**head** [5] - 12:24, 67:13,

251

177:4, 217:12, 221:12
**headed** [4] - 144:5, 146:6, 147:19, 209:3
**heading** [2] - 10:9, 11:10
**heads** [2] - 28:16, 217:13
**health** [15] - 30:11, 30:12, 31:5, 33:20, 33:24, 35:7, 35:12, 36:20, 38:21, 43:10, 80:25, 136:11, 143:10, 164:16, 170:12
**Health** [9] - 14:15, 29:24, 30:1, 34:6, 34:10, 83:5, 92:24
**Healthcare** [1] - 197:16
**healthcare** [39] - 29:14, 29:20, 30:5, 30:7, 30:16, 30:19, 30:22, 31:6, 34:11, 34:15, 38:12, 40:4, 40:15, 40:20, 40:22, 44:11, 44:19, 44:22, 45:1, 45:24, 46:2, 46:6, 47:3, 47:8, 48:5, 52:1, 52:3, 52:8, 52:11, 53:1, 54:21, 54:22, 58:11, 76:4, 78:24, 81:24, 88:17, 158:20, 232:12
**healthier** [1] - 35:23
**hear** [39] - 15:14, 21:15, 24:13, 24:17, 29:8, 55:21, 61:5, 61:10, 64:20, 64:22, 70:2, 70:22, 74:22, 76:18, 78:24, 83:22, 87:1, 87:6, 87:14, 90:4, 90:17, 92:22, 114:21, 118:18, 119:6, 120:24, 121:14, 121:18, 123:14, 132:1, 140:16, 154:20, 160:18, 184:13, 185:14, 188:22, 193:18, 195:17, 196:25
**heard** [78] - 5:14, 6:9, 12:20, 15:23, 19:6, 20:13, 20:16, 21:8, 23:22, 24:3, 24:7, 26:8, 26:9, 26:10, 55:6, 55:15, 55:25, 58:17, 58:18, 63:8, 67:3, 67:17, 71:1, 71:17, 71:18, 71:19, 72:16, 75:23, 77:1, 77:14, 77:17, 78:2, 78:3, 78:9, 78:10, 79:11, 95:16, 96:4, 96:11, 101:7, 103:1, 103:12, 106:11, 107:3, 107:5, 108:9, 111:5, 114:13, 115:23, 116:16, 116:17, 116:19, 116:20, 118:19, 118:20, 124:3, 125:24, 126:11, 126:16, 127:23, 141:22, 151:23, 157:19, 157:21, 160:23, 180:18, 182:17, 189:1, 189:13, 189:14, 202:8, 202:12, 209:6, 218:9, 232:24

**hearing** [21] - 13:17, 63:21, 65:20, 68:6, 68:8, 69:8, 75:16, 77:10, 80:5, 85:1, 89:13, 112:7, 123:13, 123:18, 151:19, 157:3, 193:15, 195:18, 195:24, 202:18, 231:24
**heart** [6] - 20:7, 60:14, 159:16, 180:25, 181:24, 182:18
**heavier** [1] - 63:22
**heavy** [1] - 24:20
**Hector** [1] - 222:3
**held** [7] - 28:12, 109:24, 173:22, 179:11, 182:14, 215:19, 222:7
**hello** [2] - 133:17, 133:18
**help** [5] - 89:19, 89:22, 89:24, 112:15, 114:23, 115:7, 115:8, 132:8, 132:17, 148:16, 153:10, 192:1, 217:19, 233:23, 234:3
**helped** [2] - 151:10, 199:8
**helping** [2] - 12:19, 197:6
**helps** [4] - 24:15, 101:19, 189:11, 192:4
**hemming** [1] - 27:23
**hereby** [1] - 236:11
**herein** [2] - 40:6, 45:20
**Hernandez** [6] - 220:11, 220:14, 221:17, 223:8, 227:17, 229:5
**herself** [1] - 168:21
**hesitation** [5] - 25:3, 25:7, 185:10, 198:2, 201:10
**HHS** [2] - 29:25, 47:19
**hi** [14] - 14:5, 65:18, 72:23, 136:9, 139:22, 144:10, 146:18, 153:13, 154:19, 156:22, 176:21, 180:10, 199:3, 205:7
**Hi** [2] - 14:10, 119:18
**HICN** [1] - 31:5
**high** [10] - 4:22, 25:16, 25:19, 27:20, 71:25, 83:2, 120:9, 177:11, 177:12
**high-portfolio** [1] - 120:9
**higher** [7] - 35:22, 36:20, 36:23, 196:5, 196:9, 196:10, 201:20
**himself** [3] - 50:7, 209:23, 217:17
**hiring** [1] - 38:12
**Hirsch** [32] - 39:23, 40:1, 40:2, 40:12, 42:15, 42:21, 43:1, 43:7, 43:12, 43:20, 44:5, 47:15, 48:21, 49:3, 49:6, 49:11, 49:17, 49:23, 50:5, 50:14, 50:17, 50:18, 50:21, 50:22, 51:5, 51:17,

53:6, 53:10, 101:9, 102:1, 116:20
**Hirsch's** [2] - 51:5, 51:17
**hit** [2] - 160:12, 186:22
**hits** [2] - 17:4, 59:4
**hmm** [2] - 12:23, 136:19
**HMOs** [1] - 33:20
**Hogan** [5] - 108:19, 109:3, 109:4, 109:5, 187:16
**hold** [23] - 16:18, 17:20, 25:23, 26:2, 27:1, 80:1, 80:8, 81:8, 94:2, 114:22, 126:7, 128:15, 157:25, 168:16, 178:19, 182:22, 185:5, 186:25, 193:19, 196:5, 196:8, 213:15, 214:12
**holding** [3] - 16:7, 169:16, 179:17
**holiday** [6] - 5:16, 5:22, 8:19, 8:22, 11:10, 137:20
**holidays** [5] - 130:13, 133:7, 172:15, 229:17, 232:7
**home** [25] - 16:2, 17:4, 24:16, 30:12, 38:25, 59:4, 86:5, 100:5, 100:19, 138:2, 138:8, 156:15, 188:10, 208:9, 208:13, 227:22, 227:25, 228:23, 229:16, 232:1, 232:3, 232:6, 232:13, 234:7, 235:14
**homes** [1] - 87:1
**homestretch** [1] - 188:5
**honest** [13] - 9:16, 57:7, 63:24, 66:17, 67:2, 68:1, 70:15, 76:8, 76:12, 180:23, 184:12, 189:10, 203:8
**honestly** [1] - 203:5
**honesty** [11] - 57:11, 63:15, 64:5, 64:11, 69:5, 87:23, 180:3, 189:10, 192:25, 196:20, 202:17
**Honor** [57] - 3:7, 3:13, 3:16, 6:7, 6:11, 7:25, 75:25, 104:25, 105:2, 105:17, 108:18, 109:21, 156:23, 158:11, 161:16, 161:23, 164:10, 167:20, 167:22, 168:24, 172:21, 173:20, 173:23, 175:7, 176:1, 180:13, 185:24, 187:1, 187:14, 188:15, 200:21, 207:14, 209:11, 209:14, 210:23, 211:23, 212:16, 212:24, 213:10, 213:20, 215:17, 215:20, 217:6, 217:8, 218:2, 218:7, 218:16, 219:4, 222:5, 223:14, 224:9, 224:19, 225:20, 235:16, 235:23, 236:5
**Honorable** [1] - 1:22

**HONORABLE** [1] - 1:10
**hope** [12] - 8:21, 90:19, 110:11, 117:1, 121:7, 135:15, 145:17, 156:11, 156:14, 207:8, 209:24, 209:25
**hopefully** [8] - 5:7, 71:5, 72:11, 142:21, 149:21, 176:16, 212:12, 230:19
**hospices** [1] - 30:12
**hospital** [1] - 159:17
**Hospital** [1] - 194:11
**hospitals** [1] - 30:11
**HOSTETLER** [1] - 2:5
**hot** [1] - 25:21
**hotel** [1] - 150:11
**hour** [10] - 55:3, 100:2, 100:8, 108:16, 109:12, 131:3, 131:8, 131:9, 159:3, 186:10
**hours** [2] - 139:11, 156:12
**house** [1] - 174:1
**housekeeping** [2] - 6:3, 6:23
**HR** [2] - 102:25, 150:23
**Hubbard** [1] - 210:20
**huddle** [1] - 9:21
**huge** [1] - 168:17
**Human** [4] - 14:15, 29:24, 30:1, 92:24
**human** [1] - 103:17
**Humana** [2] - 34:6, 34:10
**hurts** [2] - 177:25
**husband** [4] - 62:10, 139:9, 149:11, 207:1
**hypertension** [1] - 153:22
**hypothetical** [1] - 55:22
**hypotheticals** [1] - 73:12

## I

**ice** [1] - 28:6
**ice-cold** [1] - 28:6
**ICU** [2] - 76:5, 158:21
**idea** [4] - 95:9, 115:5, 115:13, 116:3
**ideal** [3] - 168:16, 223:16, 235:8
**ideally** [1] - 223:15
**Identification** [1] - 31:12
**identified** [2] - 4:20, 46:9
**Identifier** [1] - 31:13
**identifying** [1] - 31:11
**ignorance** [1] - 33:9
**ignore** [2] - 117:23, 118:7
**ignoring** [1] - 117:18
**II** [2] - 1:10, 1:22
**ill** [1] - 136:21
**illegally** [1] - 183:4
**illness** [5] - 35:18, 37:6,

252

37:9, 37:16, 136:22

**illnesses** [1] - 35:21

**ILONA** [2] - 1:21, 236:16

**Ilona** [4] - 12:2, 13:4, 13:15, 56:17

**imagine** [5] - 5:18, 23:24, 73:12, 106:7, 121:18

**immediately** [1] - 209:21

**immunotherapy** [1] - 82:20

**impact** [3] - 77:23, 81:3, 81:11

**impacted** [2] - 119:4

**impairing** [1] - 47:17

**impanel** [2] - 5:11, 186:9

**impaneled** [3] - 224:13, 227:24, 230:1

**impartial** [55] - 15:14, 15:15, 16:13, 16:15, 17:19, 18:10, 62:3, 63:8, 63:23, 65:8, 65:12, 65:25, 66:16, 68:7, 68:9, 68:16, 69:10, 69:12, 69:25, 70:15, 70:17, 72:3, 73:1, 73:9, 74:1, 74:7, 75:15, 76:10, 81:8, 84:16, 85:11, 90:11, 106:6, 109:8, 116:1, 125:23, 129:16, 142:6, 143:14, 148:18, 148:20, 151:11, 157:2, 157:9, 158:22, 166:23, 168:1, 199:13, 199:16, 202:14, 202:18, 203:13, 208:24, 230:8

**impartiality** [2] - 18:10, 129:12

**impartially** [2] - 24:25, 117:12

**impeding** [1] - 47:17

**important** [40] - 12:4, 15:20, 16:23, 22:6, 25:3, 25:8, 26:4, 26:7, 26:20, 29:5, 31:4, 34:22, 44:13, 59:23, 79:11, 80:14, 84:21, 88:9, 91:2, 94:19, 97:17, 103:7, 112:3, 116:13, 117:10, 119:13, 122:11, 123:1, 124:2, 139:4, 157:12, 181:22, 182:17, 182:18, 183:24, 191:12, 201:11, 230:14, 231:17, 231:21

**imposed** [1] - 37:17

**imposition** [5] - 11:7, 99:15, 122:10, 129:25, 130:22

**impossible** [1] - 118:7

**impression** [2] - 28:2, 94:22

**impressions** [1] - 103:11

**improve** [2] - 37:6, 37:16

**in-court** [1] - 92:17

**in-law** [1] - 136:11

**inability** [4] - 106:10, 148:11, 177:2, 217:17

**inappropriate** [1] - 163:5

**Inc** [4] - 32:7, 34:6

**incapable** [1] - 27:25

**incidents** [2] - 81:24, 119:8

**included** [5] - 32:12, 38:20, 42:6, 48:20, 112:11

**including** [24] - 5:19, 31:4, 32:6, 33:2, 33:20, 34:5, 34:23, 35:17, 42:9, 42:15, 43:1, 43:24, 44:4, 47:24, 48:1, 48:21, 49:2, 49:11, 49:17, 49:25, 50:5, 52:22, 95:23, 144:25

**income** [2] - 134:22, 204:12

**inconsequential** [1] - 185:18

**inconvenience** [1] - 175:1

**incorporated** [2] - 40:5, 44:15

**incredible** [2] - 12:17, 207:22

**indeed** [5] - 16:11, 20:22, 74:23, 85:17, 123:7

**independent** [4] - 134:21, 141:15, 179:16, 212:8

**independent-minded** [1] - 179:16

**independently** [1] - 85:2

**indicate** [4] - 36:19, 36:23, 69:9, 166:3

**indicated** [11] - 83:13, 128:21, 129:8, 162:2, 164:18, 165:25, 166:20, 172:22, 176:3, 176:4, 176:24

**indictment** [24] - 19:12, 19:14, 19:15, 19:17, 20:1, 20:19, 21:18, 28:25, 29:17, 34:24, 55:2, 55:5, 58:17, 74:21, 75:4, 101:9, 106:11, 116:15, 118:23, 143:3, 161:8, 164:8, 185:21

**indirectly** [2] - 47:25, 52:21

**individual** [3] - 37:1, 48:2, 52:23

**individualized** [2] - 44:10, 47:3

**individually** [1] - 107:2

**individuals** [7] - 29:21, 30:3, 38:12, 171:7, 171:9, 202:6, 230:7

**induce** [2] - 48:1, 52:23

**inducing** [1] - 43:10

**industry** [6] - 58:11, 62:10, 73:3, 101:14, 115:24, 206:15

**infiltrate** [2] - 93:18, 212:25

**influence** [3] - 184:13, 194:20, 195:20

**influencing** [2] - 62:24,

70:21

**inform** [1] - 233:2

**information** [17] - 16:17, 17:12, 29:13, 31:4, 34:23, 57:7, 66:13, 83:25, 84:22, 110:15, 111:6, 129:3, 160:17, 189:19, 204:7, 207:22

**informed** [2] - 6:8, 11:21

**informing** [1] - 19:13

**initial** [3] - 71:16, 165:1, 190:15

**injury** [3] - 37:6, 37:10, 37:16

**innocence** [40] - 20:8, 20:12, 20:14, 20:17, 21:25, 22:12, 23:2, 23:5, 26:5, 26:13, 28:9, 28:19, 55:4, 55:13, 55:21, 60:11, 61:7, 63:21, 71:18, 71:24, 101:1, 105:22, 106:12, 108:7, 115:19, 126:9, 143:7, 157:18, 161:9, 161:12, 161:19, 162:11, 162:19, 163:17, 164:8, 167:18, 169:15, 176:12, 186:13, 205:19

**innocent** [4] - 20:24, 21:1, 76:11, 76:17

**inquire** [2] - 105:3, 112:6

**inquiry** [1] - 78:7

**insanely** [1] - 135:5

**inside** [2] - 160:11, 233:17

**insight** [1] - 180:16

**Instagram** [1] - 103:19

**instance** [1] - 201:21

**institution** [1] - 54:15

**instructed** [1] - 99:12

**instruction** [2] - 24:18, 25:14

**instructions** [18] - 28:3, 32:22, 32:23, 33:2, 111:4, 112:14, 114:5, 115:8, 117:21, 191:20, 217:18, 228:22, 229:11, 231:1, 231:4, 231:6, 231:23, 234:18

**insulin** [1] - 199:6

**insurance** [23] - 30:13, 31:5, 33:24, 35:7, 35:11, 35:12, 38:16, 59:4, 59:15, 65:10, 67:5, 68:21, 68:22, 71:12, 81:2, 89:4, 163:4, 164:17, 169:6, 197:8, 199:5, 206:13, 206:14

**intake** [1] - 12:8

**integrity** [6] - 17:16, 183:20, 193:12, 204:6, 204:8, 204:11

**intend** [7] - 5:4, 6:8, 40:24, 105:17, 105:18, 155:22,

178:5

**intensive** [1] - 96:13

**intent** [3] - 40:10, 40:24, 47:13

**interact** [1] - 38:8

**interaction** [1] - 5:8

**interactive** [1] - 38:22

**intercom** [2] - 73:14, 73:15

**interest** [2] - 92:11, 208:21

**interfere** [1] - 159:7

**internal** [1] - 181:9

**internet** [1] - 38:8

**interstate** [8] - 31:14, 34:22, 41:7, 41:21, 42:19, 43:23, 54:5, 54:15

**intimate** [1] - 36:9

**intimidated** [1] - 112:13

**introduce** [4] - 3:15, 13:22, 14:4, 14:21

**introduced** [2] - 96:9, 97:20

**introducing** [1] - 9:5

**investigator** [1] - 3:25

**involved** [5] - 54:6, 54:7, 58:11, 116:3, 203:22

**involvement** [1] - 129:9

**involving** [1] - 56:1

**inward** [1] - 126:13

**issue** [38] - 6:10, 61:1, 71:17, 71:24, 79:25, 89:10, 90:22, 107:16, 107:25, 110:2, 111:21, 115:18, 115:23, 116:14, 118:16, 120:12, 124:11, 125:15, 135:17, 136:20, 136:24, 143:5, 154:6, 157:22, 158:8, 163:20, 164:16, 165:19, 166:11, 168:3, 169:15, 171:9, 177:6, 182:19, 187:7, 200:4, 215:4, 222:25

**issues** [42] - 6:3, 9:17, 29:14, 36:12, 60:21, 61:2, 70:2, 75:3, 76:23, 80:25, 84:6, 84:11, 85:21, 88:16, 89:4, 90:23, 104:11, 108:22, 130:2, 133:15, 144:9, 152:7, 159:12, 161:8, 162:2, 163:2, 163:3, 164:16, 164:25, 166:1, 170:12, 170:21, 172:11, 194:18, 195:2, 195:12, 207:23, 216:17, 231:14, 231:15, 233:1, 233:22

**it'll** [5] - 122:23, 122:25, 145:5, 155:20, 159:7

**item** [5] - 31:6, 31:8, 31:9, 48:3, 52:24

**itemized** [1] - 34:19

**items** [7] - 31:19, 34:15, 40:22, 44:20, 45:24, 98:10, 160:24

**itself** [4] - 70:24, 98:19, 202:14, 203:11

---

## J

**J.A** [2] - 144:13, 144:23
**Jackson** [8] - 217:1, 217:2, 217:5, 219:3, 221:16, 223:7, 227:16, 229:4
**Jacksonville** [1] - 151:1
**Jamie** [2] - 3:7, 14:2
**JAMIE** [1] - 1:13
**January** [4] - 50:23, 51:7, 53:23, 147:18
**Jenedith** [2] - 212:4, 221:8
**jeopardizes** [1] - 17:15
**Jessica** [1] - 216:13
**Jimenez** [2] - 222:3, 222:9
**job** [9] - 12:4, 17:12, 84:3, 123:22, 130:9, 190:13, 197:15, 231:20
**jobs** [1] - 189:11
**Joe** [1] - 194:10
**joke** [1] - 10:2
**Jorge** [2] - 144:15, 144:16
**Jr** [2] - 3:8, 14:8
**judge** [36] - 18:6, 28:12, 68:12, 91:19, 92:5, 93:2, 93:18, 99:15, 99:18, 111:1, 119:22, 119:23, 131:14, 144:12, 144:14, 144:15, 145:5, 145:9, 149:13, 173:2, 184:22, 188:25, 189:7, 189:24, 190:22, 191:2, 191:3, 192:18, 193:21, 195:23, 196:3, 196:11, 199:20, 199:23, 200:15, 232:5
**Judge** [13] - 9:5, 22:11, 27:4, 28:23, 56:10, 57:13, 64:9, 67:24, 72:18, 74:2, 96:17, 131:21, 144:22
**JUDGE** [1] - 1:10
**judge's** [2] - 190:13, 198:8
**judgement** [2] - 105:10, 122:21
**judges** [9] - 9:6, 18:5, 18:6, 18:9, 20:3, 93:23, 99:14, 111:2, 175:20
**judging** [3] - 121:22, 122:6, 197:24
**judgment** [7] - 105:2, 123:4, 123:9, 172:22, 189:25, 204:24, 230:9
**judicial** [1] - 174:15
**July** [4] - 40:7, 44:16, 47:10, 50:13
**jump** [8] - 10:3, 106:9, 125:11, 126:6, 171:8, 187:6, 191:5, 221:10

**jumped** [5] - 78:18, 101:15, 161:7, 170:20, 227:7
**jumping** [2] - 172:17, 221:22
**jumps** [2] - 102:6, 108:8
**June** [1] - 139:2
**jurisdictions** [2] - 32:9, 32:12
**jurist** [1] - 178:11
**Juror** [195] - 56:25, 57:10, 57:15, 58:2, 58:7, 59:2, 59:8, 59:25, 60:25, 61:3, 61:18, 62:4, 63:6, 63:17, 64:10, 66:17, 68:13, 69:17, 69:19, 70:19, 72:14, 72:16, 73:10, 73:20, 73:21, 75:23, 76:1, 76:13, 78:10, 78:11, 78:13, 78:14, 80:14, 80:21, 80:22, 81:10, 81:12, 83:24, 85:8, 85:23, 89:9, 94:23, 95:2, 102:10, 106:4, 106:8, 106:9, 108:19, 110:18, 114:12, 114:17, 114:23, 119:18, 123:12, 125:9, 127:7, 128:4, 128:19, 133:16, 134:19, 135:2, 136:9, 136:18, 137:2, 137:15, 138:7, 138:15, 138:25, 139:22, 140:8, 140:23, 141:8, 142:16, 143:23, 144:10, 146:18, 149:24, 151:6, 153:10, 154:24, 156:20, 158:13, 161:11, 161:20, 162:1, 162:8, 163:1, 163:15, 163:16, 165:7, 166:20, 170:20, 173:23, 176:19, 176:22, 180:7, 184:22, 184:24, 185:2, 187:17, 189:23, 193:1, 193:24, 194:2, 199:3, 200:6, 200:23, 208:23, 209:20, 210:10, 210:11, 210:12, 210:13, 210:14, 210:15, 210:16, 210:17, 210:18, 210:19, 210:20, 211:21, 212:3, 212:5, 213:3, 213:5, 217:22, 218:3, 218:5, 218:6, 221:14, 221:15, 221:16, 221:17, 221:18, 223:6, 227:14, 227:15, 227:16, 227:17, 227:18, 227:19, 229:2, 229:3, 229:4, 229:5, 229:6, 229:7, 229:8
**JUROR** [329] - 27:16, 57:1, 57:3, 57:20, 58:3, 58:10, 59:2, 59:13, 60:1, 60:4, 60:7, 60:22, 61:17, 61:19, 62:7, 62:9, 62:16, 62:20, 62:25, 63:5, 63:7, 63:18, 63:20, 64:2, 64:14, 64:16, 65:1,

