```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                    WEST PALM BEACH DIVISION
                     CASE NO. 19-CR-80181-RAR-1
 3
      UNITED STATES OF AMERICA,           Miami, Florida
 4
                                          December 9, 2022
 5           vs.
                                          10:51 a.m. - 3:23 p.m.
 6
      MINAL PATEL,                        Volume 10
 7
                  Defendant.              Pages 1 to 55
 8    _____

 9
                         TRANSCRIPT OF JURY TRIAL
10           BEFORE THE HONORABLE RODOLFO A. RUIZ, II
                     UNITED STATES DISTRICT JUDGE
11
      APPEARANCES:
12

13    FOR THE GOVERNMENT:        JAMIE DE BOER
                                 EMILY GURSKIS
14                               REGINALD CUYLER
                                 KATHERINE ROOKARD
15                               UNITED STATES DEPARTMENT OF JUSTICE
                                 CRIMINAL DIVISION, FRAUD SECTION
16                               1400 New York Avenue, 8th Floor
                                 Washington, D.C. 20005
17
      FOR THE DEFENDANT:         STEVEN H. SADOW
18                               LAW OFFICE OF STEVEN H. SADOW, PC
                                 260 Peachtree Street NW
19                               Suite 2052
                                 Atlanta, Georgia 30303
20
      STENOGRAPHICALLY REPORTED BY:
21
                                 ILONA LUPOWITZ, CRR, RPR, RMR
22                               Official Court Reporter to:
                                 The Honorable Rodolfo A. Ruiz, II
23                               United States District Court
                                 299 East Broward Boulevard
24                               Fort Lauderdale, Florida 3301
                                 (954) 769-5568
25
```

```
 1   (Appearances continued)

 2
     FOR THE DEFENDANT:          DONALD F. SAMUEL
 3                               GARLAND, SAMUEL & LOEB, PC
                                 3131 Maple Drive NE
 4                               Atlanta Georgia 30305

 5                               BRIAN T. RAFFERTY
                                 BAKER & HOSTETLER, LLP
 6                               1170 Peactree Street, Suite
                                 2400
 7                               Atlanta, Georgia 30309

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                          I N D E X

 2   WITNESS                                        PAGE

 3   SHAWN GRINER

 4   RECROSS-EXAMINATION BY MR. SADOW:               20

 5
                         GOVERNMENT'S EXHIBITS
 6

 7
     Exhibit                                    Received
 8
     405, 407, 501, 502,                          21
 9   503, 504, 505, 506,
     507, 508, 604,
10   604-A, 611, 611-A,
     611-B, 613, 613-A,
11   614, 614-A, 615,
     615-A, 615-B, 1340,
12   1370, 1413, 1413-A,
     1421, 1421-A through
13   C, 1529, 1687, 1768,
     1870, and 1870-A
14   1115-F, P and K                               22

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  (Call to the Order of the Court.)

 2           THE COURT:  All right.  Turning back to the trial

 3      proceedings, let's get an update from the government on our

 4      plan.  I think we had contemplated -- at least I had

 5      contemplated -- besides Dr. Yogel, of having Mr. Griner take

 6      the stand, that's what I was thinking, and get that issue on

 7      the 302 out of the way first and then call Yogel.  That's what

 8      I thought this morning.  But maybe there's been a change.

 9           What's the latest from the government?

10           MS. DE BOER:  So we no longer intend to call Dr. Yogel.

11      I think what's left for the government's case is we have some

12      exhibits left to move into evidence.

13           And then, Your Honor might remember from our pretrial

14      hearings there was the deposition and some statements that

15      Mr. Patel made in the deposition, and there was going to be a

16      stipulation, just as background, about there was this lawsuit,

17      and then read into the record the few exhibits.

18           We have not been able to reach agreement on the

19      stipulation, so that's one thing we need to address.  And then

20      I think there's some dispute -- I don't believe there's a

21      dispute as to the additional non-deposition exhibit that we

22      just want to move in.

23           I do think there is a dispute as to which pieces of the

24      deposition should be used, and I will let Ms. Gurskis and

25      Mr. Sadow speak to that.
```

1          And Mr. Griner is here, at least he was when I walked

2    into the courtroom.  And we put him on, clean that up, and then

3    move the rest of the exhibits in, and then the government will

4    rest.

5          THE COURT:  So here's what I think we can do.  Let's

6    start off with what I foresee for Griner based upon my rulings

7    yesterday.  I think the easiest thing to do is simply to

8    explain to the jury, ladies and gentlemen of the jury, as you

9    know, there have been numerous times where the defense has

10   engaged in what's known as a recross-examination to clarify a

11   finer point.

12         There was an opportunity to do that -- or we've had a

13   subject that we didn't get a chance to cover, and so we're

14   going to briefly recall Mr. Griner to allow Mr. Sadow to ask

15   that follow-up.  That's all I'm going to say, get him on, get

16   him off, and we're done.  We cure the issue with Griner.

17         Does that work for the defense team if we do it that

18   way?

19         MR. SADOW:  Yes, Your Honor.

20         THE COURT:  Very good.  All right.  So that will be the

21   first thing.

22         Let's talk about the second part of the government's

23   concern with the depo and the exhibits.  So first, before I get

24   to the depo, I understand we do have an agreement on moving in

25   a number of exhibits.  Am I right on that, that the defense

1    team is good with a chunk of exhibits being moved in?

2            MR. SADOW:  The answer is yes.

3            THE COURT:  Okay.  So the main concern then that we

4    have to address is having Mr. Patel's deposition presented to

5    the jury.

6            Is there a way to maybe explain to the Court what

7    particular section?  Because it appears that we have some

8    agreement on it.

9            But what is the main concern about its contents or its

10   presentation?

11           MR. SADOW:  I just emailed the Court --

12           THE COURT:  Okay.

13           MR. SADOW:  -- the exhibits that are at issue and

14   what's going to be admitted.  That is what we agreed to.  And I

15   can tell you what we have and which ones we want to enter.

16   There are two, and one that we object to.  Okay?

17           THE COURT:  Okay.  Let me bring it up right now.  Give

18   me a second.

19           MS. GURSKIS:  And we've actually narrowed it even

20   further in the last 30 seconds to just K and P, which I believe

21   Mr. Sadow did not object to those.

22           MR. SADOW:  Well, I have to go back now and look at

23   what I've sent you to see how that affects --

24           THE COURT:  So I have 1115-C --

25           MR. SADOW:  That's one that we want to put in as under

1  Rule 106.

2          THE COURT:  Let's just take them in turn.  What I have

3  in front of me is seven exhibits.  All of them are 115 with

4  some letters, C, E, F, G, H, K, and P.  So let's go down the

5  line.

6          The first one is 1115-C.  I'm told that this is an

7  exhibit that the defense wants to be put in.

8          Do we have an objection from the government on that

9  one?

10          MS. GURSKIS:  Yes, it's a self-serving statement of the

11  defendant, and it is not necessary for the rule of

12  completeness.  It's just kind of left in there.

13          MR. SADOW:  And that's why I think you have to look at

14  everything else.

15          THE COURT:  I'm opening them, yes, as we're going.

16  Okay.

17          MS. GURSKIS:  And, Your Honor, I have hard copies of

18  the two we want to introduce.

19          MR. SADOW:  The two are K and P.

20          THE COURT:  Yes, if you want to come forward.

21          MS. GURSKIS:  And I also have hard copies of the ones

22  Mr. Sadow wants to introduce.  I can approach and hand them up

23  as well.

24          THE COURT:  Let's go through.  It might be the easiest

25  thing to do is just let me see where -- I'm going to get

1   everyone's position on each one, and then I'll tell you what

2   I'm going to do.

3           The first one I know is C, and that is defense wants

4   it, and government objects.

5           Second one is E.  Is there agreement on E?

6           MS. GURSKIS:  We're not moving that one in anymore,

7   Your Honor.

8           THE COURT:  So you're not moving in F either?

9           MR. SADOW:  F is ours.

10          THE COURT:  F is yours.

11          Is there an objection from the government on F?

12          MS. GURSKIS:  Yes, Your Honor, on the same grounds.

13          THE COURT:  All right.  Let me see.

14          How about G?

15          MS. GURSKIS:  We're not moving that one in anymore.

16          THE COURT:  How about H?

17          MS. GURSKIS:  We're not moving that one in anymore.

18          THE COURT:  How about K?

19          MS. GURSKIS:  Yes, Your Honor.

20          THE COURT:  Do we have an objection to K?

21          MR. SADOW:  No objection to K, and no objection on P.

22          THE COURT:  So the Court just has to make a ruling on C

23   and a ruling on F, I believe, right?

24          MR. SADOW:  Right.

25          THE COURT:  Here's what I'm going to do.  I am

 1    concerned on C because even if you gave me context, I think

 2    from a self-serving perspective and hearsay perspective it goes

 3    straight to one of the key issues in the case.

 4          I mean, it's very brief, but I have a problem with C.

 5    I understand you could maybe put some gloss on it in context,

 6    but this crosses over from a completeness issue to me.  This is

 7    just in isolation.  Obviously it's self-serving.

 8          But even if you were to insert it into the business

 9    affairs, I have to tell you, I have a bit of a problem with

10    this one.

11          I will say, F, I do not.  I think F does not have the

12    same problems that C does.  I think F has more context and a

13    little more about the inner workings with Vartanian and

14    LabSolutions.

15          So I am going to tell you now, I'm going to overrule

16    the objection from the government on F.  F is coming in.

17          But I am going to sustain the government's objection to

18    C.

19          So to recap, the Court is not going to let you guys

20    move in C, but I am going to let you move in F.  And K and P

21    will both be admitted.  And the government is not seeking

22    admission of E, G, or H.

23          So to summarize, 1115-F, 1115-K, and 1115-P are all

24    coming in.  All right?

25          MS. DE BOER:  So Your Honor, what we would propose is

```
 1   when -- after Mr. Griner and then we'll move in -- we have a
 2   list of exhibits that are not related to the deposition we'll
 3   move in.
 4       And then if Ms. Gurskis could put the deposition
 5   exhibits on the screen and read them after Your Honor reads
 6   whatever stipulation we all come up with, that would be our
 7   request, that she can read them.  There will not be any
 8   dramatization.  It will just be --
 9       THE COURT:  Just read them.  Yeah, we had made that
10   ruling before.
11       So do we want, guys -- again, now that I've made
12   rulings on admissibility and we're reading portions of this in,
13   or publishing it, really, do we have a stipulation in the
14   works, or where are we going on what you would like me to read?
15       MR. SADOW:  We have a disagreement.
16       THE COURT:  Okay.  Tell me what draft we'll have on the
17   stipulation.
18       MS. GURSKIS:  Yes, Your Honor.  I can approach with the
19   two drafts.
20       THE COURT:  Did you guys propose this, and then there's
21   a defense objection?
22       MS. GURSKIS:  Yes, I have a redline version and then a
23   clean draft.
24       THE COURT:  All right.  Perfect.  Let me just take a
25   look at that and then I'll rule on that.
```

1          MR. SADOW:  We're going to change -- I'll tell you when

2     you get a --

3          THE COURT:  Yeah, let me take a look real quick,

4     Mr. Sadow, and then you'll walk me through your issue on it.

5          Okay.  I have a proposed government's draft

6     stipulation.  It reads as follows:  In 2017, Omar Abdel-Aleem,

7     the former CEO of LabSolutions, sued Minal Patel for wrongful

8     termination.  During the litigation, Mr. Abdel-Aleem accused

9     Mr. Patel of violating the Anti-Kickback Statute and of

10    instructing physicians to use specific ICD-10 codes to maximize

11    reimbursements.

12         You are not to consider these allegations for their

13    truth, but merely as context for statements made by Mr. Patel

14    in the deposition during the litigation.  These statements by

15    Mr. Patel will be admitted as Government Exhibits -- and I

16    think it may not be A through P now, right?

17         MS. GURSKIS:  Correct, Your Honor.

18         THE COURT:  It's just P and K?

19         MS. GURSKIS:  Yes, Your Honor.

20         THE COURT:  Okay.

21         MR. SADOW:  F, P, and K.

22         THE COURT:  I'm sorry.  F, P, and K.  Thank you.

23         All right.  And here's the defense version:  Minal

24    Patel testified at a deposition on June 15, 2017, and made

25    certain statements.  These statements are being admitted as

1    Government Exhibits 115-F, P, and K.  All right.

2              MR. SADOW:  And I would add to that, so that the Court

3    knows:  After 2017 -- I'm sitting so I can see, if that's okay?

4              THE COURT:  Yeah, that's fine.

5              MR. SADOW:  After 2017, I would say, in Omar

6    Abdel-Aleem versus Minal Patel --

7              THE COURT:  Maybe we should say in the civil matter --

8              MR. SADOW:  That's fine.

9              THE COURT:  Right?  In the civil matter of Omar

10   Abdel-Aleem.

11             MR. SADOW:  Versus Minal Patel and LabSolutions.

12             THE COURT:  Minal Patel --

13             MR. SADOW:  So it would be Minal Patel and

14   LabSolutions.

15             THE COURT:  All right.

16             MR. SADOW:  And then the rest would stay the same.

17             THE COURT:  So here's what we're going to do on this.

18   That is way too heavy for context -- we discussed this

19   pretrial -- to get into anti-kickbacking statute and

20   Abdel-Aleem's accusations.  Even if you qualify it, that is a

21   very big line to put out there in front of the jury with a

22   qualifier.

23             From a 403 perspective, I don't need something that

24   heavy.  I can get there by reading a modified version of the

25   defense draft.  So again, this is what I'm proposing.

1          Minal Patel testified at a deposition on June 15, 2017,

2     and made certain statements in the civil suit of Omar

3     Abdel-Aleem versus Minal Patel and LabSolutions.   These

4     statements are being admitted as Government's Exhibits 115-F,

5     P, and K.

6          And then I would add, you know, it is up to you to

7     decide how much weight to give to these statements.

8          MR. SADOW:   That's fine.

9          THE COURT:   That's what we give whenever we read one of

10    these stipulations.   Okay?

11         Any major objections to the revised draft of the

12    government?   I know you want the one that's more detailed, but

13    any other concerns?   I'm not going to give you all that.   But I

14    think this gives me enough.

15         MS. GURSKIS:   No objections, Your Honor.

16         THE COURT:   Thank you.   All right.   So we've taken care

17    of the admission of those exhibits; we've taken care of the

18    stipulation.

19         Anything else on the government's side?

20         I think then the goal would be to have Griner come up.

21    I'll give that qualifier.   Mr. Sadow will ask his limited

22    question.   Griner will be excused.   Then I will go to the

23    stipulation.   I'll read it.   You guys will get up on the

24    overhead projector and put up those statements and just do a

25    dry reading of them.

1          And then, after that, am I expecting then the

2    government would rest?

3          MS. DE BOER:  Yes, Your Honor.

4          THE COURT:  Okay.  All right.  So let's talk a little

5    bit because I want to do all of this with my jurors and give

6    them a sense of expectation.

7          So I plan on having them show up at 9:00 a.m. on

8    Monday, and that's what I'm going to tell them at the end here.

9    And again, it would be a regular day on Monday, 9:00 to 5:00.

10   This will give us a big chunk of time this afternoon to sort

11   out the remaining things with Dr. Hegde.

12         So it would be good to use that time to -- maybe I can

13   ask you all to come back after lunch, maybe closer to

14   3:00 o'clock, with a status update and just tell me what's

15   going on.

