UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 19-CR-80181**

UNITED STATES OF AMERICA,

v.

MINAL KUMAR PATEL

    Defendant,

_____/

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

    COMES NOW, the Defendant, Minal Kumar Patel ("Mr. Patel"), by and through the undersigned counsel, and moves this Honorable Court to continue the sentencing hearing presently scheduled on March 7, 2023, and in support thereof states as follows:

    1.    On September 8, 2022, Mr. Patel was charged by Superseding Indictment of various health care related offenses.

    2.    Mr. Patel was convicted on all charges at the conclusion of a two-and-a-half-week jury trial in December, 2022 (D.E. 393).

    3.    Mr. Patel remains in custody at the Federal Detention Center, Miami.

    4.    Sentencing in this matter is currently scheduled on March 7, 2023 at 1:30 p.m. (D.E. 399).

    5.    The undersigned was retained by Defendant Patel on January 17, 2023.

    6.    For the reasons further detailed in its Motion for Extension of Time to File Post-Trial Motions (D.E. 462), the undersigned requires additional time to review the file and become fully familiar with the issues pertinent to sentencing.

7.  A continuance of the sentencing hearing for at least 120 days is sought herein due to the complexity of the case.

8.  The undersigned has conferred with AUSA Jamie DeBoer who has indicated that the government has no objection to the relief sought herein,

9.  This motion is made in good faith and not for purposes of delay.

WHEREFORE, for the reasons set forth herein, the undersigned requests a continuance of the sentencing hearing for at least 120 days, or at such a time thereafter convenient to the Court, and for all and further relief deemed just and proper under the circumstances.

Dated: January 24, 2023                     Respectfully submitted,

**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**

Tama Beth Kudman, Esq.
7108 Fairway Drive, Suite 130
Palm Beach Gardens, Florida 33418
Tel: (561) 472-0811; Facsimile: (561) 828-0210

By: /s/ Tama Kudman
    Florida Bar No. 637432
    tbk@pietragallo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed via CM/ECF and served via email transmission to all counsel of record on January 24, 2023.

By: /s/ Tama Kudman