UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80181

UNITED STATES OF AMERICA,

v.

MINAL KUMAR PATEL

    Defendant.

_____/

**SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING**

COMES NOW, the Defendant, Minal Kumar Patel ("Mr. Patel"), by and through the undersigned counsel, and submits this Second Unopposed Motion to Continue Sentencing, currently set on May 18, 2023, and in support thereof states as follows:

1. On September 8, 2022, Mr. Patel was charged by Superseding Indictment of various health care related offenses.

2. Mr. Patel was convicted on all charges at the conclusion of a two-and-a-half-week jury trial in December, 2022 (D.E. 393).

3. Mr. Patel remains in custody at the Federal Detention Center, Miami.

4. Sentencing in this matter is currently scheduled on May 18, 2023 at 10:00 a.m. (D.E. 475).

5. The undersigned counsel has been granted an extension of time through May 31, 2023 to file its post-trial motions (DE 483).

6. The Government's deadline to reply to the Defendant's post-trial motions is July 5, 2023. (DE 483).

7.      A continuance of the sentencing hearing for at least 120 days is sought herein to permit Defense counsel to continue to focus on the complex issues associated with the post-trial motions and then turn to sentencing once the post-trial motions have been fully briefed and decided.

8.      The undersigned has conferred with AUSA Jamie DeBoer who has indicated that the government has no objection to the relief sought herein,

9.      This motion is made in good faith and not for purposes of delay.

WHEREFORE, for the reasons set forth herein, the undersigned requests a continuance of the sentencing hearing for at least 120 days, or at such a time thereafter convenient to the Court, and for all and further relief deemed just and proper under the circumstances.

Dated: April 4, 2023                                Respectfully submitted,

**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**

Tama Beth Kudman, Esq.
7108 Fairway Drive, Suite 130
Palm Beach Gardens, Florida 33418
Tel: (561) 472-0811; Facsimile: (561) 828-0210

By: /s/ Tama Kudman
    Florida Bar No. 637432
    tbk@pietragallo.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed via CM/ECF and served via email transmission to all counsel of record on April 4, 2023.

By: /s/ Tama Kudman