UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80181

UNITED STATES OF AMERICA

v.

MINAL KUMAR PATEL

    Defendant.

_____/

## SECOND UNOPPOSED MOTION TO CONTINUE FORFEITURE HEARING

COMES NOW, the Defendant, Minal Kumar Patel ("Mr. Patel"), by and through the undersigned counsel, and moves this Honorable Court to continue the forfeiture hearing presently scheduled on May 11, 2023, and in support thereof states as follows:

1. On September 8, 2022, Mr. Patel was charged by Superseding Indictment of various health care related offenses.

2. Mr. Patel was convicted on all charges at the conclusion of a two-and-a-half-week jury trial in December, 2022 (D.E. 393).

3. Mr. Patel remains in custody at the Federal Detention Center, Miami.

4. A forfeiture hearing is scheduled on May 11, 2023 at 11:00 a.m. (D.E. 473).

5. The undersigned counsel has been granted an extension of time through May 31, 2023 to file its post-trial motions (DE 483).

6. The Government's deadline to reply to the Defendant's post-trial motions is July 5, 2023. (DE 483).

7.   A continuance of the forfeiture hearing for at least 120 days is sought herein to permit defense counsel to complete its investigation and briefing of the post-trial motions, and for the motions to be heard and decided before the defense turns its focus to the forfeiture issues.

8.   The undersigned has conferred with AUSA Marx Calderon who has indicated that the government has no objection to the relief sought herein,

9.   This motion is made in good faith and not for purposes of delay.

WHEREFORE, for the reasons set forth herein, the undersigned requests a continuance of the forfeiture hearing for at least 120 days, or at such a time thereafter convenient to the Court, and for all and further relief deemed just and proper under the circumstances.

Dated: April 4, 2023                    Respectfully submitted,

**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**

Tama Beth Kudman, Esq.
7108 Fairway Drive, Suite 130
Palm Beach Gardens, Florida 33418
Tel: (561) 472-0811; Facsimile: (561) 828-0210

By: /s/ Tama Kudman
    Florida Bar No. 637432
    tbk@pietragallo.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed via CM/ECF and served via email transmission to all counsel of record on April 4, 2023.

By: /s/ Tama Kudman