UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80181

UNITED STATES OF AMERICA,

v.

MINAL KUMAR PATEL

    Defendant,

_____/

**THIRD MOTION TO CONTINUE SENTENCING AND FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

COMES NOW, the Defendant, Minal Kumar Patel ("Mr. Patel"), by and through the undersigned counsel, and submit this Third Motion to Continue Sentencing and First Motion for Extension of Time to File Objections to the Presentence Investigation Report, and in support thereof states as follows:

1. Mr. Patel was convicted of health care related offenses at trial in December, 2022 (D.E. 393).

2. Mr. Patel remains in custody at the Federal Detention Center, Miami.

3. Sentencing in this matter is currently scheduled on August 18, 2023 at 2:00 p.m. (D.E. 488).

4. Mr. Patel's Motion for a New Trial has now been fully briefed and remains pending before the Court. (DE No.'s 506, 517, 521). Indeed, Defendant's Reply (DE 521) to the Government's Response (DE 517) was filed on July 12, 2023.

5. Mr. Patel's Presentence Investigation Report ("PSR") was issued on July 14, 2023 (DE 522).

6. Mr. Patel's deadline to file objections to the PSR is July 28, 2023. *Id.*

7. The undersigned counsel was not trial counsel, thereby necessitating further review of the trial transcripts and other documents and discovery to provide effective assistance to Mr. Patel at sentencing.

8. Due to the overall complexity of the case, the undersigned counsel requires additional time to address various issues to adequately prepare objections to the PSR and to prepare a sentencing memorandum.

9. Additionally, Mr. Patel suffers from severe health problems and has had multiple surgeries and treatments. Undersigned is not yet in receipt of Mr. Patel's pertinent health records and other materials needed to address this issue within the PSR and at sentencing.

10. A continuance of the sentencing hearing for a period of at least thirty (30) days is necessary to allow the undersigned sufficient time to receive and review those records, and to adequately address these issue within Mr. Patel's sentencing memorandum.

11. An extension of two weeks' time in which to file objections to the PSR is necessary to allow the undersigned sufficient time to travel to Miami to meet with Mr. Patel to review the PSR in full and review suggested objections, and to fully and adequately prepare the appropriate objections.  Such time is also needed to receive and review the requested medical records.

12. The undersigned has conferred with AUSA Jamie DeBoer who has indicated that the government objects to a continuance of sentencing herein.

13. AUSA DeBoer further notes that she will be unavailable on September 19, 2023 because of a pretrial conference in another matter, and also from September 25, 2023 for a period of two weeks, because of a trial in that same matter.

14. This motion is made in good faith and not for purposes of delay.

WHEREFORE, for the reasons set forth herein, the undersigned requests (1) continuance of the sentencing hearing for at least thirty (30) days, or to such a time thereafter convenient to the Court, and (2) an extension of time of two weeks to submit objections to the PSR, and for all and other further relief deemed just and proper under the circumstances.

Dated: July 26, 2023

Respectfully submitted,

**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**

Tama Beth Kudman, Esq.
7108 Fairway Drive, Suite 130
Palm Beach Gardens, Florida 33418
Tel: (561) 472-0811; Facsimile: (561) 828-0210

By: /s/ Tama Kudman
   Florida Bar No. 637432
   tbk@pietragallo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed via CM/ECF and served via email transmission to all counsel of record on July 26, 2023.

By: /s/ Tama Kudman