UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80181-RAR

UNITED STATES OF AMERICA

v.

MINAL PATEL, a/k/a Minalkumar Patel,

Defendant.

### DECLARATION OF MICHAEL J. PETRON

I, Michael Petron under penalty of perjury, declare:

1.      I am a Managing Director and Co-President of the Disputes, Claims, & Investigations group with Stout Risius Ross, LLC. ("Stout").  Stout is a global investment bank and advisory firm.  I have worked for Stout for nine and a half years.  I have an undergraduate degree with a double major in economics and statistics.  I have one master's degree in statistics and a second master's degree in accounting.  I am a Certified Public Accountant and a Certified Fraud Examiner.  My duties include assisting and consulting for clients involved in all aspect of litigation.  As part of my consulting work, I work with a team at Stout.  That team includes largely accountants and finance professionals.

2.      The information contained in this declaration is based upon my personal knowledge and my review of documents and records provided to me by the United States, as well as information obtained, directly or indirectly, from other sources, including information provided to me by others who are involved in this case.  I make this sworn declaration in support of the United States' Motion for Preliminary Order of Forfeiture.  Because this declaration is being submitted

for a limited purpose, it does not include all the facts that I have learned during the course of my work. All dates and amounts in this declaration are approximate.

3. Stout was hired by the United States to analyze financial records and review healthcare claims data for this case. On or about December 8, 2022, I testified in the criminal trial in the above captioned case. At trial, I provided testimony about my review of the financial records and Medicare claims data related to LabSolutions LLC and Minal Patel.

4. From January 2017 through September 2019, LabSolutions billed over $463 million to Medicare. Over that same period, Medicare paid a total of $187,369,693 to LabSolutions. Minal Patel was an authorized signatory on LabSolutions's BB&T bank accounts ending in X5945, X5953, and X6011.

5. Of the $187,369,693 paid by Medicare, I traced the proceeds of the Medicare payments to a number of assets belonging to Mr. Patel.

6. I used the Lowest Intermediate Balance Rule ("LIBR") as my tracing methodology. The LIBR methodology ensures that the lowest proceeds balance in a bank account over the time period of review never goes so low that you can no longer trace the proceeds. I assume all Medicare Part B payments are proceeds. The attached Exhibits show Medicare Part B proceeds in red.

7. Here, I reviewed financial records and traced Medicare proceeds to specific assets using LIBR.

### 2018 Ferrari Spider (Exhibit 1)

8. Between January 2, 2018 and August 9, 2018, Medicare paid a total of $45,007,165 to LabSolutions BB&T bank account ending in X5945 ("LS BB&T X5945").

2

9. Between January 11, 2018 and August 9, 2018, a total of $58,817,225 was transferred to LabSolutions BB&T bank account ending in X5953 ("LS BB&T X5953") from LS BB&T X5945. Of the $58,817,225, $43,456,833 is directly traceable to Medicare proceeds.

10. Between January 12, 2018 and August 10, 2018, a total of $6,457,443 in directly traceable Medicare proceeds was transferred to the LabSolutions payroll processor, Oasis ("Oasis Payroll") from LS BB&T X5953.

11. Between January 12, 2018 and August 10, 2018, a total of $774,876 in directly traceable Medicare proceeds was paid to Minal Patel's BB&T bank account ending in X8788 ("Patel BB&T X8788") from Oasis Payroll.

12. On August 10, 2018, Minal Patel obtained a cashier's check in the amount of $393,899 in directly traceable Medicare proceeds from Patel BB&T X8788 for the purchase of a 2018 Red Ferrari 488 Spider with VIN Number ZFF80AMA6J0236067.

**Land Rover Range Rover (Exhibit 2)**

13. Between March 28, 2019 and April 19, 2019, Medicare paid a total of $4,753,042 to LS BB&T X5945.

14. On April 19, 2019, a total of $4,200,000 in directly traceable Medicare proceeds was transferred to LS BB&T X5953.

15. On April 22, 2019, $1,995,000 in directly traceable Medicare proceeds was transferred to Minal Patel's JP Morgan Chase bank account ending in X0736 ("Patel Chase X0736").

16. On May 23, 2019, a cashier's check in the amount of $215,059 in directly traceable Medicare proceeds was drawn from Patel Chase X0736 payable to Hennessy Jaguar Land Rover North Atlanta.

17. On May 23, 2019, Minal Patel purchased a 2019 Land Rover Range Rover SC with VIN Number SALGW5SE2KA545805 from Jaguar Land Rover North Atlanta.

### 1118 Blackshear Drive, Decatur, Georgia (Exhibit 3)

18. Between November 27, 2018 and March 15, 2019, Medicare paid a total of $32,474,493 to LS BB&T X5945.

19. Between December 4, 2018, and March 15, 2019, a total of $38,935,500 was transferred to LS BB&T X5953 from LS BB&T X5945. Of that amount, $31,967,446 is directly traceable to Medicare proceeds.

20. Between December 6, 2018 and March 18, 2019, a total of $5,863,591 in directly traceable Medicare proceeds was transferred to Patel Chase X0736 from LS BB&T X5953.

21. On March 27, 2019, $250,000 in directly traceable Medicare proceeds was transferred to Minal Patel's JP Morgan Chase bank account ending in X0957 ("Patel Chase X0957") from Patel Chase X0736.

22. On March 27, 2019, $212,365 in directly traceable Medicare proceeds was transferred to Patel & Associates LLC for the purchase of real property located at 1118 Blackshear Drive, Decatur, Georgia.

