UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80181

UNITED STATES OF AMERICA

v.

MINAL KUMAR PATEL

    Defendant,

_____/

## NOTICE OF FILING SECOND SUPPLEMENTAL LETTER IN AID OF SENTENCING

NOTICE IS HEREBY GIVEN that a second supplemental letter in aid of sentencing for Defendant **MINAL KUMAR PATEL** has been filed in the instant matter as **Exhibit A** attached.

Dated: August 17, 2023

Respectfully submitted,

**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**

Tama Beth Kudman, Esq.
7108 Fairway Drive, Suite 130
Palm Beach Gardens, Florida 33418
Tel: (561) 472-0811; Facsimile: (561) 828-0210
tbk@pietragallo.com

Kevin E. Raphael, Esq.
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Tel: (215) 320-6200; Facsimile: (215) 754-5172
ker@pietragallo.com

By: /s/ Tama Kudman
    Florida Bar No. 637432

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed electronically via CM/ECF and served electronically to all counsel of record on August 17, 2023.

By: /s/ Tama Kudman