Dear Judge Ruiz,

I, Hemangini Jariwala, am writing this letter to you in support of my brother, Minal Patel, who is currently facing lengthy jail time. I have known Minal Patel for his entire life, and I can confidently say that he is a good person. We grew up together in the same household for many years throughout our childhood and teenage years. Words cannot describe the pain my family and I are feeling to see Minal in this situation.

Minal Patel is a kind, compassionate, and caring person. He is always willing to help others, and he is always there for his friends and family. He is also a hard worker, and he is always willing to put in the effort to succeed. He has never shied away from helping others in need. If Minal saw someone that need even $1 and that is all he had for himself, he would give that $1 to that person.

Minal Patel had a tough upbringing where he had to learn to do a lot of things on his own, mostly after his parents divorced in the late 1990s. It has been an emotional roller coaster ride throughout his entire life as he tried to find his way and purpose in his life. It was, and always has been, very difficult seeing him go through tough times while sharing many good and happy memories together. Yet he was always patient and understanding and seemed to keep his head up so he could move forward in his life.

Another example of Minal's good character is his commitment to his community. He has volunteered and donated to many charities in India and USA. He is always willing to help those in need, and he is always looking for ways to make a difference in the world. Here is a list of charities he has contributed too that I know of, but I am certain there are more:

Shining Light Ministries
Lustgarten Foundation -- Pancreatic Research Walk
BAPS Blood Testing
AAPI
GAPI
Sadie G Mays Health and Rehabilitation Center
Atlanta Community Food Bank
Habitat for Humanity
Cobb Chamber
Susan B Komen

My brother has had many medical issues that would have prevented a lot of people from doing volunteered work but he stayed focused in helping others out all the time. I have seen Minal Patel make mistakes in the past, but he has always learned from them and grown as a person. He is not a perfect person. I believe that Minal Patel is a good person who can make mistakes like we all can. He is not a threat to society, and he deserves a second chance. I urge you to consider all the factors involved in this case, and I ask that you show leniency in your sentencing.
I firmly believe that Mr. Minal Patel is an asset to our society, and I trust that he will continue to be a responsible and contributing member of our

community.

My family and I are torn apart from seeing him in this difficult situation. I respectfully request the court's leniency in considering his case, taking into account his positive character attributes and commitment to reform. and rehabilitation. Thank you for your time and consideration. Should you require any further information, please feel free to contact me at 770-891-7722. I am more than willing to assist the court in any way possible.

Sincerely,


Hemangini A Jariwala