UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80181

UNITED STATES OF AMERICA

v.

MINAL KUMAR PATEL

    Defendant,

_____/

**DEFENDANT'S MOTION TO ALLOW**
**ELECTRONIC EQUIPMENT IN COURTROOM**

COMES NOW, the Defendant, MINAL KUMAR PATEL, by and through the undersigned counsel and hereby submits its Motion to Allow Electronic Equipment in the Courtroom, and in support thereof states as follows:

1. Sentencing in this matter is scheduled on August 18, 2023 at 2:00 p.m.

2. The undersigned attorneys, in addition to their paralegal, request leave to bring their laptop computers into the courtroom for use at sentencing.

3. This motion is made in good faith.

WHEREFORE, for the reasons set forth herein, the undersigned respectfully moves the Court for leave for attorneys Tama Kudman, Kevin Rafael, and paralegal Neysa Nardi to bring their laptop computers and appropriate chargers and cables, into the courtroom for use at sentencing scheduled on August 18, 2023, and for all other and further relief deemed just and proper under the circumstances.

Dated: August 17, 2023

Respectfully submitted,

**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**

Tama Beth Kudman, Esq.
7108 Fairway Drive, Suite 130
Palm Beach Gardens, Florida 33418
Tel: (561) 472-0811; Facsimile: (561) 828-0210
tbk@pietragallo.com

Kevin E. Raphael, Esq.
1818 Market Street, Suite 3402
Philadelphia, PA 19103
Tel: (215) 320-6200; Facsimile: (215) 754-5172
ker@pietragallo.com

By: /s/ Tama Kudman
    Florida Bar No. 637432

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed electronically via CM/ECF and served electronically to all counsel of record on August 17, 2023.

By: /s/ Tama Kudman