UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80181-RAR/Reinhart

**UNITED STATES OF AMERICA**

vs.

**MINAL PATEL,**

   Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING VERIFIED PETITION TO ADJUDICATE ASSETS

**THIS CAUSE** comes before the Court upon Magistrate Judge Bruce E. Reinhart's Report and Recommendation on Motion to Dismiss Petition to Adjudicate Assets, filed on March 18, 2022 ("Report"), [ECF No. 582]. The Court has reviewed the Report; the Verified Petition, [ECF Nos. 560, 564]; the Motion to Dismiss, [ECF No. 572]; and the Response, [ECF No. 575]. Further, the United States of America and the Relators have both indicated that they do not intend to file any objections to the Report. *See* [ECF Nos. 585, 587].

A district court reviewing a magistrate judge's report and recommendation "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 783-84 (11th Cir. 2006). The district court "may accept, reject or modify, in whole or in part, the findings of the recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CRIM. P. 59(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). "[I]n determining whether to accept, reject, or modify the magistrate's report and recommendations, the district court has the duty to conduct a careful and complete review." *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 408 (5th Cir. 1982)). Legal

conclusions are subject to *de novo* review, even if no party specifically objects. *See U.S. v. Keel*, 164 F. App'x 958, 961 (11th Cir. 2006); *U.S. v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982).

Mindful of the standard of review, and having carefully examined the record—as well as specifically conducted a *de novo* review of the Report's legal conclusions—it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge Bruce E. Reinhart's Report and Recommendation, [ECF No. 582], is **AFFIRMED AND ADOPTED**. Accordingly, the Government's Motion to Dismiss Petition to Adjudicate Assets, [ECF No. 572], is **GRANTED**, and the Verified Ancillary Petition to Adjudicate Third-Party Claims of Christopher P. Grant and Tymekah D. Ferguson, [ECF Nos. 560, 564], is **DISMISSED**.

**DONE AND ORDERED** in Miami, Florida, this 4th day of April, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record