IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:19-cr-80181-RUIZ/REINHART

UNITED STATES OF AMERICA :
Plaintiff, :
v. :
MINAL PATEL :
Defendant. :

**NOTICE OF STRIKING ECF NO. 716**

Defendant, Minal Patel, by and through undersigned counsel, hereby files this Notice of Striking ECF No. 716, and states as follows:

1. On November 6, 2026, the undersigned inadvertently filed Defendant's Motion for a New Trial consisting of arguments that did not represent the final draft of the motion and, therefore, contains inaccurate and incomplete information.

2. A corrected version of the document has been properly filed on the docket at ECF 717.

3. Pursuant to the foregoing, Defendant respectfully requests that ECF No. 716 be stricken from the record in this action.

Dated: November 7, 2026

Respectfully submitted,

*/s/ Isaac Wright, Jr.*

Isaac Wright, Jr. (*pro hac vice*)
iwright@hunthamlinridley.com
HUNT HAMLIN & RIDLEY
60 Park Place, 16th Floor
Military Park Building
Newark, NJ 07102
Telephone (973) 242-4471

Gene R. Besen (*pro hac vice*)
gbesen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2200 Ross Avenue, 20th Floor
Dallas, TX 75021
Telephone (469) 391-7400
Facsimile (469) 391-7401

*/s/ Carmen Elena Jule*
Carmen Elena Jule
Florida Bar No. 1030760
cjule@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone (212) 653-8198
Facsimile (212) 653-8701

Attorneys for Minal Patel