65:3, 65:18, 65:20, 65:24, 66:20, 66:22, 67:1, 67:19, 68:4, 68:6, 68:12, 68:15, 69:19, 69:21, 70:12, 70:14, 71:23, 72:6, 72:23, 72:25, 73:24, 74:17, 74:25, 75:6, 75:8, 75:17, 75:25, 76:3, 78:16, 78:19, 78:22, 79:6, 79:10, 79:21, 79:24, 80:4, 80:11, 80:21, 80:23, 81:16, 81:19, 82:2, 82:10, 82:14, 83:9, 84:14, 84:16, 85:4, 85:6, 85:8, 85:15, 85:18, 85:23, 85:25, 86:4, 87:11, 87:24, 88:1, 88:5, 88:13, 88:21, 88:23, 89:12, 89:15, 90:13, 90:16, 94:11, 94:16, 95:3, 101:13, 101:17, 101:20, 101:23, 102:11, 102:15, 102:20, 102:22, 102:24, 103:5, 113:8, 113:11, 113:13, 113:23, 114:1, 114:10, 114:15, 114:20, 114:24, 115:4, 115:9, 115:13, 115:20, 115:22, 116:2, 119:18, 119:20, 120:19, 120:25, 121:5, 121:13, 121:19, 122:5, 122:23, 123:19, 126:23, 127:2, 127:17, 127:24, 128:9, 128:17, 128:25, 129:4, 129:11, 129:15, 133:17, 133:19, 133:22, 133:24, 134:4, 134:7, 134:11, 134:13, 134:20, 135:3, 135:9, 135:13, 135:22, 135:24, 136:2, 136:5, 136:9, 136:18, 136:20, 137:4, 137:8, 137:11, 137:16, 138:1, 138:5, 138:9, 138:12, 138:16, 138:25, 139:8, 139:15, 139:22, 139:25, 140:4, 140:8, 140:10, 140:13, 140:17, 140:20, 140:23, 141:2, 141:4, 141:9, 141:11, 141:14, 141:25, 142:17, 142:19, 143:9, 143:17, 143:20, 143:24, 144:1, 144:4, 144:6, 144:10, 144:12, 144:15, 144:18, 144:21, 145:4, 145:12, 145:14, 145:17, 145:21, 145:24, 146:2, 146:11, 146:14, 146:18, 146:20, 146:22, 147:3, 147:5, 147:9, 147:12, 147:15, 147:18, 147:20, 147:24, 148:2, 148:4, 148:13, 148:18, 148:24, 149:3, 149:5, 149:8, 149:17, 149:19, 150:2,

150:4, 150:7, 150:10, 150:16, 150:19, 150:21, 150:23, 151:14, 151:22, 153:17, 153:20, 153:24, 154:2, 154:5, 154:12, 154:22, 155:2, 156:3, 156:6, 156:9, 156:18, 156:23, 157:1, 157:16, 158:2, 158:5, 158:11, 158:25, 160:2, 177:8, 179:2, 179:24, 180:1, 180:13, 180:22, 183:2, 183:9, 183:11, 184:11, 184:19, 190:14, 190:18, 191:1, 192:3, 192:13, 192:17, 193:7, 193:11, 193:22, 194:4, 194:7, 194:10, 194:22, 196:4, 196:8, 196:12, 197:11, 197:14, 198:1, 198:3, 198:13, 198:22, 199:1, 199:3, 199:15, 200:6, 200:13, 200:16, 201:15, 201:24, 202:17, 202:24, 203:5, 203:11, 203:20, 204:1, 204:9, 204:19, 204:22, 204:25, 205:4, 205:7, 205:10, 205:13, 205:17, 205:21, 206:4, 206:7, 206:10, 206:12, 206:20, 206:22, 206:24, 207:3, 207:6, 207:9, 207:12
**juror** [61] - 16:21, 29:7, 56:5, 57:19, 58:1, 61:8, 61:15, 66:14, 69:2, 72:23, 74:1, 76:19, 78:9, 80:24, 89:6, 93:7, 94:7, 107:5, 108:20, 111:8, 111:14, 113:4, 113:7, 117:15, 119:16, 119:17, 122:19, 126:13, 127:1, 128:19, 134:12, 139:8, 147:24, 153:12, 154:15, 154:16, 154:18, 156:19, 156:21, 158:12, 158:15, 160:4, 162:2, 173:7, 176:20, 179:4, 180:6, 180:9, 184:21, 197:10, 198:25, 199:13, 205:3, 211:23, 212:1, 212:17, 213:13, 214:2, 214:6, 215:3, 215:20
**juror's** [2] - 129:22, 212:24
**jurors** [85] - 4:8, 4:19, 4:23, 4:25, 5:3, 5:21, 6:22, 7:2, 8:8, 8:15, 8:20, 11:17, 12:1, 16:1, 17:22, 18:5, 18:21, 19:3, 20:16, 28:1, 28:4, 59:14, 67:21, 71:6, 77:1, 77:2, 89:25, 91:18, 95:16, 96:16, 98:16, 98:24, 99:17, 100:9, 104:8, 105:19, 105:21, 106:8, 106:10,

107:14, 109:18, 109:20, 113:22, 117:13, 119:11, 122:1, 124:2, 124:12, 125:2, 125:9, 126:8, 126:21, 130:8, 143:4, 151:8, 152:19, 153:4, 153:8, 157:22, 160:5, 160:15, 160:18, 160:22, 161:6, 172:8, 175:11, 179:6, 179:13, 179:15, 182:17, 187:24, 191:16, 198:10, 208:3, 208:18, 215:10, 217:22, 228:4, 228:10, 228:21, 229:1, 229:19, 229:23, 229:25

**Jurors** [3] - 110:18, 126:20, 152:18

**JURORS** [17] - 13:5, 18:3, 21:7, 21:10, 21:14, 21:17, 21:19, 23:13, 26:1, 47:5, 52:14, 97:4, 112:2, 118:3, 125:5, 188:24, 202:4

**jurors'** [1] - 160:15

**JURY** [1] - 1:9

**Jury** [1] - 234:12

**jury** [60] - 4:6, 4:15, 5:11, 8:7, 9:2, 9:9, 9:12, 10:19, 13:10, 15:20, 16:9, 16:16, 18:17, 19:23, 21:4, 28:3, 28:19, 36:9, 58:9, 90:8, 99:18, 103:20, 106:25, 109:19, 110:10, 111:15, 111:23, 112:16, 117:21, 125:21, 126:5, 126:12, 130:11, 132:8, 139:18, 152:5, 155:20, 160:16, 175:14, 177:4, 178:17, 186:9, 188:2, 188:12, 189:14, 189:15, 191:25, 207:15, 217:17, 217:18, 221:5, 228:6, 228:21, 229:21, 231:17, 233:14, 233:17, 234:8, 234:16, 234:19

**justice** [14] - 10:14, 16:12, 19:16, 20:7, 21:21, 22:8, 28:18, 99:5, 159:8, 174:18, 177:1, 177:2, 178:16, 206:3

**JUSTICE** [1] - 1:15

## K

**Karen** [1] - 226:22

**Katherine** [1] - 14:11

**KATHERINE** [1] - 1:14

**Katie** [1] - 3:8

**keep** [24] - 4:14, 6:1, 21:23, 26:6, 36:7, 69:13, 74:22, 117:13, 130:22, 143:7, 152:12, 170:13, 189:16, 201:14, 222:23, 224:7,

230:2, 230:18, 230:21, 231:11, 232:7, 232:24, 234:5

**keeping** [2] - 69:2, 131:10

**Kentucky** [1] - 136:13

**key** [4] - 11:18, 26:4, 28:17, 124:17

**keys** [1] - 79:12

**kickback** [10] - 48:14, 53:4, 53:7, 53:8, 53:11, 53:15, 53:16, 111:18, 195:12, 195:13

**Kickback** [2] - 33:3, 42:12

**kickbacks** [16] - 31:24, 41:14, 41:17, 42:14, 42:23, 45:5, 45:9, 47:8, 47:24, 48:9, 49:2, 49:8, 49:18, 52:8, 52:11, 52:20

**kids** [5] - 131:2, 135:11, 139:11, 146:23, 177:23

**kind** [40] - 16:5, 19:5, 25:20, 48:1, 52:21, 58:13, 59:18, 60:19, 65:8, 66:2, 66:13, 72:8, 77:12, 82:19, 84:22, 86:25, 87:18, 95:6, 95:9, 96:3, 96:13, 96:18, 96:21, 97:2, 97:18, 97:21, 105:5, 116:3, 118:8, 120:6, 120:8, 120:19, 127:15, 140:15, 148:5, 177:18, 183:16, 197:9, 233:15

**kinds** [4] - 18:13, 62:21, 92:20, 96:9

**knocked** [1] - 175:10

**knowing** [10] - 41:2, 48:23, 54:7, 54:9, 57:7, 61:9, 67:21, 182:16, 204:9, 204:10

**knowingly** [14] - 33:7, 40:11, 40:14, 40:23, 41:6, 42:10, 44:20, 45:25, 47:14, 47:23, 52:19, 54:1, 54:4, 54:13

**knowledge** [2] - 200:1, 213:6

**knowledgeable** [2] - 116:23, 194:18

**known** [7] - 30:20, 31:11, 35:11, 40:13, 47:16, 50:22, 54:2

**knows** [3] - 102:3, 108:19, 164:4

## L

**lab** [3] - 61:24, 127:19, 142:5

**laboratories** [2] - 30:15, 30:22

**laboratory** [7] - 30:17, 37:4, 37:15, 37:21, 39:8, 39:9, 203:21

**labs** [2] - 89:17, 90:2

**LabSolutions** [57] - 39:6, 39:7, 39:12, 39:14, 41:15, 41:23, 42:8, 42:14, 42:20, 42:24, 42:25, 43:5, 43:21, 44:3, 45:7, 45:13, 48:11, 48:13, 48:23, 49:1, 49:5, 49:9, 49:10, 49:15, 49:24, 50:3, 50:7, 50:13, 50:15, 50:16, 50:20, 50:22, 50:24, 50:25, 51:1, 51:4, 51:6, 51:8, 51:10, 51:12, 51:14, 51:16, 51:18, 51:20, 51:22, 53:6, 53:10, 53:13, 53:17, 55:11, 83:21, 101:10, 102:1, 102:12, 107:19, 124:21

**LabSolutions'** [1] - 39:13

**lack** [5] - 18:11, 84:10, 106:17, 111:14, 114:18

**ladies** [7] - 8:9, 73:17, 110:10, 188:1, 207:15, 228:6, 229:22

**land** [3] - 8:18, 73:14, 73:18, 190:25, 198:12

**landed** [1] - 73:19

**landing** [2] - 73:22, 190:23

**lane** [1] - 99:14

**language** [14] - 110:5, 112:9, 113:2, 113:10, 113:15, 114:19, 115:3, 116:9, 163:20, 165:18, 173:11, 199:22, 200:1, 200:9

**larger** [1] - 95:22

**laryngitis** [1] - 194:23

**last** [29] - 7:14, 27:15, 57:3, 64:12, 66:14, 76:4, 98:9, 101:23, 102:24, 103:1, 110:25, 130:20, 134:1, 139:18, 142:21, 149:6, 149:25, 152:24, 169:22, 174:23, 186:6, 188:12, 193:12, 225:19, 227:1, 227:6, 233:11

**late** [5] - 74:7, 100:10, 100:18, 131:6, 186:10

**latest** [1] - 5:15

**Latour** [1] - 222:12

**Lauderdale** [2] - 1:24, 236:18

**laugh** [1] - 233:14

**laundering** [3] - 53:22, 68:25, 169:7

**Law** [2] - 24:1, 33:3

**law** [62] - 5:6, 18:6, 18:7, 18:12, 20:24, 22:1, 23:8, 23:25, 26:12, 86:1, 87:6, 88:7, 92:23, 93:6, 93:12, 93:14, 93:16, 97:17, 99:15, 105:5, 105:7, 105:11, 109:3, 111:1, 111:3, 111:7, 111:9,

111:12, 111:15, 111:16, 111:25, 112:5, 112:14, 112:17, 122:4, 122:13, 122:14, 122:15, 123:17, 123:24, 129:5, 136:11, 136:13, 166:10, 182:10, 184:8, 191:7, 191:8, 191:11, 192:8, 193:4, 193:20, 198:21, 201:17, 205:9, 205:14, 205:15, 205:24, 205:25, 207:4, 215:7

**LAW** [1] - 1:18

**lawful** [1] - 47:18

**laws** [11] - 31:18, 32:21, 32:22, 33:1, 35:3, 39:7, 39:16, 39:22, 42:9, 111:19, 195:13

**lawyer** [4] - 205:11, 207:2, 207:5, 231:9

**lawyers** [58] - 9:18, 9:21, 11:6, 11:19, 13:19, 13:20, 15:7, 16:17, 16:22, 17:4, 18:20, 22:14, 36:16, 59:5, 74:4, 76:16, 91:3, 91:14, 93:23, 95:4, 95:11, 95:16, 95:19, 95:22, 95:23, 100:14, 112:17, 128:20, 130:6, 132:20, 133:7, 134:10, 135:1, 135:8, 139:13, 143:19, 146:8, 147:22, 151:3, 152:13, 152:24, 154:14, 155:17, 155:24, 156:16, 158:10, 160:1, 162:19, 177:3, 188:2, 188:6, 200:15, 208:1, 228:7, 228:13, 230:13, 233:6, 234:6

**laying** [1] - 174:21

**lead** [4] - 28:23, 128:12, 177:14, 232:20

**leading** [2] - 27:12, 226:14

**Leal** [1] - 227:3

**lean** [2] - 28:13, 69:9

**leaning** [2] - 202:23, 209:5

**learn** [1] - 11:1

**learned** [1] - 145:25

**learning** [1] - 10:7

**least** [19] - 5:25, 9:3, 43:23, 44:3, 49:21, 50:1, 50:4, 50:6, 50:10, 50:12, 55:11, 57:7, 106:16, 161:1, 166:3, 205:16, 205:20, 209:22, 234:23

**leave** [9] - 71:7, 87:6, 99:24, 102:8, 132:24, 160:21, 187:11, 187:21, 229:12

**leaving** [3] - 91:11, 148:3, 149:9

**Lebess** [1] - 210:17

**led** [2] - 15:17, 67:22

**left** [20] - 3:22, 4:11, 12:3, 12:25, 61:6, 78:1, 78:6, 86:24, 108:17, 110:13, 120:6, 137:14, 137:25, 161:3, 172:12, 186:21, 223:23, 226:2, 226:10, 226:11

**legal** [4] - 112:14, 139:16, 205:23, 205:24

**legalese** [1] - 112:13

**legit** [5] - 55:24, 60:11, 174:25, 176:8, 176:9

**legitimate** [3] - 28:1, 56:3, 180:16

**legitimately** [1] - 60:17

**lend** [2] - 7:17, 8:3

**length** [1] - 91:6

**lengthy** [3] - 29:3, 124:19, 215:2

**lens** [1] - 84:25

**less** [9] - 15:5, 17:17, 17:22, 93:10, 93:17, 143:5, 157:21, 194:15, 195:10

**letters** [2] - 36:3, 132:5

**letting** [11] - 101:22, 131:16, 134:9, 134:17, 136:6, 136:16, 146:10, 151:2, 154:14, 170:15, 174:9

**leukemia** [1] - 70:16

**level** [6] - 25:9, 66:15, 124:14, 212:14, 216:22, 217:24

**leveled** [1] - 19:20

**levied** [1] - 23:9

**licensed** [1] - 30:18

**lied** [1] - 119:2

**life** [11] - 93:22, 97:8, 107:5, 155:9, 178:4, 178:5, 178:7, 181:5, 183:12, 184:1, 197:6

**light** [6] - 123:13, 124:25, 146:6, 197:21, 199:14, 215:2

**likelihood** [1] - 92:22

**likely** [4] - 69:7, 93:17, 194:15, 194:16

**Lilybett** [1] - 220:5

**limit** [3] - 130:14, 131:11, 186:22

**limitations** [1] - 159:11, 160:11, 160:12

**limited** [3] - 33:2, 104:22, 205:16

**line** [12] - 59:3, 64:25, 80:15, 98:11, 109:7, 132:21, 138:15, 167:15, 206:15, 209:6, 210:25, 217:20

**lined** [1] - 95:14

**lines** [3] - 96:11, 107:4, 107:22

**list** [5] - 63:21, 105:8, 126:24, 167:5, 211:3

**listed** [2] - 39:16, 39:22

**listen** [37] - 15:24, 18:11, 24:17, 29:3, 36:14, 67:15, 72:19, 79:17, 80:9, 81:13, 85:16, 99:7, 116:13, 117:17, 118:7, 120:15, 121:3, 121:23, 122:8, 126:1, 128:7, 130:9, 155:19, 173:4, 173:25, 179:8, 179:16, 180:18, 182:8, 184:7, 185:15, 193:18, 202:19, 203:15, 204:1, 209:17, 228:25

**listened** [1] - 64:6

**listening** [5] - 75:3, 116:15, 126:6, 155:21, 179:4

**litany** [1] - 163:5

**literacy** [1] - 217:7

**literally** [1] - 22:13

**live** [5] - 61:11, 84:17, 127:18, 149:5, 149:8

**lived** [4] - 15:3, 81:11, 84:25, 85:2

**livelihood** [1] - 119:5

**lives** [7] - 11:4, 11:8, 15:17, 17:9, 24:16, 36:5, 101:1

**living** [3] - 60:20, 69:6, 219:1

**LLC** [3] - 39:6, 39:15, 39:21

**LLP** [1] - 2:5

**located** [1] - 38:21

**location** [1] - 54:11

**lock** [1] - 235:20

**locked** [2] - 130:9, 163:3

**LOEB** [1] - 2:3

**logic** [1] - 143:10

**longstanding** [1] - 140:3

**look** [43] - 15:23, 15:24, 21:24, 22:5, 23:16, 23:20, 26:14, 26:18, 28:4, 56:16, 64:4, 67:24, 72:7, 73:10, 79:18, 84:24, 85:2, 86:18, 93:25, 97:1, 98:14, 100:20, 117:11, 117:20, 120:16, 122:13, 126:13, 130:25, 171:6, 179:22, 181:14, 182:20, 183:25, 184:4, 185:13, 208:20, 210:3, 217:14, 217:21, 218:12, 218:13, 218:17

**looked** [3] - 55:15, 112:18, 218:6

**looking** [15] - 15:13, 18:13, 66:3, 103:14, 103:16, 103:17, 109:25, 110:16, 160:16, 176:11, 205:8, 210:8, 224:10, 230:6, 234:20

**looks** [4] - 66:5, 66:8, 174:2, 181:8

**lose** [2] - 99:21, 168:11

**lost** [3] - 72:12, 77:10, 171:19

**louder** [1] - 21:15

**Louisiana** [1] - 32:9

**love** [1] - 209:1

**loved** [1] - 77:11

**Lovells** [5] - 108:20, 109:3, 109:4, 109:5, 187:16

**low** [2] - 25:13, 25:20

**lowering** [1] - 25:17

**luck** [1] - 183:7

**lucky** [1] - 183:3

**lunch** [20] - 4:25, 87:22, 91:1, 91:4, 91:9, 91:14, 99:20, 99:22, 100:23, 103:13, 104:4, 104:11, 104:12, 110:1, 110:11, 131:8, 156:16, 231:13, 231:23, 232:18

**lung** [1] - 89:1

**LUPOWITZ** [2] - 1:21, 236:16

**Lupowitz** [1] - 236:15

**lying** [1] - 98:1

**M**

**ma'am** [62] - 58:8, 61:15, 62:6, 63:1, 63:19, 64:1, 64:15, 64:22, 65:2, 65:13, 66:12, 68:10, 70:1, 70:10, 71:22, 72:4, 72:7, 72:21, 80:9, 84:13, 85:1, 85:5, 87:23, 88:15, 89:10, 90:21, 101:12, 101:16, 102:10, 102:18, 113:7, 114:13, 114:25, 134:9, 136:17, 138:3, 138:24, 139:12, 139:24, 140:7, 140:21, 141:17, 141:18, 142:12, 142:16, 143:11, 143:2, 146:15, 147:1, 147:4, 147:21, 149:22, 154:19, 154:24, 156:17, 156:22, 156:25, 158:9, 180:10, 184:17, 197:10, 198:25

**MAC** [2] - 32:8, 32:11, 32:16

**MACs** [3] - 32:1, 32:2, 32:4

**mad** [2] - 64:5, 131:22

**Madriz** [4] - 225:22, 226:13, 226:14, 226:18, 227:19, 229:7

**mails** [1] - 132:5

**main** [3] - 81:22, 154:1, 193:13

**maintained** [1] - 182:3

**maintenance** [1] - 33:20

**major** [3] - 79:12, 159:14, 172:5

**majority** [3] - 4:11, 100:5, 132:24

**makeup** [1] - 37:3

**malformed** [2] - 37:6, 37:17

**mammography** [1] - 37:12

**managed** [2] - 33:19, 34:8

**management** [1] - 37:25

**manager** [1] - 39:18

**managers** [1] - 39:24

**manifesting** [1] - 98:19

**manner** [3] - 42:4, 45:19, 48:18

**Manosalva** [1] - 210:10

**Mantilla** [1] - 210:19

**Maple** [1] - 2:3

**Maray** [1] - 227:2

**march** [1] - 98:5

**Maria** [1] - 224:4

**Maritza** [2] - 219:13, 220:18

**marketers** [1] - 50:21

**marketing** [12] - 42:24, 49:9, 67:4, 67:6, 67:17, 67:18, 71:5, 73:2, 74:11, 142:9, 167:6, 203:21

**Marketing** [1] - 39:15

**Martinez** [6] - 220:5, 220:6, 221:16, 223:7, 227:16, 229:4

**material** [1] - 29:17

**materially** [4] - 40:18, 41:1, 44:24, 46:4

**math** [1] - 10:10

**matter** [15] - 3:4, 16:2, 112:21, 117:16, 119:14, 122:15, 122:20, 123:8, 130:13, 148:15, 165:11, 178:14, 183:15, 213:14, 236:13