16         I can give you now a chunk of time to maybe call over

17   and find out what's going on with Dr. Hegde, and I can figure

18   all that out for us before we break today.

19         Does that make sense for the defense?  We might as well

20   take an extended break, and you can come back and let me know

21   at 3:00.  I don't know if you want to do motions after lunch.

22         What would you want to do?  Anything else?  What's your

23   plan?

24         MR. SADOW:  I think Mr. Samuel would be the individual

25   doing the motions.  I don't think he is prepared to do so.

    1          THE COURT:  Okay.

    2          MR. SADOW:  Again, obviously we'll do it at the

    3    discretion of the Court.

    4          THE COURT:  Yeah.  I mean, I could take a break after

    5    we deal with the government resting.  Because I think we can

    6    cover everything we need in the next hour and a half and then

    7    be done.  I just want to get the jurors home, because I can let

    8    them go at a midday, and then we can stay behind and figure out

    9    what we want to do.

    10         MR. SAMUEL:  I can certainly do an outline of the

    11   Rule 29, just to protect the record.  But as far as briefing it

    12   and going through, you know, the record, I can do that in

    13   writing and submit it to the Court.  But just to protect the

    14   record so that the motion has been filed at the appropriate

    15   time, I can do that now.

    16         THE COURT:  Yeah.  Do you want -- maybe the easiest

    17   thing to do -- do you want, Mr. Samuel, to -- because it worked

    18   out organically given where we are in the timeline, you would

    19   like to maybe just put a pin in it, briefly make the arguments,

    20   and indicate that you will be filing a written motion fleshing

    21   it out?

    22         MR. SAMUEL:  That would be ideal.

    23         THE COURT:  Okay.

    24         MR. SAMUEL:  We'll get -- I'll get the written motion

    25   to you to the extent that we flesh out some more before Monday

1 morning, in case you want to rule on it or you're going to

2 reserve, whatever you're going to do.

3   But, you know, if we could do it before lunch, I'd like

4 to.  Some of us are trying to catch a flight home today.

5   THE COURT:  Oh, okay.  I'm glad you told me.  I would

6 prefer to go ahead and do that.  If we can do that, I'll get

7 you out of here.

8   The only thing that is -- that I have -- well,

9 depending on who needs to stay, I would prefer this afternoon

10 that I just get some updates.  You don't have to stay around

11 for that, but just some updates on what's happening with Hegde

12 in case I've got to move things around.

13   MR. SADOW:  I'll be here.

14   THE COURT:  Okay.  All right.

15   MR. SAMUEL:  We'll leave the young associate here to

16 handle those matters.

17   THE COURT:  Very good.  So what we'll do is we'll

18 probably touch base at some point before we officially break.

19 I'll probably have you guys come back, say, like around

20 3:00 o'clock, just for a final status to make sure everything

21 is good to go.  And then we'll break for the rest of the day.

22   But that'll help me get a better sense of what we think

23 we're going to be expecting, since that would be Monday morning

24 if, indeed, we're going to call her.

25   And I've got to make a judgment call on the Zoom issue.

1   And I've got to do that kind of before we break today -- I

2   mean, I do.  So -- all right?

3          MR. SADOW:  Could the defense briefly meet with the

4   Court ex parte to discuss something to do with Ms. Hegde?

5          THE COURT:  Yeah, yeah.  We could do that.  Come on up

6   and we'll do that real quick.  Come on up.

7      (The following proceedings were held sidebar:)

8          THE COURT:  What's going on?

9          MR. SADOW:  Obviously, we can't make a decision on

10  whether we're going to call her.

11         THE COURT:  I know.  I know you can't.

12         MR. SADOW:  But the more important thing is, when the

13  Court tells the jury about Monday, don't tell them we're going

14  to put up a case because there is a possibility we may not.

15         THE COURT:  Gotcha.  But you could rest on Monday.

16  You'll make that call.

17     (Proceedings returned to open court.)

18         THE COURT:  Okay.  I think we have our game plan.  So

19  let's go ahead, just so I can take care of these kind of loose

20  ends here, and we can finish up with the government's case.

21  Okay?

22         All right.  Let's go ahead and see if we could round up

23  our jurors, please.

24         THE COURT SECURITY OFFICER:  All rise for the jury.

25     (Jury enters at 11:10 a.m.)

1            THE COURT:  Please be seated, everyone.

2            Ladies and gentlemen of the jury, good to see you all.

3    Did I get everybody a donut that wanted a donut?

4            Okay.  I went -- you know, it's a very tough decision.

5    I went in there today -- and I gave you guys two boxes of

6    glazed last Friday.  And I said, you know, that was kind of

7    boring.  So I got one box of glazed, and one was -- I think I

8    only put six jelly donuts in there.  So I don't know if anybody

9    liked that, but I figured I'd change it up.  So I'm glad that

10   that worked for you guys.

11           Thank you again, as always, for your dedication and for

12   being here on time.  We've done a lot of homework, so I don't

13   want you to think that, when you guys are sitting in there,

14   that we're twiddling our thumbs out here.  The lawyers and I

15   are doing a lot of things to streamline and present the issues

16   for you in a very clean way.  So I really appreciate you guys

17   giving us an opportunity to do that.

18           The first thing we're going to do today is we're going

19   to recall a witness briefly.  You may have recalled that,

20   during the trial, sometimes there are what are known to be a

21   recross.  Meaning that -- and you guys are all nodding your

22   heads because I think you've seen it.  You probably have an

23   unbelievable working knowledge of how a trial is conducted

24   after the last two weeks.

25           But sometimes there can be issues, just between

1    scheduling and covering material, that we didn't get a chance

2    to allow the defense to follow up on.

3            So Mr. Griner was called a few days ago.  We're going

4    to call him briefly only so that Mr. Sadow can ask him a

5    follow-up that he intended to do on a recross and, due to

6    scheduling, we couldn't accommodate.

7            Do you all understand?

8            All right.  So this is a limited issue, but I want to

9    take care of that first because we made this work for

10   scheduling to make life easier for all of you.

11           So with that being said, can we recall Mr. Griner?  I

12   see him here.

13           Mr. Griner, good to see you again.  Make your way up,

14   please, and just grab a seat.  And I'm going to put you under

15   oath again.  I know you still technically were from last week

16   or earlier this week, but we're going to go ahead and do that.

17   Please raise your right hand.

18           (Government witness, SHAWN GRINER, duly sworn.)

19           THE COURTROOM DEPUTY:  Please be seated.  Speak into

20   the microphone.  Say and spell your name for the record.

21           THE WITNESS:  Shawn Griner, S-h-a-w-n, G-r-i-n-e-r.

22           THE COURT:  Thank you, Mr. Griner.

23           Mr. Sadow, I'll turn it over to you for your limited

24   recross.

25           MR. SADOW:  Absolutely.  Thank you.

```
 1                     RECROSS-EXAMINATION
 2  BY MR. SADOW:
 3  Q.  Good morning, sir.
 4  A.  Good morning.
 5  Q.  Do you remember telling agents of the government and
 6  prosecutors that once Patel was made aware that Griner used
 7  MyOnCallDoc, Patel wanted the company's information, Patel
 8  needed to perform due diligence on MyOnCallDoc, Patel needed to
 9  give the information to his attorney?
10  A.  I don't -- I don't dispute that.  I believe I said
11  something to that effect.  That may be exactly what I said.
12            MR. SADOW:  That's all I have.  Thank you, Your Honor.
13            THE COURT:  Thank you very much.
14            And thank you, Mr. Griner.  I know to come all the way
15  back is not an easy thing, but now you are officially excused.
16  Thank you very much.
17            Okay.  Having taken care of that housekeeping matter,
18  we're now going to turn back to the government.  And the
19  government at this time is going to present some evidence that
20  they're going to move into the record, and then we're going to
21  move on from there to some exhibits that they're going to
22  publish.
23            I'll turn it over to you, Ms. Gurskis.
24            MS. GURSKIS:  Thank you, Your Honor.  At this time, the
25  government wishes to move in the following exhibits:
```

1   Exhibit 405, 407, 501, 502, 503, 504, 505, 506, 507, 508, 604,

2   604-A, 611, 611-A, 611-B, 613, 613-A, 614, 614-A, 615, 615-A,

3   615-B, 1340, 1370, 1413, 1413-A, 1421, 1421-A through -C, 1529,

4   1687, 1768, 1870, and 1870-A.

5          THE COURT:  At this time, any objection to that set of

6   exhibits, Mr. Sadow?

7          MR. SADOW:  As I have done all the way through, no

8   objection.

9          THE COURT:  Thank you.  Those will all be moved into

10  evidence at this time.

11        (Government Exhibits 405, 407, 501, 502, 503, 504, 505,

12        506, 507, 508, 604, 604-A, 611, 611-A, 611-B, 613, 613-A,

13        614, 614-A, 615, 615-A, 615-B, 1340, 1370, 1413, 1413-A,

14        1421, 1421-A through -C, 1529, 1687, 1768, 1870, and

15        1870-A were received in evidence.)

16         THE COURT:  So at this time, I believe, Ms. Gurskis,

17  you would request to have the stipulation read.  Is that right?

18         MS. GURSKIS:  Yes, please, Your Honor.  Thank you.

19         THE COURT:  So, ladies and gentlemen of the jury, the

20  next few exhibits that are going to be presented to you will be

21  done in the overhead projector so that you can read them.  I

22  need to give you a little bit of guidance as to what it is

23  you're going to be reading and looking at.

24         Minal Patel testified at a deposition on June 15, 2017,

25  and made certain statements in a civil lawsuit titled Omar

1    Abdel-Aleem v. Minal Patel and LabSolutions.   These statements

2    are going to be admitted as Government Exhibits 1115-F, P,

3    and K.

4              As with all exhibits, it is up to you to decide how

5    much weight you want to give these statements.

6              Do you all understand?

7              THE JURORS:  Yes.

8         (Government Exhibits 1115-F, P and K were received in

9         evidence.)

10             THE COURT:  Very good.  Those have been admitted.  You

11   may publish them now.

12             MS. GURSKIS:  Thank you, Your Honor.

13             This is a statement of Minal Patel:

14             "I mean, you don't get -- the point is that I work when

15   I -- I have a virtual office.  So even if I'm in Timbuktu, I'm

16   still working.  So I didn't leave LabSolutions.  So you got to

17   get out of your head that I have to be sitting at a desk to be

18   working."

19             And for the record, that was 1115-P.

20             This is now 1115-F.

21             "Question:  Are you familiar with Nick Vartanian?

22             "Answer:  Yes.

23             "Question:  Okay.  And isn't it true that Nick

24   Vartanian resigned because of regulatory compliance issues?

25             "Answer:  No.  Nick Vartanian resigned because he's

1    taken -- and we have emails.  He was recruited by Omar to go

2    join another company, which we also have emails about and text

3    messages, so...

4          "Question:  Did Nick Vartanian ever write a letter to

5    LabSolutions outlining the reasons for his resignation?

6          "Answer:  Yeah, he did, of things that he was in charge

7    of -- he and Omar were in charge of.  So if he committed

8    anything, it was done out of -- when Omar was the CEO, out of

9    his instructions, and Nick was a -- it was telemedicine.  We

10   have all the emails, outline, and the workflow, everything from

11   Omar and Nick Vartanian.  I would love to go into that, please.

12         "Question:  Okay.  Okay.  So LabSolutions --

13         "Answer:  I mean, you guys are crazy --

14         "Question:  Okay.

15         "Answer:  You guys are insane if you're going to go

16   down there, but that was all them."

17         1115-K:

18         "Question:  Are you the manager of LabSolutions, LLC?

19         "Answer:  Yes, the founder.

20         "Question:  Do you have the final say on any decision

21   that LabSolutions, LLC, makes if you --

22         "Answer:  If I will -- chose to exercise it, yeah, I

23   would think so."

24         THE COURT:  Thank you, Ms. Gurskis.

25         MS. GURSKIS:  Thank you, Your Honor.

1          THE COURT:  Having now published those exhibits and

2     read them in pursuant to stipulation of the parties,

3     government's next witness.

4          MS. DE BOER:  Thank you, Your Honor.  The United States

5     rests its case.

6          THE COURT:  Thank you very much to the government's

7     team.

8          Ladies and gentlemen, the government has rested their

9     case.  After much consultation with the lawyers, we found it

10    advisable to conclude today's proceedings.  That means all of

11    you are going to get out early, before lunch, and you're going

12    to get to enjoy the rest of the afternoon.  And the few of you

13    who are World Cup folks can watch the game this afternoon at

14    2:00 o'clock and perhaps catch the remainder of the game that I

15    believe Brazil is playing currently.

16         This does not mean that we are not on schedule.  We are

17    now ahead of schedule.  Okay?  I wouldn't waste this afternoon

18    and not call witnesses unless the lawyers and I had spoken, as

19    we did this morning, and everything is exactly as it should be.

20         But this way, you guys who have spent a lot of time

21    here in the courthouse and worked very hard over the past two

22    weeks, get a well-deserved break before we enter the last phase

23    of the case.

24         Now, what are we expecting next week?  Well, we're

25    going to come in at 9:00 a.m. on Monday.  Remember, it is up to

1    the defense if they wish to present a case.  They will make

2    that decision on Monday.

3         After that, we will then get instructions on the law to

4    all of you, meaning, that we have to put together and work on

5    what you're going to follow when you're in there deliberating.

6         Then we still have closing arguments for all of you to

7    listen to, which are going to be very important because we've

8    heard a lot of evidence over two weeks, and this is going to be

9    the opportunity for the lawyers to summarize all of that and

10   take you back to where we were last Tuesday, all the way up

11   until today and beyond.

12        I say this because there's still a lot left to go.

13   Sometimes jurors hear that the government is done presenting

14   their case, and they forget that that's not the end.  We still

15   have several steps left to go, and perhaps most importantly, in

16   addition to the closing arguments, you haven't received the law

17   you have to follow to figure out how these facts fit into what

18   has to be proven beyond a reasonable doubt by the government.

19        I say that because I want everyone to go into the

20   weekend remembering that I need you to keep an open mind.  The

21   case is not over, and we still have steps that need to be taken

22   that are very important.

23        So when you go home and the family says why are you

24   here, it's not even 1:00 o'clock?  You can tell them, Judge

25   Ruiz fed us donuts, kept us in court for an hour, and then let

1    us go home.

2         And you can tell them that we have to come back next

3    week, can't talk to you about the case, but I can tell you all

4    that I do feel very confident, after what I've seen and the

5    schedule we're on, that we will fit this trial within the

6    schedule that I promised you when you were selected.

7         And that's important because I know several of you have

8    holiday plans the week after next; some of you are traveling.

9    So this is going to work for everybody.  And I know some of you

10   have had to explain to your employers and your professors about

11   your availability.  My hope, again, is to finish inside that

12   timetable without any sort of issue.

13        So I wanted to make that promise to you again that I

14   made to you at the start of the case.

15        Now, please remember, of course -- I know I repeat it

16   every time, but it's very important to protect the sanctity of

17   the trial.  We've come a really long way.  We've worked really

18   hard.  We want to finish this trial the right way.

19        That means, do not discuss this case with one another.

20   Do not discuss this case with family or friends.  You will have

21   an opportunity, before you know it, to talk about your thoughts

22   with your fellow jurors at the end.

23        Do not do any independent research.  Do not look up any

24   people, places, or things, that you've heard about in this case

25   on the internet.  Don't look on any research websites,

 1   Wikipedia, WebMD, whatever it may be.  Do not do any of that.

 2        Continue to please stay off of social media.  That's

 3   very important.  You've done that throughout your service.