### LabSolutions BB&T X6011 (Exhibit 4)

23. Between January 3, 2017 and August 20, 2019, Medicare paid a total of $168,514,708 to LS BB&T X5945.

24. Between April 1, 2019 and August 1, 2019, $500,000 in directly traceable Medicare proceeds was transferred to LabSolutions BB&T bank account ending in X6011 ("LS BB&T 6011") from LS BB&T X5945.

4

25. On August 26, 2019, $441,355 was transferred to the U.S. Marshals Service from LS BB&T X6011. Of that amount, $440,730 is directly traceable to Medicare proceeds.

### LabSolutions BB&T X5953 (Exhibit 4)

26. Between January 3, 2017 and August 20, 2019, Medicare paid a total of $168,514,708 to LS BB&T X5945.

27. Between August 8, 2019 and August 14, 2019, $800,000 in directly traceable Medicare proceeds was transferred to LS BB&T X5953 from LS BB&T X5945.

28. Between August 26, 2019 and August 27, 2019, a total of $534,793 was transferred to the U.S. Marshals Service from LS BB&T X5953. Of that amount, $534,094 is directly traceable to Medicare proceeds.

### LabSolutions BB&T Account X5945 (Exhibit 4)

29. Between January 3, 2017 and August 20, 2019, Medicare paid a total of $168,514,708 to LS BB&T X5945.

30. On August 26, 2019, $13,896,135 in directly traceable Medicare proceeds was transferred to the U.S. Marshals Service from LS BB&T X5945.

### LabSolutions BB&T Account X0767 (Exhibit 5)

31. Between January 3, 2017 and July 1, 2019, Medicare paid a total of $162,369,033 to LS BB&T X5945.

32. Between that same time frame, a total of $7,120,000 was transferred to LS BB&T X6011 from LS BB&T X5945. Of that amount, $6,402,618 is directly traceable to Medicare proceeds.

33. On July 1, 2019, $6,000,000 was transferred to LabSolutions BB&T bank account ending in X0767 ("LS BB&T X0767") from LS BB&T X5945. Of that amount, $5,926,989 is directly traceable to Medicare proceeds.

34. Between August 22, 2019 and September 10, 2019, a total of $6,018,166 was transferred to the U.S. Marshals Service from LS BB&T X0767. Of that amount, $5,926,989 is directly traceable to Medicare proceeds.

**Minal Patel BB&T X0065, Minal Patel BB&T X8788, and Minal Patel BB&T X0219**
**(Exhibit 6)**

35. Between January 3, 2017 and August 20, 2019, Medicare paid a total of $168,514,708 to LS BB&T X5945.

36. Between January 3, 2017 and August 8, 2019, a total of $201,352,552 was transferred to LS BB&T X5953 from LS BB&T X5945. Of that amount, $145,550,629 is directly traceable to Medicare proceeds.

37. Between January 12, 2018 and April 22, 2019, a total of $15,448,591 in directly traceable Medicare proceeds was transferred to Patel Chase X0736 from LS BB&T X5953.

38. Between January 16, 2018 and July 10, 2019, a total of $9,605,050 was transferred to Minal Patel's JP Morgan Chase bank account ending in X9308 ("Patel Chase X9308") from Patel Chase X0736. Of that amount, $9,141,738 is directly traceable to Medicare proceeds.

39. On July 26, 2019, $3,246,424 in directly traceable Medicare proceeds was transferred to Patel Chase X0736 from Patel Chase X9308. On this same date, $8,105,571 was transferred to Minal Patel's BB&T bank account ending in X8788 ("Patel BB&T X8788") from Patel Chase X0736. Of that amount, $8,105,535 is directly traceable to Medicare proceeds.

40. Between September 22, 2017 and August 8, 2019, a total of $19,414,441 in directly traceable Medicare proceeds was transferred to LabSolutions's payroll processor from LS BB&T X5953.

41. Between September 22, 2017 and August 9, 2019, a total of $2,941,262 was paid to Patel BB&T X8788 from payroll. Of that amount, $2,726,348 is directly traceable to Medicare proceeds.

*Minal Patel BB&T X0065*

42. On August 14, 2019, $4,000,000 in directly traceable Medicare proceeds was transferred to Minal Patel's BB&T bank account ending in X0065 ("Patel BB&T X0065") from Patel BB&T X8788.

43. On August 27, 2019, $4,000,000 in directly traceable Medicare proceeds was transferred to the U.S. Marshals Service from Patel BB&T X0065.

*Minal Patel BB&T X0219*

44. On August 14, 2019, $4,000,000 in directly traceable Medicare proceeds was transferred to Minal Patel's BB&T bank account ending in X0219 ("Patel BB&T X0219") from Patel BB&T X8788.

45. On August 26, 2019, $4,000,000 in directly traceable Medicare proceeds was transferred to the U.S. Marshals Service from Patel BB&T X0219.

*Minal Patel BB&T X8788*

46. On August 26, 2019, $2,867,936 was transferred to the U.S. Marshals Service from Patel BB&T X8788. Of that amount, $2,462,984 is directly traceable to Medicare proceeds.

## Total seized from bank accounts (Exhibit 7)

47.  The total amount seized by the United States from LabSolutions and Minal Patel's bank accounts is $31,758,385.  Of that amount, $31,260,932 is directly traceable to Medicare proceeds.


Dated on August 15, 2023, in Park City, Utah

_____
Michael Petron
Managing Director and Co-President of the Disputes, Claims, & Investigations at Stout