**matters** [1] - 6:23

**McKeon** [19] - 39:17, 40:12, 42:15, 42:21, 43:1, 43:7, 43:12, 43:20, 44:5, 47:15, 48:21, 49:2, 49:6, 49:11, 49:17, 49:23, 50:5, 101:25, 116:19

**mean** [48] - 12:23, 16:2, 20:1, 21:8, 23:1, 23:10, 23:11, 55:5, 56:7, 57:11, 57:13, 61:22, 70:21, 77:18, 81:23, 84:21, 85:13, 86:6, 87:11, 94:18, 95:13, 98:3, 106:3, 111:11, 116:17, 117:18, 118:2, 120:25, 122:5, 122:9, 122:23, 123:17, 128:9, 131:21, 146:5, 149:12, 168:1, 179:23, 192:16, 192:17, 199:15, 218:19, 218:22, 218:25, 229:12, 233:12, 233:17

**meaning** [4] - 115:6,

**means** [23] - 9:10, 12:15, 20:24, 22:20, 22:24, 24:9, 24:12, 28:17, 38:6, 40:18, 41:1, 41:7, 42:4, 44:24, 45:19, 46:4, 47:18, 48:18, 69:12, 96:1, 131:2, 229:9, 232:16
**meant** [8] - 61:9, 151:6, 162:19, 170:19, 201:5, 201:6, 204:8, 215:12
**measure** [1] - 5:12
**media** [5] - 103:19, 103:22, 233:11, 233:16, 233:20
**Medicaid** [7] - 29:25, 30:2, 115:20, 115:22, 116:6, 195:1, 195:6
**medical** [43] - 18:24, 30:13, 30:14, 30:15, 30:18, 32:5, 37:24, 37:25, 38:24, 41:19, 43:11, 45:11, 59:4, 60:13, 62:11, 70:23, 71:4, 71:11, 78:19, 84:10, 89:4, 89:10, 90:23, 115:2, 115:16, 125:3, 139:23, 159:15, 159:16, 163:21, 164:6, 166:9, 170:20, 170:24, 172:7, 172:10, 194:2, 194:12, 194:18, 195:7, 197:7, 213:11, 217:11
**Medical** [6] - 39:21, 39:25, 50:14, 50:15, 50:18
**medically** [19] - 30:17, 31:20, 35:5, 41:24, 43:6, 45:14, 46:10, 49:16, 79:14, 82:8, 83:16, 83:17, 83:22, 87:9, 124:9, 182:6, 182:10, 197:24, 198:5
**Medicare** [169] - 29:18, 29:19, 29:22, 29:25, 30:1, 30:2, 30:3, 30:4, 30:5, 30:9, 30:10, 30:13, 30:20, 30:23, 30:25, 31:1, 31:3, 31:4, 31:15, 31:18, 31:21, 31:22, 31:25, 32:2, 32:4, 32:8, 32:12, 32:15, 32:17, 32:21, 32:22, 32:24, 32:25, 33:5, 33:8, 33:11, 33:16, 33:17, 33:18, 33:23, 33:24, 33:25, 34:1, 34:2, 34:4, 34:9, 34:13, 34:14, 34:19, 34:20, 34:25, 35:4, 35:8, 35:11, 35:14, 36:6, 37:4, 37:7, 37:11, 37:17, 38:4, 38:18, 39:9, 40:17, 41:14, 41:15, 41:19, 41:22, 42:1, 42:7, 42:8, 42:11, 42:16, 42:17, 42:19, 43:3, 43:4, 43:8, 43:22, 44:2, 44:23, 45:6, 45:7, 45:10, 45:13, 45:16, 46:3, 46:10,

46:11, 47:19, 47:20, 48:5, 48:10, 48:11, 48:12, 48:22, 48:24, 49:4, 49:12, 49:14, 49:20, 49:25, 50:2, 50:3, 50:16, 50:17, 50:20, 51:1, 51:2, 51:6, 51:9, 51:10, 51:13, 51:17, 51:18, 51:21, 51:22, 53:1, 53:2, 55:9, 56:1, 67:6, 77:4, 77:7, 77:16, 77:25, 80:17, 84:12, 86:13, 88:1, 88:9, 92:25, 111:7, 111:18, 124:18, 166:11, 195:1, 195:6, 195:15, 196:25, 197:1, 197:17, 198:16, 198:18, 199:4
**Medicare's** [1] - 197:22
**medication** [2] - 89:22, 197:18
**medications** [2] - 37:3, 89:21
**medicine** [4] - 61:23, 88:18, 153:22, 181:10
**meet** [12] - 9:19, 10:11, 11:23, 12:2, 13:19, 26:19, 99:23, 131:15, 134:16, 182:7, 201:7, 207:25
**meeting** [1] - 15:10
**meetings** [1] - 150:24
**meets** [1] - 182:9
**Melissa** [1] - 216:7
**melting** [1] - 112:10
**member** [4] - 37:7, 37:17, 39:18, 68:20, 93:6, 99:5, 178:9, 197:6, 216:16
**members** [4] - 39:25, 71:3, 71:4, 77:6
**memories** [1] - 16:6
**memory** [2] - 92:12, 177:1
**mental** [3] - 103:11, 136:22, 143:10
**mentally** [1] - 127:16
**mention** [4] - 80:16, 116:16, 158:6, 165:8
**mentioned** [23] - 13:8, 20:18, 57:21, 90:6, 97:14, 101:10, 102:1, 102:2, 111:3, 118:23, 121:21, 121:23, 128:22, 139:1, 141:18, 142:7, 155:4, 160:6, 173:12, 199:23, 202:13, 213:6, 234:23
**mere** [1] - 165:8
**merely** [1] - 20:19
**Mesa** [1] - 225:16
**met** [5] - 11:24, 38:20, 39:11, 121:25, 180:20
**method** [1] - 36:25
**Miami** [6] - 1:3, 15:3, 131:17, 133:22, 136:14, 181:12

**mic** [7] - 13:2, 56:15, 56:24, 58:7, 59:9, 114:21, 199:2
**microphone** [14] - 12:20, 70:10, 76:6, 78:8, 82:15, 113:4, 114:16, 115:15, 119:15, 138:4, 138:6, 153:14, 154:20, 200:24
**microphones** [1] - 12:19
**mics** [1] - 56:14
**middle** [4] - 6:20, 66:16, 146:20, 232:17
**midway** [1] - 17:13
**midyear** [1] - 150:24
**might** [17] - 36:3, 69:2, 87:20, 92:23, 95:20, 114:22, 127:19, 127:25, 135:18, 154:5, 165:17, 176:16, 179:4, 179:6, 187:3, 202:14, 208:21
**Milagros** [1] - 219:16
**military** [1] - 10:20
**milked** [1] - 55:9
**million** [3] - 83:5, 129:19, 190:9
**million-dollar** [1] - 129:19
**MINAL** [1] - 1:6
**Minal** [5] - 3:4, 14:19, 14:23, 14:25, 39:11
**mind** [38] - 15:25, 21:23, 26:7, 27:11, 36:8, 56:19, 57:2, 57:5, 57:7, 57:19, 57:23, 61:18, 65:2, 69:13, 73:2, 74:23, 78:18, 80:5, 84:15, 85:7, 87:12, 106:24, 113:21, 117:13, 118:12, 125:24, 127:25, 132:9, 141:21, 143:7, 149:10, 159:5, 178:6, 186:11, 189:17, 232:24, 235:16
**minded** [2] - 71:7, 179:16
**minds** [1] - 22:11
**mindset** [1] - 179:5
**minor** [1] - 30:16
**minus** [2] - 50:18, 51:2
**minute** [6] - 22:4, 127:4, 168:10, 170:10, 185:16, 211:8
**minutes** [9] - 5:2, 7:1, 104:1, 132:1, 209:25, 210:4, 210:6, 230:22, 234:21
**miscarriage** [1] - 21:21
**misplaced** [1] - 119:3
**miss** [5] - 154:9, 171:18, 175:17, 210:21, 213:9
**missed** [2] - 112:23, 210:22
**missing** [5] - 133:20, 172:5, 172:19, 172:20, 226:19
**Mississippi** [1] - 32:9
**misspellings** [2] - 218:20, 218:22

**mistake** [3] - 174:16, 178:4, 204:7
**mistakes** [1] - 232:22
**mistrust** [1] - 125:13
**misunderstand** [1] - 204:24
**misunderstanding** [1] - 120:18
**mmm-hmm** [2] - 12:23, 136:19
**mobile** [1] - 6:19
**mobility** [1] - 159:11
**modification** [1] - 152:8
**modified** [1] - 5:6
**mom** [2] - 139:2, 181:3
**moment** [14] - 19:1, 20:4, 20:9, 90:24, 109:21, 173:20, 179:2, 179:3, 180:4, 180:11, 191:8, 214:13, 215:17, 222:5
**momentarily** [2] - 208:16, 228:18
**Moncher** [4] - 227:6, 227:9, 227:20, 229:8
**Monday** [3] - 138:10, 140:24, 141:4
**Mondays** [2] - 134:4
**monetary** [1] - 54:14
**money** [56] - 40:19, 40:25, 44:25, 46:5, 53:22, 55:8, 57:6, 58:4, 59:6, 65:10, 68:9, 68:25, 69:22, 73:1, 74:11, 75:10, 86:14, 86:19, 87:12, 90:7, 90:14, 95:17, 96:10, 107:14, 107:16, 107:19, 107:22, 107:24, 108:4, 124:3, 124:4, 124:6, 124:7, 124:9, 124:13, 124:16, 124:19, 143:4, 148:9, 148:22, 151:9, 157:7, 157:21, 162:2, 168:3, 169:7, 174:18, 202:11, 202:13, 203:3, 203:11, 203:14, 212:8
**monitor** [1] - 233:15
**month** [5] - 35:9, 35:12, 35:15, 133:3, 183:14
**monthly** [2] - 50:16, 51:1
**months** [5] - 86:5, 86:7, 149:8, 155:3, 159:21
**Moreno** [5] - 221:1, 221:18, 223:8, 227:18, 229:6
**morning** [36] - 3:3, 3:7, 3:11, 3:13, 3:16, 3:19, 4:3, 4:22, 4:23, 8:9, 8:16, 9:8, 9:13, 12:1, 14:1, 14:5, 14:7, 14:13, 14:18, 14:22, 14:24, 15:16, 19:18, 75:25, 112:8, 131:4, 131:17, 140:25, 141:5, 148:3, 156:13, 174:9, 186:17, 200:11, 233:9, 236:3
**most** [12] - 25:3, 25:7, 27:18, 46:13, 46:17, 46:21,

73:11, 74:10, 104:12,
201:11, 215:9, 230:8
**mostly** [1] - 78:19
**mother** [9] - 69:23, 72:1,
86:1, 87:6, 136:11, 136:21,
166:10, 197:15, 198:6
**mother-in-law** [3] - 86:1,
87:6, 166:10
**motion** [1] - 18:21
**motions** [1] - 210:24
**mouth** [1] - 201:14
**move** [17] - 36:13, 38:3,
39:2, 66:10, 137:1, 137:24,
138:21, 155:5, 156:4, 156:7,
188:18, 193:1, 212:7,
212:23, 215:1, 216:14,
235:17
**moved** [2] - 155:13, 155:18
**moves** [1] - 188:19
**movies** [1] - 218:22
**moving** [15] - 47:6, 58:24,
59:9, 68:3, 69:17, 130:23,
131:11, 138:10, 138:15,
138:20, 139:7, 167:4,
216:25, 230:18, 234:5
**MR** [137] - 3:13, 3:16, 3:22,
4:2, 6:23, 7:3, 7:8, 7:14,
7:19, 7:25, 14:7, 14:18,
14:22, 14:24, 105:17,
106:22, 107:13, 108:11,
109:2, 109:4, 109:21,
161:16, 161:25, 162:7,
162:15, 162:25, 163:10,
164:1, 164:14, 164:23,
165:6, 165:15, 165:24,
166:7, 166:16, 167:3,
167:12, 167:22, 168:23,
169:11, 169:20, 170:6,
170:18, 171:5, 172:2,
173:14, 176:1, 176:3,
185:10, 186:1, 186:3,
186:13, 186:25, 187:22,
202:3, 202:5, 202:21,
202:25, 203:7, 203:17,
203:24, 204:3, 204:14,
204:20, 204:23, 205:2,
205:5, 205:8, 205:11,
205:15, 205:18, 206:1,
206:5, 206:8, 206:11,
206:18, 206:21, 206:23,
206:25, 207:4, 207:8,
207:11, 207:13, 209:1,
209:7, 209:11, 210:4, 211:6,
212:1, 212:5, 213:25, 214:8,
214:11, 214:14, 214:18,
214:20, 214:24, 215:24,
216:5, 216:8, 217:3, 218:11,
219:11, 219:14, 219:19,
219:22, 220:7, 220:15,
220:17, 220:21, 220:23,

221:4, 221:9, 221:11,
221:24, 222:13, 222:18,
222:20, 222:23, 223:21,
224:3, 224:7, 224:23, 225:7,
225:9, 225:12, 225:24,
226:2, 226:8, 226:10,
226:12, 226:16, 226:25,
227:4, 227:10, 235:5, 236:1
**MS** [140] - 3:7, 6:7, 14:1,
14:5, 14:10, 14:13, 104:25,
105:5, 105:13, 108:18,
109:3, 109:25, 110:4, 110:7,
161:14, 161:23, 162:5,
162:13, 162:23, 163:8,
163:24, 164:10, 164:12,
164:21, 165:4, 165:13,
165:22, 166:5, 166:14,
167:1, 167:10, 167:20,
168:7, 168:24, 169:9,
169:18, 170:4, 170:16,
171:3, 171:21, 171:25,
172:21, 173:7, 173:17,
173:20, 173:23, 174:12,
174:15, 175:7, 185:8,
185:24, 187:1, 187:3,
187:14, 188:15, 188:20,
188:22, 188:25, 190:12,
190:21, 192:7, 192:15,
192:24, 193:8, 193:17,
193:23, 194:5, 194:9,
194:12, 195:17, 196:7,
196:10, 196:19, 197:12,
197:19, 198:2, 198:8,
198:14, 198:23, 199:2,
199:10, 199:17, 200:10,
200:14, 200:19, 209:14,
210:23, 211:23, 212:7,
212:16, 212:20, 212:23,
213:10, 213:20, 214:2,
214:6, 215:1, 215:17,
215:20, 216:2, 216:11,
216:14, 216:24, 217:6,
218:2, 218:5, 218:15,
218:16, 219:4, 219:9,
219:17, 219:24, 220:10,
220:13, 220:19, 220:25,
221:2, 222:1, 222:5, 222:8,
222:10, 222:15, 223:2,
223:13, 224:1, 224:9,
224:12, 224:19, 225:1,
225:4, 225:14, 225:17,
225:20, 226:20, 226:23,
227:8, 235:2, 235:16,
235:23, 236:5
**multiple** [2] - 85:9, 116:16
**music** [4] - 137:16, 137:19,
174:21, 174:24
**musician** [1] - 218:20
**must** [5] - 22:17, 22:18,
26:25, 37:21, 111:10

**mutations** [2] - 36:19,
36:22

━━━━━━━━━━━━━

# N

**naïve** [1] - 15:18
**name** [24] - 9:5, 14:1, 14:5,
14:10, 14:13, 14:18, 14:22,
14:24, 31:5, 31:10, 56:16,
61:15, 101:15, 101:23,
101:24, 102:12, 102:24,
103:1, 116:19, 116:20,
193:13, 224:22, 229:9
**names** [6] - 101:10, 101:11,
102:6, 116:17, 228:18,
228:24
**narrative** [1] - 179:10
**narrowed** [1] - 174:8
**Nassau** [1] - 39:23
**National** [1] - 31:12
**natural** [3] - 54:14, 67:23,
83:11
**nature** [5] - 54:10, 91:6,
129:10, 129:11, 231:17
**navigate** [1] - 81:1
**NE** [1] - 2:3
**near** [2] - 91:11, 138:13
**necessarily** [8] - 70:23,
74:20, 96:1, 108:9, 108:20,
123:2, 124:5, 185:17
**necessary** [42] - 30:18,
31:20, 35:5, 37:5, 37:15,
38:2, 41:24, 43:6, 45:14,
46:10, 49:16, 61:22, 61:25,
70:7, 81:7, 82:8, 83:1, 83:14,
83:16, 83:18, 83:22, 85:14,
87:10, 88:10, 89:18, 89:25,
90:18, 90:19, 124:9, 124:10,
127:19, 127:23, 159:23,
166:2, 182:6, 182:11,
185:18, 186:22, 195:3,
195:12, 197:25, 198:5
**necessity** [7] - 41:20,
43:11, 45:11, 84:10, 125:3,
164:6, 182:19
**necking** [1] - 131:10
**need** [85] - 5:24, 6:3, 6:6,
6:21, 12:16, 12:25, 13:1,
17:11, 18:18, 18:22, 21:23,
22:25, 25:9, 29:14, 56:16,
57:14, 57:16, 64:11, 64:20,
64:22, 65:14, 66:16, 72:8,
74:3, 79:5, 82:24, 86:17,
93:6, 95:8, 96:17, 96:19,
97:7, 98:8, 100:22, 106:17,
106:20, 108:25, 110:22,
113:3, 116:5, 117:12,
129:20, 130:8, 130:22,
131:5, 132:4, 132:6, 132:20,
133:10, 135:11, 139:15,

143:7, 145:9, 145:18,
145:19, 146:8, 146:23,
146:25, 149:18, 149:20,
154:7, 156:1, 156:3, 156:14,
156:20, 158:13, 163:13,
168:13, 175:23, 176:16,
181:18, 181:19, 182:8,
183:17, 184:25, 186:20,
189:19, 191:24, 196:16,
198:6, 198:13, 207:19,
207:22, 210:3, 234:2
**needed** [12] - 41:17, 45:8,
69:25, 86:11, 86:15, 86:23,
101:3, 124:10, 151:15,
175:5, 186:6, 229:14
**needs** [12] - 62:22, 75:23,
86:20, 101:3, 105:18,
107:16, 111:3, 115:17,
160:9, 170:2, 181:15, 207:9
**negative** [1] - 176:25
**nervous** [1] - 174:2
**neurologist** [1] - 139:4
**never** [14] - 21:24, 23:19,
26:14, 86:8, 86:16, 100:24,
100:25, 131:6, 133:4, 169:6,
180:25, 182:17, 206:14
**new** [2] - 113:19, 114:9
**New** [3] - 1:16, 39:23, 129:6
**news** [2] - 202:5, 218:21
**newspaper** [1] - 26:16
**next** [36] - 18:16, 38:4,
62:6, 63:17, 72:8, 75:23,
110:21, 116:12, 128:3,
137:12, 138:17, 138:18,
138:21, 146:4, 147:6, 149:1,
149:9, 154:16, 159:18,
161:19, 162:1, 163:1,
163:14, 163:15, 165:7,
166:17, 167:4, 169:4,
169:23, 188:8, 194:1,
196:23, 224:22, 230:16,
230:22, 231:5
**nice** [4] - 22:11, 27:4,
57:12, 110:11
**night** [3] - 139:18, 141:2,
154:11
**nights** [2] - 170:11, 170:14
**nightshift** [1] - 170:21
**nightshifts** [1] - 159:1
**NO** [1] - 1:2
**no-brainers** [1] - 106:17
**nobody** [2] - 64:5, 103:20
**noncommercial** [1] -
206:15
**noncommittal** [1] - 209:4
**none** [6] - 15:21, 103:21,
122:8, 122:9, 191:21, 232:12
**nonrefundable** [1] - 150:11
**normal** [1] - 57:16
**North** [1] - 32:13

**note** [6] - 110:18, 136:7, 168:14, 174:4, 176:6, 217:17
**noted** [1] - 162:19
**notepads** [1] - 231:6
**notes** [21] - 110:15, 126:20, 128:3, 161:21, 165:1, 166:3, 166:19, 167:16, 168:22, 171:20, 172:20, 176:3, 176:8, 176:11, 180:17, 187:4, 208:20, 209:25, 210:1, 213:4, 231:7
**nothing** [7] - 10:21, 28:8, 178:14, 178:24, 189:16, 208:10, 236:1
**noticeable** [1] - 170:11
**noticed** [1] - 13:21
**November** [3] - 1:4, 230:1, 236:15
**Novitas** [2] - 32:7, 32:8
**nowadays** [6] - 10:21, 23:24, 82:18, 93:4, 150:12, 233:18
**NPI** [1] - 31:13
**nullification** [1] - 122:19
**number** [66] - 3:3, 4:20, 28:19, 30:24, 30:25, 31:5, 31:11, 34:5, 35:9, 56:16, 59:13, 61:8, 61:16, 62:6, 63:4, 64:1, 67:8, 68:12, 68:19, 68:20, 70:11, 71:22, 72:5, 72:22, 75:5, 78:10, 78:12, 78:15, 78:16, 80:20, 84:13, 85:5, 89:11, 94:10, 95:10, 95:11, 95:19, 102:19, 113:7, 114:14, 119:17, 125:1, 126:8, 126:22, 127:1, 131:24, 138:3, 138:24, 147:3, 160:25, 161:7, 163:2, 166:8, 166:12, 171:8, 178:10, 187:4, 197:10, 198:25, 200:5, 204:18, 208:2, 213:1, 218:4, 218:14, 226:15
**Number** [1] - 31:12
**numbering** [1] - 214:15
**numbers** [7] - 95:14, 96:4, 135:21, 152:19, 200:17, 210:7, 211:12
**numerical** [1] - 153:5
**numerous** [2] - 77:2, 92:23
**Nunez** [8] - 213:23, 213:24, 214:1, 221:8, 221:15, 223:6, 227:15, 229:3
**nurse** [3] - 76:5, 158:21
**nursing** [2] - 30:11, 87:1
**NW** [1] - 1:18