 4   Please continue to keep that rule.

 5        If you were to bump into lawyers on Monday and they

 6   avoid you, take no offense.  You must do that.  All of those

 7   rules continue to apply.  You guys have done an incredible job

 8   of following them.  You've been diligent.  You've been focused.

 9   We can't ask for anything more from you all.

10        We are entering into our third week on Monday.  We're

11   going to keep the pace going, as you've done up until this

12   point, and we will get this trial completed and in your hands,

13   for your deliberations, within the schedule we've promised.  So

14   I thank you again for your dedication.

15        So with that being said, you all enjoy a break.  So

16   take off the rest of the day.  Leave your notepads in the jury

17   room.  We'll see you all Monday morning at 9:00 a.m.  You are

18   excused.

19        THE COURT SECURITY OFFICER:  All rise for the jury.

20        (Jury exits at 11:24 a.m.)

21        THE COURT:  Please be seated, everyone.  Just some

22   housekeeping.  Obviously, I do want to give the defense team an

23   opportunity to circle back with counsel for Dr. Hegde and

24   figure out what the latest is.  And they're going to have an

25   opportunity to do that.

 1           I don't know, Mr. Samuel, at this point do you just

 2      want to make a brief statement on the Rule 29?  We can just

 3      preserve that.  I know that I'm going to get from you a fulsome

 4      motion, so no ruling will be made from the bench until I get

 5      that.  But go ahead and we can have that.

 6           MR. SAMUEL:  The only thing I want to do is to make

 7      sure the record's protected, so we preserved our rights, and

 8      move pursuant to Rule 29(a) of the Federal Rules of Criminal

 9      Procedure for a judgment of acquittal on each of the ten counts

10      of the indictment.

11           I don't think I need to recite each of the counts

12      today, but before we open on Monday morning, we will get you

13      something in writing, so it'll be before the defense begins its

14      case.

15           So we would move for judgment of acquittal on --

16      pursuant to Rule 29(a) on all counts of the indictment.

17           THE COURT:  Very good.  Thank you.  And, you know,

18      look, I think on the government's end, we might as well wait.

19      Let's just get the written motion in.  Based on sequencing.

20      Quite frankly, the government may feel comfortable dealing with

21      it ore tenus.  I don't necessarily need a response to that.

22           We'll wait and get it more fleshed out when they've had

23      a chance to look at the record.  I don't think there's any harm

24      in that.  And I can go ahead and make a ruling on that,

25      depending on how things play out Monday morning.  If maybe we

1    need to address it later in the day, we can do that.

2         MS. DE BOER:  That's fine, Your Honor.  And just to

3    protect our record, we oppose on all ten counts.  I would

4    ask -- and this is something I can confirm with Mr. Samuel on.

5    If that's a count in particular -- I mean, I think our

6    expectation is this case is proceeding in some fashion, and

7    there may be some counts that they think that we haven't

8    proved.

9         So if there is a count in particular their motion is

10   going to focus on, maybe we can talk about it, and then we

11   could be prepared to put something in writing shortly after

12   they file, or at least, you know, be able to argue it and be

13   tailored so we're not wasting a bunch of time.

14        So I think we would request that.  But obviously, we

15   oppose the motion in its entirety at this point.

16        THE COURT:  Understood.  And I think that can probably

17   be worked out.  You can meet and confer with him, and get a

18   sense of the finer points of his argument.  I don't have a

19   problem with that either.

20        All right.  So having taken care of that, I will just

21   turn to some housekeeping.  Obviously we have to figure out the

22   Hegde situation, because if indeed the defense wants to call

23   her, she may very well be called as the first witness on

24   Monday.

25        So her availability, her decision on the Fifth

1    Amendment, which we don't know if she's going to exercise quite

2    yet, and certainly the production issue, where they're looking

3    through some documents, is still pending.

4        I know it's mostly for scheduling, but just checking in

5    with the defense team, do we have a sense, as I asked

6    yesterday, of what we're going to be doing on Monday in terms

7    of the defense case-in-chief?  I mean, to the extent I can get

8    some outlines, only because I want to plan ahead and manage the

9    juror expectations.

10        MR. SADOW:  It's our expectation that we may call five

11    or six witnesses.  They would go through Monday and into

12    Tuesday.  Obviously with the cross-examination of the

13    government, hopefully we would be ready to rest end of the day

14    Tuesday, as presently scheduled, or earlier on Wednesday if it

15    doesn't.

16        THE COURT:  All right.  So that works.  I think we can

17    be prepared for that.  And that puts us in the jury's hands by

18    mid week, which puts us well ahead of schedule.  And certainly,

19    depending on how things come out in this phase, puts us well

20    within the ability to, perhaps within next week, complete

21    anything regarding forfeiture, or worst case, it spills one

22    more day.

23        But certainly into the following week, the 19th.  But I

24    don't think we have any concern now on scheduling.

25        I think the easiest thing to do, just to try to get

1    ahead of it a little bit, is to break now and give the parties

2    a chance to sit down, maybe do a little bit of meet and confer,

3    figure out what the situation is with this one particular

4    witness, Dr. Hegde, and then, after that, we can all meet here

5    perhaps a little bit later on, after the lunch break, with an

6    update, and you guys can all let me know if there's any rulings

7    I need to make or anything else I need to do as it pertains to

8    our Monday lineup.

9         So maybe 3:00 o'clock?  I was thinking something to

10   that effect.  What do you think?

11        MS. DE BOER:  That's fine for the government, Your

12   Honor.  Could we get a list of who the five or six witnesses

13   are?

14        THE COURT:  Yes.  I wanted to confer with you all and

15   maybe we can get -- if you have them now, that's great.  I just

16   didn't know if you had them.

17        MR. RAFFERTY:  Cecilia Godwin, Dr. Bernadette

18   Wildemore, Mark O'Meara, Madhuri Hegde, and Tobi Watt.

19        THE COURT:  Thank you.  I think with that we can plan

20   ahead a little bit, and now I know we're looking at outer

21   range, Wednesday morning, perhaps Tuesday.  And we'll see where

22   we go.

23        All right.  Good.  So that gives us a good game plan.

24        One thing I wanted to inquire about, just so I can

25   start looking ahead, I'm certain I have it -- I'll go back and

1    look.  But it might be very useful for the Court because we've

2    had -- I know we still have some to go, especially with advice

3    of counsel issues, but to the extent we have a good working

4    draft of the jury instructions, it would be beneficial to go

5    back and take a look at that.

6         I'm certain you've all emailed them to me, as I know

7    you have to under my scheduling order, but perhaps there could

8    be a revised version -- I don't need that right now, but if the

9    parties could maybe start looking to get me something by

10   Monday, just something that is revised, it will save us a lot

11   of time on a charge conference if I can get something that's

12   updated.

13        Maybe you have something already that I can start

14   looking at, and you can get it to me by the end of today, that

15   would be great.  But I would like to have a draft, a working

16   draft that I can start tweaking so that we don't find ourselves

17   in a belabored charge conference.

18        I would assume the majority of the background

19   instructions are going to be agreed, so it may just be a few

20   specials that we have to tailor in terms of either advice of

21   counsel, or if my memory serves me right, I still think the

22   Anti-Kickback Statute doesn't have a pattern, if my memory

23   serves me right.

24        So we're still working off the amalgamation of things

25   that me, Martinez, Gayles, and a few others have done.

1          MS. DE BOER:  That's correct, Your Honor.  Although --

2     and we did -- the parties did submit the joint proposed

3     instructions according to Your Honor's --

4          THE COURT:  I'm sure you did.  I probably have it saved

5     in a file.  I just haven't gone back and looked.  I don't know

6     if it's changed materially.

7          MS. DE BOER:  I don't know that there will be a lot of

8     changes, and we'll confer with the defense over it.  I don't

9     think that there were any disputes on the Anti-Kickback

10    Statute, if my memory -- on that instruction, if my memory

11    serves me.

12         THE COURT:  Did you use the one that I gave?  Because I

13    had done one that I customed, in Agresti probably, that I think

14    was custom.  I don't know.  If you all agreed to it, great.  I

15    know that I've tweaked one.  So I've done it before.

16         MS. DE BOER:  Yeah.  Agresti, I don't think that was

17    Medicare.

18         THE COURT:  Oh, you're right.  It wasn't.

19         MS. DE BOER:  So it was probably not AKS.  We will go

20    back and see if we can --

21         THE COURT:  It might have been Elizabeth Young then.

22    That's what it was.  I had the Elizabeth Young trial.  I've had

23    more of these than I care to admit.

24         Okay.  So I'll take a look.  If you have it handy and

25    you want to take a second look and email it to me, even if it's

1    a repeat, that's fine, just so it's on the top of the pile.

2    I'll pull it and I can download it and start looking at

3    whatever has been suggested.  That would be great.

4            MS. DE BOER:  Sure.  And just to preview for the Court,

5    my recollection is that the disagreements were advice of

6    counsel instruction, and the government was hesitating only

7    because we don't know what evidence is going to come in.  So I

8    think that's a decision we make, you know, at the end.

9            And then deliberate ignorance, and the defense was

10   objecting to that.  I think otherwise, if memory serves, we

11   were more or less on the same page.

12           THE COURT:  That's great.  I mean -- and I agree.  I

13   mean, most of that stuff, you really can't game it out until we

14   see what happens anyway.  So I agree with you 100 percent.  We

15   can maybe make a judgment call at the end of the defense's

16   case.

17           One thing to note that I think is valuable is that if

18   that's all we have, the charge conference should be relatively

19   brief.  I mean, I can debate deliberate ignorance and figure

20   that out, and I've given versions of that instruction before.

21   So that won't take long.

22           All right.  Good.  I'm just trying to build that in so

23   that we don't delay and we can tee this up.

24           Certainly I envision, just to give the parties a chance

25   to kind of get their mind around it, you know, in a perfect

1    world, if we are resting at the end of one of the days we have,

2    a Tuesday, regardless of how early that rest may be, I would

3    give you the next day to do the closings.

4         So I just want you to plan ahead.  I'm not going to

5    throw the closing out at 3:30 or 4:00; that's just not

6    happening.  I'll give it to the next day.  We have the time

7    now.

8         So that way, I have a fresh set of jurors, you guys

9    have a chance to get any demonstratives together, we can go

10   through the jury instructions calmly beforehand.

11        So we'll play it by ear, but certainly I'd like to

12   try -- either it's going to be a morning kickoff with closings

13   or one of those where we are having our lunch break and we

14   start it right after.

15        Anything that bleeds into the late afternoon, with the

16   amount of material we've covered, it's a disservice to both

17   sides to try to do a close that late.  And I don't want my

18   jurors breaking and beginning to deliberate at 5:30 or 6:00.

19        So I just wanted to give you guys that so you can plan

20   ahead.

21        MS. DE BOER:  Okay.  So it sounds like if the defense

22   rests Tuesday, we close Wednesday.  If the defense rests

23   Wednesday, we can close Thursday.

24        THE COURT:  Yeah.  It's possible unless -- to

25   Mr. Sadow's point, if there's, like, a little bit left

1    Wednesday morning, I could see us having an extended lunch, and

2    then I would start the closings at 2:00 o'clock Wednesday

3    afternoon.

4         MS. DE BOER:  Sure.

5         THE COURT:  So that's just a possibility.  But, yes, if

6    we finish on Tuesday, I expect closings starting at 9:00 a.m.

7    on Wednesday.

8         MS. DE BOER:  Okay.  And, Your Honor, do you charge the

9    jury before closings or after?

10        THE COURT:  Always, yeah.

11        MS. DE BOER:  Before?

12        THE COURT:  Yeah.  That way, it gives you guys

13   guidance.  I find that it prevents misstatements of the law.

14   And to the extent you want to be able to use blowups of the

15   verdict form or you want to do blowups of any particular

16   instructions, it makes for a better closing.  So I've always

17   done it that way.  So that way, you can plan ahead.

18        MR. SADOW:  A couple of housekeeping matters.

19        THE COURT:  Tell me.

20        MR. SADOW:  One:  I will be here at 3:00 p.m.  Is it

21   okay for my comrades at arms not to be here?

22        THE COURT:  Yes.  Everyone, please enjoy the rest of

23   the Friday, and do what you've got to do.  The only reason I

24   want you here is to give me an update about what, if anything,

25   they find when you do this search for Hegde.  That's really all

1    I need.  Everything else has been done.  Yeah.

2            MR. SADOW:  And, two, as part of this, may the

3    defendant be excused and waive his presence?

4            THE COURT:  Yes, he can be.  So Mr. Patel is free to

5    go.  There's no need to stay any longer.  This is purely

6    administrative.  It's just to see what's going to happen with

7    the doctor, whether we're going to have to do it with Zoom so I

8    can get my tech folks ready, whether she's going to be invoking

9    the Fifth, et cetera.  That's all.

10           MR. SADOW:  Okay.  And, three, will the Court have

11   Cuban coffee for those of us who --

12           THE COURT:  Yes.  Yes, I will.  You deserve it, and I

13   will reward the parties accordingly.  So there will be Cuban

14   coffee ready for you when you return at 3:00 o'clock.  I can

15   make that guarantee.

16           MR. SADOW:  I think both the government and the defense

17   would be interested in the length of the argument that you

18   would permit us.

19           THE COURT:  Oh.  For closing?

20           MR. SADOW:  Yes.

21           THE COURT:  Tell me what you think you need.

22           MR. SADOW:  90 minutes.

23           THE COURT:  Okay.  Government, I'm assuming, between

24   first and second close, I think you don't need more than 90.

25           MS. DE BOER:  I think -- yeah, 90 is fine.

1          THE COURT:  I can live with that.  And I'll hold you to

2     it.  If you need 90, I'll give you 90.

3          MR. SADOW:  All right.  Now, going to the well too

4     often --

5          THE COURT:  You've got to be careful.  You're on a roll

6     right now.  Be careful.

7          MR. SADOW:  I'm going to request it one more time.

8     Would you allow two of the defense counsel to make the

9     argument?

10          THE COURT:  You know what?  I don't --

11          Does the government have any objection to that,

12     splitting the time?

13          MS. DE BOER:  It's one closing but --

14          THE COURT:  Yes, yes.  He doesn't get two 90-minute

15     sessions.

16          Listen, you guys have litigated it in separate tracks,

17     if you will, with Mr. Rafferty on the healthcare side, and

18     you've been doing more of the crosses.  I don't have a problem

19     if you split it.  That's fine by me.  I don't have an issue.

20          It might work out organically.  So if you guys take 45

21     and 45 and that's how you want to do it, I don't have a problem

22     with that.

23          MR. SADOW:  Actually, we're thinking more like 10 and

24     80.  But, in any event --

25          THE COURT:  Someone gets to come in and do a little

1    housekeeping at the end, however you want to do it, but I'm

2    fine with that.  I'll give each side 90, and I'm fine with you

3    guys splitting up your 90 between two counsel and then the

4    government using their 90 between first and second close.

5           MR. SADOW:  And I'm not pushing any further.  I'm done.

6           THE COURT:  That's all right.  Well, you got everything

7    you wanted, so I think we're good.

8           All right.  So with that being said, I'll give you guys

9    a nicer, lengthier lunch break and really doing so to see if we

10   can get some results from our folks on the non-parties.

11          So we'll see you all here, with Cuban coffee in hand,

12   at 3:00 o'clock for a brief status conference before we wrap up

13   today and we see you all on Monday.