---

**O**

**o'clock** [4] - 100:2, 131:5,

140:25, 153:25
**O'Neil** [1] - 3:25
**oath** [5] - 16:15, 16:23, 17:21, 55:16, 97:11
**object** [2] - 50:10, 168:24
**objection** [66] - 123:3, 162:4, 162:5, 162:12, 162:13, 162:15, 162:22, 162:23, 162:25, 163:23, 163:24, 164:1, 164:9, 164:14, 164:20, 164:21, 164:23, 165:3, 165:4, 165:6, 165:12, 165:13, 165:15, 165:21, 165:22, 165:24, 166:4, 166:5, 166:7, 166:13, 166:14, 166:16, 166:25, 167:1, 167:3, 167:9, 167:10, 167:12, 167:22, 169:8, 169:9, 169:11, 169:17, 169:18, 169:20, 170:3, 170:4, 170:6, 170:15, 170:16, 170:18, 171:2, 171:3, 171:5, 171:24, 171:25, 172:2, 173:13, 173:14, 185:7, 185:8, 185:10, 186:3, 209:12, 209:14, 235:3
**objectively** [1] - 202:19
**objects** [4] - 40:10, 42:5, 47:14, 48:19
**observe** [1] - 92:13
**obstructing** [1] - 47:17
**obtain** [6] - 30:24, 31:1, 34:17, 40:18, 44:24, 46:4
**obtained** [2] - 43:8, 43:13
**obtaining** [1] - 40:25
**obvious** [3] - 117:1, 161:5, 163:13
**obviously** [19] - 17:15, 77:4, 89:19, 90:18, 96:11, 99:21, 105:19, 107:8, 112:10, 129:24, 134:24, 157:12, 170:8, 171:22, 177:5, 178:13, 181:23, 203:1, 234:14
**Ocala** [1] - 144:6
**occasion** [1] - 196:25
**occasional** [1] - 171:9
**occur** [1] - 33:13
**occurred** [1] - 34:16
**odds** [1] - 73:22
**OF** [5] - 1:1, 1:3, 1:9, 1:15, 1:18
**off-the-record** [1] - 67:8
**offended** [2] - 208:4, 233:8
**offense** [2] - 47:21, 233:10
**offenses** [2] - 40:13, 54:3
**offer** [2] - 52:19, 116:5
**offered** [3] - 34:1, 49:1, 49:18

**offering** [4] - 33:24, 35:7, 47:23, 48:9
**office** [8] - 30:16, 38:24, 65:7, 79:7, 141:19, 142:8, 144:22, 166:21
**OFFICE** [1] - 1:18
**Office** [4] - 63:10, 106:5, 109:7, 128:23
**OFFICER** [11] - 8:2, 104:7, 109:13, 109:19, 138:22, 153:7, 184:22, 187:23, 208:17, 211:15, 228:3
**officer** [3] - 139:17, 233:2, 233:24
**officers** [2] - 12:18, 13:8
**offices** [2] - 151:1, 187:9
**Official** [2] - 1:22, 236:16
**official** [1] - 228:20
**often** [3] - 33:11, 34:13, 195:11
**Oklahoma** [1] - 32:9
**old** [2] - 10:17, 136:11
**older** [2] - 87:2, 177:10
**once** [3] - 33:14, 44:14, 47:9, 52:16, 117:25, 151:25, 152:23, 155:20, 172:13, 188:7, 228:19
**oncologist** [1] - 82:3
**oncology** [1] - 82:4
**one** [160] - 4:7, 6:9, 7:14, 7:17, 7:19, 8:2, 8:3, 9:6, 10:7, 11:18, 11:25, 14:2, 15:5, 17:13, 23:20, 23:24, 25:5, 27:13, 28:13, 28:19, 36:7, 39:24, 50:10, 50:12, 56:14, 56:22, 57:11, 59:1, 59:10, 59:13, 60:4, 64:9, 67:20, 67:25, 68:16, 68:17, 68:19, 68:24, 70:2, 71:21, 72:9, 74:19, 77:11, 77:24, 78:17, 78:23, 79:11, 80:2, 83:12, 84:13, 91:7, 94:7, 94:11, 95:16, 95:19, 95:20, 95:25, 96:23, 97:18, 97:21, 98:1, 98:7, 101:6, 101:20, 103:10, 106:5, 106:14, 107:7, 108:4, 108:18, 108:21, 110:25, 111:2, 112:6, 113:4, 113:17, 118:16, 119:15, 119:21, 120:16, 120:23, 121:6, 121:16, 123:25, 124:25, 125:7, 125:17, 125:22, 125:23, 126:14, 126:19, 127:5, 128:19, 132:16, 133:2, 138:23, 143:3, 144:23, 147:24, 148:5, 148:22, 151:8, 155:9, 161:10, 161:19, 162:1, 163:1, 163:14, 163:15,

165:7, 166:17, 166:23, 167:4, 168:1, 169:4, 169:23, 171:18, 173:12, 173:20, 174:3, 176:1, 176:2, 176:22, 177:14, 180:14, 181:1, 181:24, 183:25, 186:25, 187:6, 187:7, 193:9, 194:20, 199:20, 199:22, 200:24, 202:15, 207:19, 208:23, 211:21, 215:17, 216:15, 216:23, 217:6, 220:2, 221:10, 222:4, 222:5, 223:10, 223:19, 224:18, 225:19, 226:12, 232:18, 233:3, 233:8, 234:1
**one-time** [1] - 181:1
**ones** [10] - 10:10, 18:8, 56:21, 59:10, 92:2, 108:6, 160:25, 161:4, 163:12, 171:8
**open** [23] - 7:4, 7:7, 7:9, 7:12, 15:25, 69:13, 71:7, 74:23, 104:13, 116:25, 117:13, 118:12, 141:21, 143:7, 152:7, 163:13, 174:20, 193:15, 196:22, 232:24, 235:11, 235:12
**open-ended** [1] - 104:13
**open-minded** [1] - 71:7
**opened** [2] - 55:7, 203:18
**opening** [4] - 6:9, 100:18, 208:11, 231:8
**openings** [3] - 5:11, 186:18, 234:20
**opine** [1] - 126:15
**opinion** [9] - 9:16, 17:24, 17:25, 119:23, 151:19, 193:9, 193:15
**opinions** [1] - 232:21
**opportunity** [10] - 9:20, 10:6, 10:22, 10:25, 11:5, 11:21, 92:13, 96:22, 118:14
**opposed** [2] - 106:8, 203:2
**opposite** [2] - 139:9, 159:1
**option** [1] - 33:18
**order** [9] - 24:1, 38:14, 62:12, 137:19, 153:5, 160:7, 196:16, 203:16, 235:22
**Order** [1] - 3:1
**ordered** [4] - 30:18, 37:22, 38:1, 87:9
**ordering** [7] - 41:18, 45:9, 45:10, 49:19, 196:14
**orderly** [1] - 9:23
**Orders** [1] - 24:1
**orders** [5] - 42:18, 43:5, 43:13, 43:14, 49:15
**organizations** [3] - 33:20, 33:21, 33:22
**original** [2] - 33:23, 200:8
**Orlando** [4] - 146:14, 150:7,

151:1, 187:7

otherwise [2] - 114:1, 235:6
outcome [3] - 92:11, 178:17, 204:11
outer [4] - 5:17, 130:14, 130:18, 131:11
outlets [1] - 103:23
outside [5] - 3:18, 103:21, 153:4, 230:24, 234:9
over-deliver [1] - 131:13
overarching [1] - 96:3
overcome [1] - 22:6
overemphasize [1] - 209:8
overlooked [2] - 171:14, 187:4
overnight [2] - 154:6, 154:10
override [1] - 50:19
oversaw [1] - 30:2
oversight [1] - 47:19
overt [1] - 50:12
overtly [2] - 47:25, 52:21
own [21] - 17:9, 17:24, 24:16, 25:3, 25:8, 29:10, 29:11, 36:5, 61:24, 67:22, 99:14, 181:25, 184:1, 194:19, 194:25, 196:2, 197:6, 198:18, 198:19, 201:11, 215:7
owned [4] - 40:19, 45:1, 46:6, 68:21
owner [2] - 39:12, 121:6
ownership [1] - 54:11
owns [1] - 68:20
oxygen [3] - 86:7, 86:14, 86:22

P

p.m [28] - 1:5, 104:8, 109:14, 109:15, 109:20, 110:8, 153:8, 153:12, 154:12, 154:15, 154:18, 156:19, 156:21, 158:12, 158:15, 160:4, 176:20, 180:6, 180:9, 184:21, 187:24, 208:18, 211:16, 211:17, 228:4, 229:19, 234:12, 236:7
pace [2] - 155:13, 186:8
page [1] - 172:17
pages [1] - 66:9
Pages [1] - 1:7
pages' [1] - 55:6
paid [12] - 35:8, 35:12, 38:13, 42:14, 43:3, 49:1, 49:12, 49:18, 49:21, 50:4, 55:11, 124:10
pain [2] - 89:20, 159:15
painful [1] - 99:3

Palm [9] - 39:17, 39:18, 39:24, 40:8, 44:17, 45:22, 47:11, 52:18, 53:24
PALM [1] - 1:2
Palmetto [2] - 32:11
palms [1] - 67:10
palpable [1] - 181:25
pandemic [1] - 38:9
panic [1] - 155:9
paper [11] - 19:10, 19:19, 20:20, 66:11, 75:11, 90:17, 96:11, 124:4, 148:14, 151:16, 167:24
paragraphs [1] - 44:15
paralegal [2] - 205:13, 205:16
parcel [1] - 20:18
pardon [2] - 61:16, 149:17
parents [4] - 80:24, 81:6, 139:2, 164:16
park [1] - 150:11
Parmanand [1] - 210:14
Part [6] - 30:10, 30:13, 30:20, 32:2, 33:11, 38:18
part [17] - 11:14, 20:18, 35:24, 48:4, 49:21, 52:25, 54:10, 77:9, 81:2, 90:13, 119:9, 122:12, 124:17, 125:13, 149:8, 152:3, 195:9
partake [1] - 177:12
partial [1] - 87:12
partiality [1] - 202:25
participant [1] - 159:8
participants [1] - 36:6
participation [2] - 33:4, 207:22
particular [8] - 78:25, 92:10, 116:19, 119:11, 151:8, 194:13, 208:22, 224:18
particularly [2] - 15:3, 119:21
parties [1] - 182:22
partner [2] - 119:3, 120:5
partners [6] - 118:23, 119:1, 120:2, 120:4, 120:18, 121:5
parts [2] - 28:17, 30:10
Parts [3] - 33:23, 34:2, 34:4
party [3] - 18:12, 177:11, 177:13
Pasia [2] - 219:21, 219:23
pass [6] - 9:3, 58:1, 72:1, 89:16, 105:2, 105:9
passed [4] - 60:14, 88:25, 90:5, 167:24
passengers [1] - 198:10
passing [1] - 148:8
past [8] - 15:23, 16:11, 84:24, 104:3, 107:3, 131:6,

205:16, 230:21
pastor [2] - 59:3, 162:17
Patel [69] - 3:4, 3:12, 3:14, 3:17, 3:19, 3:25, 14:19, 14:20, 14:23, 14:25, 15:7, 19:13, 19:21, 19:25, 20:3, 21:6, 21:25, 23:1, 23:17, 26:12, 27:6, 28:11, 39:11, 40:9, 42:7, 42:13, 42:21, 42:25, 43:7, 43:12, 43:20, 44:5, 44:10, 44:18, 45:23, 47:13, 49:1, 49:6, 49:10, 49:23, 50:4, 50:13, 50:23, 51:3, 51:7, 51:11, 51:15, 51:19, 52:19, 54:1, 56:10, 57:4, 76:10, 80:9, 83:18, 101:24, 101:25, 102:24, 103:4, 118:22, 130:7, 158:1, 159:9, 169:16, 182:1, 182:15, 193:13, 203:1, 203:25
PATEL [1] - 1:6
patient [3] - 35:16, 38:8, 62:20
patients [11] - 38:6, 38:14, 38:16, 61:21, 76:6, 81:4, 82:4, 82:24, 83:2, 87:3, 195:5
pay [12] - 43:1, 47:8, 49:10, 50:15, 50:25, 52:7, 52:19, 86:13, 88:2, 88:7, 88:9, 190:9
paycheck [1] - 154:9
paying [7] - 41:13, 41:17, 43:14, 45:5, 45:8, 47:24, 48:9
payment [16] - 31:24, 32:24, 33:8, 33:13, 34:17, 35:22, 38:16, 40:21, 42:11, 44:19, 45:24, 48:4, 52:10, 52:25, 53:9
payments [10] - 32:3, 33:11, 33:16, 34:13, 35:10, 35:12, 42:23, 44:2, 49:8, 50:3
PC [2] - 1:18, 2:3
Peachtree [1] - 1:18
Peactree [1] - 2:6
Pearl [2] - 137:20, 174:23
pediatric [1] - 194:7
pelvic [1] - 37:13
pendency [1] - 84:1
Pennsylvania [2] - 32:10, 155:6
People [1] - 233:19
people [35] - 7:19, 11:15, 18:17, 27:18, 63:10, 64:6, 64:7, 68:25, 78:12, 87:3, 91:22, 98:5, 98:14, 99:22, 103:13, 112:18, 128:25,

135:5, 142:10, 172:6, 172:14, 175:12, 181:18, 183:3, 183:21, 187:10, 189:5, 189:21, 194:17, 195:4, 196:14, 210:8, 230:8, 230:9, 233:17
peppered [1] - 159:18
per [5] - 35:8, 35:9, 35:16, 195:10, 210:9
percent [8] - 43:2, 49:12, 50:15, 50:19, 50:25, 113:14, 118:20, 118:21
percentage [2] - 43:2, 49:11, 94:21
peremptories [5] - 172:13, 211:13, 216:23, 224:12, 226:6
peremptory [10] - 173:1, 174:10, 175:16, 175:21, 212:15, 213:19, 215:16, 216:20, 218:1, 219:3
perfect [4] - 24:6, 70:18, 96:18, 111:11
perfectly [1] - 112:23
perform [1] - 137:19
performed [1] - 37:8
perhaps [17] - 9:1, 15:22, 24:2, 29:9, 36:15, 38:9, 58:20, 80:17, 88:18, 99:4, 99:6, 118:25, 119:1, 119:2, 119:4, 124:14, 201:3
period [3] - 9:2, 11:11, 63:8
permitted [1] - 224:13
person [20] - 16:8, 20:25, 34:3, 48:1, 48:2, 52:22, 52:23, 91:24, 91:25, 103:2, 118:13, 121:16, 159:6, 177:17, 177:19, 190:7, 227:6
personal [19] - 13:12, 36:11, 42:2, 45:17, 48:16, 67:22, 119:13, 119:23, 177:5, 182:1, 182:22, 195:18, 198:19, 198:20, 212:24, 213:4, 213:8, 215:4, 216:17
personalized [1] - 61:22
personally [1] - 149:14
personnel [1] - 92:24
perspective [3] - 123:4, 158:4, 179:14
persuaded [1] - 161:2
persuasive [1] - 157:7
pew [2] - 56:18, 56:20
PFFS [1] - 33:22
PGx [2] - 37:1, 39:8
pharmacogenic [1] - 37:1
pharmacological [1] - 73:5
philosophical [2] - 123:6, 192:10
phone [3] - 103:18, 131:24,

132:4

**phrase** [3] - 15:14, 20:14, 20:16

**physical** [4] - 97:14, 97:19, 159:11

**physically** [1] - 155:11

**physician** [9] - 31:10, 37:22, 37:23, 38:1, 61:21, 62:1, 82:19, 82:22, 159:20

**physicians** [2] - 30:15, 30:21

**pick** [8] - 108:16, 110:13, 130:11, 189:18, 189:21, 190:22, 193:24, 223:23

**picked** [14] - 11:1, 24:17, 100:5, 100:16, 111:8, 129:21, 133:3, 208:7, 208:8, 208:13, 229:1, 233:14

**picking** [1] - 223:13

**pickup** [3] - 95:14, 135:14, 135:17

**Pico** [6] - 222:21, 222:24, 223:3, 223:9, 227:18, 229:6

**picture** [1] - 235:5

**pictures** [1] - 41:8

**piece** [2] - 19:10, 174:24

**pilot** [4] - 73:13, 73:23, 190:24, 198:9

**piloting** [1] - 74:2

**pilots** [1] - 73:15

**pin** [1] - 164:6

**Pino** [1] - 210:13

**Pinon** [1] - 210:10

**pivot** [4] - 36:1, 39:4, 72:10, 76:23

**place** [10] - 13:11, 33:14, 39:16, 39:22, 56:12, 63:9, 80:8, 98:6, 111:21, 147:14

**places** [2] - 87:14, 103:14

**plan** [12] - 34:3, 34:19, 34:20, 35:1, 35:14, 35:15, 104:12, 106:12, 106:16, 149:15, 174:1, 201:13

**plane** [9] - 73:14, 73:18, 73:19, 73:22, 74:2, 190:23, 190:24, 198:9, 198:12

**planned** [2] - 151:13, 208:14

**planner** [1] - 159:13

**plans** [23] - 5:23, 33:19, 33:22, 33:25, 34:9, 34:13, 35:8, 40:17, 41:23, 42:1, 42:20, 43:22, 44:2, 48:6, 48:13, 50:1, 50:3, 53:2, 138:1, 138:8, 138:13, 156:4, 187:13

**Plans** [1] - 34:6

**plate** [1] - 159:25

**play** [3] - 160:13, 172:8, 186:21

**players** [3] - 10:1, 101:9, 101:10

**playing** [1] - 15:8

**plea** [1] - 20:23

**pled** [1] - 116:24

**plenty** [2] - 8:22, 232:6

**plus** [1] - 154:6

**podium** [1] - 188:16

**point** [30] - 4:4, 6:15, 18:15, 19:1, 57:4, 57:8, 75:24, 84:7, 86:6, 106:5, 121:20, 122:24, 122:25, 128:6, 140:7, 158:1, 160:19, 170:1, 172:7, 174:5, 185:3, 191:14, 196:21, 196:24, 198:5, 198:7, 203:12, 223:20, 231:14, 235:4

**pointed** [1] - 226:4

**pointing** [1] - 83:24

**points** [3] - 83:12, 91:2, 123:25

**pool** [3] - 18:17, 58:9, 58:21

**poorly** [1] - 151:15

**popping** [1] - 124:24

**populated** [1] - 112:17

**porridge** [2] - 25:21

**portfolio** [1] - 120:9

**portion** [2] - 5:19, 188:12

**portions** [1] - 118:7

**pose** [1] - 9:15

**posing** [1] - 107:2

**Position** [1] - 31:12

**position** [8] - 71:7, 90:11, 126:4, 170:8, 170:12, 180:18, 185:4, 185:22

**positive** [1] - 70:23

**possibility** [2] - 4:16, 111:5, 168:15

**possible** [4] - 24:21, 25:15, 96:24, 201:22

**possibly** [1] - 101:13

**post** [5] - 75:3, 164:8, 233:13, 233:20, 233:21

**post-listening** [1] - 75:3

**post-reading** [1] - 164:8

**posting** [2] - 103:19, 103:20

**pot** [1] - 112:10

**potential** [6] - 4:8, 20:15, 76:19, 107:14, 108:22, 228:10

**potentially** [2] - 94:8, 200:3

**power** [1] - 132:19, 157:7, 230:18

**PPO** [1] - 36:4

**PPOs** [1] - 33:22

**practice** [5] - 129:9, 194:25, 205:22, 207:4, 207:8

**practitioner** [1] - 39:1

**practitioner's** [1] - 38:24

**Prats** [1] - 210:19

**preach** [1] - 76:19

**predetermined** [1] - 35:13

**predicament** [1] - 128:10

**predicaments** [1] - 132:18

**predisposed** [1] - 183:6

**preemptory** [1] - 174:3

**prefer** [3] - 122:6, 122:8, 122:9

**preferably** [1] - 122:6

**preferred** [1] - 33:21

**prejudging** [1] - 184:5

**prejudice** [8] - 18:11, 98:13, 98:15, 98:18, 98:21, 99:7, 143:16, 165:1

**preliminary** [5] - 176:11, 231:4, 231:23, 232:20, 234:18

**premature** [1] - 232:20

**prepared** [7] - 4:5, 31:17, 35:3, 70:3, 91:13, 172:8, 209:10

**preparing** [1] - 137:17

**preplanned** [1] - 132:14

**preschool** [1] - 142:19

**prescribe** [1] - 82:12

**prescribed** [5] - 41:20, 45:12, 86:10, 89:21, 182:10

**prescription** [1] - 86:17

**presence** [2] - 110:22, 233:20

**present** [2] - 33:7, 42:10

**presentation** [1] - 146:4

**presentations** [1] - 155:15

**presented** [10] - 33:8, 42:10, 60:5, 121:11, 157:3, 195:21, 195:24, 196:3, 199:14, 200:2

**presenting** [2] - 116:22, 118:17

**presently** [1] - 37:1

**presided** [1] - 178:10

**president** [1] - 183:19

**press** [2] - 105:25, 106:6

**presumably** [1] - 178:20

**presume** [1] - 129:9

**presumed** [2] - 20:24, 21:1

**presumption** [44] - 20:8, 20:12, 20:14, 20:17, 22:6, 22:12, 23:2, 23:5, 26:5, 28:19, 55:4, 55:13, 55:21, 58:23, 58:25, 61:1, 61:7, 61:11, 61:13, 63:21, 71:18, 71:24, 75:9, 100:25, 105:22, 106:12, 108:6, 115:18, 126:9, 143:6, 157:18, 161:8, 161:12, 161:19, 162:11, 162:18, 163:17, 164:8, 167:17, 169:15, 176:4, 176:11, 186:13, 205:19

**pretenses** [5] - 40:18, 41:1, 41:2, 44:25, 46:5

**pretty** [15] - 57:6, 59:13, 59:16, 95:14, 106:11, 161:10, 161:20, 165:2, 167:17, 169:1, 169:14, 170:1, 176:17, 185:3, 206:12

**previous** [2] - 35:20, 60:8

**primarily** [2] - 4:23, 29:21

**primary** [7] - 4:9, 139:1, 142:20, 150:14, 153:20, 154:2, 164:19

**principal** [1] - 5:5

**principals** [1] - 10:23

**printed** [2] - 19:19, 66:11

**private** [20] - 18:16, 18:18, 18:19, 19:3, 32:2, 33:19, 33:22, 33:24, 35:7, 64:23, 100:22, 110:19, 126:22, 137:2, 140:2, 152:17, 154:24, 170:22, 199:4