14          So we are in recess.  Thank you, everyone.

15          MS. DE BOER:  Thank you, Your Honor.

16          MR. SADOW:  Thank you, Your Honor.

17          THE COURT SECURITY OFFICER:  All rise.

18     (Court recessed at 11:38 a.m.)

19     (Back on the record at 3:15 p.m.)

20          THE COURT:  Okay.  So I saw the email, Mr. Sadow.  I

21   don't know if anything has changed.  My understanding is they

22   have not made contact, presumably because of the time change,

23   with Dr. Hegde.

24          Is that still where we're at now, that they haven't

25   given us any information?

1          MR. SADOW:  As far as I know, correct, your Honor.

2          THE COURT:  All right.  So, look, I mean, let me know

3   over the weekend.  I assume you guys are going to make contact

4   with the nonparty counsel and may have a better sense what

5   we're going to be doing in terms of the possibility of Zoom, if

6   necessary.  Certainly, if she plans on invoking the Fifth,

7   we're going to want to find out.

8          So I guess the easiest thing to do is, when you get a

9   chance, Mr. Sadow, if you would just email the Court when

10  you've spoken to the lawyers if there's any updates, so I know

11  what to expect.  Because, obviously, I'd much rather have her

12  lined up and ready to go at 9:00 a.m. on Monday if we're going

13  to call her.

14         I don't imagine, at this point, Ms. de Boer, that the

15  government can really make an educated call on the ability to

16  have her testify remote yet, right?  You just don't know?

17         MS. DE BOER:  I think that's fair.  Although

18  Mr. Rafferty was kind enough to share with me some of the

19  additional topics that he plans to cover.  I think it's pretty

20  substantive.  I think it goes to the heart of, for example,

21  Dr. Magliocco and some of the key witnesses in the government's

22  case.

23         So at this point, I still have the same concerns that I

24  expressed earlier.  But, you know, we'll just see what the

25  weekend brings.

1          THE COURT:  Okay.  And the one thing about having her

2    testify, you know, look at -- I think she landed the 13th, is

3    my recollection.

4          So, you know, I have to see what I can do.  Maybe I can

5    get her here sooner; if not, obviously, we could probably use

6    the time wisely, but it would be a shame to have to postpone

7    the end of the trial because we can't physically get her here.

8          But, you know, Mr. Sadow, you had suggested -- which I

9    thought was a good idea -- about perhaps the deposition route.

10   So there may be some other way to do this; I'm not sure.

11         It might just be too premature until we get a sense of

12   -- look, this is obviously going to be mooted if she decides to

13   invoke the Fifth.  I don't even think the lawyers have talked

14   to her yet.  So that may take care of itself.

15         MS. DE BOER:  They have not.  We spoke with them at

16   1:00 or 2:00, and they had not been able to reach her.

17         THE COURT:  So what do you think, Mr. Sadow, that we

18   wrap up today -- I mean, I don't know if you can make much of a

19   call until you hear more.  But what does your instinct tell

20   you?  We'll get an update over the weekend, and you guys will

21   just let me know or make a judgment call about how much you

22   need her?

23         MR. SADOW:  I think that's precisely the situation

24   we'll be in.  I'll let everybody know the moment we have some

25   idea.  The likelihood of calling her has probably been reduced

1  because the document, what we can tell, was not created by her.

2          THE COURT:  That's a good point.  That we did confirm,

3  right?

4          MR. SADOW:  Yeah.

5          THE COURT:  So that helps.  So you guys have to sit

6  down and see -- I know there's other subjects, so I don't want

7  to call it out of question.  But you guys have to decide if

8  that's worthwhile.  Because you're right.  I mean, I don't

9  think we're still searching, right?  Your email seemed to

10  suggest they were still looking, but --

11          MR. SADOW:  They appear to have been still looking, but

12  they just have not found anything so far that would connect her

13  to anything besides having received it.

14          Right?

15          MS. DE BOER:  That's correct.  And I was on the call

16  with Mr. Rafferty and Ms. Hegde's counsel, and they found four

17  versions of the letter that had been sent to Ms. Hegde, but

18  they found no evidence in the emails that she authored it or

19  edited it or commented on it.

20          However, they have not spoken to her about that.  So

21  suppose there was a phone call or suppose she provided some

22  input in another form; they don't know the answer to that.

23          THE COURT:  Okay.  So I think we have to have an update

24  from them.

25          MR. SADOW:  The other part of this is, with all due

1    consideration from the Court, you know, we haven't spoken to

2    her.  I tend not to like to put a witness on the stand that I

3    haven't spoken to.

4          THE COURT:  You don't know what they're going to say.

5    I'm with you on that.

6          MR. SADOW:  It kind of changes the idea.  So...

7          THE COURT:  Did you get a chance, by the way, to

8    confirm -- they haven't told you they were willing to do that

9    yet, right?  You kind of left it --

10         MR. SADOW:  They haven't told us anything other than it

11   was taking them -- it would take them a long time -- weeks, if

12   not months -- to get the records together.

13         THE COURT:  Right.  I trust -- and maybe there's a

14   possibility, if you had asked counsel if he was willing to do

15   it, that maybe a meeting could be arranged with her to get a

16   better sense of what her testimony might be, and it might

17   obviate the need to call her if it's not anything that we

18   necessarily think is going to be productive and hasn't been

19   covered by another witness.

20         I will say this --

21         MR. SADOW:  Or would be subject to cross-examination

22   that would make things worse.

23         THE COURT:  Make things worse.  That's a great point.

24         So I think at this point, look, I'll be on standby.  We

25   have people to call, right?  So, regardless, we have a game

1    plan for Monday.  She's not the linchpin of it.  So if she's

2    going to testify, we'll sort it out.

3           The more information you guys email me, just loop me in

4    over the weekend, just so I have an expectation coming into

5    court Monday.  But I know the defense will prep other people in

6    the lineup in the event we don't call her, and we'll make our

7    moves Monday, Tuesday, and then we'll see where we're at.

8           But just keep me posted.  I mean, at this point, all we

9    can do is ask them to run the searches.  And I'm glad at least

10   we got that.  Because it sounds like they did what we asked

11   this morning -- or what I asked.  And they ran the searches;

12   they did what they had to do.

13          I hadn't even docketed the order that I'm drafting from

14   all my rulings from this morning yet, but they've taken it, and

15   they've executed it to search.

16          So the fact that they didn't find anything means that

17   at least we're advancing the ball.  So we've been productive

18   since this morning.

19          At this point, let's just see how things develop over

20   the coming days when she speaks to her counsel.  And then you

21   guys let me know.  We'll make a judgment call, and we'll pick

22   up where we left off and kick it over to the defense on Monday.

23   So I think that's about all we can do.

24          Anything else before I let you guys go on the

25   government's side?

1          MS. DE BOER:  One other matter, Your Honor.

2          THE COURT:  Yeah.

3          MS. DE BOER:  Pertaining to Toby Watt, who is the

4    attorney that the defense will call.

5          THE COURT:  Yes.

6          MS. DE BOER:  So there are 13 additional documents that

7    Fox Rothschild has that the defense has objected to the

8    production of.

9          My understanding, from speaking to Fox Rothschild's

10   attorney that's handling this, is that they pertain to the

11   affidavit that Mr. Watt prepared and back-and-forth about that

12   affidavit or drafts of it.

13         And we are requesting that those be produced.  We think

14   they're responsive to the subpoena that we had issued to Fox

15   Rothschild.  We don't think that they're privileged in light of

16   the waiver, and we think that they are potentially Rule 26.2 or

17   impeachment material for the defense's witness.

18         THE COURT:  Okay.  Do we need -- I don't know if we

19   need an in-camera review of those.

20         MR. SADOW:  You may.  And I'm not sure.  I'm not going

21   to agree that Rule 26.2 includes draft affidavits any more than

22   it includes draft interview reports or notes.

23         But in any event, I'll be able to get those to the

24   Court.  Take my word for it, it's going to take you about two

25   minutes.

1          THE COURT:  Got it.  I can do it in the morning on

2    Monday, then, if I get it.  Or if you want to email it to me

3    like you've done in the past, Mr. Sadow, I can look at it over

4    the weekend.  And I'll make a ruling on those --

5          MR. SADOW:  I'm not going to ruin your weekend with

6    this.

7          THE COURT:  No.  It's all right.  But I can go

8    through -- we have done that throughout the trial.  I don't

9    have a problem with that.  And we can make a judgment call on

10   that on Monday.  I can take a brief moment to do it.  That's

11   not a problem.

12         All right.  Okay.  So I'll get some updates over the

13   weekend.  I know what we've got to do on Monday.

14         Anything else from the government's side?

15         MS. DE BOER:  No, Your Honor.  Thank you.

16         THE COURT:  Anything else, Mr. Sadow, that you can

17   think of right now?

18         MR. SADOW:  No, Your Honor.

19         THE COURT:  All right, guys.  Well, have a wonderful

20   weekend.  We'll see each other at 9:00 a.m. on Monday.

21         Keep me posted over the weekend via email.  All right.

22         MR. SADOW:  Absolutely.

23         MS. DE BOER:  Thank you, Your Honor.

24         MS. GURSKIS:  Thank you, Your Honor.

25         THE COURT:  You got it, guys.  You're welcome.

1          (Court recessed at 3:23 p.m.)

2

3                    C E R T I F I C A T E

4

5          I hereby certify that the foregoing is an

6    accurate transcription of the proceedings in the

7    above-entitled matter.

8

9

     DATE:   December 10, 2022  /s/Ilona Lupowitz
10                               ILONA LUPOWITZ, CRR, RPR, RMR
                                 Official Court Reporter
11                               United States District Court
                                 299 East Broward Boulevard
12                               Fort Lauderdale, Florida 33301
                                 (954) 769-5568
13

14

15

16

17

18

19

20

21

22

23

24

25

## /

**/s/Ilona** [1] - 47:9

## 1

**1** [1] - 1:7
**10** [3] - 1:6, 38:23, 47:9
**100** [1] - 34:14
**106** [1] - 7:1
**10:51** [1] - 1:5
**1115-C** [2] - 6:24, 7:6
**1115-F** [5] - 9:14, 9:23, 22:2, 22:8, 22:20
**1115-K** [2] - 9:23, 23:17
**1115-P** [2] - 9:23, 22:19
**115** [1] - 7:3
**115-F** [2] - 12:1, 13:4
**1170** [1] - 2:6
**11:10** [1] - 17:25
**11:24** [1] - 27:20
**11:38** [1] - 39:18
**13** [1] - 45:6
**1340** [3] - 3:11, 21:3, 21:13
**1370** [3] - 3:12, 21:3, 21:13
**13th** [1] - 41:2
**1400** [1] - 1:16
**1413** [3] - 3:12, 21:3, 21:13
**1413-A** [3] - 3:12, 21:3, 21:13
**1421** [3] - 3:12, 21:3, 21:14
**1421-A** [3] - 3:12, 21:3, 21:14
**15** [3] - 11:24, 13:1, 21:24
**1529** [3] - 3:13, 21:3, 21:14
**1687** [3] - 3:13, 21:4, 21:14
**1768** [3] - 3:13, 21:4, 21:14
**1870** [3] - 3:13, 21:4, 21:14
**1870-A** [3] - 3:13, 21:4, 21:15
**19-CR-80181-RAR-1** [1] - 1:2
**19th** [1] - 30:23
**1:00** [2] - 25:24, 41:16

## 2

**20** [1] - 3:4
**20005** [1] - 1:16
**2017** [6] - 11:6, 11:24, 12:3, 12:5, 13:1, 21:24
**2022** [2] - 1:4, 47:9
**2052** [1] - 1:19
**21** [1] - 3:8
**22** [1] - 3:14
**2400** [1] - 2:6
**26.2** [2] - 45:16, 45:21
**260** [1] - 1:18
**29** [2] - 15:11, 28:2

**29(a** [2] - 28:8, 28:16
**299** [2] - 1:23, 47:11
**2:00** [3] - 24:14, 36:2, 41:16

## 3

**30** [1] - 6:20
**302** [1] - 4:7
**30303** [1] - 1:19
**30305** [1] - 2:4
**30309** [1] - 2:7
**3131** [1] - 2:3
**3301** [1] - 1:24
**33301** [1] - 47:12
**3:00** [7] - 14:14, 14:21, 16:20, 31:9, 36:20, 37:14, 39:12
**3:15** [1] - 39:19
**3:23** [2] - 1:5, 47:1
**3:30** [1] - 35:5

## 4

**403** [1] - 12:23
**405** [3] - 3:8, 21:1, 21:11
**407** [3] - 3:8, 21:1, 21:11
**45** [2] - 38:20, 38:21
**4:00** [1] - 35:5

## 5

**501** [3] - 3:8, 21:1, 21:11
**502** [3] - 3:8, 21:1, 21:11
**503** [3] - 3:9, 21:1, 21:11
**504** [3] - 3:9, 21:1, 21:11
**505** [3] - 3:9, 21:1, 21:11
**506** [3] - 3:9, 21:1, 21:12
**507** [3] - 3:9, 21:1, 21:12
**508** [3] - 3:9, 21:1, 21:12
**55** [1] - 1:7
**5:00** [1] - 14:9
**5:30** [1] - 35:18

## 6

**604** [3] - 3:9, 21:1, 21:12
**604-A** [3] - 3:10, 21:2, 21:12
**611** [3] - 3:10, 21:2, 21:12
**611-A** [3] - 3:10, 21:2, 21:12
**611-B** [3] - 3:10, 21:2, 21:12
**613** [3] - 3:10, 21:2, 21:12
**613-A** [3] - 3:10, 21:2, 21:12
**614** [3] - 3:11, 21:2, 21:13
**614-A** [3] - 3:11, 21:2, 21:13
**615** [3] - 3:11, 21:2, 21:13
**615-A** [3] - 3:11, 21:2, 21:13
**615-B** [3] - 3:11, 21:3, 21:13
**6:00** [1] - 35:18

## 7

**769-5568** [2] - 1:24, 47:12

## 8

**80** [1] - 38:24
**8th** [1] - 1:16

## 9

**9** [1] - 1:4
**90** [8] - 37:22, 37:24, 37:25, 38:2, 39:2, 39:3, 39:4
**90-minute** [1] - 38:14
**954** [2] - 1:24, 47:12
**9:00** [7] - 14:7, 14:9, 24:25, 27:17, 36:6, 40:12, 46:20

## A

**a.m** [10] - 1:5, 14:7, 17:25, 24:25, 27:17, 27:20, 36:6, 39:18, 40:12, 46:20
**Abdel** [7] - 11:6, 11:8, 12:6, 12:10, 12:20, 13:3, 22:1
**Abdel-Aleem** [6] - 11:6, 11:8, 12:6, 12:10, 13:3, 22:1
**Abdel-Aleem's** [1] - 12:20
**ability** [2] - 30:20, 40:15
**able** [5] - 4:18, 29:12, 36:14, 41:16, 45:23
**above-entitled** [1] - 47:7
**absolutely** [2] - 19:25, 46:22
**accommodate** [1] - 19:6
**according** [1] - 33:3
**accordingly** [1] - 37:13
**accurate** [1] - 47:6
**accusations** [1] - 12:20
**accused** [1] - 11:8
**acquittal** [2] - 28:9, 28:15
**add** [2] - 12:2, 13:6
**addition** [1] - 25:16
**additional** [3] - 4:21, 40:19, 45:6
**address** [3] - 4:19, 6:4, 29:1
**administrative** [1] - 37:6
**admissibility** [1] - 10:12
**admission** [2] - 9:22, 13:17
**admit** [1] - 33:23
**admitted** [7] - 6:14, 9:21, 11:15, 11:25, 13:4, 22:2, 22:10
**advancing** [1] - 44:17
**advice** [3] - 32:2, 32:20, 34:5
**advisable** [1] - 24:10
**affairs** [1] - 9:9
**affects** [1] - 6:23