**private-managed** [1] - 33:19

**privately** [2] - 137:4, 173:24

**privilege** [1] - 9:7

**probate** [2] - 144:17, 144:18

**probe** [1] - 165:9

**probed** [1] - 165:16

**problem** [25] - 7:6, 7:10, 7:13, 22:9, 23:4, 25:12, 37:24, 38:1, 61:14, 86:8, 106:14, 107:10, 107:12, 108:10, 108:12, 113:24, 115:24, 116:2, 135:11, 160:10, 161:12, 161:19, 162:10, 173:11, 200:7

**problems** [5] - 105:22, 108:7, 120:4, 149:22, 166:8

**procedure** [3] - 112:4, 139:23, 224:10

**procedures** [5] - 30:17, 89:18, 159:16, 159:22, 172:7

**proceed** [2] - 211:20, 213:18

**proceeding** [2] - 10:15, 152:5

**proceedings** [6] - 10:24, 12:5, 17:16, 23:18, 109:24, 236:12

**proceeds** [8] - 42:2, 44:6, 45:16, 48:15, 50:7, 54:6, 54:8, 54:11

**process** [18] - 5:3, 9:9, 9:11, 9:23, 11:2, 11:14, 11:22, 62:13, 71:8, 76:20, 111:7, 143:11, 152:9, 184:17, 188:12, 189:15, 195:14, 208:5

**processing** [1] - 32:5

procured [2] - 4:6, 31:23
produce [2] - 26:13, 127:18
profession [1] - 92:7, 93:3
professional [1] - 38:21
program [17] - 29:18, 29:19, 30:5, 30:7, 30:10, 30:13, 32:21, 32:23, 33:1, 40:15, 44:22, 46:2, 46:7, 48:5, 52:11, 53:1
programming [1] - 235:20
programs [3] - 34:11, 40:21, 45:2
progress [1] - 174:17
project [2] - 12:16, 13:3
projects [2] - 133:25, 134:8
promise [8] - 13:2, 93:15, 111:24, 131:13, 132:18, 230:20, 230:21, 234:6
promised [1] - 55:13
promises [5] - 40:19, 41:2, 41:3, 44:25, 46:5
prompt [4] - 18:18, 100:23, 101:5, 110:21
pronounce [1] - 193:12
proof [33] - 20:9, 23:21, 23:23, 24:20, 24:22, 25:1, 25:5, 25:6, 25:11, 25:24, 26:6, 26:19, 26:23, 28:20, 57:22, 79:13, 86:16, 121:25, 124:14, 126:7, 151:15, 180:20, 182:7, 186:14, 193:4, 198:13, 198:15, 201:2, 201:9, 205:20, 209:22
proper [2] - 43:19, 82:7
properly [2] - 31:21, 182:3
properties [1] - 155:5
property [7] - 40:19, 41:1, 44:25, 46:5, 54:7, 54:16, 54:17
prosecutors [1] - 95:11
prospective [21] - 8:8, 8:15, 104:8, 109:20, 153:8, 153:12, 154:15, 154:18, 156:19, 156:21, 158:12, 158:15, 160:4, 176:20, 180:6, 180:9, 184:21, 187:24, 208:18, 228:4, 229:19
PROSPECTIVE [345] - 13:5, 18:3, 21:7, 21:10, 21:14, 21:17, 21:19, 23:13, 26:1, 27:16, 47:5, 52:14, 57:1, 57:3, 57:20, 58:3, 58:10, 59:2, 59:13, 60:1, 60:4, 60:7, 60:22, 61:17, 61:19, 62:7, 62:9, 62:16, 62:20, 62:25, 63:5, 63:7, 63:18, 63:20, 64:2, 64:14, 64:16, 65:1, 65:3, 65:18, 65:20, 65:24, 66:20, 66:22, 67:1, 67:19,

68:4, 68:6, 68:12, 68:15, 69:19, 69:21, 70:12, 70:14, 71:23, 72:6, 72:23, 72:25, 73:24, 74:17, 74:25, 75:6, 75:8, 75:17, 75:25, 76:3, 78:16, 78:19, 78:22, 79:6, 79:10, 79:21, 79:24, 80:4, 80:11, 80:21, 80:23, 81:16, 81:19, 82:2, 82:10, 82:14, 83:9, 84:14, 84:16, 85:4, 85:6, 85:8, 85:15, 85:18, 85:23, 85:25, 86:4, 87:11, 87:24, 88:1, 88:5, 88:13, 88:21, 88:23, 89:12, 89:15, 90:13, 90:16, 94:11, 94:16, 95:3, 97:4, 101:13, 101:17, 101:20, 101:23, 102:11, 102:15, 102:20, 102:22, 102:24, 103:5, 113:8, 113:11, 113:13, 113:23, 114:1, 114:10, 114:15, 114:20, 114:24, 115:4, 115:9, 115:13, 115:20, 115:22, 116:2, 118:3, 119:18, 119:20, 120:19, 120:25, 121:5, 121:13, 121:19, 122:5, 122:23, 123:19, 125:5, 126:23, 127:2, 127:17, 127:24, 128:9, 128:17, 128:25, 129:4, 129:11, 129:15, 133:17, 133:19, 133:22, 133:24, 134:4, 134:7, 134:11, 134:13, 134:20, 135:3, 135:9, 135:13, 135:22, 135:24, 136:2, 136:5, 136:9, 136:18, 136:20, 137:4, 137:8, 137:11, 137:16, 138:1, 138:5, 138:9, 138:12, 138:16, 138:25, 139:8, 139:15, 139:22, 139:25, 140:4, 140:8, 140:10, 140:13, 140:17, 140:20, 140:23, 141:2, 141:4, 141:9, 141:11, 141:14, 141:25, 142:17, 142:19, 143:9, 143:17, 143:20, 143:24, 144:1, 144:4, 144:6, 144:10, 144:12, 144:15, 144:18, 144:21, 145:4, 145:12, 145:14, 145:17, 145:21, 145:24, 146:2, 146:11, 146:14, 146:18, 146:20, 146:22, 147:3, 147:5, 147:9, 147:12, 147:15, 147:18, 147:20, 147:24, 148:2, 148:4, 148:13, 148:18, 148:24, 149:3, 149:5, 149:8, 149:17, 149:19, 150:2, 150:4, 150:7, 150:10,

150:16, 150:19, 150:21, 150:23, 151:14, 151:22, 153:17, 153:20, 153:24, 154:2, 154:5, 154:12, 154:22, 155:2, 156:3, 156:6, 156:9, 156:18, 156:23, 157:1, 157:16, 158:2, 158:5, 158:11, 158:25, 160:2, 177:8, 179:2, 179:24, 180:1, 180:13, 180:22, 183:2, 183:9, 183:11, 184:11, 184:19, 188:24, 190:4, 190:18, 191:1, 192:3, 192:13, 192:17, 193:7, 193:11, 193:22, 194:4, 194:7, 194:10, 194:22, 196:4, 196:8, 196:12, 197:11, 197:14, 198:1, 198:3, 198:13, 198:22, 199:1, 199:3, 199:15, 200:6, 200:13, 200:16, 201:15, 201:24, 202:4, 202:17, 202:24, 203:5, 203:11, 203:20, 204:1, 204:9, 204:19, 204:22, 204:25, 205:4, 205:7, 205:10, 205:13, 205:17, 205:21, 206:4, 206:7, 206:10, 206:12, 206:20, 206:22, 206:24, 207:3, 207:6, 207:9, 207:12
prostate [1] - 37:14
protect [3] - 10:24, 11:3, 11:17
protected [1] - 22:4
protocols [1] - 82:7
prove [26] - 19:24, 20:5, 21:25, 23:15, 24:10, 24:20, 26:13, 26:17, 55:16, 56:7, 60:10, 60:11, 63:11, 64:7, 72:20, 94:14, 96:20, 171:1, 176:8, 176:9, 178:25, 190:1, 196:5, 196:9, 201:22
proven [8] - 55:19, 56:2, 76:11, 76:18, 122:14, 184:9, 191:19, 215:13
proves [3] - 25:15, 122:3, 123:8
provide [3] - 33:25, 34:8, 48:14
provided [18] - 29:20, 30:11, 30:14, 30:23, 31:2, 31:6, 31:9, 31:19, 33:17, 34:18, 35:5, 37:20, 38:6, 38:11, 39:8, 46:11, 48:25, 182:2
provider [22] - 30:24, 30:25, 31:10, 32:17, 32:19, 32:22, 33:7, 33:12, 33:14, 33:15, 33:20, 33:21, 34:16, 34:25,

35:1, 35:4, 62:11, 115:2, 115:17, 206:16
Provider [1] - 31:12
provider's [1] - 33:3
providers [11] - 30:16, 30:19, 30:22, 30:23, 31:16, 31:23, 32:3, 32:15, 34:14, 34:19, 38:13
providing [3] - 50:15, 76:6, 78:23
province [1] - 99:18
pry [1] - 17:9
PSOs [5] - 33:21
public [3] - 27:16, 27:17, 27:19, 27:22
pulled [1] - 64:9
pump [1] - 199:6
punishment [2] - 190:13, 191:21
purported [3] - 48:13, 53:11, 53:16
purportedly [6] - 31:19, 39:8, 48:25, 55:8, 55:25, 87:9
purpose [16] - 9:11, 15:11, 16:10, 17:2, 37:8, 41:5, 41:10, 41:11, 42:6, 45:3, 48:7, 48:19, 50:10, 112:17, 160:14, 201:17
purposely [1] - 139:9
purposes [3] - 5:10, 88:8, 170:24
pursuant [2] - 50:25, 233:7
push [3] - 155:22, 190:21, 232:6
put [12] - 26:15, 69:13, 81:10, 86:4, 96:22, 117:15, 137:19, 174:14, 201:13, 202:21, 233:13, 235:22
puts [2] - 81:7, 177:4
putting [2] - 6:17, 80:7

## Q

qualification [1] - 169:24
qualified [3] - 30:15, 30:19, 209:17
qualifier [1] - 133:8
quality [6] - 66:6, 95:10, 97:17, 97:23, 98:4, 98:8
quantity [2] - 66:7, 98:8
questioning [14] - 4:24, 5:9, 17:2, 80:15, 88:8, 91:15, 98:12, 104:13, 104:20, 106:1, 152:25, 160:7, 175:22
questionnaire [11] - 160:23, 174:13, 200:10, 200:12, 204:16, 204:20, 205:8, 217:8, 217:14, 218:7, 218:13

**questionnaires** [8] - 17:8, 105:1, 109:25, 110:16, 176:23, 188:5, 218:23, 228:13

**questions** [34] - 5:6, 9:15, 9:20, 12:13, 13:11, 13:15, 15:12, 16:24, 16:25, 17:5, 17:20, 18:2, 83:8, 83:10, 84:1, 88:16, 92:15, 100:12, 110:14, 160:15, 180:12, 188:8, 189:5, 189:9, 189:16, 202:9, 203:10, 207:23, 217:16, 218:13, 228:12, 233:3

**Quezada** [1] - 210:11

**quick** [3] - 180:11, 191:5, 218:17

**quickest** [1] - 189:15

**quickly** [1] - 136:12

**quite** [10] - 13:21, 19:19, 76:9, 104:15, 108:25, 144:16, 161:4, 164:4, 230:11

**quiz** [1] - 21:3

**quote** [5] - 33:7, 37:20, 164:24, 166:22, 167:6

**R**

**radio** [1] - 103:23

**RAFFERTY** [6] - 2:5, 3:16, 3:22, 14:24, 109:2, 109:4

**Rafferty** [2] - 3:17, 14:25

**raise** [9] - 8:14, 18:17, 108:7, 124:1, 173:19, 196:22, 201:3, 210:25, 229:24

**raised** [4] - 104:20, 151:8, 163:21, 198:24

**raising** [6] - 23:6, 96:6, 102:7, 116:11, 125:16, 126:17

**range** [1] - 130:18

**raping** [1] - 177:15

**rarely** [2] - 68:18, 94:13

**rate** [2] - 35:8, 35:22

**rates** [1] - 35:19

**rather** [7] - 18:23, 33:12, 33:23, 34:14, 97:22, 175:22, 176:12

**ray** [1] - 37:20

**reach** [8] - 12:20, 97:2, 121:24, 122:16, 123:16, 123:21, 173:3, 215:14

**react** [1] - 69:15

**reaction** [6] - 58:9, 58:10, 60:20, 125:12, 164:7, 165:11

**reactions** [1] - 80:16

**read** [28] - 24:12, 25:5, 29:2, 29:12, 36:2, 44:13, 44:15, 45:19, 47:4, 55:8,

56:7, 57:13, 59:7, 66:9, 75:19, 88:6, 115:4, 115:9, 116:15, 157:12, 161:8, 200:7, 200:11, 201:8, 204:23, 210:6, 217:8, 217:18

**reading** [6] - 105:1, 143:3, 151:18, 164:8, 200:2, 231:4

**ready** [12] - 6:14, 6:18, 6:24, 7:5, 130:5, 145:16, 175:13, 186:14, 209:24, 230:25, 234:16, 235:13

**real** [5] - 24:23, 57:12, 66:8, 97:8, 191:5

**reality** [2] - 26:14, 230:6

**realize** [3] - 17:14, 23:8, 74:6

**realized** [3] - 157:22, 181:3, 183:3

**realleged** [4] - 40:5, 44:14, 45:20, 47:9

**realleging** [1] - 52:16

**really** [58] - 6:17, 10:8, 11:4, 12:17, 12:24, 13:17, 15:5, 16:4, 18:4, 20:17, 22:11, 24:9, 24:15, 63:10, 64:8, 73:16, 74:13, 76:25, 81:13, 86:15, 86:16, 86:19, 86:23, 87:3, 88:11, 91:25, 106:9, 107:16, 122:6, 124:16, 124:17, 128:10, 135:16, 140:13, 142:23, 142:25, 157:21, 159:8, 161:7, 164:24, 170:12, 177:22, 180:22, 182:9, 182:15, 184:14, 185:17, 199:6, 199:8, 202:5, 202:20, 203:5, 207:1, 215:3, 218:9, 218:23, 233:12

**rearrange** [1] - 235:17

**reason** [14] - 24:24, 59:17, 61:10, 74:3, 78:25, 81:5, 82:14, 92:10, 95:5, 102:8, 102:17, 127:18, 157:5, 208:3

**reasonable** [7] - 19:24, 20:5, 24:3, 24:7, 24:11, 24:14, 24:19, 24:22, 24:23, 25:1, 25:6, 25:24, 26:6, 26:24, 28:20, 37:5, 38:2, 56:8, 66:10, 79:13, 88:10, 97:24, 100:25, 122:15, 190:1, 201:9, 201:23

**reasoning** [1] - 128:10

**reasons** [4] - 68:16, 85:17, 94:12, 95:23

**recap** [3] - 51:24, 221:20, 223:4

**receive** [6] - 32:15, 33:18, 47:8, 50:19, 52:7, 82:20

**received** [11] - 30:3, 30:25, 34:15, 35:10, 38:16, 50:7,

50:16, 50:20, 51:1, 86:12, 107:19

**receiving** [5] - 33:16, 41:13, 45:5, 48:9, 195:19

**recess** [4] - 109:12, 110:14, 211:8, 236:4

**recessed** [4] - 8:5, 109:14, 211:16, 236:7

**recital** [1] - 174:23

**reckless** [1] - 33:10

**recognize** [16] - 17:7, 15:6, 36:5, 88:9, 95:9, 101:8, 101:11, 102:6, 102:12, 102:18, 102:23, 129:25, 130:20, 135:15, 152:8, 178:23

**recognized** [3] - 128:21, 184:9, 209:21

**recognizes** [2] - 102:3, 187:16

**record** [15] - 3:17, 3:20, 3:23, 8:6, 12:14, 56:17, 64:21, 67:8, 109:15, 110:8, 113:6, 173:22, 211:17, 215:19, 222:7

**records** [3] - 60:10, 151:17, 176:10

**recruited** [4] - 48:22, 48:25, 50:21, 206:13

**recruiting** [1] - 48:10

**recruitment** [3] - 43:3, 49:3, 49:13

**red** [2] - 163:21, 166:12

**reevaluation** [1] - 165:1

**refer** [2] - 48:2, 52:23

**reference** [1] - 44:15

**referral** [10] - 41:14, 43:4, 45:6, 49:4, 49:13, 51:5, 51:9, 51:13, 51:17, 51:21

**referred** [6] - 30:4, 42:17, 48:22, 50:17, 50:21, 51:2

**referring** [2] - 31:10, 48:10

**refill** [1] - 153:21

**refilled** [1] - 153:22

**reflect** [1] - 87:21

**refuse** [1] - 123:9

**regard** [5] - 41:16, 41:19, 45:8, 45:11, 58:13

**regarding** [13] - 13:12, 36:13, 84:10, 84:11, 85:21, 98:17, 104:18, 137:3, 164:4, 167:6, 180:17, 191:21, 195:9

**regardless** [11] - 10:18, 35:9, 35:14, 43:5, 43:11, 49:15, 92:6, 93:3, 93:15, 99:16, 182:6

**Reginald** [2] - 3:8, 14:8

**REGINALD** [1] - 1:14

**regional** [1] - 150:23

**regular** [2] - 195:8, 195:13

**regularly** [3] - 113:20, 195:1, 235:20

**Regulations** [1] - 37:19

**regulations** [11] - 29:23, 31:18, 31:22, 32:21, 32:23, 33:1, 35:3, 42:9, 111:18, 182:10, 200:17

**regulatory** [1] - 111:6

**rehab** [1] - 169:1

**rehabbed** [2] - 168:7, 168:11

**rehabilitated** [4] - 172:23, 172:25, 213:15, 215:5

**rehabilitation** [2] - 105:23, 169:23

**rehearsals** [1] - 137:22

**reimburse** [1] - 31:23

**reimbursement** [5] - 31:1, 31:15, 32:15, 41:24, 45:15, 46:10

**reimbursements** [2] - 50:19, 124:18

**reiterate** [1] - 189:2

**relate** [1] - 102:12

**related** [3] - 34:7, 77:25, 82:1

**relation** [1] - 224:5

**relationship** [7] - 109:1, 109:9, 118:25, 119:12, 125:11, 128:24

**relationships** [3] - 118:19, 118:22, 119:9

**relatively** [1] - 160:21

**relatives** [1] - 131:2

**relaxed** [1] - 66:24

**religion** [2] - 190:5, 192:14

**religious** [3] - 123:2, 123:4, 192:10

**relive** [1] - 99:3

**rely** [4] - 25:2, 25:7, 118:8, 201:10

**remain** [12] - 20:10, 26:9, 26:21, 27:5, 28:21, 68:16, 72:25, 76:10, 90:11, 90:12, 158:22, 228:19

**remained** [1] - 189:18

**remaining** [1] - 222:4

**remember** [22] - 18:5, 22:7, 24:9, 28:25, 55:3, 66:2, 70:19, 83:15, 83:18, 86:5, 97:10, 97:16, 97:23, 100:22, 101:6, 117:4, 117:6, 124:19, 132:24, 177:9, 211:8, 231:22

**remind** [3] - 12:7, 99:11, 151:25

**reminded** [1] - 108:19

**reminder** [1] - 109:22

**reminds** [1] - 73:9

**remote** [1] - 39:1

**remotely** [2] - 145:2, 178:15

**remuneration** [2] - 47:24, 52:20

**renal** [1] - 89:16

**render** [9] - 122:4, 122:20, 184:8, 190:2, 191:19, 192:12, 193:5, 193:20, 198:20

**rendered** [2] - 32:4, 99:13

**rendering** [1] - 189:25

**reorders** [2] - 62:17, 62:21

**reorganize** [1] - 187:13

**repeat** [1] - 196:7

**repeated** [1] - 116:17

**repetitive** [1] - 44:12

**rephrase** [1] - 120:19

**replace** [1] - 135:5

**report** [3] - 100:1, 104:6, 230:24

**REPORTED** [1] - 1:20

**reporter** [2] - 12:2, 13:15

**Reporter** [2] - 1:22, 236:16

**reporting** [1] - 100:7

**represent** [3] - 14:6, 14:19, 14:25

**representations** [5] - 40:19, 41:2, 41:3, 44:25, 46:5

**representative** [1] - 32:19

**represented** [1] - 54:8

**representing** [2] - 14:23, 46:9

**requested** [3] - 110:19, 234:20, 235:10

**require** [5] - 4:17, 17:6, 26:12, 112:16, 126:21

**required** [14] - 19:24, 31:3, 31:16, 31:21, 32:18, 33:25, 34:22, 42:17, 80:25, 82:11, 82:16, 91:19, 192:8, 193:4

**requirements** [4] - 37:18, 38:19, 38:20, 105:10

**requires** [1] - 22:2

**reschedule** [2] - 139:5, 159:17

**rescheduling** [1] - 152:8

**research** [5] - 61:20, 82:16, 102:9, 103:12, 164:4

**residence** [1] - 35:19

**resident** [3] - 39:11, 39:18, 39:24

**resist** [1] - 103:18

**resounding** [1] - 73:1

**respect** [4] - 56:10, 123:5, 130:8, 183:2

**respectfully** [1] - 213:12

**respecting** [1] - 70:15

**respective** [1] - 34:13

**respond** [3] - 11:17, 19:14, 19:15

**responded** [1] - 19:17

**response** [6] - 27:11, 37:3, 189:16, 196:23, 218:5, 218:7

**responsibilities** [1] - 98:24

**responsibility** [2] - 33:15, 230:11

**responsible** [1] - 32:5

**rest** [7] - 4:12, 142:22, 178:1, 178:7, 188:10, 228:17, 234:14

**restored** [1] - 177:2

**restroom** [4] - 3:17, 13:12, 152:17, 207:18

**rests** [1] - 23:23

**result** [3] - 44:1, 50:2, 117:2

**results** [3] - 37:25, 43:18, 232:20

**resuscitate** [1] - 181:6

**rethink** [1] - 57:24

**retired** [2] - 149:6, 183:13

**return** [6] - 5:1, 48:10, 91:8, 91:14, 99:22, 192:9

**revenue** [3] - 38:15, 50:16, 51:1

**revenues** [2] - 43:3, 49:12

**review** [2] - 4:21, 20:12

**reviewed** [2] - 32:3, 52:16, 93:1

**reviewing** [1] - 133:25

**revisit** [1] - 55:14

**rhythm** [1] - 159:2

**Rica** [1] - 149:9

**Richard** [1] - 212:19

**rid** [1] - 168:10

**ridiculous** [1] - 7:15

**rights** [4] - 11:3, 11:18, 174:16, 177:2

**rise** [15] - 8:7, 8:10, 104:7, 109:13, 109:16, 109:19, 153:7, 187:23, 208:17, 211:15, 212:14, 216:21, 217:24, 228:3, 229:22