**affidavit** [2] - 45:11, 45:12
**affidavits** [1] - 45:21
**afternoon** [7] - 14:10, 16:9, 24:12, 24:13, 24:17, 35:15, 36:3
**agents** [1] - 20:5
**ago** [1] - 19:3
**agree** [3] - 34:12, 34:14, 45:21
**agreed** [3] - 6:14, 32:19, 33:14
**agreement** [4] - 4:18, 5:24, 6:8, 8:5
**Agresti** [2] - 33:13, 33:16
**ahead** [15] - 16:6, 17:19, 17:22, 19:16, 24:17, 28:5, 28:24, 30:8, 30:18, 31:1, 31:20, 31:25, 35:4, 35:20, 36:17
**AKS** [1] - 33:19
**Aleem** [6] - 11:6, 11:8, 12:6, 12:10, 13:3, 22:1
**Aleem's** [1] - 12:20
**allegations** [1] - 11:12
**allow** [3] - 5:14, 19:2, 38:8
**amalgamation** [1] - 32:24
**Amendment** [1] - 30:1
**AMERICA** [1] - 1:3
**amount** [1] - 35:16
**answer** [9] - 6:2, 22:22, 22:25, 23:6, 23:13, 23:15, 23:19, 23:22, 42:22
**Anti** [3] - 11:9, 32:22, 33:9
**anti** [1] - 12:19
**Anti-Kickback** [3] - 11:9, 32:22, 33:9
**anti-kickbacking** [1] - 12:19
**anyway** [1] - 34:14
**appear** [1] - 42:11
**APPEARANCES** [1] - 1:11
**Appearances** [1] - 2:1
**apply** [1] - 27:7
**appreciate** [1] - 18:16
**approach** [2] - 7:22, 10:18
**appropriate** [1] - 15:14
**argue** [1] - 29:12
**argument** [3] - 29:18, 37:17, 38:9
**arguments** [3] - 15:19, 25:6, 25:16
**arms** [1] - 36:21
**arranged** [1] - 43:15
**associate** [1] - 16:15
**assume** [2] - 32:18, 40:3
**assuming** [1] - 37:23
**Atlanta** [3] - 1:19, 2:4, 2:7
**attorney** [2] - 20:9, 45:4, 45:10

**A (continued)**

authored [1] - 42:18
availability [2] - 26:11, 29:25
Avenue [1] - 1:16
avoid [1] - 27:6
aware [1] - 20:6

## B

back-and-forth [1] - 45:11
background [2] - 4:16, 32:18
BAKER [1] - 2:5
ball [1] - 44:17
base [1] - 16:18
based [2] - 5:6, 28:19
BEACH [1] - 1:2
BEFORE [1] - 1:10
beforehand [1] - 35:10
beginning [1] - 35:18
begins [1] - 28:13
behind [1] - 15:8
belabored [1] - 32:17
bench [1] - 28:4
beneficial [1] - 32:4
Bernadette [1] - 31:17
better [4] - 16:22, 36:16, 40:4, 43:16
between [4] - 18:25, 37:23, 39:3, 39:4
beyond [2] - 25:11, 25:18
big [2] - 12:21, 14:10
bit [8] - 9:9, 14:5, 21:22, 31:1, 31:2, 31:5, 31:20, 35:25
bleeds [1] - 35:15
blowups [2] - 36:14, 36:15
BOER [27] - 1:13, 4:10, 9:25, 14:3, 24:4, 29:2, 31:11, 33:1, 33:7, 33:16, 33:19, 34:4, 35:21, 36:4, 36:8, 36:11, 37:25, 38:13, 39:15, 40:17, 41:15, 42:15, 45:1, 45:3, 45:6, 46:15, 46:23
Boer [1] - 40:14
boring [1] - 18:7
Boulevard [1] - 1:23, 47:11
box [1] - 18:7
boxes [1] - 18:5
Brazil [1] - 24:15
break [12] - 14:18, 14:20, 15:4, 16:18, 16:21, 17:1, 24:22, 27:15, 31:1, 31:5, 35:13, 39:9
breaking [1] - 35:18
BRIAN [1] - 2:5
brief [5] - 9:4, 28:2, 34:19, 39:12, 46:10
briefing [1] - 15:11
briefly [5] - 5:14, 15:19,

17:3, 18:19, 19:4
bring [1] - 6:17
brings [1] - 40:25
Broward [2] - 1:23, 47:11
build [1] - 34:22
bump [1] - 27:5
bunch [1] - 29:13
business [1] - 9:8
BY [3] - 1:20, 3:4, 20:2

## C

calmly [1] - 35:10
camera [1] - 45:19
care [8] - 13:16, 13:17, 17:19, 19:9, 20:17, 29:20, 33:23, 41:14
careful [2] - 38:5, 38:6
case [23] - 4:11, 9:3, 16:1, 16:12, 17:14, 17:20, 24:5, 24:9, 24:23, 25:1, 25:14, 25:21, 26:3, 26:14, 26:19, 26:20, 26:24, 28:14, 29:6, 30:7, 30:21, 34:16, 40:22
CASE [1] - 1:2
case-in-chief [1] - 30:7
catch [2] - 16:4, 24:14
Cecilia [1] - 31:17
CEO [2] - 11:7, 23:8
certain [5] - 11:25, 13:2, 21:25, 31:25, 32:6
certainly [7] - 15:10, 30:2, 30:18, 30:23, 34:24, 35:11, 40:6
certify [1] - 47:5
cetera [1] - 37:9
chance [8] - 5:13, 19:1, 28:23, 31:2, 34:24, 35:9, 40:9, 43:7
change [4] - 4:8, 11:1, 18:9, 39:22
changed [2] - 33:6, 39:21
changes [2] - 33:8, 43:6
charge [6] - 23:6, 23:7, 32:11, 32:17, 34:18, 36:8
checking [1] - 30:4
chief [1] - 30:7
chose [1] - 23:22
chunk [3] - 6:1, 14:10, 14:16
circle [1] - 27:23
civil [4] - 12:7, 12:9, 13:2, 21:25
clarify [1] - 5:10
clean [3] - 5:2, 10:23, 18:16
close [5] - 35:17, 35:22, 35:23, 37:24, 39:4
closer [1] - 14:13
closing [6] - 25:6, 25:16, 35:5, 36:16, 37:19, 38:13

closings [5] - 35:3, 35:12, 36:2, 36:6, 36:9
codes [1] - 11:10
coffee [3] - 37:11, 37:14, 39:11
comfortable [1] - 28:20
coming [4] - 9:16, 9:24, 44:4, 44:20
commented [1] - 42:19
committed [1] - 23:7
company [1] - 23:2
company's [1] - 20:7
complete [1] - 30:20
completed [1] - 27:12
completeness [2] - 7:12, 9:6
compliance [1] - 22:24
comrades [1] - 36:21
concern [4] - 5:23, 6:3, 6:9, 30:24
concerned [1] - 9:1
concerns [2] - 13:13, 40:23
conclude [1] - 24:10
conducted [1] - 18:23
confer [4] - 29:17, 31:2, 31:14, 33:8
conference [4] - 32:11, 32:17, 34:18, 39:12
confident [1] - 26:4
confirm [3] - 29:4, 42:2, 43:8
connect [1] - 42:12
consider [1] - 11:12
consideration [1] - 43:1
consultation [1] - 24:9
contact [2] - 39:22, 40:3
contemplated [2] - 4:4, 4:5
contents [1] - 6:9
context [5] - 9:1, 9:5, 9:12, 11:13, 12:18
continue [3] - 27:2, 27:4, 27:7
continued [1] - 2:1
copies [2] - 7:17, 7:21
correct [4] - 11:17, 33:1, 40:1, 42:15
counsel [10] - 27:23, 32:3, 32:21, 34:6, 38:8, 39:3, 40:4, 42:16, 43:14, 44:20
count [2] - 29:5, 29:9
counts [5] - 28:9, 28:11, 28:16, 29:3, 29:7
couple [1] - 36:18
course [1] - 26:15
court [3] - 17:17, 25:25, 44:5
Court [22] - 1:22, 1:23, 4:1, 6:6, 6:11, 8:22, 9:19, 12:2, 15:3, 15:13, 17:4, 17:13,

32:1, 34:4, 37:10, 39:18, 40:9, 43:1, 45:24, 47:1, 47:10, 47:11
COURT [110] - 1:1, 4:2, 5:5, 5:20, 6:3, 6:12, 6:17, 6:24, 7:2, 7:15, 7:20, 7:24, 8:8, 8:10, 8:13, 8:16, 8:18, 8:20, 8:22, 8:25, 10:9, 10:16, 10:20, 10:24, 11:3, 11:18, 11:20, 11:22, 12:4, 12:7, 12:9, 12:12, 12:15, 12:17, 13:9, 13:16, 14:4, 15:1, 15:4, 15:16, 15:23, 16:5, 16:14, 16:17, 17:5, 17:8, 17:11, 17:15, 17:18, 17:24, 18:1, 19:22, 20:13, 21:5, 21:9, 21:16, 21:19, 22:10, 23:24, 24:1, 24:6, 27:19, 27:21, 28:17, 29:16, 30:16, 31:14, 31:19, 33:4, 33:12, 33:18, 33:21, 34:12, 35:24, 36:5, 36:10, 36:12, 36:19, 36:22, 37:4, 37:12, 37:19, 37:21, 37:23, 38:1, 38:5, 38:10, 38:14, 38:25, 39:6, 39:17, 39:20, 40:2, 41:1, 41:17, 42:2, 42:5, 42:23, 43:4, 43:7, 43:13, 43:23, 45:2, 45:5, 45:18, 46:1, 46:7, 46:16, 46:19, 46:25
courthouse [1] - 24:21
courtroom [1] - 5:2
COURTROOM [1] - 19:19
cover [3] - 5:13, 15:6, 40:19
covered [2] - 35:16, 43:19
covering [1] - 19:1
crazy [1] - 23:13
created [1] - 42:1
Criminal [1] - 28:8
CRIMINAL [1] - 1:15
cross [2] - 30:12, 43:21
cross-examination [2] - 30:12, 43:21
crosses [2] - 9:6, 38:18
CRR [2] - 1:21, 47:10
Cuban [3] - 37:11, 37:13, 39:11
Cup [1] - 24:13
cure [1] - 5:16
custom [1] - 33:14
customed [1] - 33:13
CUYLER [1] - 1:14

## D

D.C [1] - 1:16
DATE [1] - 47:9
days [3] - 19:3, 35:1, 44:20
DE [27] - 1:13, 4:10, 9:25, 14:3, 24:4, 29:2, 31:11, 33:1,

33:7, 33:16, 33:19, 34:4,
35:21, 36:4, 36:8, 36:11,
37:25, 38:13, 39:15, 40:17,
41:15, 42:15, 45:1, 45:3,
45:6, 46:15, 46:23
**de** [1] - 40:14
**deal** [1] - 15:5
**dealing** [1] - 28:20
**debate** [1] - 34:19
**december** [1] - 47:9
**December** [1] - 1:4
**decide** [3] - 13:7, 22:4, 42:7
**decides** [1] - 41:12
**decision** [6] - 17:9, 18:4,
23:20, 25:2, 29:25, 34:8
**dedication** [2] - 18:11,
27:14
**DEFENDANT** [2] - 1:17, 2:2
**defendant** [2] - 7:11, 37:3
**Defendant** [1] - 1:7
**defense** [27] - 5:9, 5:17,
5:25, 7:7, 8:3, 10:21, 11:23,
12:25, 14:19, 17:3, 19:2,
25:1, 27:22, 28:13, 29:22,
30:5, 30:7, 33:8, 34:9, 35:21,
35:22, 37:16, 38:8, 44:5,
44:22, 45:4, 45:7
**defense's** [2] - 34:15, 45:17
**delay** [1] - 34:23
**deliberate** [3] - 34:9, 34:19,
35:18
**deliberating** [1] - 25:5
**deliberations** [1] - 27:13
**demonstratives** [1] - 35:9
**DEPARTMENT** [1] - 1:15
**depo** [2] - 5:23, 5:24
**deposition** [12] - 4:14, 4:15,
4:21, 4:24, 6:4, 10:2, 10:4,
11:14, 11:24, 13:1, 21:24,
41:9
**DEPUTY** [1] - 19:19
**deserve** [1] - 37:12
**deserved** [1] - 24:22
**desk** [1] - 22:17
**detailed** [1] - 13:12
**develop** [1] - 44:19
**diligence** [1] - 20:8
**diligent** [1] - 27:8
**disagreement** [1] - 10:15
**disagreements** [1] - 34:5
**discretion** [1] - 15:3
**discuss** [3] - 17:4, 26:19,
26:20
**discussed** [1] - 12:18
**dispute** [4] - 4:20, 4:21,
4:23, 20:10
**disputes** [1] - 33:9
**disservice** [1] - 35:16
**DISTRICT** [3] - 1:1, 1:1,
1:10

**District** [2] - 1:23, 47:11
**DIVISION** [2] - 1:2, 1:15
**docketed** [1] - 44:13
**doctor** [1] - 37:7
**document** [1] - 42:1
**documents** [2] - 30:3, 45:6
**DONALD** [1] - 2:2
**done** [18] - 5:16, 15:7,
18:12, 21:7, 21:21, 23:8,
25:13, 27:3, 27:7, 27:11,
32:25, 33:13, 33:15, 36:17,
37:1, 39:5, 46:3, 46:8
**donut** [2] - 18:3
**donuts** [2] - 18:8, 25:25
**doubt** [1] - 25:18
**down** [4] - 7:4, 23:16, 31:2,
42:6
**download** [1] - 34:2
**Dr** [9] - 4:5, 4:10, 14:11,
14:17, 27:23, 31:4, 31:17,
39:23, 40:21
**draft** [10] - 10:16, 10:23,
11:5, 12:25, 13:11, 32:4,
32:15, 32:16, 45:21, 45:22
**drafting** [1] - 44:13
**drafts** [2] - 10:19, 45:12
**dramatization** [1] - 10:8
**Drive** [1] - 2:3
**dry** [1] - 13:25
**due** [3] - 19:5, 20:8, 42:25
**duly** [1] - 19:18
**during** [3] - 11:8, 11:14,
18:20

---

### E

**ear** [1] - 35:11
**early** [2] - 24:11, 35:2
**easier** [1] - 19:10
**easiest** [5] - 5:7, 7:24,
15:16, 30:25, 40:8
**East** [2] - 1:23, 47:11
**easy** [1] - 20:15
**edited** [1] - 42:19
**educated** [1] - 40:15
**effect** [2] - 20:11, 31:10
**either** [4] - 8:8, 29:19,
32:20, 35:12
**Elizabeth** [2] - 33:21, 33:22
**email** [7] - 33:25, 39:20,
40:9, 42:9, 44:3, 46:2, 46:21
**emailed** [2] - 6:11, 32:6
**emails** [4] - 23:1, 23:2,
23:10, 42:18
**EMILY** [1] - 1:13
**employers** [1] - 26:10
**end** [11] - 14:8, 25:14,
26:22, 28:18, 30:13, 32:14,
34:8, 34:15, 35:1, 39:1, 41:7
**ends** [1] - 17:20