**risk** [5] - 36:20, 36:23, 71:25, 83:2, 181:15

**Rivero** [1] - 210:11

**RMR** [2] - 1:21, 236:16

**RODOLFO** [1] - 1:10

**Rodolfo** [1] - 1:22

**Rodriguez** [9] - 211:21, 211:22, 211:25, 221:7, 221:14, 221:23, 223:6, 227:14, 229:2

**rogue** [1] - 111:14

**role** [1] - 15:8

**roll** [1] - 55:23

**rollcall** [1] - 219:25

**Roman** [1] - 205:24

**ROOKARD** [2] - 1:14, 14:10

**Rookard** [2] - 3:8, 14:11

**room** [9] - 7:3, 7:12, 21:4,

111:15, 111:23, 179:4, 217:17, 233:18, 235:12

**routines** [1] - 11:9

**row** [40] - 4:13, 56:23, 57:18, 58:24, 59:9, 61:14, 63:2, 63:3, 63:4, 64:12, 65:15, 65:16, 68:3, 68:11, 133:9, 133:11, 133:13, 133:14, 134:18, 135:20, 137:24, 138:20, 138:21, 139:14, 139:21, 140:7, 140:22, 145:11, 146:16, 146:17, 147:2, 149:1, 149:25, 150:18, 151:4, 163:14

**RPR** [2] - 1:21, 236:16

**Rudy** [1] - 9:6

**RUIZ** [1] - 1:10

**Ruiz** [7] - 1:22, 9:6, 74:2, 131:21, 224:4, 224:20

**Rule** [2] - 211:9, 224:10

**rule** [1] - 56:14

**rules** [7] - 9:25, 10:1, 31:22, 42:8, 103:25, 224:10, 233:7

**rumors** [1] - 68:22

**run** [8] - 6:16, 6:19, 89:18, 100:10, 169:22, 182:24, 226:18, 233:9

**running** [2] - 230:18, 235:9

**runs** [2] - 144:23, 187:8

**rural** [1] - 38:21

**S**

**sacrifice** [1] - 230:4

**sacrifices** [3] - 175:14, 230:16, 231:16

**sadly** [3] - 70:3, 148:8, 175:2

**SADOW** [131] - 1:17, 1:18, 3:13, 6:23, 7:3, 7:8, 7:14, 7:19, 7:25, 14:18, 105:17, 106:22, 107:13, 108:11, 109:21, 161:16, 161:25, 162:7, 162:15, 162:25, 163:10, 164:1, 164:14, 164:23, 165:6, 165:15, 165:24, 166:7, 166:16, 167:3, 167:12, 167:22, 168:23, 169:11, 169:20, 170:6, 170:18, 171:5, 172:2, 173:14, 176:1, 176:3, 185:10, 186:1, 186:3, 186:13, 186:25, 187:22, 202:3, 202:5, 202:21, 202:25, 203:7, 203:17, 203:24, 204:3, 204:14, 204:20, 204:23, 205:2, 205:5, 205:8, 205:11, 205:15, 205:18, 206:1,

206:5, 206:8, 206:11, 206:18, 206:21, 206:23, 206:25, 207:4, 207:8, 207:11, 207:13, 209:1, 209:7, 209:11, 210:4, 211:6, 212:1, 212:5, 213:25, 214:8, 214:11, 214:14, 214:18, 214:20, 214:24, 215:24, 216:5, 216:8, 217:3, 218:11, 219:11, 219:14, 219:19, 219:22, 220:7, 220:15, 220:17, 220:21, 220:23, 221:4, 221:9, 221:11, 221:24, 222:13, 222:18, 222:20, 222:23, 223:21, 224:3, 224:7, 224:23, 225:7, 225:9, 225:12, 225:24, 226:2, 226:8, 226:10, 226:12, 226:16, 226:25, 227:4, 227:10, 235:5, 236:1

**Sadow** [12] - 3:13, 7:1, 14:19, 26:15, 106:21, 175:15, 187:3, 202:2, 208:22, 208:25, 223:23, 235:10

**safe** [1] - 229:16

**sake** [1] - 12:9

**salesman** [2] - 206:8, 206:18

**sample** [1] - 71:10

**samples** [1] - 42:16

**Samuel** [2] - 4:2, 14:22

**SAMUEL** [4] - 2:2, 2:3, 4:2, 14:22

**sanctity** [2] - 112:4, 152:5

**Santana** [5] - 224:22, 224:24, 227:19, 229:7

**Saturday** [3] - 147:6, 147:10

**saved** [1] - 181:5

**saving** [1] - 171:14

**saw** [13] - 52:9, 65:9, 78:13, 82:9, 86:6, 86:7, 86:8, 161:13, 175:5, 175:24, 181:3, 193:2, 198:24

**scales** [3] - 55:19, 59:1, 94:4

**schedule** [13] - 5:20, 91:5, 100:20, 130:25, 131:9, 131:20, 131:21, 131:22, 133:9, 152:12, 154:5, 159:5, 230:19

**scheduled** [2] - 91:13, 235:20

**schedules** [2] - 91:7, 133:12

**scheduling** [18] - 5:10, 91:5, 100:13, 104:21, 125:8, 125:17, 130:2, 133:10, 137:3, 142:16, 144:9,

151:24, 152:7, 159:12, 159:14, 170:10, 171:17

**scheme** [7] - 40:15, 40:25, 41:5, 44:21, 45:3, 46:1, 56:1

**school** [9] - 131:2, 135:9, 135:10, 146:20, 177:11, 177:12, 177:24, 205:9, 205:14

**schooler** - 177:11

**science** [2] - 10:10, 41:8

**screen** [1] - 6:14

**screening** [5] - 37:12, 37:13, 37:14

**scrutinize** [2] - 123:16, 201:7

**se** [1] - 195:10

**seat** [50] - 8:16, 153:14, 156:22, 176:21, 180:11, 211:23, 211:24, 212:1, 212:5, 212:16, 213:25, 214:2, 214:6, 214:11, 214:24, 216:2, 216:5, 216:8, 216:11, 217:3, 219:4, 219:9, 219:17, 219:22, 220:7, 220:10, 220:12, 220:13, 220:15, 220:19, 220:21, 220:23, 220:25, 221:2, 221:4, 221:24, 223:2, 223:3, 224:1, 224:23, 225:1, 225:4, 225:12, 225:14, 226:16, 226:20, 226:23, 227:8, 227:10, 229:21

**seated** [14] - 104:9, 109:17, 110:9, 153:9, 155:20, 186:16, 188:1, 208:19, 212:18, 220:8, 228:5, 228:19, 230:2, 234:13

**seating** [1] - 226:25

**seats** [4] - 188:1, 223:17, 228:20, 235:22

**second** [13] - 27:14, 63:2, 63:3, 65:7, 135:20, 137:12, 139:14, 139:21, 145:11, 168:17, 186:25, 214:12, 225:11

**secondly** [1] - 60:13

**secret** [1] - 189:14

**Section** [23] - 30:6, 30:8, 34:12, 37:20, 40:17, 40:23, 41:9, 44:8, 44:23, 46:3, 46:25, 47:9, 47:23, 51:23, 53:19, 53:20, 53:23, 54:13, 54:19, 54:22, 54:24, 54:25, 55:1

**section** [9] - 4:6, 36:1, 36:13, 45:19, 66:18, 71:16, 98:11, 137:14, 144:8

**SECTION** [1] - 1:15

**Sections** [1] - 54:3

**secure** [2] - 113:14, 113:18

**SECURITY** [11] - 8:2, 104:7, 109:13, 109:19, 138:22, 153:7, 184:22, 187:23, 208:17, 211:15, 228:3

**security** [4] - 12:18, 13:8, 233:2, 233:24

**see** [79] - 7:7, 7:10, 8:10, 9:11, 15:9, 18:21, 21:3, 23:6, 23:7, 23:15, 28:15, 28:16, 61:11, 64:7, 65:16, 67:22, 71:20, 72:20, 73:19, 74:23, 77:13, 78:5, 79:18, 84:8, 86:5, 86:7, 87:8, 96:6, 96:13, 97:15, 102:7, 103:21, 109:4, 109:11, 110:21, 116:11, 118:14, 118:16, 120:17, 121:11, 122:20, 123:10, 125:15, 126:13, 126:17, 138:6, 142:9, 146:17, 151:9, 151:15, 152:13, 155:14, 169:22, 169:23, 172:12, 176:5, 176:13, 178:24, 179:6, 179:7, 179:8, 187:6, 189:21, 191:8, 203:13, 213:5, 213:8, 217:20, 218:14, 218:18, 219:2, 223:12, 233:6, 233:8, 233:16, 234:9, 234:25, 236:3

**seeing** [3] - 89:3, 89:19, 103:4

**seeking** [4] - 5:10, 5:12, 226:5

**seem** [3] - 92:12, 185:14, 187:9

**seep** [2] - 179:21, 179:25

**selected** [20] - 10:5, 10:18, 18:7, 23:19, 92:3, 100:3, 100:13, 100:17, 103:24, 111:25, 126:2, 135:18, 149:15, 152:9, 188:9, 197:3, 208:4, 228:17, 228:24, 229:20

**selecting** [1] - 152:14

**selection** [12] - 5:3, 9:9, 15:20, 106:16, 106:25, 161:4, 171:13, 188:12, 189:14, 208:21, 223:11, 235:19

**self** [1] - 183:22

**sell** [5] - 116:4, 138:8, 155:5, 206:11, 206:17

**selling** [2] - 138:2, 174:1

**semester** [1] - 134:7

**seminar** [1] - 145:22

**Senator** [1] - 111:22

**send** [3] - 61:21, 114:23, 116:5

**senior** [1] - 145:21

**sense** [24] - 24:24, 66:11, 71:14, 74:15, 91:21, 92:2,

92:5, 92:25, 95:5, 97:12, 108:3, 108:8, 111:17, 118:24, 120:10, 125:4, 128:6, 134:3, 141:20, 143:7, 148:10, 179:1, 180:21, 201:12

**sensitive** [6] - 19:2, 58:13, 65:5, 70:2, 70:8, 140:3

**sensitivity** [1] - 141:24

**sent** [1] - 21:4

**sentence** [2] - 99:16, 192:23

**sentencing** [3] - 190:13, 191:22, 215:11

**sentiment** [1] - 189:3

**separate** [2] - 36:1, 36:13

**separated** [2] - 30:10, 76:8

**separation** [1] - 15:6

**sequence** [1] - 167:14

**sequencing** [3] - 36:19, 36:22, 37:2

**serious** [3] - 35:21, 91:12, 233:18

**seriously** [2] - 70:17, 123:14

**serve** [25] - 9:12, 16:18, 18:14, 72:14, 77:23, 90:8, 100:4, 106:11, 111:25, 116:1, 127:12, 131:24, 132:9, 132:20, 132:23, 148:12, 152:15, 156:2, 160:19, 163:5, 165:10, 175:13, 197:3, 199:13, 234:17

**serves** [1] - 177:1

**service** [35] - 10:19, 10:20, 13:10, 16:16, 23:18, 31:6, 31:8, 31:9, 32:7, 33:22, 48:3, 52:25, 62:16, 62:19, 103:20, 103:25, 115:1, 115:16, 122:13, 132:2, 132:8, 152:3, 160:16, 175:14, 177:5, 206:16, 228:9, 228:15, 229:15, 230:5, 231:14, 231:17, 233:4, 233:21, 233:23

**services** [22] - 30:11, 30:14, 30:23, 31:1, 31:19, 32:4, 34:1, 34:15, 34:18, 35:4, 35:10, 35:15, 38:11, 38:17, 38:19, 38:22, 40:22, 42:24, 44:20, 45:25, 46:9, 49:9

**Services** [6] - 14:15, 29:24, 29:25, 30:1, 30:2, 92:25

**serving** [7] - 16:9, 28:18, 74:6, 100:21, 115:18, 126:12, 132:25

**set** [29] - 4:5, 8:17, 15:22, 16:8, 19:3, 19:20, 31:20, 40:6, 52:17, 52:22, 70:25,

74:10, 84:23, 87:8, 98:25, 127:12, 127:21, 128:14, 130:23, 138:13, 148:11, 174:7, 178:23, 182:21, 195:23, 196:2, 198:19, 235:13, 236:2

**setting** [2] - 5:20, 130:18

**settle** [1] - 204:12

**setup** [1] - 6:14

**seven** [2] - 15:5, 145:8

**several** [6] - 20:6, 105:19, 128:25, 139:3, 170:24, 206:13

**severity** [1] - 35:18

**sex** [1] - 35:18

**sexual** [1] - 178:10

**shady** [2] - 67:10, 183:16

**shake** [1] - 126:5

**shaking** [1] - 28:16

**shaky** [1] - 155:8

**sham** [2] - 42:22, 49:7

**share** [23] - 16:24, 17:6, 17:17, 17:25, 18:16, 18:23, 72:15, 78:3, 119:16, 125:10, 125:14, 126:11, 126:16, 153:15, 154:25, 156:24, 158:7, 158:23, 189:12, 193:10, 194:5, 197:12, 218:9

**shared** [9] - 16:20, 70:19, 77:15, 77:21, 99:4, 99:10, 126:8, 180:16, 193:18

**shares** [1] - 189:3

**sharing** [5] - 58:2, 58:8, 58:25, 60:23, 70:8

**Shaw** [1] - 210:14

**sheer** [1] - 96:3

**shift** [3] - 139:10, 154:6, 154:11

**shifting** [1] - 179:17

**shifts** [1] - 21:24

**shocked** [1] - 152:2

**short** [4] - 10:20, 135:5, 202:6, 213:7

**short-staffed** [2] - 135:5, 213:7

**shortage** [2] - 7:23, 38:21

**shortly** [1] - 183:13

**shots** [4] - 154:3, 170:23, 170:24, 170:25

**show** [27] - 15:8, 20:13, 23:4, 24:4, 25:10, 25:20, 26:9, 28:15, 56:4, 56:9, 60:10, 78:1, 82:7, 82:12, 83:17, 83:18, 83:20, 94:4, 94:6, 99:8, 101:8, 101:11, 113:3, 133:11, 182:7, 225:24, 231:10

**showing** [1] - 79:13

**shown** [3] - 21:12, 21:16, 179:9

**shows** [3] - 23:25, 57:14, 186:10

**shred** [1] - 56:3

**shut** [1] - 121:17

**sic** [3] - 64:19, 87:12, 198:5

**side** [34] - 4:11, 5:1, 6:4, 28:13, 59:1, 65:16, 67:17, 67:25, 78:6, 80:19, 96:4, 106:7, 120:16, 120:23, 121:18, 141:7, 143:21, 159:1, 161:24, 162:22, 163:25, 175:19, 178:10, 185:25, 186:20, 188:3, 202:15, 208:2, 211:4, 213:2, 213:24, 221:21, 224:25, 234:21

**sidebar** [2] - 109:24, 160:6

**sides** [12] - 13:21, 59:23, 70:20, 80:2, 104:14, 121:10, 121:14, 151:21, 160:7, 161:5, 173:4, 210:10

**signals** [1] - 41:8

**signatory** [3] - 39:12, 39:19, 39:25

**signed** [2] - 32:18, 33:13

**significant** [1] - 232:3

**signified** [1] - 124:13

**signing** [1] - 138:9

**silence** [1] - 103:23

**silent** [6] - 20:10, 26:10, 26:21, 27:5, 28:21, 189:18

**silo** [1] - 77:8

**similar** [9] - 52:9, 58:10, 72:16, 80:23, 81:12, 85:20, 114:12, 151:8, 170:23

**similarly** [1] - 103:19

**simple** [1] - 93:8

**simply** [10] - 18:17, 19:20, 69:8, 84:25, 95:21, 98:5, 117:24, 123:9, 132:16, 160:18

**sincere** [1] - 91:25

**sincerely** [1] - 131:15

**sincerity** [2] - 92:5, 185:4

**sister** [2] - 60:14, 181:2

**sit** [19] - 17:13, 27:9, 56:6, 75:13, 93:25, 117:11, 122:21, 123:4, 123:9, 143:5, 153:13, 167:8, 172:22, 184:7, 195:4, 203:25, 204:24, 216:18, 230:9

**sits** [2] - 56:5, 93:7

**sitting** [9] - 12:3, 22:13, 27:6, 28:1, 57:22, 80:4, 127:16, 205:3

**situation** [14] - 64:18, 85:11, 89:8, 93:5, 111:8, 111:13, 122:16, 132:15, 142:7, 152:2, 178:2, 179:20, 198:17, 207:19

**situationally** [1] - 211:2

**situations** [2] - 59:16, 98:15

**six** [5] - 55:24, 65:7, 95:19, 220:3, 221:20

**size** [1] - 71:10

**skeptical** [1] - 178:22

**skilled** [1] - 30:11

**skills** [1] - 27:22

**skipped** [2] - 125:8, 170:9

**slate** [1] - 203:2

**sleep** [1] - 159:3

**slightly** [1] - 172:9

**slow** [1] - 144:21

**slower** [1] - 144:19

**slowly** [1] - 12:13

**small** [3] - 71:10, 94:14, 230:11

**smaller** [1] - 59:10

**smell** [1] - 22:23

**smile** [1] - 193:2

**smiling** [1] - 203:9

**smoke** [1] - 22:16

**smooth** [2] - 155:15, 232:8

**snapshot** [1] - 84:2

**snitch** [1] - 117:17

**so..** [1] - 129:7

**soccer** [1] - 94:14

**social** [5] - 103:19, 103:22, 233:11, 233:15, 233:20

**sold** [5] - 68:21, 206:11, 206:12, 206:14

**sole** [2] - 99:18, 132:15

**solely** [2] - 195:23, 196:3

**soliciting** [1] - 48:9

**solid** [2] - 98:7, 105:21

**Solutions** [2] - 32:7, 39:21

**someone** [31] - 23:10, 74:6, 77:3, 81:10, 81:18, 82:3, 84:23, 91:23, 93:5, 94:25, 108:8, 112:24, 113:21, 119:2, 121:22, 122:7, 123:10, 126:5, 126:6, 126:7, 126:25, 128:20, 142:14, 143:22, 152:21, 157:6, 168:21, 172:20, 175:17, 182:8, 185:15

**something's** [1] - 22:23

**sometimes** [24] - 16:1, 17:5, 59:11, 66:15, 69:6, 79:4, 80:16, 87:16, 96:16, 98:15, 107:2, 107:6, 112:11, 115:5, 115:6, 115:10, 120:3, 123:3, 123:5, 131:6, 143:10, 143:11, 200:6, 200:18

**somewhat** [6] - 103:3, 107:6, 158:8, 168:3, 215:12, 217:22

**son** [7] - 58:12, 65:4, 141:18, 142:2, 158:7,

166:23, 199:5

**sorry** [38] - 70:1, 71:21, 71:22, 72:4, 72:22, 87:5, 89:12, 90:4, 98:14, 102:10, 104:3, 125:8, 137:15, 137:16, 138:3, 140:16, 142:14, 143:23, 143:25, 158:16, 167:13, 170:19, 173:9, 187:2, 187:3, 190:22, 193:1, 194:22, 197:19, 199:10, 202:24, 204:6, 212:20, 212:21, 214:13, 214:14, 218:4, 221:10

**sorry..** [1] - 109:2

**sort** [9] - 77:18, 108:21, 151:24, 174:4, 213:1, 215:2, 215:5, 215:6, 216:16

**sorts** [2] - 95:23, 164:3

**sought** [2] - 42:5, 46:8, 48:19

**sound** [5] - 7:14, 9:23, 36:3, 121:10, 184:4

**sounds** [4] - 41:8, 102:14, 102:24, 170:24

**soup** [1] - 36:3

**source** [1] - 54:11

**South** [2] - 15:3, 32:13

**Southern** [9] - 9:6, 40:8, 44:17, 45:22, 47:12, 50:11, 52:18, 53:25, 228:8

**SOUTHERN** [1] - 1:1

**space** [2] - 75:21, 164:5

**speaking** [6] - 27:16, 27:17, 27:19, 27:22, 128:20

**Special** [1] - 3:9

**special** [1] - 14:14

**specialists** [1] - 196:15

**specialty** [1] - 82:4

**specific** [12] - 37:9, 37:24, 37:25, 47:3, 81:24, 88:16, 96:21, 97:2, 99:4, 189:5, 200:16, 202:6

**specifically** [4] - 52:3, 52:10, 67:5, 75:19

**specifics** [1] - 142:10

**specified** [6] - 38:19, 38:24, 45:21, 54:12, 54:17, 54:20

**speed** [1] - 131:10

**spelled** [1] - 101:18

**spend** [2] - 8:22, 10:9

**spent** [3] - 67:4, 145:8, 230:6

**spiders** [1] - 27:14

**spite** [2] - 192:9, 192:11

**spoken** [5] - 143:12, 150:20, 193:2, 202:7, 204:5

**sponsored** [1] - 33:21

**sports** [1] - 218:21

**spot** [1] - 202:21

**spouse** [1] - 232:3

**staffed** [2] - 135:5, 213:7

**stage** [2] - 21:21, 84:2

**stakes** [1] - 27:19

**stamina** [1] - 170:13

**stamina-wise** [1] - 170:13

**stand** [8] - 8:12, 27:7, 27:23, 28:14, 93:5, 97:11, 161:1, 179:13

**standards** [1] - 111:7

**standby** [1] - 8:25

**standpoint** [2] - 128:12, 195:7

**stands** [1] - 63:16

**Stark** [1] - 33:3

**start** [35] - 6:4, 10:2, 13:23, 24:5, 27:23, 56:18, 56:22, 59:21, 61:6, 63:21, 64:12, 78:1, 100:8, 103:13, 103:14, 103:17, 119:21, 129:24, 131:1, 133:9, 140:11, 157:24, 172:10, 172:13, 186:17, 202:9, 202:16, 203:2, 208:11, 210:8, 230:20, 231:24, 232:18, 232:21