**engaged** [1] - 5:10
**enjoy** [3] - 24:12, 27:15,
36:22
**enter** [2] - 6:15, 24:22
**entering** [1] - 27:10
**enters** [1] - 17:25
**entirety** [1] - 29:15
**entitled** [1] - 47:7
**envision** [1] - 34:24
**especially** [1] - 32:2
**et** [1] - 37:9
**event** [3] - 38:24, 44:6,
45:23
**evidence** [8] - 4:12, 20:19,
21:10, 21:15, 22:9, 25:8,
34:7, 42:18
**ex** [1] - 17:4
**exactly** [2] - 20:11, 24:19
**EXAMINATION** [2] - 3:4,
20:1
**examination** [3] - 5:10,
30:12, 43:21
**example** [1] - 40:20
**excused** [4] - 13:22, 20:15,
27:18, 37:3
**executed** [1] - 44:15
**exercise** [2] - 23:22, 30:1
**exhibit** [2] - 4:21, 7:7
**Exhibit** [2] - 3:7, 21:1
**Exhibits** [6] - 11:15, 12:1,
13:4, 21:11, 22:2, 22:8
**EXHIBITS** [1] - 3:5
**exhibits** [17] - 4:12, 4:17,
5:3, 5:23, 5:25, 6:1, 6:13,
7:3, 10:2, 10:5, 13:17, 20:21,
20:25, 21:6, 21:20, 22:4,
24:1
**exits** [1] - 27:20
**expect** [2] - 36:6, 40:11
**expectation** [4] - 14:6,
29:6, 30:10, 44:4
**expectations** [1] - 30:9
**expecting** [3] - 14:1, 16:23,
24:24
**explain** [3] - 5:8, 6:6, 26:10
**expressed** [1] - 40:24
**extended** [2] - 14:20, 36:1
**extent** [4] - 15:25, 30:7,
32:3, 36:14

---

### F

**fact** [1] - 44:16
**facts** [2] - 25:17
**fair** [1] - 40:17
**familiar** [1] - 22:21
**family** [2] - 25:23, 26:20
**far** [3] - 15:11, 40:1, 42:12
**fashion** [1] - 29:6
**fed** [1] - 25:25

**Federal** [1] - 28:8
**fellow** [1] - 26:22
**few** [6] - 4:17, 19:3, 21:20,
24:12, 32:19, 32:25
**Fifth** [4] - 29:25, 37:9, 40:6,
41:13
**figure** [7] - 14:17, 15:8,
25:17, 27:24, 29:21, 31:3,
34:19
**figured** [1] - 18:9
**file** [2] - 29:12, 33:5
**filed** [1] - 15:14
**filing** [1] - 15:20
**final** [2] - 16:20, 23:20
**fine** [10] - 12:4, 12:8, 13:8,
29:2, 31:11, 34:1, 37:25,
38:19, 39:2
**finer** [2] - 5:11, 29:18
**finish** [4] - 17:20, 26:11,
26:18, 36:6
**first** [10] - 4:7, 5:21, 5:23,
7:6, 8:3, 18:18, 19:9, 29:23,
37:24, 39:4
**fit** [2] - 25:17, 26:5
**five** [2] - 30:10, 31:12
**flesh** [1] - 15:25
**fleshed** [1] - 28:22
**fleshing** [1] - 15:20
**flight** [1] - 16:4
**Floor** [1] - 1:16
**FLORIDA** [1] - 1:1
**Florida** [3] - 1:3, 1:24,
47:12
**focus** [1] - 29:10
**focused** [1] - 27:8
**folks** [3] - 24:13, 37:8,
39:10
**follow** [5] - 5:15, 19:2, 19:5,
25:5, 25:17
**follow-up** [2] - 5:15, 19:5
**following** [4] - 17:7, 20:25,
27:8, 30:23
**follows** [1] - 11:6
**FOR** [3] - 1:13, 1:17, 2:2
**foregoing** [1] - 47:5
**foresee** [1] - 5:6
**forfeiture** [1] - 30:21
**forget** [1] - 25:14
**form** [2] - 36:15, 42:22
**former** [1] - 11:7
**Fort** [2] - 1:24, 47:12
**forth** [1] - 45:11
**forward** [1] - 7:20
**founder** [1] - 23:19
**four** [1] - 42:16
**Fox** [3] - 45:7, 45:9, 45:14
**frankly** [1] - 28:20
**FRAUD** [1] - 1:15
**free** [1] - 37:4

fresh [1] - 35:8
Friday [2] - 18:6, 36:23
friends [1] - 26:20
front [2] - 7:3, 12:21
fulsome [1] - 28:3

## G

G-r-i-n-e-r [1] - 19:21
game [6] - 17:18, 24:13, 24:14, 31:23, 34:13, 43:25
GARLAND [1] - 2:3
Gayles [1] - 32:25
gentlemen [4] - 5:8, 18:2, 21:19, 24:8
Georgia [3] - 1:19, 2:4, 2:7
given [3] - 15:18, 34:20, 39:25
glad [3] - 16:5, 18:9, 44:9
glazed [2] - 18:6, 18:7
gloss [1] - 9:5
goal [1] - 13:20
Godwin [1] - 31:17
gotcha [1] - 17:15
GOVERNMENT [1] - 1:13
Government [4] - 11:15, 12:1, 19:18, 22:2
government [29] - 4:3, 4:9, 5:3, 7:8, 8:4, 8:11, 9:16, 9:21, 13:12, 14:2, 15:5, 20:5, 20:18, 20:19, 20:25, 21:11, 22:8, 24:8, 25:13, 25:18, 28:20, 30:13, 31:11, 34:6, 37:16, 37:23, 38:11, 39:4, 40:15
government's [12] - 4:11, 5:22, 9:17, 11:5, 13:19, 17:20, 24:3, 24:6, 28:18, 40:21, 44:25, 46:14
GOVERNMENT'S [1] - 3:5
Government's [1] - 13:4
grab [1] - 19:14
great [6] - 31:15, 32:15, 33:14, 34:3, 34:12, 43:23
GRINER [2] - 3:3, 19:18
Griner [15] - 4:5, 5:1, 5:6, 5:14, 5:16, 10:1, 13:20, 13:22, 19:3, 19:11, 19:13, 19:21, 19:22, 20:6, 20:14
grounds [1] - 8:12
guarantee [1] - 37:15
guess [1] - 40:8
guidance [2] - 21:22, 36:13
Gurskis [5] - 4:24, 10:4, 20:23, 21:16, 23:24
GURSKIS [20] - 1:13, 6:19, 7:10, 7:17, 7:21, 8:6, 8:12, 8:15, 8:17, 8:19, 10:18, 10:22, 11:17, 11:19, 13:15, 20:24, 21:18, 22:12, 23:25,

46:24
guys [31] - 9:19, 10:11, 10:20, 13:23, 16:19, 18:5, 18:10, 18:13, 18:16, 18:21, 23:13, 23:15, 24:20, 27:7, 31:6, 35:8, 35:19, 36:12, 38:16, 38:20, 39:3, 39:8, 40:3, 41:20, 42:5, 42:7, 44:3, 44:21, 44:24, 46:19, 46:25

## H

half [1] - 15:6
hand [3] - 7:22, 19:17, 39:11
handle [1] - 16:16
handling [1] - 45:10
hands [2] - 27:12, 30:17
handy [1] - 33:24
hard [4] - 7:17, 7:21, 24:21, 26:18
harm [1] - 28:23
head [1] - 22:17
heads [1] - 18:22
healthcare [1] - 38:17
hear [2] - 25:13, 41:19
heard [2] - 25:8, 26:24
hearings [1] - 4:14
hearsay [1] - 9:2
heart [1] - 40:20
heavy [2] - 12:18, 12:24
Hegde [11] - 14:11, 14:17, 16:11, 17:4, 27:23, 29:22, 31:4, 31:18, 36:25, 39:23, 42:17
Hegde's [1] - 42:16
held [1] - 17:7
help [1] - 16:22
helps [1] - 42:5
hereby [1] - 47:5
hesitating [1] - 34:6
hold [1] - 38:1
holiday [1] - 26:8
home [4] - 15:7, 16:4, 25:23, 26:1
homework [1] - 18:12
Honor [31] - 4:13, 5:19, 7:17, 8:7, 8:12, 8:19, 9:25, 10:5, 10:18, 11:17, 11:19, 13:15, 14:3, 20:12, 20:24, 21:18, 22:12, 23:25, 24:4, 29:2, 31:12, 33:1, 36:8, 39:15, 39:16, 40:1, 45:1, 46:15, 46:18, 46:23, 46:24
Honor's [1] - 33:3
Honorable [1] - 1:22
HONORABLE [1] - 1:10
hope [1] - 26:11
hopefully [1] - 30:13
HOSTETLER [1] - 2:5

hour [2] - 15:6, 25:25
housekeeping [5] - 20:17, 27:22, 29:21, 36:18, 39:1

## I

ICD-10 [1] - 11:10
idea [3] - 41:9, 41:25, 43:6
ideal [1] - 15:22
ignorance [2] - 34:9, 34:19
II [2] - 1:10, 1:22
ILONA [2] - 1:21, 47:10
imagine [1] - 40:14
impeachment [1] - 45:17
important [6] - 17:12, 25:7, 25:22, 26:7, 26:16, 27:3
importantly [1] - 25:15
in-camera [1] - 45:19
includes [1] - 45:21, 45:22
incredible [1] - 27:7
indeed [2] - 16:24, 29:22
independent [1] - 26:23
indicate [1] - 15:20
indictment [2] - 28:10, 28:16
individual [1] - 14:24
information [4] - 20:7, 20:9, 39:25, 44:3
inner [1] - 9:13
input [1] - 42:22
inquire [1] - 31:24
insane [1] - 23:15
insert [1] - 9:8
inside [1] - 26:11
instinct [1] - 41:19
instructing [1] - 11:10
instruction [3] - 33:10, 34:6, 34:20
instructions [7] - 23:9, 25:3, 32:4, 32:19, 33:3, 35:10, 36:16
intend [1] - 4:10
intended [1] - 19:5
interested [1] - 37:17
internet [1] - 26:25
interview [1] - 45:22
introduce [2] - 7:18, 7:22
invoke [1] - 41:13
invoking [2] - 37:8, 40:6
isolation [1] - 9:7
issue [10] - 4:6, 5:16, 6:13, 9:6, 11:4, 16:25, 19:8, 26:12, 30:2, 38:19
issued [1] - 45:14
issues [5] - 9:3, 18:15, 18:25, 22:24, 32:3
it'll [1] - 28:13
itself [1] - 41:14

## J

JAMIE [1] - 1:13
jelly [1] - 18:8
job [1] - 27:7
join [1] - 23:2
joint [1] - 33:2
Judge [1] - 25:24
JUDGE [1] - 1:10
judgment [7] - 16:25, 28:9, 28:15, 34:15, 41:21, 44:21, 46:9
June [3] - 11:24, 13:1, 21:24
juror [1] - 30:9
JURORS [1] - 22:7
jurors [7] - 14:5, 15:7, 17:23, 25:13, 26:22, 35:8, 35:18
Jury [2] - 17:25, 27:20
jury [13] - 5:8, 6:5, 12:21, 17:13, 17:24, 18:2, 21:19, 27:16, 27:19, 32:4, 35:10, 36:9
JURY [1] - 1:9
jury's [1] - 30:17
JUSTICE [1] - 1:15

## K

KATHERINE [1] - 1:14
keep [5] - 25:20, 27:4, 27:11, 44:8, 46:21
kept [1] - 25:25
key [2] - 9:3, 40:21
kick [1] - 44:22
Kickback [3] - 11:9, 32:22, 33:9
kickbacking [1] - 12:19
kickoff [1] - 35:12
kind [8] - 7:12, 17:1, 17:19, 18:6, 34:25, 40:18, 43:6, 43:9
knowledge [1] - 18:23
known [2] - 5:10, 18:20
knows [1] - 12:3

## L

LabSolutions [11] - 9:14, 11:7, 12:11, 12:14, 13:3, 22:1, 22:16, 23:5, 23:12, 23:18, 23:21
ladies [4] - 5:8, 18:2, 21:19, 24:8
landed [1] - 41:2
last [6] - 6:20, 18:6, 18:24, 19:15, 24:22, 25:10
late [2] - 35:15, 35:17
latest [2] - 4:9, 27:24

**Lauderdale** [2] - 1:24, 47:12
**law** [3] - 25:3, 25:16, 36:13
**LAW** [1] - 1:18
**lawsuit** [2] - 4:16, 21:25
**lawyers** [7] - 18:14, 24:9, 24:18, 25:9, 27:5, 40:10, 41:13
**least** [5] - 4:4, 5:1, 29:12, 44:9, 44:17
**leave** [3] - 16:15, 22:16, 27:16
**left** [8] - 4:11, 4:12, 7:12, 25:12, 25:15, 35:25, 43:9, 44:22
**length** [1] - 37:17
**lengthier** [1] - 39:9
**less** [1] - 34:11
**letter** [2] - 23:4, 42:17
**letters** [1] - 7:4
**life** [1] - 19:10
**light** [1] - 45:15
**likelihood** [1] - 41:25
**limited** [3] - 13:21, 19:8, 19:23
**linchpin** [1] - 44:1
**line** [2] - 7:5, 12:21
**lined** [1] - 40:12
**lineup** [2] - 31:8, 44:6
**list** [2] - 10:2, 31:12
**listen** [2] - 25:7, 38:16
**litigated** [1] - 38:16
**litigation** [2] - 11:8, 11:14
**live** [1] - 38:1
**LLC** [2] - 23:18, 23:21
**LLP** [1] - 2:5
**LOEB** [1] - 2:3
**look** [17] - 6:22, 7:13, 10:25, 11:3, 26:23, 26:25, 28:18, 28:23, 32:1, 32:5, 33:24, 33:25, 40:2, 41:2, 41:12, 43:24, 46:3
**looked** [1] - 33:5
**looking** [9] - 21:23, 30:2, 31:20, 31:25, 32:9, 32:14, 34:2, 42:10, 42:11
**loop** [1] - 44:3
**loose** [1] - 17:19
**love** [1] - 23:11
**lunch** [8] - 14:13, 14:21, 16:3, 24:11, 31:5, 35:13, 36:1, 39:9
**Lupowitz** [1] - 47:9
**LUPOWITZ** [1] - 1:21, 47:10