**started** [13] - 3:2, 6:4, 11:24, 130:4, 130:12, 157:2, 173:2, 210:2, 211:14, 231:11, 234:10, 234:22, 235:15

**starting** [13] - 22:20, 28:23, 56:11, 56:12, 57:4, 57:8, 58:25, 63:23, 65:24, 98:11, 139:3, 150:24, 156:13

**starts** [1] - 103:10

**state** [5] - 56:15, 61:15, 138:10, 159:4, 178:11

**statement** [1] - 29:6

**statements** [5] - 92:18, 100:18, 186:10, 208:12, 231:8

**States** [44] - 1:23, 3:4, 3:9, 13:23, 14:3, 14:6, 14:9, 14:12, 22:13, 27:14, 29:23, 30:6, 30:7, 34:12, 40:14, 40:16, 40:23, 41:9, 44:8, 44:23, 46:3, 46:24, 47:7, 47:16, 47:21, 47:22, 51:23, 52:7, 53:19, 53:20, 54:3, 54:13, 54:18, 54:22, 54:23, 54:25, 55:1, 68:18, 159:9, 205:12, 205:20, 206:3, 207:5, 236:17

**states** [1] - 20:20

**STATES** [4] - 1:1, 1:3, 1:10, 1:15

**stating** [1] - 122:2

**Statute** [2] - 33:3, 42:12

**statute** [1] - 111:19

**statutes** [2] - 29:23, 195:14

**statutory** [3] - 32:1, 37:7, 37:11

**stay** [16] - 8:21, 9:22, 13:18, 61:13, 66:15, 73:8, 75:15, 100:17, 149:11, 149:13, 149:18, 149:19, 153:4, 188:11, 229:1

**staying** [7] - 160:11, 212:19, 214:3, 214:9, 216:6, 225:10, 226:21

**steady** [1] - 232:8

**steer** [1] - 233:7

**STENOGRAPHICALLY** [1] - 1:20

**step** [1] - 4:18

**Steve** [2] - 3:13, 14:19

**STEVEN** [2] - 1:17, 1:18

**Stevie** [2] - 217:1, 219:3

**stick** [2] - 29:3, 153:1

**sticks** [1] - 73:1

**still** [17] - 61:7, 63:7, 90:1, 90:2, 90:17, 105:7, 106:1, 154:7, 172:13, 175:11, 193:18, 197:23, 207:9, 214:22, 219:5, 225:25, 226:6

**stock** [1] - 195:13

**stole** [1] - 174:18

**stop** [2] - 132:2, 202:14

**story** [3] - 119:10, 121:7, 121:9

**straight** [2] - 212:9, 234:19

**strangers** [1] - 60:25

**stray** [2] - 152:20, 207:17

**streamline** [1] - 176:16

**Street** [2] - 1:18, 2:6

**stressed** [1] - 132:10

**stressful** [1] - 145:5

**stretch** [1] - 207:18

**stretches** [1] - 155:23

**strictly** [1] - 76:5

**strike** [30] - 168:14, 186:1, 186:2, 212:7, 212:23, 213:21, 214:20, 214:21, 215:1, 215:20, 215:24, 216:14, 216:24, 219:11, 219:14, 219:19, 219:24, 220:3, 220:17, 221:19, 222:1, 222:4, 222:8, 222:13, 222:20, 223:11, 224:3, 225:9, 225:17, 227:4

**strike-wise** [2] - 220:3, 221:19

**strikes** [6] - 208:2, 221:20, 222:15, 222:16, 222:25, 227:10

**stripped** [1] - 174:16

**stroke** [2] - 139:2, 183:6

**strong** [4] - 98:17, 125:12, 193:9, 196:23

**stronger** [1] - 96:2

**strongly** [3] - 58:21, 126:16, 158:20

**struck** [2] - 106:24, 213:1

**struggle** [2] - 89:20, 184:11

**struggled** [1] - 177:6

**struggling** [1] - 185:14

**student** [4] - 132:6, 145:15, 146:6, 234:1

**students** [2] - 132:7, 137:17

**students'** [1] - 133:25

**study** [2] - 132:6, 145:18

**studying** [1] - 146:7

**stuff** [11] - 67:10, 67:11, 100:24, 103:21, 124:19, 143:10, 174:25, 175:8, 175:9, 177:24, 233:15

**sub** [1] - 146:23

**subject** [10] - 16:1, 58:21, 112:21, 143:8, 145:20, 148:15, 165:11, 178:14, 213:14

**submission** [9] - 41:21, 41:25, 45:12, 45:15, 46:8, 46:13, 46:16, 46:21, 48:12

**submit** [5] - 33:9, 34:19, 42:18, 43:21, 49:24

**submitted** [5] - 5:7, 31:13, 34:21, 34:25, 46:7

**submitting** [5] - 31:15, 33:15, 41:20, 45:12, 48:11

**subsidiaries** [1] - 34:7

**substantive** [2] - 52:3, 52:10

**subtracting** [1] - 10:11

**successful** [1] - 72:11

**sudden** [1] - 187:19

**suffers** [1] - 136:22

**sufficiently** [2] - 172:24, 215:10

**suggest** [2] - 109:6, 164:5

**suggested** [4] - 104:14, 106:4, 106:15, 129:13

**suit** [2] - 22:3, 22:5

**Suite** [2] - 1:19, 2:6

**sum** [1] - 124:19

**summoned** [1] - 9:1

**summons** [1] - 10:3

**sun** [1] - 96:19

**super** [2] - 100:17, 166:18

**superseding** [1] - 106:11

**supplement** [1] - 101:3

**supplied** [2] - 31:7, 31:9

**supplies** [5] - 34:1, 62:21, 115:22, 116:4

**supply** [1] - 163:21

**supports** [1] - 154:8

**suppose** [3] - 6:10, 198:15, 198:16

**supposed** [1] - 90:2

**supposedly** [1] - 80:9

**surgery** [2] - 91:12, 132:15

**surgical** [1] - 30:16

**surprised** [3] - 63:11, 152:2, 209:20

**survivor** [2] - 69:24, 84:18

**survivors** [3] - 58:20, 70:4, 71:3

**suspect** [2] - 4:23, 108:6

**swayed** [3] - 59:6, 151:19, 169:25

**swear** [2] - 8:11, 228:21

**sweating** [1] - 27:23

**swing** [1] - 11:10

**sworn** [5] - 8:15, 208:9, 227:24, 229:23, 230:1

**sympathize** [1] - 181:22

**sympathy** [5] - 98:13, 98:21, 99:6, 143:15, 164:25

**symptoms** [3] - 37:9, 43:17, 181:3

**system** [16] - 16:12, 16:22, 17:6, 17:15, 19:17, 20:8, 22:8, 38:23, 99:5, 174:15, 177:1, 178:16, 197:7, 205:23, 205:24, 206:3

**systems** [1] - 10:14

---

## T

**table** [6] - 3:9, 3:21, 23:20, 181:6, 195:20, 235:17

**tables** [1] - 35:17

**Tampa** [2] - 151:1, 187:7

**Tangarife** [1] - 210:11

**tank** [1] - 86:7

**target** [2] - 108:9, 131:12, 134:16

**targeting** [2] - 43:9, 211:9

**targets** [1] - 131:15

**task** [2] - 11:25, 230:14

**teach** [2] - 133:19, 134:3, 134:4

**teacher** [9] - 135:10, 137:17, 142:19, 142:20, 142:21, 146:20, 174:21, 177:25

**teachers** [3] - 93:23, 171:10, 175:3

**team** [4] - 6:21, 13:20, 14:17, 15:7, 18:20, 21:25, 26:13, 26:14, 26:15, 94:14, 105:15, 128:21, 186:23, 214:9, 215:22, 216:1, 235:25

**tease** [2] - 74:13, 108:3

**tech** [2] - 6:17, 235:8

**technology** [1] - 38:7

**teeth** [1] - 140:17

**tele** [1] - 76:5

**tele-ICU** [1] - 76:5

**telecommunications** [2] - 38:7, 38:23

**telehealth** [6] - 38:19, 38:25, 76:5, 76:15, 158:21, 203:21

**telemarketing** [1] - 43:9

**telemedicine** [24] - 38:3, 38:5, 38:6, 38:10, 38:11, 38:13, 38:15, 38:17, 41:17, 43:14, 43:15, 43:19, 45:9, 49:18, 67:18, 76:25, 77:15, 77:25, 80:18, 84:12, 88:18, 119:9, 232:11

**telephone** [1] - 38:8

**tempting** [2] - 65:11, 87:13

**ten** [8] - 62:10, 86:1, 104:2, 126:24, 131:25, 177:10, 207:7, 226:10

**tend** [2] - 58:13, 117:7

**Tennessee** [1] - 32:13

**term** [4] - 24:3, 24:6, 24:7, 106:17

**terminology** [1] - 113:24

**terms** [18] - 6:11, 25:10, 36:5, 90:7, 94:21, 112:14, 113:10, 113:18, 115:5, 115:13, 121:12, 128:7, 151:10, 155:15, 175:8, 178:14, 204:5, 217:11

**terrible** [1] - 16:3

**territory** [1] - 19:2

**test** [16] - 6:16, 41:17, 42:16, 43:18, 45:8, 45:12, 46:13, 46:17, 46:22, 64:17, 82:25, 132:6, 165:8, 181:14, 182:13, 182:24

**testament** [1] - 230:12

**tested** [2] - 181:18, 183:5

**testified** [1] - 92:14

**testify** [6] - 26:21, 27:1, 27:10, 28:7, 28:8, 28:11

**testifying** [2] - 117:5, 117:7

**testimonial** [2] - 97:10, 97:19

**testimony** [18] - 15:24, 91:19, 92:16, 92:17, 96:15, 97:21, 116:22, 117:13, 117:23, 117:25, 118:9, 118:18, 130:12, 155:16, 155:23, 194:17, 194:21

**testing** [89] - 30:17, 36:16, 36:18, 36:21, 36:22, 36:25, 37:1, 37:2, 37:4, 37:15, 37:18, 38:5, 39:9, 43:25, 44:5, 49:25, 56:1, 58:18, 60:16, 60:20, 61:4, 61:21, 61:23, 61:25, 65:5, 69:23, 70:5, 70:16, 71:12, 71:24, 71:25, 72:17, 73:4, 74:12,

77:2, 77:3, 77:4, 77:15, 77:24, 78:24, 79:3, 80:17, 81:1, 81:4, 81:6, 81:12, 81:20, 82:1, 82:21, 82:23, 82:25, 83:14, 84:11, 84:19, 85:9, 85:21, 87:9, 88:2, 88:8, 88:17, 90:22, 98:18, 101:1, 104:16, 119:8, 124:18, 125:3, 127:10, 128:5, 128:11, 128:15, 141:23, 142:2, 148:16, 157:8, 159:15, 159:22, 164:17, 165:20, 166:2, 166:21, 176:9, 180:15, 181:11, 181:13, 181:16, 182:2, 197:23, 232:11

**tests** [55] - 36:14, 37:12, 37:13, 37:14, 37:20, 37:21, 38:1, 41:16, 41:19, 41:20, 41:23, 42:20, 43:4, 43:5, 43:10, 43:13, 45:7, 45:10, 45:14, 47:3, 48:13, 48:24, 49:14, 49:16, 49:20, 49:22, 50:17, 50:21, 51:2, 79:14, 81:25, 82:12, 83:20, 89:18, 90:18, 103:14, 124:8, 127:18, 132:7, 167:25, 168:5, 182:16, 185:17, 195:2, 195:11, 196:5, 196:9, 196:14, 196:16, 197:24, 198:16, 198:18, 234:2

**Texas** [1] - 32:10

**thankfully** [1] - 144:23

**thanking** [1] - 230:4

**Thanksgiving** [3] - 8:19, 8:20, 9:4

**that'd** [1] - 223:16

**that'll** [1] - 152:24

**THE** [886] - 1:10, 1:13, 1:17, 2:2, 3:2, 3:11, 3:19, 4:3, 6:13, 6:25, 7:6, 7:10, 7:16, 7:21, 8:1, 8:2, 8:3, 8:7, 8:9, 8:14, 8:16, 13:5, 13:6, 14:16, 15:1, 18:3, 18:4, 21:7, 21:8, 21:10, 21:11, 21:14, 21:15, 21:17, 21:18, 21:19, 21:20, 23:13, 23:14, 26:1, 26:2, 27:16, 27:17, 47:5, 47:6, 52:14, 52:15, 57:1, 57:2, 57:3, 57:9, 57:20, 57:25, 58:3, 58:6, 58:10, 58:15, 59:2, 59:8, 59:13, 59:20, 60:1, 60:3, 60:4, 60:6, 60:7, 60:19, 60:22, 60:23, 61:17, 61:18, 61:19, 62:4, 62:7, 62:8, 62:9, 62:14, 62:16, 62:18, 62:20, 62:23, 62:25, 63:1, 63:5, 63:6, 63:7, 63:13, 63:18, 63:19, 63:20, 63:25, 64:2, 64:3, 64:14, 64:15,

64:16, 64:20, 65:1, 65:2, 65:3, 65:13, 65:18, 65:19, 65:20, 65:22, 65:24, 66:1, 66:20, 66:21, 66:22, 66:24, 67:1, 67:15, 67:19, 67:20, 68:4, 68:5, 68:6, 68:10, 68:12, 68:14, 68:15, 69:4, 69:19, 69:20, 69:21, 70:1, 70:12, 70:13, 70:14, 70:18, 71:23, 72:4, 72:6, 72:7, 72:23, 72:24, 72:25, 73:6, 73:24, 73:25, 74:17, 74:18, 74:25, 75:1, 75:6, 75:7, 75:8, 75:14, 75:17, 75:18, 75:25, 76:2, 76:3, 76:13, 78:16, 78:17, 78:19, 78:20, 78:22, 79:3, 79:6, 79:9, 79:10, 79:11, 79:21, 79:23, 79:24, 79:25, 80:4, 80:7, 80:11, 80:12, 80:21, 80:22, 80:23, 81:9, 81:16, 81:17, 81:19, 81:22, 82:2, 82:5, 82:10, 82:11, 82:14, 83:7, 83:9, 83:11, 84:14, 84:15, 84:16, 84:20, 85:4, 85:5, 85:6, 85:7, 85:8, 85:12, 85:15, 85:16, 85:18, 85:19, 85:23, 85:24, 85:25, 86:3, 86:4, 87:5, 87:11, 87:19, 87:24, 87:25, 88:1, 88:3, 88:5, 88:6, 88:13, 88:15, 88:21, 88:22, 88:23, 89:9, 89:12, 89:14, 89:15, 90:4, 90:13, 90:15, 90:16, 90:20, 94:11, 94:15, 94:16, 94:18, 95:3, 95:7, 97:4, 97:5, 101:13, 101:15, 101:17, 101:18, 101:20, 101:22, 101:23, 101:25, 102:11, 102:14, 102:15, 102:16, 102:20, 102:21, 102:22, 102:23, 102:24, 103:3, 103:5, 103:6, 104:7, 104:9, 105:4, 105:7, 105:14, 105:20, 107:10, 108:2, 108:12, 108:24, 109:5, 109:13, 109:16, 109:17, 109:19, 109:23, 110:3, 110:5, 110:9, 112:2, 112:3, 113:8, 113:9, 113:11, 113:12, 113:13, 113:16, 113:23, 113:25, 114:1, 114:3, 114:10, 114:11, 114:15, 114:16, 114:20, 114:21, 114:24, 114:25, 115:4, 115:7, 115:9, 115:12, 115:13, 115:14, 115:20, 115:21, 115:22, 115:25, 116:2, 116:7, 118:3, 118:4, 119:18, 119:19, 119:20, 120:11, 120:19, 120:21, 120:25, 121:2, 121:5, 121:7,

121:13, 121:15, 121:19, 121:20, 122:5, 122:8, 122:23, 122:25, 123:19, 123:20, 125:5, 125:6, 126:23, 126:24, 127:2, 127:3, 127:17, 127:21, 127:24, 128:1, 128:9, 128:13, 128:17, 128:18, 128:25, 129:2, 129:4, 129:8, 129:11, 129:12, 129:15, 129:17, 133:17, 133:18, 133:19, 133:21, 133:22, 133:23, 133:24, 134:2, 134:4, 134:6, 134:7, 134:9, 134:11, 134:12, 134:13, 134:15, 134:20, 134:23, 135:3, 135:7, 135:9, 135:12, 135:13, 135:15, 135:22, 135:23, 135:24, 136:1, 136:2, 136:3, 136:5, 136:6, 136:9, 136:16, 136:18, 136:19, 136:20, 136:25, 137:4, 137:6, 137:8, 137:10, 137:11, 137:13, 137:16, 137:23, 138:1, 138:3, 138:5, 138:6, 138:9, 138:11, 138:12, 138:14, 138:16, 138:18, 138:22, 138:23, 138:25, 139:6, 139:8, 139:12, 139:15, 139:20, 139:22, 139:24, 139:25, 140:1, 140:4, 140:5, 140:8, 140:9, 140:10, 140:12, 140:13, 140:15, 140:17, 140:19, 140:20, 140:21, 140:23, 141:1, 141:2, 141:3, 141:4, 141:6, 141:9, 141:10, 141:11, 141:13, 141:14, 141:16, 141:25, 142:12, 142:17, 142:18, 142:19, 143:1, 143:9, 143:15, 143:17, 143:18, 143:20, 143:21, 143:24, 143:25, 144:1, 144:3, 144:4, 144:5, 144:6, 144:7, 144:10, 144:11, 144:12, 144:14, 144:15, 144:16, 144:18, 144:19, 144:21, 145:3, 145:4, 145:8, 145:12, 145:13, 145:14, 145:16, 145:17, 145:18, 145:21, 145:23, 145:24, 146:1, 146:2, 146:5, 146:11, 146:13, 146:14, 146:15, 146:18, 146:19, 146:20, 146:21, 146:22, 147:1, 147:3, 147:4, 147:5, 147:7, 147:9, 147:10, 147:12, 147:13, 147:15, 147:17, 147:18, 147:19, 147:20, 147:21, 147:24, 148:1,

148:2, 148:3, 148:4, 148:6, 148:13, 148:17, 148:18, 148:20, 148:24, 148:25, 149:3, 149:4, 149:5, 149:7, 149:8, 149:12, 149:17, 149:18, 149:19, 149:21, 150:2, 150:3, 150:4, 150:6, 150:7, 150:8, 150:10, 150:12, 150:16, 150:17, 150:19, 150:20, 150:21, 150:22, 150:23, 151:2, 151:14, 151:20, 151:22, 151:23, 153:7, 153:9, 153:13, 153:17, 153:19, 153:20, 153:23, 153:24, 154:1, 154:2, 154:4, 154:5, 154:10, 154:12, 154:13, 154:16, 154:19, 154:22, 154:23, 155:2, 155:12, 156:3, 156:5, 156:6, 156:8, 156:9, 156:11, 156:18, 156:20, 156:22, 156:23, 156:24, 157:1, 157:11, 157:16, 157:17, 158:2, 158:3, 158:5, 158:9, 158:11, 158:13, 158:16, 158:25, 159:24, 160:2, 160:3, 160:5, 161:15, 161:17, 161:24, 162:1, 162:6, 162:8, 162:14, 162:16, 162:24, 163:1, 163:9, 163:11, 163:25, 164:2, 164:11, 164:13, 164:15, 164:22, 164:24, 165:5, 165:7, 165:14, 165:16, 165:23, 165:25, 166:6, 166:8, 166:15, 166:17, 167:2, 167:4, 167:11, 167:13, 167:21, 167:23, 168:8, 168:25, 169:10, 169:12, 169:19, 169:21, 170:5, 170:7, 170:17, 170:19, 171:4, 171:6, 171:22, 172:1, 172:3, 172:24, 173:9, 173:15, 173:18, 173:21, 173:25, 174:14, 174:19, 175:8, 176:2, 176:5, 176:21, 177:8, 177:8, 179:2, 179:8, 179:24, 179:25, 180:1, 180:2, 180:7, 180:10, 180:13, 180:14, 180:22, 181:21, 183:2, 183:8, 183:9, 183:10, 183:11, 183:24, 184:11, 184:15, 184:19, 184:20, 184:22, 184:24, 185:9, 185:11, 185:25, 186:2, 186:4, 186:15, 187:2, 187:6, 187:20, 187:23, 187:25, 188:16, 188:21, 188:24, 190:4, 190:18, 191:1, 191:5, 192:3, 192:5, 192:13,

**192**:17, 193:7, 193:11, 193:22, 194:4, 194:7, 194:10, 194:22, 196:4, 196:8, 196:12, 197:11, 197:14, 198:1, 198:3, 198:13, 198:22, 199:1, 199:3, 199:15, 200:6, 200:13, 200:16, 200:22, 201:15, 201:19, 201:24, 201:25, 202:17, 202:24, 203:5, 203:11, 203:20, 204:1, 204:9, 204:19, 204:22, 204:25, 205:4, 205:7, 205:10, 205:13, 205:17, 205:21, 206:4, 206:7, 206:10, 206:12, 206:20, 206:22, 206:24, 207:3, 207:6, 207:9, 207:12, 207:15, 208:17, 208:19, 209:4, 209:9, 209:12, 209:15, 210:5, 210:25, 211:7, 211:15, 211:18, 211:24, 212:2, 212:6, 212:10, 212:18, 212:21, 213:3, 213:12, 213:21, 214:1, 214:3, 214:7, 214:9, 214:13, 214:15, 214:19, 214:21, 214:25, 215:8, 215:18, 215:21, 215:25, 216:3, 216:6, 216:9, 216:12, 216:19, 216:25, 217:4, 217:9, 218:4, 218:8, 218:12, 218:17, 219:5, 219:10, 219:12, 219:15, 219:18, 219:20, 219:23, 219:25, 220:8, 220:11, 220:14, 220:16, 220:18, 220:20, 220:22, 220:24, 221:1, 221:3, 221:6, 221:10, 221:12, 221:25, 222:2, 222:6, 222:9, 222:11, 222:14, 222:16, 222:19, 222:21, 222:24, 223:3, 223:15, 223:22, 224:2, 224:4, 224:8, 224:11, 224:14, 224:20, 224:24, 225:2, 225:5, 225:8, 225:10, 225:13, 225:15, 225:18, 225:21, 225:25, 226:3, 226:9, 226:11, 226:13, 226:17, 226:21, 226:24, 227:1, 227:5, 227:9, 227:12, 228:3, 228:5, 229:20, 229:24, 230:2, 234:13, 235:7, 235:18, 235:24, 236:2, 236:6