**M**

**Madhuri** [1] - 31:18
**Magliocco** [1] - 40:21
**main** [2] - 6:3, 6:9

**major** [1] - 13:11
**majority** [1] - 32:18
**manage** [1] - 30:8
**manager** [1] - 23:18
**Maple** [1] - 2:3
**Mark** [1] - 31:18
**Martinez** [1] - 32:25
**material** [3] - 19:1, 35:16, 45:17
**materially** [1] - 33:6
**matter** [5] - 12:7, 12:9, 20:17, 45:1, 47:7
**matters** [2] - 16:16, 36:18
**maximize** [1] - 11:10
**mean** [15] - 9:4, 15:4, 17:2, 22:14, 23:13, 24:16, 29:5, 30:7, 34:12, 34:13, 34:19, 40:2, 41:18, 42:8, 44:8
**meaning** [2] - 18:21, 25:4
**means** [3] - 24:10, 26:19, 44:16
**media** [1] - 27:2
**Medicare** [1] - 33:17
**meet** [4] - 17:3, 29:17, 31:2, 31:4
**meeting** [1] - 43:15
**memory** [5] - 32:21, 32:22, 33:10, 34:10
**merely** [1] - 11:13
**messages** [1] - 23:3
**Miami** [1] - 1:3
**microphone** [1] - 19:20
**mid** [1] - 30:18
**midday** [1] - 15:8
**might** [10] - 4:13, 7:24, 14:19, 28:18, 32:1, 33:21, 38:20, 41:11, 43:16
**Minal** [11] - 11:7, 11:23, 12:6, 12:11, 12:12, 12:13, 13:1, 13:3, 21:24, 22:1, 22:13
**MINAL** [1] - 1:6
**mind** [2] - 25:20, 34:25
**minutes** [2] - 37:22, 45:25
**misstatements** [1] - 36:13
**modified** [1] - 12:24
**moment** [2] - 41:24, 46:10
**Monday** [28] - 14:8, 14:9, 15:25, 16:23, 17:13, 17:15, 24:25, 25:2, 27:5, 27:10, 27:17, 28:12, 28:25, 29:24, 30:6, 30:11, 31:8, 32:10, 39:13, 40:12, 44:1, 44:5, 44:7, 44:22, 46:2, 46:10, 46:13, 46:20
**months** [1] - 43:12
**mooted** [1] - 41:12
**morning** [16] - 4:8, 16:1, 16:23, 20:3, 20:4, 24:19, 27:17, 28:12, 28:25, 31:21,

35:12, 36:1, 44:11, 44:14, 44:18, 46:1
**most** [2] - 25:15, 34:13
**mostly** [1] - 30:4
**motion** [7] - 15:14, 15:20, 15:24, 28:4, 28:19, 29:9, 29:15
**motions** [2] - 14:21, 14:25
**move** [13] - 4:12, 4:22, 5:3, 9:20, 10:1, 10:3, 16:12, 20:20, 20:21, 20:25, 28:8, 28:15
**moved** [2] - 6:1, 21:9
**moves** [1] - 44:7
**moving** [5] - 5:24, 8:6, 8:8, 8:15, 8:17
**MR** [63] - 3:4, 5:19, 6:2, 6:11, 6:13, 6:22, 6:25, 7:13, 7:19, 8:9, 8:21, 8:24, 10:15, 11:1, 11:21, 12:2, 12:5, 12:8, 12:11, 12:13, 12:16, 13:8, 14:24, 15:2, 15:10, 15:22, 15:24, 16:13, 16:15, 17:3, 17:9, 17:12, 19:25, 20:2, 20:12, 21:7, 28:6, 30:10, 31:17, 36:18, 36:20, 37:2, 37:10, 37:16, 37:20, 37:22, 38:3, 38:7, 38:23, 39:5, 39:16, 40:1, 41:23, 42:4, 42:11, 42:25, 43:6, 43:10, 43:21, 45:20, 46:5, 46:18, 46:22
**MS** [45] - 4:10, 6:19, 7:10, 7:17, 7:21, 8:6, 8:12, 8:15, 8:17, 8:19, 9:25, 10:18, 10:22, 11:17, 11:19, 13:15, 14:3, 20:24, 21:18, 22:12, 23:25, 24:4, 29:2, 31:11, 33:1, 33:7, 33:16, 33:19, 34:4, 35:21, 36:4, 36:8, 36:11, 37:25, 38:13, 39:15, 40:17, 41:15, 42:15, 45:1, 45:3, 45:6, 46:15, 46:23, 46:24
**must** [1] - 27:6
**MyOnCallDoc** [2] - 20:7, 20:8

**N**

**name** [1] - 19:20
**narrowed** [1] - 6:19
**NE** [1] - 2:3
**necessarily** [2] - 28:21, 43:18
**necessary** [2] - 7:11, 40:6
**need** [21] - 4:19, 12:23, 15:6, 21:22, 25:20, 25:21, 28:11, 28:21, 29:1, 31:7, 32:8, 37:1, 37:5, 37:21,

37:24, 38:2, 41:22, 43:17, 45:18, 45:19
**needed** [1] - 20:8
**needs** [1] - 16:9
**New** [1] - 1:16
**next** [9] - 15:6, 21:20, 24:3, 24:24, 26:2, 26:8, 30:20, 35:3, 35:6
**nicer** [1] - 39:9
**Nick** [6] - 22:21, 22:23, 22:25, 23:4, 23:9, 23:11
**NO** [1] - 1:2
**non** [2] - 4:21, 39:10
**non-deposition** [1] - 4:21
**non-parties** [1] - 39:10
**nonparty** [1] - 40:4
**note** [1] - 34:17
**notepads** [1] - 27:16
**notes** [1] - 45:22
**number** [1] - 5:25
**numerous** [1] - 5:9
**NW** [1] - 1:18

**O**

**o'clock** [8] - 14:14, 16:20, 24:14, 25:24, 31:9, 36:2, 37:14, 39:12
**O'Meara** [1] - 31:18
**oath** [1] - 19:15
**object** [2] - 6:16, 6:21
**objected** [1] - 45:7
**objecting** [1] - 34:10
**objection** [11] - 7:8, 8:11, 8:20, 8:21, 9:16, 9:17, 10:21, 21:5, 21:8, 38:11
**objections** [2] - 13:11, 13:15
**objects** [1] - 8:4
**obviate** [1] - 43:17
**obviously** [10] - 9:7, 15:2, 17:9, 27:22, 29:14, 29:21, 30:12, 40:11, 41:5, 41:12
**OF** [5] - 1:1, 1:3, 1:9, 1:15, 1:18
**offense** [1] - 27:6
**OFFICE** [1] - 1:18
**office** [1] - 22:15
**OFFICER** [3] - 17:24, 27:19, 39:17
**Official** [2] - 1:22, 47:10
**officially** [2] - 16:18, 20:15
**often** [1] - 38:4
**Omar** [9] - 11:6, 12:5, 12:9, 13:2, 21:25, 23:1, 23:7, 23:8, 23:11
**once** [1] - 20:6
**one** [32] - 4:19, 6:16, 6:25, 7:6, 7:9, 8:1, 8:3, 8:5, 8:6, 8:15, 8:17, 9:3, 9:10, 13:9,

13:12, 18:7, 26:19, 30:21, 31:3, 31:24, 33:12, 33:13, 33:15, 34:17, 35:1, 35:13, 36:20, 38:7, 38:13, 41:1, 45:1
**ones** [2] - 6:15, 7:21
**open** [3] - 17:17, 25:20, 28:12
**opening** [1] - 7:15
**opportunity** [6] - 5:12, 18:17, 25:9, 26:21, 27:23, 27:25
**oppose** [2] - 29:3, 29:15
**order** [2] - 32:7, 44:13
**Order** [1] - 4:1
**ore** [1] - 28:21
**organically** [2] - 15:18, 38:20
**otherwise** [1] - 34:10
**ourselves** [1] - 32:16
**outer** [1] - 31:20
**outline** [2] - 15:10, 23:10
**outlines** [1] - 30:8
**outlining** [1] - 23:5
**overhead** [2] - 13:24, 21:21
**overrule** [1] - 9:15

**P**

**p.m** [4] - 1:5, 36:20, 39:19, 47:1
**pace** [1] - 27:11
**page** [1] - 34:11
**PAGE** [1] - 3:2
**Pages** [1] - 1:7
**PALM** [1] - 1:2
**part** [3] - 5:22, 37:2, 42:25
**parte** [1] - 17:4
**particular** [5] - 6:7, 29:5, 29:9, 31:3, 36:15
**parties** [7] - 24:2, 31:1, 32:9, 33:2, 34:24, 37:13, 39:10
**past** [2] - 24:21, 46:3
**Patel** [20] - 4:15, 11:7, 11:9, 11:13, 11:15, 11:24, 12:6, 12:11, 12:12, 12:13, 13:1, 13:3, 20:6, 20:7, 20:8, 21:24, 22:1, 22:13, 37:4
**PATEL** [1] - 1:6
**Patel's** [1] - 6:4
**pattern** [1] - 32:22
**PC** [2] - 1:18, 2:3
**Peachtree** [1] - 1:18
**Peachtree** [1] - 2:6
**pending** [1] - 30:3
**people** [3] - 26:24, 43:25, 44:5
**percent** [1] - 34:14
**perfect** [2] - 10:24, 34:25

**perform** [1] - 20:8
**perhaps** [7] - 24:14, 25:15, 30:20, 31:5, 31:21, 32:7, 41:9
**permit** [1] - 37:18
**perspective** [3] - 9:2, 12:23
**pertain** [1] - 45:10
**pertaining** [1] - 45:3
**pertains** [1] - 31:7
**phase** [2] - 24:22, 30:19
**phone** [1] - 42:21
**physically** [1] - 41:7
**physicians** [1] - 11:10
**pick** [1] - 44:21
**pieces** [1] - 4:23
**pile** [1] - 34:1
**pin** [1] - 15:19
**places** [1] - 26:24
**plan** [11] - 4:4, 14:7, 14:23, 17:18, 30:8, 31:19, 31:23, 35:4, 35:19, 36:17, 44:1
**plans** [3] - 26:8, 40:6, 40:19
**play** [2] - 28:25, 35:11
**playing** [1] - 24:15
**point** [14] - 5:11, 16:18, 22:14, 27:12, 28:1, 29:15, 35:25, 40:14, 40:23, 42:2, 43:23, 43:24, 44:8, 44:19
**points** [1] - 29:18
**portions** [1] - 10:12
**position** [1] - 8:1
**possibility** [4] - 17:14, 36:5, 40:5, 43:14
**possible** [1] - 35:24
**posted** [2] - 44:8, 46:21
**postpone** [1] - 41:6
**potentially** [1] - 45:16
**precisely** [1] - 41:23
**prefer** [2] - 16:6, 16:9
**premature** [1] - 41:11
**prep** [1] - 44:5
**prepared** [4] - 14:25, 29:11, 30:17, 45:11
**presence** [1] - 37:3
**present** [3] - 18:15, 20:19, 25:1
**presentation** [1] - 6:10
**presented** [2] - 6:4, 21:20
**presenting** [1] - 25:13
**presently** [1] - 30:14
**preserve** [1] - 28:3
**preserved** [1] - 28:7
**presumably** [1] - 39:22
**pretrial** [2] - 4:13, 12:19
**pretty** [1] - 40:19
**prevents** [1] - 36:13
**preview** [1] - 34:4
**privileged** [1] - 45:15
**problem** [7] - 9:4, 9:9,

29:19, 38:18, 38:21, 46:9, 46:11
**problems** [1] - 9:12
**Procedure** [1] - 28:9
**proceeding** [1] - 29:6
**proceedings** [4] - 4:3, 17:7, 24:10, 47:6
**Proceedings** [1] - 17:17
**produced** [1] - 45:13
**production** [2] - 30:2, 45:8
**productive** [2] - 43:18, 44:17
**professors** [1] - 26:10
**projector** [2] - 13:24, 21:21
**promise** [1] - 26:13
**promised** [2] - 26:6, 27:13
**propose** [2] - 9:25, 10:20
**proposed** [2] - 11:5, 33:2
**proposing** [1] - 12:25
**prosecutors** [1] - 20:6
**protect** [4] - 15:11, 15:13, 26:16, 29:3
**protected** [1] - 28:7
**proved** [1] - 29:8
**proven** [1] - 25:18
**provided** [1] - 42:21
**publish** [2] - 20:22, 22:11
**published** [1] - 24:1
**publishing** [1] - 10:13
**pull** [1] - 34:2
**purely** [1] - 37:5
**pursuant** [3] - 24:2, 28:8, 28:16
**pushing** [1] - 39:5
**put** [14] - 5:2, 6:25, 7:7, 9:5, 10:4, 12:21, 13:24, 15:19, 17:14, 18:8, 19:14, 25:4, 29:11, 43:2
**puts** [3] - 30:17, 30:18, 30:19

**Q**

**qualifier** [2] - 12:22, 13:21
**qualify** [1] - 12:20
**quick** [2] - 11:3, 17:6
**quite** [3] - 28:20, 30:1

**R**

**RAFFERTY** [2] - 2:5, 31:17
**Rafferty** [3] - 38:17, 40:18, 42:16
**raise** [1] - 19:17
**ran** [1] - 44:11
**range** [1] - 31:21
**rather** [1] - 40:11
**reach** [2] - 4:18, 41:16
**read** [10] - 4:17, 10:5, 10:7, 10:9, 10:14, 13:9, 13:23,

21:17, 21:21, 24:2
**reading** [4] - 10:12, 12:24, 13:25, 21:23
**reads** [2] - 10:5, 11:6
**ready** [4] - 30:13, 37:8, 37:14, 40:12
**real** [2] - 11:3, 17:6
**really** [8] - 10:13, 18:16, 26:17, 34:13, 36:25, 39:9, 40:15
**reason** [1] - 36:23
**reasonable** [1] - 25:18
**reasons** [1] - 23:5
**recalled** [1] - 18:19
**recap** [1] - 9:19
**received** [4] - 21:15, 22:8, 25:16, 42:13
**Received** [1] - 3:7
**recess** [1] - 39:14
**recessed** [2] - 39:18, 47:1
**recite** [1] - 28:11
**recollection** [2] - 34:5, 41:3
**record** [10] - 4:17, 15:11, 15:12, 15:14, 19:20, 20:20, 22:19, 28:23, 29:3, 39:19
**record's** [1] - 28:7
**records** [1] - 43:12
**RECROSS** [2] - 3:4, 20:1
**recross** [4] - 5:10, 18:21, 19:5, 19:24
**RECROSS-EXAMINATION** [2] - 3:4, 20:1
**recross-examination** [1] - 5:10
**recruited** [1] - 23:1
**redline** [1] - 10:22
**reduced** [1] - 41:25
**regarding** [1] - 30:21
**regardless** [2] - 35:2, 43:25
**REGINALD** [1] - 1:14
**regular** [1] - 14:9
**regulatory** [1] - 22:24
**reimbursements** [1] - 11:11
**related** [1] - 10:2
**relatively** [1] - 34:18
**remainder** [1] - 24:14
**remaining** [1] - 14:11
**remember** [4] - 4:13, 20:5, 24:25, 26:15
**remembering** [1] - 25:20
**remote** [1] - 40:16
**repeat** [2] - 26:15, 34:1
**REPORTED** [1] - 1:20
**Reporter** [2] - 1:22, 47:10
**reports** [1] - 45:22
**request** [4] - 10:7, 21:17, 29:14, 38:7
**requesting** [1] - 45:13