**themselves** [10] - 3:15, 13:22, 14:4, 14:21, 41:13, 44:7, 45:4, 48:8, 112:25, 235:19

**thereabouts** [1] - 211:12

**therefore** [1] - 183:16
**they've** [4] - 71:18, 84:3, 84:25, 191:19
**thinking** [12] - 5:16, 27:3, 56:10, 80:5, 86:23, 101:20, 125:19, 142:1, 195:25, 198:8, 203:3, 232:22
**thinks** [2] - 106:5, 108:19
**third** [5] - 26:8, 68:24, 140:7, 142:20, 142:21
**thoughts** [5] - 9:16, 16:24, 17:7, 17:17, 168:6
**thousand** [1] - 24:6
**thousands** [1] - 43:8
**three** [25] - 5:17, 10:13, 28:17, 68:16, 69:1, 76:25, 130:15, 133:3, 133:12, 133:13, 140:14, 146:24, 154:9, 159:14, 159:18, 159:21, 163:14, 203:23, 212:8, 220:2, 223:21, 223:22, 224:13, 226:4, 226:5
**three-month** [1] - 133:3
**throughout** [9] - 3:24, 15:14, 23:18, 83:25, 118:23, 132:1, 178:7, 215:3
**throw** [4] - 7:19, 79:2, 171:14, 172:9
**thrown** [3] - 19:7, 79:21, 79:23
**throws** [1] - 75:9
**thrust** [2] - 81:22, 81:25
**Thursday** [4] - 138:17, 138:18, 146:3, 146:4
**tickets** [1] - 150:11
**ties** [1] - 93:15
**tight** [1] - 152:12
**tighter** [1] - 100:3
**TikTok** [1] - 103:21
**tilt** [3] - 55:19, 58:25, 94:4
**tilting** [1] - 74:16
**time-sensitive** [1] - 140:3
**timeframe** [2] - 203:23
**title** [1] - 37:19
**Title** [21] - 30:6, 30:7, 34:11, 40:16, 40:22, 41:9, 44:8, 44:23, 46:3, 46:24, 47:22, 51:23, 53:18, 53:19, 54:3, 54:12, 54:18, 54:22, 54:23, 54:24, 55:1
**TMI** [1] - 16:16
**to-do** [1] - 105:8
**today** [45] - 5:10, 6:11, 9:11, 10:5, 11:13, 12:18, 13:17, 15:12, 15:15, 16:10, 17:1, 19:5, 19:10, 19:23, 66:5, 74:20, 100:19, 103:4, 112:22, 130:11, 132:24, 133:20, 142:23, 144:24, 155:7, 155:9, 155:13, 186:9,

**186**:11, 186:12, 189:1, 189:4, 189:10, 189:13, 189:14, 193:2, 193:9, 200:14, 203:25, 208:10, 228:9, 230:7, 230:21, 230:24
**today's** [3] - 23:18, 61:22, 184:17
**together** [4] - 137:19, 160:20, 208:6, 232:18
**token** [1] - 185:20
**toll** [1] - 146:24
**tomorrow** [22] - 130:12, 133:4, 140:11, 140:12, 140:14, 140:16, 144:24, 153:17, 166:9, 186:17, 208:11, 228:23, 230:23, 231:2, 231:3, 231:24, 234:2, 234:10, 234:18, 235:9, 235:15, 236:3
**tone** [1] - 64:21
**tonight** [1] - 233:13
**took** [9] - 16:15, 33:14, 63:9, 82:14, 86:1, 86:25, 199:7, 231:23, 234:15
**tools** [2] - 117:5, 117:6
**toothache** [4] - 140:13, 140:18, 140:19, 166:9
**top** [1] - 162:20
**topic** [2] - 105:3, 116:13
**topics** [1] - 78:2
**torture** [1] - 159:3
**toss** [1] - 176:15
**total** [5] - 46:14, 46:18, 46:22, 223:15, 226:9
**totally** [8] - 57:9, 67:2, 67:12, 114:9, 126:10, 171:18, 179:22, 209:2
**touch** [15] - 75:3, 88:24, 91:17, 97:15, 98:9, 104:19, 110:22, 126:19, 127:5, 129:13, 152:21, 184:25, 185:2, 185:13, 186:7
**touched** [4] - 67:16, 84:12, 121:21, 127:14
**touching** [2] - 58:21, 88:17
**tough** [4] - 60:18, 64:8, 89:2, 167:5
**towards** [1] - 58:13
**town** [7] - 91:11, 132:13, 136:3, 140:24, 144:3, 146:11, 150:5
**tracing** [1] - 107:15
**track** [2] - 68:8, 90:7
**traffic** [1] - 131:17
**tragically** [1] - 72:12
**trail** [3] - 75:11, 90:17, 96:11, 124:4, 148:14, 151:16, 167:24
**training** [4] - 195:13, 195:19, 196:1, 205:15

**trains** [1] - 230:18
**transaction** [6] - 33:1, 54:5, 54:6, 54:8, 54:9, 54:14
**TRANSCRIPT** [1] - 1:9
**transcript** [2] - 12:24, 13:4
**transcription** [1] - 236:12
**transfer** [6] - 48:1, 52:22, 53:6, 53:9, 53:13, 53:17
**transferred** [5] - 51:4, 51:7, 51:11, 51:15, 51:19
**transition** [1] - 142:21
**translate** [1] - 200:8
**transmit** [1] - 41:6
**transmitted** [1] - 41:6
**transparent** [2] - 68:21, 76:3
**transpire** [1] - 60:12
**transportation** [2] - 158:7, 169:14
**trash** [1] - 7:15
**travel** [9] - 5:23, 149:15, 162:9, 171:9, 172:5, 187:10, 187:13, 206:15, 217:23
**traveling** [2] - 141:11, 150:25
**treat** [2] - 93:19, 118:10
**treating** [3] - 37:22, 38:1, 43:16
**treatment** [12] - 34:18, 37:5, 37:9, 37:16, 43:18, 70:7, 82:19, 82:22, 85:14, 87:8, 88:11, 117:2
**treatments** [4] - 35:21, 82:17, 195:11
**treats** [2] - 37:23, 93:7
**TRIAL** [1] - 1:9
**trial** [44] - 3:24, 5:18, 8:18, 9:12, 11:16, 16:1, 16:4, 16:7, 16:21, 17:12, 17:14, 19:23, 20:21, 27:20, 74:7, 83:23, 84:1, 91:5, 96:9, 111:23, 112:4, 112:25, 116:24, 126:4, 130:6, 130:13, 130:24, 132:25, 133:3, 152:5, 155:14, 170:14, 182:4, 190:6, 208:11, 212:25, 229:15, 231:21, 232:4, 232:12, 232:17, 232:21, 233:14, 233:21
**trials** [1] - 178:10
**tried** [3] - 108:3, 143:5, 163:20
**triers** [1] - 98:22
**tries** [1] - 26:16
**trip** [4] - 137:8, 137:11, 151:7, 169:24
**trotted** [1] - 95:22
**trouble** [5] - 69:2, 94:16, 197:18, 197:20, 200:14
**troubled** [3] - 164:7,

175:24, 217:15
**troubles** [1] - 79:16
**true** [13] - 23:10, 27:24, 27:25, 31:17, 35:2, 68:23, 69:1, 74:13, 79:19, 87:17, 107:25, 108:1, 190:6
**trust** [4] - 119:3, 177:16, 191:8, 230:14
**truth** [7] - 16:16, 33:10, 58:4, 91:24, 92:11, 121:4, 162:3
**truthfully** [2] - 10:20, 228:14
**try** [19] - 5:13, 6:13, 9:22, 11:4, 16:10, 67:12, 70:6, 73:8, 73:11, 130:17, 155:25, 179:3, 181:11, 181:24, 183:17, 186:16, 223:17, 233:8, 235:13
**trying** [21] - 9:7, 11:9, 15:12, 18:13, 60:16, 74:9, 77:3, 86:19, 122:22, 131:12, 133:1, 136:12, 156:7, 159:5, 175:1, 179:1, 182:24, 199:24, 202:19, 211:10, 217:6
**Tuesday** [1] - 145:22
**tumor** [2] - 82:18
**turkey** [1] - 8:22
**turn** [11] - 5:1, 5:8, 100:13, 104:22, 172:17, 175:15, 188:2, 188:13, 203:9, 211:1, 212:25
**turned** [1] - 181:2
**turning** [5] - 212:3, 215:22, 215:25, 219:7, 224:21
**TV** [3] - 23:25, 24:13, 97:6
**tweet** [1] - 233:17
**twelve** [1] - 229:25
**twice** [1] - 75:19
**Two** [1] - 40:1
**two** [31] - 6:8, 9:2, 26:4, 26:7, 39:24, 60:1, 61:19, 65:3, 68:20, 70:19, 76:23, 86:5, 86:6, 98:2, 130:16, 149:5, 150:16, 151:21, 154:3, 154:8, 186:6, 220:2, 224:12, 224:16, 226:2, 226:5, 226:6, 226:10, 226:11, 226:18, 233:14
**two-week** [2] - 9:2, 233:14
**type** [7] - 35:10, 89:7, 97:16, 118:6, 178:2, 181:12, 181:14
**Type** [1] - 199:5
**types** [3] - 30:9, 36:23, 59:16
**typically** [5] - 34:21, 38:13, 38:15, 134:2, 209:24

## U

**U.S** [9] - 63:10, 94:12, 106:5, 109:7, 128:22, 129:1, 129:5, 129:6, 206:2
**U.S.C** [5] - 40:4, 44:11, 47:8, 52:12, 53:23
**ultimately** [6] - 99:16, 135:18, 145:9, 146:9, 156:1, 178:17
**unable** [3] - 117:11, 122:3, 123:9
**unbelievable** [1] - 142:3
**unbiased** [7] - 67:3, 67:12, 167:5, 167:16, 178:2, 179:3, 184:13
**unclear** [1] - 163:17
**uncomfortable** [4] - 17:10, 67:14, 199:25, 204:17
**uncompromised** [1] - 160:21
**under** [28] - 29:22, 30:3, 33:11, 34:1, 34:4, 39:7, 39:16, 39:22, 40:4, 40:20, 45:1, 46:6, 47:8, 53:1, 54:3, 55:16, 90:5, 96:19, 97:11, 122:4, 123:23, 131:13, 145:25, 192:8, 193:4, 198:21, 211:9, 224:10
**under-promise** [1] - 131:13
**undergone** [1] - 77:2
**underlying** [1] - 32:25
**understandable** [3] - 57:10, 69:14, 126:10
**understandably** [2] - 79:4, 124:23
**understood** [18] - 69:4, 94:15, 94:18, 107:21, 112:22, 113:25, 145:8, 147:1, 148:6, 156:8, 196:19, 200:24, 212:10, 215:8, 216:19, 217:10, 217:16
**undivided** [1] - 159:9
**unenviable** [1] - 11:25
**unequivocally** [3] - 76:17, 165:18, 185:4
**unfair** [1] - 178:7
**unfairly** [3] - 16:7, 98:19, 99:7
**unfortunately** [5] - 4:17, 152:3, 185:11, 202:22, 216:20
**unintelligible** [1] - 217:23
**unique** [2] - 31:11, 205:20
**Unique** [1] - 31:11
**unit** [1] - 6:19
**United** [47] - 1:23, 3:4, 3:9, 13:23, 14:3, 14:6, 14:9, 14:12, 22:13, 27:14, 29:23, 30:6, 30:7, 34:10, 34:12,

36:7, 40:14, 40:16, 40:23, 41:9, 44:8, 44:23, 46:3, 46:24, 47:7, 47:16, 47:21, 47:22, 51:23, 52:7, 53:19, 53:20, 54:3, 54:12, 54:18, 54:22, 54:23, 54:25, 55:1, 68:18, 159:9, 197:16, 205:12, 205:20, 206:3, 207:5, 236:17
**UNITED** [4] - 1:1, 1:3, 1:10, 1:15
**UnitedHealth** [1] - 34:5
**university** [3] - 133:19, 133:21, 183:19
**University** [2] - 133:22, 181:12
**unknown** [4] - 40:13, 47:16, 54:2, 185:19
**unlawful** [5] - 54:6, 54:8, 54:12, 54:17, 54:20
**unlawfully** [3] - 41:12, 45:4, 48:8
**unless** [7] - 28:5, 55:24, 56:7, 123:17, 173:1, 181:16, 226:18
**unlike** [1] - 182:17
**unnecessary** [9] - 79:1, 79:14, 81:4, 81:11, 89:7, 127:10, 165:20, 196:6, 196:9
**unpack** [2] - 120:12, 157:11
**unspecified** [1] - 54:6
**unwilling** [1] - 209:2
**unwise** [1] - 165:10
**up** [98] - 4:15, 5:2, 5:7, 5:9, 6:2, 6:11, 6:24, 7:2, 7:24, 8:12, 9:20, 9:21, 10:3, 12:24, 16:6, 19:3, 26:16, 27:8, 27:18, 28:5, 59:11, 61:2, 61:3, 63:14, 65:22, 68:24, 74:11, 79:8, 80:13, 83:15, 87:20, 91:2, 91:3, 95:8, 95:14, 100:15, 103:14, 103:16, 104:22, 106:7, 107:11, 108:2, 108:5, 108:16, 108:21, 108:24, 110:13, 110:14, 110:17, 111:15, 121:25, 126:18, 126:20, 127:9, 127:14, 128:19, 131:3, 134:7, 139:3, 148:7, 154:20, 156:12, 159:21, 160:22, 163:18, 166:22, 168:3, 168:9, 168:16, 174:20, 174:22, 175:6, 176:22, 179:11, 180:12, 186:20, 186:21, 188:3, 189:22, 189:23, 191:16, 192:6, 193:2, 196:21, 196:22, 196:24, 199:22, 200:23, 201:1, 207:25, 208:22, 218:5,

218:17, 223:23, 224:5, 233:13, 235:13, 235:21
**upended** [1] - 11:8
**upfront** [1] - 230:5
**UPIN** [1] - 31:12
**ups** [7] - 78:25, 79:9, 90:25, 104:12, 108:12, 168:18, 168:19
**urge** [1] - 23:17
**Urgelles** [5] - 216:7, 221:15, 223:7, 227:15, 229:4
**uses** [1] - 37:24
**usher** [1] - 109:18
**utilized** [2] - 35:15, 38:16

## V

**V.H** [1] - 46:12
**vacation** [1] - 144:1
**Valdes** [1] - 210:12
**Valdivia** [3] - 219:7, 219:8, 219:10
**valiant** [1] - 58:20
**valid** [1] - 195:16
**validity** [3] - 148:15, 167:25, 168:5
**value** [1] - 54:16
**vampire** [1] - 159:1
**variety** [2] - 33:19, 35:17
**various** [3] - 34:9, 36:18, 151:1
**vascular** [1] - 139:4
**Venezuela** [3] - 147:20, 173:11, 207:2
**venture** [1] - 160:8
**verdict** [25] - 21:5, 21:20, 97:3, 99:12, 121:24, 122:4, 122:17, 122:20, 123:17, 123:21, 123:23, 173:4, 184:8, 190:2, 191:19, 192:9, 192:12, 192:20, 192:23, 193:6, 193:20, 198:20, 215:14
**version** [2] - 27:24, 28:7
**versus** [2] - 3:4, 82:24
**via** [6] - 31:14, 34:21, 38:22, 42:18, 43:23, 76:6
**viable** [1] - 175:11
**Victoria** [2] - 3:10, 14:14
**video** [2] - 38:22, 96:17
**view** [10] - 15:19, 15:21, 24:15, 63:15, 75:14, 104:18, 172:14, 179:10, 179:14, 193:17
**views** [4] - 16:12, 180:17, 192:10, 192:11
**violate** [1] - 47:22
**violation** [16] - 17:21, 40:22, 41:9, 44:8, 44:11, 46:24, 51:23, 52:12, 53:18,

53:22, 54:12, 54:18, 54:21, 54:23, 54:24, 54:25

**Virginia** [3] - 32:13, 32:14, 137:8

**virtually** [1] - 212:25

**visceral** [2] - 80:16, 165:10

**visit** [1] - 43:19

**visits** [1] - 30:16

**vocabulary** [1] - 215:11

**vocal** [1] - 189:22

**voir** [1] - 9:10

**Volume** [1] - 1:6

**volume** [4] - 4:22, 95:9, 98:4, 151:18

**volumes** [1] - 63:9

**voluminous** [1] - 157:17

**voluntarily** [1] - 54:1

**volunteer** [1] - 160:17

**vote** [1] - 177:23

**vs** [1] - 1:5

**vulnerable** [1] - 193:11

**W**

**wait** [9] - 12:20, 64:7, 72:19, 121:9, 121:11, 168:10, 168:18, 209:25, 221:9

**waited** [1] - 83:5

**waiting** [2] - 130:7, 130:8

**walking** [3] - 12:19, 148:4, 218:21

**wants** [9] - 61:11, 78:2, 103:20, 126:11, 168:9, 174:4, 184:23, 232:18

**warm** [1] - 189:22

**warmed** [1] - 5:7

**warmup** [2] - 66:23, 66:24

**Washington** [3] - 1:16, 139:16, 191:13

**waste** [5] - 106:18, 106:20, 160:14, 163:13, 169:2

**wasting** [1] - 174:3

**watch** [2] - 13:13, 177:24

**watched** [1] - 55:6

**watching** [2] - 4:13, 217:20

**waving** [1] - 19:11

**ways** [1] - 185:16

**wealth** [1] - 107:25

**WebMD** [1] - 103:15

**wedding** [3] - 132:13, 147:25, 148:4

**Wednesday** [1] - 146:3

**weeds** [1] - 111:17

**week** [15] - 9:1, 9:2, 133:1, 136:12, 139:19, 144:2, 144:3, 146:4, 147:8, 147:13, 170:25, 173:8, 173:16, 233:14

**weekend** [1] - 140:24

**weeks** [10] - 5:17, 130:15, 146:24, 154:3, 154:9, 159:18, 212:9, 230:17, 231:5, 232:5

**weigh** [1] - 97:1

**weight** [2] - 19:22, 117:24

**weird** [1] - 188:17

**welcome** [3] - 110:10, 160:3, 171:12

**welfare** [1] - 13:12

**well-taken** [2] - 83:12, 108:13

**WellCare** [2] - 34:6, 34:10

**WEST** [1] - 1:2

**West** [3] - 32:14, 67:9, 167:7

**whatnot** [1] - 177:13

**white** [2] - 56:1, 57:6

**white-collar** [1] - 56:1

**whoever's** [1] - 63:4

**whole** [11] - 3:14, 48:4, 52:25, 54:10, 112:17, 148:5, 173:16, 195:9, 195:14, 203:3, 232:21

**wide** [2] - 33:19, 55:7

**widowed** [1] - 155:3

**Wikipedia** [1] - 103:15

**Wild** [2] - 67:9, 167:7

**willfully** [7] - 40:10, 40:14, 44:20, 45:25, 47:13, 47:23, 52:19

**William** [1] - 3:22

**willing** [7] - 25:2, 25:7, 90:17, 168:16, 185:15, 201:10

**willingness** [1] - 149:23

**wire** [15] - 31:14, 34:22, 40:4, 41:7, 41:21, 42:19, 43:24, 48:1, 52:2, 52:22, 53:5, 53:9, 53:13, 53:17, 54:24

**wise** [3] - 170:13, 220:3, 221:19

**wish** [2] - 133:2, 133:4

**witness** [32] - 27:7, 27:23, 28:4, 92:10, 92:12, 92:13, 92:14, 93:2, 93:5, 93:7, 93:8, 93:11, 93:19, 94:1, 94:5, 97:11, 97:20, 98:7, 117:6, 117:7, 117:16, 117:25, 118:6, 118:11, 118:12, 131:8, 155:15, 186:18, 187:19, 231:11, 234:22

**witness's** [2] - 92:16, 92:17

**witnesses** [20] - 91:19, 92:4, 92:6, 93:2, 96:16, 97:11, 97:25, 98:2, 98:4, 100:19, 104:19, 116:14, 116:23, 117:1, 117:4, 117:14, 117:22, 118:17,

194:17, 232:10

**wondered** [1] - 177:3

**wonderful** [4] - 8:21, 15:9, 112:10, 229:16

**wondering** [2] - 28:22, 79:5

**word** [8] - 19:6, 64:17, 111:14, 113:21, 117:18, 170:1, 204:8, 208:1

**Worden** [2] - 215:23

**words** [14] - 12:22, 19:16, 19:21, 81:13, 90:6, 97:10, 97:13, 113:18, 113:19, 113:24, 195:25, 200:7, 200:16, 201:13

**works** [7] - 10:13, 10:15, 59:15, 65:9, 83:19, 208:1, 208:5

**world** [6] - 15:19, 15:22, 61:4, 61:22, 96:18, 159:2

**worried** [6] - 99:17, 124:12, 124:13, 124:24, 170:22, 208:12

**worry** [4] - 3:20, 64:23, 179:19, 191:20

**worrying** [1] - 17:22

**worth** [3] - 19:19, 55:6, 66:11

**wrangle** [1] - 7:24

**wrangling** [2] - 7:2, 11:25

**wrap** [1] - 186:20

**wrapping** [1] - 134:7

**write** [2] - 111:22, 205:1

**writes** [1] - 12:4

**writing** [1] - 217:15

**writings** [1] - 41:8

**written** [3] - 32:16, 43:14, 112:15

**wronged** [1] - 99:5

**wrongly** [1] - 179:18

**X**

**X-ray** [1] - 37:20

**XGEN** [12] - 39:15, 39:18, 39:20, 50:24, 50:25, 51:2, 51:9, 51:12, 51:21, 53:14, 53:18

**XGEN's** [4] - 39:19, 51:9, 51:12, 51:21

**Y**

**year** [7] - 11:12, 142:22, 149:6, 155:3, 175:2, 177:9, 199:7

**years** [17] - 58:11, 61:20, 62:10, 64:16, 65:8, 76:4, 82:16, 86:1, 102:11, 136:11, 145:8, 177:10, 179:21, 203:23, 206:21, 206:22,

207:7

**York** [3] - 1:16, 39:23, 129:6

**young** [1] - 132:17

**yourself** [19] - 22:22, 27:25, 29:9, 36:6, 90:10, 90:11, 92:9, 107:4, 111:10, 112:20, 122:16, 125:20, 126:2, 126:5, 189:15, 195:19, 197:22, 198:17, 204:13

**yourselves** [3] - 93:13, 125:24, 229:21

**Z**

**Zaria** [1] - 214:4

**Zoom** [1] - 145:3