**research** [2] - 26:23, 26:25
**reserve** [1] - 16:2
**resignation** [1] - 23:5
**resigned** [2] - 22:24, 22:25
**response** [1] - 28:21
**responsive** [1] - 45:14
**rest** [11] - 5:3, 5:4, 12:16, 14:2, 16:21, 17:15, 24:12, 27:16, 30:13, 35:2, 36:22
**rested** [1] - 24:8
**resting** [2] - 15:5, 35:1
**rests** [3] - 24:5, 35:22
**results** [1] - 39:10
**return** [1] - 37:14
**returned** [1] - 17:17
**review** [1] - 45:19
**revised** [3] - 13:11, 32:8, 32:10
**reward** [1] - 37:13
**rights** [1] - 28:7
**rise** [3] - 17:24, 27:19, 39:17
**RMR** [2] - 1:21, 47:10
**RODOLFO** [1] - 1:10
**Rodolfo** [1] - 1:22
**roll** [1] - 38:5
**ROOKARD** [1] - 1:14
**room** [1] - 27:17
**Rothschild** [2] - 45:7, 45:15
**Rothschild's** [1] - 45:9
**round** [1] - 17:22
**route** [1] - 41:9
**RPR** [2] - 1:21, 47:10
**ruin** [1] - 46:5
**RUIZ** [1] - 1:10
**Ruiz** [2] - 1:22, 25:25
**rule** [4] - 7:11, 10:25, 16:1, 27:4
**Rule** [7] - 7:1, 15:11, 28:2, 28:8, 28:16, 45:16, 45:21
**rules** [1] - 27:7
**Rules** [1] - 28:8
**ruling** [6] - 8:22, 8:23, 10:10, 28:4, 28:24, 46:4
**rulings** [4] - 5:6, 10:12, 31:6, 44:14
**run** [1] - 44:9

## S

**Sadow** [15] - 4:25, 5:14, 6:21, 7:22, 11:4, 13:21, 19:4, 19:23, 21:6, 39:20, 40:9, 41:8, 41:17, 46:3, 46:16
**SADOW** [59] - 1:17, 1:18, 3:4, 5:19, 6:2, 6:11, 6:13, 6:22, 6:25, 7:13, 7:19, 8:9, 8:21, 8:24, 10:15, 11:1, 11:21, 12:2, 12:5, 12:8, 12:11, 12:13, 12:16, 13:8,

14:24, 15:2, 16:13, 17:3, 17:9, 17:12, 19:25, 20:2, 20:12, 21:7, 30:10, 36:18, 36:20, 37:2, 37:10, 37:16, 37:20, 37:22, 38:3, 38:7, 38:23, 39:5, 39:16, 40:1, 41:23, 42:4, 42:11, 42:25, 43:6, 43:10, 43:21, 45:20, 46:5, 46:18, 46:22
**Sadow's** [1] - 35:25
**Samuel** [4] - 14:24, 15:17, 28:1, 29:4
**SAMUEL** [7] - 2:2, 2:3, 15:10, 15:22, 15:24, 16:15, 28:6
**sanctity** [1] - 26:16
**save** [1] - 32:10
**saved** [1] - 33:4
**saw** [1] - 39:20
**schedule** [6] - 24:16, 24:17, 26:5, 26:6, 27:13, 30:18
**scheduled** [1] - 30:14
**scheduling** [6] - 19:1, 19:6, 19:10, 30:4, 30:24, 32:7
**screen** [1] - 10:5
**search** [2] - 36:25, 44:15
**searches** [2] - 44:9, 44:11
**searching** [1] - 42:9
**seat** [1] - 19:14
**seated** [3] - 18:1, 19:19, 27:21
**second** [6] - 5:22, 6:18, 8:5, 33:25, 37:24, 39:4
**seconds** [1] - 6:20
**SECTION** [1] - 1:15
**section** [1] - 6:7
**SECURITY** [3] - 17:24, 27:19, 39:17
**see** [23] - 6:23, 7:25, 8:13, 12:3, 17:22, 18:2, 19:12, 19:13, 27:17, 31:21, 33:20, 34:14, 36:1, 37:6, 39:9, 39:11, 39:13, 40:24, 41:4, 42:6, 44:7, 44:19, 46:20
**seeking** [1] - 9:21
**selected** [1] - 26:6
**self** [3] - 7:10, 9:2, 9:7
**self-serving** [3] - 7:10, 9:2, 9:7
**sense** [8] - 14:6, 14:19, 16:22, 29:18, 30:5, 40:4, 41:11, 43:16
**sent** [2] - 6:23, 42:17
**separate** [1] - 38:16
**sequencing** [1] - 28:19
**serves** [4] - 32:21, 32:23, 33:11, 34:10
**service** [1] - 27:3
**serving** [3] - 7:10, 9:2, 9:7
**sessions** [1] - 38:15

**set** [2] - 21:5, 35:8
**seven** [1] - 7:3
**several** [2] - 25:15, 26:7
**shame** [1] - 41:6
**share** [1] - 40:18
**Shawn** [1] - 19:21
**SHAWN** [3] - 3:3, 19:18, 19:21
**shortly** [1] - 29:11
**show** [1] - 14:7
**side** [3] - 13:19, 38:17, 39:2, 44:25, 46:14
**sidebar** [1] - 17:7
**sides** [1] - 35:17
**simply** [1] - 5:7
**sit** [2] - 31:2, 42:5
**sitting** [2] - 12:3, 18:13, 22:17
**situation** [3] - 29:22, 31:3, 41:23
**six** [3] - 18:8, 30:11, 31:12
**so..** [2] - 23:3, 43:6
**social** [1] - 27:2
**someone** [1] - 38:25
**sometimes** [3] - 18:20, 18:25, 25:13
**sooner** [1] - 41:5
**sorry** [1] - 11:22
**sort** [3] - 14:10, 26:12, 44:2
**sounds** [2] - 35:21, 44:10
**SOUTHERN** [1] - 1:1
**speaking** [1] - 45:9
**speaks** [1] - 44:20
**specials** [1] - 32:20
**specific** [1] - 11:10
**spell** [1] - 19:20
**spent** [1] - 24:20
**spills** [1] - 30:21
**split** [1] - 38:19
**splitting** [2] - 38:12, 39:3
**spoken** [5] - 24:18, 40:10, 42:20, 43:1, 43:3
**stand** [2] - 4:6, 43:2
**standby** [1] - 43:24
**start** [9] - 5:6, 26:14, 31:25, 32:9, 32:13, 32:16, 34:2, 35:14, 36:2
**starting** [1] - 36:6
**statement** [3] - 7:10, 22:13, 28:2
**statements** [12] - 4:14, 11:13, 11:14, 11:25, 13:2, 13:4, 13:7, 13:24, 21:25, 22:1, 22:5
**States** [3] - 1:23, 24:4, 47:11
**STATES** [4] - 1:1, 1:3, 1:10, 1:15
**status** [3] - 14:14, 16:20,

39:12
**Statute** [3] - 11:9, 32:22, 33:10
**statute** [1] - 12:19
**stay** [6] - 12:16, 15:8, 16:9, 16:10, 27:2, 37:5
**STENOGRAPHICALLY** [1] - 1:20
**steps** [2] - 25:15, 25:21
**STEVEN** [2] - 1:17, 1:18
**still** [15] - 19:15, 22:16, 25:6, 25:12, 25:14, 25:21, 30:3, 32:2, 32:21, 32:24, 39:24, 40:23, 42:9, 42:10, 42:11
**stipulation** [10] - 4:16, 4:19, 10:6, 10:13, 10:17, 11:6, 13:18, 13:23, 21:17, 24:2
**stipulations** [1] - 13:10
**straight** [1] - 9:3
**streamline** [1] - 18:15
**Street** [2] - 1:18, 2:6
**stuff** [1] - 34:13
**subject** [2] - 5:13, 43:21
**subjects** [1] - 42:6
**submit** [2] - 15:13, 33:2
**subpoena** [1] - 45:14
**substantive** [1] - 40:20
**sued** [1] - 11:7
**suggest** [1] - 42:10
**suggested** [2] - 34:3, 41:8
**suit** [1] - 13:2
**Suite** [2] - 1:19, 2:6
**summarize** [2] - 9:23, 25:9
**suppose** [2] - 42:21
**sustain** [1] - 9:17
**sworn** [1] - 19:18

## T

**tailor** [1] - 32:20
**tailored** [1] - 29:13
**team** [5] - 5:17, 6:1, 24:7, 27:22, 30:5
**tech** [1] - 37:8
**technically** [1] - 19:15
**tee** [1] - 34:23
**telemedicine** [1] - 23:9
**ten** [2] - 28:9, 29:3
**tend** [1] - 43:2
**tenus** [1] - 28:21
**termination** [1] - 11:8
**terms** [3] - 30:6, 32:20, 40:5
**testified** [3] - 11:24, 13:1, 21:24
**testify** [3] - 40:16, 41:2, 44:2
**testimony** [1] - 43:16
**text** [1] - 23:2

**that'll** [1] - 16:22
**THE** [116] - 1:10, 1:13, 1:17, 2:2, 4:2, 5:5, 5:20, 6:3, 6:12, 6:17, 6:24, 7:2, 7:15, 7:20, 7:24, 8:8, 8:10, 8:13, 8:16, 8:18, 8:20, 8:22, 8:25, 10:9, 10:16, 10:20, 10:24, 11:3, 11:18, 11:20, 11:22, 12:4, 12:7, 12:9, 12:12, 12:15, 12:17, 13:9, 13:16, 14:4, 15:1, 15:4, 15:16, 15:23, 16:5, 16:14, 16:17, 17:5, 17:8, 17:11, 17:15, 17:18, 17:24, 18:1, 19:19, 19:21, 19:22, 20:13, 21:5, 21:9, 21:16, 21:19, 22:7, 22:10, 23:24, 24:1, 24:6, 27:19, 27:21, 28:17, 29:16, 30:16, 31:14, 31:19, 33:4, 33:12, 33:18, 33:21, 34:12, 35:24, 36:5, 36:10, 36:12, 36:19, 36:22, 37:4, 37:12, 37:19, 37:21, 37:23, 38:1, 38:5, 38:10, 38:14, 38:25, 39:6, 39:17, 39:20, 40:2, 41:1, 41:17, 42:2, 42:5, 42:23, 43:4, 43:7, 43:13, 43:23, 45:2, 45:5, 45:18, 46:1, 46:7, 46:16, 46:19, 46:25
**they've** [3] - 28:22, 44:14, 44:15
**thinking** [3] - 4:6, 31:9, 38:23
**third** [1] - 27:10
**thoughts** [1] - 26:21
**three** [1] - 37:10
**throughout** [2] - 27:3, 46:8
**throw** [1] - 35:5
**thumbs** [1] - 18:14
**Thursday** [1] - 35:23
**Timbuktu** [1] - 22:15
**timeline** [1] - 15:18
**timetable** [1] - 26:12
**titled** [1] - 21:25
**Tobi** [1] - 31:18
**Toby** [1] - 45:3
**today** [10] - 14:18, 16:4, 17:1, 18:5, 18:18, 25:11, 28:12, 32:14, 39:13, 41:18
**today's** [1] - 24:10
**together** [3] - 25:4, 35:9, 43:12
**top** [1] - 34:1
**topics** [1] - 40:19
**touch** [1] - 16:18
**tough** [1] - 18:4
**tracks** [1] - 38:16
**TRANSCRIPT** [1] - 1:9
**transcription** [1] - 47:6
**traveling** [1] - 26:8

**trial** [10] - 4:2, 18:20, 18:23, 26:5, 26:17, 26:18, 27:12, 33:22, 41:7, 46:8
**TRIAL** [1] - 1:9
**true** [1] - 22:23
**trust** [1] - 43:13
**truth** [1] - 11:13
**try** [3] - 30:25, 35:12, 35:17
**trying** [2] - 16:4, 34:22
**Tuesday** [8] - 25:10, 30:12, 30:14, 31:21, 35:2, 35:22, 36:6, 44:7
**turn** [5] - 7:2, 19:23, 20:18, 20:23, 29:21
**turning** [1] - 4:2
**tweaked** [1] - 33:15
**tweaking** [1] - 32:16
**twiddling** [1] - 18:14
**two** [13] - 6:16, 7:18, 7:19, 10:19, 18:5, 18:24, 24:21, 25:8, 37:2, 38:8, 38:14, 39:3, 45:24

## U

**unbelievable** [1] - 18:23
**under** [3] - 6:25, 19:14, 32:7
**understood** [1] - 29:16
**UNITED** [4] - 1:1, 1:3, 1:10, 1:15
**United** [3] - 1:23, 24:4, 47:11
**unless** [2] - 24:18, 35:24
**up** [30] - 5:2, 5:15, 6:17, 7:22, 10:6, 13:6, 13:20, 13:23, 13:24, 14:7, 17:5, 17:6, 17:14, 17:20, 17:22, 18:9, 19:2, 19:5, 19:13, 22:4, 24:25, 25:10, 26:23, 27:11, 34:23, 39:3, 39:12, 40:12, 41:18, 44:22
**update** [6] - 4:3, 14:14, 31:6, 36:24, 41:20, 42:23
**updated** [1] - 32:12
**updates** [4] - 16:10, 16:11, 40:10, 46:12
**useful** [1] - 32:1

## V

**valuable** [1] - 34:17
**Vartanian** [6] - 9:13, 22:21, 22:24, 22:25, 23:4, 23:11
**verdict** [1] - 36:15
**version** [4] - 10:22, 11:23, 12:24, 32:8
**versions** [2] - 34:20, 42:17
**versus** [2] - 12:6, 12:11, 13:3

**via** [1] - 46:21
**violating** [1] - 11:9
**virtual** [1] - 22:15
**Volume** [1] - 1:6
**vs** [1] - 1:5

## W

**wait** [2] - 28:18, 28:22
**waive** [1] - 37:3
**waiver** [1] - 45:16
**walk** [1] - 11:4
**walked** [1] - 5:1
**wants** [4] - 7:7, 7:22, 8:3, 29:22
**Washington** [1] - 1:16
**waste** [1] - 24:17
**wasting** [1] - 29:13
**watch** [1] - 24:13
**Watt** [3] - 31:18, 45:3, 45:11
**WebMD** [1] - 27:1
**websites** [1] - 26:25
**Wednesday** [7] - 30:14, 31:21, 35:22, 35:23, 36:1, 36:2, 36:7
**week** [9] - 19:15, 19:16, 24:24, 26:3, 26:8, 27:10, 30:18, 30:20, 30:23
**weekend** [10] - 25:20, 40:3, 40:25, 41:20, 44:4, 46:4, 46:5, 46:13, 46:20, 46:21
**weeks** [4] - 18:24, 24:22, 25:8, 43:11
**weight** [2] - 13:7, 22:5
**welcome** [1] - 46:25
**well-deserved** [1] - 24:22
**WEST** [1] - 1:2
**Wikipedia** [1] - 27:1
**Wildemore** [1] - 31:18
**willing** [2] - 43:8, 43:14
**wisely** [1] - 41:6
**wish** [1] - 25:1
**wishes** [1] - 20:25
**WITNESS** [2] - 3:2, 19:21
**witness** [8] - 18:19, 19:18, 24:3, 29:23, 31:4, 43:2, 43:19, 45:17
**witnesses** [4] - 24:18, 30:11, 31:12, 40:21
**wonderful** [1] - 46:19
**word** [1] - 45:24
**workflow** [1] - 23:10
**workings** [1] - 9:13
**works** [2] - 10:14, 30:16
**world** [1] - 35:1
**World** [1] - 24:13
**worse** [2] - 43:22, 43:23
**worst** [1] - 30:21
**worthwhile** [1] - 42:8

**wrap** [2] - 39:12, 41:18
**write** [1] - 23:4
**writing** [3] - 15:13, 28:13, 29:11
**written** [3] - 15:20, 15:24, 28:19
**wrongful** [1] - 11:7

## Y

**yesterday** [2] - 5:7, 30:6
**Yogel** [3] - 4:5, 4:7, 4:10
**York** [1] - 1:16
**Young** [2] - 33:21, 33:22
**young** [1] - 16:15

## Z

**Zoom** [3] - 16:25, 37:7, 40:5